**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**ROBERT LOPER,**

**Plaintiff,**

**CIVIL ACTION NO. 3:25-CV-00178-wmc**

**V.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

## DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD

Defendant The Lincoln National Life Insurance Company ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Preliminary Pretrial Conference Order entered by the Court on June 23, 2025 (Document 8).

1. Group Disability Income Policy and Certificate (Lincoln/Loper 0001-0079);

2. November 27, 2024, correspondence containing decision on appeal (Lincoln/Loper 0182-0189);

3. The Administrative Record pertaining to LTD claim (Lincoln/Loper 0080-0181 and 0190-2363).

Dated this 26th day of August 2025.

**LAW OFFICES OF IWANA RADEMAKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Wisconsin, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Brook Tylka
Email: btylka@hq-law.com

Jessa Victor
Email: jvictor@hq-law.com

August 26, 2025 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers