# LTD CLAIM PROFILE

**Date:** 1/10/2025 | **LFG** | **Claim #:** 1230085410

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 10/27/2023 | **Location:** | HOME |
| **Policy:** | 00001008256700000 - Gundersen Health System | **Status:** | EXTENDED | **User ID:** | LAW |
| | | **Business:** | TRUE LTD | | |

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | ROBERT LOPER | **Phone:** | | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 7/25/2022 |
| **Address:** | | **Ins Eff:** | 9/1/2022 | **Class:** | 1 |
| | USA | **Occ:** | PROSTHETIST (medical ser. | **DOT** | 78261022 |
| | | **Salary:** | $9,356.53 | **Period:** | Monthly |

**Claim Information**

**Special Provisions:** **Min Ben:** $561.39

**Ben:** 60% / 0% **A/S:** 0% **Age:** 60 **Elim Per:** 91 day

**DLW:** 8/11/2023 **DOD:** 8/12/2023 **S/A:** S **W/R:** N **M/N:** N **D/A:** N **Ben Amt:** $5,613.92

**Max Duration:** RBD **Res ID:** NONE

**Diagnosis Pri:** C08.0 Malignant neoplasm of submandibular glan **Limits:**

**Sec:** **Prognosis:**

**Recovery Date:** 11/11/2028

**Benefit Information**

| | | | | | |
|---|---|---|---|---|---|
| **Date Ben Begin:** | 11/11/2023 | **Months Paid:** | 0 | **Actual Age:** | 61 |
| **Modal:** | $5,613.92 | **Reins:** | $0.00 | **Reserve:** | $0.00 |

**Policy Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **M/N Limits:** | Y | **Drug Limits:** | Y | **Pension Sup:** | N | **Own Occ:** | 24 Mos |
| **SS Offset:** | Primary & Family | | | **Prex:** | 3/12 | | |
| **COLA:** | NONE | | | | | | |

**Offset Information**

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|
| STD | TERMINATED | 8/12/2023 | 11/11/2023 | $1,000.00 | $0.00 |
| SS EMP | RECEIVED | 2/1/2024 | | $3,416.00 | |

**Dependent Information**

| Type | DOB | Name |
|---|---|---|

**Alert Information**

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|

**Action Plan**



EXHIBIT

3

## Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | ROBERT LOPER | | | **Occupation:** | PROSTHETIST (medical ser.) | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 10/27/2023 | **Months Dis:** | 16 |
| **Claim #:** | 1230085410 | **DOD:** | 8/12/2023 | **Ben:** | $5,613.92 | **Months Pd:** | 0 |
| **Coverage:** | LTD | **Status:** | EXTENDED | | | **Assignee:** | LAW |
| **Policy Holder:** | Gundersen Health System | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | | | | |

**Posted Date | Category | Seq | Item | Status | User**

Action Plan

5/29/2024 | Appeal | 1 | Level 1 | Closed | KRTEDFO

changed appeal rec'd date to 5/16/24 as that is when attny office faxed it to LFG - KRTEDFO - May 20, 2024 11:34:16 am

Per discussion with both CRS and LTD claims managers, referring file back to claims for courtesy review due to incorrect look-back dates used during orig claims decision. Withdrawing appeal at this time with communication to attny advising of same. - KRTEDFO - May 29, 2024 12:40:58 pm

5/17/2024 4:07:14 PM | Appeal | 1 | Level 1 | New | KRTEDFO

changed appeal rec'd date to 5/16/24 as that is when attny office faxed it to LFG - KRTEDFO - May 20, 2024 11:34:16 am

Per discussion with both CRS and LTD claims managers, referring file back to claims for courtesy review due to incorrect look-back dates used during orig claims decision. Withdrawing appeal at this time with communication to attny advising of same. - KRTEDFO - May 29, 2024 12:40:58 pm

8/23/2024 | Appeal | 2 | Level 1 | Closed | KRTEDFO

changed appeal rec'd date to 7/15/24 as that is when attny faxed appeal ltr to LFG - KRTEDFO - Jul 23, 2024 11:16:44 am

7/22/2024 12:49:01 PM | Appeal | 2 | Level 1 | New | KRTEDFO

changed appeal rec'd date to 7/15/24 as that is when attny faxed appeal ltr to LFG - KRTEDFO - Jul 23, 2024 11:16:44 am

11/27/2024 | Appeal | 3 | Level 2 | Closed | LAKURTZ

9/20/2024 1:39:39 PM | Appeal | 3 | Level 2 | New | LAKURTZ

10/31/2023 | Claim Tasks | 1 | Max Benefit Period Adjustment | Completed | CREGA8

Manually calculate Recovery Date for each claim (policy has unique RBD table that DOCS does not have).
>>
Manually calculate Recovery Date for each claim policy has unique RBD table - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:04 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:10 pm

10/27/2023 8:53:21 AM | Claim Tasks | 1 | Max Benefit Period Adjustment | Requested | CREGA8

Manually calculate Recovery Date for each claim (policy has unique RBD table that DOCS does not have).
>>
Manually calculate Recovery Date for each claim policy has unique RBD table - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:04 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:10 pm

10/31/2023 | Claim Tasks | 2 | VHA Group - See Grid/Contract | Completed | CREGA8

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:06 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:12 pm

10/27/2023 8:53:21 AM | Claim Tasks | 2 | VHA Group - See Grid/Contract | Requested | CREGA8

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:06 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:12 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/31/2023 | Claim Tasks | 3 | Non- required information | Completed | CREGA8 |

CLAIMS ARE CALLED IN TELEPHONICALLY - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:07 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:14 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2023 8:53:21 AM | Claim Tasks | 3 | Non- required information | Requested | CREGA8 |

CLAIMS ARE CALLED IN TELEPHONICALLY - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:07 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:14 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/31/2023 | Claim Tasks | 4 | Census | Completed | CREGA8 |

Q:\National Accts\VHA\03 UPPER MIDWEST\GundersenLutheran\CENSUS DAT
>>
Q:\National Accts\VHA\03 UPPER MIDWEST\GundersenLutheran\CENSUS DATA - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:09 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:16 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2023 8:53:21 AM | Claim Tasks | 4 | Census | Requested | CREGA8 |

Q:\National Accts\VHA\03 UPPER MIDWEST\GundersenLutheran\CENSUS DAT
>>
Q:\National Accts\VHA\03 UPPER MIDWEST\GundersenLutheran\CENSUS DATA - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:09 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:16 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/31/2023 | Claim Tasks | 5 | Contact process details | Completed | CREGA8 |

Sue Seidel / 608-775-3924 ext 53924 / skseidel@gundersenhealth.org ER INITIAL CALL: would prefer emails for requested information instead of calling for every claim. She understands WOP and has no questions.
When emailing the employer, make sure to CC the following addresses; Naomi Zevenbergen; nmzevenb@gundersenhealth.org Sue Lindvig; sjlindvi@gundersenhealth.org
(8/26/2016) - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:10 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:18 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2023 8:53:21 AM | Claim Tasks | 5 | Contact process details | Requested | CREGA8 |

Sue Seidel / 608-775-3924 ext 53924 / skseidel@gundersenhealth.org ER INITIAL CALL: would prefer emails for requested information instead of calling for every claim. She understands WOP and has no questions.
When emailing the employer, make sure to CC the following addresses; Naomi Zevenbergen; nmzevenb@gundersenhealth.org Sue Lindvig; sjlindvi@gundersenhealth.org
(8/26/2016) - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:10 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:18 pm

| | | | | | |
|---|---|---|---|---|---|
| 10/31/2023 | Claim Tasks | 6 | No offset -401K,457,403B,DefBen | Completed | CREGA8 |

401K
>>
ER-paid deferred compensation - no offset and 401(K) - AXNUTTE - Oct 27, 2023 08:53:26 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:11 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:20 pm | | | | |
| 10/27/2023 8:53:21 AM | Claim Tasks | 6 | No offset -401K,457,403B,DefBen | Requested | CREGA8 |
| | 401K<br>>><br>ER-paid deferred compensation - no offset and 401(K) - AXNUTTE - Oct 27, 2023 08:53:26 am<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:11 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:20 pm | | | | |
| 10/31/2023 | Claim Tasks | 7 | No offset - miscellaneous | Completed | CREGA8 |
| | PTO not offset to partial or total disability. - AXNUTTE - Oct 27, 2023 08:53:26 am<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:13 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:22 pm | | | | |
| 10/27/2023 8:53:21 AM | Claim Tasks | 7 | No offset - miscellaneous | Requested | CREGA8 |
| | PTO not offset to partial or total disability. - AXNUTTE - Oct 27, 2023 08:53:26 am<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:13 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:22 pm | | | | |
| 10/27/2023 | Claim Tasks | 8 | Missing Tax Info on Cert Ref | Completed | CREGA8 |
| | Task completed by system 27-OCT-23 09.03.28.942576 AM -05:00 | | | | |
| 10/30/2023 | Claim Tasks | 9 | Full retirement age met | Completed | TAMLA9 |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:14 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:25 pm | | | | |
| 10/27/2023 8:12:27 PM | Claim Tasks | 9 | Full retirement age met | Requested | TAMLA9 |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:14 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:25 pm | | | | |
| 10/31/2023 | Claim Tasks | 10 | Review SS Offset Amount | Completed | CREGA8 |
| | Hello, I spoke with Mr. Loper today for a full retirement age task and he states he was born in , not 1952. Just wanted to give you a heads up. Thank you. - TAMLA9 - Oct 30, 2023 03:57:22 pm<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:18 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:27 pm | | | | |
| 10/30/2023 3:54:24 PM | Claim Tasks | 10 | Review SS Offset Amount | Requested | CREGA8 |
| | Hello, I spoke with Mr. Loper today for a full retirement age task and he states he was born in , not 1952. Just wanted to give you a heads up. Thank you. - TAMLA9 - Oct 30, 2023 03:57:22 pm<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:18 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:27 pm | | | | |
| 11/15/2023 | Claim Tasks | 11 | Call Employer | Completed | CREGA8 |
| | Follow up if nothing is Received - CREGA8 - Nov 01, 2023 01:49:00 pm<br><br>Received 11/08/2023 pushing out to allow to be uploaded and reviewed. - CREGA8 - Nov 08, 2023 12:22:23 pm<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:20 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:29 pm | | | | |
| 11/1/2023 1:48:38 PM | Claim Tasks | 11 | Call Employer | Requested | CREGA8 |
| | Follow up if nothing is Received - CREGA8 - Nov 01, 2023 01:49:00 pm | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Received 11/08/2023 pushing out to allow to be uploaded and reviewed. - CREGA8 - Nov 08, 2023 12:22:23 pm

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:20 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:29 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/10/2024 | Claim Tasks | 12 | 45 Day.Need Decision/Extension | Completed | GABUTTS |

due by 12/16/2023 - CREGA8 - Dec 01, 2023 02:15:50 pm

On extension - CREGA8 - Dec 15, 2023 09:26:33 am

Sent to clinical - CREGA8 - Dec 20, 2023 10:47:32 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:21 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:31 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/1/2023 1:50:45 PM | Claim Tasks | 12 | 45 Day.Need Decision/Extension | Requested | GABUTTS |

due by 12/16/2023 - CREGA8 - Dec 01, 2023 02:15:50 pm

On extension - CREGA8 - Dec 15, 2023 09:26:33 am

Sent to clinical - CREGA8 - Dec 20, 2023 10:47:32 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:21 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:31 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/15/2023 | Claim Tasks | 13 | Call Claimant | Completed | CREGA8 |

Called bob to give update on medical if not received discuss options. - CREGA8 - Nov 22, 2023 10:06:35 am

Follow up in another week with claimant if still nothing received - CREGA8 - Nov 30, 2023 12:35:24 pm

sent clmt auth - will need to f/u - Mayo clinic wanted their release to obtain records - DADMC7 - Dec 05, 2023 05:36:36 pm

Follow up for gundersen auth or records. - CREGA8 - Dec 08, 2023 06:11:40 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:23 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:33 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/22/2023 10:04:44 AM | Claim Tasks | 13 | Call Claimant | Requested | CREGA8 |

Called bob to give update on medical if not received discuss options. - CREGA8 - Nov 22, 2023 10:06:35 am

Follow up in another week with claimant if still nothing received - CREGA8 - Nov 30, 2023 12:35:24 pm

sent clmt auth - will need to f/u - Mayo clinic wanted their release to obtain records - DADMC7 - Dec 05, 2023 05:36:36 pm

Follow up for gundersen auth or records. - CREGA8 - Dec 08, 2023 06:11:40 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:23 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:33 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/10/2024 | Claim Tasks | 14 | 75 Day.Need Decision/Extension | Completed | CREGA8 |

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:24 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:36 pm | | | | |
| 1/3/2024 8:12:12 PM | Claim Tasks | 14 | 75 Day.Need Decision/Extension | Requested | CREGA8 |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:24 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:36 pm | | | | |
| 3/18/2024 | Claim Tasks | 15 | File scan request | Completed | FALHO2 |

For Claim number 1230085410
Attorney requesting: Haw ks Quindel Attorneys at law
Person Requesting Jessa L Victor
Email secretary Matt @ MVieth@hq-law .com

Requesting:
The Plan Documents and Summary Plan Description
All medical records and notes
All surveillance videos
All internal rules, guidelines, protocols
All records, notes and summaries of phone calls
All audio recordings
All communitcations regarding cliamant
All coorespondence relating to the claimant
All information from third party sources
All review s conducted by medical, voccational and investigative personal
Any and all documents including billing
All reports produced
The indentty, credentials and notes of all review ers including medical personal
Any and all documented information that may have influded decision to deny.

- CREGA8 - Mar 14, 2024 08:10:19 am

ROBERT LOPER 1230085410 03-15-2024

Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:
ROBERT LOPER 1230085410 03-15-2024

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- FALHO2 - Mar 15, 2024 10:41:21 am

File looks great - CREGA8 - Mar 15, 2024 12:43:49 pm

submitted to corrected email mvieth@hq-law .com bcc examiner of submission via secure one drive - FALHO2 - Mar 18, 2024 09:38:47 am

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:25 pm

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:38 pm

| 3/14/2024 8:05:26 AM | Claim Tasks | 15 | File scan request | Requested | FALHO2 |
|---|---|---|---|---|---|

For Claim number 1230085410
Attorney requesting: Haw ks Quindel Attorneys at law
Person Requesting Jessa L Victor
Email secretary Matt @ MVieth@hq-law .com

Requesting:
The Plan Documents and Summary Plan Description
All medical records and notes
All surveillance videos
All internal rules, guidelines, protocols
All records, notes and summaries of phone calls
All audio recordings
All communitcations regarding cliamant
All coorespondence relating to the claimant
All information from third party sources
All review s conducted by medical, voccational and investigative personal
Any and all documents including billing
All reports produced
The indentty, credentials and notes of all review ers including medical personal
Any and all documented information that may have infludeded decision to deny.

- CREGA8 - Mar 14, 2024 08:10:19 am

ROBERT LOPER 1230085410 03-15-2024

Copy has been prepared, it is in the \\us.ad.lfg.com\DFS-DEPT\GP\Claims\Claims Support\File Copies 2017 as:
ROBERT LOPER 1230085410 03-15-2024

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd.
** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- FALHO2 - Mar 15, 2024 10:41:21 am

File looks great - CREGA8 - Mar 15, 2024 12:43:49 pm

submitted to corrected email mvieth@hq-law .com bcc examiner of submission via secure one drive - FALHO2 - Mar 18, 2024 09:38:47 am

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:25 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:38 pm

| 5/23/2024 | Claim Tasks | 16 | Appeal - 4 day notice | Completed | KRTEDFO |
|---|---|---|---|---|---|

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:27 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:40 pm

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/22/2024 8:00:56 PM | Claim Tasks | 16 | Appeal - 4 day notice | Requested | KRTEDFO |

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:27 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:40 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/29/2024 | Claim Tasks | 17 | Review SS Offset Amount | Completed | KRTEDFO |

This SS Task #7169 is to remain Open until an SSDI Aw ard is recvd.
Used for ongoing communication betw een the LTD CE and the SS CE
When not communicating, please reset in SS CE initials to the COD date.

FYI ......

SSDI NOA REC'D - OFFSET ADDED TO SYSTEM.
SS VENDOR: none
DATE OF ENTITLEMENT: FEBRUARY 2024
ORIGINAL ENTITLEMENT AMOUNT: $3416
DEPENDENTS: no
PLEASE REFER TO AWD FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.

CLAIM IS IN APPEAL STATUS - PENDING THEREFORE UNABLE TO CALL CLMT TO INFORM OF OFFSET ADDED - TAMLA9 - May 23, 2024 03:52:32 pm

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:16 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:43 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/23/2024 3:51:40 PM | Claim Tasks | 17 | Review SS Offset Amount | Requested | KRTEDFO |

This SS Task #7169 is to remain Open until an SSDI Aw ard is recvd.
Used for ongoing communication betw een the LTD CE and the SS CE
When not communicating, please reset in SS CE initials to the COD date.

FYI ......

SSDI NOA REC'D - OFFSET ADDED TO SYSTEM.
SS VENDOR: none
DATE OF ENTITLEMENT: FEBRUARY 2024
ORIGINAL ENTITLEMENT AMOUNT: $3416
DEPENDENTS: no
PLEASE REFER TO AWD FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.

CLAIM IS IN APPEAL STATUS - PENDING THEREFORE UNABLE TO CALL CLMT TO INFORM OF OFFSET ADDED - TAMLA9 - May 23, 2024 03:52:32 pm

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:16 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:43 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/29/2024 | Claim Tasks | 18 | Update Claim Information | Completed | KRTEDFO |

30th day is 6/15/24 - KRTEDFO - May 24, 2024 12:23:11 pm

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:17 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:45 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/24/2024 12:22:35 PM | Claim Tasks | 18 | Update Claim Information | Requested | KRTEDFO |

30th day is 6/15/24 - KRTEDFO - May 24, 2024 12:23:11 pm

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:17 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:54:45 pm

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/8/2024 | Claim Tasks | 19 | Open Review | Completed | AN2LI3 |

90 days from Attny letter from 5/16/24 (See 6/3/24 letter)

Currently performing new peer review given incorrect pre-ex timeframes used on prior review - AN2LI3 - Jun 04, 2024 03:38:38 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:47 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/4/2024 3:37:53 PM | Claim Tasks | 19 | Open Review | Requested | AN2LI3 |

90 days from Attny letter from 5/16/24 (See 6/3/24 letter)

Currently performing new peer review given incorrect pre-ex timeframes used on prior review - AN2LI3 - Jun 04, 2024 03:38:38 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:47 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/16/2024 | Claim Tasks | 20 | File scan request | Completed | CAANI7 |

Please create file copy for LTD claim #1230085410. Please include a copy of the policy.

File copy to be sent to the attorney at MVieth@hq-law.com - AN2LI3 - Jul 12, 2024 08:35:15 am

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:

ROBERT LOPER LTD 1230085410 07-15-2024

Please review, advise if any pages need to be removed due to PHI and flip the task back into my initials with the requestor's email address. I will then send the file copy securely via email to them with you CC'd ** Please note to notify the requestor that they will only have 24 hours to access the item once it is sent to them.**
- CAANI7 - Jul 15, 2024 11:55:45 am

7/15/24 - Reviewed File Copy and this should be good to go to be sent. Thanks! - AN2LI3 - Jul 15, 2024 01:10:51 pm

Email of file copy has been sent securely to requestor and CE - CAANI7 - Jul 16, 2024 10:27:34 am

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:49 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/12/2024 8:33:46 AM | Claim Tasks | 20 | File scan request | Requested | CAANI7 |

Please create file copy for LTD claim #1230085410. Please include a copy of the policy.

File copy to be sent to the attorney at MVieth@hq-law.com - AN2LI3 - Jul 12, 2024 08:35:15 am

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:

ROBERT LOPER LTD 1230085410 07-15-2024

Please review, advise if any pages need to be removed due to PHI and flip the task back into my initials with the requestor's email address. I will then send the file copy securely via email to them with you CC'd ** Please note to notify the requestor that they will only have 24 hours to access the item once it is sent to them.**
- CAANI7 - Jul 15, 2024 11:55:45 am

7/15/24 - Reviewed File Copy and this should be good to go to be sent. Thanks! - AN2LI3 - Jul 15, 2024 01:10:51 pm

Email of file copy has been sent securely to requestor and CE - CAANI7 - Jul 16, 2024 10:27:34 am

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:49 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/23/2024 | Claim Tasks | 21 | Update Claim Information | Completed | KRTEDFO |

30th day is 8/14/24 - KRTEDFO - Jul 29, 2024 05:19:14 pm

next status update due 9/8/24 - KRTEDFO - Aug 09, 2024 09:13:43 am

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:51 pm

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/29/2024 5:18:36 PM | Claim Tasks | 21 | Update Claim Information | Requested | KRTEDFO |

30th day is 8/14/24 - KRTEDFO - Jul 29, 2024 05:19:14 pm

next status update due 9/8/24 - KRTEDFO - Aug 09, 2024 09:13:43 am

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:51 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/9/2024 | Claim Tasks | 22 | Appeal - 45 Day Reminder | Completed | KRTEDFO |

45th day is 8/29/24 - KRTEDFO - Jul 29, 2024 05:19:46 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:54 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/29/2024 5:19:20 PM | Claim Tasks | 22 | Appeal - 45 Day Reminder | Requested | KRTEDFO |

45th day is 8/29/24 - KRTEDFO - Jul 29, 2024 05:19:46 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:54 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/23/2024 | Claim Tasks | 23 | Appeal 90 Day Extension | Completed | KRTEDFO |

90th day is 10/13/24 - KRTEDFO - Jul 29, 2024 05:20:28 pm

began tolling 8/9/24 - KRTEDFO - Aug 09, 2024 09:13:12 am

end tolling 8/19/24 - new 90th day is 10/22/24 - KRTEDFO - Aug 20, 2024 04:26:05 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:56 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/29/2024 5:19:53 PM | Claim Tasks | 23 | Appeal 90 Day Extension | Requested | KRTEDFO |

90th day is 10/13/24 - KRTEDFO - Jul 29, 2024 05:20:28 pm

began tolling 8/9/24 - KRTEDFO - Aug 09, 2024 09:13:12 am

end tolling 8/19/24 - new 90th day is 10/22/24 - KRTEDFO - Aug 20, 2024 04:26:05 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:56 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/20/2024 | Claim Tasks | 24 | Appeal - 21 Day Letter | Completed | KRTEDFO |

RTR letter to attny w/cc of peer

f/up 8/30/24 - KRTEDFO - Aug 09, 2024 09:12:10 am

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:58 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/9/2024 9:11:31 AM | Claim Tasks | 24 | Appeal - 21 Day Letter | Requested | KRTEDFO |

RTR letter to attny w/cc of peer

f/up 8/30/24 - KRTEDFO - Aug 09, 2024 09:12:10 am

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:54:58 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/10/2024 | Claim Tasks | 25 | File scan request | Completed | CAANI7 |

Please include a copy of the LTD policy - GABUTTS - Sep 04, 2024 02:02:31 pm

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:

ROBERT LOPER LTD 1230085410 09-05-2024

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials with the requestor's email address. I will then send the file copy securely via email to them with you CC'd ** Please note to notify the requestor that they will only have 24 hours to access the item once it is sent to them.**
- CAANI7 - Sep 05, 2024 08:58:16 am

Hello, no pages need to be removed. Please send to mvieth@hq-law.com

Thanks! - GABUTTS - Sep 06, 2024 05:45:33 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Email of file copy has been sent securely to requestor and CE - CAANI7 - Sep 10, 2024 11:42:22 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/4/2024 2:02:13 PM | Claim Tasks | 25 | File scan request | Requested | CAANI7 |

Please include a copy of the LTD policy - GABUTTS - Sep 04, 2024 02:02:31 pm

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:

ROBERT LOPER LTD 1230085410 09-05-2024

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd ** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- CAANI7 - Sep 05, 2024 08:58:16 am

Hello, no pages need to be removed. Please send to mvieth@hq-law .com

Thanks! - GABUTTS - Sep 06, 2024 05:45:33 pm

Email of file copy has been sent securely to requestor and CE - CAANI7 - Sep 10, 2024 11:42:22 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2024 | Claim Tasks | 26 | Appeal - 45 Day Reminder | Completed | LAKURTZ |

45 day ERISA 11/03/2024 - LAKURTZ - Sep 25, 2024 03:17:37 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2024 3:17:15 PM | Claim Tasks | 26 | Appeal - 45 Day Reminder | Requested | LAKURTZ |

45 day ERISA 11/03/2024 - LAKURTZ - Sep 25, 2024 03:17:37 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/27/2024 | Claim Tasks | 27 | Appeal 90 Day Extension | Completed | LAKURTZ |

90th day ERISA = 12/18/2024 - LAKURTZ - Sep 25, 2024 03:18:07 pm
REVISED 90th day = 01/08/2025 - LAKURTZ - Oct 16, 2024 09:31:49 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/25/2024 3:17:45 PM | Claim Tasks | 27 | Appeal 90 Day Extension | Requested | LAKURTZ |

90th day ERISA = 12/18/2024 - LAKURTZ - Sep 25, 2024 03:18:07 pm
REVISED 90th day = 01/08/2025 - LAKURTZ - Oct 16, 2024 09:31:49 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/12/2024 | Claim Tasks | 28 | File scan request | Completed | AN2LI3 |

Please create file copy for LTD claim #1230085410 and STD claim #1230064639. Please include a copy of the policy.

File copy to be sent to the attorney at MVieth@hq-law .com
- AN2LI3 - Dec 10, 2024 01:15:51 pm

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:

R LOPER 1230085410

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd ** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- CAANI7 - Dec 11, 2024 08:25:36 am

12/11/24 - Review and file copy should be good to go. Thanks! - AN2LI3 - Dec 11, 2024 12:36:56 pm
Email of file copy has been sent securely to requestor and CE - MIXRO8 - Dec 12, 2024 07:21:29 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/10/2024 1:15:36 PM | Claim Tasks | 28 | File scan request | Requested | AN2LI3 |

Please create file copy for LTD claim #1230085410 and STD claim #1230064639. Please include a copy of the policy.

File copy to be sent to the attorney at MVieth@hq-law .com
- AN2LI3 - Dec 10, 2024 01:15:51 pm

Copy has been prepared, it is in the U:\Claims Support\File Copies 2017 Folder as:

R LOPER 1230085410

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Please review , advise if any pages need to be removed due to PHI and flip the task back into my initials w ith the requestor's email address. I w ill then send the file copy securely via email to them w ith you CC'd ** Please note to notify the requestor that they w ill only have 24 hours to access the item once it is sent to them.**
- CAANI7 - Dec 11, 2024 08:25:36 am

12/11/24 - Review and file copy should be good to go. Thanks! - AN2LI3 - Dec 11, 2024 12:36:56 pm
Email of file copy has been sent securely to requestor and CE - MIXRO8 - Dec 12, 2024 07:21:29 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 1/9/2025 2:48:35 PM | Claim Tasks | 29 | Paper File | Follow Up | DAMKE5 |

Please prepare a full file copy. As a reminder the file copy should include the follow ing information, in this order.

1. Claim Profile
2. Chronological Activity List
3. Policy at time of DOD
4. Certificate at time of DOD
5. All AWD/Paper documents.

Please save the follow ing file(s) in the Legal Requests folder:

LTD 1230085410
STD 1230064639
- DMQMA5 - Jan 09, 2025 02:49:50 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/13/2023 | Documents/Mail | 6 | Email | Completed | CREGA8 |

2023-11-09-07.50.41.367720O01

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:40 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:18 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/11/2023 2:51:50 PM | Documents/Mail | 6 | Email | Received | CREGA8 |

2023-11-09-07.50.41.367720O01

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:40 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:18 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/13/2023 | Documents/Mail | 5 | Email | Completed | CREGA8 |

2023-11-09-07.50.41.338720O01

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:41 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:19 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/11/2023 2:51:48 PM | Documents/Mail | 5 | Email | Received | CREGA8 |

2023-11-09-07.50.41.338720O01

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:41 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:19 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/13/2023 | Documents/Mail | 9 | Incoming Correspondence | Completed | CREGA8 |

2023-11-11-15.48.59.541880O01

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:42 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:21 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/11/2023 2:51:52 PM | Documents/Mail | 9 | Incoming Correspondence | Received | CREGA8 |

2023-11-11-15.48.59.541880O01

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:42 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:21 pm

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/13/2023 | Documents/Mail<br>2023-11-08-06.14.51.951680O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:04 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:22 pm | 3 | Email | Completed | CREGA8 |
| 11/10/2023 9:30:42 AM | Documents/Mail<br>2023-11-08-06.14.51.951680O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:04 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:22 pm | 3 | Email | Received | CREGA8 |
| 11/13/2023 | Documents/Mail<br>2023-11-11-15.48.20.186880O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:43 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:24 pm | 8 | Claim Form - Authorization | Completed | CREGA8 |
| 11/11/2023 2:51:51 PM | Documents/Mail<br>2023-11-11-15.48.20.186880O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:43 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:24 pm | 8 | Claim Form - Authorization | Received | CREGA8 |
| 11/13/2023 | Documents/Mail<br>2023-11-08-06.14.51.986680O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:44 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:25 pm | 4 | Incoming Correspondence | Completed | CREGA8 |
| 11/10/2023 9:30:42 AM | Documents/Mail<br>2023-11-08-06.14.51.986680O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:44 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:25 pm | 4 | Incoming Correspondence | Received | CREGA8 |
| 11/13/2023 | Documents/Mail<br>2023-11-11-15.46.43.617880O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:45 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:27 pm | 7 | Medical Records | Completed | CREGA8 |
| 11/11/2023 2:51:50 PM | Documents/Mail<br>2023-11-11-15.46.43.617880O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:45 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:27 pm | 7 | Medical Records | Received | CREGA8 |
| 12/20/2023 | Documents/Mail<br>2023-12-18-13.53.08.107300O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:05 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:28 pm | 47 | Medical Records | Completed | CREGA8 |
| 12/19/2023 12:46:53 PM | Documents/Mail<br>2023-12-18-13.53.08.107300O01 | 47 | Medical Records | Received | CREGA8 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:05 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:28 pm | | | | |
| 12/18/2023 | Documents/Mail | 43 | Authorization | Completed | CREGA8 |
| | 2023-12-14-07.10.40.638300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:45 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:30 pm | | | | |
| 12/15/2023 1:20:14 PM | Documents/Mail | 43 | Authorization | Received | CREGA8 |
| | 2023-12-14-07.10.40.638300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:45 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:30 pm | | | | |
| 12/18/2023 | Documents/Mail | 42 | Email | Completed | CREGA8 |
| | 2023-12-14-07.10.40.600300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:06 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:31 pm | | | | |
| 12/15/2023 1:20:13 PM | Documents/Mail | 42 | Email | Received | CREGA8 |
| | 2023-12-14-07.10.40.600300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:06 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:31 pm | | | | |
| 12/20/2023 | Documents/Mail | 45 | Medical Records | Completed | CREGA8 |
| | 2023-12-18-08.21.06.557300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:46 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:33 pm | | | | |
| 12/18/2023 2:00:24 PM | Documents/Mail | 45 | Medical Records | Received | CREGA8 |
| | 2023-12-18-08.21.06.557300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:46 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:33 pm | | | | |
| 12/20/2023 | Documents/Mail | 48 | Medical Records | Completed | CREGA8 |
| | 2023-12-18-13.53.08.180300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:07 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:34 pm | | | | |
| 12/19/2023 12:46:54 PM | Documents/Mail | 48 | Medical Records | Received | CREGA8 |
| | 2023-12-18-13.53.08.180300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:07 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:34 pm | | | | |
| 12/19/2023 | Documents/Mail | 44 | Medical Records | Completed | GABUTTS |
| | 2023-12-14-10.16.42.753260O01 | | | | |
| | Not summarizing as claimant only requested from certain providers and only from LTD coverage effective date forw ard - GABUTTS - Dec 19, 2023 03:43:24 pm | | | | |



**Lincoln/Loper 0093**

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:47 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:36 pm | | | | |
| 12/15/2023 3:57:30 PM | Documents/Mail | 44 | Medical Records | Received | GABUTTS |
| | 2023-12-14-10.16.42.753260O01 | | | | |
| | Not summarizing as claimant only requested from certain providers and only from LTD coverage effective date forw ard - GABUTTS - Dec 19, 2023 03:43:24 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:47 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:36 pm | | | | |
| 12/27/2023 | Documents/Mail | 53 | Medical Records | Completed | CREGA8 |
| | 2023-12-21-09.49.14.012300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:08 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:37 pm | | | | |
| 12/22/2023 11:16:11 AM | Documents/Mail | 53 | Medical Records | Received | CREGA8 |
| | 2023-12-21-09.49.14.012300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:08 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:37 pm | | | | |
| 12/19/2023 | Documents/Mail | 46 | Envelope | Completed | CREGA8 |
| | 2023-12-18-13.53.08.053300O01 | | | | |
| 12/27/2023 | Documents/Mail | 52 | Claim Form - Authorization | Completed | CREGA8 |
| | 2023-12-21-09.49.13.971300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:09 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:39 pm | | | | |
| 12/22/2023 11:16:10 AM | Documents/Mail | 52 | Claim Form - Authorization | Received | CREGA8 |
| | 2023-12-21-09.49.13.971300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:09 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:39 pm | | | | |
| 12/20/2023 | Documents/Mail | 49 | Medical Records | Completed | CREGA8 |
| | 2023-12-19-08.56.35.859260O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:10 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:40 pm | | | | |
| 12/19/2023 5:41:50 PM | Documents/Mail | 49 | Medical Records | Received | CREGA8 |
| | 2023-12-19-08.56.35.859260O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:10 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:40 pm | | | | |
| 12/27/2023 | Documents/Mail | 51 | Fax | Completed | CREGA8 |
| | 2023-12-21-09.49.13.917300O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:11 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:42 pm | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/22/2023 11:16:09 AM | Documents/Mail<br>2023-12-21-09.49.13.917300O01<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:11 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:42 pm | 51 | Fax | Received | CREGA8 |
| 3/20/2024 | Documents/Mail<br>2024-03-19-10.30.53.953720O01<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:48 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:43 pm | 59 | Incoming Correspondence | Completed | CREGA8 |
| 3/19/2024 9:31:51 AM | Documents/Mail<br>2024-03-19-10.30.53.953720O01<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:48 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:43 pm | 59 | Incoming Correspondence | Received | CREGA8 |
| 3/20/2024 | Documents/Mail<br>2024-03-19-10.30.34.559720O01<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:49 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:45 pm | 58 | Claim Form - Authorization | Completed | CREGA8 |
| 3/19/2024 9:31:50 AM | Documents/Mail<br>2024-03-19-10.30.34.559720O01<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:49 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:45 pm | 58 | Claim Form - Authorization | Received | CREGA8 |
| 6/4/2024 | Documents/Mail<br>2024-06-04-09.25.21.860560O01 | 71 | Email | Completed | AN2LI3 |
| 6/17/2024 | Documents/Mail<br>2024-06-14-12.36.28.152740O01 | 73 | Medical Records | Completed | AN2LI3 |
| 6/4/2024 | Documents/Mail<br>2024-06-04-10.40.45.042600O01 | 70 | Incoming Correspondence | Completed | AN2LI3 |
| 6/4/2024 | Documents/Mail<br>2024-06-04-09.21.10.379560O01 | 69 | Email | Completed | AN2LI3 |
| 5/31/2024 | Documents/Mail<br>2024-05-29-13.52.26.665480O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:46 pm | 68 | Email | Completed | AN2LI3 |
| 5/29/2024 4:24:24 PM | Documents/Mail<br>2024-05-29-13.52.26.665480O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:46 pm | 68 | Email | Received | AN2LI3 |
| 6/17/2024 | Documents/Mail<br>2024-06-14-12.36.28.067740O01 | 72 | Email | Completed | AN2LI3 |
| 5/23/2024 | Documents/Mail<br>2024-05-22-11.10.36.908400O01<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:50 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:48 pm | 64 | Medical Records | Completed | KRTEDFO |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 5/22/2024 10:27:49 AM | Documents/Mail | 64 | Medical Records | Received | KRTEDFO |
| | 2024-05-22-11.10.36.908400O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:50 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:48 pm | | | | |
| 5/23/2024 | Documents/Mail | 62 | Appeal Notice | Completed | KRTEDFO |
| | 2024-05-22-11.10.36.706400O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:51 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:49 pm | | | | |
| 5/22/2024 10:27:46 AM | Documents/Mail | 62 | Appeal Notice | Received | KRTEDFO |
| | 2024-05-22-11.10.36.706400O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:51 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:49 pm | | | | |
| 5/23/2024 | Documents/Mail | 63 | Incoming Correspondence | Completed | KRTEDFO |
| | 2024-05-22-11.10.36.811400O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:52 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:51 pm | | | | |
| 5/22/2024 10:27:47 AM | Documents/Mail | 63 | Incoming Correspondence | Received | KRTEDFO |
| | 2024-05-22-11.10.36.811400O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:52 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:51 pm | | | | |
| 5/23/2024 | Documents/Mail | 65 | Social Security Forms | Completed | TAMLA9 |
| | 2024-05-22-11.10.37.005400O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:53 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:52 pm | | | | |
| 5/22/2024 10:27:51 AM | Documents/Mail | 65 | Social Security Forms | Received | TAMLA9 |
| | 2024-05-22-11.10.37.005400O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:53 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:52 pm | | | | |
| 5/22/2024 | Documents/Mail | 61 | Envelope | Completed | SSA |
| | 2024-05-22-11.10.36.622400O01 | | | | |
| 5/20/2024 | Documents/Mail | 60 | Appeal Notice | Completed | KRTEDFO |
| | 2024-05-17-08.21.18.412360O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:54 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:54 pm | | | | |
| 5/17/2024 4:07:49 PM | Documents/Mail | 60 | Appeal Notice | Received | KRTEDFO |
| | 2024-05-17-08.21.18.412360O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:54 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:54 pm | | | | |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/7/2024 | Documents/Mail<br>2024-08-05-10.01.46.986600O01 | 92 | Email | Completed | KRTEDFO |
| 8/5/2024 | Documents/Mail<br>2024-08-01-10.05.39.103660O01<br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:55 pm | 91 | Incoming Correspondence | Completed | KRTEDFO |
| 8/3/2024 11:05:25 AM | Documents/Mail<br>2024-08-01-10.05.39.103660O01<br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:55 pm | 91 | Incoming Correspondence | Received | KRTEDFO |
| 8/9/2024 | Documents/Mail<br>2024-08-08-14.05.15.245620O01 | 93 | Email | Completed | KRTEDFO |
| 9/6/2024 | Documents/Mail<br>2024-09-05-14.58.09.538140O01 | 103 | Other Incoming | Completed | AN2LI3 |
| 12/10/2024 | Documents/Mail<br>2024-12-05-11.09.50.400320O01 | 132 | Incoming Correspondence | Completed | AN2LI3 |
| 12/7/2024 10:02:17 AM | Documents/Mail<br>2024-12-05-11.09.50.400320O01 | 132 | Incoming Correspondence | Received | AN2LI3 |
| 12/10/2024 | Documents/Mail<br>2024-12-09-14.44.53.734440O01 | 133 | Incoming Correspondence | Completed | AN2LI3 |
| 12/5/2023 | Documents/Mail<br>2023-11-29-07.50.35.163180O01<br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:12 pm<br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:57 pm | 19 | Email | Completed | CREGA8 |
| 12/1/2023 2:04:43 PM | Documents/Mail<br>2023-11-29-07.50.35.163180O01<br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:12 pm<br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:57 pm | 19 | Email | Received | CREGA8 |
| 12/5/2023 | Documents/Mail<br>2023-11-29-09.31.02.955180O01<br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:13 pm<br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:58 pm | 29 | Email | Completed | CREGA8 |
| 12/1/2023 3:40:12 PM | Documents/Mail<br>2023-11-29-09.31.02.955180O01<br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:13 pm<br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:58 pm | 29 | Email | Received | CREGA8 |
| 11/21/2023 | Documents/Mail<br>2023-11-15-11.51.07.993800O01<br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:55 pm<br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:00 pm | 12 | Email | Completed | CREGA8 |
| 11/17/2023 4:44:00 PM | Documents/Mail<br>2023-11-15-11.51.07.993800O01<br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:55 pm | 12 | Email | Received | CREGA8 |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:00 pm | | | | |
| 11/30/2023 | Documents/Mail | 18 | Claim Form - Authorization | Completed | CREGA8 |
| | 2023-11-29-09.03.32.525020O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:14 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:01 pm | | | | |
| 11/29/2023 8:04:07 AM | Documents/Mail | 18 | Claim Form - Authorization | Received | CREGA8 |
| | 2023-11-29-09.03.32.525020O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:14 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:01 pm | | | | |
| 11/30/2023 | Documents/Mail | 16 | Medical Records | Completed | CREGA8 |
| | 2023-11-24-10.11.46.371180O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:15 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:03 pm | | | | |
| 11/29/2023 8:04:05 AM | Documents/Mail | 16 | Medical Records | Received | CREGA8 |
| | 2023-11-24-10.11.46.371180O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:15 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:03 pm | | | | |
| 12/4/2023 | Documents/Mail | 31 | Fax | Completed | CREGA8 |
| | 2023-11-29-10.02.50.191160O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:16 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:04 pm | | | | |
| 12/1/2023 4:08:08 PM | Documents/Mail | 31 | Fax | Received | CREGA8 |
| | 2023-11-29-10.02.50.191160O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:16 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:04 pm | | | | |
| 11/21/2023 | Documents/Mail | 10 | Email | Completed | CREGA8 |
| | 2023-11-15-11.49.52.585860O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:17 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:06 pm | | | | |
| 11/17/2023 4:41:48 PM | Documents/Mail | 10 | Email | Received | CREGA8 |
| | 2023-11-15-11.49.52.585860O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:17 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:06 pm | | | | |
| 12/5/2023 | Documents/Mail | 26 | Email | Completed | CREGA8 |
| | 2023-11-29-07.51.25.246180O01 | | | | |
| | Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:18 pm | | | | |
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:07 pm | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/1/2023 2:07:27 PM | Documents/Mail<br>2023-11-29-07.51.25.246180O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:18 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:07 pm | 26 | Email | Received | CREGA8 |
| 12/5/2023 | Documents/Mail<br>2023-11-29-10.02.50.239160O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:19 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:09 pm | 32 | Medical Records | Completed | CREGA8 |
| 12/1/2023 4:08:09 PM | Documents/Mail<br>2023-11-29-10.02.50.239160O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:19 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:09 pm | 32 | Medical Records | Received | CREGA8 |
| 11/30/2023 | Documents/Mail<br>2023-11-29-09.02.49.117020O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:56 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:10 pm | 17 | Incoming Correspondence | Completed | CREGA8 |
| 11/29/2023 8:04:05 AM | Documents/Mail<br>2023-11-29-09.02.49.117020O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:56 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:10 pm | 17 | Incoming Correspondence | Received | CREGA8 |
| 12/4/2023 | Documents/Mail<br>2023-11-29-07.50.34.950160O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:57 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:12 pm | 23 | Claim Form - Authorization | Completed | CREGA8 |
| 12/1/2023 2:06:20 PM | Documents/Mail<br>2023-11-29-07.50.34.950160O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:57 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:12 pm | 23 | Claim Form - Authorization | Received | CREGA8 |
| 12/4/2023 | Documents/Mail<br>2023-11-29-07.51.25.273180O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:20 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:13 pm | 27 | Incoming Correspondence | Completed | CREGA8 |
| 12/1/2023 2:07:29 PM | Documents/Mail<br>2023-11-29-07.51.25.273180O01<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:20 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:13 pm | 27 | Incoming Correspondence | Received | CREGA8 |
| 12/5/2023 | Documents/Mail<br>2023-11-29-09.31.02.931180O01 | 28 | Email | Completed | CREGA8 |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:21 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:15 pm | | | | |
| 12/1/2023 3:40:12 PM | Documents/Mail | 28 | Email | Received | CREGA8 |
| | 2023-11-29-09.31.02.931180O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:21 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:15 pm | | | | |
| 11/21/2023 | Documents/Mail | 11 | Medical Records | Completed | CREGA8 |
| | 2023-11-15-11.49.52.624860O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:58 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:16 pm | | | | |
| 11/17/2023 4:41:50 PM | Documents/Mail | 11 | Medical Records | Received | CREGA8 |
| | 2023-11-15-11.49.52.624860O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:58 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:16 pm | | | | |
| 12/12/2023 | Documents/Mail | 38 | Email | Completed | CREGA8 |
| | 2023-12-08-10.01.15.013160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:59 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:18 pm | | | | |
| 12/11/2023 12:55:10 PM | Documents/Mail | 38 | Email | Received | CREGA8 |
| | 2023-12-08-10.01.15.013160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:59 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:18 pm | | | | |
| 12/4/2023 | Documents/Mail | 30 | Claim Form - Authorization | Completed | CREGA8 |
| | 2023-12-01-16.38.53.757160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:00 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:20 pm | | | | |
| 12/1/2023 3:40:13 PM | Documents/Mail | 30 | Claim Form - Authorization | Received | CREGA8 |
| | 2023-12-01-16.38.53.757160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:00 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:20 pm | | | | |
| 12/12/2023 | Documents/Mail | 36 | Email | Completed | CREGA8 |
| | 2023-12-08-09.35.37.229180O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:22 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:21 pm | | | | |
| 12/11/2023 10:43:38 AM | Documents/Mail | 36 | Email | Received | CREGA8 |
| | 2023-12-08-09.35.37.229180O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:22 pm | | | | |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:21 pm | | | | |
| 12/12/2023 | Documents/Mail | 37 | Claim Form - Authorization | Completed | CREGA8 |
| | 2023-12-08-09.35.37.254180O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:23 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:23 pm | | | | |
| 12/11/2023 10:43:40 AM | Documents/Mail | 37 | Claim Form - Authorization | Received | CREGA8 |
| | 2023-12-08-09.35.37.254180O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:23 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:23 pm | | | | |
| 12/5/2023 | Documents/Mail | 22 | Email | Completed | CREGA8 |
| | 2023-11-29-07.50.34.926160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:01 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:24 pm | | | | |
| 12/1/2023 2:06:19 PM | Documents/Mail | 22 | Email | Received | CREGA8 |
| | 2023-11-29-07.50.34.926160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:01 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:24 pm | | | | |
| 12/4/2023 | Documents/Mail | 33 | Claim Form - Authorization | Completed | CREGA8 |
| | 2023-11-29-10.02.50.273160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:24 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:26 pm | | | | |
| 12/1/2023 4:08:10 PM | Documents/Mail | 33 | Claim Form - Authorization | Received | CREGA8 |
| | 2023-11-29-10.02.50.273160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:24 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:26 pm | | | | |
| 12/4/2023 | Documents/Mail | 20 | Claim Form - Authorization | Completed | CREGA8 |
| | 2023-11-29-07.50.35.183180O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:25 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:27 pm | | | | |
| 12/1/2023 2:04:45 PM | Documents/Mail | 20 | Claim Form - Authorization | Received | CREGA8 |
| | 2023-11-29-07.50.35.183180O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:25 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:27 pm | | | | |
| 12/5/2023 | Documents/Mail | 34 | Email | Completed | CREGA8 |
| | 2023-12-01-08.12.13.280160O01 | | | | |
| 12/12/2023 | Documents/Mail | 39 | Medical Records | Completed | CREGA8 |
| | 2023-12-08-10.01.15.049160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:25 pm | | | | |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:29 pm | | | | |
| 12/11/2023 12:55:10 PM | Documents/Mail | 39 | Medical Records | Received | CREGA8 |
| | 2023-12-08-10.01.15.049160O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:25 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:29 pm | | | | |
| 1/16/2024 | Documents/Mail | 55 | Medical Records | Completed | CREGA8 |
| | 2024-01-10-14.49.35.507480O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:02 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:30 pm | | | | |
| 1/12/2024 8:19:16 AM | Documents/Mail | 55 | Medical Records | Received | CREGA8 |
| | 2024-01-10-14.49.35.507480O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:02 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:30 pm | | | | |
| 1/16/2024 | Documents/Mail | 54 | Email | Completed | CREGA8 |
| | 2024-01-10-14.49.35.478480O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:26 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:32 pm | | | | |
| 1/12/2024 8:19:15 AM | Documents/Mail | 54 | Email | Received | CREGA8 |
| | 2024-01-10-14.49.35.478480O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:26 pm | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:32 pm | | | | |
| 3/13/2024 | Documents/Mail | 57 | Incoming Correspondence | Completed | CREGA8 |
| | 2024-03-13-11.22.18.740360O01 | | | | |
| 7/12/2024 | Documents/Mail | 78 | Incoming Correspondence | Completed | AN2LI3 |
| | 2024-07-10-08.43.24.402141O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:33 pm | | | | |
| 7/10/2024 7:46:28 AM | Documents/Mail | 78 | Incoming Correspondence | Received | AN2LI3 |
| | 2024-07-10-08.43.24.402141O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:33 pm | | | | |
| 7/10/2024 | Documents/Mail | 77 | Fax | Completed | AN2LI3 |
| | 2024-07-06-08.23.22.369140O01 | | | | |
| 6/27/2024 | Documents/Mail | 76 | Incoming Correspondence | Completed | AN2LI3 |
| | 2024-06-25-10.19.32.379960O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:35 pm | | | | |
| 6/26/2024 7:19:08 PM | Documents/Mail | 76 | Incoming Correspondence | Received | AN2LI3 |
| | 2024-06-25-10.19.32.379960O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:35 pm | | | | |
| 6/27/2024 | Documents/Mail | 75 | Email | Completed | AN2LI3 |
| | 2024-06-25-10.19.32.336960O01 | | | | |
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:36 pm | | | | |



Lincoln/Loper 0102

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/26/2024 7:19:07 PM | Documents/Mail | 75 | Email | Received | AN2LI3 |
| | 2024-06-25-10.19.32.336960O01<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:36 pm | | | | |
| 7/12/2024 | Documents/Mail | 79 | Claim Form - Authorization | Completed | AN2LI3 |
| | 2024-07-10-08.43.51.222140O01<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:38 pm | | | | |
| 7/10/2024 7:46:30 AM | Documents/Mail | 79 | Claim Form - Authorization | Received | AN2LI3 |
| | 2024-07-10-08.43.51.222140O01<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:38 pm | | | | |
| 7/20/2024 | Documents/Mail | 83 | Email | Completed | AN2LI3 |

to: mvieth@hq-law .com
bcc: disabilityclaims@lfg.com, lfgappeals@lfg.com
subj: Re: Robert Loper - Claim (GUNDERLUTH)

Good morning, Matt

Thank you for your email. I have forw arded this information to our Disability department to attach to claim 1230085410. Please allow 5-7 business days for review .

In the future, please feel free to email your Disability claim forms directly to our Disability team at disabilityclaims@lfg.com for processing. If you should have questions regarding the items you are submitting, please continue to contact us at claims@lfg.com.

Please let us know if w e can be of further assistance.
Thank you,

Rukayat Ahmed

Customer Care Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration

FAX: 877-573-6177 Email: clientservices@lfg.com

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Claims

Disability Fax: 877-843-3950

Life Fax: 800-462-4660

Email: claims@lfg.com

Insurance products are issued by the insurance company
affiliates of Lincoln Financial Group: The Lincoln National Life Insurance
Company and Lincoln Life & Annuity Company of New York. The Lincoln
National Life Insurance Company is not authorized in the state of New York.
Lincoln Financial Group is the marketing name for Lincoln National Corporation
and its affiliates.

To: Claims@lfg.com
From: mvieth@hq-law .com
Sent: Jul 17, 2024 at 06:04 PM EDT
Subject: Robert Loper - Claim 1230085140

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached medical records in support of Mr. Loper?s appeal.

Thank you,

Matt Vieth

Legal Assistant

He/Him/His

HQ logo 1

409 E Main Street ? P.O. Box 2155 ? Madison, WI 53701

Direct Phone: (608) 308-8204

Phone: (608) 257-0040 ? Fax: (608) 256-0236 ? w w w .hq-law .com

PLEASE NOTE: If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/15/2024 | Documents/Mail<br>2024-07-10-08.22.25.194220O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:39 pm | 80 | Incoming Correspondence | Completed | AN2LI3 |
| 7/12/2024 12:06:51 PM | Documents/Mail<br>2024-07-10-08.22.25.194220O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:39 pm | 80 | Incoming Correspondence | Received | AN2LI3 |
| 7/24/2024 | Documents/Mail<br>2024-07-20-08.26.12.458440O01 | 87 | Email | Completed | KRTEDFO |
| 7/23/2024 | Documents/Mail<br>2024-07-22-10.57.08.962620O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:41 pm | 86 | Incoming Correspondence | Completed | KRTEDFO |
| 7/22/2024 12:50:14 PM | Documents/Mail<br>2024-07-22-10.57.08.962620O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:41 pm | 86 | Incoming Correspondence | Received | KRTEDFO |
| 7/24/2024 | Documents/Mail<br>2024-07-20-08.26.12.503440O01 | 88 | Medical Records | Completed | KRTEDFO |
| 7/23/2024 | Documents/Mail<br>2024-07-20-08.26.12.856320O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:43 pm | 85 | Medical Records | Completed | KRTEDFO |
| 7/22/2024 12:09:42 PM | Documents/Mail<br>2024-07-20-08.26.12.856320O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:43 pm | 85 | Medical Records | Received | KRTEDFO |
| 7/23/2024 | Documents/Mail<br>2024-07-17-12.27.16.809300O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:44 pm | 82 | Appeal Notice | Completed | KRTEDFO |
| 7/19/2024 8:16:45 AM | Documents/Mail<br>2024-07-17-12.27.16.809300O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:44 pm | 82 | Appeal Notice | Received | KRTEDFO |
| 7/15/2024 | Documents/Mail<br>2024-07-12-13.04.58.209260O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:46 pm | 81 | Claim Form - Authorization | Completed | AN2LI3 |
| 7/12/2024 12:06:52 PM | Documents/Mail<br>2024-07-12-13.04.58.209260O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:46 pm | 81 | Claim Form - Authorization | Received | AN2LI3 |
| 7/23/2024 | Documents/Mail<br>2024-07-20-08.26.12.763320O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:47 pm | 84 | Email | Completed | KRTEDFO |
| 7/22/2024 12:09:41 PM | Documents/Mail<br>2024-07-20-08.26.12.763320O01<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:47 pm | 84 | Email | Received | KRTEDFO |
| 8/20/2024 | Documents/Mail<br>2024-08-20-12.27.30.639000O01 | 96 | Incoming Correspondence | Completed | KRTEDFO |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/27/2024 | Documents/Mail<br>2024-08-23-20.52.51.551020O01 | 100 | Email | Completed | AN2LI3 |
| 8/26/2024 1:56:43 PM | Documents/Mail<br>2024-08-23-20.52.51.551020O01 | 100 | Email | Received | AN2LI3 |
| 8/29/2024 | Documents/Mail<br>2024-08-26-14.51.08.619120O01 | 101 | Incoming Correspondence | Completed | GABUTTS |
| 8/27/2024 12:26:32 PM | Documents/Mail<br>2024-08-26-14.51.08.619120O01 | 101 | Incoming Correspondence | Received | GABUTTS |
| 8/20/2024 | Documents/Mail<br>2024-08-19-14.43.09.905020O01 | 95 | Email | Completed | KRTEDFO |
| 9/4/2024 | Documents/Mail<br>2024-08-29-14.41.26.780100O01 | 102 | Incoming Correspondence | Completed | GABUTTS |
| 8/30/2024 3:55:14 PM | Documents/Mail<br>2024-08-29-14.41.26.780100O01 | 102 | Incoming Correspondence | Received | GABUTTS |
| 8/22/2024 | Documents/Mail<br>2024-08-20-12.08.37.404040O01 | 97 | Incoming Correspondence | Completed | KRTEDFO |
| 11/6/2024 | Documents/Mail<br>2024-11-06-09.08.05.023500O01 | 128 | Incoming Correspondence | Completed | LAKURTZ |
| 11/6/2024 | Documents/Mail<br>2024-11-06-07.37.29.679500O01 | 127 | Email | Completed | LAKURTZ |
| 11/6/2024 | Documents/Mail<br>2024-11-05-08.46.18.484500O01 | 126 | Email | Completed | LAKURTZ |
| 11/5/2024 11:42:50 AM | Documents/Mail<br>2024-11-05-08.46.18.484500O01 | 126 | Email | Received | LAKURTZ |
| 11/11/2024 | Documents/Mail<br>2024-11-07-10.08.14.995460O01 | 129 | Incoming Correspondence | Completed | LAKURTZ |
| 11/4/2024 | Documents/Mail<br>2024-10-31-09.33.47.605480O01 | 125 | Incoming Correspondence | Completed | LAKURTZ |
| 10/24/2024 | Documents/Mail<br>2024-10-22-08.12.31.602360O01 | 123 | Medical Records | Completed | LAKURTZ |
| 10/22/2024 8:58:58 AM | Documents/Mail<br>2024-10-22-08.12.31.602360O01 | 123 | Medical Records | Received | LAKURTZ |
| 10/24/2024 | Documents/Mail<br>2024-10-22-08.12.31.560360O01 | 122 | Incoming Correspondence | Completed | LAKURTZ |
| 10/22/2024 8:58:56 AM | Documents/Mail<br>2024-10-22-08.12.31.560360O01 | 122 | Incoming Correspondence | Received | LAKURTZ |
| 10/15/2024 | Documents/Mail<br>2024-10-15-09.58.44.069220O01 | 118 | Email | Completed | LAKURTZ |
| 10/16/2024 | Documents/Mail<br>2024-10-15-09.58.44.089220O01 | 119 | Medical Records | Completed | LAKURTZ |
| 10/15/2024 11:09:02 AM | Documents/Mail<br>2024-10-15-09.58.44.089220O01 | 119 | Medical Records | Received | LAKURTZ |
| 10/24/2024 | Documents/Mail<br>2024-10-22-08.12.31.524360O01 | 121 | Fax | Completed | LAKURTZ |
| 10/22/2024 8:58:56 AM | Documents/Mail<br>2024-10-22-08.12.31.524360O01 | 121 | Fax | Received | LAKURTZ |
| 9/23/2024 | Documents/Mail<br>2024-09-19-13.50.16.361640O01 | 108 | Fax | Completed | LAKURTZ |
| 9/20/2024 1:38:30 PM | Documents/Mail<br>2024-09-19-13.50.16.361640O01 | 108 | Fax | Received | LAKURTZ |



**Lincoln/Loper 0106**

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/26/2024 | Documents/Mail<br>2024-09-26-08.15.03.356760O01 | 114 | Appeal Notice | Completed | LAKURTZ |
| 9/19/2024 | Documents/Mail<br>2024-09-19-10.07.01.697760O01 | 105 | Other Incoming | Completed | AN2LI3 |
| 9/26/2024 | Documents/Mail<br>2024-09-26-08.15.03.275760O01 | 113 | Envelope | Completed | LAKURTZ |
| 9/19/2024 | Documents/Mail<br>2024-09-19-10.11.00.408760O01<br><br>this is records from UOWH with no payment request attached - KEIKU2 - Sep 19, 2024 01:43:58 pm | 107 | Medical Record Invoice | Completed | KEIKU2 |
| 9/23/2024 | Documents/Mail<br>2024-09-19-10.09.57.967760O01 | 106 | Appeal Notice | Completed | LAKURTZ |
| 9/19/2024 9:16:42 AM | Documents/Mail<br>2024-09-19-10.09.57.967760O01 | 106 | Appeal Notice | Received | LAKURTZ |
| 9/26/2024 | Documents/Mail<br>2024-09-26-08.15.03.404760O01 | 115 | Medical Records | Completed | LAKURTZ |
| 9/23/2024 | Documents/Mail<br>2024-09-19-13.50.16.441640O01 | 109 | Appeal Notice | Completed | LAKURTZ |
| 9/20/2024 1:38:31 PM | Documents/Mail<br>2024-09-19-13.50.16.441640O01 | 109 | Appeal Notice | Received | LAKURTZ |
| 9/30/2024 | Documents/Mail<br>2024-09-25-17.03.16.522760O01 | 117 | Medical Records | Completed | LAKURTZ |
| 9/27/2024 8:16:22 AM | Documents/Mail<br>2024-09-25-17.03.16.522760O01 | 117 | Medical Records | Received | LAKURTZ |
| 9/23/2024 | Documents/Mail<br>2024-09-19-13.50.16.508640O01 | 110 | Medical Records | Completed | LAKURTZ |
| 9/20/2024 1:38:32 PM | Documents/Mail<br>2024-09-19-13.50.16.508640O01 | 110 | Medical Records | Received | LAKURTZ |
| 9/30/2024 | Documents/Mail<br>2024-09-25-17.03.16.502760O01 | 116 | Email | Completed | LAKURTZ |
| 9/27/2024 8:16:22 AM | Documents/Mail<br>2024-09-25-17.03.16.502760O01 | 116 | Email | Received | LAKURTZ |
| 9/23/2024 | Documents/Mail<br>2024-09-18-16.56.05.633700O01 | 104 | Email | Completed | LAKURTZ |
| 9/19/2024 9:16:40 AM | Documents/Mail<br>2024-09-18-16.56.05.633700O01 | 104 | Email | Received | LAKURTZ |
| 11/3/2023 | Documents/Mail<br>Attachments:Gundersen Health System Special Auth.pdfFree Form Letter | 2 | Free Form Letter | Completed | CREGA8 |
| 11/1/2023 | Documents/Mail<br>Pend Pre_Ex Inv ClaimantAttachments:TMPAuth Medical | 1 | Pend Pre_Ex Inv Claimant | Completed | CREGA8 |
| 12/20/2023 | Documents/Mail<br>Med Rec RequestAttachments:Loper.pdf | 50 | Med Rec Request | Completed | KAHKR9 |
| 12/15/2023 | Documents/Mail<br>Med Rec RequestAttachments:R LOPER - LFG ATUH.pdf | 40 | Med Rec Request | Completed | SYNPE2 |
| 12/15/2023 | Documents/Mail<br>Med Rec RequestAttachments:R LOPER - LFG ATUH.pdf | 41 | Med Rec Request | Completed | SYNPE2 |
| 6/21/2024 | Documents/Mail<br>Denial Letter Due to Pre Ex<br><br>Attachments:<br>Translation services | 74 | Denial Letter Due to Pre Ex | Completed | AN2LI3 |

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:48 pm | | | | |
| 6/18/2024 9:49:06 AM | Documents/Mail | 74 | Denial Letter Due to Pre Ex | Work In Progress | AN2LI3 |
| | Denial Letter Due to Pre Ex<br><br>Attachments:<br>Translation services<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:48 pm | | | | |
| 5/24/2024 | Documents/Mail | 67 | Appeal Dis Delay Letter to Group | Completed | KRTEDFO |
| | Appeal Dis Delay Letter to Group | | | | |
| 5/24/2024 | Documents/Mail | 66 | Appeal Dis Atty Ackappeal | Completed | KRTEDFO |
| | Appeal Dis Atty Ackappeal | | | | |
| 8/9/2024 | Documents/Mail | 94 | Appeal Dis Atty 21 Day Letter | Completed | KRTEDFO |
| | Attachments:R Loper peer review .pdfAppeal Dis Atty 21 Day Letter | | | | |
| 11/27/2024 | Documents/Mail | 131 | Appeal Dis Uphold to Group | Completed | LAKURTZ |
| | Appeal Dis Uphold to Group | | | | |
| 12/1/2023 | Documents/Mail | 21 | Pend Pre_Ex Inv Claimant | Completed | CREGA8 |
| | Record was canceled. Completed to remove from case diary. Date: 04-DEC-23<br>Pend Pre_Ex Inv ClaimantAttachments:TMP | | | | |
| 11/22/2023 | Documents/Mail | 14 | Med Rec Request | Completed | SAORO6 |
| | Med Rec RequestAttachments:R LOPER - LFG AUTH.pdf | | | | |
| 11/22/2023 | Documents/Mail | 15 | Med Rec Request | Completed | SAORO6 |
| | Med Rec RequestAttachments:R LOPER - LFG AUTH.pdf | | | | |
| 12/1/2023 | Documents/Mail | 25 | EE Pend_Final Request | Completed | CREGA8 |
| | EE Pend_Final Request | | | | |
| 12/5/2023 | Documents/Mail | 35 | Request Forms from Claimant | Completed | DADMC7 |
| | Request Forms from ClaimantAttachments:Mayo Clinic Release of Information.pdf | | | | |
| 11/22/2023 | Documents/Mail | 13 | Med Rec Request | Completed | SAORO6 |
| | Med Rec RequestAttachments:R LOPER - LFG AUTH.pdf | | | | |
| 12/1/2023 | Documents/Mail | 24 | EE Pend_Final Request | Completed | CREGA8 |
| | Record was canceled. Completed to remove from case diary. Date: 04-DEC-23<br>EE Pend_Final RequestAttachments:TMPAuth Medical | | | | |
| 1/26/2024 | Documents/Mail | 56 | Denial Letter Due to Pre Ex | Completed | AN2LI3 |
| | Denial Letter Due to Pre Ex<br><br>Attachments:<br>Translation services<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:03 pm<br><br>Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:50 pm | | | | |
| 1/24/2024 7:46:15 AM | Documents/Mail | 56 | Denial Letter Due to Pre Ex | Work In Progress | AN2LI3 |
| | Denial Letter Due to Pre Ex<br><br>Attachments:<br>Translation services<br><br>Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:03 pm | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:50 pm | | | | |
| 7/29/2024 | Documents/Mail | 90 | Appeal Dis Delay Letter to Group | Completed | KRTEDFO |
| | Appeal Dis Delay Letter to Group | | | | |
| 7/29/2024 | Documents/Mail | 89 | Appeal Dis Atty Ackappeal | Completed | KRTEDFO |
| | Appeal Dis Atty Ackappeal | | | | |
| 8/23/2024 | Documents/Mail | 99 | Appeal Ow n Occ Level 1 Uphold Atty | Completed | KRTEDFO |
| | Appeal Ow n Occ Level 1 Uphold AttyAttachments:Translation services | | | | |
| 8/23/2024 | Documents/Mail | 98 | Appeal Dis Uphold to Group | Completed | KRTEDFO |
| | Appeal Dis Uphold to Group | | | | |
| 11/27/2024 | Documents/Mail | 130 | Appeal Ow n Occ Level 2 Uphold Atty | Completed | LAKURTZ |
| | Appeal Ow n Occ Level 2 Uphold AttyAttachments:Translation services | | | | |
| 10/16/2024 | Documents/Mail | 120 | Appeal Dis Atty 21 Day Letter | Completed | LAKURTZ |
| | Appeal Dis Atty 21 Day LetterAttachments:R Loper Medical Report.pdf | | | | |
| 10/28/2024 | Documents/Mail | 124 | Free Form Letter | Completed | LAKURTZ |
| | Free Form Letter | | | | |
| 9/25/2024 | Documents/Mail | 111 | Appeal Dis Atty Ackappeal | Completed | LAKURTZ |
| | Appeal Dis Atty Ackappeal | | | | |
| 9/25/2024 | Documents/Mail | 112 | Appeal Dis Atty Ackappeal | Completed | LAKURTZ |
| | Appeal Dis Atty Ackappeal | | | | |
| 12/1/2023 | Investigation | 1 | UNKNOWN | Received | CREGA8 |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:28 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:01 pm | | | | |
| 11/1/2023 8:21:59 PM | Investigation | 1 | UNKNOWN | Requested | CREGA8 |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:28 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:01 pm | | | | |
| 12/15/2023 | Investigation | 2 | Determine Disability | Received | CREGA8 |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:29 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:02 pm | | | | |
| 12/1/2023 8:28:25 PM | Investigation | 2 | Determine Disability | Requested | CREGA8 |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:29 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:02 pm | | | | |
| 1/4/2024 | Investigation | 3 | Determine Disability | Received | CREGA8 |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:30 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:04 pm | | | | |
| 12/5/2023 8:23:02 PM | Investigation | 3 | Determine Disability | Requested | CREGA8 |
| | Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:30 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:04 pm | | | | |
| 12/11/2023 | Medical | 1 | | Closed | CREGA8 |
| | Gundersen Authorization Form signed and in claim 1230064639 received 08/22/2023<br><br>We need 2 sets of dates on this request<br><br>Pre-ex dates 06/01/2022 to 09/01/2022 Top 2 boxes<br>Current dates 08/12/2023 to current top 2 boxes - CREGA8 - Nov 01, 2023 01:48:29 pm<br><br>INVALID AUTH - the Gundersen auth form w e have on file is not meant for 3rd party requestors to use seeking records. It is not HIPAA compliant for that. The form is used by patients to request their records. I have attached a | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | blank Gundersen auth for 3rd parties for you to send to the claimant for completion.<br>TRACKING EMAIL OUT TO CE<br>CLOSING THIS TASK - NA7SU3 - Nov 03, 2023 12:38:56 pm<br><br>Per Michele w as not seen during pre-ex time frame. - CREGA8 - Dec 08, 2023 08:50:02 am<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:32 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:06 pm | | | | |
| 11/1/2023 1:46:30 PM | Medical | 1 | | Initial | CREGA8 |
| | Gundersen Authorization Form signed and in claim 1230064639 received 08/22/2023<br><br>We need 2 sets of dates on this request<br><br>Pre-ex dates 06/01/2022 to 09/01/2022 Top 2 boxes<br>Current dates 08/12/2023 to current top 2 boxes - CREGA8 - Nov 01, 2023 01:48:29 pm<br><br>INVALID AUTH - the Gundersen auth form w e have on file is not meant for 3rd party requestors to use seeking records. It is not HIPAA compliant for that. The form is used by patients to request their records. I have attached a blank Gundersen auth for 3rd parties for you to send to the claimant for completion.<br>TRACKING EMAIL OUT TO CE<br>CLOSING THIS TASK - NA7SU3 - Nov 03, 2023 12:38:56 pm<br><br>Per Michele w as not seen during pre-ex time frame. - CREGA8 - Dec 08, 2023 08:50:02 am<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:32 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:06 pm | | | | |
| 1/16/2024 | Medical | 5 | | Closed | CREGA8 |
| | Sent CE email: Do you have the Gundersen auth filled out by the claimant? I just see a blank one file. - KAHKR9 - Dec 13, 2023 03:03:38 pm<br><br>CE responded: I sent it to be uploaded into Docs net back on the 8th. Not sure w hy it w as not loaded. Here is a copy of the form. - KAHKR9 - Dec 20, 2023 08:00:25 am<br><br>No STAT call needed- Med recs in AWD 2023-12-21-09.49.14.012300 - Will send to CS. - KEDSH2 - Dec 22, 2023 02:46:57 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:33 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:08 pm | | | | |
| 12/11/2023 12:31:17 PM | Medical | 5 | | Initial | CREGA8 |
| | Sent CE email: Do you have the Gundersen auth filled out by the claimant? I just see a blank one file. - KAHKR9 - Dec 13, 2023 03:03:38 pm<br><br>CE responded: I sent it to be uploaded into Docs net back on the 8th. Not sure w hy it w as not loaded. Here is a copy of the form. - KAHKR9 - Dec 20, 2023 08:00:25 am<br><br>No STAT call needed- Med recs in AWD 2023-12-21-09.49.14.012300 - Will send to CS. - KEDSH2 - Dec 22, 2023 02:46:57 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:33 pm<br><br>Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:08 pm | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/30/2023 | Medical | 2 | | Closed | CREGA8 |

No STAT call needed, AWD shows correspondence stating no records for DOS requested recieved on 11-29-23 2023-11-24-10.11.46.371180 - JAUDR4 - Nov 29, 2023 10:19:58 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:35 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:09 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/21/2023 10:45:48 AM | Medical | 2 | | Initial | CREGA8 |

No STAT call needed, AWD shows correspondence stating no records for DOS requested recieved on 11-29-23 2023-11-24-10.11.46.371180 - JAUDR4 - Nov 29, 2023 10:19:58 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:35 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:09 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/20/2023 | Medical | 6 | | Closed | CAMBY2 |

STAT CALL 608-392-5000 - pressed 3 - pressed 2 - pressed 2 - pressed 4 - prompted to leave a message for a call back - will f/u. - CAMBY2 - Dec 19, 2023 11:55:00 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:36 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:11 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/13/2023 6:38:26 AM | Medical | 6 | | Initial | CAMBY2 |

STAT CALL 608-392-5000 - pressed 3 - pressed 2 - pressed 2 - pressed 4 - prompted to leave a message for a call back - will f/u. - CAMBY2 - Dec 19, 2023 11:55:00 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:36 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:11 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/30/2023 | Medical | 3 | | Closed | CREGA8 |

STAT Call: 847-264-7100 - spoke record request- spoke more choices- spoke rep- spoke DOB- spoke to britney, she said patient account is inactive- let her know the dates requested are from 2022 and she said the only time frame it was active for the DOS requested is june and july- it expired in july- she put me on hold to find out if they did recieve the request cause they dont usually get them on inactive accounts- on hold 3 min- will try again, - JAUDR4 - Nov 29, 2023 10:45:32 am

STAT Call: 847-264-7100 - spoke agent- spoke DOB- spoke to valincia, she said she can not see the list of prescriptions- i asked her if there was somewhere/someone to talk to about getting the previous records- she put me on hold to reach out to team- she couldnt get sytem to work- she attemtped to check a different area since she couldnt get ahold of team- she sees another acct- not pulling up any perscriptions in that other account- she still couldnt get anywhere- unable to confirm or find out where to get this request sent to -will move to CS's initials. - JAUDR4 - Nov 30, 2023 11:23:35 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:38 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:13 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/21/2023 10:50:44 AM | Medical | 3 | | Initial | CREGA8 |

STAT Call: 847-264-7100 - spoke record request- spoke more choices- spoke rep- spoke DOB- spoke to britney, she said patient account is inactive- let her know the dates requested are from 2022 and she said the only time frame it was active for the DOS requested is june and july- it expired in july- she put me on hold to find out if they did recieve the request cause they dont usually get them on inactive accounts- on hold 3 min- will try again, - JAUDR4 - Nov 29, 2023 10:45:32 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

STAT Call: 847-264-7100 - spoke agent- spoke DOB- spoke to valincia, she said she can not see the list of prescriptions- i asked her if there w as somew here/someone to talk to about getting the previous records- she put me on hold to reach out to team- she couldnt get sytem to w ork- she attemtped to check a different area since she couldnt get ahold of team- she sees another acct- not pulling up any perscriptions in that other account- she still couldnt get anyw here- unable to confirm or find out w here to get this request sent to -w ill move to CS's initials. - JAUDR4 - Nov 30, 2023 11:23:35 am

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:38 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:13 pm

| 12/8/2023 | Medical | 4 | | Closed | CREGA8 |
|---|---|---|---|---|---|

STAT Call: ROI # on list for CVS is 800-287-2414 - pressed 3 for req's- pressed 4 for 3rd party- pressed 1 for stat- spoke to mat, he said not w ay of know ing other than confirming fax or email address it w as sent to- he gave me correct (f) 401-652-1593 email: rxrecords@cvs.com - emailing now . - JAUDR4 - Nov 29, 2023 10:30:06 am

STAT: recieved email back stating request recieved and now in que to be processed. - JAUDR4 - Dec 01, 2023 07:11:02 am

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:39 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:14 pm

| 11/21/2023 10:54:13 AM | Medical | 4 | | Initial | CREGA8 |
|---|---|---|---|---|---|

STAT Call: ROI # on list for CVS is 800-287-2414 - pressed 3 for req's- pressed 4 for 3rd party- pressed 1 for stat- spoke to mat, he said not w ay of know ing other than confirming fax or email address it w as sent to- he gave me correct (f) 401-652-1593 email: rxrecords@cvs.com - emailing now . - JAUDR4 - Nov 29, 2023 10:30:06 am

STAT: recieved email back stating request recieved and now in que to be processed. - JAUDR4 - Dec 01, 2023 07:11:02 am

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:39 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:14 pm

| 12/20/2023 | Medical | 7 | | Closed | CREGA8 |
|---|---|---|---|---|---|

STAT CALL 608-775-2374 - spoke to Linda w ho transferred me to leave a message for a call back - w ill f/u. - CAMBY2 - Dec 19, 2023 11:58:34 am

Received the follow ing voicemail: Hi Carrie, my name's Toby giving you a call back from Gundersen Health System. You had called and left a voicemail regarding Robert Loper LOPER Date of birth Reference Claim number 1230085410. We did receive that request on 12/15 and it w as actually faxed back to you on the same day and it w as attention to the claim number. It w as about 20 pages. If you didn't receive it, please give us a call back at 608-775-3199. You can ask for Kate, she is the one w ho processed the request and have them fax it again if you haven't received it. Thank you. - giving back to the cs. - CAMBY2 - Dec 19, 2023 02:47:42 pm

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:54:34 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:55:16 pm

| 12/13/2023 6:40:54 AM | Medical | 7 | | Initial | CREGA8 |
|---|---|---|---|---|---|

STAT CALL 608-775-2374 - spoke to Linda w ho transferred me to leave a message for a call back - w ill f/u. - CAMBY2 - Dec 19, 2023 11:58:34 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Received the following voicemail: Hi Carrie, my name's Toby giving you a call back from Gundersen Health System. You had called and left a voicemail regarding Robert Loper LOPER Date of birth Reference Claim number 1230085410. We did receive that request on 12/15 and it was actually faxed back to you on the same day and it was attention to the claim number. It was about 20 pages. If you didn't receive it, please give us a call back at 608-775-3199. You can ask for Kate, she is the one who processed the request and have them fax it again if you haven't received it. Thank you. - giving back to the cs. - CAMBY2 - Dec 19, 2023 02:47:42 pm

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:54:34 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:55:16 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/13/2023 | Referrals | 5 | Pre-Ex | Completed | CREGA8 |

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:31 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:56:58 pm
Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Robert Loper
Claim Number: 1230085410
Occupation/level: PROSTHETIST (medical ser.)
Diagnosis: Malignant neoplasm of major salivary gla
DLW: 08/11/2023
DOD: 08/12/2023

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop work on 08/12/2023. Currently on trail at UW Madison.

06/02/2022 Progress Notes Catlin Carpenter: Presents with history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for worsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents with an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for facial swelling. Seen for puffiness and redness under left eye.

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022
Specific Medical Question:
"Is the claimant's claimed disability related to a new onset or is there a history of the impairment found in the records. (PRE-EX)
"Is the claimants current impairment caused by or contributed by a condition that he/she received treatment for the lookback period of 08/01/2022 to 11/01/2022. Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. (PRE-EX) - CREGA8 - Dec 12, 2023 09:49:28 am
Date:December 13, 2023

Subject:Nursing Memorandum

Claimant Name: Robert Loper
Claim Number: 1230085410
DOD: 8/12/23
Lookback period 08/01/2022 to 11/01/2022

Clinical assessment:

The medical records indicated that the EE went out of work due to salivary gland carcinoma (cancer). It appears EE had treatment i.e. prescriptions, consultations, diagnostics, referrals in the preex time frame related to this condition. 8/17/23 APS from oncologist Dr Harmon stated symptoms first appeared on 10/23/22. EE had a biopsy on 11/17/22 confirming cancer. Record review however noted on 8/19/22 EE had puffiness and redness under the left eye. The next morning EE had submandibular (under the jaw) gland swelling. EE went to the neighborhood family clinic

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

8/20/22 for evaluation w ith Miskell NP and EE w as felt to have a facial infection and antibiotics w ere given. 8/23/22 occ med records from Dr Scorby noted continued facial sw elling and submandibular gland sw elling. EE w as encouraged to follow up w ith his PCP Dr Brumm. Although there w ere no records from the PCP seen, the rx report noted on 8/30/22 EE w as prescribed blood thinners by PCP Dr Brumm. 10/26/22 EE w as prescribed antibiotics by Dr Ringstrom (otolaryngology). Dr Ringstrom's records w ere not seen. 11/6/22 EE w as again prescribed blood thinners by PCP Dr Brumm. 11/17/22 EE w as prescribed corticosteroids (antiinflammatories) by Dr Ringstrom (otolaryngology). 12/12/22 EE w as prescribed antiinflammatories and antinausea medications by Dr Harmon. Dr Harmon's records w ere not seen.
To have more elaboration on this, recommend if not already done, obtain records from the preex time frame to current from Dr Brumm (PCP), Dr Ringstrom (otolaryngology) and Dr Harmon (oncology). This may need a peer review if there w as no clear dx of cancer made in the preex time frame. Send back for addendum as appropriate, also please confirm the lookback period is correct. 6/01/2022 to 09/01/2022 or 08/01/2022 to 11/01/2022?

NDC Fil C, RN
Nurse Disability Consultant, Lincoln Financial Group - FXCASTI - Dec 12, 2023 03:24:29 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/12/2023 9:49:03 AM | Referrals | 5 | Pre-Ex | Initial | CREGA8 |

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:31 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:56:58 pm
Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Robert Loper
Claim Number: 1230085410
Occupation/level: PROSTHETIST (medical ser.)
Diagnosis: Malignant neoplasm of major salivary gla
DLW: 08/11/2023
DOD: 08/12/2023

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop w ork on 08/12/2023. Currently on trail at UW Madison.

06/02/2022 Progress Notes Catlin Carpenter: Presents w ith history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for w orsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents w ith an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for facial sw elling. Seen for puffiness and redness under left eye.

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022
Specific Medical Question:
"Is the claimant's claimed disability related to a new onset or is there a history of the impairment found in the records. (PRE-EX)
"Is the claimants current impairment caused by or contributed by a condition that he/she received treatment for the lookback period of 08/01/2022 to 11/01/2022. Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. (PRE-EX) - CREGA8 - Dec 12, 2023 09:49:28 am
Date:December 13, 2023

Subject:Nursing Memorandum

Claimant Name: Robert Loper
Claim Number: 1230085410
DOD: 8/12/23
Lookback period 08/01/2022 to 11/01/2022

Clinical assessment:

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

The medical records indicated that the EE w ent out of w ork due to salivary gland carcinoma (cancer). It appears EE had treatment i.e. prescriptions, consultations, diagnostics, referrals in the preex time frame related to this condition. 8/17/23 APS from oncologist Dr Harmon stated symptoms first appeared on 10/23/22. EE had a biopsy on 11/17/22 confirming cancer. Record review how ever noted on 8/19/22 EE had puffiness and redness under the left eye. The next morning EE had submandibular (under the jaw ) gland sw elling. EE w ent to the neighborhood family clinic 8/20/22 for evaluation w ith Miskell NP and EE w as felt to have a facial infection and antibiotics w ere given. 8/23/22 occ med records from Dr Scorby noted continued facial sw elling and submandibular gland sw elling. EE w as encouraged to follow up w ith his PCP Dr Brumm. Although there w ere no records from the PCP seen, the rx report noted on 8/30/22 EE w as prescribed blood thinners by PCP Dr Brumm. 10/26/22 EE w as prescribed antibiotics by Dr Ringstrom (otolaryngology). Dr Ringstrom's records w ere not seen. 11/6/22 EE w as again prescribed blood thinners by PCP Dr Brumm. 11/17/22 EE w as prescribed corticosteroids (antiinflammatories) by Dr Ringstrom (otolaryngology). 12/12/22 EE w as prescribed antiinflammatories and antinausea medications by Dr Harmon. Dr Harmon's records w ere not seen.
To have more elaboration on this, recommend if not already done, obtain records from the preex time frame to current from Dr Brumm (PCP), Dr Ringstrom (otolaryngology) and Dr Harmon (oncology). This may need a peer review if there w as no clear dx of cancer made in the preex time frame. Send back for addendum as appropriate, also please confirm the lookback period is correct. 6/01/2022 to 09/01/2022 or 08/01/2022 to 11/01/2022?

NDC Fil C, RN
Nurse Disability Consultant, Lincoln Financial Group - FXCASTI - Dec 12, 2023 03:24:29 pm

| | | | | | |
|---|---|---|---|---|---|
| 1/19/2024 | Referrals | 6 | Pre-Ex | Completed | GABUTTS |

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:32 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:57:00 pm
Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Robert Loper
Claim Number: 1230085410
Occupation/level: PROSTHETIST (medical ser.)
Diagnosis: Malignant neoplasm of major salivary gla
DLW: 08/11/2023
DOD: 08/12/2023

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop w ork on 08/12/2023. Currently on trail at UW Madison.

06/02/2022 Progress Notes Catlin Carpenter: Presents w ith history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for w orsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents w ith an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for facial sw elling. Seen for puffiness and redness under left eye.

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022

Mark J Ringstrom MD: 10/26/2022 to 06/16/2023 Office Visit notes

Mark Brumm MD: No records from 09/01/2022 to present

Gundersen Health records requested from clmnt 9/1/22 to current

Specific Medical Question:
"Is the claimant's claimed disability related to a new onset or is there a history of the impairment found in the records. (PRE-EX)
"Is the claimants current impairment caused by or contributed by a condition that he/she received treatment for the

lookback period of 08/01/2022 to 11/01/2022. Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. (PRE-EX) - CREGA8 - Dec 20, 2023 10:47:05 am
Fil - FXCASTI - Dec 20, 2023 02:46:15 pm
Final report received back from CRT - sent to Disability Claims to be uploaded into AWD - KAONE5 - Jan 10, 2024 01:49:14 pm
transfer to fxcasti per ebobe4 - EBOBE4 - Dec 21, 2023 07:14:17 am
Date:December 21, 2023

Subject:Nursing Memorandum

Claimant Name: Robert Loper
Claim Number: 1230085410
DOD: 8/12/23
Policy effective date is 9/1/22
Lookback period 08/01/2022 to 11/01/2022

Clinical assessment:
For background details refer to the previous 12/13/23 medical review w hich comprehensively outlines the EE's medical history comprising of salivary gland carcinoma. It appeared EE had treatment i.e. prescriptions, consultations, diagnostics, referrals in the preex time frame related to this condition. To have more elaboration on this, the review recommended to obtain records from the preex time frame to current from Dr Brumm (PCP), Dr Ringstrom (otolaryngology) and Dr Harmon (oncology). This may need a peer review if there w as no clear dx of cancer made in the preex time frame. Since that review , additional records have been submitted. 10/26/22 ENT records from Dr Ringstrom noted "I cannot quite say w hat the cause of the underlying left sided inflammation and sw elling is, or w hat is leading to these acute exacerbations." Since there w as no clear diagnosis in the preex time frame but EE had symptoms that seems related to cancer in the preex time frame, I am forw arding this for a peer review . Of note, 11/17/22 EE underw ent left neck mass biopsy that confirmed high grade cancer consistent w ith salivary duct carcinoma.

NDC Fil C, RN
Nurse Disability Consultant, Lincoln Financial Group - FXCASTI - Dec 21, 2023 07:24:52 am
Referral Date: 12/21/23
CS crystal.gallo@lfg.com 855-818-2883 x6435
Submitting: fil.castillo@lfg.com 402-361-7120

Is this referral COVID related? No

Referral Type: regular peer (internal for preex review )
Claimant Name: Robert Loper
Claim Number: LTD 1230085410
Other records under STD 1230064639
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Gunderson Health System
Job Title: PROSTHETIST (medical ser.)
Diagnosis: Malignant neoplasm of major salivary gland
Date of Disability: 08/12/2023
Last Day Worked: 08/11/2023
Benefit Begin Date: 11/11/23
Specialty Requested: oncology, if not, then IM.

Attorney Involvement: No

Specific Medical Question:
"Is the claimant's claimed disability related to a new onset or is there a history of the impairment found in the records. (PRE-EX)
"Is the claimants current impairment caused by or contributed by a condition that he/she received treatment for the

lookback period of 08/01/2022 to 11/01/2022. Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. (PRE-EX)

If not preex,

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/12/23 to the present and ongoing, and comment on the expected duration.

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Dr Gil Harmon oncology p 608-775-1200 f 608-775-6627 - FXCASTI - Dec 21, 2023 07:24:52 am
Case submitted to CRT case #200252 for a peer review w ith an Oncology physician. if one isnt present or available asked for internal medicine - KAONE5 - Dec 22, 2023 01:00:57 pm
Per ICP:
Hi Karryn, Case 1230085410 is due tomorrow on 1/6/2024 how ever may not be able to have pre-ex question review ed until Monday on 1/8/2024- w ill that be alright? - KAONE5 - Jan 05, 2024 02:45:51 pm
Per CREGA8:
Yes that is fine.
Thank you - KAONE5 - Jan 08, 2024 07:28:37 am

12/20/2023 10:46:37 AM Referrals 6 Pre-Ex Initial GABUTTS

Item Closed w ith Claim by System - KRTEDFO - May 29, 2024 12:55:32 pm

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:57:00 pm
Clinical Consultation - Review Referral Template
Demographics
Claimant Name: Robert Loper
Claim Number: 1230085410
Occupation/level: PROSTHETIST (medical ser.)
Diagnosis: Malignant neoplasm of major salivary gla
DLW: 08/11/2023
DOD: 08/12/2023

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop w ork on 08/12/2023. Currently on trail at UW Madison.

06/02/2022 Progress Notes Catlin Carpenter: Presents w ith history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for w orsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents w ith an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for facial sw elling. Seen for puffiness and redness under left eye.

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022

Mark J Ringstrom MD: 10/26/2022 to 06/16/2023 Office Visit notes

Mark Brumm MD: No records from 09/01/2022 to present

Gundersen Health records requested from clmnt 9/1/22 to current

Specific Medical Question:
"Is the claimant's claimed disability related to a new onset or is there a history of the impairment found in the records. (PRE-EX)
"Is the claimants current impairment caused by or contributed by a condition that he/she received treatment for the lookback period of 08/01/2022 to 11/01/2022. Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. (PRE-EX) - CREGA8 - Dec 20, 2023 10:47:05 am
Fil - FXCASTI - Dec 20, 2023 02:46:15 pm
transfer to fxcasti per ebobe4 - EBOBE4 - Dec 21, 2023 07:14:17 am
Date:December 21, 2023

Subject:Nursing Memorandum

Claimant Name: Robert Loper
Claim Number: 1230085410
DOD: 8/12/23
Policy effective date is 9/1/22
Lookback period 08/01/2022 to 11/01/2022

Clinical assessment:
For background details refer to the previous 12/13/23 medical review w hich comprehensively outlines the EE's medical history comprising of salivary gland carcinoma. It appeared EE had treatment i.e. prescriptions, consultations, diagnostics, referrals in the preex time frame related to this condition. To have more elaboration on this, the review recommended to obtain records from the preex time frame to current from Dr Brumm (PCP), Dr Ringstrom (otolaryngology) and Dr Harmon (oncology). This may need a peer review if there w as no clear dx of cancer made in the preex time frame. Since that review , additional records have been submitted. 10/26/22 ENT records from Dr Ringstrom noted "I cannot quite say w hat the cause of the underlying left sided inflammation and sw elling is, or w hat is leading to these acute exacerbations." Since there w as no clear diagnosis in the preex time frame but EE had symptoms that seems related to cancer in the preex time frame, I am forw arding this for a peer review . Of note, 11/17/22 EE underw ent left neck mass biopsy that confirmed high grade cancer consistent w ith salivary duct carcinoma.

NDC Fil C, RN
Nurse Disability Consultant, Lincoln Financial Group - FXCASTI - Dec 21, 2023 07:24:52 am
Referral Date: 12/21/23
CS crystal.gallo@lfg.com 855-818-2883 x6435
Submitting: fil.castillo@lfg.com 402-361-7120

Is this referral COVID related? No

Referral Type: regular peer (internal for preex review )
Claimant Name: Robert Loper
Claim Number: LTD 1230085410
Other records under STD 1230064639
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: Central
Customer/Group Name: Gunderson Health System
Job Title: PROSTHETIST (medical ser.)
Diagnosis: Malignant neoplasm of major salivary gland
Date of Disability: 08/12/2023
Last Day Worked: 08/11/2023
Benefit Begin Date: 11/11/23
Specialty Requested: oncology, if not, then IM.

Attorney Involvement: No

Specific Medical Question:
"Is the claimant's claimed disability related to a new onset or is there a history of the impairment found in the

records. (PRE-EX)
"Is the claimants current impairment caused by or contributed by a condition that he/she received treatment for the lookback period of 08/01/2022 to 11/01/2022. Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. (PRE-EX)

If not preex,

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/12/23 to the present and ongoing, and comment on the expected duration.

7. Please initiate AP contact w hen it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for w ork absence:
Dr Gil Harmon oncology p 608-775-1200 f 608-775-6627 - FXCASTI - Dec 21, 2023 07:24:52 am
Case submitted to CRT case #200252 for a peer review w ith an Oncology physician. if one isnt present or available asked for internal medicine - KAONE5 - Dec 22, 2023 01:00:57 pm
Per ICP:
Hi Karryn, Case 1230085410 is due tomorrow on 1/6/2024 how ever may not be able to have pre-ex question review ed until Monday on 1/8/2024- w ill that be alright? - KAONE5 - Jan 05, 2024 02:45:51 pm
Per CREGA8:
Yes that is fine.
Thank you - KAONE5 - Jan 08, 2024 07:28:37 am
Final report received back from CRT - sent to Disability Claims to be uploaded into AWD - KAONE5 - Jan 10, 2024 01:49:14 pm

| | | | | | |
|---|---|---|---|---|---|
| 8/9/2024 | Referrals | 10 | Pre-Ex | Completed | KRTEDFO |

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:57:02 pm
Please scan file for peer review

Include STD 1230064639

Thank you
******************************************************************************************

PRE-EX REVIEW

Referral Date: 7/29/24
Claims Specialist Name: Kelly Tedford
Phone Number: 402-361-2593
Email Address: kelly.tedford@lfg.com

Is this referral COVID related? (No)

Referral Type: LTD Appeal

Claimant Name (First/Last): Robert Loper
Claim Number: 1230085410
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Gundersen Health System
Job Title: Prosthetist/Orthotist
Product Type: 1ST Level LTD Appeal

Diagnosis: stage 4 submandibular ductal carcinoma (w /liver mets)
Date of Disability: 8/12/23

Last Day Worked: 8/11/23
Benefit Begin Date: 11/11/23
Specialty Requested: Oncology peer

Name and Specialty of prior external vendor review ers/ examiners:

ICP (med/onc; rad/onc) Nisha Word, MD

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable): Jessa Victor - Haw ks Quindel (contact Matt Vieth) 608-257-0040

Pre-existing conditions Review

oPlease explain how any condition medically evaluated or treated during the date range of 6/1/22 to 9/1/22 is related to impairment(s) associated w ith the current absence from w ork and to w hat degree (such as "caused" or "contributed to" or another degree of relatedness).
oRelevant Contract Language:

PRE-EXISTING CONDITION EXCLUSION. This Policy w ill not cover any Total or Partial Disability:

1. w hich is caused or contributed to by, or results from a Pre-Existing Condition; and
2. w hich begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for w hich the Insured Employee received treatment w ithin 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations and address impact of reported pain and medications on ability to perform on a sustained and consistent basis from 8/12/23 forw ard and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

Thank you. - KRTEDFO - Jul 29, 2024 05:33:29 pm
File has been extracted and combined in amy folder 1443pgs - ADYOUNG - Jul 30, 2024 12:18:11 pm
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Aug 08, 2024 01:03:03 pm
Case submitted to CRT case #228068 for a peer review w ith an Oncology physician. - KAONE5 - Jul 30, 2024 02:06:12 pm
CRT / ICP is unable to process - asked that w e Vend this out on 7-31 - File w as submitted to ECN #272674 for a peer review w ith Oncology physician - KAONE5 - Jul 31, 2024 03:04:41 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/29/2024 5:32:00 PM | Referrals | 10 | Pre-Ex | Initial | KRTEDFO |

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:57:02 pm
Please scan file for peer review

Include STD 1230064639

Thank you
************************************************************************************

PRE-EX REVIEW

Referral Date: 7/29/24
Claims Specialist Name: Kelly Tedford
Phone Number: 402-361-2593
Email Address: kelly.tedford@lfg.com

Is this referral COVID related? (No)

Referral Type: LTD Appeal

Claimant Name (First/Last): Robert Loper
Claim Number: 1230085410
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Gundersen Health System
Job Title: Prosthetist/Orthotist
Product Type: 1ST Level LTD Appeal

Diagnosis: stage 4 submandibular ductal carcinoma (w /liver mets)
Date of Disability: 8/12/23
Last Day Worked: 8/11/23
Benefit Begin Date: 11/11/23
Specialty Requested: Oncology peer

Name and Specialty of prior external vendor review ers/ examiners:

ICP (med/onc; rad/onc) Nisha Word, MD

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable): Jessa Victor - Haw ks Quindel (contact Matt Vieth) 608-257-0040

Pre-existing conditions Review

oPlease explain how any condition medically evaluated or treated during the date range of 6/1/22 to 9/1/22 is related to impairment(s) associated w ith the current absence from w ork and to w hat degree (such as "caused" or "contributed to" or another degree of relatedness).
oRelevant Contract Language:

PRE-EXISTING CONDITION EXCLUSION. This Policy w ill not cover any Total or Partial Disability:

1. w hich is caused or contributed to by, or results from a Pre-Existing Condition; and
2. w hich begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for w hich the Insured Employee received treatment w ithin 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations and address impact of reported pain and medications on ability to perform on a sustained and consistent basis from 8/12/23 forw ard and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

Thank you. - KRTEDFO - Jul 29, 2024 05:33:29 pm
File has been extracted and combined in amy folder 1443pgs - ADYOUNG - Jul 30, 2024 12:18:11 pm
Case submitted to CRT case #228068 for a peer review w ith an Oncology physician. - KAONE5 - Jul 30, 2024 02:06:12 pm
CRT / ICP is unable to process - asked that w e Vend this out on 7-31 - File w as submitted to ECN #272674 for a peer review w ith Oncology physician - KAONE5 - Jul 31, 2024 03:04:41 pm
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Aug 08, 2024 01:03:03 pm

| | | | | | |
|---|---|---|---|---|---|
| 6/18/2024 | Referrals | 9 | Pre-Ex | Completed | AN2LI3 |

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:57:03 pm
****SENDING FOR PEER ADDENDUM TO PRIOR REVIEW COMPLETED 1/19/2024****

***INCORRECT PRE-EX LOOK BACK DATES WERE USED ON PRIOR REVIEW. CORRECT LOOK BACK DATES SHOULD BE 6/1/22 TO 9/1/22***

Referral Date: 6/3/2024
Clinician/ Appeals Examiner: AN2LI3
Phone Number: 1-855-818-2883 Ext 8129
Email Address: Andrew .liesw ald@lfg.com

Is this referral COVID related? (No)

Referral Type: Addendum
Select / Previous Physician: Nisha Word, M.D.
Specialty of Prior Review er / Examiner: Medicine/Oncology
Claimant Name: ROBERT LOPER
Date of Birth:
Claimant Time Zone CST
Customer/Group Name: Gundersen Health - GUNDERLUTH
Is Linked Provider in S1.NXT? No

Claim Number: 1230085410
LTD:
Diagnosis:
C08.0 Submandibular ductal carcinoma (liver metastasis)
Date of Disability: 8/12/23
Benefit Begin Date: 11/11/23
Job Title: Prosthetist/Orthotist
Last Day Worked: 8/11/23

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Thank you for your report regarding the LTD claim for Robert Loper. After review ing your report, w e are requesting an addendum due to an incorrect period of time being provided in the initial review for the pre-existing look back period.

During initial appeal review , it w as discovered that incorrect look-back dates w ere given to peer by NDC. Pre-Ex exclusion is 3/12, EE eff date is 9/1/22 so look-back dates should be 6/1/22 - 9/1/22 and w hen peer referral made, look-back dates w ere inadvertently changed to 8/1/22 - 11/1/2 and that is w hat the prior review w as based on.

Amended questions below w ith the correct pre-existing look back period dates:

1.Is the claimant's disability related to a new onset or is there a history of the impairment found in the records.
2.Is the claimants current impairment caused by or contributed by a condition that he received treatment for the lookback period of 06/01/2022 to 09/01/2022? Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. - AN2LI3 - Jun 03, 2024 03:18:57 pm
Case submitted to CRT case #221467 for an Addendum w ith Dr Nisha Word, M.D. (Oncology ) - KAONE5 - Jun 04, 2024 12:52:00 pm
Addendum report received back from CRT - sent to Disability Claims to be uploaded into AWD - KAONE5 - Jun 14, 2024 11:35:45 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 6/3/2024 3:16:21 PM | Referrals | 9 | Pre-Ex | Initial | AN2LI3 |

Item Closed w ith Claim by System - KRTEDFO - Aug 23, 2024 07:57:03 pm
****SENDING FOR PEER ADDENDUM TO PRIOR REVIEW COMPLETED 1/19/2024****

***INCORRECT PRE-EX LOOK BACK DATES WERE USED ON PRIOR REVIEW. CORRECT LOOK BACK DATES SHOULD BE 6/1/22 TO 9/1/22***

Referral Date: 6/3/2024
Clinician/ Appeals Examiner: AN2LI3
Phone Number: 1-855-818-2883 Ext 8129
Email Address: Andrew .liesw ald@lfg.com

Is this referral COVID related? (No)

Referral Type: Addendum
Select / Previous Physician: Nisha Word, M.D.
Specialty of Prior Review er / Examiner: Medicine/Oncology
Claimant Name: ROBERT LOPER
Date of Birth:
Claimant Time Zone CST
Customer/Group Name: Gundersen Health - GUNDERLUTH
Is Linked Provider in S1.NXT? No

Claim Number: 1230085410
LTD:
Diagnosis:
C08.0 Submandibular ductal carcinoma (liver metastasis)
Date of Disability: 8/12/23
Benefit Begin Date: 11/11/23
Job Title: Prosthetist/Orthotist
Last Day Worked: 8/11/23

Thank you for your report regarding the LTD claim for Robert Loper. After review ing your report, w e are requesting an addendum due to an incorrect period of time being provided in the initial review for the pre-existing look back period.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

During initial appeal review , it w as discovered that incorrect look-back dates w ere given to peer by NDC. Pre-Ex exclusion is 3/12, EE eff date is 9/1/22 so look-back dates should be 6/1/22 - 9/1/22 and w hen peer referral made, look-back dates w ere inadvertently changed to 8/1/22 - 11/1/2 and that is w hat the prior review w as based on.

Amended questions below w ith the correct pre-existing look back period dates:

1.Is the claimant's disability related to a new onset or is there a history of the impairment found in the records.
2.Is the claimants current impairment caused by or contributed by a condition that he received treatment for the lookback period of 06/01/2022 to 09/01/2022? Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. - AN2LI3 - Jun 03, 2024 03:18:57 pm
Case submitted to CRT case #221467 for an Addendum w ith Dr Nisha Word, M.D. (Oncology ) - KAONE5 - Jun 04, 2024 12:52:00 pm
Addendum report received back from CRT - sent to Disability Claims to be uploaded into AWD - KAONE5 - Jun 14, 2024 11:35:45 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/16/2024 | Referrals | 12 | Pre-Ex | Completed | LAKURTZ |

Please scan file for peer review

Include STD 1230064639

Thank you
*****************************************************************************************

PRE-EX REVIEW

Referral Date: 09/30/2024
Claims Specialist Name: Lisa Kurtz
Phone Number: 402-361-3661
Email Address: lisa.kurtz@lfg.com

Is this referral COVID related? (No)

Referral Type: LTD Appeal

Claimant Name (First/Last): Robert Loper
Claim Number: 1230085410
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Gundersen Health System
Job Title: Prosthetist/Orthotist
Product Type: 2nd Level LTD Appeal

Diagnosis: stage 4 submandibular ductal carcinoma (w /liver mets)
Date of Disability: 8/12/23
Last Day Worked: 8/11/23
Benefit Begin Date: 11/11/23
Specialty Requested: Oncology peer

Name and Specialty of prior external vendor review ers/ examiners:

ICP (med/onc; rad/onc) Nisha Word, MD
Dr. Judy Schmidt, Internal Medicine, Hematology and Oncology

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable): Jessa Victor - Haw ks Quindel (contact Matt Vieth) 608-257-0040

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Pre-existing conditions Review

oPlease explain how any condition medically evaluated or treated during the date range of 6/1/22 to 9/1/22 is related to impairment(s) associated w ith the current absence from w ork and to w hat degree (such as "caused" or "contributed to" or another degree of relatedness).
oRelevant Contract Language:

PRE-EXISTING CONDITION EXCLUSION. This Policy w ill not cover any Total or Partial Disability:

1. w hich is caused or contributed to by, or results from a Pre-Existing Condition; and
2. w hich begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for w hich the Insured Employee received treatment w ithin 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations and address impact of reported pain and medications on ability to perform on a sustained and consistent basis from 8/12/23 forw ard and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

Thank you. - LAKURTZ - Sep 30, 2024 03:17:18 pm
Case submitted to CRT case #236069 for a peer review w ith an Oncology physician. - CAMBY2 - Oct 02, 2024 03:17:35 pm
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Oct 15, 2024 08:57:48 am
CRT / ICP is unable to process - asked that w e Vend this out - File w as submitted to ECN #277085 for peer review w ith Oncology physician - CAMBY2 - Oct 03, 2024 12:08:25 pm

| | | | | | |
|---|---|---|---|---|---|
| 9/30/2024 3:16:40 PM | Referrals | 12 | Pre-Ex | Initial | LAKURTZ |

Please scan file for peer review

Include STD 1230064639

Thank you
*****************************************************************************************

PRE-EX REVIEW

Referral Date: 09/30/2024
Claims Specialist Name: Lisa Kurtz
Phone Number: 402-361-3661
Email Address: lisa.kurtz@lfg.com

Is this referral COVID related? (No)

Referral Type: LTD Appeal

Claimant Name (First/Last): Robert Loper
Claim Number: 1230085410
Date of Birth:
Is Linked Provider in S1.NXT? / Please Specify: No -Burgundy Claim
Claimant Time Zone: CST
Customer/Group Name: Gundersen Health System
Job Title: Prosthetist/Orthotist
Product Type: 2nd Level LTD Appeal

Diagnosis: stage 4 submandibular ductal carcinoma (w /liver mets)
Date of Disability: 8/12/23
Last Day Worked: 8/11/23
Benefit Begin Date: 11/11/23
Specialty Requested: Oncology peer

Name and Specialty of prior external vendor review ers/ examiners:

ICP (med/onc; rad/onc) Nisha Word, MD
Dr. Judy Schmidt, Internal Medicine, Hematology and Oncology

Attorney Involvement: Yes or No: yes
Attorney Contact Information (If applicable): Jessa Victor - Haw ks Quindel (contact Matt Vieth) 608-257-0040

Pre-existing conditions Review

oPlease explain how any condition medically evaluated or treated during the date range of 6/1/22 to 9/1/22 is related to impairment(s) associated w ith the current absence from w ork and to w hat degree (such as "caused" or "contributed to" or another degree of relatedness).
oRelevant Contract Language:

PRE-EXISTING CONDITION EXCLUSION. This Policy w ill not cover any Total or Partial Disability:

1. w hich is caused or contributed to by, or results from a Pre-Existing Condition; and
2. w hich begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for w hich the Insured Employee received treatment w ithin 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Core Questions:

1. Please identify the primary impairing Diagnosis(es) w ith ICD 10 Code(s)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) w ith ICD w ith ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations and address impact of reported pain and medications on ability to perform on a sustained and consistent basis from 8/12/23 forw ard and comment on the expected duration.

4. Do medical records support any R&Ls that w ere recommended by treating providers for the timeframes in

questions?

5. Is the medical management recommended by the provider and/or follow ed by the claimant clinically reasonable and consistent w ith the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. w orkplace conflicts-child or elder care issues, or legal issues) that may adversely impact w ork?

Thank you. - LAKURTZ - Sep 30, 2024 03:17:18 pm
Case submitted to CRT case #236069 for a peer review w ith an Oncology physician. - CAMBY2 - Oct 02, 2024 03:17:35 pm
CRT / ICP is unable to process - asked that w e Vend this out - File w as submitted to ECN #277085 for peer review w ith Oncology physician - CAMBY2 - Oct 03, 2024 12:08:25 pm
Final report received back from ECN - sent to LFGAppeals to be uploaded into AWD - KAONE5 - Oct 15, 2024 08:57:48 am

| | | | | | |
|---|---|---|---|---|---|
| 1/29/2024 | Referrals | 4 | Management Review | Completed | BRKST3 |

Claim on day 42

Please review for extension past the 45 days.

We received the claim on 10/27/2023.
Sent pending letter on 11/01/2023
Send 2nd letter on 12/01/2023

I did not follow up on the pre-ex docs from 1 doctor so claimant w as not fully aw are of this request he has w orked w ith us to get all other information I have requested.

I sent him an email this morning and w ill call to notify of the records needed. - Management Review - CREGA8 - Dec 08, 2023 06:15:06 am

MGMT REVIEW: Agree w ith extension. Deadline 12/16 - resetting to review then - Management Review - GABUTTS - Dec 08, 2023 01:41:55 pm

Received Gundersen records. Sending for clinical review - Management Review - CREGA8 - Dec 12, 2023 09:49:57 am

Clinical states they w ant full records from 9/1/2022 to current to help see the complete picture and have a peer review done to see if Pre-ex applies. I have requested the records and also communicated this w ith the claimant. - Management Review - CREGA8 - Dec 13, 2023 06:44:14 am

MGMT REVIEW: Please draft FTP letter - Management Review - GABUTTS - Dec 18, 2023 01:42:54 pm

Received updated records. Sending for clinical - Management Review - CREGA8 - Dec 20, 2023 10:46:20 am

MGMT REVIEW: Still in peer review - Management Review - GABUTTS - Jan 10, 2024 01:18:28 pm

MGMT REVIEW: Pre-ex denial indicated.

On 8/23/22 the claimant presented to Dr. Scorby (employer's occ medicine department). On 8/19/22 he w ent to a family clinic for symptoms significant redness and sw elling on the left side of his face as w ell as submandibular glandular sw elling.

Antibiotic delivered via syringe on 8/19/22 and started on oral Augmentin.

Claimant does have psioriasis and presented to occ med for concern of relatedness to his w ork (i.e. exposure to a chemical or infectious agent). Dr. Scorby's assessment w as that w ork relatedness w as unknow n at that point but w as not related to his psioriasis. Etiology / origin of the sw elling and redness unknow n.

Exam includes assessment for submandibular adenopathy (disease process relating to lymph nodes). Dr. Scorby's assessment of the condition w as facial cellulitis during this visit; it w as recommended that he finish his antibiotics.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

The claimant w as directed to follow up w ith his PCP as Dr. Scorby expressed concern over the claimant's persistent submandibular adenopathy.

On 10/26/22 the claimant saw Dr. Ringstrom, presenting for continued left facial sw elling and redness for w hich he had presented to urgent care on 10/23/22. The claimant relayed the history of the symptoms, especially detailing that although he had been experiencing the symptoms for about the past year, the most significant exacerbation had been the events in August 2022.

Dr. Ringstrom evaluated the documentation from the urgent care visit as w ell as a CT that had been performed. Dr. Ringstrom expressed concern abut a lymph node that he believed needed to be excised and biopsied.

Excision / biopsy of left neck lymph nodes occurred 11/17/22, at w hich time the claimant w as diagnosed w ith high-grade salivary duct adenocarcinoma.

Please draft pre-ex denial letter and return for review . Thanks! - Management Review - GABUTTS - Jan 19, 2024 10:31:34 am

1/24/24 - Pre-ex denial letter drafted for review - Management Review - AN2LI3 - Jan 24, 2024 08:12:05 am

MGMT REVIEW: Agree w ith referral. Review ed claim file. Review ed referral note and letter draft. CS obtained timely and effective clmt updates. Review ed clinical report. The conclusions make sense based on claim specifics and medical on file. Pre-ex denial; lookback period 6/1/22 to 9/1/22.

From the pre-ex denial letter:

"In summary, the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you w ere initially seen on 08/23/2022 for chronic redness and sw elling on the left side of your face. During this visit you w ere advised to follow up w ith your primary care physician as Dr. Scorby expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial sw elling and redness at this visit. Imaging had been performed w ithin a short time prior to that visit. You w ere referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at w hich time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation show s you w ere treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition. Therefore, your condition is considered pre-existing and your claim has been denied w ith no benefits payable."

Condition is therefore pre-ex and no benefits are payable. Claim is now closed. Review ed letter and submitted on your behalf. Thanks! - Management Review - GABUTTS - Jan 26, 2024 05:50:58 pm

SPECIALIST REVIEW: Assigning to BKRST3. See above. Please contact the claimant to advise of the pre-ex denial. Letter has already been drafted and send by manager. Thanks! - Management Review - AN2LI3 - Jan 29, 2024 08:06:55 am

Item Closed w ith Claim by System - Management Review - KRTEDFO - May 29, 2024 12:55:33 pm

Item Closed w ith Claim by System - Management Review - KRTEDFO - Aug 23, 2024 07:57:05 pm

| 12/8/2023 6:12:23 AM | Referrals | 4 | Management Review | Initial | BRKST3 |
|---|---|---|---|---|---|

Claim on day 42

Please review for extension past the 45 days.

We received the claim on 10/27/2023.
Sent pending letter on 11/01/2023
Send 2nd letter on 12/01/2023

I did not follow up on the pre-ex docs from 1 doctor so claimant w as not fully aw are of this request he has w orked

w ith us to get all other information I have requested.

I sent him an email this morning and w ill call to notify of the records needed. - Management Review - CREGA8 - Dec 08, 2023 06:15:06 am

MGMT REVIEW: Agree w ith extension. Deadline 12/16 - resetting to review then - Management Review - GABUTTS - Dec 08, 2023 01:41:55 pm

Received Gundersen records. Sending for clinical review - Management Review - CREGA8 - Dec 12, 2023 09:49:57 am

Clinical states they w ant full records from 9/1/2022 to current to help see the complete picture and have a peer review done to see if Pre-ex applies. I have requested the records and also communicated this w ith the claimant. - Management Review - CREGA8 - Dec 13, 2023 06:44:14 am

MGMT REVIEW: Please draft FTP letter - Management Review - GABUTTS - Dec 18, 2023 01:42:54 pm

Received updated records. Sending for clinical - Management Review - CREGA8 - Dec 20, 2023 10:46:20 am

MGMT REVIEW: Still in peer review - Management Review - GABUTTS - Jan 10, 2024 01:18:28 pm

MGMT REVIEW: Pre-ex denial indicated.

On 8/23/22 the claimant presented to Dr. Scorby (employer's occ medicine department). On 8/19/22 he w ent to a family clinic for symptoms significant redness and sw elling on the left side of his face as w ell as submandibular glandular sw elling.

Antibiotic delivered via syringe on 8/19/22 and started on oral Augmentin.

Claimant does have psioriasis and presented to occ med for concern of relatedness to his w ork (i.e. exposure to a chemical or infectious agent). Dr. Scorby's assessment w as that w ork relatedness w as unknow n at that point but w as not related to his psioriasis. Etiology / origin of the sw elling and redness unknow n.

Exam includes assessment for submandibular adenopathy (disease process relating to lymph nodes). Dr. Scorby's assessment of the condition w as facial cellulitis during this visit; it w as recommended that he finish his antibiotics. The claimant w as directed to follow up w ith his PCP as Dr. Scorby expressed concern over the claimant's persistent submandibular adenopathy.

On 10/26/22 the claimant saw Dr. Ringstrom, presenting for continued left facial sw elling and redness for w hich he had presented to urgent care on 10/23/22. The claimant relayed the history of the symptoms, especially detailing that although he had been experiencing the symptoms for about the past year, the most significant exacerbation had been the events in August 2022.

Dr. Ringstrom evaluated the documentation from the urgent care visit as w ell as a CT that had been performed. Dr. Ringstrom expressed concern abut a lymph node that he believed needed to be excised and biopsied.

Excision / biopsy of left neck lymph nodes occurred 11/17/22, at w hich time the claimant w as diagnosed w ith high-grade salivary duct adenocarcinoma.

Please draft pre-ex denial letter and return for review . Thanks! - Management Review - GABUTTS - Jan 19, 2024 10:31:34 am

1/24/24 - Pre-ex denial letter drafted for review - Management Review - AN2LI3 - Jan 24, 2024 08:12:05 am

MGMT REVIEW: Agree w ith referral. Review ed claim file. Review ed referral note and letter draft. CS obtained timely and effective clmt updates. Review ed clinical report. The conclusions make sense based on claim specifics and medical on file. Pre-ex denial; lookback period 6/1/22 to 9/1/22.

From the pre-ex denial letter:

"In summary, the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you w ere initially seen on 08/23/2022 for chronic redness and sw elling on the left side of your face. During this visit you w ere advised to follow up w ith your primary care physician as Dr. Scorby expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial sw elling and redness at this visit. Imaging had been performed w ithin a short time prior to that visit. You w ere referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at w hich time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation show s you w ere treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition. Therefore, your condition is considered pre-existing and your claim has been denied w ith no benefits payable."

Condition is therefore pre-ex and no benefits are payable. Claim is now closed. Review ed letter and submitted on your behalf. Thanks! - Management Review - GABUTTS - Jan 26, 2024 05:50:58 pm

SPECIALIST REVIEW: Assigning to BKRST3. See above. Please contact the claimant to advise of the pre-ex denial. Letter has already been drafted and send by manager. Thanks! - Management Review - AN2LI3 - Jan 29, 2024 08:06:55 am

Item Closed w ith Claim by System - Management Review - KRTEDFO - May 29, 2024 12:55:33 pm

Item Closed w ith Claim by System - Management Review - KRTEDFO - Aug 23, 2024 07:57:05 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/8/2023 | Referrals | 3 | Senior Review | Completed | CREGA8 |

Please review for approval above my authority - Senior Review - CREGA8 - Dec 06, 2023 11:36:51 am

SPECIALIST REVIEW: Clmt is a 60, now 61 y/o M Prosthetist Orthotis, DLW: 8/11/2023, DOD: 8/12/2023, BCD: 11/11/23, Dx: Salivary Gland Carcinoma

ELIGIBILITY: Self-Billed, NA, Group eff 1/1/07, EE DOH 7/25/22, EE eff 9/1/22, enrollment form verified election. 100% EE contrib, post tax. Pre-ex is 3/12 for class 1, therefore full pre-ex investigation w as required for the period of 6/1/22 to 9/1/22, Intelliscript w as requested and per review does not appear an medication for the primary dx w as Rx'd. CS requested from Dr. Brumm & CVS, William Scorby and Lori Miskell on the provided w ith the TMP 8/20/22-8/23/22

ACTIONS:
Did w e request/obtain records from Dr. Gil Harmon for the pre-ex look back period? It looks like w e request on 11/1/23 but due to an invalid auth the referral w as closed and does not look like w e have the records from Dr. Harmon on file.

On the APS by Dr. Harmon it w as noted the symptoms first appeared 10/23/22 and according to the OV notes provided from 8/20/22 he w as seen for sw elling on the left side of his face from below the left eye, check and angle of the mandible. He w as assessed w ith facial cellulitis and it w as unclear w hat caused the facial eruption and w as encouraged to follow up w ith the PCP. Appears EE may have been initially treated potentially for w hat ended up being formally diagnosed as the cancer. I'd recommend obtain the records from 6/1/22 to 9/1/22 and 9/1/22 to present so w e can review the background
- Senior Review - AN2LI3 - Dec 07, 2023 01:07:46 pm

Item Closed w ith Claim by System - Senior Review - KRTEDFO - May 29, 2024 12:55:34 pm

Item Closed w ith Claim by System - Senior Review - KRTEDFO - Aug 23, 2024 07:57:07 pm

| | | | | | |
|---|---|---|---|---|---|
| 12/6/2023 11:36:29 AM | Referrals | 3 | Senior Review | Initial | CREGA8 |

Please review for approval above my authority - Senior Review - CREGA8 - Dec 06, 2023 11:36:51 am

SPECIALIST REVIEW: Clmt is a 60, now 61 y/o M Prosthetist Orthotis, DLW: 8/11/2023, DOD: 8/12/2023, BCD: 11/11/23, Dx: Salivary Gland Carcinoma

ELIGIBILITY: Self-Billed, NA, Group eff 1/1/07, EE DOH 7/25/22, EE eff 9/1/22, enrollment form verified election. 100% EE contrib, post tax. Pre-ex is 3/12 for class 1, therefore full pre-ex investigation w as required for the period of 6/1/22 to 9/1/22, Intelliscript w as requested and per review does not appear an medication for the primary dx w as

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Rx'd. CS requested from Dr. Brumm & CVS, William Scorby and Lori Miskell on the provided w ith the TMP 8/20/22-8/23/22

ACTIONS:
Did w e request/obtain records from Dr. Gil Harmon for the pre-ex look back period? It looks like w e request on 11/1/23 but due to an invalid auth the referral w as closed and does not look like w e have the records from Dr. Harmon on file.

On the APS by Dr. Harmon it w as noted the symptoms first appeared 10/23/22 and according to the OV notes provided from 8/20/22 he w as seen for sw elling on the left side of his face from below the left eye, check and angle of the mandible. He w as assessed w ith facial cellulitis and it w as unclear w hat caused the facial eruption and w as encouraged to follow up w ith the PCP. Appears EE may have been initially treated potentially for w hat ended up being formally diagnosed as the cancer. I'd recommend obtain the records from 6/1/22 to 9/1/22 and 9/1/22 to present so w e can review the background
 - Senior Review - AN2LI3 - Dec 07, 2023 01:07:46 pm

Item Closed w ith Claim by System - Senior Review - KRTEDFO - May 29, 2024 12:55:34 pm

Item Closed w ith Claim by System - Senior Review - KRTEDFO - Aug 23, 2024 07:57:07 pm

| 11/15/2023 | Referrals | 2 | Senior Review | Completed | CREGA8 |
|---|---|---|---|---|---|

Hello w e just received the auth form please run an intelliscript for the pre-ex period - Senior Review - CREGA8 - Nov 13, 2023 12:02:51 pm

SPECIALIST REVIEW: Intelliscript e-mailed to you. Thanks! - Senior Review - AN2LI3 - Nov 15, 2023 10:47:21 am

Item Closed w ith Claim by System - Senior Review - KRTEDFO - May 29, 2024 12:55:35 pm

Item Closed w ith Claim by System - Senior Review - KRTEDFO - Aug 23, 2024 07:57:09 pm

| 11/13/2023 12:02:17 PM | Referrals | 2 | Senior Review | Initial | CREGA8 |
|---|---|---|---|---|---|

Hello w e just received the auth form please run an intelliscript for the pre-ex period - Senior Review - CREGA8 - Nov 13, 2023 12:02:51 pm

SPECIALIST REVIEW: Intelliscript e-mailed to you. Thanks! - Senior Review - AN2LI3 - Nov 15, 2023 10:47:21 am

Item Closed w ith Claim by System - Senior Review - KRTEDFO - May 29, 2024 12:55:35 pm

Item Closed w ith Claim by System - Senior Review - KRTEDFO - Aug 23, 2024 07:57:09 pm

| 6/25/2024 | Referrals | 8 | Appeal Review | Completed | AN2LI3 |
|---|---|---|---|---|---|

During initial appeal review , it w as discovered that incorrect look-back dates w ere given to peer by NDC. Pre-Ex exclusion is 3/12, EE eff date is 9/1/22 so look-back dates should be 6/1/22 - 9/1/22 and w hen peer referral made, somehow look-back dates w ere changed to 8/1/22 - 11/1/22.and that is w hat the peer based their review on. Follow ing our discussion, I reached out to the LTD Claims manager to discuss the situation. He agreed to do a courtesy review and take the claim back so w e can back out the current appeal. I w ill notify the EE's attny of our actions and claims can communication further w ith the attny follow ing the courtesy review .

Please review and adv if any other recommendations. Thank you. - Appeal Review - KRTEDFO - May 29, 2024 12:09:27 pm
Agree w ith return to field to review for correct pre x dates. - Appeal Review - MADAV4 - May 29, 2024 12:22:16 pm

Referring back to claims follow ing discussion w ith both CRS manager and LTD claims manager - Thank you! - Appeal Review - KRTEDFO - May 29, 2024 12:36:18 pm

MGMT REVIEW: Please see above. Can you please send for a peer addendum, clarifying to adjust their review to reflect the correct pre-ex timeframe of 6/1/22 to 9/1/22? Let me know if you have any questions. Thanks! - Appeal Review - GABUTTS - May 30, 2024 08:52:11 am

6/3/24 - Sent for peer addendum to correct pre-ex days of 6/1/22 to 9/1/22 - Appeal Review - AN2LI3 - Jun 03, 2024 03:19:33 pm

6/18/24 - Referring back for pre-ex denial review. Per peer addendum:

"Based upon the available medical records during this time period, the claimant experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis however the palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022.

During this period based upon 8/22/2022 family medicine NFC north encounter, the claimant experienced redness of the left malar area with redness of the left eye, ear, and neck and fever with mild pain in his mouth. On physical examination, he was noted to have swelling left cheek, eye, and neck and tenderness of face and neck with swelling/edema of the left outer ear and redness. Left side of the neck had some swelling and erythema. The claimant had been treated with antibiotic, Rocephin therapy.

Based upon the occupational medicine follow up on 8/23/2022, the claimant also had puffiness and redness of the left eye and facial swelling with submandibular adenopathy, lymph nodes bilaterally, more so on the left than on the right on physical examination.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "worrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma was conducted on 11/17/2022."

- Appeal Review - AN2LI3 - Jun 18, 2024 09:48:54 am

MGMT REVIEW: Overall the rationale for pre-ex denial is not any different than what we used before, but the most recent peer review used the correct dates in the review. Reviewed letter and submitted on your behalf. Thanks! - Appeal Review - GABUTTS - Jun 21, 2024 05:07:48 pm

Item Closed with Claim by System - Appeal Review - KRTEDFO - Aug 23, 2024 07:57:11 pm

| 5/29/2024 12:02:30 PM | Referrals | 8 | Appeal Review | Initial | AN2LI3 |
|---|---|---|---|---|---|

During initial appeal review, it was discovered that incorrect look-back dates were given to peer by NDC. Pre-Ex exclusion is 3/12, EE eff date is 9/1/22 so look-back dates should be 6/1/22 - 9/1/22 and when peer referral made, somehow look-back dates were changed to 8/1/22 - 11/1/22.and that is what the peer based their review on. Following our discussion, I reached out to the LTD Claims manager to discuss the situation. He agreed to do a courtesy review and take the claim back so we can back out the current appeal. I will notify the EE's attny of our actions and claims can communication further with the attny following the courtesy review.

Please review and adv if any other recommendations. Thank you. - Appeal Review - KRTEDFO - May 29, 2024 12:09:27 pm
Agree with return to field to review for correct pre x dates. - Appeal Review - MADAV4 - May 29, 2024 12:22:16 pm

Referring back to claims following discussion with both CRS manager and LTD claims manager - Thank you! - Appeal Review - KRTEDFO - May 29, 2024 12:36:18 pm

MGMT REVIEW: Please see above. Can you please send for a peer addendum, clarifying to adjust their review to reflect the correct pre-ex timeframe of 6/1/22 to 9/1/22? Let me know if you have any questions. Thanks! - Appeal Review - GABUTTS - May 30, 2024 08:52:11 am

6/3/24 - Sent for peer addendum to correct pre-ex days of 6/1/22 to 9/1/22 - Appeal Review - AN2LI3 - Jun 03, 2024 03:19:33 pm

6/18/24 - Referring back for pre-ex denial review. Per peer addendum:

"Based upon the available medical records during this time period, the claimant experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis however the palpable lymph nodes, adenopathy, can be considered a potential

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

contributing or associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022.

During this period based upon 8/22/2022 family medicine NFC north encounter, the claimant experienced redness of the left malar area with redness of the left eye, ear, and neck and fever with mild pain in his mouth. On physical examination, he was noted to have swelling left cheek, eye, and neck and tenderness of face and neck with swelling/edema of the left outer ear and redness. Left side of the neck had some swelling and erythema. The claimant had been treated with antibiotic, Rocephin therapy.

Based upon the occupational medicine follow up on 8/23/2022, the claimant also had puffiness and redness of the left eye and facial swelling with submandibular adenopathy, lymph nodes bilaterally, more so on the left than on the right on physical examination.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "worrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma was conducted on 11/17/2022."

- Appeal Review - AN2LI3 - Jun 18, 2024 09:48:54 am

MGMT REVIEW: Overall the rationale for pre-ex denial is not any different than what we used before, but the most recent peer review used the correct dates in the review. Reviewed letter and submitted on your behalf. Thanks! - Appeal Review - GABUTTS - Jun 21, 2024 05:07:48 pm

Item Closed with Claim by System - Appeal Review - KRTEDFO - Aug 23, 2024 07:57:11 pm

| 5/28/2024 | Referrals | 7 | SSDI - Primary | Completed | KEZKE3 |
|---|---|---|---|---|---|

SSDI NOA REC'D - OFFSET ADDED TO SYSTEM.
SS VENDOR: none
DATE OF ENTITLEMENT: FEBRUARY 2024
ORIGINAL ENTITLEMENT AMOUNT: $3416
DEPENDENTS: no
PLEASE REFER TO AWD FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment. - TAMLA9 - May 23, 2024 03:50:28 pm

There is no OVP due to claim not paying to entitlement date yet. Offset placed
closed referral - KEZKE3 - May 28, 2024 08:40:37 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:37 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:57:12 pm

| 5/23/2024 3:50:16 PM | Referrals | 7 | SSDI - Primary | Initial | KEZKE3 |
|---|---|---|---|---|---|

SSDI NOA REC'D - OFFSET ADDED TO SYSTEM.
SS VENDOR: none
DATE OF ENTITLEMENT: FEBRUARY 2024
ORIGINAL ENTITLEMENT AMOUNT: $3416
DEPENDENTS: no
PLEASE REFER TO AWD FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment. - TAMLA9 - May 23, 2024 03:50:28 pm

There is no OVP due to claim not paying to entitlement date yet. Offset placed
closed referral - KEZKE3 - May 28, 2024 08:40:37 am

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:37 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:57:12 pm

| 5/23/2024 | Referrals | 1 | Representation | Completed | TAMLA9 |
|---|---|---|---|---|---|

Placed call to ee RE: Receiving SSRT --- he states his DOB is not 1952. Message sent to LTD CE.
Closing SS referral - TAMLA9 - Oct 30, 2023 03:45:37 pm

**Posted Date** | **Category** | **Seq** | **Item** | **Status** | **User**

SSDI NOA REC'D - OFFSET ADDED TO SYSTEM.
SS VENDOR: none
DATE OF ENTITLEMENT: FEBRUARY 2024
ORIGINAL ENTITLEMENT AMOUNT: $3416
DEPENDENTS: no
PLEASE REFER TO AWD FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.

CLAIM IS IN APPEAL STATUS - PENDING THEREFORE UNABLE TO CALL. Reset task to follow up in 30 days - TAMLA9 - May 23, 2024 03:51:19 pm

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:38 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:57:14 pm

10/30/2023 3:39:02 PM | Referrals | 1 | Representation | Initial | TAMLA9

Placed call to ee RE: Receiving SSRT --- he states his DOB is not 1952. Message sent to LTD CE.
Closing SS referral - TAMLA9 - Oct 30, 2023 03:45:37 pm

SSDI NOA REC'D - OFFSET ADDED TO SYSTEM.
SS VENDOR: none
DATE OF ENTITLEMENT: FEBRUARY 2024
ORIGINAL ENTITLEMENT AMOUNT: $3416
DEPENDENTS: no
PLEASE REFER TO AWD FOR DETAILED AWARD INFORMATION. OP referral to FRS to calculate potential overpayment.

CLAIM IS IN APPEAL STATUS - PENDING THEREFORE UNABLE TO CALL. Reset task to follow up in 30 days - TAMLA9 - May 23, 2024 03:51:19 pm

Item Closed with Claim by System - KRTEDFO - May 29, 2024 12:55:38 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:57:14 pm

8/23/2024 | Referrals | 11 | Tolling Review | Completed | KRTEDFO

Today's Date8/9/2024
Appeal Rcvd Date7/15/2024
Days Since Received25
Extension Sent Date8/9/2024
Tolling Start DateTolling end DateTolling Days
8/9/20240
0
0
0
0
0
0
Tolling Days0
45th Day of Active Review 8/28/2024
90th Day of Active Review 10/12/2024
Active Review Days Remaining to 90th Day63
- KRTEDFO - Aug 09, 2024 09:11:23 am

UPDATED TOLLING

Today's Date8/20/2024
Appeal Rcvd Date7/15/2024
Days Since Received36
Extension Sent Date8/9/2024
Tolling Start DateTolling end DateTolling Days

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

8/9/20248/19/202410
0
0
0
0
0
0
Tolling Days10
45th Day of Active Review 8/28/2024
90th Day of Active Review 10/22/2024
Active Review Days Remaining to 90th Day62
- KRTEDFO - Aug 20, 2024 04:23:52 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:57:16 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/9/2024 9:10:58 AM | Referrals | 11 | Tolling Review | In Active Review | KRTEDFO |

Today's Date8/9/2024
Appeal Rcvd Date7/15/2024
Days Since Received25
Extension Sent Date8/9/2024
Tolling Start DateTolling end DateTolling Days
8/9/20240
0
0
0
0
0
0
Tolling Days0
45th Day of Active Review 8/28/2024
90th Day of Active Review 10/12/2024
Active Review Days Remaining to 90th Day63
- KRTEDFO - Aug 09, 2024 09:11:23 am

UPDATED TOLLING

Today's Date8/20/2024
Appeal Rcvd Date7/15/2024
Days Since Received36
Extension Sent Date8/9/2024
Tolling Start DateTolling end DateTolling Days
8/9/20248/19/202410
0
0
0
0
0
0
Tolling Days10
45th Day of Active Review 8/28/2024
90th Day of Active Review 10/22/2024
Active Review Days Remaining to 90th Day62
- KRTEDFO - Aug 20, 2024 04:23:52 pm

Item Closed with Claim by System - KRTEDFO - Aug 23, 2024 07:57:16 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/27/2024 | Referrals | 13 | Tolling Review | Completed | LAKURTZ |

Today's Date10/16/2024
Appeal Rcvd Date9/19/2024
Days Since Received28
Extension Sent Date10/16/2024

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Tolling Start DateTolling end DateTolling Days<br>10/16/202411/5/2024 21<br>0<br>0<br>0<br>0<br>0<br>0<br>Tolling Days 21<br>90th Day of Active Review 1/8/2025<br>Active Review Days Remaining to 90th Day83<br>************************************************************************************ - LAKURTZ - Oct 16, 2024 09:28:38 am | | | | |
| 10/16/2024 9:27:53 AM | Referrals | 13 | Tolling Review | In Active Review | LAKURTZ |
| | Today's Date10/16/2024<br>Appeal Rcvd Date9/19/2024<br>Days Since Received28<br>Extension Sent Date10/16/2024<br>Tolling Start DateTolling end DateTolling Days<br>10/16/202411/5/2024 21<br>0<br>0<br>0<br>0<br>0<br>0<br>Tolling Days 21<br>90th Day of Active Review 1/8/2025<br>Active Review Days Remaining to 90th Day83<br>************************************************************************************ - LAKURTZ - Oct 16, 2024 09:28:38 am | | | | |
| 5/29/2024 12:53:45 PM | Status | | Pre-X | CLOSED | KRTEDFO |
| 7/10/2024 9:50:21 AM | Status | | Pre-X | CLOSED | GABUTTS |
| 1/26/2024 5:40:58 PM | Status | | Pre-X | CLOSED | GABUTTS |
| 11/27/2024 11:13:33 AM | Status | | Pre-X | CLOSED | LAKURTZ |
| 8/23/2024 7:51:50 PM | Status | | Pre-X | CLOSED | KRTEDFO |
| 5/17/2024 4:07:06 PM | Status | | | REOPENED | TYMWA8 |
| 7/22/2024 12:48:11 PM | Status | | | REOPENED | HABHA3 |
| 7/10/2024 9:50:21 AM | Status | | | REOPENED | GABUTTS |
| 1/9/2025 3:31:00 PM | Status | | | REOPENED | CXGEARY |
| 9/20/2024 1:40:56 PM | Status | | | REOPENED | EMLPO7 |
| 12/6/2023 | Summary/Assessment/Pa | 1h | Initial - Pre Existing - CREGA8 - Nov 01, 2023 01:52:44 pm | Completed | CREGA8 |

Summary Notes
Initial - Pre Existing - CREGA8 - Nov 01, 2023 01:52:44 pm
Assessment Notes
ANNUAL SALARY means the Insured Employee's BASIC MONTHLY EARNINGS or PREDISABILITY INCOME multiplied by 12.

BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means:

a.For Commissioned Employees, 1/12th of the Insured Employee's annual gross earnings from the Employer during the calendar year just prior to the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins. It is figured from the income box on the Insured Employee's W-2 form, w hich reports w ages, tips and other compensation from the Employer for federal income tax purposes. It includes the Insured Employee's income before taxes and any deductions for pre-tax contributions to a Section 125 Plan, flexible spending account, Section 401K Plan or qualified deferred compensation plan. It does not include: 1. any Employer contributions to a deferred compensation plan; 2. income received from any car, housing or moving allow ance; or 3. income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this

Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the amount of the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records. For an Insured Employee w ho did not receive a W-2 form from the Employer prior to the Determination Date, it is figured by averaging the monthly gross earnings received during the actual period of employment, as show n in the Employer's financial records. b. For All Other Employees, the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins.

b.It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer.

It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.

It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.

Per Censes Q:\National Accts\VHA\03 UPPER MIDWEST\(14) Gundersen Lutheran (GUNDERLUTH)\CENSUS DATA\Gundersen Census\2023\copy of July 2023 line 5720 $112278.40 - CREGA8 - Nov 01, 2023 01:52:44 pm

112278.40/12 = 9356.53 - CREGA8 - Dec 06, 2023 11:31:08 am
Path Notes
Summary: Claimant is a 60 year old Male, PROSTHETIST (medical ser.)
Out of w ork due to Cancer
DLW: 08/11/2023
DOD: 08/12/2023
BCD: 11/11/2023
COD: 11/11/2025
MBD: 11/11/2028

Assessment (Eligibility):
Ardis ID: Gunderluth
Linked STD: 1230064639
Bill Type: List 0%, Post Tax 03/_/12 Pre-ex. BME based on payroll. Benefit amount: 60%, Max Benefit $6,000.00 Min Benefit $100 or 15% (Missouri)/10% (non-Missouri) of the insured employee's monthly benefit, w hichever is greater, Elim Period 90 days, Ow n Occ 24 Months.
DOH: Per censes 07/25/2022
LTD Eff: Per censes 09/01/2022
Pre-ex applies 06/01/2022-09/01/2022
Riders: Addressed on offset table.
ERS: Located in AWD

Gundersen Authorization Form signed and in claim 1230064639 received 08/22/2023
Need LFG Auth

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop w ork on 08/12/2023. Currently on trail at UW Madison.

Updated Path:
STP: Claim is pending for Pre-ex. Need eligibility from ER. Need to conduct initial interview .

LTPL: RTWOO

- CREGA8 - Nov 01, 2023 01:52:44 pm

11/01/2023 Initial Call: Claimant advised out for cancer in the saliva glands he also has diabeties. He is in a trail medication program. He has fatigue memory issues and body aches as w ell as neropathy in the feet.

No change to current path - CREGA8 - Nov 01, 2023 02:09:48 pm

LDW: 8/11/2023
Hours: 40 per w eek
Pay rate: 112,278.40 Annual
Class Code: 1
LTD Eff: 09/01/2022

TMP Form Received
Caitlin Carpenter
212 11th ST. S La Crossee WI 54601 608-392-9555

William Scorby
1900 South Ave La Crosse WI 608-782-7300

Lori Miskell
1526 Rose St Suite 102 La Crosse WI 54603 6087819880

06/02/2022 Progress Notes Catlin Carpenter: Presents w ith history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for w orsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents w ith an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for puffiness and redness under left eye.

Updated Path:
STP: Claim is still pending need intelliscript.
LTP: RTWOO
- CREGA8 - Nov 13, 2023 12:05:31 pm

Intelliscript:

Filled Clopidogrel Bisulfate Tab 75 MG on 06/19/2022 By Dr. Carpenter (Caremark)
Filled Clopidogrel Bisulfate Tab 75 MG on 08/30/2022 By Dr. Brumm (Caremark)
Filled Fenofibrate Tab 145 MG on 06/20/2022 by Dr. Brumm (Caremark)
Filled Lisinopril Tab 10 MG on 06/03/2022 by Dr. Brumm (CVS)
Filled Metoprolol Succinate Tab on 06/19/2022 by Dr. Carpenter (Caremark)
Filled Nitroglycerin SL Tab 0.4 MG on 06/03/2022 by Dr. Carpenter (Caremark)
Filled Pantoprazole Sodium EC Tab 40 MG on 06/30/2022 by Dr. Brumm (Caremark)
Filled Rosuvastatin Calcium Tab 40 MG on 08/14/2022 by Dr. Brumm (Caremark)

Caitlin Carpenter
Physician Assistant
800 West Ave S
La Crosse WI 54601
608-785-0940

Dr. Mark Brumm
Family Practice
800 West Ave S

La Crosse WI 54601
608-782-9760

Caremark Prescription SVC-CHI
1780 Wall Street
MT Prospect IL 60056
866-284-9226

CVS Pharmacy
9400 State Road 16
Onalaska WI 54650
608-779-5780

Requesting Pre-ex - CREGA8 - Nov 21, 2023 10:28:43 am

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022

Still need CareMark records for pre-ex and CVS pharmacy records.
- CREGA8 - Nov 30, 2023 09:08:18 am

Received CVS prescription and only filled Lisinopril 10 mg w hich is to treat high blood pressure. Not pre-exisiting.

Reasonable to approve. - CREGA8 - Dec 06, 2023 11:31:08 am

| | | | | |
|---|---|---|---|---|
| 11/1/2023 1:51:13 PM | Summary/Assessment/Pa1h | Initial - Pre Existing - CREGA8 - Nov 01, 2023 01:52:44 pm | Requested | CREGA8 |

Summary Notes
Initial - Pre Existing - CREGA8 - Nov 01, 2023 01:52:44 pm
Assessment Notes
ANNUAL SALARY means the Insured Employee's BASIC MONTHLY EARNINGS or PREDISABILITY INCOME multiplied by 12.

BASIC MONTHLY EARNINGS or PREDISABILITY INCOME means:

a.For Commissioned Employees, 1/12th of the Insured Employee's annual gross earnings from the Employer during the calendar year just prior to the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins. It is figured from the income box on the Insured Employee's W-2 form, w hich reports w ages, tips and other compensation from the Employer for federal income tax purposes. It includes the Insured Employee's income before taxes and any deductions for pre-tax contributions to a Section 125 Plan, flexible spending account, Section 401K Plan or qualified deferred compensation plan. It does not include: 1. any Employer contributions to a deferred compensation plan; 2. income received from any car, housing or moving allow ance; or 3. income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the amount of the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records. For an Insured Employee w ho did not receive a W-2 form from the Employer prior to the Determination Date, it is figured by averaging the monthly gross earnings received during the actual period of employment, as show n in the Employer's financial records. b. For All Other Employees, the Insured Employee's average monthly base salary or hourly pay from the Employer before taxes on the Determination Date. The "Determination Date" is the last day w orked just prior to the date the Disability begins.

b.It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include income from a source other than the Employer.

It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.

It does not include commissions, bonuses, overtime pay, or any other extra compensation. It does not include

income from a source other than the Employer. It w ill not exceed the amount show n in the Employer's financial records, the amount for w hich premium has been paid, or the Maximum Covered Monthly Earnings permitted by this Policy; w hichever is less. (Maximum Covered Monthly Earnings equals the Maximum Monthly Benefit divided by the Benefit Percentage show n in the Schedule of Benefits.) Exception: For purposes of determining the Partial Disability Monthly Benefit, Basic Monthly Earnings w ill not exceed the amount show n in the Employer's financial records.

Per Censes Q:\National Accts\VHA\03 UPPER MIDWEST\(14) Gundersen Lutheran (GUNDERLUTH)\CENSUS DATA\Gundersen Census\2023\copy of July 2023 line 5720 $112278.40 - CREGA8 - Nov 01, 2023 01:52:44 pm

112278.40/12 = 9356.53 - CREGA8 - Dec 06, 2023 11:31:08 am
Path Notes
Summary: Claimant is a 60 year old Male, PROSTHETIST (medical ser.)
Out of w ork due to Cancer
DLW: 08/11/2023
DOD: 08/12/2023
BCD: 11/11/2023
COD: 11/11/2025
MBD: 11/11/2028

Assessment (Eligibility):
Ardis ID: Gunderluth
Linked STD: 1230064639
Bill Type: List 0%, Post Tax 03/_/12 Pre-ex. BME based on payroll. Benefit amount: 60%, Max Benefit $6,000.00 Min Benefit $100 or 15% (Missouri)/10% (non-Missouri) of the insured employee's monthly benefit, w hichever is greater, Elim Period 90 days, Ow n Occ 24 Months.
DOH: Per censes 07/25/2022
LTD Eff: Per censes 09/01/2022
Pre-ex applies 06/01/2022-09/01/2022
Riders: Addressed on offset table.
ERS: Located in AWD

Gundersen Authorization Form signed and in claim 1230064639 received 08/22/2023
Need LFG Auth

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop w ork on 08/12/2023. Currently on trail at UW Madison.

Updated Path:
STP: Claim is pending for Pre-ex. Need eligibility from ER. Need to conduct initial interview .
LTPL: RTWOO

- CREGA8 - Nov 01, 2023 01:52:44 pm

11/01/2023 Initial Call: Claimant advised out for cancer in the saliva glands he also has diabeties. He is in a trail medication program. He has fatigue memory issues and body aches as w ell as neropathy in the feet.

No change to current path - CREGA8 - Nov 01, 2023 02:09:48 pm

LDW: 8/11/2023
Hours: 40 per w eek
Pay rate: 112,278.40 Annual
Class Code: 1
LTD Eff: 09/01/2022

TMP Form Received
Caitlin Carpenter

212 11th ST. S La Crossee WI 54601 608-392-9555

William Scorby
1900 South Ave La Crosse WI 608-782-7300

Lori Miskell
1526 Rose St Suite 102 La Crosse WI 54603 6087819880

06/02/2022 Progress Notes Catlin Carpenter: Presents w ith history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for w orsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents w ith an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for puffiness and redness under left eye.

Updated Path:
STP: Claim is still pending need intelliscript.
LTP: RTWOO
- CREGA8 - Nov 13, 2023 12:05:31 pm

Intelliscript:

Filled Clopidogrel Bisulfate Tab 75 MG on 06/19/2022 By Dr. Carpenter (Caremark)
Filled Clopidogrel Bisulfate Tab 75 MG on 08/30/2022 By Dr. Brumm (Caremark)
Filled Fenofibrate Tab 145 MG on 06/20/2022 by Dr. Brumm (Caremark)
Filled Lisinopril Tab 10 MG on 06/03/2022 by Dr. Brumm (CVS)
Filled Metoprolol Succinate Tab on 06/19/2022 by Dr. Carpenter (Caremark)
Filled Nitroglycerin SL Tab 0.4 MG on 06/03/2022 by Dr. Carpenter (Caremark)
Filled Pantoprazole Sodium EC Tab 40 MG on 06/30/2022 by Dr. Brumm (Caremark)
Filled Rosuvastatin Calcium Tab 40 MG on 08/14/2022 by Dr. Brumm (Caremark)

Caitlin Carpenter
Physician Assistant
800 West Ave S
La Crosse WI 54601
608-785-0940

Dr. Mark Brumm
Family Practice
800 West Ave S
La Crosse WI 54601
608-782-9760

Caremark Prescription SVC-CHI
1780 Wall Street
MT Prospect IL 60056
866-284-9226

CVS Pharmacy
9400 State Road 16
Onalaska WI 54650
608-779-5780

Requesting Pre-ex - CREGA8 - Nov 21, 2023 10:28:43 am

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022

Still need CareMark records for pre-ex and CVS pharmacy records.
- CREGA8 - Nov 30, 2023 09:08:18 am

Received CVS prescription and only filled Lisinopril 10 mg w hich is to treat high blood pressure. Not pre-exisiting.

Reasonable to approve. - CREGA8 - Dec 06, 2023 11:31:08 am

6/18/2024 Summary/Assessment/P&2h Open - CREGA8 - Dec 06, 2023 11:34:31 am Completed CREGA8

Summary Notes
Open - CREGA8 - Dec 06, 2023 11:34:31 am
Assessment Notes

Path Notes
Summary: Claimant is a 60 year old Male, PROSTHETIST (medical ser.)
Out of w ork due to Cancer
DLW: 08/11/2023
DOD: 08/12/2023
BCD: 11/11/2023
COD: 11/11/2025
MBD: 11/11/2028

Pre-Ex review ed and not a pre-exisiting condition.

Gundersen Authorization Form signed and in claim 1230064639 received 08/22/2023

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop w ork on 08/12/2023. Currently on trail at UW Madison.

06/02/2022 Progress Notes Catlin Carpenter: Presents w ith history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for w orsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents w ith an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for puffiness and redness under left eye.

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022

Rational due to condition and current trail treatment at UW Madison reasonable to approve.

Updated Path:
STP: Follow up in 3 months for update on treatment
LTP: RTWOO - CREGA8 - Dec 06, 2023 11:34:31 am
===========

On 8/23/22 the claimant presented to Dr. Scorby (employer's occ medicine department). On 8/19/22 he w ent to a family clinic for symptoms significant redness and sw elling on the left side of his face as w ell as submandibular glandular sw elling.

Antibiotic delivered via syringe on 8/19/22 and started on oral Augmentin.

Claimant does have psioriasis and presented to occ med for concern of relatedness to his w ork (i.e. exposure to a chemical or infectious agent). Dr. Scorby's assessment w as that w ork relatedness w as unknow n at that point but w as not related to his psioriasis. Etiology / origin of the sw elling and redness unknow n.

Exam includes assessment for submandibular adenopathy (disease process relating to lymph nodes). Dr. Scorby's assessment of the condition w as facial cellulitis during this visit; it w as recommended that he finish his antibiotics. The claimant w as directed to follow up w ith his PCP as Dr. Scorby expressed concern over the claimant's persistent submandibular adenopathy.

On 10/26/22 the claimant saw Dr. Ringstrom, presenting for continued left facial sw elling and redness for w hich he

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

had presented to urgent care on 10/23/22. The claimant relayed the history of the symptoms, especially detailing that although he had been experiencing the symptoms for about the past year, the most significant exacerbation had been the events in August 2022.

Dr. Ringstrom evaluated the documentation from the urgent care visit as w ell as a CT that had been performed. Dr. Ringstrom expressed concern abut a lymph node that he believed needed to be excised and biopsied.

Excision / biopsy of left neck lymph nodes occurred 11/17/22, at w hich time the claimant w as diagnosed w ith high-grade salivary duct adenocarcinoma.

UPDATED PATH: Claim has been denied for pre-ex condition (See manager referral) - AN2LI3 - Jan 29, 2024 08:07:59 am
==============

UPDATED ASSESSMENT: Addendum peer review w as completed as prior peer review w as given incorrect pre-ex look back period dates. Peer review w as redone w ith the correct pre-ex look back period of 6/1/22 to 9/1/22. Per Peer review :

Based upon the available medical records during this time period, the claimant experienced left facial sw elling and cellulitis treated w ith antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis how ever the palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding w ith the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022.

During this period based upon 8/22/2022 family medicine NFC north encounter, the claimant experienced redness of the left malar area w ith redness of the left eye, ear, and neck and fever w ith mild pain in his mouth. On physical examination, he w as noted to have sw elling left cheek, eye, and neck and tenderness of face and neck w ith sw elling/edema of the left outer ear and redness. Left side of the neck had some sw elling and erythema. The claimant had been treated w ith antibiotic, Rocephin therapy.

Based upon the occupational medicine follow up on 8/23/2022, the claimant also had puffiness and redness of the left eye and facial sw elling w ith submandibular adenopathy, lymph nodes bilaterally, more so on the left than on the right on physical examination.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma w as conducted on 11/17/2022.

UPDATED PATH: Based on the updated peer review , the documentation from 8/22/22 and 8/23/22 w ould indicate tx that w as causing or contributing the the impairment dx. Therefore, w ill refer to manager for review for pre-ex denial w ith updated pre-ex denial letter
- AN2LI3 - Jun 18, 2024 09:47:19 am

| 12/6/2023 11:32:14 AM | Summary/Assessment/Pa | 2h | Open - CREGA8 - Dec 06, 2023 11:34:31 am | Requested | CREGA8 |
|---|---|---|---|---|---|

Summary Notes
Open - CREGA8 - Dec 06, 2023 11:34:31 am
Assessment Notes

Path Notes
Summary: Claimant is a 60 year old Male, PROSTHETIST (medical ser.)
Out of w ork due to Cancer
DLW: 08/11/2023
DOD: 08/12/2023
BCD: 11/11/2023
COD: 11/11/2025
MBD: 11/11/2028

Pre-Ex review ed and not a pre-exisiting condition.

Gundersen Authorization Form signed and in claim 1230064639 received 08/22/2023

Medical:
08/17/2023 Gil E. Harmon, MD APS: Salivary gland cancer. Biopsy done on 11/17/2022. Symptoms first appeared on 10/23/2022 advised to stop w ork on 08/12/2023. Currently on trail at UW Madison.

06/02/2022 Progress Notes Catlin Carpenter: Presents w ith history of asthema, NSTEMI status post 2 stents placed to the mid LAD on march 14, 2022; acute systolic heart failure, type 2 diabetes, hyper lipidemia hypertension and psoriasis. Presents for w orsening shortness of breath.

08/20/2022 Progress Notes Lori Miskell: Presents w ith an allergic reaction.

08/23/2022 Progress Notes Dr. Scorby: Seen for puffiness and redness under left eye.

Not seen by Dr. Brumm for dates of 06/01/2022 to 09/01/2022

Rational due to condition and current trail treatment at UW Madison reasonable to approve.

Updated Path:
STP: Follow up in 3 months for update on treatment
LTP: RTWOO - CREGA8 - Dec 06, 2023 11:34:31 am
===========

On 8/23/22 the claimant presented to Dr. Scorby (employer's occ medicine department). On 8/19/22 he w ent to a family clinic for symptoms significant redness and sw elling on the left side of his face as w ell as submandibular glandular sw elling.

Antibiotic delivered via syringe on 8/19/22 and started on oral Augmentin.

Claimant does have psioriasis and presented to occ med for concern of relatedness to his w ork (i.e. exposure to a chemical or infectious agent). Dr. Scorby's assessment w as that w ork relatedness w as unknow n at that point but w as not related to his psioriasis. Etiology / origin of the sw elling and redness unknow n.

Exam includes assessment for submandibular adenopathy (disease process relating to lymph nodes). Dr. Scorby's assessment of the condition w as facial cellulitis during this visit; it w as recommended that he finish his antibiotics. The claimant w as directed to follow up w ith his PCP as Dr. Scorby expressed concern over the claimant's persistent submandibular adenopathy.

On 10/26/22 the claimant saw Dr. Ringstrom, presenting for continued left facial sw elling and redness for w hich he had presented to urgent care on 10/23/22. The claimant relayed the history of the symptoms, especially detailing that although he had been experiencing the symptoms for about the past year, the most significant exacerbation had been the events in August 2022.

Dr. Ringstrom evaluated the documentation from the urgent care visit as w ell as a CT that had been performed. Dr. Ringstrom expressed concern abut a lymph node that he believed needed to be excised and biopsied.

Excision / biopsy of left neck lymph nodes occurred 11/17/22, at w hich time the claimant w as diagnosed w ith high-grade salivary duct adenocarcinoma.

UPDATED PATH: Claim has been denied for pre-ex condition (See manager referral) - AN2LI3 - Jan 29, 2024 08:07:59 am
==============

UPDATED ASSESSMENT: Addendum peer review w as completed as prior peer review w as given incorrect pre-ex look back period dates. Peer review w as redone w ith the correct pre-ex look back period of 6/1/22 to 9/1/22. Per Peer review :

Based upon the available medical records during this time period, the claimant experienced left facial sw elling and

cellulitis treated w ith antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis how ever the palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding w ith the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022.

During this period based upon 8/22/2022 family medicine NFC north encounter, the claimant experienced redness of the left malar area w ith redness of the left eye, ear, and neck and fever w ith mild pain in his mouth. On physical examination, he w as noted to have sw elling left cheek, eye, and neck and tenderness of face and neck w ith sw elling/edema of the left outer ear and redness. Left side of the neck had some sw elling and erythema. The claimant had been treated w ith antibiotic, Rocephin therapy.

Based upon the occupational medicine follow up on 8/23/2022, the claimant also had puffiness and redness of the left eye and facial sw elling w ith submandibular adenopathy, lymph nodes bilaterally, more so on the left than on the right on physical examination.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma w as conducted on 11/17/2022.

UPDATED PATH: Based on the updated peer review , the documentation from 8/22/22 and 8/23/22 w ould indicate tx that w as causing or contributing the the impairment dx. Therefore, w ill refer to manager for review for pre-ex denial w ith updated pre-ex denial letter
- AN2LI3 - Jun 18, 2024 09:47:19 am

| | | | | |
|---|---|---|---|---|
| 5/29/2024 | Summary/Assessment/Path | 1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - May 28, | Completed | KRTEDFO |

Summary Notes
1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - May 28, 2024 05:29:45 pm
Assessment Notes
see path - KRTEDFO - May 28, 2024 05:29:45 pm
Path Notes
1st LEVEL APPEAL PENDING RATIONALE:

LTD or WOP or combo: LTD
1st or 2nd Level Appeal: 1st
Date Appeal Received: 5/16/24
30th day: 6/15/24
45th Day: 6/30/24
90th Day: 8/14/24

Attorney info: Jessa Victor - Haw ks Quindel (contact Matt Vieth) 608-257-0040
Attorney email: MVieth@hq-law .com

Claim Demographics

Claimant Name: Robert Loper
DOB:
Age at DOD: 60
Current age: 61
Claim Number: 1230085410
ER name: Gundersen Health System
Group ID (active/termed): GUNDERLUTH (active)
Class: 1
ERISA or NON-ERISA: (How w as information verified?): ERISA
Nat'l Acct (y/n): yes
Situs State: WIState Language applicable (y/n): no
State of Residence:WIState Language applicable (y/n): no

Occupation / Location in AWD: Prosthetist/Orthotist (JD in AWD 5/22/24 pg 401 of 406; no JA)
Physical Demand Level of Occ (OA):

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Primary Diagnosis: submandibular ductal carcinoma (w/liver mets)
Co-Morbid Diagnoses:

DOH: 7/25/22
Eff Date: 9/1/22
Pre-Ex investigation required (y/n): yes
Pre-Ex per policy: 3/12
Look-back period: 6/1/22 - 9/1/22 (med review used 8/1/22 - 11/1/22)

Date of Disability: 8/12/23
DLW: 8/11/23
EP: 90 days
Benefit Commencement Date: 11/11/23
Benefit Paid/Approved To Date: none
Change in Definition (COD) Date: 24 mo. 11/11/25
AO investigation required (y/n): no
Gainful amount: n/a
Gainful %: n/a
Is gainful defined in policy (y/n): n/a
Note: If within 6 months of COD, check for rehab survey or TEE: n/a
Prior TSA (y/n): n/a
Dominant hand (needed only if UE may be limited): n/a

Estimated Net benefit Mthly Coverage amount(s): $5613.92
Max Duration Date: 11/11/2028
SSDI Award information needed/requested - if not - why: unk if applied

STD claim number/status: 1230064639 MBP
LW claim number/status: n/a
LTD claim number/status: appealed

Date of most recent auth in AWD & exp date (12/24 months): LFG 11/9/23
Riders: none
Offsets other than SSD (state, WC, pension, etc.): none
Ovp amount (if applicable): none

Contractual Limits
Legal Action: 3 years
Proof of claim: within 90 days after the end of the elim period

Initial Claim Decision:
Reason/Date of denial: Pre-Ex 1/26/24
Type of Med Review, Vendor, Name, Specialty & Date: ICP (med/onc;rad/onc) Nisha Word, MD 1/8/24

Response: 8/1/2022 to 11/1/2022:

Based upon occupation medicine follow up on 8/23/2022, the claimant was treated for facial cellulitis/infection with antibiotic therapy presenting as redness and swelling.

Based upon the otolaryngology consultation report on 10/26/2022 with Dr. Mark Ringstrom, the claimant had left facial and neck swelling/cellulitis for about a year. He was recently treated with antibiotics Augmentin for concern of skin infection. He also was noted that the claimant had history of prior left submandibular mass excision as a young man but unaware of the etiology. On physical examination, the claimant had asymmetric fullness on the tail of the parotid gland and palpable lymph nodes on the neck. Prior diagnostic imaging CT scan demonstrating diffuse cellulitis of the left face and neck with multiple reactive lymph nodes and foreign body in the midline of submental subcutaneous space. The claimant was noted at the time to have left facial and neck swelling with acute infectious exacerbation. Dr. Ringstrom noted "cannot quite say what the cause of underlying left sided inflammation and swelling is or what is leading to acute exacerbations." He recommended to prolong course of Augmentin antibiotic therapy at the time. The otolaryngologist also recommended excising of lymph node for any "worrisome" pathology.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular ductal carcinoma w as conducted on 11/17/2022.

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number: Fred Kupfer, PA-C (FM) 608-781-9880 fax 608-783-5426
Last Date of Service: 8/20/22
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: William Scorby, MD (Occ Med)
Last Date of Service: 8/23/22; form 3/26/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Kazi Rayhan, MD (IM)
Last Date of Service: 10/24/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Mark Ringstrom, MD (ENT)
Last Date of Service: 6/16/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Collin Driscoll, MD (rad/onc)
Last Date of Service: 6/22/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Gil Harmon, MD/Kurt Oettel, MD/Lisa Gundersen PA-C (med/onc)
Last Date of Service: 7/21/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: April Farrell, MD (derm)
Last Date of Service: 1/9/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: David Daw son, DPM (podiatry)
Last Date of Service: 1/15/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Christopher Whalen, MD (ortho sx)
Last Date of Service: 1/16/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Justine Bruce, MD/Carissa Dolens, APNP (onc)
Last Date of Service: 2/28/24; letter 3/26/24
Restrictions and Limitations/Duration: EE is totally and completely disabled due to his medical condition and treatment side effects

Date and Type of Recent Surgeries: 11/17/22 L neck lymph node excision

Appeal being discussed
Reasons for disagreement as explained in appeal: attny disagrees w ith pre-ex; feels medical records support TD

Information Submitted w ith appeal and not previously review ed:

Signed declaration of EE 4/8/24
Medical Questionnaire Dr. Scorby 3/26/24
Records Neighborhood Family Clinic 8/20/22
Records Gundersen 8/23/22 - 1/16/24
Records UW Health 7/19/23 - 2/28/24
Letter Dr. Bruce 3/26/24
Personal Statement EE 5/3/24

JD
ER employment term letter to EE 4/18/24
SSA benefit verif letter 4/29/24

Appeal Analysis: (summarize claim story/handling & Next Steps): EE has a history of swelling and redness in his neck that were treated as cellulitis prior to him being diagnosed with cancer.

If SSDI approved or applied for when we got appeal, ask if they want to send file
SSDI file mentioned in initial call (y/n, if not why): no call made to attny
SSDI language added to ack appeal letter (y/n, if not why): yes
SSDI notes added to SAP (y/n): yes

Notes: (tolling, other pertinent info, etc.)

File copy to attny 3/18/24
NDC wrote up peer using look-back period of 8/1/2022 to 11/1/2022 (s/b 6/1/22 to 9/1/22)
Attny payment instructions are in appeal letter bottom of pg. 9

Ack letters to attny/ER

PATH: Pre-Ex review

Appeal Direction Recommendation:

From the policy:

PRE-EXISTING CONDITION EXCLUSION. This Policy will not cover any Total or Partial Disability:

1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
2. which begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

will discuss file w/mgr
- KRTEDFO - May 28, 2024 05:29:45 pm

withdrawing appeal at this time - see appeal tab for further details

email to attny - KRTEDFO - May 29, 2024 12:41:41 pm

5/28/2024 5:28:03 PM Summary/Assessment/Path 1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - May 28, Requested KRTEDFO

Summary Notes
1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - May 28, 2024 05:29:45 pm
Assessment Notes
see path - KRTEDFO - May 28, 2024 05:29:45 pm
Path Notes
1st LEVEL APPEAL PENDING RATIONALE:

LTD or WOP or combo: LTD
1st or 2nd Level Appeal: 1st
Date Appeal Received: 5/16/24
30th day: 6/15/24
45th Day: 6/30/24
90th Day: 8/14/24

Attorney info: Jessa Victor - Hawks Quindel (contact Matt Vieth) 608-257-0040

Attorney email: MVieth@hq-law .com

Claim Demographics

Claimant Name: Robert Loper
DOB:
Age at DOD: 60
Current age: 61
Claim Number: 1230085410
ER name: Gundersen Health System
Group ID (active/termed): GUNDERLUTH (active)
Class: 1
ERISA or NON-ERISA: (How w as information verified?): ERISA
Nat'l Acct (y/n): yes
Situs State: WIState Language applicable (y/n): no
State of Residence:WIState Language applicable (y/n): no

Occupation / Location in AWD: Prosthetist/Orthotist (JD in AWD 5/22/24 pg 401 of 406; no JA)
Physical Demand Level of Occ (OA):
Primary Diagnosis: submandibular ductal carcinoma (w /liver mets)
Co-Morbid Diagnoses:

DOH: 7/25/22
Eff Date: 9/1/22
Pre-Ex investigation required (y/n): yes
Pre-Ex per policy: 3/12
Look-back period: 6/1/22 - 9/1/22 (med review used 8/1/22 - 11/1/22)

Date of Disability: 8/12/23
DLW: 8/11/23
EP: 90 days
Benefit Commencement Date: 11/11/23
Benefit Paid/Approved To Date: none
Change in Definition (COD) Date: 24 mo. 11/11/25
AO investigation required (y/n): no
Gainful amount: n/a
Gainful %: n/a
Is gainful defined in policy (y/n): n/a
Note: If w ithin 6 months of COD, check for rehab survey or TEE: n/a
Prior TSA (y/n): n/a
Dominant hand (needed only if UE may be limited): n/a

Estimated Net benefit Mthly Coverage amount(s): $5613.92
Max Duration Date: 11/11/2028
SSDI Aw ard information needed/requested - if not - w hy: unk if applied

STD claim number/status: 1230064639 MBP
LW claim number/status: n/a
LTD claim number/status: appealed

Date of most recent auth in AWD & exp date (12/24 months): LFG 11/9/23
Riders: none
Offsets other than SSD (state, WC, pension, etc.): none
Ovp amount (if applicable): none

Contractual Limits
Legal Action: 3 years
Proof of claim: w ithin 90 days after the end of the elim period

Initial Claim Decision:

Reason/Date of denial: Pre-Ex 1/26/24
Type of Med Review , Vendor, Name, Specialty & Date: ICP (med/onc;rad/onc) Nisha Word, MD 1/8/24

Response: 8/1/2022 to 11/1/2022:

Based upon occupation medicine follow up on 8/23/2022, the claimant w as treated for facial cellulitis/infection w ith antibiotic therapy presenting as redness and sw elling.

Based upon the otolaryngology consultation report on 10/26/2022 w ith Dr. Mark Ringstrom, the claimant had left facial and neck sw elling/cellulitis for about a year. He w as recently treated w ith antibiotics Augmentin for concern of skin infection. He also w as noted that the claimant had history of prior left submandibular mass excision as a young man but unaw are of the etiology. On physical examination, the claimant had asymmetric fullness on the tail of the parotid gland and palpable lymph nodes on the neck. Prior diagnostic imaging CT scan demonstrating diffuse cellulitis of the left face and neck w ith multiple reactive lymph nodes and foreign body in the midline of submental subcutaneous space. The claimant w as noted at the time to have left facial and neck sw elling w ith acute infectious exacerbation. Dr. Ringstrom noted "cannot quite say w hat the cause of underlying left sided inflammation and sw elling is or w hat is leading to acute exacerbations." He recommended to prolong course of Augmentin antibiotic therapy at the time. The otolaryngologist also recommended excising of lymph node for any "w orrisome" pathology.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular ductal carcinoma w as conducted on 11/17/2022.

Current Providers - last 18 to 24 months
AP Name/Specialty/Phone Number: Fred Kupfer, PA-C (FM) 608-781-9880 fax 608-783-5426
Last Date of Service: 8/20/22
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: William Scorby, MD (Occ Med)
Last Date of Service: 8/23/22; form 3/26/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Kazi Rayhan, MD (IM)
Last Date of Service: 10/24/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Mark Ringstrom, MD (ENT)
Last Date of Service: 6/16/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Collin Driscoll, MD (rad/onc)
Last Date of Service: 6/22/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Gil Harmon, MD/Kurt Oettel, MD/Lisa Gundersen PA-C (med/onc)
Last Date of Service: 7/21/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: April Farrell, MD (derm)
Last Date of Service: 1/9/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: David Daw son, DPM (podiatry)
Last Date of Service: 1/15/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Christopher Whalen, MD (ortho sx)
Last Date of Service: 1/16/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Justine Bruce, MD/Carissa Dolens, APNP (onc)
Last Date of Service: 2/28/24; letter 3/26/24
Restrictions and Limitations/Duration: EE is totally and completely disabled due to his medical condition and treatment side effects

Date and Type of Recent Surgeries: 11/17/22 L neck lymph node excision

Appeal being discussed
Reasons for disagreement as explained in appeal: attny disagrees w ith pre-ex; feels medical records support TD

Information Submitted w ith appeal and not previously review ed:

Signed declaration of EE 4/8/24
Medical Questionnaire Dr. Scorby 3/26/24
Records Neighborhood Family Clinic 8/20/22
Records Gundersen 8/23/22 - 1/16/24
Records UW Health 7/19/23 - 2/28/24
Letter Dr. Bruce 3/26/24
Personal Statement EE 5/3/24
JD
ER employment term letter to EE 4/18/24
SSA benefit verif letter 4/29/24

Appeal Analysis: (summarize claim story/handling & Next Steps): EE has a history of sw elling and redness in his neck that w ere treated as cellulitis prior to him being diagnosed w ith cancer.

If SSDI approved or applied for w hen w e got appeal, ask if they w ant to send file
SSDI file mentioned in initial call (y/n, if not w hy): no call made to attny
SSDI language added to ack appeal letter (y/n, if not w hy): yes
SSDI notes added to SAP (y/n): yes

Notes: (tolling, other pertinent info, etc.)

File copy to attny 3/18/24
NDC w rote up peer using look-back period of 8/1/2022 to 11/1/2022 (s/b 6/1/22 to 9/1/22)
Attny payment instructions are in appeal letter bottom of pg. 9

Ack letters to attny/ER

PATH: Pre-Ex review

Appeal Direction Recommendation:

From the policy:

PRE-EXISTING CONDITION EXCLUSION. This Policy w ill not cover any Total or Partial Disability:

1. w hich is caused or contributed to by, or results from a Pre-Existing Condition; and
2. w hich begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for w hich the Insured Employee received treatment w ithin 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

w ill discuss file w /mgr
 - KRTEDFO - May 28, 2024 05:29:45 pm

w ithdraw ing appeal at this time - see appeal tab for further details

email to attny - KRTEDFO - May 29, 2024 12:41:41 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/23/2024 | Summary/Assessment/Pa | 4h | 1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - Jul 29, | Completed | KRTEDFO |

Summary Notes
1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - Jul 29, 2024 05:23:46 pm
Assessment Notes
see path - KRTEDFO - Jul 29, 2024 05:23:46 pm
Path Notes
1st LEVEL APPEAL PENDING RATIONALE:

LTD or WOP or combo: LTD
1st or 2nd Level Appeal: 1st
Date Appeal Received: 7/15/24
30th day: 8/14/24
45th Day: 8/29/24
90th Day: 10/13/24

Attorney info: Jessa Victor - Hawks Quindel (contact Matt Vieth) 608-257-0040
Attorney email: MVieth@hq-law.com

Claim Demographics

Claimant Name: Robert Loper
DOB:
Age at DOD: 60
Current age: 61
Claim Number: 1230085410
ER name: Gundersen Health System
Group ID (active/termed): GUNDERLUTH (active)
Class: 1
ERISA or NON-ERISA: (How was information verified?): ERISA
Nat'l Acct (y/n): yes
Situs State: WIState Language applicable (y/n): no
State of Residence:WIState Language applicable (y/n): no

Occupation / Location in AWD: Prosthetist/Orthotist (JD in AWD 5/22/24 pg 401 of 406; no JA)
Physical Demand Level of Occ (OA): no OA done (medium per DOT 078.261-022 Prosthetist)
Primary Diagnosis: stage 4 submandibular ductal carcinoma (w/liver mets)
Co-Morbid Diagnoses:

DOH: 7/25/22
Eff Date: 9/1/22
Pre-Ex investigation required (y/n): yes
Pre-Ex per policy: 3/12
Look-back period: 6/1/22 - 9/1/22

Date of Disability: 8/12/23
DLW: 8/11/23
EP: 90 days
Benefit Commencement Date: 11/11/23
Benefit Paid/Approved To Date: none
Change in Definition (COD) Date: 24 mo. 11/11/25
AO investigation required (y/n): no
Gainful amount: n/a
Gainful %: n/a
Is gainful defined in policy (y/n): n/a
Note: If within 6 months of COD, check for rehab survey or TEE: n/a
Prior TSA (y/n): n/a
Dominant hand (needed only if UE may be limited): n/a

Estimated Net benefit Mthly Coverage amount(s): $5613.92

Max Duration Date: 11/11/2028
SSDI Award information needed/requested - if not - why: unk if applied

STD claim number/status: 1230064639 MBP
LW claim number/status: n/a
LTD claim number/status: appealed

Date of most recent auth in AWD & exp date (12/24 months): LFG 11/9/23
Riders: none
Offsets other than SSD (state, WC, pension, etc.): none
Ovp amount (if applicable): none

Contractual Limits
Legal Action: 3 years
Proof of claim: within 90 days after the end of the elim period

Initial Claim Decision:
Reason/Date of denial: Pre-Ex 1/26/24
Type of Med Review , Vendor, Name, Specialty & Date: ICP (med/onc;rad/onc) Nisha Word, MD 1/8/24 + adden 6/13/24

Orig peer:

Response: 8/1/2022 to 11/1/2022:

Based upon occupation medicine follow up on 8/23/2022, the claimant was treated for facial cellulitis/infection with antibiotic therapy presenting as redness and swelling.

Based upon the otolaryngology consultation report on 10/26/2022 with Dr. Mark Ringstrom, the claimant had left facial and neck swelling/cellulitis for about a year. He was recently treated with antibiotics Augmentin for concern of skin infection. He also was noted that the claimant had history of prior left submandibular mass excision as a young man but unaware of the etiology. On physical examination, the claimant had asymmetric fullness on the tail of the parotid gland and palpable lymph nodes on the neck. Prior diagnostic imaging CT scan demonstrating diffuse cellulitis of the left face and neck with multiple reactive lymph nodes and foreign body in the midline of submental subcutaneous space. The claimant was noted at the time to have left facial and neck swelling with acute infectious exacerbation. Dr. Ringstrom noted "cannot quite say what the cause of underlying left sided inflammation and swelling is or what is leading to acute exacerbations." He recommended to prolong course of Augmentin antibiotic therapy at the time. The otolaryngologist also recommended excising of lymph node for any "worrisome" pathology.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "worrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular ductal carcinoma was conducted on 11/17/2022.

Addendum:

6/1/2022 to 9/1/2022:

Based upon the available medical records during this time period, the claimant experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis however the palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022.

During this period based upon 8/22/2022 family medicine NFC north encounter, the claimant experienced redness of the left malar area with redness of the left eye, ear, and neck and fever with mild pain in his mouth. On physical examination, he was noted to have swelling left cheek, eye, and neck and tenderness of face and neck with swelling/edema of the left outer ear and redness. Left side of the neck had some swelling and erythema. The claimant had been treated with antibiotic, Rocephin therapy.

Based upon the occupational medicine follow up on 8/23/2022, the claimant also had puffiness and redness of the left eye and facial swelling with submandibular adenopathy, lymph nodes bilaterally, more so on the left than on the

right on physical examination.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma w as conducted on 11/17/2024.

Current Providers - last 18 to 24 months

AP Name/Specialty/Phone Number: Justine Bruce, MD/Carissa Dolens, APNP (onc)
Last Date of Service: 7/3/24; letter 3/26/24
Restrictions and Limitations/Duration: EE is totally and completely disabled due to his medical condition and treatment side effects

AP Name/Specialty/Phone Number: Fred Kupfer, PA-C (FM) 608-781-9880 fax 608-783-5426
Last Date of Service: 8/20/22
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: William Scorby, MD (Occ Med)
Last Date of Service: 8/23/22; form 3/26/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Kazi Rayhan, MD (IM)
Last Date of Service: 10/24/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Mark Ringstrom, MD (ENT)
Last Date of Service: 6/16/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Collin Driscoll, MD (rad/onc)
Last Date of Service: 6/22/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Gil Harmon, MD/Kurt Oettel, MD/Lisa Gundersen PA-C (med/onc)
Last Date of Service: 7/21/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: April Farrell, MD (derm)
Last Date of Service: 1/9/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: David Daw son, DPM (podiatry)
Last Date of Service: 1/15/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Christopher Whalen, MD (ortho sx)
Last Date of Service: 1/16/24
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries: 11/17/22 L neck lymph node excision

Appeal being discussed
Reasons for disagreement as explained in appeal: attny disagrees w ith pre-ex; feels medical records support TD

Information Submitted w ith appeal and not previously review ed:

UW Health Oncology 3/19/24 - 7/3/24

Appeal Analysis: (summarize claim story/handling & Next Steps): EE has a history of sw elling and redness in his neck that w ere treated as cellulitis prior to him being diagnosed w ith cancer.

If SSDI approved or applied for when we got appeal, ask if they want to send file
SSDI file mentioned in initial call (y/n, if not why): no call made to attny
SSDI language added to ack appeal letter (y/n, if not why): yes
SSDI notes added to SAP (y/n): yes

Notes: (tolling, other pertinent info, etc.)

File copy to attny 7/16/24
Attny payment instructions are in letter dated 5/16/24

Ack letters to attny/ER

PATH: Pre-Ex review

Appeal Direction Recommendation: Oncology peer

From the policy:

PRE-EXISTING CONDITION EXCLUSION. This Policy will not cover any Total or Partial Disability:

1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
2. which begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

sent for scanning and peer review - KRTEDFO - Jul 29, 2024 05:23:46 pm

letter from attny adv they have no other info to submit and would like us to proceed with our review; also, wants a written explanation of "calendared ERISA deadline" including the date you believe a decision is due. - KRTEDFO - Aug 05, 2024 08:47:22 am

sent email to attny - KRTEDFO - Aug 05, 2024 10:32:29 am

peer report rec'd

RTR letter to attny w/cc of peer

45-day language added to RTR letter

begin tolling - KRTEDFO - Aug 09, 2024 08:54:25 am

rec'd from attny: attny rebuttal ltr + case law

end tolling - KRTEDFO - Aug 20, 2024 04:16:06 pm

rec'd from attny:

rebuttal letter + case law

end tolling - KRTEDFO - Aug 20, 2024 04:25:18 pm

will discuss with mgmt - KRTEDFO - Aug 21, 2024 06:12:11 pm

discussed w/mgr - KRTEDFO - Aug 22, 2024 02:08:03 pm

see DECISION SAP for further details - KRTEDFO - Aug 23, 2024 06:01:19 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 7/29/2024 5:20:40 PM | Summary/Assessment/Pa | 4h | 1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - Jul 29, | Requested | KRTEDFO |

Summary Notes
1st LEVEL APPEAL PENDING RATIONALE: - KRTEDFO - Jul 29, 2024 05:23:46 pm
Assessment Notes
see path - KRTEDFO - Jul 29, 2024 05:23:46 pm
Path Notes
1st LEVEL APPEAL PENDING RATIONALE:

LTD or WOP or combo: LTD
1st or 2nd Level Appeal: 1st
Date Appeal Received: 7/15/24
30th day: 8/14/24
45th Day: 8/29/24
90th Day: 10/13/24

Attorney info: Jessa Victor - Haw ks Quindel (contact Matt Vieth) 608-257-0040
Attorney email: MVieth@hq-law .com

Claim Demographics

Claimant Name: Robert Loper
DOB:
Age at DOD: 60
Current age: 61
Claim Number: 1230085410
ER name: Gundersen Health System
Group ID (active/termed): GUNDERLUTH (active)
Class: 1
ERISA or NON-ERISA: (How w as information verified?): ERISA
Nat'l Acct (y/n): yes
Situs State: WIState Language applicable (y/n): no
State of Residence:WIState Language applicable (y/n): no

Occupation / Location in AWD: Prosthetist/Orthotist (JD in AWD 5/22/24 pg 401 of 406; no JA)
Physical Demand Level of Occ (OA): no OA done (medium per DOT 078.261-022 Prosthetist)
Primary Diagnosis: stage 4 submandibular ductal carcinoma (w /liver mets)
Co-Morbid Diagnoses:

DOH: 7/25/22
Eff Date: 9/1/22
Pre-Ex investigation required (y/n): yes
Pre-Ex per policy: 3/12
Look-back period: 6/1/22 - 9/1/22

Date of Disability: 8/12/23
DLW: 8/11/23
EP: 90 days
Benefit Commencement Date: 11/11/23
Benefit Paid/Approved To Date: none
Change in Definition (COD) Date: 24 mo. 11/11/25
AO investigation required (y/n): no
Gainful amount: n/a
Gainful %: n/a
Is gainful defined in policy (y/n): n/a
Note: If w ithin 6 months of COD, check for rehab survey or TEE: n/a
Prior TSA (y/n): n/a
Dominant hand (needed only if UE may be limited): n/a

Estimated Net benefit Mthly Coverage amount(s): $5613.92

Max Duration Date: 11/11/2028
SSDI Award information needed/requested - if not - why: unk if applied

STD claim number/status: 1230064639 MBP
LW claim number/status: n/a
LTD claim number/status: appealed

Date of most recent auth in AWD & exp date (12/24 months): LFG 11/9/23
Riders: none
Offsets other than SSD (state, WC, pension, etc.): none
Ovp amount (if applicable): none

Contractual Limits
Legal Action: 3 years
Proof of claim: within 90 days after the end of the elim period

Initial Claim Decision:
Reason/Date of denial: Pre-Ex 1/26/24
Type of Med Review , Vendor, Name, Specialty & Date: ICP (med/onc;rad/onc) Nisha Word, MD 1/8/24 + adden 6/13/24

Orig peer:

Response: 8/1/2022 to 11/1/2022:

Based upon occupation medicine follow up on 8/23/2022, the claimant was treated for facial cellulitis/infection with antibiotic therapy presenting as redness and swelling.

Based upon the otolaryngology consultation report on 10/26/2022 with Dr. Mark Ringstrom, the claimant had left facial and neck swelling/cellulitis for about a year. He was recently treated with antibiotics Augmentin for concern of skin infection. He also was noted that the claimant had history of prior left submandibular mass excision as a young man but unaware of the etiology. On physical examination, the claimant had asymmetric fullness on the tail of the parotid gland and palpable lymph nodes on the neck. Prior diagnostic imaging CT scan demonstrating diffuse cellulitis of the left face and neck with multiple reactive lymph nodes and foreign body in the midline of submental subcutaneous space. The claimant was noted at the time to have left facial and neck swelling with acute infectious exacerbation. Dr. Ringstrom noted "cannot quite say what the cause of underlying left sided inflammation and swelling is or what is leading to acute exacerbations." He recommended to prolong course of Augmentin antibiotic therapy at the time. The otolaryngologist also recommended excising of lymph node for any "worrisome" pathology.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "worrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular ductal carcinoma was conducted on 11/17/2022.

Addendum:

6/1/2022 to 9/1/2022:

Based upon the available medical records during this time period, the claimant experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis however the palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022.

During this period based upon 8/22/2022 family medicine NFC north encounter, the claimant experienced redness of the left malar area with redness of the left eye, ear, and neck and fever with mild pain in his mouth. On physical examination, he was noted to have swelling left cheek, eye, and neck and tenderness of face and neck with swelling/edema of the left outer ear and redness. Left side of the neck had some swelling and erythema. The claimant had been treated with antibiotic, Rocephin therapy.

Based upon the occupational medicine follow up on 8/23/2022, the claimant also had puffiness and redness of the left eye and facial swelling with submandibular adenopathy, lymph nodes bilaterally, more so on the left than on the

right on physical examination.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma w as conducted on 11/17/2024.

Current Providers - last 18 to 24 months

AP Name/Specialty/Phone Number: Justine Bruce, MD/Carissa Dolens, APNP (onc)
Last Date of Service: 7/3/24; letter 3/26/24
Restrictions and Limitations/Duration: EE is totally and completely disabled due to his medical condition and treatment side effects

AP Name/Specialty/Phone Number: Fred Kupfer, PA-C (FM) 608-781-9880 fax 608-783-5426
Last Date of Service: 8/20/22
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: William Scorby, MD (Occ Med)
Last Date of Service: 8/23/22; form 3/26/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Kazi Rayhan, MD (IM)
Last Date of Service: 10/24/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Mark Ringstrom, MD (ENT)
Last Date of Service: 6/16/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Collin Driscoll, MD (rad/onc)
Last Date of Service: 6/22/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Gil Harmon, MD/Kurt Oettel, MD/Lisa Gundersen PA-C (med/onc)
Last Date of Service: 7/21/23
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: April Farrell, MD (derm)
Last Date of Service: 1/9/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: David Daw son, DPM (podiatry)
Last Date of Service: 1/15/24
Restrictions and Limitations/Duration:

AP Name/Specialty/Phone Number: Christopher Whalen, MD (ortho sx)
Last Date of Service: 1/16/24
Restrictions and Limitations/Duration:

Date and Type of Recent Surgeries: 11/17/22 L neck lymph node excision

Appeal being discussed
Reasons for disagreement as explained in appeal: attny disagrees w ith pre-ex; feels medical records support TD

Information Submitted w ith appeal and not previously review ed:

UW Health Oncology 3/19/24 - 7/3/24

Appeal Analysis: (summarize claim story/handling & Next Steps): EE has a history of sw elling and redness in his neck that w ere treated as cellulitis prior to him being diagnosed w ith cancer.

If SSDI approved or applied for when we got appeal, ask if they want to send file
SSDI file mentioned in initial call (y/n, if not why): no call made to attny
SSDI language added to ack appeal letter (y/n, if not why): yes
SSDI notes added to SAP (y/n): yes

Notes: (tolling, other pertinent info, etc.)

File copy to attny 7/16/24
Attny payment instructions are in letter dated 5/16/24

Ack letters to attny/ER

PATH: Pre-Ex review

Appeal Direction Recommendation: Oncology peer

From the policy:

PRE-EXISTING CONDITION EXCLUSION. This Policy will not cover any Total or Partial Disability:

1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
2. which begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

sent for scanning and peer review - KRTEDFO - Jul 29, 2024 05:23:46 pm

letter from attny adv they have no other info to submit and would like us to proceed with our review; also, wants a written explanation of "calendared ERISA deadline" including the date you believe a decision is due. - KRTEDFO - Aug 05, 2024 08:47:22 am

sent email to attny - KRTEDFO - Aug 05, 2024 10:32:29 am

peer report rec'd

RTR letter to attny w/cc of peer

45-day language added to RTR letter

begin tolling - KRTEDFO - Aug 09, 2024 08:54:25 am

rec'd from attny: attny rebuttal ltr + case law

end tolling - KRTEDFO - Aug 20, 2024 04:16:06 pm

rec'd from attny:

rebuttal letter + case law

end tolling - KRTEDFO - Aug 20, 2024 04:25:18 pm

will discuss with mgmt - KRTEDFO - Aug 21, 2024 06:12:11 pm

discussed w/mgr - KRTEDFO - Aug 22, 2024 02:08:03 pm

see DECISION SAP for further details - KRTEDFO - Aug 23, 2024 06:01:19 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/23/2024 | Summary/Assessment/Pa | 5h | **1st LEVEL APPEAL DECISION RATIONALE** - KRTEDFO - Aug | Completed | KRTEDFO |

Summary Notes
**1st LEVEL APPEAL DECISION RATIONALE** - KRTEDFO - Aug 23, 2024 07:49:53 pm
Assessment Notes
see path - KRTEDFO - Aug 23, 2024 07:49:53 pm
Path Notes
**1st LEVEL APPEAL DECISION RATIONALE**

EE is a now 61 y/o male previously employed as Prosthetist/Orthotist. DOD 8/12/23 BCD 11/11/23 no benefits have been paid. DOH 7/25/22 Eff date 9/1/22 Policy has 3/12 Pre-Ex and Look back period is 6/1/22 - 9/1/22. Dx is Stage 4 salivary gland carcinoma. For the appeal, EE's attny submitted the follow ing:

Records UW Health Oncology 3/19/24 - 7/3/24

Prior medical review at claim level w as an oncology peer.

Upon appeal, an IM/hematology/oncology peer review w as completed. The peer opined, in part:

The claimant w as initially seen during the date range of 6/1/22 to 9/1/22 for redness to the left malar area, and the redness then spread to his left eye, ear, and neck. He also complained of facial sw elling, puffiness and redness under the left eye, and increased submandibular glandular sw elling. These symptoms w ere evaluated by APs and w ere deemed to be possible cellulitis w hich on further evaluation turned out to be Salivary duct carcinoma and cellulitis w as ruled out. Hence, the conditions identified during the Pre-Ex period caused/contributed to the currently impairing condition.

A copy of the peer review w as sent to the EE's attny w ith a RTR letter. In response, the attny submited a rebuttal letter along w ith numerous pages of case law . No medical records w ere included.

Based upon the findings of the peer review , upholding the denial of benefits as Pre-Ex.

Letters to attny/ER - file closed. - KRTEDFO - Aug 23, 2024 07:49:53 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/27/2024 | Summary/Assessment/Pa | 6h | Pre-Ex Condition Second Level LTD Appeal - LAKURTZ - | Completed | LAKURTZ |

Summary Notes
Pre-Ex Condition Second Level LTD Appeal - LAKURTZ - Sep 25, 2024 03:22:16 pm
Assessment Notes

Path Notes

Attorney Information:Haw ks Quindel 608-257-0040 (fax 608-256-0236)
Jessa L Victor

Appeal level:Second
Date Appeal Received:09/19/2024
45th day due on 30th day - yes / no
45th Day:11/03/2024
90th Day:12/18/2024

Claimant Name: Robert Loper
Claim Number: LTD 1230085410
Policy Number:00001008256700000 (CL 1)
Group ID & Group Name:GUNDERLUTH / Gundersen Health System
Group Status:active

Claim Demographics
Current Age: 61(
Situs Sate:WIState Language applicable: N

State of Residence: WIState Language applicable: N
Time Zone:Central
Effective Date:09/01/2022
Estimated Net benefit: (Monthly):$5613.92 - $3416 = $2,197.92
SS Aw ard information:02/01/2024
Life Insurance:
Date of Disability: 08/12/2023 (DLW 08/11/2023)
EP: 91
Benefit Commencement Date: 11/11/2023
Benefit Paid/Approved To Date:no benefit paid
Change in Definition (COD) Date: 24 months = 11/11/2025
Max Duration Date: 11/11/2028
Job Description / Location in AWD: Prosthetist
OA / Location in AWD:
Physical Demand Level of Occ:Light
Prior TSA:
Primary Diagnosis: Malignant neoplasm of submandibular gland
Co-Morbid Diagnoses:
ERISA or NON-ERISA (verified)ERISA
Riders:PIB / Family Care
STD claim status:STD 1230064639
LW claim status:LW
LTD claim statusLTD

Gainful:NA
Pre-ex apply:3/12 lookback period 06/01/2022 to 09/01/2022
OO or AO:OO
Rehab Survey or EBF?
Date of Authorization11/09/2023 - valid 24 months

Contractual limits= 02/09/2027
Legal action3 years
Proof of claim90 days after the end of the Elimination period

Claim Synopsis

Initial Claim Decision:01/26/2024 REVISED .. 06/21/2024
Reason/Date of denial: Pre-Existing Condition
Type of Medical Review, Name, & Specialty: Medicine Oncology and
Radiation Oncology,

Dr. Nisha Word - Radiation Oncology

The letter noted in part, the follow ing:

A peer physician review w as completed on 06/13/2024 by Dr. Nisha Word (Board Certified in Radiation Oncology) on 06/13/2024. In her review of the medical documentation, you
experienced left facial sw elling and cellulitis treated w ith antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis how ever the
palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding w ith the current impairing diagnosis of metastatic submandibular carcinoma noted on
physical examination during occupational medicine follow up on 8/23/2022. She noted the enlarged lymph nodes could be caused by infection but also underlying malignancy. The
otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to
the current impairing diagnosis of metastatic submandibular carcinoma w as conducted on 11/17/2022.

the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you

w ere initially seen on 08/23/2022 for chronic redness and sw elling on the left side of your face. During this visit you w ere advised to follow up w ith your primary care physician as Dr. Scorby expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial sw elling and redness at this visit. Imaging had been performed w ithin a short time prior to that visit. You w ere referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at w hich time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation show s you w ere treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition on 08/23/2022. Therefore, your condition is considered preexisting, and your claim has been denied w ith no benefits payable.

First Level Decision:08/23/2024
Reason/Date of denial:Pre-Existing Condition
Type of Medical Review , Name, & Specialty: Dr. Judy Schmidt, Internal Medicine, Hematology and Oncology

The letter noted in part, the follow ing:

The claimant w as initially seen during the date range of 6/1/22 to 9/1/22 for redness to the left malar area, and the redness then spread to his left eye, ear, and neck. He also complained of facial sw elling, puffiness and redness under the left eye, and increased submandibular glandular sw elling. These symptoms w ere evaluated by APs and w ere deemed to be possible cellulitis w hich on further evaluation turned out to be Salivary duct carcinoma and cellulitis w as ruled out. Hence, the conditions identified

Current Providers - last 18 to 24 months
Dr. Gil Harmon
Gundersen Health System, Dr. William Scorby
Dr. Mark Ringstron

Recent Surgeries:

Appeal being discussed
Reasons for disagreement as explained in appeal:
Attorney Rationale: Mr Loper explained that the medical evidence demonstrates that no provider suspected that his symptoms w ere due to cancer during the lookback period of his policy and thus LFG may no conclude that he sought treatment "for" cancer during this time period.

Atty states the central issue in the appeal is w hether Mr. Loper is able to perform each of the material and substantial duties of his ow n occ and w hether his condition is subject to his plan's pre-existing condition exclusion.

Atty states that the disability is not due to a per-existing condition because his disability does not result from a condition for w hich he received consultation, care, or services provided by a Physician prescribed in the 3 months before his insurance took effect.

Atty states: The fact that Mr. Loper "w as eventually diagnosed w ith cancer" and that his symptoms "in retrospect" w ere cause by cancer "is not material to a determination of w hether his medical care providers at the time of the medical treatment suspected cancer.

Atty states that Lincoln must consider the medical evidence under the proper legal framew ork, or it's decision w ill not be upheld by a court.

Information Submitted w ith appeal and not previously review ed:
41 pages of medical
08/14/2024 Infusion Center, Office visit
07/23/2024
07/17/2024

PATH:
letter to the atty
letter to the ER since the DOD is less than 2 years ago
setting up appeal review

- LAKURTZ - Sep 25, 2024 03:22:16 pm

set up appeal review . - LAKURTZ - Sep 30, 2024 03:17:47 pm

Peer 10/14/2024
ECN 272674-2
Kiran Lassi, MD / Medical Oncology

Impairing diagnosis(es):
Stage 4 submandibular ductal carcinomaC08.0

Pre-Existing look back period 06/01/2022 - 09/01/2022

During the period of 6/1/22 to 9/1/22, the claimant w as seen for symptoms of facial sw elling/redness w ith associated submandibular glandular sw elling, w hich w as suspected to be related to an allergic reaction or an infection; how ever, the cause w as undetermined. There w ere findings of mild sw elling on the left side of his face from just below his left eye and cheek to the angle of the mandible, as w ell as some bilateral submandibular adenopathy. Eventually, the claimant underw ent a biopsy of a left neck mass, w hich show ed high-grade adenocarcinoma and immunophenotypic features consistent w ith salivary duct carcinoma. Thus, it appears his initial symptoms for w hich he sought care during the period of 6/1/22 to 9/1/22 are related to his submandibular ductal carcinoma, for w hich he is currently out of w ork.

RLs as of 08/12/2023 forw ard:

From the medical records provided, the claimant had a diagnosis of salivary duct carcinoma and bilateral axillary lymphadenopathy somew hat particularly on the left, w ith multiple nodules and notable sw elling to the right side of his face, a tense neck circumferential, w ith some palpable nodes scattered but mostly just tight tissues in the neck, as w ell as psoriasis on his bilateral legs and arm, w hich has been unchanged since baseline, noted in multiple physical examination findings. Due to the diagnosis of salivary duct carcinoma w ith metastatic disease seen on previous staging imaging and biopsy, s/p radiation therapy, and active non-curative treatment w ith hormone therapy and immunotherapy via port w ith complaints of fatigue and arthralgias, I agree w ith the treating provider the claimant has no reasonable capacity beyond ADLs. Reassessment is recommended around 04/01/2025.

sending the medical report to the attorny for RTR. Providing 21 days to respond -
11/05/2024 - LAKURTZ - Oct 16, 2024 09:27:03 am

MAIL: 10/21/2024
The attorney submitted a letter requesting that the peer review er answ er questions being submitted prior to responding to the peer report.

Medical records:
Gundersen Health System
10/19/2022 - Rayhan Kazi, MD Internal Medicine
10/23/2022 - ED
10/26/2022 - Mark RIngstron MD Otolaryngology
11/15/2022 - Rayhan Kazi MD Internal Medicine
- LAKURTZ - Oct 24, 2024 07:41:40 am

Letter from atty dtd 10/30/2024 in response to our letter dated 10/28/2024.

TELE - We responded to the attorney's reques that the peer respond to 4 questions their office posed. Advised that w e made a response to that letter w hich is sufficient to the questions they posed and no response to those questions w ould be sent from the peer physician. - LAKURTZ - Nov 04, 2024 02:42:27 pm

Atty response to the RTR. Atty offers case law and then simply opines that their client did not receive medical treatmetn for cancer during the lookback period because during that time no one suspected he had cancer. - LAKURTZ - Nov 06, 2024 02:52:32 pm

moving forw ard w ith determination. - LAKURTZ - Nov 06, 2024 02:59:43 pm

see determination SAP. - LAKURTZ - Nov 27, 2024 07:50:10 am

# Chronological Activity List

| Posted Date | Category | Seq | Item | | Status | User |
|---|---|---|---|---|---|---|
| 9/25/2024 3:18:11 PM | Summary/Assessment/P: | 6h | Pre-Ex Condition Second Level LTD Appeal | - LAKURTZ - | Requested | LAKURTZ |

Summary Notes
Pre-Ex Condition Second Level LTD Appeal - LAKURTZ - Sep 25, 2024 03:22:16 pm
Assessment Notes

Path Notes

Attorney Information:Hawks Quindel 608-257-0040 (fax 608-256-0236)
Jessa L Victor

Appeal level:Second
Date Appeal Received:09/19/2024
45th day due on 30th day - yes / no
45th Day:11/03/2024
90th Day:12/18/2024

Claimant Name: Robert Loper
Claim Number: LTD 1230085410
Policy Number:00001008256700000 (CL 1)
Group ID & Group Name:GUNDERLUTH / Gundersen Health System
Group Status:active

Claim Demographics
Current Age: 61(
Situs Sate:WIState Language applicable: N
State of Residence: WIState Language applicable: N
Time Zone:Central
Effective Date:09/01/2022
Estimated Net benefit: (Monthly):$5613.92 - $3416 = $2,197.92
SS Award information:02/01/2024
Life Insurance:
Date of Disability: 08/12/2023 (DLW 08/11/2023)
EP: 91
Benefit Commencement Date: 11/11/2023
Benefit Paid/Approved To Date:no benefit paid
Change in Definition (COD) Date: 24 months = 11/11/2025
Max Duration Date: 11/11/2028
Job Description / Location in AWD: Prosthetist
OA / Location in AWD:
Physical Demand Level of Occ:Light
Prior TSA:
Primary Diagnosis: Malignant neoplasm of submandibular gland
Co-Morbid Diagnoses:
ERISA or NON-ERISA (verified)ERISA
Riders:PIB / Family Care
STD claim status:STD 1230064639
LW claim status:LW
LTD claim statusLTD

Gainful:NA
Pre-ex apply:3/12 lookback period 06/01/2022 to 09/01/2022
OO or AO:OO
Rehab Survey or EBF?
Date of Authorization11/09/2023 - valid 24 months

Contractual limits= 02/09/2027
Legal action3 years
Proof of claim90 days after the end of the Elimination period

Claim Synopsis

Initial Claim Decision:01/26/2024 REVISED .. 06/21/2024
Reason/Date of denial: Pre-Existing Condition
Type of Medical Review, Name, & Specialty: Medicine Oncology and
Radiation Oncology,

Dr. Nisha Word - Radiation Oncology

The letter noted in part, the following:

A peer physician review was completed on 06/13/2024 by Dr. Nisha Word (Board Certified in Radiation Oncology) on 06/13/2024. In her review of the medical documentation, you
experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis however the
palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on
physical examination during occupational medicine follow up on 8/23/2022. She noted the enlarged lymph nodes could be caused by infection but also underlying malignancy. The
otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "worrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to
the current impairing diagnosis of metastatic submandibular carcinoma was conducted on 11/17/2022.

the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you
were initially seen on 08/23/2022 for chronic redness and swelling on the left side of your face. During this visit you were advised to follow up with your primary care physician as Dr. Scorby expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial swelling and redness at this visit. Imaging had been performed within a short time prior to that visit. You were referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at which time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation shows you were treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition on 08/23/2022. Therefore, your condition is considered preexisting, and your claim has been denied with no benefits payable.

First Level Decision:08/23/2024
Reason/Date of denial:Pre-Existing Condition
Type of Medical Review, Name, & Specialty: Dr. Judy Schmidt, Internal Medicine, Hematology and Oncology

The letter noted in part, the following:

The claimant was initially seen during the date range of 6/1/22 to 9/1/22 for redness to the left malar area, and the redness then spread to his left eye, ear, and neck. He also complained of facial swelling, puffiness and redness under the left eye, and increased submandibular glandular swelling. These symptoms were evaluated by APs and were deemed to be possible cellulitis which on further evaluation turned out to be Salivary duct carcinoma and cellulitis was ruled out. Hence, the conditions identified

Current Providers - last 18 to 24 months
Dr. Gil Harmon
Gundersen Health System, Dr. William Scorby
Dr. Mark Ringstron

Recent Surgeries:

Appeal being discussed
Reasons for disagreement as explained in appeal:
Attorney Rationale: Mr Loper explained that the medical evidence demonstrates that no provider suspected that his symptoms were due to cancer during the lookback period of his policy and thus LFG may no conclude that he sought treatment "for" cancer during this time period.

Atty states the central issue in the appeal is w hether Mr. Loper is able to perform each of the material and substantial duties of his ow n occ and w hether his condition is subject to his plan's pre-existing condition exclusion.

Atty states that the disability is not due to a per-existing condition because his disability does not result from a condition for w hich he received consultation, care, or services provided by a Physician prescribed in the 3 months before his insurance took effect.

Atty states: The fact that Mr. Loper "w as eventually diagnosed w ith cancer" and that his symptoms "in retrospect" w ere cause by cancer "is not material to a determination of w hether his medical care providers at the time of the medical treatment suspected cancer.

Atty states that Lincoln must consider the medical evidence under the proper legal framew ork, or it's decision w ill not be upheld by a court.

Information Submitted w ith appeal and not previously review ed:
41 pages of medical
08/14/2024 Infusion Center, Office visit
07/23/2024
07/17/2024

PATH:
letter to the atty
letter to the ER since the DOD is less than 2 years ago
setting up appeal review
- LAKURTZ - Sep 25, 2024 03:22:16 pm

set up appeal review . - LAKURTZ - Sep 30, 2024 03:17:47 pm

Peer 10/14/2024
ECN 272674-2
Kiran Lassi, MD / Medical Oncology

Impairing diagnosis(es):
Stage 4 submandibular ductal carcinomaC08.0

Pre-Existing look back period 06/01/2022 - 09/01/2022

During the period of 6/1/22 to 9/1/22, the claimant w as seen for symptoms of facial sw elling/redness w ith associated submandibular glandular sw elling, w hich w as suspected to be related to an allergic reaction or an infection; how ever, the cause w as undetermined. There w ere findings of mild sw elling on the left side of his face from just below his left eye and cheek to the angle of the mandible, as w ell as some bilateral submandibular adenopathy. Eventually, the claimant underw ent a biopsy of a left neck mass, w hich show ed high-grade adenocarcinoma and immunophenotypic features consistent w ith salivary duct carcinoma. Thus, it appears his initial symptoms for w hich he sought care during the period of 6/1/22 to 9/1/22 are related to his submandibular ductal carcinoma, for w hich he is currently out of w ork.

RLs as of 08/12/2023 forw ard:

From the medical records provided, the claimant had a diagnosis of salivary duct carcinoma and bilateral axillary lymphadenopathy somew hat particularly on the left, w ith multiple nodules and notable sw elling to the right side of his face, a tense neck circumferential, w ith some palpable nodes scattered but mostly just tight tissues in the neck, as w ell as psoriasis on his bilateral legs and arm, w hich has been unchanged since baseline, noted in multiple physical examination findings. Due to the diagnosis of salivary duct carcinoma w ith metastatic disease seen on previous staging imaging and biopsy, s/p radiation therapy, and active non-curative treatment w ith hormone therapy and immunotherapy via port w ith complaints of fatigue and arthralgias, I agree w ith the treating provider the claimant has no reasonable capacity beyond ADLs. Reassessment is recommended around 04/01/2025.

sending the medical report to the attorny for RTR. Providing 21 days to respond -
11/05/2024 - LAKURTZ - Oct 16, 2024 09:27:03 am

MAIL: 10/21/2024

The attorney submitted a letter requesting that the peer review er answ er questions being submitted prior to responding to the peer report.

Medical records:
Gundersen Health System
10/19/2022 - Rayhan Kazi, MD Internal Medicine
10/23/2022 - ED
10/26/2022 - Mark RIngstron MD Otolaryngology
11/15/2022 - Rayhan Kazi MD Internal Medicine
- LAKURTZ - Oct 24, 2024 07:41:40 am

Letter from atty dtd 10/30/2024 in response to our letter dated 10/28/2024.

TELE - We responded to the attorney's reques that the peer respond to 4 questions their office posed. Advised that w e made a response to that letter w hich is sufficient to the questions they posed and no response to those questions w ould be sent from the peer physician. - LAKURTZ - Nov 04, 2024 02:42:27 pm

Atty response to the RTR. Atty offers case law and then simply opines that their client did not receive medical treatmetn for cancer during the lookback period because during that time no one suspected he had cancer. - LAKURTZ - Nov 06, 2024 02:52:32 pm

moving forw ard w ith determination. - LAKURTZ - Nov 06, 2024 02:59:43 pm

see determination SAP. - LAKURTZ - Nov 27, 2024 07:50:10 am

11/27/2024 Summary/Assessment/Path Uphold Pre-Ex Second Level LTD Appeal Completed LAKURTZ

Summary Notes
Uphold Pre-Ex Second Level LTD Appeal

Attorney Information:Haw ks Quindel 608-257-0040 (fax 608-256-0236)
Jessa L Victor
- LAKURTZ - Nov 27, 2024 11:11:47 am
Assessment Notes

Path Notes
Appeal level:Second
Date Appeal Received:09/19/2024
45th day due on 30th day - yes / no
45th Day:11/03/2024
90th Day:12/18/2024

The claimant is a 61 year old w ho ceased w orkingas a Prosthetist due to malignant neoplasm of submanidbular gland.
DLW 08/11/2023, DOD 08/12/2023, BCD 11/11/2023, 24 month COD 11/11/205, MBP 11/11/2028
No benefit paid as it w as determined a pre-existing condtion.

Eff date 09/01/2022
Pre-ex 3/12
look back period 06/01/2022 - 09/01/2022

Initial Claim Decision:01/26/2024 REVISED .. 06/21/2024
Reason/Date of denial: Pre-Existing Condition
Type of Medical Review, Name, & Specialty: Medicine Oncology and Radiation Oncology,

Dr. Nisha Word - Radiation Oncology

The letter noted in part, the follow ing:

A peer physician review w as completed on 06/13/2024 by Dr. Nisha Word (Board Certified in Radiation Oncology) on 06/13/2024. In her review of the medical documentation, you

experienced left facial sw elling and cellulitis treated w ith antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis how ever the
palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding w ith the current impairing diagnosis of metastatic submandibular carcinoma noted on
physical examination during occupational medicine follow up on 8/23/2022. She noted the enlarged lymph nodes could be caused by infection but also underlying malignancy. The
otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "w orrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to
the current impairing diagnosis of metastatic submandibular carcinoma w as conducted on 11/17/2022.

the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you
w ere initially seen on 08/23/2022 for chronic redness and sw elling on the left side of your face. During this visit you w ere advised to follow up w ith your primary care physician as Dr. Scorby expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial sw elling and redness at this visit. Imaging had been performed w ithin a short time prior to that visit. You w ere referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at w hich time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation show s you w ere treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition on 08/23/2022. Therefore, your condition is considered preexisting, and your claim has been denied w ith no benefits payable.

First Level Decision:08/23/2024
Reason/Date of denial:Pre-Existing Condition
Type of Medical Review , Name, & Specialty: Dr. Judy Schmidt, Internal Medicine, Hematology and Oncology

The letter noted in part, the follow ing:

The claimant w as initially seen during the date range of 6/1/22 to 9/1/22 for redness to the left malar area, and the redness then spread to his left eye, ear, and neck. He also complained of facial sw elling, puffiness and redness under the left eye, and increased submandibular glandular sw elling. These symptoms w ere evaluated by APs and w ere deemed to be possible cellulitis w hich on further evaluation turned out to be Salivary duct carcinoma and cellulitis w as ruled out. Hence, the conditions identified

APPEAL

Attorney Rationale: Mr Loper explained that the medical evidence demonstrates that no provider suspected that his symptoms w ere due to cancer during the lookback period of his policy and thus LFG may no conclude that he sought treatment "for" cancer during this time period.

Additional inforamtion - OVs 07/17/2024 - 08/14/2024

Review w ith Hematology/Oncology

Peer 10/14/2024
ECN 272674-2
Kiran Lassi, MD / Medical Oncology

Impairing diagnosis(es):
Stage 4 submandibular ductal carcinomaC08.0

Pre-Existing look back period 06/01/2022 - 09/01/2022

During the period of 6/1/22 to 9/1/22, the claimant w as seen for symptoms of facial sw elling/redness w ith associated submandibular glandular sw elling, w hich w as suspected to be related to an allergic reaction or an infection; how ever, the cause w as undetermined. There w ere findings of mild sw elling on the left side of his face from just below his left eye and cheek to the angle of the mandible, as w ell as some bilateral submandibular adenopathy. Eventually, the claimant underw ent a biopsy of a left neck mass, w hich show ed high-grade

adenocarcinoma and immunophenotypic features consistent w ith salivary duct carcinoma. Thus, it appears his initial symptoms for w hich he sought care during the period of 6/1/22 to 9/1/22 are related to his submandibular ductal carcinoma, for w hich he is currently out of w ork.

sent RTR
attorney response - included MR from 10/19/2022 - 11/15/2022 and letter.

In response to Dr. Lassi's report you office submitted medical records from Gundersen Health System for the period of 10/19/2022 through 11/15/2022. You also included a letter asking that Dr. Lassi respond to several questions you penned in response to her report.

The medical records you submitted w ere previously contained w ithin Mr. Loper's claim file and review ed at both claim level and appeal.

You asked in your 10/21/2024 letter you asked for the w orking diagnosis of Mr. Loper's facial redness and sw elling betw een 06/01/2022 and 09/01/2022, if any provider during that same period suspected Mr. Loper of having cancer, then you asked if Mr. Loper w as referred to a specialist to screen for cancer during that same period, and finally you asked on w hat date did any provider develop suspicion that Mr. Loper had cancer.

We responded to your letter on 10/28/2024 providing response to the 4 questions you submitted. We advised that Mr. Loper w as suffering from facial redness and sw elling during the lookback period of 06/01/2022 to 09/01/2022, he w as undergoing treatment and diagnostic testing during the lookback period w hich ultimately lead to his cancer diagnosis.

We further advised that the policy Pre-Existing Condition Exclusion provision does not indicate that it be suspected that Mr. Loper had cancer, nor that he be referred to a specialist for additional treatment due to a condition for w hich he ceased w orking. Finally w e advised that the policy does not require that a treating physician develop a suspicion of a diagnosis.

In response to our 10/28/2024 letter you provided a letter opining that Mr. Loper did not receive medical treatment for cancer during the lookback period because during that time, no one suspected he had cancer.

Your 10/28/2024 letter provides your opinion that your client did not have treatment for cancer during the lookback period; how ever, the policy does not specify that the claimant be diagnosed w ith a specific condition in order for it to be pre-existing. Mr. Loper w as seen on 08/20/2022 for redness in the left malar area that had spread to his left eye, ear, and neck and he noted pain w hen he opened his mouth.

He w as then seen on 08/23/2022 for a follow -up regarding puffiness and redness under the left eye. He noted that after he initially noted the puffiness and redness the sw elling progressed w ith significant increase in redness that involved much of the left side of his face, w ith associated submandibular glandular sw elling. The physical examination noted the mild sw elling w ithout redness on the left side of his face from just below the left eye and cheek to the angle of the mandible (low er jaw bone). There w ere findings of some bilateral submandibular adenopathy (sw ollen lymph nodes). These findings lead to a biopsy of a left neck mass, w hich show ed high-grade adenocarcinoma and immunophenotypic features consistent w ith salivary duct carcinoma.

Mr. Loper's initial symptoms for w hich he sought care/treatment during the period of 06/01/2022 to 09/01/2022 w ere deemed related to his submandibular ductal carcinoma, for w hich he is currently out of w ork.

Determination is to uphold denial due to pre-exsiting exclusion condtion limitation

Letter to atty, letter to ER, closing the appeal and claim. - LAKURTZ - Nov 27, 2024 11:11:47 am

| | | | | | |
|---|---|---|---|---|---|
| 11/1/2023 | Telephone (IN) | 2 | ROBERT LOPER | Completed | CREGA8 |

Initial Call Template

Hello my name is Crystal Gallo and I am calling from Lincoln Financial Group on a recorded line regarding your Long-Term disability claim. Do you have time to discuss this w ith me?

CONTACT
What is the best number to get ahold of you? 1-
Do you prefer phone communication or E-mail? Phone

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

CLAIMAINT INFO
Address -

Date of Birth -
Last 4 of SSN -
Spouse name: and date of birth - Linda Loper 10/15/1958
Children/dependents under 25: name(s) and date(s) of birth- No
Date you last w orked a full day - 08/11/2023
Have you been completely out of w ork since then, or have you been able to w ork any days at all part-time or possibly even a few full-time days? (full time out). Yes

MEDICAL INFO
What is currently taking you out of w ork? Please list out issues in detail as w ell as official diagnoses. Cancer in Salvia Glands
Do you have any other secondary conditions that are affecting you like diabetes for example? Diabetes.
Is this a w orkman compensation? No
Do you have a history of this issue? No
What is the current treatment plan? Trail w ith medication.
Providers being seen currently for your disabling condition(s) - please provide full names and specialties, contact information.
1) Dr. Gil Harmon
Next office visit w ith each provider?
1) N/A
Where you ever in the hospital for the condition? No
Surgery: No
What Restrictions or Limitations do you have at the moment w ith your disability? Fatigue. Treatment plan, memory. Body aches and soreness. Neuropathy in feet.
Do you need help w ith any daily living activities if so w hich ones? No

WORK/EDUCATION
Job title? Prosthetist
What are the main duties of your job? Patient care in clinic w ith physician and making recommendations for care and fabricating fitting and teaching how to use.
Of these w hat are you unable to do and w hy? Yes. Due to treatment.
Are you still employed there? Yes
Highest level of education? College.

RETURN TO WORK
What is your return to w ork goals and plans? Unclear
What is the Dr saying about you returning to w ork? Unclear

OTHER INCOME
Do you currently receive any other income? If so, w hat is it specifically? No
Have you applied or do you plan to apply for Social Security Disability? No do not qualify.

Went over pre-ex and the next steps in the process.

- CREGA8 - Nov 01, 2023 02:08:43 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/8/2023 | Telephone (IN) | 3 | ROBERT LOPER | Completed | CREGA8 |

Returned call about the pre-exisitng investigation. - CREGA8 - Nov 08, 2023 01:46:47 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/9/2023 | Telephone (IN) | 4 | ROBERT LOPER | Completed | ANMBE8 |

robert loper
cb
c#1230085410

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | web help | | | | |
| 11/9/2023 | Telephone (IN) | 5 | ROBERT LOPER | Completed | SAAJO8 |

Group
Gundersen Health System

User unable to register
completed proved
user was able to register

sso 866-360-0683

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 11/1/2023 | Telephone (OUT) | 1 | Gundersen Health System | Completed | CREGA8 |

From: Gallo, Crystal
Sent: Wednesday, November 1, 2023 2:50 PM
To: Wells, Monica <MWells@gundersenhealth.org>
Subject: SECURE: Long-Term Disability Claim 1230085410

Hello Monica,

I have been assigned as the Claims Examiner for the Long-Term Disability Claim for Robert Loper; Date of Birth: and I am requesting some assistance with verification of and obtaining the following information:

· Verify last full date worked before going out
· Verify scheduled regular hours prior to last date work
· Verify pay rate as of last full day worked
· Timesheets 3 months prior to last full date worked
· Verify correct class enrolled
· Verify LTD effective date
· Enrollment Form signed and dated
· Verify another other income benefits (OIB), i.e., Salary Continuance/Sick pay/Extended Illness Benefit, (outside of Short Term Disability).
· Can return to work accommodations be made (I see that she may have returned to work part time. Please confirm date of return and if its part time or full time)
o Claimant will meet their Elimination Period on 11/11/2023
o If they are receiving Salary Continuance, please provide date(s) and amount(s)
o Verify the amount of Salary continuance pay out end date
Thank you in advance for your assistance.
Crystal

Crystal Gallo
LTD Claims Specialist I
GP CLM LTD, Life Waiver

Lincoln Financial Group
LincolnFinancial.com
855-818-2883 x6435 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | - CREGA8 - Nov 01, 2023 01:50:41 pm | | | | |
| 11/16/2023 | Telephone (OUT) | 6 | ROBERT LOPER | Completed | JLYRI7 |
| | called ee to disucss claim and answ er questions no answ er left could not leave v/mail box w as full ended call - JLYRI7 - Nov 16, 2023 12:04:21 pm | | | | |
| 11/22/2023 | Telephone (OUT) | 7 | ROBERT LOPER | Completed | CREGA8 |
| | Returned call to claimant. Went over w here the claim w as and w hat w as needed. Discussed the premiums for insurance and advised that he w ould need to contact ER in regards to that. EE thanked and call ended. - CREGA8 - Nov 22, 2023 10:14:51 am | | | | |
| 11/30/2023 | Telephone (OUT) | 8 | ROBERT LOPER | Completed | CREGA8 |
| | Called cliamant to state w e received the information from the doctor but still need the information from CVS/Caremark. Claimant stated he w ill call them again and also send me the records department number so that I can also try to follow up. - CREGA8 - Nov 30, 2023 12:36:19 pm | | | | |
| 11/30/2023 | Telephone (OUT) | 9 | CVS PHARMACY 16164 | Completed | CREGA8 |

From: Gallo, Crystal
Sent: Thursday, November 30, 2023 3:07 PM
To: 'rxrecords@cvs.com' <rxrecords@cvs.com>
Cc: Bob Loper <bobllegman@yahoo.com>
Subject: Pharmacy Records

Hello,

I am checking on the status of our request for the prescription records for claimant Robert Loper DOB

Here is a copy of our request.

If no prescriptions during the time frame, please provide in w riting.

Thank you

Crystal Gallo
LTD Claims Specialist I
GP CLM LTD, Life Waiver

Lincoln Financial Group
LincolnFinancial.com
855-818-2883 x6435 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, w hich is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to w hich it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlaw ful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

- CREGA8 - Nov 30, 2023 02:07:09 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 12/6/2023 | Telephone (OUT) | 10 | ROBERT LOPER | Completed | CREGA8 |
| | Returned call. Advised got the CVS records and w ill review in the next few business days. - CREGA8 - Dec 06, 2023 11:28:18 am | | | | |
| 12/12/2023 | Telephone (OUT) | 11 | ROBERT LOPER | Completed | CREGA8 |
| | Returned call and advised of w here the claim is and the next steps and how long it should take. - CREGA8 - Dec 12, 2023 09:54:35 am | | | | |
| 1/11/2024 | Telephone (OUT) | 12 | ROBERT LOPER | Completed | BRKST3 |
| | returnthe call of the claimnat after he left a Vm for the CE. i explained that the claim had been passed on to Mngment for review and for sign-off. i explained that this usually takes 2-3 days but his claim w ould take some precedent as | | | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | he has been patiently w orking through the pre-ex process and timeframe. i explained that once w e have a decision i am sure Crystal or one of us w ill be in touch and i thanked him for taking my call as w e ended our call. - BRKST3 - Jan 11, 2024 02:29:54 pm | | | | |
| 1/16/2024 | Telephone (OUT) | 13 | ROBERT LOPER | Completed | BRKST3 |
| | Returned the call of the claimant as he LVM w ith the CE no current update, w ill follow -up w ith him once a decision is made. - BRKST3 - Jan 16, 2024 03:18:30 pm | | | | |
| 1/29/2024 | Telephone (OUT) | 14 | ROBERT LOPER | Completed | BRKST3 |
| | called the claimant and discussed the denial for Pre-existing and his appeal right he of course disagreed w ith our descision and i explained that w e had sent a letter w ith our full reasoning and the steps he needs to take in order to appeal and w e talked casually a little bit further about his displeasure on the situation and ti thanked him for his time. before ending the call. - BRKST3 - Jan 29, 2024 09:38:25 am | | | | |

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

December 4, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** Claimant: | Robert Loper | |
| Claim No.: | 1230085410 | |
| Policy No.: | 00001008256700000 | |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1]29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
[2] *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

01124469

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

**AUTHORIZATION TO RELEASE INFORMATION**
**TO A THIRD PARTY**

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: Robert J Loper

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Hawks Quindel s.c.
MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155

MILWAUKEE WI 530
4 DEC 2024 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.69 ⁰
12/04/2024 ZIP 53703
043M31232352
US POSTAGE

Lincoln Financial
8801 Indian Hills Dr.
Omaha, NE 68114-4066

68114-406699

# FAX

**Date** 12/04/2024

Number of pages including cover sheet: 4

| **To:** | **From:** |
|---|---|
| | Matt Vieth |
| *Phone* | *Phone* |
| *Fax Phone* +18778433950 | *Fax Phone* +16088672501 |

**REMARKS:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

December 4, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1]29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
2 *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.



WWW.HQ-LAW.COM
ADDITIONAL OFFICES IN MILWAUKEE, WAUKESHA, APPLETON, AND KENOSHA

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

**AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY**

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: Robert J Loper

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Date: Wed Nov 27 11:05:25 CST 2024
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: mwells@gundersenhealth.org
Message-ID: <1674186999.8.1732727125234@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 27, 2024

GUNDERSEN HEALTH SYSTEM
ATTN Monica Wells
1900 South Ave
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Monica Wells:

This letter is in regard to Robert Loper's request for an appeal of the denied Long Term Disability claim.

Upon review of the medical evidence, it has been determined that we are unable to overturn the original denial of their claim.

We cannot provide you with a copy of the detailed letter sent to the employee due to the confidential information that is contained in the letter regarding their medical records.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (877) 843-3950 |
| | |
| **From:** | Hadley Brouhard |
| **Company:** | |
| **Phone:** | (608) 960-4005 * 1847 |
| **Fax:** | 16089604005 |
| | |
| **Date:** | 11/05/2024 |
| **Pages including this cover sheet:** | 4 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

November 5, 2024

**SENT VIA EMAIL & FAX**
The Lincoln National Life Insurance Company
Attn: Lisa Kurtz, Claim Resolution Specialist
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950
Email: Lisa.Kurtz@lfg.com

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |
| | Policyholder: | Gunderson Health System |

Dear Lisa:

As you know, we represent Mr. Loper in connection with his claim for long-term disability (LTD) benefits with Lincoln National Life Insurance Company, d/b/a Lincoln Financial Group (LFG). We appreciate your email dated November 5, 2024, which confirms that you have received our October 30, 2024 correspondence and "have taken it to [sic] consideration". We are disappointed, however, that you remain unwilling to provide any further response until we respond to the medical review report that you sent to us on October 16, 2024.

Without Dr. Kiran Lassi's response to the questions posed in our October 21, 2024 letter, we are limited in our ability to engage in a meaningful dialogue with LFG regarding the legal issue central to this claim. While I appreciate that the questions posed may not relate to specific portions of the applicable LTD plan, an insurer or plan administrator must not only comply with the LTD plan, but must also comply with other legal requirements including those set forth in Federal Regulations and by case law, and the questions posed in our October 21, 2024 letter relate directly to the case law that has developed surrounding the application of plan's pre-existing condition limitation.

<u>Regardless, we offer the following response to Dr. Lassi's report:</u>

In response to Question 1, Dr. Lassi writes, "during the period of 6/1/22 to 9/1/22, the claimant was seen for symptoms of facial swelling/redness with associated submandibular glandular swelling, which was suspected to be related to an allergic reaction or an infection." Dr. Lassi does not opine that during the lookback period any provider suspected Mr. Loper of having cancer. This means, that during the lookback period, Mr. Loper was only received treatment "for" facial swelling, which his providers suspected was caused by an allergic reaction or infection. **<u>H</u>e did not receive (and, in fact, <u>could not</u> have received) medical treatment "for" cancer during the lookback period because during that time no one suspected he had cancer.** Thus, cancer is not a pre-existing condition as defined by the plan.

To shed further light on the case law relevant to the present dispute, here are various excerpts from recent court opinions reviewing denials based on a plan's pre-existing condition exclusion:

In ***Lawson v. Fortis Ins. Co.*****, 301 F.3d 159, 166 (3d Cir. 2002**), the court concluded:

> In short, for the purposes of what constitutes a pre-existing condition, it seems that a suspected condition without a confirmatory diagnosis is different from a misdiagnosis or an unsuspected condition manifesting non-specific symptoms, as was the case here. When a patient seeks advice for a sickness with a specific concern in mind (e.g., a thyroid lump, as in McWilliams, or a breast lump, as in Bullwinkel) or when a physician recommends treatment with a specific concern in mind (e.g., a "likely" case of multiple sclerosis, as in Cury), it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind, or when the patient turns out not to have a suspected disease, it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness.

In ***Malatak v. Fortis Ins. Co.,*** **146 F. Supp. 2d 737, 745 (E.D. Pa. 2001**), the court explained that "in order to be treated for leukemia, there must have been some awareness that the disease existed at the time treatment or advice was rendered."

In ***LoCoco v. Medical Sav. Ins. Co.,*** **530 F.3d 442, 447 (6th Cir. 2008),** the court explained that "the word 'for' can be read as connoting intent or purpose regarding the condition, such that treatment cannot be given 'for' a specific condition unless the nature of the condition is known" and that "in [ERISA] cases that dealt with clauses referring to conditions 'for which' treatment was provided . . . courts have concluded that the ultimate condition [must be] *suspected with a reasonable degree of likelihood* in order to be considered 'pre-existing.'" (Emphasis added.)

In ***Mitzel v. Anthem Life Ins. Co.*****, 351 F. App'x 74, 83-84 (6th Cir. 2009),** the court found:

> Because none of [claimant]'s physicians even considered the possibility that she had WG before her effective date of coverage, none of them treated her *for* WG, notwithstanding the fact that she displayed some of the symptoms of that disease. It was unreasonable for Anthem to deny [claimant]'s claim simply because she presented symptoms associated with a later-diagnosed disease and consulted with a doctor during the look-back period in connection with those symptoms, where the doctor did not suspect, diagnose or treat the specific disability for which she eventually applied for benefits.

And in ***Kaiser v. United of Omaha Life Ins. Co.*****, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *22-23 (W.D. Wis. Jan. 29, 2016)**—**the same court that will be deciding Mr. Loper's claim should his appeal be denied**—concluded:

> [T]here is *nothing* in this record to support a finding that [claimant]'s medical treatment providers -- her primary doctor at that time, that doctor's nurse, or the physical therapist -- suspected that [her] shoulder pain was due to cancer. Their contemporaneous notes show that a cancer diagnosis was not even on the radar screen. Instead, [she] received medical treatment and was prescribed medication for shoulder pain. During the entire three month period pre-dating her coverage, neither her physicians nor [she] had any reason to suspect that her symptom of shoulder pain was due to cancer. To the contrary, everyone suspected during this period that [claimant]'s pain and loss of strength in her arm was due to overuse in shoveling snow or impingement / deterioration of her rotator cuff.
>
> The fact that [the claimant] was eventually diagnosed with cancer and that her shoulder pain "*in retrospect*" was caused by her cancer is not material to a determination of whether her medical care providers at the time of the medical treatment suspected cancer. "To permit such backward-looking reinterpretation of symptoms to support claims denials would so greatly expand the definition of preexisting condition as to make that term meaningless: any prior symptoms not inconsistent with the ultimate diagnosis would provide a basis for denial." *Lawson*, 301 F.3d at 166 (internal citation and quotation marks omitted).

As we have previously explained, central to this analysis is the date on which a treating provider first reasonably suspected (or should have reasonably suspected) that the claimant was suffering from the specific medical condition that ultimately caused their disability. Accordingly, the questions posted in our October 21, 2024 letter are directly relevant to the law that will govern this claim in court.

Sincerely,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

JLV/heb

01124469

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

November 5, 2024

**SENT VIA EMAIL & FAX**
The Lincoln National Life Insurance Company
Attn: Lisa Kurtz, Claim Resolution Specialist
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950
Email: Lisa.Kurtz@lfg.com

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |
| | Policyholder: | Gunderson Health System |

Dear Lisa:

As you know, we represent Mr. Loper in connection with his claim for long-term disability (LTD) benefits with Lincoln National Life Insurance Company, d/b/a Lincoln Financial Group (LFG). We appreciate your email dated November 5, 2024, which confirms that you have received our October 30, 2024 correspondence and "have taken it to [sic] consideration". We are disappointed, however, that you remain unwilling to provide any further response until we respond to the medical review report that you sent to us on October 16, 2024.

Without Dr. Kiran Lassi's response to the questions posed in our October 21, 2024 letter, we are limited in our ability to engage in a meaningful dialogue with LFG regarding the legal issue central to this claim. While I appreciate that the questions posed may not relate to specific portions of the applicable LTD plan, an insurer or plan administrator must not only comply with the LTD plan, but must also comply with other legal requirements including those set forth in Federal Regulations and by case law, and the questions posed in our October 21, 2024 letter relate directly to the case law that has developed surrounding the application of plan's pre-existing condition limitation.

Regardless, we offer the following response to Dr. Lassi's report:

In response to Question 1, Dr. Lassi writes, "during the period of 6/1/22 to 9/1/22, the claimant was seen for symptoms of facial swelling/redness with associated submandibular glandular swelling, which was suspected to be related to an allergic reaction or an infection." Dr. Lassi does not opine that during the lookback period any provider suspected Mr. Loper of having cancer. This means, that during the lookback period, Mr. Loper was only received treatment "for" facial swelling, which his providers suspected was caused by an allergic reaction or infection. **He did not receive (and, in fact, could not have received) medical treatment "for" cancer during the lookback period because during that time no one suspected he had cancer.** Thus, cancer is not a pre-existing condition as defined by the plan.

To shed further light on the case law relevant to the present dispute, here are various excerpts from recent court opinions reviewing denials based on a plan's pre-existing condition exclusion:

In ***Lawson v. Fortis Ins. Co.*****, 301 F.3d 159, 166 (3d Cir. 2002**), the court concluded:

> In short, for the purposes of what constitutes a pre-existing condition, it seems that a suspected condition without a confirmatory diagnosis is different from a misdiagnosis or an unsuspected condition manifesting non-specific symptoms, as was the case here. When a patient seeks advice for a sickness with a specific concern in mind (e.g., a thyroid lump, as in McWilliams, or a breast lump, as in Bullwinkel) or when a physician recommends treatment with a specific concern in mind (e.g., a "likely" case of multiple sclerosis, as in Cury), it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind, or when the patient turns out not to have a suspected disease, it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness.

In ***Malatak v. Fortis Ins. Co.,*** **146 F. Supp. 2d 737, 745 (E.D. Pa. 2001**), the court explained that "in order to be treated for leukemia, there must have been some awareness that the disease existed at the time treatment or advice was rendered."

In ***LoCoco v. Medical Sav. Ins. Co.,*** **530 F.3d 442, 447 (6th Cir. 2008),** the court explained that "the word 'for' can be read as connoting intent or purpose regarding the condition, such that treatment cannot be given 'for' a specific condition unless the nature of the condition is known" and that "in [ERISA] cases that dealt with clauses referring to conditions 'for which' treatment was provided . . . courts have concluded that the ultimate condition [must be] *suspected with a reasonable degree of likelihood* in order to be considered 'pre-existing.'" (Emphasis added.)

In ***Mitzel v. Anthem Life Ins. Co.*****, 351 F. App'x 74, 83-84 (6th Cir. 2009),** the court found:

> Because none of [claimant]'s physicians even considered the possibility that she had WG before her effective date of coverage, none of them treated her *for* WG, notwithstanding the fact that she displayed some of the symptoms of that disease. It was unreasonable for Anthem to deny [claimant]'s claim simply because she presented symptoms associated with a later-diagnosed disease and consulted with a doctor during the look-back period in connection with those symptoms, where the doctor did not suspect, diagnose or treat the specific disability for which she eventually applied for benefits.

**Lincoln/Loper 0198**

And in ***Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *22-23 (W.D. Wis. Jan. 29, 2016)**—**<u>the same court that will be deciding Mr. Loper's claim should his appeal be denied</u>**—concluded:

> [T]here is *nothing* in this record to support a finding that [claimant]'s medical treatment providers -- her primary doctor at that time, that doctor's nurse, or the physical therapist -- suspected that [her] shoulder pain was due to cancer. Their contemporaneous notes show that a cancer diagnosis was not even on the radar screen. Instead, [she] received medical treatment and was prescribed medication for shoulder pain. During the entire three month period pre-dating her coverage, neither her physicians nor [she] had any reason to suspect that her symptom of shoulder pain was due to cancer. To the contrary, everyone suspected during this period that [claimant]'s pain and loss of strength in her arm was due to overuse in shoveling snow or impingement / deterioration of her rotator cuff.
>
> The fact that [the claimant] was eventually diagnosed with cancer and that her shoulder pain "*in retrospect*" was caused by her cancer is not material to a determination of whether her medical care providers at the time of the medical treatment suspected cancer. "To permit such backward-looking reinterpretation of symptoms to support claims denials would so greatly expand the definition of preexisting condition as to make that term meaningless: any prior symptoms not inconsistent with the ultimate diagnosis would provide a basis for denial." *Lawson*, 301 F.3d at 166 (internal citation and quotation marks omitted).

As we have previously explained, central to this analysis is the date on which a treating provider first reasonably suspected (or should have reasonably suspected) that the claimant was suffering from the specific medical condition that ultimately caused their disability. Accordingly, the questions posted in our October 21, 2024 letter are directly relevant to the law that will govern this claim in court.

Sincerely,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

JLV/heb

# FAX

**Date** 10/30/2024

Number of pages including cover sheet: 3

**To:**

*Phone*

*Fax Phone* (877) 843-3950

**From:**

Matt Vieth

*Phone* (608) 960-4005 * 8204

*Fax Phone* 16088672501

REMARKS:

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

October 30, 2024

**SENT VIA FAX**
The Lincoln National Life Insurance Company
Attn: Lisa K.
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: (877) 843-3950

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

Dear Lisa:

We write in response to your letter dated October 28, 2024 which provides Dr. Lassi's response to the questions we posed to her on October 21, 2024.

In response to our questions, Dr. Lassi noted that Mr. Loper was suffering from facial redness and swelling during the lookback period and ultimately was diagnosed with cancer. Dr. Lassi did not provide a substantive response to questions two through four, noting instead that the definition of pre-existing condition in the policy does not include that a provider suspected Mr. Loper of having cancer, does not require that a person be referred to a specialist for additional treatment during the lookback period, and does not require a treating physician to develop a suspicion of a diagnosis during the lookback period.

As has been explained in our correspondence to LFG, courts **do** require that a physician has a suspicion that a patient is experiencing a certain condition during the lookback period in order for that condition to be considered pre-existing. *See, e.g.*, *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *20 (N.D. Ill. Nov. 13, 1998) ("....although a plaintiff need not be definitely diagnosed with a condition during the treatment-free period there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the patient to be considered as being treated or seen <u>for</u> the particular condition."). On appeal, LFG must consider Mr. Loper's claim using a "deliberate, principled reasoning process," **which includes considering his claim under the correct legal standard, regardless of specific plan provisions**. *See Harrison v. Wells Fargo Bank, N.A.*, 773 F.3d 15, 21 (4th Cir. 2014.)

Dr. Lassi's failure to answer the posed questions about the operative issues prevents a meaningful dialogue during this review process, denies the claimant the full and fair review guaranteed

under ERISA, and is indicative of an unreasonable determination. *See H.R. v. United Healthcare Ins. Co.*, No. 2:21-cv-00386, 2024 U.S. Dist. LEXIS 111066, at *34-35 (D. Utah June 24, 2024).

**Accordingly, we write to request that that Dr. Lassi provide a substantive response to our questions two, three, and four.** Upon receipt of these responses, we will be able to meaningfully respond to LFG's letter dated October 16, 2024.

Thank you in advance for your continued review of Mr. Loper's appeal.

Kind regards,

Jessa L. Victor

Jessa L. Victor
Brook E. Tylka

BET/mtv

Date: Mon Oct 28 14:15:22 CDT 2024
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: MVieth@hq-law.com
Message-ID: <1681259036.3.1730142922514@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 28, 2024

HAWKS QUINDEL ATTORNEYS AT LAW
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Ms. Victor:

We are writing in response to your letter of 10/21/2024 requesting that Dr. Kiran Lassi respond to four questions posed by your office. A response to your questions has been reviewed and is noted as follows.

The policy under which Mr. Loper was insured states the following:

> **PRE-EXISTING CONDITION EXCLUSION.** This Policy will not cover any Total or Partial Disability:
> 1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
> 2. which begins in the first 12 months after the Insured Employee's Effective Date.
>
> "Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.
>
> "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Question 1
Mr. Loper was suffering from facial redness and swelling during the period of 06/01/2022 to 09/01/2022. He was undergoing treatment and diagnostic testing during this time frame which ultimately lead to his diagnosis of cancer.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Question 2
The definition noted above does not indicate that a provider suspected Mr. Loper of having cancer.

Question 3
The policy does not require that a person be referred to a specialist for additional treatment due to a condition for which they cease working.

Question 4
Again, the policy does not require a treating physician to develop a suspicion of a diagnosis.

As noted above, a Pre-existing condition will be excluded for any period of Total or Partial Disability which is caused or contributed to by, or results from a Pre-Existing condition. Treatment means consultation, care or services provided by a Physician and includes diagnostic measures and the prescription, refill of prescription, or taking any of prescribed drugs or medicines.

A full file copy was sent to Dr. Lassi for review. The file copy included the records from October and November 2022.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

# Facsimile Cover Sheet

| | |
|---|---|
| To: | |
| Company: | |
| Phone: | |
| Fax: | +18778433950 |
| | |
| From: | Hadley Brouhard |
| Company: | |
| Phone: | |
| Fax: | +16089604005 |
| | |
| Date: | 10/21/2024 |
| Pages including this cover sheet: | 23 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

October 21, 2024

**SENT VIA FAX**
The Lincoln National Life Insurance Company
Attn: Lisa K.
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: (877) 843-3950

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

Dear Lisa:

We write in response to your letter dated October 16, 2024 which enclosed new information generated during LFG's review of Mr. Loper's appeal, namely the physician consultant memo of Dr. Kiran Lassi. In order to respond to this report, we are in need of additional information. Specifically, we request that Dr. Lassi answer the following questions:

1. **What were the working diagnoses of Mr. Loper's facial redness and swelling symptoms between June 1, 2022 and September 1, 2022?**

2. **Does medical evidence indicate that any provider, between June 1, 2022 and September 1, 2022, suspected Mr. Loper of having cancer?**

3. **As a result of his symptoms, was Mr. Loper referred to a specialist to screen for cancer between June 1, 2022 and September 1, 2022?**

4. **Based on the medical evidence, on what date did any treating provider first develop the suspicion that Mr. Loper may have cancer?**

We will provide our response to LFG's letter within five business days of our receipt of the peer reviewer's answers to our questions.

We also see that Dr. Lassi did not reference of Mr. Loper's medical records from October and early November 2022, which were submitted with our prior appeal, so we are attaching a copy of those notes.

Thank you in advance for your attention and assistance with this matter.

Kind regards,

Jessa L. Victor
Jessa L. Victor
Brook E. Tylka

Enc.
CC: Mr. Robert Loper (via email w/ enc.)

00995129

**59 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**October 19, 2022**

Chief Complaint
Patient presents with
- Establish Care

**HPI:**

The patient comes to establish care with me. He is also here for his annual wellness visit.

This patient was getting his care at Mayo Clinic in lacrosse until recently. He had labs drawn at Gundersen Health System on October 14, 2022. Today, he wants to talk about lab results and management options of his chronic diseases.

Overall, the patient reports that his health status has remained stable. He has 1 main acute concern today. The patient reports having neck mass. He has had a large neck circumference for at least several years. However, during the last couple of years, the size of his neck has increased. He has also palpated hard mass on his anterior and upper neck and on both sides of his neck. He denies having any discomfort or pain in his neck. He denies having any swallowing difficulty. He has history of surgery on his neck sometime in 1980 or 1981 for a benign tumor. He has no radiation history in his neck.

The patient today denies having any headaches, dizziness or lightheadedness. He denies having any visual symptoms.

He denies having any fever, chills, cough, chest pain or shortness of breath. He has history of asthma for which he takes Symbicort and albuterol inhaler as needed. He quit smoking about 30 years ago. He smoked for about 15 years and about 1 pack daily. The patient denies having any orthopnea, paroxysmal nocturnal dyspnea or leg swelling.

This gentleman was diagnosed with non ST elevation MI and heart failure in March of 2022 at Mayo Clinic. He has 2 stents coronary arteries. He takes Plavix 75 mg daily and aspirin 81 mg daily along with rosuvastatin 40 mg daily and metoprolol 25 mg once daily in the morning. He denies having any chest pain or dyspnea with exertion.

The patient denies having any acute GI or GU symptoms or concerns. He takes pantoprazole 40 mg daily for acid reflux symptoms.

The patient has a diagnosis of diabetes. He takes 1000 mg of metformin daily for his diabetes.

Regarding his dyslipidemia, he takes both fenofibrate 145 mg daily and rosuvastatin 40 mg daily.

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

This gentleman has history of psoriasis related rash over his elbows and knee joints. He applies clobetasol cream as needed. He wants me to switch clobetasol cream to clobetasol ointment.

Today, he denies having any numbness, tingling or weakness in his extremities.

He denies any falls.

The patient did not report having any depression or anxiety.

He does report having history of chronic intermittent fatigue and snoring. He has never been diagnosed with sleep apnea.

## Patient Active Problem List

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia (*)
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication (*)
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris (*)
- Psoriasis (*)
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

## Outpatient Medications Prior to Visit

| Medication | Sig |
|---|---|
| • blood sugar test strips | daily |
| • lancets 30 gauge Misc | daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • [DISCONTINUED] albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs Every 4 hours as needed |
| • [DISCONTINUED] aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • [DISCONTINUED] budesonide- | Inhale 2 Puffs into mouth/lungs 2 times daily |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

| | |
|---|---|
| formoterol 160-4.5 (SYMBICORT) 160-4.5 mcg/actuation HFAA | |
| • [DISCONTINUED] clobetasoL (TEMOVATE) 0.05 % cream | Apply to skin 2 times daily as needed |
| • [DISCONTINUED] clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • [DISCONTINUED] fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • [DISCONTINUED] lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • [DISCONTINUED] metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • [DISCONTINUED] metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • [DISCONTINUED] nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • [DISCONTINUED] pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • [DISCONTINUED] PAXLOVID, EUA, tablet | Take by mouth |
| • [DISCONTINUED] rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

Current Medications

| Medication | Sig |
|---|---|
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE- | Take 2 Tablets (1,000 mg) by mouth daily with |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

| | |
|---|---|
| XR) 500 mg extended release tablet | breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

**No past medical history on file.**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**No Known Drug Allergies**

**SOCIAL**

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Social History Narrative

*Lives with wife (Linda) in Holmen.*

*4 adult children.*
*2 horses.*

*Exercise: walking on Treadmill. Walks 2 miles/day.*

Family History

No family history on file.

**ROS:** A complete (at least 10 systems) ROS was performed and is negative except as noted above in HPI.

**Physical Exam:**

BP 134/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 70 | Ht 187.5 cm (6' 1.82") | Wt 104.8 kg (231 lb) | BMI 29.80 kg/m²

**Gen:** NAD. Very pleasant. Overweight gentleman.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Neck:** No thyromegaly noted based on visual inspection, No carotid bruit. Large neck circumference noted. The patient has indurated area over his anterior and upper neck (over his submental triangle). Lateral and upper aspect of his neck also seemed indurated. No tenderness or increased erythema or increased warmth noted.
**Chest:** Clear to auscultaion b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g. Apical impulse non-displaced.
**Abdomen:** Soft, Non-tender, Non-distended, No organomegaly, + bowel sound.
**Musculoskeletal:** No obvious deformities noted. Appears to move all extremities normally. No swelling/redness noted in hand joints.
**Extremities:** No edema noted. No varicose veins.
**Neuro:** CN II to XII grossly NL, appears to have normal strength in all major muscle groups of extremities. Normal gait noted.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight. No hallucinations/delusions noted. No SI/HI.

**Health Maintenance:** Reviewed with patient.

PHQ-2:
Q1 Little interest or pleasure in doing things: Not at all
Q2 Feeling down, depressed or hopeless: Not at all

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

No flowsheet data found.

**Labs:** Reviewed and discussed the most recent lab tests results with the patient.

Assessment & Plan

| | |
|---|---|
| 1. Encounter to establish care with new doctor | |
| 2. Need for prophylactic vaccination and inoculation against influenza | FLU VACCINE QUADRIVALENT P-FREE IM |
| 3. Vitamin D deficiency | cholecalciferol, VITAMIN D3, 2,000 unit capsule |
| 4. CKD (chronic kidney disease), stage II | |
| 5. Internal hemorrhoids | |
| 6. Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | LAB HEMOGLOBIN A1C |
| | LAB ALBUMIN CREATININE RATIO<br>LAB HEMOGLOBIN A1C<br>LAB CREATININE |
| 7. Dyslipidemia (*) | rosuvastatin (CRESTOR) 40 mg tablet |
| 8. Gastroesophageal reflux disease without | pantoprazole (PROTONIX) 40 mg delayed release tablet |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

| | | |
|---|---|---|
| | esophagitis (*) | |
| 9. | Mild persistent asthma without complication (*) | PFT TESTING |
| | | albuterol 90 mcg/actuation HFA inhaler<br>SYMBICORT 80-4.5 mcg/actuation HFAA |
| 10. | History of non-ST elevation myocardial infarction (NSTEMI) (*) | |
| 11. | Chronic systolic heart failure (*) | |
| 12. | Psoriasis (*) | clobetasol 0.05 % (TEMOVATE) 0.05 % ointment |
| 13. | Coronary artery disease involving native coronary artery of native heart without angina pectoris (*) | |
| 14. | Screening for colorectal cancer | LAB FECAL IMMUNOCHEMICAL TEST |
| 15. | Neck mass | CT NECK SOFT TISSUE WITH CONTRAST |
| 16. | History of smoking | |
| 17. | Need for vaccination against Streptococcus pneumoniae | PNEUMOCOCCAL CONJUGATE PCV20 VACCINE |
| 1 | Risk factors | |

8. for obstructive sleep apnea

**Elaboration of Assessment & Plan above**:

The patient and I have reviewed his chronic diseases, medications and most recent lab tests results. Overall, the patient's chronic medical diseases listed above have remained stable/well-controlled with current medications.

Since he has not been requiring Symbicort 160-4.5 mcg/actuation inhaler on a regular basis, I have lowered the dose of Symbicort. I have advised him to take Symbicort twice daily and albuterol as needed.

Regarding his neck mass, I have ordered CT scan of neck with contrast. I have advised him to remain adequately hydrated on the day when he will be having CT scan of neck.

I have advised him to take 2000 units of vitamin-D daily.

All his other chronic diseases appear to have remained stable/well controlled with current medications. We have not made any other changes to his medication regimen.

I did recommend evaluation for sleep apnea. However, the patient declines to get evaluation for sleep apnea at this time.

He was advised to get additional labs drawn later today and see me about 3 to 4 weeks later in order for me to go over his chronic diseases more thoroughly.

Preventative Health care needs were addressed. He received a fit test kit for colorectal cancer screening. He received influenza and pneumonia vaccines today as well.

We have agreed to see each other about 3 to 4 weeks later. He was encouraged to contact me if he has any questions or concerns.

Total Time on encounter: In addition to time spent for establishment of care and annual wellness visit, at least an additional 45 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**Pre-visit planning (PVP)** for next visit (about 3 to 4 weeks later) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

Electronically signed by Rayhan, Kazi Z, MD at 10/19/22 1154

**END OF REPORT**

**Clinical Support Note by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 0920**

Author: Schoh, Carrie, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 10/19/22 1154 | Encounter Date: 10/19/2022 | Status: Signed
Editor: Schoh, Carrie, MEDICAL ASSISTANT (Medical Assistant)

Under the order of Kazi Z Rayhan, MD and supervision of Kazi Z Rayhan, MD the following is given.

Immunizations Administered Administered

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **INFLUENZA VACCINE** | 10/19/2022 | 0.5 mL | 8/6/2021 | Intramuscular |
| **Pneumococcal conjugate PCV20 Vaccine** | 10/19/2022 | 0.5 mL | 2/4/2022 | Intramuscular |

Electronically signed by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 1154

**END OF REPORT**

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334**

Author: Deigmann, Tara K, NP | Service: Medical | Author Type: Nurse Practitioner
Filed: 10/23/22 1403 | Date of Service: 10/23/22 1334 | Status: Signed
Editor: Deigmann, Tara K, NP (Nurse Practitioner)

**Robert J Loper 000008828980**

**ONALASKA - URGENT CARE**
**Date of Service:** 10/23/22

**Encounter Diagnosis**
The primary encounter diagnosis was Mass of left submandibular region. A diagnosis of Cellulitis of face was also pertinent to this visit.

**ED/UC Department Course**
Symptoms and medical history reviewed with patient. Discussed findings of physical exam and IV started for CT with contrast of the soft tissues of the neck which returns per radiology report below. Discussed with ENT on call and per their recommendation, patient was prescribed a course of augmentin for cellulitis and consult placed for evaluation in that department this week. Symptoms reviewed that would need reevaluation. Dr. Chaltry available for consult.

CT Neck Soft Tissue with Contrast
Final Result

Diffuse cellulitis involving primarily the left neck, no abscess collection.

Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be enlightening.

RESULTS COMMUNICATED TO: TARA K DEIGMANN, UCON
DATE/TIME CALLED: 10/23/2022 10:50 AM

The provider understood and acknowledged the results.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Physician Follow-up Appointment/Instructions/Discharge Medication Summary**
La Crosse - Otolaryngology

| | Status |
|---|---|
| **Otolaryngology Consult** | Ordered |

Comments: Order a LIMITED CT SCAN OF THE SINUSES, if the patient has chronic sinus problems.

Order a CONSULT TO AUDIOLOGY,if the patient has a hearing, balance, or ear problems.

Order a CONSULT TO SPEECH PATHOLOGY, if the patient has a speech problem.
Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) Provider: (Not yet assigned)

| Question | Answer | Comment |
|---|---|---|
| Reason for Consult? | submandibular mass | |
| Follow up in: | 3-4 | |
| Days/Weeks: | Days | |

## Medications At Discharge

Start Taking
**amoxicillin-clavulanate** 875-125 mg tablet
Commonly known as: AUGMENTIN
Take 1 Tablet by mouth 2 times daily for 7 days

Discharge Instructions

Begin your antibiotics today.

Follow up with Otolaryngology next week.

The Patient Services Department at Gundersen Health System will be coordinating your pending appointments. You will receive your appointment information within the next few business days. If you have not received any information, please contact us at 608-775-2374.

## History of Present Illness

Patient presents with concern of increasing redness and swelling of the left cheek and neck. He established care with Internal Medicine on 10/19/22 after previous care had been at MHS. At that visit he expressed concern with enlargement of a mass in the left neck. He reports since earlier this year, the area becomes intermittently red and swollen. He has had surgery in this area for a "benign tumor" in the early 1980's while living in southern Ohio. He has been seen at the Neighborhood Family Clinic and prescribed antibiotics for cellulitis which did improve swelling temporarily. He was scheduled to have a CT with contrast this week, however redness and swelling has worsened over the last two days. He denies any fever or chills at home. He has not had any difficulty swallowing or breathing. He denies any mouth pain.

Current Outpatient and Patient Reported Medications

Med List Status: Med History Complete ED/UC RN
Reviewed by Deigmann, Tara K, NP on 10/23/22 at 0921

| Medication | Sig |
|---|---|
| albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| blood sugar test strips | daily |
| cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| lancets 30 gauge Misc | daily |
| lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334 (continued)**

| | |
|---|---|
| metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| Multivitamin Cap | Take 1 Capsule by mouth Daily |
| nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

No Known Drug Allergies
History reviewed. No pertinent past medical history.

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for facial swelling. Negative for sore throat and trouble swallowing.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
All other systems reviewed and are negative.

| Vital Signs First Value | Vital Signs Last Value (10/23/22 0828) |
|---|---|
| BP: 153/88<br>Pulse : 86<br>Temp: 36.7 °C (98 °F) | <br>BP: 153/88<br>Pulse: 86 |

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334 (continued)**

| | |
|---|---|
| Resp Rate: 18<br>O2 Sat (%): 98 %<br>Device (Oxygen Therapy): room air | Heart Rate (monitor):<br>Temp: 36.7 °C (98 °F)<br>Resp Rate: 18<br>O2 Sat (%): 98<br>O2 Device (Oxygen Therapy): room air<br>Flow (L/min): |

Physical Exam
General: A pleasant appearing patient who appears in no acute distress sitting erect on the examination table. Alert and oriented. Dressed appropriately. Vital signs and nursing notes reviewed.
Head: Atraumatic
Ears: Bilateral external auditory canals are clear, besides minimal cerumen. TMs are nonretracted and nonerythematous.
Nose: Nasal turbinates are without erythema or discharge.
Oropharynx: No erythema. Uvula rises in the midline. No masses. No exudate. Indurated mass located in the left neck and parotid gland, unable to assess cervical lymph nodes.
Cardiac: Regular rate and rhythm.
Lungs: Clear to auscultation bilaterally, no wheezes or crackles.
Skin: Mild erythema of the left cheek and neck. Difficult to assess through facial hair.

Procedure

Tara K Deigmann, NP

Electronically signed by Deigmann, Tara K, NP at 10/23/22 1403

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500**

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

Author: Ringstrom, Mark J, MD   Service: —   Author Type: Physician
Filed: 10/27/22 0700   Encounter Date: 10/26/2022   Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper 000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - ONALASKA**
October 26, 2022

**History of Present Illness:**
Robert J Loper is a 59 y.o. year old male who presents for evaluation of left facial and neck swelling/cellulitis. This is a strange case. Evidently Robert has had issues with left face and neck swelling for about a year. It has been subtle and mostly only noticeable to himself for most of this time, but back in August he had a significant exacerbation where he had significant eyelid edema, redness of the skin of the face neck and submental region as well as cellulitis affecting the pinna. He feels like it all started at once in all of these locations, not necessarily originating from the ear or eye or any other focal wound. He went into the Neighborhood Family Clinic and was treated with course of antibiotics. This rapidly improved his symptoms over first couple of days. The swelling remained, but the redness and intense cellulitis was resolved. This last weekend things took a turn for the worse again. Again it did not seem to occur for any particular reason or start in anyone anatomic site. He went into urgent care and was also given a course of Augmentin, with follow-up here today with me. He also had a CT scan done while he was in urgent care.

He does have a history of a left submandibular mass excision as young man. He is not clear exactly what this was for with the pathology was. He has a metallic foreign body in the midline submental region on his CT scan, and Robert is unaware of but that may be or why it is there.

Medical history significant for prediabetes, overweight/obesity, alcohol use.

Denies any active dental disease.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Bilateral canals clear. TMs intact. Middle ears aerated.
Nose: nares normal, septum midline, mucosa normal, no drainage or sinus tenderness
Oral Cavity/Oropharynx: Several previous dental extractions. No evident active dental or periodontal disease. Oral cavity and oropharynx otherwise are unremarkable. No asymmetric swelling. His parotid is full but the buccal space is otherwise soft
Neck: Significant diffuse asymmetric fullness of the tail of parotid level 2 and 3 neck. He has a small firm level 5 lymph node, perhaps 15 mm diameter on the posterior aspect of the zone of edema. Edema goes into the some and tubular and submental space. Everything below the hyoid is essentially soft without involvement

**Imaging:**
I reviewed his CT scan again. He has a diffuse cellulitis with fat stranding of the left face and neck. There is a bone density or metallic density foreign body in the midline submental subcutaneous space. No focal abscesses. Pharynx unremarkable. Sinuses unremarkable. No sign of dental origin. Multiple reactive lymph nodes throughout the neck

**Assessment / Plan:**
Chronic left facial and neck swelling, with acute cellulitic exacerbation

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

This is very strange situation. I cannot quite say what the cause of the underlying left-sided inflammation and swelling is, or what is leading to these acute exacerbations.

He is responding well to antibiotics. I prolonged this course for a total of 2 weeks of Augmentin since he is going out of town for the next 2 weeks. I would like to see him back in about 3 weeks. He has a lymph node that I think we need to excise to evaluate for any more worrisome underlying pathology.

Mark J Ringstrom, MD

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 10/27/22 0700

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840**

Author: Rayhan, Kazi Z, MD Service: — Author Type: Physician
Filed: 11/15/22 1020 Encounter Date: 11/15/2022 Status: Signed
Editor: Rayhan, Kazi Z, MD (Physician)

**Robert J Loper 000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**November 15, 2022**

Chief Complaint
Patient presents with
- Disease Management

**HPI:**

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

The patient comes to see me regarding management of his chronic diseases. I saw him recently on October 19th. At that time, I have ordered multiple labs and CT scan of soft tissue of neck.

The patient was seen in the Onalaska Urgent Care on October 23rd. At that time, he actually did have CT scan of neck for evaluation. CT scan of neck showed diffuse cellulitis and ill-defined mass in the left side of his neck. Radiologist documented that differential diagnosis include neoplasm or other infiltrating lesions.

The patient was then seen by 1 of our ENT specialists on October 26th. He is now scheduled for a lymph node excision on November 17th.

The patient was given a prescription for Augmentin for 7 days on October 23rd by the provider in the urgent care. Dr. Ringstrom extended the course of antibiotic by another week. The patient finished taking Augmentin on November 6th.

Today, he denies having any acute symptoms. He is quite concerned about his neck mass. Today, he denies having any increased warmth, redness or any acute pain in his neck.

The patient denies having any headaches. He did not report having any difficulty breathing.

He has been taking all his medications as prescribed.

### Patient Active Problem List

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

### Outpatient Medications Prior to Visit

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg | Take 1 Tablet by mouth 2 times daily |

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

| | |
|---|---|
| tablet | |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

Current Medications

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, | Take 1 Capsule (2,000 Units) by mouth daily |

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

| | |
|---|---|
| 2,000 unit capsule | |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Family History**

No family history on file.

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

Social History

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | Prosthetist |
| Tobacco Use | |
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

No Known Drug Allergies

**Review of systems:** Negative except for what is noted in HPI above.

**Physical Exam:**

BP 138/89 | Pulse 80 | Wt 106.6 kg (235 lb 1.6 oz) | BMI 30.33 kg/m²

The patient appears comfortable. No apparent distress noted.

He has a relatively large mass over the entire left side of anterior neck. The mass is firm upon palpation no tenderness noted. No increased warmth or erythema noted.

The patient is breathing comfortably.

Cranial nerves 2-12 are grossly normal.

The patient is fully alert and oriented.

Assessment & Plan

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

| | | |
|---|---|---|
| 1. | Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | |
| 2. | Chronic systolic heart failure (*) | |
| 3. | Gastroesophageal reflux disease without esophagitis (*) | |
| 4. | Mild persistent asthma without complication | |
| 5. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 6. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | |
| 7. | Vitamin D deficiency | LAB 25-HYDROXY VITAMIN D |
| 8. | Preventative health care | LAB MAGNESIUM |

**Elaboration of Assessment & Plan above**:

I have reviewed the patient's chronic diseases, medications and most recent lab test results. I have also reviewed the results of CT scan of neck and notes written by the provider in the urgent care and by the patient's ENT specialist.

At this time, I have advised him to see me about 6 months later. He will get labs drawn again before his appointment.

Blood pressure readings are towards the upper end of normal. I have emphasized the importance of healthier lifestyle to improve blood pressure readings. For now, he will continue with his current medications for blood pressure. He was instructed to get his blood pressure readings checked by 1 of our medical assistants about 4 weeks from now.

I have emphasized the importance of keeping his appointment with his ENT specialist on November 17th.

We have reviewed preventative care needs. He was instructed to get COVID-19 booster vaccine from a pharmacist during the next couple of weeks.

The patient was encouraged to contact me if he has any questions or concerns.

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

**Pre-visit planning (PVP)** for next visit (in April, 2023) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 11/15/22 1020

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430**

Author: Ringstrom, Mark J, MD Service: — Author Type: Physician
Filed: 11/18/22 1123 Encounter Date: 11/17/2022 Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**OTOLARYNGOLOGY HEAD & NECK SURGERY PROCEDURE NOTE**

11/17/2022
Robert J Loper
000008828980

**PROCEDURE:**
1. Excision of left neck level 5 lymph nodes; CPT 38510

**SURGEON:** Mark J Ringstrom, MD.

**PRE-OPERATIVE DIAGNOSIS:** Diffuse neck swelling.

**POST-OPERATIVE DIAGNOSIS:** same.

**ANESTHESIA:** General

**OPERATIVE FINDINGS:**
Cluster of enlarged lymph nodes left neck level 5

**DESCRIPTION OF PROCEDURE:**
A time-out was performed. Risks and benefits were discussed including the risk for hematoma or bleeding due to his current Plavix use.

In the clinic operating suite the left neck was inspected. There was a palpable node in left neck level 5b, largely behind the area of diffuse cutaneous/subcutaneous swelling which was largely anterior to the sternocleidomastoid. The planned incision was marked, cleansed with alcohol, then injected with lidocaine with epinephrine. Sterile prep and drapes were applied.

A 25 mm incision was made. Dissection was carried down through the platysma. The conglomeration of lymph nodes was dissected. The largest was about 1 cm in size. Bipolar cautery was used throughout to help

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

October 21, 2024

**SENT VIA FAX**
The Lincoln National Life Insurance Company
Attn: Lisa K.
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: (877) 843-3950

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 000010082567000000 |
| | Group Policyholder: | Gundersen Health System |

Dear Lisa:

We write in response to your letter dated October 16, 2024 which enclosed new information generated during LFG's review of Mr. Loper's appeal, namely the physician consultant memo of Dr. Kiran Lassi. In order to respond to this report, we are in need of additional information. Specifically, we request that Dr. Lassi answer the following questions:

1. **What were the working diagnoses of Mr. Loper's facial redness and swelling symptoms between June 1, 2022 and September 1, 2022?**

2. **Does medical evidence indicate that any provider, between June 1, 2022 and September 1, 2022, suspected Mr. Loper of having cancer?**

3. **As a result of his symptoms, was Mr. Loper referred to a specialist to screen for cancer between June 1, 2022 and September 1, 2022?**

4. **Based on the medical evidence, on what date did any treating provider first develop the suspicion that Mr. Loper may have cancer?**

We will provide our response to LFG's letter within five business days of our receipt of the peer reviewer's answers to our questions.

We also see that Dr. Lassi did not reference of Mr. Loper's medical records from October and early November 2022, which were submitted with our prior appeal, so we are attaching a copy of those notes.

Thank you in advance for your attention and assistance with this matter.

Kind regards,

Jessa L. Victor
Jessa L. Victor
Brook E. Tylka

Enc.
CC: Mr. Robert Loper (via email w/ enc.)

00995129

**59 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**October 19, 2022**

Chief Complaint
Patient presents with
- Establish Care

**HPI:**

The patient comes to establish care with me. He is also here for his annual wellness visit.

This patient was getting his care at Mayo Clinic in lacrosse until recently. He had labs drawn at Gundersen Health System on October 14, 2022. Today, he wants to talk about lab results and management options of his chronic diseases.

Overall, the patient reports that his health status has remained stable. He has 1 main acute concern today. The patient reports having neck mass. He has had a large neck circumference for at least several years. However, during the last couple of years, the size of his neck has increased. He has also palpated hard mass on his anterior and upper neck and on both sides of his neck. He denies having any discomfort or pain in his neck. He denies having any swallowing difficulty. He has history of surgery on his neck sometime in 1980 or 1981 for a benign tumor. He has no radiation history in his neck.

The patient today denies having any headaches, dizziness or lightheadedness. He denies having any visual symptoms.

He denies having any fever, chills, cough, chest pain or shortness of breath. He has history of asthma for which he takes Symbicort and albuterol inhaler as needed. He quit smoking about 30 years ago. He smoked for about 15 years and about 1 pack daily. The patient denies having any orthopnea, paroxysmal nocturnal dyspnea or leg swelling.

This gentleman was diagnosed with non ST elevation MI and heart failure in March of 2022 at Mayo Clinic. He has 2 stents coronary arteries. He takes Plavix 75 mg daily and aspirin 81 mg daily along with rosuvastatin 40 mg daily and metoprolol 25 mg once daily in the morning. He denies having any chest pain or dyspnea with exertion.

The patient denies having any acute GI or GU symptoms or concerns. He takes pantoprazole 40 mg daily for acid reflux symptoms.

The patient has a diagnosis of diabetes. He takes 1000 mg of metformin daily for his diabetes.

Regarding his dyslipidemia, he takes both fenofibrate 145 mg daily and rosuvastatin 40 mg daily.

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

This gentleman has history of psoriasis related rash over his elbows and knee joints. He applies clobetasol cream as needed. He wants me to switch clobetasol cream to clobetasol ointment.

Today, he denies having any numbness, tingling or weakness in his extremities.

He denies any falls.

The patient did not report having any depression or anxiety.

He does report having history of chronic intermittent fatigue and snoring. He has never been diagnosed with sleep apnea.

Patient Active Problem List

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia (*)
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication (*)
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris (*)
- Psoriasis (*)
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

Outpatient Medications Prior to Visit

| Medication | Sig |
|---|---|
| • blood sugar test strips | daily |
| • lancets 30 gauge Misc | daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • [DISCONTINUED] albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs Every 4 hours as needed |
| • [DISCONTINUED] aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • [DISCONTINUED] budesonide- | Inhale 2 Puffs into mouth/lungs 2 times daily |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

| | |
|---|---|
| formoterol 160-4.5 (SYMBICORT) 160-4.5 mcg/actuation HFAA | |
| • [DISCONTINUED] clobetasoL (TEMOVATE) 0.05 % cream | Apply to skin 2 times daily as needed |
| • [DISCONTINUED] clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • [DISCONTINUED] fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • [DISCONTINUED] lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • [DISCONTINUED] metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • [DISCONTINUED] metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • [DISCONTINUED] nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • [DISCONTINUED] pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • [DISCONTINUED] PAXLOVID, EUA, tablet | Take by mouth |
| • [DISCONTINUED] rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

Current Medications

| Medication | Sig |
|---|---|
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE- | Take 2 Tablets (1,000 mg) by mouth daily with |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

| | |
|---|---|
| XR) 500 mg extended release tablet | breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

**No past medical history on file.**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**No Known Drug Allergies**

**SOCIAL**

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Social History Narrative

*Lives with wife (Linda) in Holmen.*

*4 adult children.*
*2 horses.*

*Exercise: walking on Treadmill. Walks 2 miles/day.*

Family History

No family history on file.

**ROS:** A complete (at least 10 systems) ROS was performed and is negative except as noted above in HPI.

**Physical Exam:**

BP 134/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 70 | Ht 187.5 cm (6' 1.82") | Wt 104.8 kg (231 lb) | BMI 29.80 kg/m²

**Gen:** NAD. Very pleasant. Overweight gentleman.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Neck:** No thyromegaly noted based on visual inspection, No carotid bruit. Large neck circumference noted. The patient has indurated area over his anterior and upper neck (over his submental triangle). Lateral and upper aspect of his neck also seemed indurated. No tenderness or increased erythema or increased warmth noted.
**Chest:** Clear to auscultaion b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g. Apical impulse non-displaced.
**Abdomen:** Soft, Non-tender, Non-distended, No organomegaly, + bowel sound.
**Musculoskeletal:** No obvious deformities noted. Appears to move all extremities normally. No swelling/redness noted in hand joints.
**Extremities:** No edema noted. No varicose veins.
**Neuro:** CN II to XII grossly NL, appears to have normal strength in all major muscle groups of extremities. Normal gait noted.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight. No hallucinations/delusions noted. No SI/HI.

**Health Maintenance:** Reviewed with patient.

PHQ-2:
Q1 Little interest or pleasure in doing things: Not at all
Q2 Feeling down, depressed or hopeless: Not at all

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

No flowsheet data found.

**Labs:** Reviewed and discussed the most recent lab tests results with the patient.

Assessment & Plan

| | |
|---|---|
| 1. Encounter to establish care with new doctor | |
| 2. Need for prophylactic vaccination and inoculation against influenza | FLU VACCINE QUADRIVALENT P-FREE IM |
| 3. Vitamin D deficiency | cholecalciferol, VITAMIN D3, 2,000 unit capsule |
| 4. CKD (chronic kidney disease), stage II | |
| 5. Internal hemorrhoids | |
| 6. Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | LAB HEMOGLOBIN A1C |
| | LAB ALBUMIN CREATININE RATIO<br>LAB HEMOGLOBIN A1C<br>LAB CREATININE |
| 7. Dyslipidemia (*) | rosuvastatin (CRESTOR) 40 mg tablet |
| 8. Gastroesophageal reflux disease without | pantoprazole (PROTONIX) 40 mg delayed release tablet |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

| | | |
|---|---|---|
| | esophagitis (*) | |
| 9. | Mild persistent asthma without complication (*) | PFT TESTING |
| | | albuterol 90 mcg/actuation HFA inhaler<br>SYMBICORT 80-4.5 mcg/actuation HFAA |
| 10. | History of non-ST elevation myocardial infarction (NSTEMI) (*) | |
| 11. | Chronic systolic heart failure (*) | |
| 12. | Psoriasis (*) | clobetasol 0.05 % (TEMOVATE) 0.05 % ointment |
| 13. | Coronary artery disease involving native coronary artery of native heart without angina pectoris (*) | |
| 14. | Screening for colorectal cancer | LAB FECAL IMMUNOCHEMICAL TEST |
| 15. | Neck mass | CT NECK SOFT TISSUE WITH CONTRAST |
| 16. | History of smoking | |
| 17. | Need for vaccination against Streptococcus pneumoniae | PNEUMOCOCCAL CONJUGATE PCV20 VACCINE |
| 1 | Risk factors | |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

8 for
. obstructive
sleep apnea

**Elaboration of Assessment & Plan above**:

The patient and I have reviewed his chronic diseases, medications and most recent lab tests results. Overall, the patient's chronic medical diseases listed above have remained stable/well-controlled with current medications.

Since he has not been requiring Symbicort 160-4.5 mcg/actuation inhaler on a regular basis, I have lowered the dose of Symbicort. I have advised him to take Symbicort twice daily and albuterol as needed.

Regarding his neck mass, I have ordered CT scan of neck with contrast. I have advised him to remain adequately hydrated on the day when he will be having CT scan of neck.

I have advised him to take 2000 units of vitamin-D daily.

All his other chronic diseases appear to have remained stable/well controlled with current medications. We have not made any other changes to his medication regimen.

I did recommend evaluation for sleep apnea. However, the patient declines to get evaluation for sleep apnea at this time.

He was advised to get additional labs drawn later today and see me about 3 to 4 weeks later in order for me to go over his chronic diseases more thoroughly.

Preventative Health care needs were addressed. He received a fit test kit for colorectal cancer screening. He received influenza and pneumonia vaccines today as well.

We have agreed to see each other about 3 to 4 weeks later. He was encouraged to contact me if he has any questions or concerns.

Total Time on encounter: In addition to time spent for establishment of care and annual wellness visit, at least an additional 45 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**Pre-visit planning (PVP)** for next visit (about 3 to 4 weeks later) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

Electronically signed by Rayhan, Kazi Z, MD at 10/19/22 1154

**END OF REPORT**

**Clinical Support Note by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 0920**

Author: Schoh, Carrie, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 10/19/22 1154 | Encounter Date: 10/19/2022 | Status: Signed
Editor: Schoh, Carrie, MEDICAL ASSISTANT (Medical Assistant)

Under the order of Kazi Z Rayhan, MD and supervision of Kazi Z Rayhan, MD the following is given.

Immunizations Administered Administered

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **INFLUENZA VACCINE** | 10/19/2022 | 0.5 mL | 8/6/2021 | Intramuscular |
| **Pneumococcal conjugate PCV20 Vaccine** | 10/19/2022 | 0.5 mL | 2/4/2022 | Intramuscular |

Electronically signed by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 1154

**END OF REPORT**

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334**

Author: Deigmann, Tara K, NP | Service: Medical | Author Type: Nurse Practitioner
Filed: 10/23/22 1403 | Date of Service: 10/23/22 1334 | Status: Signed
Editor: Deigmann, Tara K, NP (Nurse Practitioner)

**Robert J Loper 000008828980**

**ONALASKA - URGENT CARE**
**Date of Service:** 10/23/22

**Encounter Diagnosis**
The primary encounter diagnosis was Mass of left submandibular region. A diagnosis of Cellulitis of face was also pertinent to this visit.

**ED/UC Department Course**
Symptoms and medical history reviewed with patient. Discussed findings of physical exam and IV started for CT with contrast of the soft tissues of the neck which returns per radiology report below. Discussed with ENT on call and per their recommendation, patient was prescribed a course of augmentin for cellulitis and consult placed for evaluation in that department this week. Symptoms reviewed that would need reevaluation. Dr. Chaltry available for consult.

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334 (continued)**

CT Neck Soft Tissue with Contrast
Final Result

Diffuse cellulitis involving primarily the left neck, no abscess collection.

Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be enlightening.

RESULTS COMMUNICATED TO: TARA K DEIGMANN, UCON
DATE/TIME CALLED: 10/23/2022 10:50 AM

The provider understood and acknowledged the results.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Physician Follow-up Appointment/Instructions/Discharge Medication Summary**
La Crosse - Otolaryngology

| | Status |
|---|---|
| **Otolaryngology Consult** | Ordered |

Comments: Order a LIMITED CT SCAN OF THE SINUSES, if the patient has chronic sinus problems.

Order a CONSULT TO AUDIOLOGY,if the patient has a hearing, balance, or ear problems.

Order a CONSULT TO SPEECH PATHOLOGY, if the patient has a speech problem.
Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) Provider: (Not yet assigned)

| Question | Answer | Comment |
|---|---|---|
| Reason for Consult? | submandibular mass | |
| Follow up in: | 3-4 | |
| Days/Weeks: | Days | |

**Medications At Discharge**

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334 (continued)**

Start Taking
**amoxicillin-clavulanate** 875-125 mg tablet
Commonly known as: AUGMENTIN
Take 1 Tablet by mouth 2 times daily for 7 days

Discharge Instructions

Begin your antibiotics today.

Follow up with Otolaryngology next week.

The Patient Services Department at Gundersen Health System will be coordinating your pending appointments. You will receive your appointment information within the next few business days. If you have not received any information, please contact us at 608-775-2374.

## History of Present Illness

Patient presents with concern of increasing redness and swelling of the left cheek and neck. He established care with Internal Medicine on 10/19/22 after previous care had been at MHS. At that visit he expressed concern with enlargement of a mass in the left neck. He reports since earlier this year, the area becomes intermittently red and swollen. He has had surgery in this area for a "benign tumor" in the early 1980's while living in southern Ohio. He has been seen at the Neighborhood Family Clinic and prescribed antibiotics for cellulitis which did improve swelling temporarily. He was scheduled to have a CT with contrast this week, however redness and swelling has worsened over the last two days. He denies any fever or chills at home. He has not had any difficulty swallowing or breathing. He denies any mouth pain.

Current Outpatient and Patient Reported Medications

Med List Status: Med History Complete ED/UC RN
Reviewed by Deigmann, Tara K, NP on 10/23/22 at 0921

| Medication | Sig |
|---|---|
| albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| blood sugar test strips | daily |
| cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| lancets 30 gauge Misc | daily |
| lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334 (continued)**

| | |
|---|---|
| metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| Multivitamin Cap | Take 1 Capsule by mouth Daily |
| nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

No Known Drug Allergies
History reviewed. No pertinent past medical history.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for facial swelling. Negative for sore throat and trouble swallowing.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
All other systems reviewed and are negative.

| Vital Signs First Value | Vital Signs Last Value (10/23/22 0828) |
|---|---|
| BP: 153/88<br>Pulse : 86<br>Temp: 36.7 °C (98 °F) | BP: 153/88<br>Pulse: 86 |

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334 (continued)**

| | |
|---|---|
| Resp Rate: 18<br>O2 Sat (%): 98 %<br>Device (Oxygen Therapy): room air | Heart Rate (monitor):<br>Temp: 36.7 °C (98 °F)<br>Resp Rate: 18<br>O2 Sat (%): 98<br>O2 Device (Oxygen Therapy): room air<br>Flow (L/min): |

Physical Exam
General: A pleasant appearing patient who appears in no acute distress sitting erect on the examination table. Alert and oriented. Dressed appropriately. Vital signs and nursing notes reviewed.
Head: Atraumatic
Ears: Bilateral external auditory canals are clear, besides minimal cerumen. TMs are nonretracted and nonerythematous.
Nose: Nasal turbinates are without erythema or discharge.
Oropharynx: No erythema. Uvula rises in the midline. No masses. No exudate. Indurated mass located in the left neck and parotid gland, unable to assess cervical lymph nodes.
Cardiac: Regular rate and rhythm.
Lungs: Clear to auscultation bilaterally, no wheezes or crackles.
Skin: Mild erythema of the left cheek and neck. Difficult to assess through facial hair.

Procedure

Tara K Deigmann, NP

Electronically signed by Deigmann, Tara K, NP at 10/23/22 1403

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500**

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

Author: Ringstrom, Mark J, MD Service: — Author Type: Physician
Filed: 10/27/22 0700 Encounter Date: 10/26/2022 Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper** **000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - ONALASKA**
October 26, 2022

**History of Present Illness:**
Robert J Loper is a 59 y.o. year old male who presents for evaluation of left facial and neck swelling/cellulitis. This is a strange case. Evidently Robert has had issues with left face and neck swelling for about a year. It has been subtle and mostly only noticeable to himself for most of this time, but back in August he had a significant exacerbation where he had significant eyelid edema, redness of the skin of the face neck and submental region as well as cellulitis affecting the pinna. He feels like it all started at once in all of these locations, not necessarily originating from the ear or eye or any other focal wound. He went into the Neighborhood Family Clinic and was treated with course of antibiotics. This rapidly improved his symptoms over first couple of days. The swelling remained, but the redness and intense cellulitis was resolved. This last weekend things took a turn for the worse again. Again it did not seem to occur for any particular reason or start in anyone anatomic site. He went into urgent care and was also given a course of Augmentin, with follow-up here today with me. He also had a CT scan done while he was in urgent care.

He does have a history of a left submandibular mass excision as young man. He is not clear exactly what this was for with the pathology was. He has a metallic foreign body in the midline submental region on his CT scan, and Robert is unaware of but that may be or why it is there.

Medical history significant for prediabetes, overweight/obesity, alcohol use.

Denies any active dental disease.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Bilateral canals clear. TMs intact. Middle ears aerated.
Nose: nares normal, septum midline, mucosa normal, no drainage or sinus tenderness
Oral Cavity/Oropharynx: Several previous dental extractions. No evident active dental or periodontal disease. Oral cavity and oropharynx otherwise are unremarkable. No asymmetric swelling. His parotid is full but the buccal space is otherwise soft
Neck: Significant diffuse asymmetric fullness of the tail of parotid level 2 and 3 neck. He has a small firm level 5 lymph node, perhaps 15 mm diameter on the posterior aspect of the zone of edema. Edema goes into the some and tubular and submental space. Everything below the hyoid is essentially soft without involvement

**Imaging:**
I reviewed his CT scan again. He has a diffuse cellulitis with fat stranding of the left face and neck. There is a bone density or metallic density foreign body in the midline submental subcutaneous space. No focal abscesses. Pharynx unremarkable. Sinuses unremarkable. No sign of dental origin. Multiple reactive lymph nodes throughout the neck

**Assessment / Plan:**
Chronic left facial and neck swelling, with acute cellulitic exacerbation

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

This is very strange situation. I cannot quite say what the cause of the underlying left-sided inflammation and swelling is, or what is leading to these acute exacerbations.

He is responding well to antibiotics. I prolonged this course for a total of 2 weeks of Augmentin since he is going out of town for the next 2 weeks. I would like to see him back in about 3 weeks. He has a lymph node that I think we need to excise to evaluate for any more worrisome underlying pathology.

Mark J Ringstrom, MD

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 10/27/22 0700

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840**

Author: Rayhan, Kazi Z, MD Service: — Author Type: Physician
Filed: 11/15/22 1020 Encounter Date: 11/15/2022 Status: Signed
Editor: Rayhan, Kazi Z, MD (Physician)

**Robert J Loper 000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**November 15, 2022**

**Chief Complaint**
Patient presents with
- Disease Management

**HPI:**

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

The patient comes to see me regarding management of his chronic diseases. I saw him recently on October 19th. At that time, I have ordered multiple labs and CT scan of soft tissue of neck.

The patient was seen in the Onalaska Urgent Care on October 23rd. At that time, he actually did have CT scan of neck for evaluation. CT scan of neck showed diffuse cellulitis and ill-defined mass in the left side of his neck. Radiologist documented that differential diagnosis include neoplasm or other infiltrating lesions.

The patient was then seen by 1 of our ENT specialists on October 26th. He is now scheduled for a lymph node excision on November 17th.

The patient was given a prescription for Augmentin for 7 days on October 23rd by the provider in the urgent care. Dr. Ringstrom extended the course of antibiotic by another week. The patient finished taking Augmentin on November 6th.

Today, he denies having any acute symptoms. He is quite concerned about his neck mass. Today, he denies having any increased warmth, redness or any acute pain in his neck.

The patient denies having any headaches. He did not report having any difficulty breathing.

He has been taking all his medications as prescribed.

### Patient Active Problem List

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

### Outpatient Medications Prior to Visit

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg | Take 1 Tablet by mouth 2 times daily |

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

| | |
|---|---|
| tablet | |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

**Current Medications**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, | Take 1 Capsule (2,000 Units) by mouth daily |

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

| | |
|---|---|
| 2,000 unit capsule | |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Family History**

No family history on file.

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

Social History

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | Prosthetist |
| Tobacco Use | |
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

No Known Drug Allergies

**Review of systems:** Negative except for what is noted in HPI above.

**Physical Exam:**

BP 138/89 | Pulse 80 | Wt 106.6 kg (235 lb 1.6 oz) | BMI 30.33 kg/m²

The patient appears comfortable. No apparent distress noted.

He has a relatively large mass over the entire left side of anterior neck. The mass is firm upon palpation no tenderness noted. No increased warmth or erythema noted.

The patient is breathing comfortably.

Cranial nerves 2-12 are grossly normal.

The patient is fully alert and oriented.

Assessment & Plan

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

| | | |
|---|---|---|
| 1. | Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | |
| 2. | Chronic systolic heart failure (*) | |
| 3. | Gastroesophageal reflux disease without esophagitis (*) | |
| 4. | Mild persistent asthma without complication | |
| 5. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 6. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | |
| 7. | Vitamin D deficiency | LAB 25-HYDROXY VITAMIN D |
| 8. | Preventative health care | LAB MAGNESIUM |

**Elaboration of Assessment & Plan above**:

I have reviewed the patient's chronic diseases, medications and most recent lab test results. I have also reviewed the results of CT scan of neck and notes written by the provider in the urgent care and by the patient's ENT specialist.

At this time, I have advised him to see me about 6 months later. He will get labs drawn again before his appointment.

Blood pressure readings are towards the upper end of normal. I have emphasized the importance of healthier lifestyle to improve blood pressure readings. For now, he will continue with his current medications for blood pressure. He was instructed to get his blood pressure readings checked by 1 of our medical assistants about 4 weeks from now.

I have emphasized the importance of keeping his appointment with his ENT specialist on November 17th.

We have reviewed preventative care needs. He was instructed to get COVID-19 booster vaccine from a pharmacist during the next couple of weeks.

The patient was encouraged to contact me if he has any questions or concerns.

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840 (continued)**

**Pre-visit planning (PVP)** for next visit (in April, 2023) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 11/15/22 1020

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430**

Author: Ringstrom, Mark J, MD Service: — Author Type: Physician
Filed: 11/18/22 1123 Encounter Date: 11/17/2022 Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**OTOLARYNGOLOGY HEAD & NECK SURGERY PROCEDURE NOTE**

11/17/2022
Robert J Loper
000008828980

**PROCEDURE:**
1. Excision of left neck level 5 lymph nodes; CPT 38510

**SURGEON:** Mark J Ringstrom, MD.

**PRE-OPERATIVE DIAGNOSIS:** Diffuse neck swelling.

**POST-OPERATIVE DIAGNOSIS:** same.

**ANESTHESIA:** General

**OPERATIVE FINDINGS:**
Cluster of enlarged lymph nodes left neck level 5

**DESCRIPTION OF PROCEDURE:**
A time-out was performed. Risks and benefits were discussed including the risk for hematoma or bleeding due to his current Plavix use.

In the clinic operating suite the left neck was inspected. There was a palpable node in left neck level 5b, largely behind the area of diffuse cutaneous/subcutaneous swelling which was largely anterior to the sternocleidomastoid. The planned incision was marked, cleansed with alcohol, then injected with lidocaine with epinephrine. Sterile prep and drapes were applied.

A 25 mm incision was made. Dissection was carried down through the platysma. The conglomeration of lymph nodes was dissected. The largest was about 1 cm in size. Bipolar cautery was used throughout to help

Date: Wed Oct 16 09:40:34 CDT 2024
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: MVieth@hq-law.com
Message-ID: <238468025.13.1729089634345@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

October 16, 2024

HAWKS QUINDEL, S.C.
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear JESSA L VICTOR:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by an independent Board Certified physician.

At this time, we are providing you a copy of the medical report to review and provide any response prior to Lincoln making a final determination on your cleint's appeal. We will allow you 21-days to review and respond, which will expire on 11/05/2024. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide you an opportunity to review our assessment and provide a response. Because we are providing you 21 days to submit additional information, we are exercising our right to take a 45-day extension of time to decide the appeal. Please note a determination regarding your appeal will be concluded within 90 active days of review.

Please note that we are not making a final determination on the disability claim at this time, as we want to provide your client with every opportunity to submit a complete response.

If we do not receive a response by11/05/2024, then we will render our decision after allowing you the full 21 days to review as directed by the Department of Labor guidelines.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com Web: www.ecnime.com

**October 14, 2024**

**Claimant Name: Robert Loper**

**Claim #: 1230085410**

**Primary Diagnosis:**

**stage 4 submandibular ductal carcinoma (w/liver Mets)**

**DOD: 8/12/2023**

**DOR: 9/30/2024**

**Job Title: Prosthetist/Orthotist**
**ECN #: 272674-2**
**Specialty: Medical Oncology**

# Kiran Lassi, MD
## *Board-Certified in Internal Medicine*
## *Hematology and Oncology*


CLAIMANT NAME: Loper, Robert
EXAMINER: Kiran Lassi, MD
ECN #: 272674-2
CLAIM #: 1230085410
DATE OF LOSS: 8/12/2023
DATE OF SERVICE: 10/11/2024

**Peer Review**

This is a peer review regarding Loper, Robert. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/02/2022 through 08/14/2024 including:

- University of Wisconsin Hospitals and Clinics Authority, extending from 07/19/2023 to 08/14/2024
- Mark L. Schiebler, M.D./ Radiology, on 08/02/2023
- Caitlin Carpenter, PA-C, on 06/02/2022
- Labs, on 07/11/2022
- Lori Miskell, NP, on 08/20/2022
- NFC North, on 08/22/2022
- William R. Scorby, M.D./ Occupational Medicine, on 08/21/2022
- Mark Ringstrom, M.D./ Otolaryngology, on 11/23/2022
- Unknown Provider, extending from 08/17/2023 to 09/19/2023
- Justine Bruce, M.D./ Oncology, extending from 08/23/2023 to 07/17/2024
- Irix, on 11/15/2023
- Gill Harrison, M.D./ Neurosurgery, extending from 12/27/2023 to 06/12/2024
- William Scorby, M.D./ Occupational Medicine, on 03/26/2024
- Gundersen Health System, extending from 04/23/2022 to 04/18/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 61-year-old male with a medical history significant for Stage 4 submandibular ductal carcinoma (w/liver Mets).

06/02/2022, Caitlin R. Carpenter, PA-C/Physician Assistant: The claimant presents for a follow-up visit It was noted that he was NSTEMI S/P and had 2 stents placed in the mid-LAD on 3/14/22 where he presents with worsening SOB before undergoing a TTE that revealed 44%, due to acute systolic heart failure, as his comorbidities included asthma, type 2 diabetes, hyperlipidemia, hypertension, and psoriasis. It was noted that he

underwent cardiac catheterization on 3/15/22 which revealed 90% obstruction in the mid-LAD and he underwent 2 overlapping stent placements to the mid-LAD. His physical examination was unremarkable.

07/11/2022, Labs: Varicella Zoster AB IGG was positive, Measles Rubeola AB IGG was positive, and Mumps AB IGG was positive.

08/20/2022, Lori Miskell, NP / Nurse Practitioner: The claimant presents for a follow-up visit. He reported having some redness at the left malar area that spread to his left eye, ear, and neck, with associated pain when he opens his mouth. His physical examination was unremarkable.

08/23/2022, William R. Scorby, M.D./ Occupational Medicine: The claimant presents for a follow-up visit. He reported a little puffiness and redness under the left eye, which he attributed to touching his face with the hand he used to handle hot pepper. He reported that the swelling progressed the next morning with a significant increase in redness that involved much of the left side of his face, with associated submandibular glandular swelling, for which he visited the Neighborhood Family Clinic where he received an antibiotic shot with improvements over time. His physical examination revealed some mild swelling without redness on the left side of his face from just below his left eye and cheek to the angle of the mandible. There were findings of some bilateral submandibular adenopathy.

11/23/2022, Mark Ringstrom, M.D./ Otolaryngology: The claimant presents for a follow-up visit. He underwent a recheck of his left neck and suture removal, and he stated that his surgical site was doing well. His physical examination revealed diffuse firm pitting edema of the left upper neck, sub mentum, and extending over to the right submandibular region.

08/01/2023, Campbell C Toby, MD / Oncology: The claimant presents for a follow-up visit. He has a diagnosis of salivary duct carcinoma, for which he reported having new nodules and burning in his head/neck with congestion, pain palpable nodules, and tense neck tissues. His physical examination revealed a tense neck circumferential, with some palpable nodes scattered but mostly just tight tissues in the neck, while the laboratory result revealed low levels of hemoglobin and hematocrit, and high levels of creatinine, glucose, BUN, and AST/SGPT.

08/02/2023, Chest CT by UW Health for salivary duct carcinoma. The result revealed bilateral axillary lymphadenopathy somewhat particularly on the left, with extensive swelling of the anterior neck soft tissues, without findings of intrathoracic metastatic disease, as well as no metastatic disease in the abdomen or pelvis, however, there were findings of mild fatty infiltration of the pancreatic head and uncinate process, bilateral renal hypodense lesions that are likely cysts, and multilevel degenerative changes of the spine.

11/14/2023, Neck CT by UW Health for salivary duct carcinoma. The result revealed decreased but persistent reticulation of the submental and lower neck soft tissues, decreased size of multiple right-sided lymph nodes, and an interval resolution of the soft tissue nodularity involving the left paravertebral musculature. The claimant also underwent a chest CT which revealed the resolution of bilateral axillary with no evidence of chest malignancy, while he underwent an ultrasound-guided biopsy of the lymph node which was successful. He also underwent a left axillary ultrasound which was abnormal.

02/26/2024, The chest and neck CT by UW Health. The chest result revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

04/10/2024, Ward J Callie, RN / Nursing: The claimant presents for a follow-up visit. He had a diagnosis of bilateral axillary lymph node without changes in his treatment plan., with an ECOG status of 0. His ROS was positive for fatigue and arthralgias, his physical examination was unremarkable, while his physical examination revealed low-level hemoglobin, high levels of BUN, glucose, and AST/SCOT.

04/24/2024 to 05/01/2024, Haley F Boehm, RN / Nursing: The claimant presents for a hormonal injection on 4/24/24 and chemotherapy on 5/1/24.

05/01/2024, The chest and neck CT by UW Health. The chest result revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

05/22/2024, Bruce Y. Justine, MD: The claimant presents for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right.

06/12/2024, Solder B Madison, RN / Nurse: The claimant presents for chemotherapy on 6/12/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1, while his ROS was positive for arthralgias, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

07/03/2024, Bruce Y. Justine, MD: The claimant presents for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right. His ROS was positive for lump/mass and arthralgias, neck pain, and neck stiffness, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

07/23/2024, Solder B Madison, RN / Nurse: The claimant presents for chemotherapy on 7/23/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1.

07/23/2024, The chest and neck CT by UW Health. The neck result in comparison with 5/1/24, revealed similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the soft tissues of the left neck at levels 2 and 3. The chest CT revealed a stable chest CT with no evidence of new disease.

08/14/2024, Solder B Madison, RN / Nurse: The claimant presented for chemotherapy on 8/14/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1.

**Questions to be addressed:**

**Pre-Existing Conditions Review:**

**1. Please explain how any condition medically evaluated or treated during the date range of 6/1/22 to 9/1/22 is related to impairment(s) associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness). Relevant Contract Language: Pre-Existing Condition Exclusion - This Policy will not cover any Total or Partial Disability:**

1. **which is caused or contributed to by, or results from a Pre-Existing Condition; and**
2. **which begins in the first 12 months after the Insured Employee`s Effective Date.**

**"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee`s Effective Date. "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.**

On 06/02/2022, the claimant was seen by Caitlin R. Carpenter, PA-C for a follow-up visit It was noted that he was NSTEMI S/P and had 2 stents placed in the mid-LAD on 3/14/22 where he presented with worsening SOB before undergoing a TTE that revealed ECHO value 44%, due to acute systolic heart failure, as his comorbidities included asthma, type 2 diabetes, hyperlipidemia, hypertension, and psoriasis. It was noted that he underwent cardiac catheterization on 3/15/22 which revealed 90% obstruction in the mid-LAD and he underwent 2 overlapping stent placements to the mid-LAD. His physical examination was unremarkable. On 08/20/2022, the claimant was seen by Lori Miskell, NP for a follow-up visit. He reported having some redness at the left malar area that spread to his left eye, ear, and neck, with associated pain when he opens his mouth. His physical examination was unremarkable.

On 08/23/2022, the claimant was seen by Scorby R William, MD for a follow-up visit. He reported a little puffiness and redness under the left eye, which he attributed to touching his face with the hand he used to handle hot pepper. He reported that the swelling progressed the next morning with a significant increase in redness that involved much of the left side of his face, with associated submandibular glandular swelling, for which he visited the Neighborhood Family Clinic where he received an antibiotic shot with improvements over time. His physical examination revealed some mild swelling without redness on the left side of his face from just below his left eye and cheek to the angle of the mandible. There were findings of some bilateral submandibular adenopathy.

During the period of 6/1/22 to 9/1/22, the claimant was seen for symptoms of facial swelling/redness with associated submandibular glandular swelling, which was suspected to be related to an allergic reaction or an infection; however, the cause was undetermined. There were findings of mild swelling on the left side of his face from just below his left eye and cheek to the angle of the mandible, as well as some bilateral submandibular adenopathy. Eventually, the claimant underwent a biopsy of a left neck mass, which showed high-grade adenocarcinoma and immunophenotypic features consistent with salivary duct carcinoma. Thus, it appears his initial symptoms for which he sought care during the period of 6/1/22 to 9/1/22 are related to his submandibular ductal carcinoma, for which he is currently out of work.

**2. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Stage 4 submandibular ductal carcinoma; C08.0

**3. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

**4. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations and address the impact of reported pain and medications on the ability to perform on a sustained and consistent basis from 8/12/23 forward and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is a supported level of impairment that translates into restrictions and limitations to affect the impact of reported pain and medications on the ability to perform a sustained and consistent basis from 8/12/23 forward.

On 08/01/2023, the claimant was seen by Campbell C Toby, MD for a follow-up visit. He has a diagnosis of salivary duct carcinoma, for which he reported having new nodules

and burning in his head/neck with congestion, pain palpable nodules, and tense neck tissues. His physical examination revealed a tense neck circumferential, with some palpable nodes scattered but mostly just tight tissues in the neck, while the laboratory result revealed low levels of hemoglobin and hematocrit, and high levels of creatinine, glucose, BUN, and AST/SGPT. On 08/02/2023, the chest CT by UW Health for salivary duct carcinoma revealed bilateral axillary lymphadenopathy somewhat particularly on the left, with extensive swelling of the anterior neck soft tissues, without findings of intrathoracic metastatic disease, as well as no metastatic disease in the abdomen or pelvis, however, there were findings of mild fatty infiltration of the pancreatic head and uncinate process, bilateral renal hypodense lesions that are likely cysts, and multilevel degenerative changes of the spine.

On 11/14/2023, the neck CT by UW Health for salivary duct carcinoma revealed decreased but persistent reticulation of the submental and lower neck soft tissues, decreased size of multiple right-sided lymph nodes, and an interval resolution of the soft tissue nodularity involving the left paravertebral musculature. The claimant also underwent a chest CT which revealed the resolution of bilateral axillary with no evidence of chest malignancy, while he underwent an ultrasound-guided biopsy of the lymph node which was successful. He also underwent a left axillary ultrasound which was abnormal. On 02/26/2024, the chest and neck CT by UW Health revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

On 04/10/2024, the claimant was seen by Ward J Callie, RN for a follow-up visit. He had a diagnosis of bilateral axillary lymph node without changes in his treatment plan., with an ECOG status of 0. His ROS was positive for fatigue and arthralgias, his physical examination was unremarkable, while his physical examination revealed low-level hemoglobin, high levels of BUN, glucose, and AST/SCOT. From 04/24/2024 to 05/01/2024, the claimant was seen by Haley F Boehm, RN for a hormonal injection on 4/24/24 and chemotherapy on 5/1/24.

On 05/01/2024, the chest and neck CT by UW Health revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

On 05/22/2024, the claimant was seen by Bruce Y. Justine, MD for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right.

On 06/12/2024, the claimant was seen by Solder B Madison, RN for chemotherapy on 6/12/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1,

while his ROS was positive for arthralgias, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

On 07/03/2024, Bruce Y. Justine, MD for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right. His ROS was positive for lump/mass and arthralgias, neck pain, and neck stiffness, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

On 07/23/2024, the claimant was seen by Solder B Madison, RN for chemotherapy on 7/23/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1, while on 07/23/2024, the chest and neck CT by UW Health. The neck result in comparison with 5/1/24, revealed similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the soft tissues of the left neck at levels 2 and 3. The chest CT revealed a stable chest CT with no evidence of new disease.

On 08/14/2024, the claimant was seen by Solder B Madison, RN for chemotherapy on 8/14/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1.

From the medical records provided, the claimant had a diagnosis of salivary duct carcinoma and bilateral axillary lymphadenopathy somewhat particularly on the left, with multiple nodules and notable swelling to the right side of his face, a tense neck circumferential, with some palpable nodes scattered but mostly just tight tissues in the neck, as well as psoriasis on his bilateral legs and arm, which has been unchanged since baseline, noted in multiple physical examination findings. Due to the diagnosis of salivary duct carcinoma with metastatic disease seen on previous staging imaging and biopsy, s/p radiation therapy, and active non-curative treatment with hormone therapy and immunotherapy via port with complaints of fatigue and arthralgias, I agree with the treating provider the claimant has no reasonable capacity beyond ADLs. Reassessment is recommended around 04/01/2025.

**5. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

03/26/2024, Dr. Bruce indicated the claimant was totally and completely disabled due to his medical condition and treatment side effects. I agree with this recommendation.

**6. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**7. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work

Sincerely,



**Kiran Lassi, MD**
**Board-Certified in Internal Medicine, Hematology and Oncology**
**Medical License 53612**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881



Claimant Name: Robert Loper
Claim Number: 1230085410
Case Number: 272674-2

"I, Kiran K Lassi, MD, am a physician duly licensed to practice medicine in the State of ____MN________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

10/14/2024

_______________________________________________

Signature of Physician Date

Medical/Professional License # **53612**

ECN
Exam Coordinators Network A division of Genex Services, LLC
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**October 14, 2024**

**Claimant Name: Robert Loper**

**Claim #: 1230085410**

**Primary Diagnosis:**

**stage 4 submandibular ductal carcinoma (w/liver Mets)**

**DOD: 8/12/2023**

**DOR: 9/30/2024**

**Job Title: Prosthetist/Orthotist**
**ECN #: 272674-2**
**Specialty: Medical Oncology**

# Kiran Lassi, MD

***Board-Certified in Internal Medicine***
***Hematology and Oncology***

CLAIMANT NAME: Loper, Robert
EXAMINER: Kiran Lassi, MD
ECN #: 272674-2
CLAIM #: 1230085410
DATE OF LOSS: 8/12/2023
DATE OF SERVICE: 10/11/2024

**Peer Review**

This is a peer review regarding Loper, Robert. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/02/2022 through 08/14/2024 including:

- University of Wisconsin Hospitals and Clinics Authority, extending from 07/19/2023 to 08/14/2024
- Mark L. Schiebler, M.D./ Radiology, on 08/02/2023
- Caitlin Carpenter, PA-C, on 06/02/2022
- Labs, on 07/11/2022
- Lori Miskell, NP, on 08/20/2022
- NFC North, on 08/22/2022
- William R. Scorby, M.D./ Occupational Medicine, on 08/21/2022
- Mark Ringstrom, M.D./ Otolaryngology, on 11/23/2022
- Unknown Provider, extending from 08/17/2023 to 09/19/2023
- Justine Bruce, M.D./ Oncology, extending from 08/23/2023 to 07/17/2024
- Irix, on 11/15/2023
- Gill Harrison, M.D./ Neurosurgery, extending from 12/27/2023 to 06/12/2024
- William Scorby, M.D./ Occupational Medicine, on 03/26/2024
- Gundersen Health System, extending from 04/23/2022 to 04/18/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 61-year-old male with a medical history significant for Stage 4 submandibular ductal carcinoma (w/liver Mets).

06/02/2022, Caitlin R. Carpenter, PA-C/Physician Assistant: The claimant presents for a follow-up visit It was noted that he was NSTEMI S/P and had 2 stents placed in the mid-LAD on 3/14/22 where he presents with worsening SOB before undergoing a TTE that revealed 44%, due to acute systolic heart failure, as his comorbidities included asthma, type 2 diabetes, hyperlipidemia, hypertension, and psoriasis. It was noted that he

underwent cardiac catheterization on 3/15/22 which revealed 90% obstruction in the mid-LAD and he underwent 2 overlapping stent placements to the mid-LAD. His physical examination was unremarkable.

07/11/2022, Labs: Varicella Zoster AB IGG was positive, Measles Rubeola AB IGG was positive, and Mumps AB IGG was positive.

08/20/2022, Lori Miskell, NP / Nurse Practitioner: The claimant presents for a follow-up visit. He reported having some redness at the left malar area that spread to his left eye, ear, and neck, with associated pain when he opens his mouth. His physical examination was unremarkable.

08/23/2022, William R. Scorby, M.D./ Occupational Medicine: The claimant presents for a follow-up visit. He reported a little puffiness and redness under the left eye, which he attributed to touching his face with the hand he used to handle hot pepper. He reported that the swelling progressed the next morning with a significant increase in redness that involved much of the left side of his face, with associated submandibular glandular swelling, for which he visited the Neighborhood Family Clinic where he received an antibiotic shot with improvements over time. His physical examination revealed some mild swelling without redness on the left side of his face from just below his left eye and cheek to the angle of the mandible. There were findings of some bilateral submandibular adenopathy.

11/23/2022, Mark Ringstrom, M.D./ Otolaryngology: The claimant presents for a follow-up visit. He underwent a recheck of his left neck and suture removal, and he stated that his surgical site was doing well. His physical examination revealed diffuse firm pitting edema of the left upper neck, sub mentum, and extending over to the right submandibular region.

08/01/2023, Campbell C Toby, MD / Oncology: The claimant presents for a follow-up visit. He has a diagnosis of salivary duct carcinoma, for which he reported having new nodules and burning in his head/neck with congestion, pain palpable nodules, and tense neck tissues. His physical examination revealed a tense neck circumferential, with some palpable nodes scattered but mostly just tight tissues in the neck, while the laboratory result revealed low levels of hemoglobin and hematocrit, and high levels of creatinine, glucose, BUN, and AST/SGPT.

08/02/2023, Chest CT by UW Health for salivary duct carcinoma. The result revealed bilateral axillary lymphadenopathy somewhat particularly on the left, with extensive swelling of the anterior neck soft tissues, without findings of intrathoracic metastatic disease, as well as no metastatic disease in the abdomen or pelvis, however, there were findings of mild fatty infiltration of the pancreatic head and uncinate process, bilateral renal hypodense lesions that are likely cysts, and multilevel degenerative changes of the spine.

11/14/2023, Neck CT by UW Health for salivary duct carcinoma. The result revealed decreased but persistent reticulation of the submental and lower neck soft tissues, decreased size of multiple right-sided lymph nodes, and an interval resolution of the soft tissue nodularity involving the left paravertebral musculature. The claimant also underwent a chest CT which revealed the resolution of bilateral axillary with no evidence of chest malignancy, while he underwent an ultrasound-guided biopsy of the lymph node which was successful. He also underwent a left axillary ultrasound which was abnormal.

02/26/2024, The chest and neck CT by UW Health. The chest result revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

04/10/2024, Ward J Callie, RN / Nursing: The claimant presents for a follow-up visit. He had a diagnosis of bilateral axillary lymph node without changes in his treatment plan., with an ECOG status of 0. His ROS was positive for fatigue and arthralgias, his physical examination was unremarkable, while his physical examination revealed low-level hemoglobin, high levels of BUN, glucose, and AST/SCOT.

04/24/2024 to 05/01/2024, Haley F Boehm, RN / Nursing: The claimant presents for a hormonal injection on 4/24/24 and chemotherapy on 5/1/24.

05/01/2024, The chest and neck CT by UW Health. The chest result revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

05/22/2024, Bruce Y. Justine, MD: The claimant presents for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right.

06/12/2024, Solder B Madison, RN / Nurse: The claimant presents for chemotherapy on 6/12/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1, while his ROS was positive for arthralgias, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

07/03/2024, Bruce Y. Justine, MD: The claimant presents for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right. His ROS was positive for lump/mass and arthralgias, neck pain, and neck stiffness, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

07/23/2024, Solder B Madison, RN / Nurse: The claimant presents for chemotherapy on 7/23/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1.

07/23/2024, The chest and neck CT by UW Health. The neck result in comparison with 5/1/24, revealed similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the soft tissues of the left neck at levels 2 and 3. The chest CT revealed a stable chest CT with no evidence of new disease.

08/14/2024, Solder B Madison, RN / Nurse: The claimant presented for chemotherapy on 8/14/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1.

**Questions to be addressed:**

**Pre-Existing Conditions Review:**

**1. Please explain how any condition medically evaluated or treated during the date range of 6/1/22 to 9/1/22 is related to impairment(s) associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness). Relevant Contract Language: Pre-Existing Condition Exclusion - This Policy will not cover any Total or Partial Disability:**

1. **which is caused or contributed to by, or results from a Pre-Existing Condition; and**
2. **which begins in the first 12 months after the Insured Employee`s Effective Date.**

**"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee`s Effective Date. "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.**

On 06/02/2022, the claimant was seen by Caitlin R. Carpenter, PA-C for a follow-up visit It was noted that he was NSTEMI S/P and had 2 stents placed in the mid-LAD on 3/14/22 where he presented with worsening SOB before undergoing a TTE that revealed ECHO value 44%, due to acute systolic heart failure, as his comorbidities included asthma, type 2 diabetes, hyperlipidemia, hypertension, and psoriasis. It was noted that he underwent cardiac catheterization on 3/15/22 which revealed 90% obstruction in the mid-LAD and he underwent 2 overlapping stent placements to the mid-LAD. His physical examination was unremarkable. On 08/20/2022, the claimant was seen by Lori Miskell, NP for a follow-up visit. He reported having some redness at the left malar area that spread to his left eye, ear, and neck, with associated pain when he opens his mouth. His physical examination was unremarkable.

On 08/23/2022, the claimant was seen by Scorby R William, MD for a follow-up visit. He reported a little puffiness and redness under the left eye, which he attributed to touching his face with the hand he used to handle hot pepper. He reported that the swelling progressed the next morning with a significant increase in redness that involved much of the left side of his face, with associated submandibular glandular swelling, for which he visited the Neighborhood Family Clinic where he received an antibiotic shot with improvements over time. His physical examination revealed some mild swelling without redness on the left side of his face from just below his left eye and cheek to the angle of the mandible. There were findings of some bilateral submandibular adenopathy.

During the period of 6/1/22 to 9/1/22, the claimant was seen for symptoms of facial swelling/redness with associated submandibular glandular swelling, which was suspected to be related to an allergic reaction or an infection; however, the cause was undetermined. There were findings of mild swelling on the left side of his face from just below his left eye and cheek to the angle of the mandible, as well as some bilateral submandibular adenopathy. Eventually, the claimant underwent a biopsy of a left neck mass, which showed high-grade adenocarcinoma and immunophenotypic features consistent with salivary duct carcinoma. Thus, it appears his initial symptoms for which he sought care during the period of 6/1/22 to 9/1/22 are related to his submandibular ductal carcinoma, for which he is currently out of work.

**2. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Stage 4 submandibular ductal carcinoma; C08.0

**3. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

**4. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations and address the impact of reported pain and medications on the ability to perform on a sustained and consistent basis from 8/12/23 forward and comment on the expected duration.**

Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, there is a supported level of impairment that translates into restrictions and limitations to affect the impact of reported pain and medications on the ability to perform a sustained and consistent basis from 8/12/23 forward.

On 08/01/2023, the claimant was seen by Campbell C Toby, MD for a follow-up visit. He has a diagnosis of salivary duct carcinoma, for which he reported having new nodules

and burning in his head/neck with congestion, pain palpable nodules, and tense neck tissues. His physical examination revealed a tense neck circumferential, with some palpable nodes scattered but mostly just tight tissues in the neck, while the laboratory result revealed low levels of hemoglobin and hematocrit, and high levels of creatinine, glucose, BUN, and AST/SGPT. On 08/02/2023, the chest CT by UW Health for salivary duct carcinoma revealed bilateral axillary lymphadenopathy somewhat particularly on the left, with extensive swelling of the anterior neck soft tissues, without findings of intrathoracic metastatic disease, as well as no metastatic disease in the abdomen or pelvis, however, there were findings of mild fatty infiltration of the pancreatic head and uncinate process, bilateral renal hypodense lesions that are likely cysts, and multilevel degenerative changes of the spine.

On 11/14/2023, the neck CT by UW Health for salivary duct carcinoma revealed decreased but persistent reticulation of the submental and lower neck soft tissues, decreased size of multiple right-sided lymph nodes, and an interval resolution of the soft tissue nodularity involving the left paravertebral musculature. The claimant also underwent a chest CT which revealed the resolution of bilateral axillary with no evidence of chest malignancy, while he underwent an ultrasound-guided biopsy of the lymph node which was successful. He also underwent a left axillary ultrasound which was abnormal. On 02/26/2024, the chest and neck CT by UW Health revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

On 04/10/2024, the claimant was seen by Ward J Callie, RN for a follow-up visit. He had a diagnosis of bilateral axillary lymph node without changes in his treatment plan., with an ECOG status of 0. His ROS was positive for fatigue and arthralgias, his physical examination was unremarkable, while his physical examination revealed low-level hemoglobin, high levels of BUN, glucose, and AST/SCOT. From 04/24/2024 to 05/01/2024, the claimant was seen by Haley F Boehm, RN for a hormonal injection on 4/24/24 and chemotherapy on 5/1/24.

On 05/01/2024, the chest and neck CT by UW Health revealed a stable chest without evidence of metastatic disease, while the neck CT revealed redemonstration of post-treatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck.

On 05/22/2024, the claimant was seen by Bruce Y. Justine, MD for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right.

On 06/12/2024, the claimant was seen by Solder B Madison, RN for chemotherapy on 6/12/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1,

while his ROS was positive for arthralgias, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

On 07/03/2024, Bruce Y. Justine, MD for a follow-up visit. He was on life-prolonging treatment for bilateral axillary lymph node without changes in his treatment plan, with an ECOG status of 1. It was noted that his salivary duct carcinoma was recurrent/metastatic disease and arthralgias in the right knee and ankle with right side discomfort, and shoulder left greater to the right. His ROS was positive for lump/mass and arthralgias, neck pain, and neck stiffness, and his physical examination revealed psoriasis on his bilateral legs and arm, which has been unchanged since baseline.

On 07/23/2024, the claimant was seen by Solder B Madison, RN for chemotherapy on 7/23/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1, while on 07/23/2024, the chest and neck CT by UW Health. The neck result in comparison with 5/1/24, revealed similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the soft tissues of the left neck at levels 2 and 3. The chest CT revealed a stable chest CT with no evidence of new disease.

On 08/14/2024, the claimant was seen by Solder B Madison, RN for chemotherapy on 8/14/24, and he reported increased nausea, neck stiffness, tightness/ache across the chest, decreased energy, and decreased appetite with nausea. He had an ECOG status of 1.

From the medical records provided, the claimant had a diagnosis of salivary duct carcinoma and bilateral axillary lymphadenopathy somewhat particularly on the left, with multiple nodules and notable swelling to the right side of his face, a tense neck circumferential, with some palpable nodes scattered but mostly just tight tissues in the neck, as well as psoriasis on his bilateral legs and arm, which has been unchanged since baseline, noted in multiple physical examination findings. Due to the diagnosis of salivary duct carcinoma with metastatic disease seen on previous staging imaging and biopsy, s/p radiation therapy, and active non-curative treatment with hormone therapy and immunotherapy via port with complaints of fatigue and arthralgias, I agree with the treating provider the claimant has no reasonable capacity beyond ADLs. Reassessment is recommended around 04/01/2025.

**5. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

03/26/2024, Dr. Bruce indicated the claimant was totally and completely disabled due to his medical condition and treatment side effects. I agree with this recommendation.

**6. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**7. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work

Sincerely,

Kiran Lassi MD

**Kiran Lassi, MD**
**Board-Certified in Internal Medicine, Hematology and Oncology**
**Medical License 53612**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Robert Loper
Claim Number: 1230085410
Case Number: 272674-2

"I, Kiran K Lassi, MD, am a physician duly licensed to practice medicine in the State of _____MN________. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Kiran Lassi MD 10/14/2024

Signature of Physician Date

Medical/Professional License # **53612**

9/25/24

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

September 18, 2024

**SENT VIA U.S. MAIL, EMAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 000010082567000000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 23, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024. By way of an email on May 29, 2024, LFG advised that it had determined "that the Pre-Existing look-back dates utilized during the claim review were incorrect" and thus would be withdrawing Mr. Loper's appeal. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr. Loper in his May 16, 2024 appeal letter.

On July 15, 2024 Mr. Loper submitted another appeal of LFG's denial of his claim. In connection with LFG's review of this appeal, LFG obtained a peer review report from Dr. Judy Schmidt, MD. While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition."

On August 19, 2024, Mr. Loper responded to that evidence again explained that courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not

definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**. Mr. Loper explained that the medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. **Accordingly, Mr. Loper explained that Dr. Schmidt's report did not address the pivotal issue in this case.** Mr. Loper also provided full copies of selected relevant court opinions addressing this topic.

Despite this submission, LFG remained unwilling to consider Mr. Loper's legal arguments and issued a denial on August 23, 2024, noting, "The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review."

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation.[2] Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, his second appeal, and his response to Dr. Schimdt's report, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by**

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments and his appeal letter dated July 15, 2024 and all associated attachments.

[2] Updated medical records from UW for the time frame of 7/17/2024 – 8/14/2024 are attached as **Exhibit A**.

**<u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition.**" *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998). There must be some connection between the treatment or advice received and the sickness and there a patient only exhibits "non-specific symptoms and neither the patient nor the physician has a particular concern in mind…it is awkward at best to suggest that the patient sought or received treatment for the disease." *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted). In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, **<u>and no provider suspected there was a more sinister condition causing his symptoms.</u>** This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. **<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

LFG's failure to consider the relevant legal standard at play makes it denials of Mr. Loper's claim unreasonable. On review of this appeal, LFG must consider the medical evidence **under the proper legal framework**, or its decision will not be upheld by a court. *See Bradshaw v. Reliance Std. Life Ins. Co.*, No. 16-11125, 2017 U.S. App. LEXIS 16779, at *14 (11th Cir. Aug. 31, 2017) ("[A] ruling based on an erroneous view of the law necessarily is arbitrary and capricious.")

## III. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

[3] Upon approval of this claim, benefit checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and mailed directly to our office.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

## 08/14/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Susan D Walters, RN at 8/14/2024 1600**

| | | |
|---|---|---|
| Author: Susan D Walters, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 08/14/24 1714 | Date of Service: 08/14/24 1600 | Creation Time: 08/14/24 1637 |
| Status: Signed | Editor: Susan D Walters, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/14/2024 for chemotherapy: Cycle 18 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab 200 mg today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Zoladex 3.6 mg today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications. 5 ml 1% Lidocaine sub q administered just prior to zoladex injection.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/4/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/4/2024 | 9:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/4/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 9/11/2024 | 9:30 AM | UWINF CHAIR 1 | UWHINFUS | MADISON 33 |
| 9/25/2024 | 10:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/25/2024 | 11:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/25/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/9/2024 | 11:30 AM | UWINF CHAIR 5 | UWHINFUS | MADISON 33 |
| 10/15/2024 | 10:50 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 11:30 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/15/2024 | 3:00 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

| | | | | |
|---|---|---|---|---|
| 10/15/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |

Electronically signed by Susan D Walters, RN at 08/14/24 1714

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |
| **Log History** |
| Additional EM Code History |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/14/2024 2:53 PM by Janeen Bell, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 85 | 97 °F (36.1 °C) (Oral) | 18 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 224 lb 3.2 oz (101.7 kg) | 94% | 30.53 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

| | | | |
|---|---|---|---|
| 3/10 Number Scale | Neck | None | None |

**Clinical Notes**

**Addendum Note**

**Justine Y Bruce, MD at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/15/24 1507 | Encounter Date: 8/14/2024 | Creation Time: 08/15/24 1507 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

Addended by: BRUCE, JUSTINE on: 8/15/2024 03:07 PM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/15/24 1507

**Justine Y Bruce, MD at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/22/24 1008 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

Addended by: BRUCE, JUSTINE on: 8/22/2024 10:08 AM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Progress Notes**

**Justine Y Bruce, MD at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/12/24 1237 |
| Status: Addendum | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (7/23/24) demonstrated stable disease, no new or worsening areas. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 18 pembrolizumab today and cycle 15 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in October to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast.
- I then discussed with Mr. Loper that the clinical trial allows for the use of prednisone for any potential immunotherapy mediated adverse events and he would still be able to be rechallenge with pembrolizumab. We discussed that his arthritis may be exacerbated by pembrolizumab and thus could benefit from a short course of prednisone. At this time, he would like to continue with treatment using pembrolizumab plus goserelin but may consider a chemotherapy holiday or a prednisone burst to determine if this would help with his arthritis.
- Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up

with rheumatology on a regular basis given his long standing psoriasis as well.

**8/22/24 addendum:** We received approval by the sponsor for initiation of prednisone for his immune mediated arthritis from pembrolizumab with prednisone 10 mg x 7 days, then prednisone 5 mg daily thereafter. He would not need a pembrolizumab hold per the clinical trial protocol. I contacted Mr. Loper who is aware of this and is in agreement with this plan.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He is doing well without any significant complaints. He is anticipated to travel to Florida in October 2024 would like to be considered for possible chemotherapy holiday at that time. He reports that he continues to have neck stiffness and if he moves his head in a certain direction, he can experience some numbness and tingling in his bilateral fingertips lasting for only a few seconds. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23 |

| | |
|---|---|
| | • C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab<br>• 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin<br>• 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin<br>• 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024<br>• 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024 |

| | |
|---|---|
| | • 08/14/2024 cycle 18 pembrolizumab, cycle 15 goserelin scheduled for CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |
| 7/23/2024 | **Imaging**<br>July 23, 2024 CT neck:1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.<br><br>July 23, 2024 CT chest: Stable chest CT with no evidence of new disease. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 85 | Temp 97 °F (36.1 °C) (Oral) | Resp 18 | Ht 1.825 m (5' 11.85") | Wt 101.7 kg (224 lb 3.2 oz) | SpO2 94% | BMI 30.53 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/14/24 | 101.7 kg (224 lb 3.2 oz) |
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.

No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 08/14/24 1315 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 2,880 |
| Hemoglobin | 13.8 |
| Hematocrit | 40 |
| Platelet Count | 189 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 106 |
| BUN | **28 H** |
| Creatinine | **1.47 H** |
| Glucose | 98 |
| Calcium | **10.3 H** |
| Albumin | 4.4 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | **57 H** |
| ALT/SGPT | 47 |
| Alkaline Phosphatase | 73 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 30 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-915-0100

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Janeen Bell, MA at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Janeen Bell, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/14/24 1450 | Encounter Date: 8/14/2024 | Creation Time: 08/14/24 1407 |
| Status: Signed | Editor: Janeen Bell, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Tingling in both arms

**New or worsening symptoms**: see above

**Energy level**: fair

**Appetite**: fair

**VAD**: Port right right side

**Pain** (Scale 0 -10) Current: 3/10 neck

| | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM | 7/23/2024 2:36 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 125/85 | 137/91 | 116/80 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

***Submitted by:*** *Janeen Bell, MA - 8/14/2024 - 2:07 PM*

Electronically signed by Janeen Bell, MA at 08/14/24 1450

## 07/23/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Holly M Lamers, RN at 7/23/2024 1600**

| | | |
|---|---|---|
| Author: Holly M Lamers, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/23/24 1556 | Date of Service: 07/23/24 1600 | Creation Time: 07/23/24 1555 |

Status: Signed    Editor: Holly M Lamers, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/23/2024 for chemotherapy: cycle 17 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received 200 mg study pembrolizumab (UW19060) today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |

Electronically signed by Holly M Lamers, RN at 07/23/24 1556

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Chief Complaint

- Follow-up

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy
- Psoriasis
- Arthralgia, unspecified joint

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

#### Follow-up and Dispositions

- Return for Per Clinical Trial.

#### Level of Service

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |
| **Log History** |
| LOS History |
| Additional EM Code History |

### Encounter Vitals

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded** — Most recent update: 7/23/2024 2:38 PM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 97.6 °F (36.4 °C) (Temporal) | 16 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 231 lb 11.2 oz (105.1 kg) | 97% | 31.56 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Michelle Floyd, C-MA at 7/23/2024 1445**

Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA
Filed: 07/23/24 1434 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1431
Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: no

**New or worsening symptoms**: headaches

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 0/10

| | 7/3/2024 9:29 AM | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/82 | 125/85 | 137/91 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/23/2024 - 2:31 PM*

Electronically signed by Michelle Floyd, C-MA at 07/23/24 1434

**Carissa M Dolens, APNP at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 07/23/24 1654 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1647 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest today (7/23/24) demonstrated stable disease , no new or worsening areas. Awaiting RECIST measurement per clinical tril Therefore, we recommended that he continue with treatment as part of the clinical trial.

He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 17 pembrolizumab today and cycle 14 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit, has occ headaches as a result. Tylenol helps arthralgias and headaches. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain as well. Ointment for psoriasis helps decrease scaling, but redness and irritation stable.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.

HENT: Positive for lump/mass. Negative for mouth sores, sore throat, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis patches, red**
Neurological: Positive for headaches **(occ from neck tightness it seems)**. Negative for dizziness, extremity weakness, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y |

| | |
|---|---|
| | Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |

| | |
|---|---|
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab<br>• 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin<br>• 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin<br>• 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024<br>• 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.825 m (5' 11.85") | Wt 105.1 kg (231 lb 11.2 oz) | SpO2 97% | BMI 31.56 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

**Physical Exam**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 07/23/24 1154 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | **13.2 L** |
| Hematocrit | **39 L** |
| Platelet Count | 166 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 17 |
| Creatinine | 1.09 |
| Glucose | **112 H** |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | 33 |
| ALT/SGPT | 37 |
| Alkaline Phosphatase | 78 |

Imaging:
CT NECK W IV CONTRAST

Result Date: 7/23/2024
IMPRESSION: 1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

CT CHEST W IV CONTRAST W/CAD

Result Date: 7/23/2024
Impression: Stable chest CT with no evidence of new disease..

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 23 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 07/23/24 1654

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [644952463] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance Study coordinator will call to schedule scans.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 7/23/2024 9:50 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sonderman,Tirzah | 07/23/2024 09:37 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 1317, Result status: Final result

Order status: Completed
Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO
Filed by: Interface, Results 07/23/24 1323
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY
Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Turner W Daines and arrived at this interpretation.

Electronically signed by: Dr. Tabassum Kennedy, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1241

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]**

Resulted: 07/23/24 1201, Result status: Preliminary result

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Interface, Results 07/23/24 1201
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285163

Performed: 07/23/24 0944 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:41
Carissa M Dolens, APNP on 7/23/2024 16:42

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [644952462] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 7/23/2024 9:10 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 07/23/2024 09:42 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 1011, Result status: Final result

Order status: Completed
Filed by: Interface, Results 07/23/24 1017
Accession number: UWHC29285162
Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956
Resulting lab: UWHC RADIOLOGY
Narrative:
Comparisons: May 1, 2024

Procedure: Non-contrast, axial images of the chest were obtained. 2-D reconstructed images, CAD and MIP images were performed.

Findings: No pneumothorax. No pleural or pericardial fluid. Heart is normal in size.

No new pulmonary nodules or masses. Stable appearance to lung parenchyma

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

No new or enlarging lymph nodes.

Electronically signed by: Dr. Elizabeth Sadowski, University of Wisconsin - Madison
Impression:
Impression: Stable chest CT with no evidence of new disease..
Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1224

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed
Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285162
Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1224
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:24
Carissa M Dolens, APNP on 7/23/2024 16:42

## 07/17/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/17/2024 1000**

| | | |
|---|---|---|
| Author: Jasmine M Peterson, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/17/24 0958 | Date of Service: 07/17/24 1000 | Creation Time: 07/17/24 0954 |

07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Jasmine M Peterson, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/17/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received SQ Zoladex UW 19060 3.6mg with 3mL 1% Lidocaine prior to injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/17/24 0958

quadient
PARCEL SELECT
IMI
$004.50º
09/19/2024 ZIP 53703
043M31232352
US POSTAGE

Hawks Quindel, S.C.
P.O. Box 2155
Madison, WI. 53701-2155

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0085 2104 2562 23

SEP 2 5 2024

9/25/24

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

September 18, 2024

**SENT VIA U.S. MAIL, EMAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 23, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024. By way of an email on May 29, 2024, LFG advised that it had determined "that the Pre-Existing look-back dates utilized during the claim review were incorrect" and thus would be withdrawing Mr. Loper's appeal. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr. Loper in his May 16, 2024 appeal letter.

On July 15, 2024 Mr. Loper submitted another appeal of LFG's denial of his claim. In connection with LFG's review of this appeal, LFG obtained a peer review report from Dr. Judy Schmidt, MD. While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition."

On August 19, 2024, Mr. Loper responded to that evidence again explained that courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not

definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**. Mr. Loper explained that the medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. **Accordingly, Mr. Loper explained that Dr. Schmidt's report did not address the pivotal issue in this case.** Mr. Loper also provided full copies of selected relevant court opinions addressing this topic.

Despite this submission, LFG remained unwilling to consider Mr. Loper's legal arguments and issued a denial on August 23, 2024, noting, "The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review."

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation.[2] Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, his second appeal, and his response to Dr. Schimdt's report, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by**

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments and his appeal letter dated July 15, 2024 and all associated attachments.

[2] Updated medical records from UW for the time frame of 7/17/2024 – 8/14/2024 are attached as **Exhibit A**.

**<u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition.**" *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998). There must be some connection between the treatment or advice received and the sickness and there a patient only exhibits "non-specific symptoms and neither the patient nor the physician has a particular concern in mind…it is awkward at best to suggest that the patient sought or received treatment for the disease." *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted). In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, **<u>and no provider suspected there was a more sinister condition causing his symptoms.</u>** This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. **<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>.**" *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

LFG's failure to consider the relevant legal standard at play makes it denials of Mr. Loper's claim unreasonable. On review of this appeal, LFG must consider the medical evidence **under the proper legal framework**, or its decision will not be upheld by a court. *See Bradshaw v. Reliance Std. Life Ins. Co.*, No. 16-11125, 2017 U.S. App. LEXIS 16779, at *14 (11th Cir. Aug. 31, 2017) ("[A] ruling based on an erroneous view of the law necessarily is arbitrary and capricious.")

## III. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

[3] Upon approval of this claim, benefit checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and mailed directly to our office.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Susan D Walters, RN at 8/14/2024 1600**

| | | |
|---|---|---|
| Author: Susan D Walters, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 08/14/24 1714 | Date of Service: 08/14/24 1600 | Creation Time: 08/14/24 1637 |
| Status: Signed | Editor: Susan D Walters, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/14/2024 for chemotherapy: Cycle 18 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab 200 mg today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Zoladex 3.6 mg today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications. 5 ml 1% Lidocaine sub q administered just prior to zoladex injection.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/4/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/4/2024 | 9:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/4/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 9/11/2024 | 9:30 AM | UWINF CHAIR 1 | UWHINFUS | MADISON 33 |
| 9/25/2024 | 10:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/25/2024 | 11:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/25/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/9/2024 | 11:30 AM | UWINF CHAIR 5 | UWHINFUS | MADISON 33 |
| 10/15/2024 | 10:50 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 11:30 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/15/2024 | 3:00 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |

**Inpatient Progress Notes (continued)**

| | | | | |
|---|---|---|---|---|
| 10/15/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |

Electronically signed by Susan D Walters, RN at 08/14/24 1714

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

| Log History |
|---|
| Additional EM Code History |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/14/2024 2:53 PM by Janeen Bell, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 85 | 97 °F (36.1 °C) (Oral) | 18 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 224 lb 3.2 oz (101.7 kg) | 94% | 30.53 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

| | | | |
|---|---|---|---|
| 3/10 Number Scale | Neck | None | None |

**Clinical Notes**

**Addendum Note**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Filed: 08/15/24 1507
Status: Signed
Service: Oncology
Encounter Date: 8/14/2024
Editor: Justine Y Bruce, MD (Physician)
Author Type: Physician
Creation Time: 08/15/24 1507
Addended by: BRUCE, JUSTINE on: 8/15/2024 03:07 PM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/15/24 1507

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Filed: 08/22/24 1008
Status: Signed
Service: Oncology
Encounter Date: 8/14/2024
Editor: Justine Y Bruce, MD (Physician)
Author Type: Physician
Creation Time: 08/22/24 1008
Addended by: BRUCE, JUSTINE on: 8/22/2024 10:08 AM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Progress Notes**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Filed: 08/22/24 1008
Status: Addendum
Service: Oncology
Encounter Date: 8/14/2024
Editor: Justine Y Bruce, MD (Physician)
Author Type: Physician
Creation Time: 08/12/24 1237

### Oncology Progress Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (7/23/24) demonstrated stable disease, no new or worsening areas. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 18 pembrolizumab today and cycle 15 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in October to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast.
- I then discussed with Mr. Loper that the clinical trial allows for the use of prednisone for any potential immunotherapy mediated adverse events and he would still be able to be rechallenge with pembrolizumab. We discussed that his arthritis may be exacerbated by pembrolizumab and thus could benefit from a short course of prednisone. At this time, he would like to continue with treatment using pembrolizumab plus goserelin but may consider a chemotherapy holiday or a prednisone burst to determine if this would help with his arthritis.
- Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up

with rheumatology on a regular basis given his long standing psoriasis as well.

**8/22/24 addendum:** We received approval by the sponsor for initiation of prednisone for his immune mediated arthritis from pembrolizumab with prednisone 10 mg x 7 days, then prednisone 5 mg daily thereafter. He would not need a pembrolizumab hold per the clinical trial protocol. I contacted Mr. Loper who is aware of this and is in agreement with this plan.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He is doing well without any significant complaints. He is anticipated to travel to Florida in October 2024 would like to be considered for possible chemotherapy holiday at that time. He reports that he continues to have neck stiffness and if he moves his head in a certain direction, he can experience some numbness and tingling in his bilateral fingertips lasting for only a few seconds. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

10/26/2022 — **Initial Diagnosis**
Salivary duct carcinoma
- 2021, initially noted swelling in the left submandibular region
- August 2022 increased swelling and cellulitis of the left submandibular region

11/17/2022 — **Biopsy/Pathology**
11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

11/17/2022 — **Cancer Staging**
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023
  Stage prefix: Initial diagnosis

11/29/2022 — **Biopsy/Pathology**
11/29/2022 left axillary lymph node biopsy: Metastatic disease

12/12/2022 — **Tumor Genomics**
Blood/Plasma
Tempus
**No alterations**
**MS-Stable**

January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options.

12/14/2022 - 4/7/2023 — **Chemotherapy**

Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):

- C1D1: 12/14/22
- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23

- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

| | |
|---|---|
| | • 08/14/2024 cycle 18 pembrolizumab, cycle 15 goserelin scheduled for CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |
| 7/23/2024 | **Imaging**<br>July 23, 2024 CT neck:1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.<br><br>July 23, 2024 CT chest: Stable chest CT with no evidence of new disease. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 85 | Temp 97 °F (36.1 °C) (Oral) | Resp 18 | Ht 1.825 m (5' 11.85") | Wt 101.7 kg (224 lb 3.2 oz) | SpO2 94% | BMI 30.53 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/14/24 | 101.7 kg (224 lb 3.2 oz) |
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.

No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 08/14/24 1315 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 2,880 |
| Hemoglobin | 13.8 |
| Hematocrit | 40 |
| Platelet Count | 189 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 106 |
| BUN | **28 H** |
| Creatinine | **1.47 H** |
| Glucose | 98 |
| Calcium | **10.3 H** |
| Albumin | 4.4 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | **57 H** |
| ALT/SGPT | 47 |
| Alkaline Phosphatase | 73 |

Imaging:
No results found.

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 30 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-915-0100

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Janeen Bell, MA at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Janeen Bell, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/14/24 1450 | Encounter Date: 8/14/2024 | Creation Time: 08/14/24 1407 |
| Status: Signed | Editor: Janeen Bell, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Tingling in both arms

**New or worsening symptoms**: see above

**Energy level**: fair

**Appetite:** fair

**VAD**: Port right right side

**Pain** (Scale 0 -10) Current: 3/10 neck

| | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM | 7/23/2024 2:36 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 125/85 | 137/91 | 116/80 |

**Wt Readings from Last 3 Encounters:**
07/23/24 105.1 kg (231 lb 11.2 oz)
07/03/24 103.6 kg (228 lb 8 oz)
06/12/24 106.1 kg (234 lb)

***Submitted by:*** *Janeen Bell, MA - 8/14/2024 - 2:07 PM*

Electronically signed by Janeen Bell, MA at 08/14/24 1450

## 07/23/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Holly M Lamers, RN at 7/23/2024 1600**

| | | |
|---|---|---|
| Author: Holly M Lamers, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/23/24 1556 | Date of Service: 07/23/24 1600 | Creation Time: 07/23/24 1555 |

Status: Signed    Editor: Holly M Lamers, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/23/2024 for chemotherapy: cycle 17 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received 200 mg study pembrolizumab (UW19060) today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |

Electronically signed by Holly M Lamers, RN at 07/23/24 1556

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy
- Psoriasis
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for Per Clinical Trial.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

| Log History |
|---|
| LOS History |
| Additional EM Code History |

### Encounter Vitals

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 7/23/2024 2:38 PM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 97.6 °F (36.4 °C) (Temporal) | 16 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 231 lb 11.2 oz (105.1 kg) | 97% | 31.56 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Michelle Floyd, C-MA at 7/23/2024 1445**

Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA
Filed: 07/23/24 1434 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1431
Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: no

**New or worsening symptoms**: headaches

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 0/10

| | 7/3/2024 9:29 AM | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/82 | 125/85 | 137/91 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/23/2024 - 2:31 PM*

Electronically signed by Michelle Floyd, C-MA at 07/23/24 1434

**Carissa M Dolens, APNP at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 07/23/24 1654 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1647 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest today (7/23/24) demonstrated stable disease , no new or worsening areas. Awaiting RECIST measurement per clinical tril Therefore, we recommended that he continue with treatment as part of the clinical trial.

He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 17 pembrolizumab today and cycle 14 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit, has occ headaches as a result. Tylenol helps arthralgias and headaches. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain as well. Ointment for psoriasis helps decrease scaling, but redness and irritation stable.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.

HENT: Positive for lump/mass. Negative for mouth sores, sore throat, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis patches, red**
Neurological: Positive for headaches **(occ from neck tightness it seems)**. Negative for dizziness, extremity weakness, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y |

| | |
|---|---|
| | Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |

| | |
|---|---|
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab<br>• 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin<br>• 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin<br>• 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024<br>• 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.825 m (5' 11.85") | Wt 105.1 kg (231 lb 11.2 oz) | SpO2 97% | BMI 31.56 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

**Physical Exam**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 07/23/24 1154 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | **13.2 L** |
| Hematocrit | **39 L** |
| Platelet Count | 166 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 17 |
| Creatinine | 1.09 |
| Glucose | **112 H** |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | 33 |
| ALT/SGPT | 37 |
| Alkaline Phosphatase | 78 |

Imaging:
CT NECK W IV CONTRAST

Result Date: 7/23/2024
IMPRESSION: 1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

CT CHEST W IV CONTRAST W/CAD

Result Date: 7/23/2024
Impression: Stable chest CT with no evidence of new disease..

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 23 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 07/23/24 1654

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [644952463] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance Study coordinator will call to schedule scans.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 7/23/2024 9:50 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sonderman,Tirzah | 07/23/2024 09:37 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 1317, Result status: Final result

Order status: Completed
Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO
Filed by: Interface, Results 07/23/24 1323
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY
Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Turner W Daines and arrived at this interpretation.

Electronically signed by: Dr. Tabassum Kennedy, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1241

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

Resulted: 07/23/24 1201, Result status: Preliminary result

**CT NECK W IV CONTRAST [644952463]**

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Interface, Results 07/23/24 1201
Accession number: UWHC29285163

Performed: 07/23/24 0944 - 07/23/24 0956
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Bones: No fractures or osseous lesions are detected.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285163

Performed: 07/23/24 0944 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:41
Carissa M Dolens, APNP on 7/23/2024 16:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [644952462] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 7/23/2024 9:10 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 07/23/2024 09:42 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 1011, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Elizabeth A Sadowski, MD |
| Filed by: Interface, Results 07/23/24 1017 | Performed: 07/23/24 0940 - 07/23/24 0956 |
| Accession number: UWHC29285162 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Comparisons: May 1, 2024

Procedure: Non-contrast, axial images of the chest were obtained. 2-D reconstructed images, CAD and MIP images were performed.

Findings: No pneumothorax. No pleural or pericardial fluid. Heart is normal in size.

No new pulmonary nodules or masses. Stable appearance to lung parenchyma

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

No new or enlarging lymph nodes.

Electronically signed by: Dr. Elizabeth Sadowski, University of Wisconsin - Madison
Impression:
Impression: Stable chest CT with no evidence of new disease..
Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1224

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed
Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285162

Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1224
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:24
Carissa M Dolens, APNP on 7/23/2024 16:42

## 07/17/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/17/2024 1000**

| | | |
|---|---|---|
| Author: Jasmine M Peterson, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/17/24 0958 | Date of Service: 07/17/24 1000 | Creation Time: 07/17/24 0954 |

**07/17/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Jasmine M Peterson, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/17/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received SQ Zoladex UW 19060 3.6mg with 3mL 1% Lidocaine prior to injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/17/24 0958

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (402) 361-1460 |
| | |
| **From:** | Hadley Brouhard |
| **Company:** | |
| **Phone:** | (608) 960-4005 * 1847 |
| **Fax:** | 16089604005 |
| | |
| **Date:** | 09/18/2024 |
| **Pages including this cover sheet:** | 46 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

September 18, 2024

**SENT VIA U.S. MAIL, EMAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 23, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024. By way of an email on May 29, 2024, LFG advised that it had determined "that the Pre-Existing look-back dates utilized during the claim review were incorrect" and thus would be withdrawing Mr. Loper's appeal. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr. Loper in his May 16, 2024 appeal letter.

On July 15, 2024 Mr. Loper submitted another appeal of LFG's denial of his claim. In connection with LFG's review of this appeal, LFG obtained a peer review report from Dr. Judy Schmidt, MD. While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition."

On August 19, 2024, Mr. Loper responded to that evidence again explained that courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not

definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**. Mr. Loper explained that the medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. **Accordingly, Mr. Loper explained that Dr. Schmidt's report did not address the pivotal issue in this case.** Mr. Loper also provided full copies of selected relevant court opinions addressing this topic.

Despite this submission, LFG remained unwilling to consider Mr. Loper's legal arguments and issued a denial on August 23, 2024, noting, "The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review."

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation.[2] Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, his second appeal, and his response to Dr. Schimdt's report, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by**

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments and his appeal letter dated July 15, 2024 and all associated attachments.

[2] Updated medical records from UW for the time frame of 7/17/2024 – 8/14/2024 are attached as **Exhibit A**.

**<u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998). There must be some connection between the treatment or advice received and the sickness and there a patient only exhibits "non-specific symptoms and neither the patient nor the physician has a particular concern in mind…it is awkward at best to suggest that the patient sought or received treatment for the disease." *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted). In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, **<u>and no provider suspected there was a more sinister condition causing his symptoms.</u>** This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. **<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

LFG's failure to consider the relevant legal standard at play makes it denials of Mr. Loper's claim unreasonable. On review of this appeal, LFG must consider the medical evidence **under the proper legal framework**, or its decision will not be upheld by a court. *See Bradshaw v. Reliance Std. Life Ins. Co.*, No. 16-11125, 2017 U.S. App. LEXIS 16779, at *14 (11th Cir. Aug. 31, 2017) ("[A] ruling based on an erroneous view of the law necessarily is arbitrary and capricious.")

## III. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

---

[3] Upon approval of this claim, benefit checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and mailed directly to our office.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 08/14/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Susan D Walters, RN at 8/14/2024 1600**

Author: Susan D Walters, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 08/14/24 1714 — Date of Service: 08/14/24 1600 — Creation Time: 08/14/24 1637
Status: Signed — Editor: Susan D Walters, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**



**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/14/2024 for chemotherapy: Cycle 18 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab 200 mg today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Zoladex 3.6 mg today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications. 5 ml 1% Lidocaine sub q administered just prior to zoladex injection.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/4/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/4/2024 | 9:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/4/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 9/11/2024 | 9:30 AM | UWINF CHAIR 1 | UWHINFUS | MADISON 33 |
| 9/25/2024 | 10:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/25/2024 | 11:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/25/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/9/2024 | 11:30 AM | UWINF CHAIR 5 | UWHINFUS | MADISON 33 |
| 10/15/2024 | 10:50 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 11:30 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/15/2024 | 3:00 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

| | | | | |
|---|---|---|---|---|
| 10/15/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |

Electronically signed by Susan D Walters, RN at 08/14/24 1714

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-265-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |
| **Log History** |
| Additional EM Code History |

### Encounter Vitals

Most recent update: 8/14/2024 2:53 PM by Janeen Bell, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 85 | 97 °F (36.1 °C) (Oral) | 18 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 224 lb 3.2 oz (101.7 kg) | 94% | 30.53 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

**Addendum Note**

**Justine Y Bruce, MD at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/15/24 1507 | Encounter Date: 8/14/2024 | Creation Time: 08/15/24 1507 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

Addended by: BRUCE, JUSTINE on: 8/15/2024 03:07 PM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/15/24 1507

**Justine Y Bruce, MD at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/22/24 1008 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

Addended by: BRUCE, JUSTINE on: 8/22/2024 10:08 AM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Progress Notes**

**Justine Y Bruce, MD at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/12/24 1237 |
| Status: Addendum | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1
**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (7/23/24) demonstrated stable disease, no new or worsening areas. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 18 pembrolizumab today and cycle 15 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in October to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast.
- I then discussed with Mr. Loper that the clinical trial allows for the use of prednisone for any potential immunotherapy mediated adverse events and he would still be able to be rechallenge with pembrolizumab. We discussed that his arthritis may be exacerbated by pembrolizumab and thus could benefit from a short course of prednisone. At this time, he would like to continue with treatment using pembrolizumab plus goserelin but may consider a chemotherapy holiday or a prednisone burst to determine if this would help with his arthritis.
- Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

with rheumatology on a regular basis given his long standing psoriasis as well.

**8/22/24 addendum:** We received approval by the sponsor for initiation of prednisone for his immune mediated arthritis from pembrolizumab with prednisone 10 mg x 7 days, then prednisone 5 mg daily thereafter. He would not need a pembrolizumab hold per the clinical trial protocol. I contacted Mr. Loper who is aware of this and is in agreement with this plan.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He is doing well without any significant complaints. He is anticipated to travel to Florida in October 2024 would like to be considered for possible chemotherapy holiday at that time. He reports that he continues to have neck stiffness and if he moves his head in a certain direction, he can experience some numbness and tingling in his bilateral fingertips lasting for only a few seconds. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan...pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23 |

| | |
|---|---|
| | • C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck. Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab<br>• 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin<br>• 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin<br>• 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024<br>• 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024 |

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| | • 08/14/2024 cycle 18 pembrolizumab, cycle 15 goserelin scheduled for<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |
| 7/23/2024 | **Imaging**<br>July 23, 2024 CT neck:1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.<br><br>July 23, 2024 CT chest: Stable chest CT with no evidence of new disease. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 85 | Temp 97 °F (36.1 °C) (Oral) | Resp 18 | Ht 1.825 m (5' 11.85") | Wt 101.7 kg (224 lb 3.2 oz) | SpO2 94% | BMI 30.53 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/14/24 | 101.7 kg (224 lb 3.2 oz) |
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
- General: He is not in acute distress.
- Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
- Head: Normocephalic.
- Mouth/Throat:
- Mouth: Mucous membranes are moist.
- Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
- General: No scleral icterus.
- Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
- Rate and Rhythm: Normal rate and regular rhythm.
- Pulses: Normal pulses.
- Heart sounds: Normal heart sounds. No murmur heard.

No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

**Recent Labs**

| Result | 08/14/24 1315 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 2,880 |
| Hemoglobin | 13.8 |
| Hematocrit | 40 |
| Platelet Count | 189 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 106 |
| BUN | 28 H |
| Creatinine | 1.47 H |
| Glucose | 98 |
| Calcium | 10.3 H |
| Albumin | 4.4 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | 57 H |
| ALT/SGPT | 47 |
| Alkaline Phosphatase | 73 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 30 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-915-0100

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Janeen Bell, MA at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Janeen Bell, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/14/24 1450 | Encounter Date: 8/14/2024 | Creation Time: 08/14/24 1407 |
| Status: Signed | Editor: Janeen Bell, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Tingling in both arms

**New or worsening symptoms**: see above

**Energy level**: fair

**Appetite**: fair

**VAD**: Port right right side

**Pain** (Scale 0 -10) Current: 3/10 neck

| | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM | 7/23/2024 2:36 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 125/85 | 137/91 | 116/80 |

Wt Readings from Last 3 Encounters:

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

***Submitted by:*** *Janeen Bell, MA - 8/14/2024 - 2:07 PM*

Electronically signed by Janeen Bell, MA at 08/14/24 1450

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | 10/30/1962 |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Holly M Lamers, RN at 7/23/2024 1600**

| | | |
|---|---|---|
| Author: Holly M Lamers, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/23/24 1556 | Date of Service: 07/23/24 1600 | Creation Time: 07/23/24 1555 |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Holly M Lamers, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/23/2024 for chemotherapy: cycle 17 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received 200 mg study pembrolizumab (UW19060) today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |

Electronically signed by Holly M Lamers, RN at 07/23/24 1556

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy
- Psoriasis
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for Per Clinical Trial.

**Level of Service**

OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN

**Log History**

LOS History
Additional EM Code History

### Encounter Vitals

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 7/23/2024 2:38 PM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 97.6 °F (36.4 °C) (Temporal) | 16 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 231 lb 11.2 oz (105.1 kg) | 97% | 31.56 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Michelle Floyd, C-MA at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 07/23/24 1434 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1431 |
| Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: no

**New or worsening symptoms**: headaches

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 0/10

| | 7/3/2024 9:29 AM | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/82 | 125/85 | 137/91 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/23/2024 - 2:31 PM*

Electronically signed by Michelle Floyd, C-MA at 07/23/24 1434

**Carissa M Dolens, APNP at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 07/23/24 1654 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1647 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**

Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:

Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest today (7/23/24) demonstrated stable disease , no new or worsening areas. Awaiting RECIST measurement per clinical tril Therefore, we recommended that he continue with treatment as part of the clinical trial.

He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.

- He meets criteria for cycle 17 pembrolizumab today and cycle 14 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.

- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit, has occ headaches as a result. Tylenol helps arthralgias and headaches. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain as well. Ointment for psoriasis helps decrease scaling, but redness and irritation stable.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

HENT: Positive for lump/mass. Negative for mouth sores, sore throat, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis patches, red**
Neurological: Positive for headaches (**occ from neck tightness it seems**). Negative for dizziness, extremity weakness, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>- 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| | Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**

May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**

**Vital Signs:**
BP 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.825 m (5' 11.85") | Wt 105.1 kg (231 lb 11.2 oz) | SpO2 97% | BMI 31.56 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

**Physical Exam**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 07/23/24 1154 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | 13.2 L |
| Hematocrit | 39 L |
| Platelet Count | 166 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 17 |
| Creatinine | 1.09 |
| Glucose | 112 H |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | 33 |
| ALT/SGPT | 37 |
| Alkaline Phosphatase | [illegible] |

Imaging:
CT NECK W IV CONTRAST

Result Date: 7/23/2024
IMPRESSION: 1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

CT CHEST W IV CONTRAST W/CAD

Result Date: 7/23/2024
Impression: Stable chest CT with no evidence of new disease..

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 23 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 07/23/24 1654

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [644952463] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance Study coordinator will call to schedule scans.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 7/23/2024 9:50 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sonderman, Tirzah | 07/23/2024 09:37 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 1317, Result status: Final result

Order status: Completed
Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO
Filed by: Interface, Results 07/23/24 1323
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY
Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Turner W Daines and arrived at this interpretation.

Electronically signed by: Dr. Tabassum Kennedy, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1241

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]**

Resulted: 07/23/24 1201, Result status: Preliminary result

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Interface, Results 07/23/24 1201
Accession number: UWHC29285163

Performed: 07/23/24 0944 - 07/23/24 0956
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Bones: No fractures or osseous lesions are detected.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed

Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285163

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO
Performed: 07/23/24 0944 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:41
Carissa M Dolens, APNP on 7/23/2024 16:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [644952462] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 7/23/2024 9:10 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 07/23/2024 09:42 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 1011, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Elizabeth A Sadowski, MD |
| Filed by: Interface, Results 07/23/24 1017 | Performed: 07/23/24 0940 - 07/23/24 0956 |
| Accession number: UWHC29285162 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Comparisons: May 1, 2024

Procedure: Non-contrast, axial images of the chest were obtained. 2-D reconstructed images, CAD and MIP images were performed.

Findings: No pneumothorax. No pleural or pericardial fluid. Heart is normal in size.

No new pulmonary nodules or masses. Stable appearance to lung parenchyma

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

No new or enlarging lymph nodes.

Electronically signed by: Dr. Elizabeth Sadowski, University of Wisconsin - Madison
Impression:
Impression: Stable chest CT with no evidence of new disease..
Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1224

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed
Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285162
Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1224
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:24
Carissa M Dolens, APNP on 7/23/2024 16:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/17/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

**ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/3/2023

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**
Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**
Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**
Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**
Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**
Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/17/2024 1000**

Author: Jasmine M Peterson, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 07/17/24 0958 — Date of Service: 07/17/24 1000 — Creation Time: 07/17/24 0954

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/17/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Jasmine M Peterson, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/17/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received SQ Zoladex UW 19060 3.6mg with 3mL 1% Lidocaine prior to injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/17/24 0958

Date: Wed Sep 25 15:30:37 CDT 2024
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: MVieth@hq-law.com
Message-ID: <279915409.8.1727296237212@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 25, 2024

HAWKS QUINDEL, S.C.
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear JESSA L VICTOR:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 09/19/2024.

We are in the process of reviewing Robert Loper's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

CC: Gundersen Health System
ATTN: Monica Wells
1900 South Ave
LA CROSSE, WI 54601

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Wed Sep 25 15:30:40 CDT 2024
From: Lisa Kurtz <Lisa.Kurtz@lfg.com>
To: mwells@gundersenhealth.org
Message-ID: <698949886.13.1727296240344@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Lisa Kurtz**
**Specialist, Appeals Claims**
The Lincoln National Life Insurance Company
8801 INDIAN HILLS DRIVE
Omaha, NE 68114-4066
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x 66442
Email: Lisa.Kurtz@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 25, 2024

HAWKS QUINDEL, S.C.
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear JESSA L VICTOR:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 09/19/2024.

We are in the process of reviewing Robert Loper's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Lisa K
800-423-2765 x 66442
Claim Resolution Specialist
Claim Resolution Services
The Lincoln National Life Insurance Company

CC: Gundersen Health System
ATTN: Monica Wells
1900 South Ave
LA CROSSE, WI 54601

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (402) 361-1460 |
| | |
| **From:** | Hadley Brouhard |
| **Company:** | |
| **Phone:** | (608) 960-4005 * 1847 |
| **Fax:** | 16089604005 |
| | |
| **Date:** | 09/18/2024 |
| **Pages including this cover sheet:** | 46 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

September 18, 2024

**SENT VIA U.S. MAIL, EMAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

Re: Claimant: Robert Loper
LTD Claim No.: 1230085140
Group Policy: 00001008256700000
Group Policyholder: Gundersen Health System

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 23, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024. By way of an email on May 29, 2024, LFG advised that it had determined "that the Pre-Existing look-back dates utilized during the claim review were incorrect" and thus would be withdrawing Mr. Loper's appeal. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr. Loper in his May 16, 2024 appeal letter.

On July 15, 2024 Mr. Loper submitted another appeal of LFG's denial of his claim. In connection with LFG's review of this appeal, LFG obtained a peer review report from Dr. Judy Schmidt, MD. While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition."

On August 19, 2024, Mr. Loper responded to that evidence again explained that courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not

definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**. Mr. Loper explained that the medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. **Accordingly, Mr. Loper explained that Dr. Schmidt's report did not address the pivotal issue in this case.** Mr. Loper also provided full copies of selected relevant court opinions addressing this topic.

Despite this submission, LFG remained unwilling to consider Mr. Loper's legal arguments and issued a denial on August 23, 2024, noting, "The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review."

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation.[2] Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, his second appeal, and his response to Dr. Schimdt's report, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by**

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments and his appeal letter dated July 15, 2024 and all associated attachments.

[2] Updated medical records from UW for the time frame of 7/17/2024 – 8/14/2024 are attached as **Exhibit A**.

**<u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998). There must be some connection between the treatment or advice received and the sickness and there a patient only exhibits "non-specific symptoms and neither the patient nor the physician has a particular concern in mind…it is awkward at best to suggest that the patient sought or received treatment for the disease." *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted). In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, **<u>and no provider suspected there was a more sinister condition causing his symptoms.</u>** This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. **<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

LFG's failure to consider the relevant legal standard at play makes it denials of Mr. Loper's claim unreasonable. On review of this appeal, LFG must consider the medical evidence **under the proper legal framework**, or its decision will not be upheld by a court. *See Bradshaw v. Reliance Std. Life Ins. Co.*, No. 16-11125, 2017 U.S. App. LEXIS 16779, at *14 (11th Cir. Aug. 31, 2017) ("[A] ruling based on an erroneous view of the law necessarily is arbitrary and capricious.")

## III. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

[3] Upon approval of this claim, benefit checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and mailed directly to our office.

01081722

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

01081722

# 08/14/2024 - Procedure in UWH INFUSION CENTER

## Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

## Reason for Visit

### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

## Visit Information

### Provider Information

**Referring Provider**

Justine Y Bruce, MD

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

## Medication List

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**
Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**
Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**
Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**
Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**
None

**Inpatient Progress Notes**

**Progress Notes**

**Susan D Walters, RN at 8/14/2024 1600**

| | | |
|---|---|---|
| Author: Susan D Walters, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 08/14/24 1714 | Date of Service: 08/14/24 1600 | Creation Time: 08/14/24 1637 |
| Status: Signed | Editor: Susan D Walters, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/14/2024 for chemotherapy: Cycle 18 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab 200 mg today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Zoladex 3.6 mg today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications. 5 ml 1% Lidocaine sub q administered just prior to zoladex injection.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/4/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/4/2024 | 9:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/4/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 9/11/2024 | 9:30 AM | UWINF CHAIR 1 | UWHINFUS | MADISON 33 |
| 9/25/2024 | 10:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/25/2024 | 11:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/25/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/9/2024 | 11:30 AM | UWINF CHAIR 5 | UWHINFUS | MADISON 33 |
| 10/15/2024 | 10:50 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 11:30 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/15/2024 | 3:00 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

| | | | | |
|---|---|---|---|---|
| 10/15/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |

Electronically signed by Susan D Walters, RN at 08/14/24 1714

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |
| **Log History** |
| Additional EM Code History |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/14/2024 2:53 PM by Janeen Bell, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 85 | 97 °F (36.1 °C) (Oral) | 18 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 224 lb 3.2 oz (101.7 kg) | 94% | 30.53 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

**Addendum Note**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician
Filed: 08/15/24 1507 | Encounter Date: 8/14/2024 | Creation Time: 08/15/24 1507
Status: Signed | Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/15/2024 03:07 PM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/15/24 1507

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician
Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/22/24 1008
Status: Signed | Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/22/2024 10:08 AM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Progress Notes**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician
Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/12/24 1237
Status: Addendum | Editor: Justine Y Bruce, MD (Physician)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

**ECOG Performance Status:** 1
**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (7/23/24) demonstrated stable disease, no new or worsening areas. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 18 pembrolizumab today and cycle 15 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in October to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast.
- I then discussed with Mr. Loper that the clinical trial allows for the use of prednisone for any potential immunotherapy mediated adverse events and he would still be able to be rechallenge with pembrolizumab. We discussed that his arthritis may be exacerbated by pembrolizumab and thus could benefit from a short course of prednisone. At this time, he would like to continue with treatment using pembrolizumab plus goserelin but may consider a chemotherapy holiday or a prednisone burst to determine if this would help with his arthritis.
- Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up

with rheumatology on a regular basis given his long standing psoriasis as well.

**8/22/24 addendum:** We received approval by the sponsor for initiation of prednisone for his immune mediated arthritis from pembrolizumab with prednisone 10 mg x 7 days, then prednisone 5 mg daily thereafter. He would not need a pembrolizumab hold per the clinical trial protocol. I contacted Mr. Loper who is aware of this and is in agreement with this plan.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He is doing well without any significant complaints. He is anticipated to travel to Florida in October 2024 would like to be considered for possible chemotherapy holiday at that time. He reports that he continues to have neck stiffness and if he moves his head in a certain direction, he can experience some numbness and tingling in his bilateral fingertips lasting for only a few seconds. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23 |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| | • C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab<br>• 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin<br>• 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin<br>• 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024<br>• 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024 |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

- 08/14/2024 cycle 18 pembrolizumab, cycle 15 goserelin scheduled for

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

| | |
|---|---|
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |
| 7/23/2024 | **Imaging**<br>July 23, 2024 CT neck:1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.<br><br>July 23, 2024 CT chest: Stable chest CT with no evidence of new disease. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 85 | Temp 97 °F (36.1 °C) (Oral) | Resp 18 | Ht 1.825 m (5' 11.85") | Wt 101.7 kg (224 lb 3.2 oz) | SpO2 94% | BMI 30.53 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/14/24 | 101.7 kg (224 lb 3.2 oz) |
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.

No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 08/14/24 1315 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 2,880 |
| Hemoglobin | 13.8 |
| Hematocrit | 40 |
| Platelet Count | 189 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 106 |
| BUN | 28 H |
| Creatinine | 1.47 H |
| Glucose | 98 |
| Calcium | 10.3 H |
| Albumin | 4.4 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | 57 H |
| ALT/SGPT | 47 |
| Alkaline Phosphatase | 73 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 30 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-915-0100

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Janeen Bell, MA at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Janeen Bell, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/14/24 1450 | Encounter Date: 8/14/2024 | Creation Time: 08/14/24 1407 |
| Status: Signed | Editor: Janeen Bell, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Tingling in both arms

**New or worsening symptoms**: see above

**Energy level**: fair

**Appetite**: fair

**VAD**: Port right right side

**Pain** (Scale 0 -10) Current: 3/10 neck

| | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM | 7/23/2024 2:36 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 125/85 | 137/91 | 116/80 |

**Wt Readings from Last 3 Encounters:**
07/23/24 105.1 kg (231 lb 11.2 oz)
07/03/24 103.6 kg (228 lb 8 oz)
06/12/24 106.1 kg (234 lb)

***Submitted by:*** *Janeen Bell, MA - 8/14/2024 - 2:07 PM*

Electronically signed by Janeen Bell, MA at 08/14/24 1450

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| | | | |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

**ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**
Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**
Instructions: Apply as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**
Instructions: as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 6/1/2023    Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**
Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**
Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 12/13/2022    Action: Patient not taking

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**
Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD    Ordered on: 8/23/2023
Start date: 8/23/2023    Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**
Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA    Entered on: 5/1/2024
Start date: 5/23/2024    Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**
Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA    Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**
Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA    Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**
Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA    Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**
None

**Inpatient Progress Notes**

**Progress Notes**

**Holly M Lamers, RN at 7/23/2024 1600**
Author: Holly M Lamers, RN    Service: Infusion    Author Type: Registered Nurse
Filed: 07/23/24 1556    Date of Service: 07/23/24 1600    Creation Time: 07/23/24 1555

**07/23/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Holly M Lamers, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/23/2024 for chemotherapy: cycle 17 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received 200 mg study pembrolizumab (UW19060) today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |

Electronically signed by Holly M Lamers, RN at 07/23/24 1556

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy
- Psoriasis
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for Per Clinical Trial.

**Level of Service**

OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN

**Log History**

LOS History
Additional EM Code History

### Encounter Vitals

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 7/23/2024 2:38 PM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 97.6 °F (36.4 °C) (Temporal) | 16 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 231 lb 11.2 oz (105.1 kg) | 97% | 31.56 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Michelle Floyd, C-MA at 7/23/2024 1445**

Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA
Filed: 07/23/24 1434 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1431
Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: no

**New or worsening symptoms**: headaches

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 0/10

| | 7/3/2024 9:29 AM | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/82 | 125/85 | 137/91 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/23/2024 - 2:31 PM*

Electronically signed by Michelle Floyd, C-MA at 07/23/24 1434

**Carissa M Dolens, APNP at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 07/23/24 1654 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1647 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest today (7/23/24) demonstrated stable disease , no new or worsening areas. Awaiting RECIST measurement per clinical tril Therefore, we recommended that he continue with treatment as part of the clinical trial.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.

- He meets criteria for cycle 17 pembrolizumab today and cycle 14 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.

- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

Interval History / ROS
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit, has occ headaches as a result. Tylenol helps arthralgias and headaches. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain as well. Ointment for psoriasis helps decrease scaling, but redness and irritation stable.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

HENT: Positive for lump/mass. Negative for mouth sores, sore throat, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis patches, red**
Neurological: Positive for headaches (**occ from neck tightness it seems**). Negative for dizziness, extremity weakness, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y |

| | |
|---|---|
| | Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**

May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**

**Vital Signs:**
BP 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.825 m (5' 11.85") | Wt 105.1 kg (231 lb 11.2 oz) | SpO2 97% | BMI 31.56 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

**Physical Exam**

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 07/23/24 1154 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | 13.2 L |
| Hematocrit | 39 L |
| Platelet Count | 166 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 17 |
| Creatinine | 1.09 |
| Glucose | 112 H |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | 33 |
| ALT/SGPT | 37 |
| Alkaline Phosphatase | [illegible] |

Imaging:
CT NECK W IV CONTRAST

Result Date: 7/23/2024
IMPRESSION: 1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

CT CHEST W IV CONTRAST W/CAD

Result Date: 7/23/2024
Impression: Stable chest CT with no evidence of new disease..

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 23 minutes.**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 07/23/24 1654

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [644952463] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging required at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance Study coordinator will call to schedule scans.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

Patient Name: Loper, Robert J — MRN: 54930811
Date of Birth: — Home Phone:
Legal Sex: Male — Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 7/23/2024 9:50 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sonderman,Tirzah | 07/23/2024 09:37 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [644952463]** — Resulted: 07/23/24 1317, Result status: Final result

Order status: Completed
Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO
Filed by: Interface, Results 07/23/24 1323
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY
Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)**

**Imaging (continued)**

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs,. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Turner W Daines and arrived at this interpretation.

Electronically signed by: Dr. Tabassum Kennedy, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1542
Brittany L Weisensel, RN on 07/24/24 1241

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]**

Resulted: 07/23/24 1201, Result status: Preliminary result

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Interface, Results 07/23/24 1201
Accession number: UWHC29285163

Performed: 07/23/24 0944 - 07/23/24 0956
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Bones: No fractures or osseous lesions are detected.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Brooke K Peters, RTT 07/23/24 0944
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:41
Carissa M Dolens, APNP on 7/23/2024 16:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [644952462] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: imaging required at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 7/23/2024 9:10 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 07/23/2024 09:42 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 1011, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Elizabeth A Sadowski, MD |
| Filed by: Interface, Results 07/23/24 1017 | Performed: 07/23/24 0940 - 07/23/24 0956 |
| Accession number: UWHC29285162 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Comparisons: May 1, 2024

Procedure: Non-contrast, axial images of the chest were obtained. 2-D reconstructed images, CAD and MIP images were performed.

Findings: No pneumothorax. No pleural or pericardial fluid. Heart is normal in size.

No new pulmonary nodules or masses. Stable appearance to lung parenchyma

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

No new or enlarging lymph nodes.

Electronically signed by: Dr. Elizabeth Sadowski, University of Wisconsin - Madison
Impression:
Impression: Stable chest CT with no evidence of new disease..
Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1224

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed
Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285162

Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1224
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:24
Carissa M Dolens, APNP on 7/23/2024 16:42

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 07/17/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/3/2023

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/1/2023 Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 12/13/2022 Action: Patient not taking

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**
Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**
Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**
Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**
Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**
Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/17/2024 1000**

| | | |
|---|---|---|
| Author: Jasmine M Peterson, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/17/24 0958 | Date of Service: 07/17/24 1000 | Creation Time: 07/17/24 0954 |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/17/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Jasmine M Peterson, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/17/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration:** n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received SQ Zoladex UW 19060 3.6mg with 3mL 1% Lidocaine prior to injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/17/24 0958

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

September 18, 2024

**SENT VIA U.S. MAIL, EMAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 23, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024. By way of an email on May 29, 2024, LFG advised that it had determined "that the Pre-Existing look-back dates utilized during the claim review were incorrect" and thus would be withdrawing Mr. Loper's appeal. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr. Loper in his May 16, 2024 appeal letter.

On July 15, 2024 Mr. Loper submitted another appeal of LFG's denial of his claim. In connection with LFG's review of this appeal, LFG obtained a peer review report from Dr. Judy Schmidt, MD. While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition."

On August 19, 2024, Mr. Loper responded to that evidence again explained that courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not

definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**. Mr. Loper explained that the medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. **Accordingly, Mr. Loper explained that Dr. Schmidt's report did not address the pivotal issue in this case.** Mr. Loper also provided full copies of selected relevant court opinions addressing this topic.

Despite this submission, LFG remained unwilling to consider Mr. Loper's legal arguments and issued a denial on August 23, 2024, noting, "The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review."

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation.[2] Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, his second appeal, and his response to Dr. Schimdt's report, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by**

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments and his appeal letter dated July 15, 2024 and all associated attachments.

[2] Updated medical records from UW for the time frame of 7/17/2024 – 8/14/2024 are attached as **Exhibit A**.

**<u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998). There must be some connection between the treatment or advice received and the sickness and there a patient only exhibits "non-specific symptoms and neither the patient nor the physician has a particular concern in mind…it is awkward at best to suggest that the patient sought or received treatment for the disease." *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted). In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, **<u>and no provider suspected there was a more sinister condition causing his symptoms.</u>** This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. **<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

LFG's failure to consider the relevant legal standard at play makes it denials of Mr. Loper's claim unreasonable. On review of this appeal, LFG must consider the medical evidence **under the proper legal framework**, or its decision will not be upheld by a court. *See Bradshaw v. Reliance Std. Life Ins. Co.*, No. 16-11125, 2017 U.S. App. LEXIS 16779, at *14 (11th Cir. Aug. 31, 2017) ("[A] ruling based on an erroneous view of the law necessarily is arbitrary and capricious.")

## III. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

[3] Upon approval of this claim, benefit checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and mailed directly to our office.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

01081722

## 08/14/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**
Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**
Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**
Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**
Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**
Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**
Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**
Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**
Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**
Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**
None

**Inpatient Progress Notes**

**Progress Notes**

**Susan D Walters, RN at 8/14/2024 1600**

| | | |
|---|---|---|
| Author: Susan D Walters, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 08/14/24 1714 | Date of Service: 08/14/24 1600 | Creation Time: 08/14/24 1637 |
| Status: Signed | Editor: Susan D Walters, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/14/2024 for chemotherapy: Cycle 18 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab 200 mg today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Zoladex 3.6 mg today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications. 5 ml 1% Lidocaine sub q administered just prior to zoladex injection.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/4/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/4/2024 | 9:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/4/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 9/11/2024 | 9:30 AM | UWINF CHAIR 1 | UWHINFUS | MADISON 33 |
| 9/25/2024 | 10:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/25/2024 | 11:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/25/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/9/2024 | 11:30 AM | UWINF CHAIR 5 | UWHINFUS | MADISON 33 |
| 10/15/2024 | 10:50 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 11:30 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/15/2024 | 3:00 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

| | | | | |
|---|---|---|---|---|
| 10/15/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |

Electronically signed by Susan D Walters, RN at 08/14/24 1714

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |
| **Log History** |
| Additional EM Code History |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/14/2024 2:53 PM by Janeen Bell, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 85 | 97 °F (36.1 °C) (Oral) | 18 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 224 lb 3.2 oz (101.7 kg) | 94% | 30.53 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

**Addendum Note**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Service: Oncology
Author Type: Physician
Filed: 08/15/24 1507
Encounter Date: 8/14/2024
Creation Time: 08/15/24 1507
Status: Signed
Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/15/2024 03:07 PM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/15/24 1507

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Service: Oncology
Author Type: Physician
Filed: 08/22/24 1008
Encounter Date: 8/14/2024
Creation Time: 08/22/24 1008
Status: Signed
Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/22/2024 10:08 AM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Progress Notes**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Service: Oncology
Author Type: Physician
Filed: 08/22/24 1008
Encounter Date: 8/14/2024
Creation Time: 08/12/24 1237
Status: Addendum
Editor: Justine Y Bruce, MD (Physician)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**



**ECOG Performance Status:** 1
**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (7/23/24) demonstrated stable disease, no new or worsening areas. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 18 pembrolizumab today and cycle 15 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in October to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast.
- I then discussed with Mr. Loper that the clinical trial allows for the use of prednisone for any potential immunotherapy mediated adverse events and he would still be able to be rechallenge with pembrolizumab. We discussed that his arthritis may be exacerbated by pembrolizumab and thus could benefit from a short course of prednisone. At this time, he would like to continue with treatment using pembrolizumab plus goserelin but may consider a chemotherapy holiday or a prednisone burst to determine if this would help with his arthritis.
- Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up

with rheumatology on a regular basis given his long standing psoriasis as well.

**8/22/24 addendum:** We received approval by the sponsor for initiation of prednisone for his immune mediated arthritis from pembrolizumab with prednisone 10 mg x 7 days, then prednisone 5 mg daily thereafter. He would not need a pembrolizumab hold per the clinical trial protocol. I contacted Mr. Loper who is aware of this and is in agreement with this plan.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He is doing well without any significant complaints. He is anticipated to travel to Florida in October 2024 would like to be considered for possible chemotherapy holiday at that time. He reports that he continues to have neck stiffness and if he moves his head in a certain direction, he can experience some numbness and tingling in his bilateral fingertips lasting for only a few seconds. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

10/26/2022 **Initial Diagnosis**
Salivary duct carcinoma
- 2021, initially noted swelling in the left submandibular region
- August 2022 increased swelling and cellulitis of the left submandibular region

11/17/2022 **Biopsy/Pathology**
11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

11/17/2022 **Cancer Staging**
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023
Stage prefix: Initial diagnosis

11/29/2022 **Biopsy/Pathology**
11/29/2022 left axillary lymph node biopsy: Metastatic disease

12/12/2022 **Tumor Genomics**
Blood/Plasma
Tempus
**No alterations**
**MS-Stable**

January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options.

12/14/2022 - 4/7/2023 **Chemotherapy**

Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):

- C1D1: 12/14/22
- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23

- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**



- 08/14/2024 cycle 18 pembrolizumab, cycle 15 goserelin scheduled for

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

| | |
|---|---|
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |
| 7/23/2024 | **Imaging**<br>July 23, 2024 CT neck:1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.<br><br>July 23, 2024 CT chest: Stable chest CT with no evidence of new disease. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 85 | Temp 97 °F (36.1 °C) (Oral) | Resp 18 | Ht 1.825 m (5' 11.85") | Wt 101.7 kg (224 lb 3.2 oz) | SpO2 94% | BMI 30.53 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/14/24 | 101.7 kg (224 lb 3.2 oz) |
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |

**<u>Physical Exam</u>**
Vitals and nursing note reviewed.
<u>Constitutional</u>:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
<u>HENT</u>:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
<u>Eyes</u>:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
<u>Cardiovascular</u>:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

**Recent Labs**

| Result | 08/14/24 1315 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 2,880 |
| Hemoglobin | 13.8 |
| Hematocrit | 40 |
| Platelet Count | 189 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 106 |
| BUN | 28 H |
| Creatinine | 1.47 H |
| Glucose | 98 |
| Calcium | 10.3 H |
| Albumin | 4.4 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | 57 H |
| ALT/SGPT | 47 |
| Alkaline Phosphatase | 73 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 30 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-915-0100

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Janeen Bell, MA at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Janeen Bell, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/14/24 1450 | Encounter Date: 8/14/2024 | Creation Time: 08/14/24 1407 |
| Status: Signed | Editor: Janeen Bell, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Tingling in both arms

**New or worsening symptoms**: see above

**Energy level**: fair

**Appetite**: fair

**VAD**: Port right right side

**Pain** (Scale 0 -10) Current: 3/10 neck

| | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM | 7/23/2024 2:36 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 125/85 | 137/91 | 116/80 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

***Submitted by:*** *Janeen Bell, MA - 8/14/2024 - 2:07 PM*

Electronically signed by Janeen Bell, MA at 08/14/24 1450

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

Robert J Loper 3859676 M

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Carissa M Dolens, APNP

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Holly M Lamers, RN at 7/23/2024 1600**

Author: Holly M Lamers, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 07/23/24 1556 — Date of Service: 07/23/24 1600 — Creation Time: 07/23/24 1555

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Holly M Lamers, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/23/2024 for chemotherapy: cycle 17 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received 200 mg study pembrolizumab (UW19060) today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |

Electronically signed by Holly M Lamers, RN at 07/23/24 1556

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy
- Psoriasis
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for Per Clinical Trial.

**Level of Service**

**Level of Service**
OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN

**Log History**
LOS History
Additional EM Code History

### Encounter Vitals

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 7/23/2024 2:38 PM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 97.6 °F (36.4 °C) (Temporal) | 16 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 231 lb 11.2 oz (105.1 kg) | 97% | 31.56 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Michelle Floyd, C-MA at 7/23/2024 1445**

Author: Michelle Floyd, C-MA Service: Oncology Author Type: Certified-MA
Filed: 07/23/24 1434 Encounter Date: 7/23/2024 Creation Time: 07/23/24 1431
Status: Signed Editor: Michelle Floyd, C-MA (Certified-MA)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: no

**New or worsening symptoms**: headaches

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 0/10

| | 7/3/2024 9:29 AM | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/82 | 125/85 | 137/91 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/23/2024 - 2:31 PM*

Electronically signed by Michelle Floyd, C-MA at 07/23/24 1434

**Carissa M Dolens, APNP at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 07/23/24 1654 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1647 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**

Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest today (7/23/24) demonstrated stable disease , no new or worsening areas. Awaiting RECIST measurement per clinical tril Therefore, we recommended that he continue with treatment as part of the clinical trial.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.

- He meets criteria for cycle 17 pembrolizumab today and cycle 14 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.

- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit, has occ headaches as a result. Tylenol helps arthralgias and headaches. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain as well. Ointment for psoriasis helps decrease scaling, but redness and irritation stable.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

HENT: Positive for lump/mass. Negative for mouth sores, sore throat, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis patches, red**
Neurological: Positive for headaches (**occ from neck tightness it seems**). Negative for dizziness, extremity weakness, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y |

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| | Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>- PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**

May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**

**Vital Signs:**

BP 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.825 m (5' 11.85") | Wt 105.1 kg (231 lb 11.2 oz) | SpO2 97% | BMI 31.56 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

**Physical Exam**

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

**07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 07/23/24 1154 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | 13.2 L |
| Hematocrit | 39 L |
| Platelet Count | 166 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 17 |
| Creatinine | 1.09 |
| Glucose | 112 H |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | 33 |
| ALT/SGPT | 37 |
| Alkaline Phosphatase | [illegible] |

Imaging:
CT NECK W IV CONTRAST

Result Date: 7/23/2024
IMPRESSION: 1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

CT CHEST W IV CONTRAST W/CAD

Result Date: 7/23/2024
Impression: Stable chest CT with no evidence of new disease..

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 23 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 07/23/24 1654

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [644952463] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance Study coordinator will call to schedule scans.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 7/23/2024 9:50 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sonderman,Tirzah | 07/23/2024 09:37 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 1317, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by:<br>Tabassum A Kennedy, MD<br>Turner Daines, DO |
| Filed by: Interface, Results 07/23/24 1323 | Performed: 07/23/24 0944 - 07/23/24 0956 |
| Accession number: UWHC29285163 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Turner W Daines and arrived at this interpretation.

Electronically signed by: Dr. Tabassum Kennedy, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1542
Brittany L Weisensel, RN on 07/24/24 1241

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 1201, Result status: Preliminary result

Order status: Completed
Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO
Filed by: Interface, Results 07/23/24 1201
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY
Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Bones: No fractures or osseous lesions are detected.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Brooke K Peters, RTT 07/23/24 0944
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:41
Carissa M Dolens, APNP on 7/23/2024 16:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [644952462] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD , 608-265-1700 265-7000 x4339 | 7/23/2024 9:10 AM CT 2 OSP 1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 07/23/2024 09:42 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 1011, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Elizabeth A Sadowski, MD |
| Filed by: Interface, Results 07/23/24 1017 | Performed: 07/23/24 0940 - 07/23/24 0956 |
| Accession number: UWHC29285162 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Comparisons: May 1, 2024

Procedure: Non-contrast, axial images of the chest were obtained. 2-D reconstructed images, CAD and MIP images were performed.

Findings: No pneumothorax. No pleural or pericardial fluid. Heart is normal in size.

No new pulmonary nodules or masses. Stable appearance to lung parenchyma

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

No new or enlarging lymph nodes.

Electronically signed by: Dr. Elizabeth Sadowski, University of Wisconsin - Madison
Impression:
Impression: Stable chest CT with no evidence of new disease..
Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1224

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed
Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285162

Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1224
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:24
Carissa M Dolens, APNP on 7/23/2024 16:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/17/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/3/2023

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/17/2024 1000**

Author: Jasmine M Peterson, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 07/17/24 0958 — Date of Service: 07/17/24 1000 — Creation Time: 07/17/24 0954

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Inpatient Progress Notes (continued)**

Status: Signed Editor: Jasmine M Peterson, RN (Registered Nurse)

### UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/17/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration:** n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received SQ Zoladex UW 19060 3.6mg with 3mL 1% Lidocaine prior to injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/17/24 0958

## 08/14/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Susan D Walters, RN at 8/14/2024 1600**

| | | |
|---|---|---|
| Author: Susan D Walters, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 08/14/24 1714 | Date of Service: 08/14/24 1600 | Creation Time: 08/14/24 1637 |
| Status: Signed | Editor: Susan D Walters, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/14/2024 for chemotherapy: Cycle 18 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab 200 mg today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Zoladex 3.6 mg today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications. 5 ml 1% Lidocaine sub q administered just prior to zoladex injection.

***Education:***

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/4/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/4/2024 | 9:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/4/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 9/11/2024 | 9:30 AM | UWINF CHAIR 1 | UWHINFUS | MADISON 33 |
| 9/25/2024 | 10:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/25/2024 | 11:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/25/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/9/2024 | 11:30 AM | UWINF CHAIR 5 | UWHINFUS | MADISON 33 |
| 10/15/2024 | 10:50 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 11:30 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/15/2024 | 3:00 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |

| | | | | |
|---|---|---|---|---|
| 10/15/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |

Electronically signed by Susan D Walters, RN at 08/14/24 1714

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN |
| **Log History** |
| Additional EM Code History |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/14/2024 2:53 PM by Janeen Bell, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 85 | 97 °F (36.1 °C) (Oral) | 18 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 224 lb 3.2 oz (101.7 kg) | 94% | 30.53 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

| | | | |
|---|---|---|---|
| 3/10 Number Scale | Neck | None | None |

**Clinical Notes**

**Addendum Note**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Service: Oncology
Author Type: Physician
Filed: 08/15/24 1507
Encounter Date: 8/14/2024
Creation Time: 08/15/24 1507
Status: Signed
Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/15/2024 03:07 PM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/15/24 1507

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Service: Oncology
Author Type: Physician
Filed: 08/22/24 1008
Encounter Date: 8/14/2024
Creation Time: 08/22/24 1008
Status: Signed
Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/22/2024 10:08 AM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Progress Notes**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD
Service: Oncology
Author Type: Physician
Filed: 08/22/24 1008
Encounter Date: 8/14/2024
Creation Time: 08/12/24 1237
Status: Addendum
Editor: Justine Y Bruce, MD (Physician)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status: 1**

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (7/23/24) demonstrated stable disease, no new or worsening areas. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.

- He meets criteria for cycle 18 pembrolizumab today and cycle 15 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in October to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.

- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast.
- I then discussed with Mr. Loper that the clinical trial allows for the use of prednisone for any potential immunotherapy mediated adverse events and he would still be able to be rechallenge with pembrolizumab. We discussed that his arthritis may be exacerbated by pembrolizumab and thus could benefit from a short course of prednisone. At this time, he would like to continue with treatment using pembrolizumab plus goserelin but may consider a chemotherapy holiday or a prednisone burst to determine if this would help with his arthritis.
- Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up

with rheumatology on a regular basis given his long standing psoriasis as well.

**8/22/24 addendum:** We received approval by the sponsor for initiation of prednisone for his immune mediated arthritis from pembrolizumab with prednisone 10 mg x 7 days, then prednisone 5 mg daily thereafter. He would not need a pembrolizumab hold per the clinical trial protocol. I contacted Mr. Loper who is aware of this and is in agreement with this plan.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He is doing well without any significant complaints. He is anticipated to travel to Florida in October 2024 would like to be considered for possible chemotherapy holiday at that time. He reports that he continues to have neck stiffness and if he moves his head in a certain direction, he can experience some numbness and tingling in his bilateral fingertips lasting for only a few seconds. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23—Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23 |

- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

- 08/14/2024 cycle 18 pembrolizumab, cycle 15 goserelin scheduled for
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**
May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

7/23/2024 **Imaging**
July 23, 2024 CT neck:1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

July 23, 2024 CT chest: Stable chest CT with no evidence of new disease.

**Objective (Exam/Results)**
**Vital Signs:**
BP 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 85 | Temp 97 °F (36.1 °C) (Oral) | Resp 18 | Ht 1.825 m (5' 11.85") | Wt 101.7 kg (224 lb 3.2 oz) | SpO2 94% | BMI 30.53 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/14/24 | 101.7 kg (224 lb 3.2 oz) |
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.

No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 08/14/24 1315 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 2,880 |
| Hemoglobin | 13.8 |
| Hematocrit | 40 |
| Platelet Count | 189 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 106 |
| BUN | **28 H** |
| Creatinine | **1.47 H** |
| Glucose | 98 |
| Calcium | **10.3 H** |
| Albumin | 4.4 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | **57 H** |
| ALT/SGPT | 47 |
| Alkaline Phosphatase | 73 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 30 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only):** 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use):** 608-915-0100

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Janeen Bell, MA at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Janeen Bell, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/14/24 1450 | Encounter Date: 8/14/2024 | Creation Time: 08/14/24 1407 |
| Status: Signed | Editor: Janeen Bell, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

**Medications reviewed to reflect current knowledge of medications.**
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

**Patient reports the following:**

**Questions/Concerns:** Tingling in both arms

**New or worsening symptoms**: see above

**Energy level:** fair

**Appetite:** fair

**VAD**: Port right right side

**Pain** (Scale 0 -10) Current: 3/10 neck

| | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM | 7/23/2024 2:36 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 125/85 | 137/91 | 116/80 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

***Submitted by:*** *Janeen Bell, MA - 8/14/2024 - 2:07 PM*

Electronically signed by Janeen Bell, MA at 08/14/24 1450

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Carissa M Dolens, APNP

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**07/23/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Holly M Lamers, RN at 7/23/2024 1600**

Author: Holly M Lamers, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 07/23/24 1556 — Date of Service: 07/23/24 1600 — Creation Time: 07/23/24 1555

Status: **Signed** Editor: **Holly M Lamers, RN (Registered Nurse)**

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/23/2024 for chemotherapy: cycle 17 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received 200 mg study pembrolizumab (UW19060) today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |

Electronically signed by Holly M Lamers, RN at 07/23/24 1556

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy
- Psoriasis
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for Per Clinical Trial.

**Level of Service**

| Level of Service |
|---|
| OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN |
| **Log History** |
| LOS History |
| Additional EM Code History |

### Encounter Vitals

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 7/23/2024 2:38 PM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 97.6 °F (36.4 °C) (Temporal) | 16 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 231 lb 11.2 oz (105.1 kg) | 97% | 31.56 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Michelle Floyd, C-MA at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 07/23/24 1434 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1431 |
| Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: no

**New or worsening symptoms**: headaches

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 0/10

| | 7/3/2024 9:29 AM | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/82 | 125/85 | 137/91 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/23/2024 - 2:31 PM*

Electronically signed by Michelle Floyd, C-MA at 07/23/24 1434

**Carissa M Dolens, APNP at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 07/23/24 1654 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1647 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest today (7/23/24) demonstrated stable disease , no new or worsening areas. Awaiting RECIST measurement per clinical tril Therefore, we recommended that he continue with treatment as part of the clinical trial.

He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.

- He meets criteria for cycle 17 pembrolizumab today and cycle 14 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.

- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history**: He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit, has occ headaches as a result. Tylenol helps arthralgias and headaches. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain as well. Ointment for psoriasis helps decrease scaling, but redness and irritation stable.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.

HENT: Positive for lump/mass. Negative for mouth sores, sore throat, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis patches, red**
Neurological: Positive for headaches **(occ from neck tightness it seems)**. Negative for dizziness, extremity weakness, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y |

Bruce, MD on 7/19/2023
Stage prefix: Initial diagnosis

11/29/2022 **Biopsy/Pathology**
11/29/2022 left axillary lymph node biopsy: Metastatic disease

12/12/2022 **Tumor Genomics**
Blood/Plasma
Tempus
**No alterations**
**MS-Stable**

January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options.

12/14/2022 - 4/7/2023 **Chemotherapy**

Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):

- C1D1: 12/14/22
- C2D1: 1/3/23
- C3D1: 1/24/23–Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**

May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**

**Vital Signs:**
BP 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.825 m (5' 11.85") | Wt 105.1 kg (231 lb 11.2 oz) | SpO2 97% | BMI 31.56 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

**Physical Exam**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 07/23/24 1154 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | **13.2 L** |
| Hematocrit | **39 L** |
| Platelet Count | 166 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 17 |
| Creatinine | 1.09 |
| Glucose | **112 H** |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | 33 |
| ALT/SGPT | 37 |
| Alkaline Phosphatase | 78 |

Imaging:
CT NECK W IV CONTRAST

Result Date: 7/23/2024
IMPRESSION: 1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

CT CHEST W IV CONTRAST W/CAD

Result Date: 7/23/2024
Impression: Stable chest CT with no evidence of new disease..

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 23 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only):** 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use):** 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 07/23/24 1654

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

**Visit Information**

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

**Imaging**

**CT**

**CT NECK W IV CONTRAST [644952463] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance Study coordinator will call to schedule scans.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 7/23/2024 9:50 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sonderman,Tirzah | 07/23/2024 09:37 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 1317, Result status: Final result

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Interface, Results 07/23/24 1323
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Turner W Daines and arrived at this interpretation.

Electronically signed by: Dr. Tabassum Kennedy, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1241

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]**

Resulted: 07/23/24 1201, Result status: Preliminary result

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Interface, Results 07/23/24 1201
Accession number: UWHC28285163

Performed: 07/23/24 0944 - 07/23/24 0956
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285163

Performed: 07/23/24 0944 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:41
Carissa M Dolens, APNP on 7/23/2024 16:42

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [644952462] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: [redacted] |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 7/23/2024 9:10 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 07/23/2024 09:42 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 1011, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Elizabeth A Sadowski, MD |
| Filed by: Interface, Results 07/23/24 1017 | Performed: 07/23/24 0940 - 07/23/24 0956 |
| Accession number: UWHC29285162 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Comparisons: May 1, 2024

Procedure: Non-contrast, axial images of the chest were obtained. 2-D reconstructed images, CAD and MIP images were performed.

Findings: No pneumothorax. No pleural or pericardial fluid. Heart is normal in size.

No new pulmonary nodules or masses. Stable appearance to lung parenchyma

**07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)**

**Imaging (continued)**

No new or enlarging lymph nodes.

Electronically signed by: Dr. Elizabeth Sadowski, University of Wisconsin - Madison
Impression:
Impression: Stable chest CT with no evidence of new disease..
Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1224

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed
Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285162

Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1224
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:24
Carissa M Dolens, APNP on 7/23/2024 16:42

## 07/17/2024 - Procedure in UWH INFUSION CENTER

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

**Visit Information**

**Provider Information**

**Referring Provider**

Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

**Medication List**

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/17/2024 1000**

Author: Jasmine M Peterson, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 07/17/24 0958 — Date of Service: 07/17/24 1000 — Creation Time: 07/17/24 0954

Status: Signed    Editor: Jasmine M Peterson, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/17/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received SQ Zoladex UW 19060 3.6mg with 3mL 1% Lidocaine prior to injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/17/24 0958

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

September 18, 2024

**SENT VIA U.S. MAIL, EMAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 000010082567000000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 23, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024. By way of an email on May 29, 2024, LFG advised that it had determined "that the Pre-Existing look-back dates utilized during the claim review were incorrect" and thus would be withdrawing Mr. Loper's appeal. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr. Loper in his May 16, 2024 appeal letter.

On July 15, 2024 Mr. Loper submitted another appeal of LFG's denial of his claim. In connection with LFG's review of this appeal, LFG obtained a peer review report from Dr. Judy Schmidt, MD. While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition."

On August 19, 2024, Mr. Loper responded to that evidence again explained that courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not

definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**. Mr. Loper explained that the medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. **Accordingly, Mr. Loper explained that Dr. Schmidt's report did not address the pivotal issue in this case.** Mr. Loper also provided full copies of selected relevant court opinions addressing this topic.

Despite this submission, LFG remained unwilling to consider Mr. Loper's legal arguments and issued a denial on August 23, 2024, noting, "The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review."

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation.[2] Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, his second appeal, and his response to Dr. Schimdt's report, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by**

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments and his appeal letter dated July 15, 2024 and all associated attachments.

[2] Updated medical records from UW for the time frame of 7/17/2024 – 8/14/2024 are attached as **Exhibit A**.

**<u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition.**" *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998). There must be some connection between the treatment or advice received and the sickness and there a patient only exhibits "non-specific symptoms and neither the patient nor the physician has a particular concern in mind…it is awkward at best to suggest that the patient sought or received treatment for the disease." *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted). In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, **<u>and no provider suspected there was a more sinister condition causing his symptoms.</u>** This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. **<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

LFG's failure to consider the relevant legal standard at play makes it denials of Mr. Loper's claim unreasonable. On review of this appeal, LFG must consider the medical evidence **under the proper legal framework**, or its decision will not be upheld by a court. *See Bradshaw v. Reliance Std. Life Ins. Co.*, No. 16-11125, 2017 U.S. App. LEXIS 16779, at *14 (11th Cir. Aug. 31, 2017) ("[A] ruling based on an erroneous view of the law necessarily is arbitrary and capricious.")

## III. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

[3] Upon approval of this claim, benefit checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and mailed directly to our office.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

September 18, 2024

**SENT VIA U.S. MAIL, EMAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 23, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024. By way of an email on May 29, 2024, LFG advised that it had determined "that the Pre-Existing look-back dates utilized during the claim review were incorrect" and thus would be withdrawing Mr. Loper's appeal. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr. Loper in his May 16, 2024 appeal letter.

On July 15, 2024 Mr. Loper submitted another appeal of LFG's denial of his claim. In connection with LFG's review of this appeal, LFG obtained a peer review report from Dr. Judy Schmidt, MD. While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition."

On August 19, 2024, Mr. Loper responded to that evidence again explained that courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not

definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**. Mr. Loper explained that the medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. **Accordingly, Mr. Loper explained that Dr. Schmidt's report did not address the pivotal issue in this case.** Mr. Loper also provided full copies of selected relevant court opinions addressing this topic.

Despite this submission, LFG remained unwilling to consider Mr. Loper's legal arguments and issued a denial on August 23, 2024, noting, "The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review."

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation.[2] Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, his second appeal, and his response to Dr. Schimdt's report, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by**

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments and his appeal letter dated July 15, 2024 and all associated attachments.

[2] Updated medical records from UW for the time frame of 7/17/2024 – 8/14/2024 are attached as **Exhibit A**.

__**the**__ **particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998). There must be some connection between the treatment or advice received and the sickness and there a patient only exhibits "non-specific symptoms and neither the patient nor the physician has a particular concern in mind…it is awkward at best to suggest that the patient sought or received treatment for the disease." *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted). In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, __**and no provider suspected there was a more sinister condition causing his symptoms.**__ This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. __**The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer**__." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

LFG's failure to consider the relevant legal standard at play makes it denials of Mr. Loper's claim unreasonable. On review of this appeal, LFG must consider the medical evidence **under the proper legal framework**, or its decision will not be upheld by a court. *See Bradshaw v. Reliance Std. Life Ins. Co.*, No. 16-11125, 2017 U.S. App. LEXIS 16779, at *14 (11th Cir. Aug. 31, 2017) ("[A] ruling based on an erroneous view of the law necessarily is arbitrary and capricious.")

## III. __CONCLUSION__

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

[3] Upon approval of this claim, benefit checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and mailed directly to our office.

**Lincoln/Loper 0553**

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

**ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA Entered on: 7/19/2023

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 08/14/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Susan D Walters, RN at 8/14/2024 1600**

| | | |
|---|---|---|
| Author: Susan D Walters, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 08/14/24 1714 | Date of Service: 08/14/24 1600 | Creation Time: 08/14/24 1637 |
| Status: Signed | Editor: Susan D Walters, RN (Registered Nurse) | |

### UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/14/2024 for chemotherapy: Cycle 18 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab 200 mg today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Zoladex 3.6 mg today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications. 5 ml 1% Lidocaine sub q administered just prior to zoladex injection.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/4/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/4/2024 | 9:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/4/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 9/11/2024 | 9:30 AM | UWINF CHAIR 1 | UWHINFUS | MADISON 33 |
| 9/25/2024 | 10:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/25/2024 | 11:00 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/25/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/9/2024 | 11:30 AM | UWINF CHAIR 5 | UWHINFUS | MADISON 33 |
| 10/15/2024 | 10:50 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 11:30 AM | CT 1 DHC | DHCRADCT | MADISON 44 |
| 10/15/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/15/2024 | 3:00 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |

**08/14/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

| | | | | |
|---|---|---|---|---|
| 10/15/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |

Electronically signed by Susan D Walters, RN at 08/14/24 1714

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |
| **Log History** |
| Additional EM Code History |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/14/2024 2:53 PM by Janeen Bell, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 85 | 97 °F (36.1 °C) (Oral) | 18 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 224 lb 3.2 oz (101.7 kg) | 94% | 30.53 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|

**08/14/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

| | | | |
|---|---|---|---|
| 3/10 Number Scale | Neck | None | None |

**Clinical Notes**

**Addendum Note**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician
Filed: 08/15/24 1507 | Encounter Date: 8/14/2024 | Creation Time: 08/15/24 1507
Status: Signed | Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/15/2024 03:07 PM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/15/24 1507

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician
Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/22/24 1008
Status: Signed | Editor: Justine Y Bruce, MD (Physician)
Addended by: BRUCE, JUSTINE on: 8/22/2024 10:08 AM

Modules accepted: Orders

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Progress Notes**

**Justine Y Bruce, MD at 8/14/2024 1440**

Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician
Filed: 08/22/24 1008 | Encounter Date: 8/14/2024 | Creation Time: 08/12/24 1237
Status: Addendum | Editor: Justine Y Bruce, MD (Physician)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (7/23/24) demonstrated stable disease, no new or worsening areas. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 18 pembrolizumab today and cycle 15 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in October to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast.
- I then discussed with Mr. Loper that the clinical trial allows for the use of prednisone for any potential immunotherapy mediated adverse events and he would still be able to be rechallenge with pembrolizumab. We discussed that his arthritis may be exacerbated by pembrolizumab and thus could benefit from a short course of prednisone. At this time, he would like to continue with treatment using pembrolizumab plus goserelin but may consider a chemotherapy holiday or a prednisone burst to determine if this would help with his arthritis.
- Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up

with rheumatology on a regular basis given his long standing psoriasis as well.

**8/22/24 addendum:** We received approval by the sponsor for initiation of prednisone for his immune mediated arthritis from pembrolizumab with prednisone 10 mg x 7 days, then prednisone 5 mg daily thereafter. He would not need a pembrolizumab hold per the clinical trial protocol. I contacted Mr. Loper who is aware of this and is in agreement with this plan.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He is doing well without any significant complaints. He is anticipated to travel to Florida in October 2024 would like to be considered for possible chemotherapy holiday at that time. He reports that he continues to have neck stiffness and if he moves his head in a certain direction, he can experience some numbness and tingling in his bilateral fingertips lasting for only a few seconds. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23 |

- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

- 08/14/2024 cycle 18 pembrolizumab, cycle 15 goserelin scheduled for

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

| | |
|---|---|
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |
| 7/23/2024 | **Imaging**<br>July 23, 2024 CT neck:1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.<br><br>July 23, 2024 CT chest: Stable chest CT with no evidence of new disease. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 128/80 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 85 | Temp 97 °F (36.1 °C) (Oral) | Resp 18 | Ht 1.825 m (5' 11.85") | Wt 101.7 kg (224 lb 3.2 oz) | SpO2 94% | BMI 30.53 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/14/24 | 101.7 kg (224 lb 3.2 oz) |
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.

No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 08/14/24 1315 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 2,880 |
| Hemoglobin | 13.8 |
| Hematocrit | 40 |
| Platelet Count | 189 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 106 |
| BUN | **28 H** |
| Creatinine | **1.47 H** |
| Glucose | 98 |
| Calcium | **10.3 H** |
| Albumin | 4.4 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | **57 H** |
| ALT/SGPT | 47 |
| Alkaline Phosphatase | 73 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 30 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-915-0100

Electronically signed by Justine Y Bruce, MD at 08/22/24 1008

**Janeen Bell, MA at 8/14/2024 1440**

| | | |
|---|---|---|
| Author: Janeen Bell, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/14/24 1450 | Encounter Date: 8/14/2024 | Creation Time: 08/14/24 1407 |
| Status: Signed | Editor: Janeen Bell, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Tingling in both arms

**New or worsening symptoms**: see above

**Energy level**: fair

**Appetite**: fair

**VAD**: Port right right side

**Pain** (Scale 0 -10) Current: 3/10 neck

| | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM | 7/23/2024 2:36 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 125/85 | 137/91 | 116/80 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

***Submitted by:*** *Janeen Bell, MA - 8/14/2024 - 2:07 PM*

Electronically signed by Janeen Bell, MA at 08/14/24 1450

## 07/23/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Carissa M Dolens, APNP

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/23/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**
Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**
Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**
Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**
Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**
Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**
None

**Inpatient Progress Notes**

**Progress Notes**

**Holly M Lamers, RN at 7/23/2024 1600**
Author: Holly M Lamers, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 07/23/24 1556 — Date of Service: 07/23/24 1600 — Creation Time: 07/23/24 1555

Status: Signed Editor: Holly M Lamers, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/23/2024 for chemotherapy: cycle 17 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received 200 mg study pembrolizumab (UW19060) today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |

Electronically signed by Holly M Lamers, RN at 07/23/24 1556

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy
- Psoriasis
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-915-0100 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for Per Clinical Trial.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

| Log History |
|---|
| LOS History |
| Additional EM Code History |

### Encounter Vitals

## 07/23/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 7/23/2024 2:38 PM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 97.6 °F (36.4 °C) (Temporal) | 16 | 5' 11.85" (1.825 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 231 lb 11.2 oz (105.1 kg) | 97% | 31.56 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Michelle Floyd, C-MA at 7/23/2024 1445**

Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA
Filed: 07/23/24 1434 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1431
Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: no

**New or worsening symptoms**: headaches

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 0/10

| | 7/3/2024 9:29 AM | 7/3/2024 10:25 AM | 7/17/2024 9:55 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/82 | 125/85 | 137/91 |

Wt Readings from Last 3 Encounters:

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/23/2024 - 2:31 PM*

Electronically signed by Michelle Floyd, C-MA at 07/23/24 1434

**Carissa M Dolens, APNP at 7/23/2024 1445**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 07/23/24 1654 | Encounter Date: 7/23/2024 | Creation Time: 07/23/24 1647 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with tolerable daily hot flashes. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest today (7/23/24) demonstrated stable disease , no new or worsening areas. Awaiting RECIST measurement per clinical tril Therefore, we recommended that he continue with treatment as part of the clinical trial.

He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 17 pembrolizumab today and cycle 14 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias, occ headache: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Shoulder pain and neck tightness can contribute to headaches.Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit, has occ headaches as a result. Tylenol helps arthralgias and headaches. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain as well. Ointment for psoriasis helps decrease scaling, but redness and irritation stable.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.

HENT: Positive for lump/mass. Negative for mouth sores, sore throat, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis patches, red**
Neurological: Positive for headaches (**occ from neck tightness it seems**). Negative for dizziness, extremity weakness, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y |

| | |
|---|---|
| | Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |

8/23/2023 -

**Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024
- 07/23/2024 cycle 17 pembrolizumab, cycle 14 goserelin scheduled for 08/14/2024

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024

**Imaging**

May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**

**Vital Signs:**

BP 116/80 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.825 m (5' 11.85") | Wt 105.1 kg (231 lb 11.2 oz) | SpO2 97% | BMI 31.56 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/23/24 | 105.1 kg (231 lb 11.2 oz) |
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |

**Physical Exam**

Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 07/23/24 1154 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | **13.2 L** |
| Hematocrit | **39 L** |
| Platelet Count | 166 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 17 |
| Creatinine | 1.09 |
| Glucose | **112 H** |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | 33 |
| ALT/SGPT | 37 |
| Alkaline Phosphatase | 78 |

Imaging:
CT NECK W IV CONTRAST

Result Date: 7/23/2024
IMPRESSION: 1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

CT CHEST W IV CONTRAST W/CAD

Result Date: 7/23/2024
Impression: Stable chest CT with no evidence of new disease..

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 23 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 07/23/24 1654

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST<br>Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [644952463] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance Study coordinator will call to schedule scans.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 7/23/2024 9:50 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sonderman,Tirzah | 07/23/2024 09:37 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 1317, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by:<br>Tabassum A Kennedy, MD<br>Turner Daines, DO |
| Filed by: Interface, Results 07/23/24 1323 | Performed: 07/23/24 0944 - 07/23/24 0956 |
| Accession number: UWHC29285163 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Turner W Daines and arrived at this interpretation.

Electronically signed by: Dr. Tabassum Kennedy, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1241

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]**

Resulted: 07/23/24 1201, Result status: Preliminary result

Order status: Completed

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO

Filed by: Interface, Results 07/23/24 1201
Performed: 07/23/24 0944 - 07/23/24 0956
Accession number: UWHC29285163
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 7/23/2024

PROVIDED INDICATION: 61-year-old male with recurrent salivary duct carcinoma involving the left submandibular gland. Metastatic disease to the left level 5 and axillary lymph nodes. Status post chemoradiation. Undergoing trial UW19060, evaluating pembrolizumab plus goserelin

COMPARISON: 5/1/2024 CT Neck

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:

Scout Images: Unremarkable.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Minimal mucosal thickening in the paranasal sinuses. Mastoid air cells and middle ear cavities are clear.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, and lingual tonsils are normal. Similar tonsilliths within the left palatine tonsil.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Normal appearance of the parotid glands. Similar appearance of thickening of the left platysma adjacent to the atrophic left submandibular gland as well as reticulation in the adjacent subcutaneous tissues of the submental region and and left upper neck. No new or enlarging enhancing nodule.

Thyroid Gland: No pathologically enlarged nodules.

Lymph Nodes: Bilateral lymph nodes are unchanged in size and appearance.

Cervical Vascular: Right IJ Infuse-a-Port is seen within the SVC with tip terminating out of view. Conventional branching of the aortic arch. Similar atherosclerosis at the right carotid bulb without significant stenosis. Left carotid artery is normal in course and caliber. The bilateral vertebral arteries are patent. Bilateral fetal PCAs.. The jugular veins are patent.

Upper Chest: Dictated on separate same-day CT chest report.

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Bones: No fractures or osseous lesions are detected.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Compared to 5/1/2024, similar reticular changes in the submental space extending toward the left atrophic submandibular gland and within the the soft tissues of the left neck at levels 2 and 3. No new or increasing nodularity. No enlarging cervical lymph nodes.

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [644952463]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed

Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285163

Resulted by:
Tabassum A Kennedy, MD
Turner Daines, DO
Performed: 07/23/24 0944 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1241
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:41
Carissa M Dolens, APNP on 7/23/2024 16:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [644952462] (Final result)**

Electronically signed by: **Saad A Ali, Research on 06/11/24 1006** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 06/11/24 1006 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 06/11/24 1613 for Ordering
Frequency: Routine 06/11/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: imaging reqiured at this timepoint Instance released by: Kiosk, Osp Two 7/23/2024 8:31 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 0.99 mg/dL (0.73 - 1.18 mg/dL) Comment - 5/22/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 238 lbs Comment - 5/22/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 7/23/2024 9:10 AM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 5/1/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 07/23/2024 09:42 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 1011, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Elizabeth A Sadowski, MD |
| Filed by: Interface, Results 07/23/24 1017 | Performed: 07/23/24 0940 - 07/23/24 0956 |
| Accession number: UWHC29285162 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Comparisons: May 1, 2024

Procedure: Non-contrast, axial images of the chest were obtained. 2-D reconstructed images, CAD and MIP images were performed.

Findings: No pneumothorax. No pleural or pericardial fluid. Heart is normal in size.

No new pulmonary nodules or masses. Stable appearance to lung parenchyma

## 07/23/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

No new or enlarging lymph nodes.

Electronically signed by: Dr. Elizabeth Sadowski, University of Wisconsin - Madison
Impression:
Impression: Stable chest CT with no evidence of new disease..
Acknowledged by
Carissa M Dolens, APNP on 07/23/24 1642
Brittany L Weisensel, RN on 07/24/24 1224

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [644952462]** Resulted: 07/23/24 0944, Result status: In process

Order status: Completed
Filed by: Brooke K Peters, RTT 07/23/24 0944
Accession number: UWHC29285162

Resulted by: Elizabeth A Sadowski, MD
Performed: 07/23/24 0940 - 07/23/24 0956

**Reviewed by**

Brittany L Weisensel, RN on 07/24/24 1224
Carissa M Dolens, APNP on 07/23/24 1642

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Brittany L Weisensel, RN on 7/24/2024 12:24
Carissa M Dolens, APNP on 7/23/2024 16:42

## 07/17/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023
Start date: 9/26/2022

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA    Entered on: 7/19/2023

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/17/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024 — Action: Patient not taking

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/17/2024 1000**

Author: Jasmine M Peterson, RN — Service: Infusion — Author Type: Registered Nurse
Filed: 07/17/24 0958 — Date of Service: 07/17/24 1000 — Creation Time: 07/17/24 0954

**07/17/2024 - Procedure in UWH INFUSION CENTER (continued)**

**Inpatient Progress Notes (continued)**

Status: Signed    Editor: Jasmine M Peterson, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/17/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received SQ Zoladex UW 19060 3.6mg with 3mL 1% Lidocaine prior to injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 7 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/17/24 0958

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

August 28, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1]29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
[2] *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

**AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY**

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024

Signed: [signature]

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Hawks Quindel s.c.

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155

MILWAUKEE WI 530
28 AUG 2024PM 6 L

quadient
FIRST-CLASS MAIL
IMI
$000.69º
08/28/2024 ZIP 53703
043M31232352
US POSTAGE

Lincoln National Life Insurance co.
8801 Indian Hills Dr.
Omaha, NE 68114-4066

68114-406699

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (877) 843-3950 |
| | |
| **From:** | Matt Vieth |
| **Company:** | |
| **Phone:** | (608) 960-4005 * 8204 |
| **Fax:** | 16088672501 |
| | |
| **Date:** | 08/28/2024 |
| **Pages including this cover sheet:** | 4 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

August 28, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1] 29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
2 *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

# AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: Robert J Loper

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

AUG 26 2024

Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. Accordingly, this report does not address the pivotal issue in this case.

**Enclosed please find full copies of selected relevant court opinions addressing this topic.** Note that LFG is required to consider the relevant legal standard, and thus may not rely on Dr. Schmidt's opinion to deny Mr. Loper's appeal.

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[1] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

[1] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.***

01081722

# *Kaiser v. United of Omaha Life Ins. Co.*

United States District Court for the Western District of Wisconsin

January 29, 2016, Decided; January 29, 2016, Filed

14-cv-762-wmc

**Reporter**

2016 U.S. Dist. LEXIS 10648 *; 2016 WL 379814

ROBERT KAISER, Plaintiff, v. UNITED OF OMAHA LIFE INSURANCE COMPANY, d/b/a MUTUAL OF OMAHA and GROUP LONG-TERM DISABILITY POLICY GLTD-AMMA, Defendants.

**Prior History:** *Kaiser v. Wis. Energy Conservation Corp., 2015 U.S. Dist. LEXIS 67577 (W.D. Wis., May 26, 2015)*

## Core Terms

cancer, pre-existing, benefits, disability, look-back, pain, physical therapy, left shoulder, lung cancer, breast, symptoms, Sickness, insured, lump, rotator cuff, suspected, coverage, attorney's fees, diagnosed, marks, shoulder pain, diagnosis, patient, substantial justification, medical treatment, summary judgment, defendants', medication, quotation, disease

**Counsel:** **[*1]** For Robert Kaiser, Plaintiff: Alan C. Olson, Elizabeth Ann Schmidt, LEAD ATTORNEYS, Alan C. Olson & Associates, S.C., New Berlin, WI.

For United of Omaha Life Insurance Company, d/b/a Mutual of Omaha, Group Long-Term Disability Policy GLTD-AMMA, Defendants: Jerilyn Jacobs, Gonzalez Saggio & Harlan LLP, Milwaukee, WI.

**Judges:** WILLIAM M. CONLEY, District Judge.

**Opinion by:** WILLIAM M. CONLEY

## Opinion

OPINION AND ORDER

In this action arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), *29 U.S.C. § 1132(a)*, plaintiff Robert Kaiser seeks long-term disability benefits for his deceased wife Dee Kaiser's disability caused by Stage IV lung cancer. Defendants denied benefits on the basis that Dee Kaiser's disability fell within the pre-existing condition coverage exception of the long-term disability insurance plan at issue. Both parties have moved for summary judgment. (Dkt. ##36, 40.) For the reasons that follow, the court will grant plaintiff's motion, finding that defendants acted arbitrarily and capriciously in invoking the pre-existing condition provision to deny benefits. Accordingly, the court will remand this case for further administrative proceedings consistent with this opinion and order.[1]

UNDISPUTED FACTS[2]

---

[1] Also before the court **[*2]** is a motion to strike portions of plaintiff's reply brief on the basis that plaintiff raised an argument based on a state statute for the first time in reply. (Dkt. #54.) Because the state statute, *Wis. Stat. § 632.76(2)*, does not apply to plaintiff's claim, the court need not consider this argument nor, relatedly, whether ERISA preempts consideration of the state statute. Since all of this is immaterial to the outcome of this case, the court will deny the motion to strike as moot.

[2] Unless otherwise noted, the court finds the following facts material and undisputed.

**A. Overview of the Parties and Claim**

Plaintiff Robert Kaiser's spouse, Dee Kaiser, passed away on December 3, 2014, due to progressive brain metastases as a consequence of lung cancer. (For ease of reference, the court will refer to Robert Kaiser and Dee Kaiser by their first names.) Robert brings this lawsuit under ERISA against defendants to recover long-term disability ("LTD") benefits, as well as enhanced disability and LTD survivor benefits.

Defendant United Omaha Life Insurance Company d/b/a Mutual of Omaha ("Omaha") is the insurer of defendant Group Long-Term Disability Policy GLTD-AMMA ("the Plan"). The policy holder and plan **[*3]** administrator is Dee's former employer Wisconsin Energy Conservation Corporation ("WECC").

Beginning in March 2013, Dee was employed by WECC. Effective April 1, 2013, she became a beneficiary of the Plan. The Plan identifies Omaha as the claims administrator under the Plan and grants Omaha has the authority to interpret the Plan in that capacity, as well as decide all questions of eligibility and entitlement to benefits.[3]

**B. Pertinent Plan Language**

The Plan defines "Disability" and "Disabled" to mean:

> that because of an Injury or Sickness, a significant change in Your mental or physical functional capacity has occurred in which:
>
> a) during the Elimination Period, You are prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and
>
> b) after the Elimination Period, You are:
>
> 1. prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and
>
> 2. unable **[*4]** to generate Current Earnings which exceed 99% of Your Basic Monthly Earnings due to that same Injury or Sickness.

(AR 34.)[4] The "Elimination Period" is defined as the later of 60 calendar days or the date short-term disability ends. (AR 14.) The Plan provides for monthly disability benefits in the amount of two-thirds of basic monthly earnings, less other income sources. (AR 16.) The Plan also provides for enhanced disability benefits under certain conditions and for survivor benefits. (AR 23-24.)

Critical to this appeal, the Plan has a pre-existing condition exclusion: "We will not provide benefits for any Disability caused by, attributable to, or resulting from a Pre-Existing Condition which begins in the first 12 months after You are continuously insured under the Policy." (AR 25.) This exclusion includes:

> any Injury or Sickness for which You received medical treatment, advice or consultation, care or services, including diagnostic measures, or had drugs or medicines prescribed or taken in the 3 months prior to the day You become insured under the Policy.

(AR 25.) Since Dee became insured under the Policy as of April 1, 2013, her **[*5]** "pre-existing condition three-month look-back" period was from January 1, 2013, through March 31, 2013.

Finally, "sickness" is defined as: "a disease, disorder or condition, including pregnancy, that requires treatment by a Physician. Disability resulting from a sickness must occur while You are insured under the Policy." (AR 36.) And the term "injury" is defined as: "an accidental bodily injury that requires treatment by a Physician. It must result in loss

---

[3] Plaintiff points out the inherent conflict of interest in light of Omaha's dual role of insurer and claims administrator. (Pl.'s PFOFs (dkt. #38) p.4 (second ¶ 19).) The court addresses this conflict in the opinion below.

[4] The administrative record ("AR") is located at dkt. #35.

independently of Sickness and other causes. Disability resulting from an injury must occur while You are insured under the Policy." (AR 34.)

**C. Timing of Dee's Symptoms and Medical Treatment**

**i. Events During the Look-Back Period**

The contemporaneous medical record indicates that Dee injured her shoulder in February 2013 while shoveling snow and scraping ice. Dee suffered a continuous dull ache from her shoulder to her elbow, which increased with lifting her arm above her head. On March 12, 2013, Dee saw Dr. Patro for her left shoulder pain. The treatment notes indicate that Dee "[d]enies any injury or any trauma. However, she has been doing a lot of snow shoveling over the past 3-4 weeks. She first noted pain while she was shoveling snow, and **[*6]** it would be when she would do some lifting. This has gotten progressively worse where she is having trouble doing any lifting, or reaching behind her back, or reaching overhead." (AR 722.) After examining Dee's shoulder, Dr. Patro's impression was "[l]eft shoulder pain secondary to rotator cuff and bicipital tendinitis, likely triggered by the repetitious activity." (AR 723.) Patro prescribed Naproxen, an anti-inflammatory pain medication. Dr. Patro also discussed with Dee the possibility of future physical therapy and cortisone injections. (*Id.*)

On March 27, 2013, Dee called Patro's office back and requested a referral to physical therapy. (AR 728) The nurse submitted an order for physical therapy and refilled her Naproxen prescription. (*Id.*) On March 29, Dee attended an initial physical therapy evaluation with Elizabeth M. Roe, PT. Her notes reveal that Dee "presents with a complaint of left shoulder pain." (AR 96.) She also recorded that the physical examination of Dee's shoulder revealed "tenderness over acromioclavicular joint" and "flexion 170 degrees with mid-range pain." (AR 97.) The physical therapist concluded that Dee "has signs and symptoms consistent with rotator cuff impingement, **[*7]** possible degenerative rotator cuff pathology." (*Id.*)

Neither Dr. Patro's or the physical therapist Roe's notes document any concern or suspicion of cancer of metastasis from a primary lung cancer.

**ii. Events After the Look-Back Period**

After the look-back period ended on March 31, 2013, Dee continued to be treated for left shoulder impairment and a possible rotator cuff tear with medication and physical therapy. Decreased left shoulder flexion measurement was noted during Dee's April 5, 2013, physical therapy session. Dee was seen again on April 16, 2013, by Dr. Patro and Dawn Mueller, PA-C. At that appointment, Dee continued to complain of left shoulder pain, decreased range of motion and weakness. That same day, Dee had a left shoulder x-ray that revealed "some mild degenerative changes at the a.c. joint." (AR 105.) Dr. Patro continued to maintain his diagnosis of impingement syndrome of her left shoulder, treating Dee with a cortisone injection and ordering further physical therapy.

Dee attended physical therapy appointments on April 22nd and 29th, but was discharged from therapy on the 29th due to lack of progress. In particular, Dee reported that her pain and range of motion had worsened. **[*8]**

On May 1, 2013, Dee's health insurance changed, and she began treatment with new physicians. On May 3, she was evaluated by John F. Orwin, M.D., an orthopedic surgeon. Dr. Orwin concluded that Kaiser had a possible silent massive tear of her rotator cuff of her left shoulder, and ordered an MRI of her shoulder. On May 7, Dee had an MRI of her left shoulder, which revealed "permeative destructive mass involving the glenoid extending into the coracoid process and scapular body, with a pathologic fracture of the glenoid." (AR 195-97.)

In addition, the radiologists reviewing the MRI results opined that the left shoulder lesions "presumably represent metastatic disease potentially from breast cancer or lung primary." (AR 197.) A May 8th chest x-ray revealed a "cavitary right lung mass." (*Id.*) On May 14, Joseph T. Yang, M.D., diagnosed Dee with metastatic cancer from a

primary lung cancer. Subsequent biopsy, CT scans and an MRI all confirmed this diagnosis. On May 29, Dee was diagnosed with Stage IV adenocarcinoma of the lung. She then pursued treatment with oncologist Toby Campbell, M.D.[5]

**D. LTD Claim**

On June 11, 2013, just less than a month after the cancer diagnosis, Dee's employer WECC emailed an LTD claim form to Omaha on her behalf. On June 13, WECC faxed a completed LTD Claim Employer's Statement to Omaha also on Dee's behalf. At that point, Dee was still working intermittently from home. In July 2013, however, Dee stopped working altogether, applying for LTD benefits on July 24, 2013.

As part of the claims process, Omaha reviewed medical records from Dee's treating physicians. Because the date of disability was within the first 12 months of the effective policy date, Omaha examined the medical records to determine whether Dee's disability fell within the pre-existing condition exception. On August 29, 2013, Omaha denied Dee's claim for benefits on the sole basis that Dee was treated **[*10]** for her lung cancer within the look-back period. (AR 566-69.) Specifically, Omaha wrote:

> In summary, the obtained medical documentation revealed you were treated for your current diagnosis of lung cancer within the pre-existing look-back period of January 1, 2013, to April 1, 2013. Therefore, no benefits are payable, and your claim has been denied.

(AR 567.)[6]

On May 13, 2014, Dee filed an administrative appeal from this document, submitting medication documentation. In response, on May 29, Omaha referred **[*11]** Dee's claim to its medical director Thomas A. Redder, M.D., for review. Specifically, Dr. Redder was asked to advise whether Dee's lung cancer was a pre-existing condition.

Among other things, Dr. Reeder consulted with one of Dee's treating oncologists, Dr. Campbell, via telephone in order to understand whether the left shoulder pain Dee experienced in March 2013 was due to her metastatic cancer. (AR 67.) In a letter after that conversation, Dr. Reeder stated:

> I indicated that I was calling to discuss Ms. Kaiser's current medical status and treatment. You advised me that she was now involved in a clinical trial of a drug directed at her specific epithelial growth factor receptor mutation. I had questions about the onset of her left shoulder pain in February 2013 that was originally attributed to shoveling snow. It appeared to me that this *in retrospect* was from metastatic disease. You responded that it absolutely was and that she had a very large metastasis.

(*Id.* (emphasis added).) Dr. Reeder than asked Dr. Campbell to sign the bottom of the letter if Dr. Reeder "captured the substance of" their conversation. (*Id.*) Dr. Reeder also instructed Dr. Campbell to make any changes, additions **[*12]** or deletions if he so wished. (*Id.*)

Dr. Campbell signed and dated the letter on June 11, 2014, without edits. On June 19, Omaha upheld its initial denial of Dee's LTD benefits on the basis that her lung cancer was a pre-existing condition. On May 27, 2015, Omaha also denied Robert's claim of LTD survivor benefits relying on its earlier denial of Dee's LTD benefits.

---

[5] Plaintiff proposes several findings of facts based on Dee's post-May medical treatment, presumably to demonstrate **[*9]** that she was disabled on or after her application date of July 24, 2013. Moreover, plaintiff also submitted evidence of Dee filing for and received social security benefits effective August 2013. Because these facts are not material to the only issue before the court -- whether Dee had a pre-existing condition that excluded her from coverage -- the court need not recount those facts here.

[6] Plaintiff would make much of the fact that defendants defined the look-back period as January 1, 2013, to April 1, 2013, arguing instead that the letter should have read "to March 31, 2013." As defendants point out, this argument begins and ends with an immaterial, semantics dispute -- whether the look-back period went "up to" April 1, 2013, or went "up to and included" April 1, 2013. There is, however, no dispute that the last day of the look-back period was March 31, 2013, with coverage effective the next day -- April 1, 2013. Moreover, there are no events in the record on April 1, 2013, so any error on the part of Omaha in describing the look-back period is meaningless on this record.

OPINION

**I. Standard of Review**

This court reviews an administrator's decision to deny eligibility for ERISA insurance plan benefits under the arbitrary and capricious standard. Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101, 115, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989); Holmstrom v. Metro. Life Ins. Co., 615 F.3d 758, 766 (7th Cir. 2010). While highly deferential, the Seventh Circuit cautioned in *Holmstrom* that this standard of review does not make the court a "rubber stamp." Holmstrom, 615 F.3d at 766. More specifically, the Seventh Circuit acknowledged in the past that the decision must be "downright unreasonable" before reversal by a federal court would be appropriate, but clarified that statement in *Holmstrom*, explaining that the standard of review:

> should not be understood as requiring a plaintiff to show that only a person who had lost complete touch with reality would have denied benefits. Rather, the phrase is merely a shorthand expression for a vast body of law applying the arbitrary-and-capricious standard **[*13]** in ways that include focus on procedural regularity, substantive merit, and faithful execution of fiduciary goals.

615 F.3d at 766 n.5. In this way, the Seventh Circuit suggested that "[f]or ERISA purposes, the arbitrary and capricious standard is synonymous with abuse of discretion." Id. at 767 n.7 (internal citation, quotation marks and alterations omitted).

Plaintiff also points out that his claim should be viewed in light of Omaha's dual role in administering WECC's Plan, given the inherent conflict between having "both the discretionary authority to determine eligibility for benefits and the obligation to pay benefits when due." *See* Jenkins v. Price Waterhouse Long Term Disability Plan, 564 F.3d 856, 861 (7th Cir. 2009) (citing Metro. Life Ins. Co. v. Glenn, 554 U.S. 105, 108, 128 S. Ct. 2343, 171 L. Ed. 2d 299 (2008)). Plaintiff justifiably points out in particular that the conflict here is inherent not just with respect to one company, Omaha, but one individual, Dr. Rudder, in that he acted as both consulting physician and as Omaha's medical director. While this "conflict of interest" does not alter the basic standard of review -- an abuse of discretion standard still applies -- it is properly "weighed as a factor in determining whether there is an abuse of discretion." Glenn, 554 U.S. at 115 (citing Firestone, 489 U.S. at 115) (quotation marks omitted); *see also* Holmstrom, 615 F.3d at 766 (describing this factor as a "key consideration").

Ultimately, ERISA requires **[*14]** that "the administrator . . . weigh the evidence for and against [the denial of benefits], and within reasonable limits, the reasons for rejecting evidence must be articulated if there is to be meaningful appellate review." Halpin v. W.W. Grainger, 962 F.2d 685, 695 (7th Cir. 1992) (internal citation and quotation marks omitted). The court will, therefore, uphold an administrator's decision "if (1) it is possible to offer a reasoned explanation, based on the evidence, for a particular outcome, (2) the decision is based on a reasonable explanation of relevant plan documents, or (3) the administrator has based its decision on a consideration of the relevant factors that encompass important aspects of the problem." Militello v. Cent. States, Se. & Sw. Areas Pension Fund, 360 F.3d 681, 686 (7th Cir. 2004) (internal quotation marks and citations omitted).

**II. Review of Denial Decision**

The parties agree that Omaha's denials of Dee's and Robert's claims for benefits based on the pre-existing condition policy exclusion turn on an assessment of the medical events falling within the "look-back period" from January 31, 2013, to March 31, 2013. During this period, the record reveals three events: (1) Dee's March 12th appointment with Dr. Patro for shoulder pain, described as "left shoulder pain secondary to rotator cuff and bicipital tendinitis, **[*15]** likely triggered by the repetitious activity," for which she was prescribed Naproxen, an anti-inflammatory pain medication, and possible future physical therapy and cortisone injections (AR 723); (2) Dee's March 27th call with Dr. Patro's nurse, which resulted in a referral to physical therapy and a refill on Dee's Naproxen prescription (AR 729); and (3) Dee's March 29th physical therapy evaluation by Elizabeth M. Roe, PT, in which Roe

noted "signs and symptoms consistent with rotator cuff impingement, possible degenerative rotator cuff pathology" (AR 97).

As quoted above, each of the events falling between January 1 and March 31, 2013, could constitute a "pre-existing condition" under the policy if it concerned an "Injury" or "Sickness" (here, Dee's lung cancer) "for which [she] received medical treatment, advice or consultation, care or services, including diagnostic measures, or had drugs or medicines prescribed or taken." (AR 25.) There is no doubt that the "Sickness" here is lung cancer. The question, therefore, is whether a doctor's visit for shoulder pain, prescription of pain medication, subsequent referral to physical therapy, and one physical therapy session were "*for*" Dee's **[*16]** cancer.

To help answer this question, the parties direct the court to two Seventh Circuit cases. Defendants primarily rely on *Bullwinkel v. New England Mutual Life Insurance Company, 18 F.3d 429 (7th Cir. 1994)*, which affirmed a district court's grant of summary judgment in favor of the insurer, finding that the plaintiff's claim fell within the pre-existing condition exception to coverage. In that case, the plaintiff noticed a lump in her left breast in July 1991. *Id. at 430*. On July 21, she visited her doctor, who performed an ultrasound examination. The doctor diagnosed the lump as a cyst, but "made no definite conclusion whether the cyst was cancerous or benign," referring the patient to a surgeon for removal and biopsy of the cyst," out of concern "about the possibility of cancer." *Id.* The plaintiff's insurance policy went into effect just ten days later, on July 31, 1991, which also marked the end of the policy's look-back period. *Id. at 429*. Although the plaintiff was not actually diagnosed with cancer until September, the insurance company denied coverage for surgery and subsequent treatments on the basis that her cancer was a pre-existing condition. *Id. at 430*.

In *Bullwinkel*, the plaintiff argued that because her cancer was not diagnosed during the look-back period, she could not have been **[*17]** "seen, treated, [or] diagnosed" for cancer within that period. *Id. at 431*. Affirming the district court's rejection of this argument, the Seventh Circuit held that:

> even though Madelaine [the plaintiff] did not know the lump was cancerous, her visit with the doctor in that month concerning the lump actually concerned cancer. It follows that Madelaine was 'seen' and 'treated' and incurred medical expenses for her cancer in July.

*Id. at 432*. In so holding, however, the Seventh Circuit specifically contrasted Madelaine's situation to someone who experienced symptoms during the look-back period that were "trivial and inconclusive like a cough or rash which might imply any of a variety of maladies, or none at all." *Id. at 432*.

In addition to emphasizing this contrasting example in *Bullwinkel*, plaintiff principally relies on the Seventh Circuit's decision issued two years later in *Pitcher v. Principal Mutual Life Insurance Company, 93 F.3d 407 (7th Cir. 1996)*. In *Pitcher*, the court concluded that a plaintiff's receipt of a physical breast examination and mammogram during the look-back period did not constitute treatment for breast cancer, and therefore coverage was not precluded by the policy's pre-existing condition provision, even though plaintiff's doctor had already discovered lumps in both breasts **[*18]** during a prior routine examination. *Id. at 409*. The court discounted this earlier discovery in particular, because plaintiff's treating physician did not consider the lumps "unusual or alarming" in light of the plaintiff's "longstanding fibrocystic breast condition." *Id.*

Pitcher's similarities with the facts here do not end with what was probably in retrospect a misdiagnosis. Indeed, Pitcher returned six-weeks later for a follow-up appointment, just two days before her health insurance policy became effective. That appointment revealed that the lumps had not subsided, and the plaintiff was referred to a radiologist for a mammogram of both breasts that same day, which revealed "a suspicious mass in the left breast which warranted follow-up investigation." *Id.* Two days later, the plaintiff's policy went into effect, marking the end of the look-back period. The next day, a biopsy revealed a carcinoma or malignant tumor.

In affirming entry of summary judgment in favor of the plaintiff-insured, the Seventh Circuit stressed that "Pitcher did *not* receive a 'treatment or service' *for* breast cancer [before the policy took effect] because -- as the district court found -- she was being monitored for the **[*19]** longstanding fibrocystic breast condition and not cancer during the pre-coverage period." *Id. at 412* (emphasis in original). In so holding, the court relied on the fact that "[n]either the

plaintiff nor her physician, *at this juncture*, had reason to suspect that Pitcher's symptoms were anything but a continuation of her longstanding fibrocystic breast condition." *Id.* (emphasis added). In turn, the court also rejected the insurance company's "attempt to characterize the lumps felt by Dr. Manifold in July and late September as symptoms of the as-yet undiagnosed breast tumor," because "the record does not support this speculative characterization." *Id.* The court reiterated later in its opinion that the critical fact is whether the physician rendering services during the look-back period "suspects" the condition (in *Pitcher* and here, cancer) for which the insured is seeking coverage. *Id. at 413*; *see also id. at 414* (discussing the "unfairness of defining a condition as 'pre-existing' when the person suffering from the condition (i.e., the plaintiff) 'does not know, or have reason to know of the existence of the condition'" (quoting *Hardester v. Lincoln Nat'l Life Ins. Co., 841 F. Supp. 714, 716 (D. Md. 1994)*).

Reading *Bullwinkel* and *Pitcher* together, a test arguably emerges for reviewing denials based **[*20]** on a pre-existing condition exclusion: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the patient to be considered as being treated or seen *for* the particular condition." *Goerig v. Phoenix Home Life Mut. Ins. Co., No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, 1998 WL 801793, at *7 (N.D. Ill. Nov. 13, 1998)*. Indeed, this test has been embraced by other circuits presented with the same issue as here. *See, e.g., LoCoco v. Med. Savings Ins., 530 F.3d 442, (6th Cir. 2008)* ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be considered 'pre-existing.'"); *Lawson v. Fortis Ins. Co., 301 F.3d 159, (3d Cir. 2002)* (rejecting pre-existing condition denial because "it does not make sense to say that [the plaintiff] received treatment 'for' leukemia when the actual condition was not suspected"); *Hughes v. Boston Mut. Life Ins. Co., 26 F.3d 264, 269 (1st Cir. 1994)* (requiring "some awareness on the part of the physician or the insured that the insured is receiving treatment for the condition itself" in order to qualify as treatment "for" a condition).

The Third Circuit persuasively described the distinction between cases in which the pre-existing condition coverage exclusion applies and those in which it does not:

> When a patient seeks **[*21]** advice for a sickness with a specific concern in mind (e.g., a thyroid lump, as in *McWilliams [v. Capital Telecomms. Inc., 986 F. Supp. 920 (M.D.Pa.1997)]*, or a breast lump, as in *Bullwinkel[, 18 F.3d 429]*) or when a physician recommends treatment with a specific concern in mind (e.g., a "likely" case of multiple sclerosis, as in *Cury [v. Colonial Life Ins. Co. of Am., 737 F. Supp. 847, 854 (E.D. Pa. 1990)]*), it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind, or when the patient turns out not to have a suspected disease, it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness.

*Id. at 166*. Stated another way, "a suspected condition without a confirmatory diagnosis is different from a misdiagnosis or an unsuspected condition manifesting non-specific symptoms." *Lawson, 301 F.3d at 166*.

Another case involving lung cancer offers a stark factual contrast to the circumstances at issue here. In *LoCoco, 530 F.3d 442*, the plaintiff experienced pain in his chest and a dry cough during the look-back period. *Id. at 443-44*. Due to the plaintiff's cigarette habit and chest pains, his treating **[*22]** physician ordered a chest x-ray, in part, because he believed he could be a "candidate for lung cancer 'at any time.'" *Id. at 444*. A later x-ray revealed a "cloud" in his left lung, and a CAT scan was ordered because "an obstructive endobronchial lesion [could not] be ruled out." *Id.* While the CAT scan did not reveal cancer, another test was ordered and plaintiff was referred to a pulmonologist. *Id.*

All of these medical events occurred pre-coverage, during the look-back period. Unsurprisingly, from this record, the Sixth Circuit affirmed the district court's grant in favor of the insurance plan, finding that the illness for which the plaintiff was treated during the pre-existing period "was suspected *at the time* to be, and was in fact, lung cancer." *Id. at 446* (emphasis added).

Unlike LoCoco, there is *nothing* in this record to support a finding that Dee's medical treatment providers -- her primary doctor at that time, that doctor's nurse, or the physical therapist -- suspected that Dee's shoulder pain was due to cancer. Their contemporaneous notes show that a cancer diagnosis was not even on the radar screen. Instead, Dee received medical treatment and was prescribed medication for shoulder pain. During **[*23]** the entire three month period pre-dating her coverage, neither her physicians nor Dee had any reason to suspect that her symptom of shoulder pain was due to cancer. To the contrary, everyone suspected during this period that Dee's pain and loss of strength in her arm was due to overuse in shoveling snow or impingement / deterioration of her rotator cuff.

The fact that Dee was eventually diagnosed with cancer and that her shoulder pain "*in retrospect*" was caused by her cancer is not material to a determination of whether her medical care providers at the time of the medical treatment suspected cancer. (AR 67 (emphasis added).) "To permit such backward-looking reinterpretation of symptoms to support claims denials would so greatly expand the definition of preexisting condition as to make that term meaningless: any prior symptoms not inconsistent with the ultimate diagnosis would provide a basis for denial." *Lawson, 301 F.3d at 166* (internal citation and quotation marks omitted).

In its opposition to plaintiff's motion for summary judgment, defendants attempt to distinguish *Pitcher* and other cases on the basis that those courts reviewed the denials *de novo*. (Defs.' Opp'n (dkt. #46) 9, 14.) While the standard **[*24]** of review in some cases is outcome determinative, it is not here. Defendants acted arbitrarily and capriciously in interpreting and applying the Plan's preexisting provision unreasonably and contrary to Seventh Circuit law. "In some cases, the plain language or structure of the plan or simple common sense will require the court to pronounce an administrator's determination arbitrary and capricious." *Hess v. Hartford Life & Acc. Ins. Co., 274 F.3d 456, 461 (7th Cir. 2001)*; *see also Swaback v. Am. Info. Techs. Corp., 103 F.3d 535, 540 & n. 9 (7th Cir. 1996)* ("[I]f administrators of an ERISA plan controvert the plain meaning of a plan, their actions are arbitrary and capricious."). Here, to the extent this were a closer question, the dual role conflict of interest would act as a tie breaker. *See Glenn, 554 U.S. at 115*.[7]

As such, the court holds that defendants' denial of plaintiff's claim based on the pre-existing condition exception was arbitrary and capricious. While there seems to be no question that Dee was disabled as defined by the Plan, the court will nonetheless remand the case for further administrative **[*25]** proceedings. On remand, however, defendants may not rely on their erroneous and unreasonable interpretation of the pre-existing condition coverage exclusion in determining coverage.

**III. Fee Award**

This court may in its discretion award a reasonable attorney's fee and costs to either party in an ERISA action brought under *§ 1132*:

> In any action under this subchapter (other than an action described in paragraph (2)) by a participant, beneficiary, or fiduciary, the court in its discretion may allow a reasonable attorney's fee and costs of action to either party.

*29 U.S.C. § 1132(g)(1)*.

In *Hardt v. Reliance Standard Life Insurance Company, 560 U.S. 242, 130 S. Ct. 2149, 176 L. Ed. 2d 998 (2010)*, the Supreme Court provided guidance as to the threshold a party must reach to be eligible for a discretionary award under this fee-shifting provision. The Court found that the party need not be the "prevailing party," as, for example, would a plaintiff in civil rights cases under *42 U.S.C. § 1988*. Rather, the party must simply show "some degree of success on the merits before a court may award attorney's fees under *§ 1132(g)(1)*." *Id. at 255*.

---

[7] Particularly troubling is Dr. Reeder's drafting an arguably self-serving letter to Dee's doctor, seeking his sign off to a characterization of the medical record that only Reeder knows will empower him to deny coverage under this interpretation of the Plan.

> A claimant does not satisfy that requirement by achieving trivial success on the merits or a purely procedural victory, but does satisfy it if the court can fairly call the outcome of the litigation some success on the merits without conducting **[*26]** a lengthy inquiry into the question whether a particular party's success was substantial or occurred on a central issue.

*Id.* (internal quotation marks and alterations omitted).[8]

Once a party has achieved "some success on the merits," the court decides whether awarding fees is appropriate applying two tests: the "substantial justification" test and the five-factor test. *Raybourne v. Cigna Life Ins. Co. of New York, 700 F.3d 1076, 1089 (7th Cir. 2012)*. "The two tests essentially pose the same question: was the losing party's position substantially justified and taken in good faith, or was that party simply out to harass its opponent?" *Id. at 1090*. More recently, the Seventh Circuit arguably left open the possibility of a district court considering only whether a party achieved some degree of success on the merits, while still encouraging and giving deference to rulings that also apply a more stringent test. *Temme v. Bemis Co., Inc., 762 F.3d 544, 550 (7th Cir. 2014)*.

Having found that defendants violated ERISA by acting arbitrarily and capriciously in denying Dee Kaiser's benefits, **[*27]** and ordering remand to the Plan Administrator for further review, plaintiff achieved all he could achieve in this court.[9] The court also finds plaintiff entitled to recover fees under the substantially justified and five factors tests. In determining whether a defendant in an ERISA action was substantially justified, the court is to consider "a party's posture during the case as a whole," including "*pre*litigation behavior." *Temme, 762 F.3d at 551* (emphasis in original). Here, defendants' interpretation of the pre-existing condition clause was at odds with fairly settled Seventh Circuit case law, particularly after *Pitcher*, rendering defendants' posture during the case as a whole not substantially justified.

The five factors that courts are to consider in determining whether to award fees under *ERISA § 502(g)(1)* are:

> 1) the degree of the offending parties' culpability or bad faith; 2) the degree of the ability of the offending parties to satisfy personally an award of attorney's **[*28]** fees; 3) whether or not an award of attorney's fees against the offending parties would deter other persons acting under similar circumstances; 4) the amount of benefit conferred on members of the pension plan as a whole; and 5) the relative merits of the parties' positions.

*Kolbe & Kolbe Health & Welfare Benefit Plan v. Med. Coll. of Wis., Inc., 657 F.3d 496, 506 (7th Cir. 2011)*. Here, the court's finding that defendants' position was not substantially justified bears directly on a similar finding that defendants were substantially culpable and acted with little merit in denying plaintiff's benefits (the first and fifth factors). Further, the second and third factors -- defendants' ability to pay and the fact that such an award may deter defendants and other plan administrators from denying benefits arbitrarily and capriciously -- weigh in favor of an attorney's fee award. While the fourth factor is not relevant given that this case involves a single beneficiary, rather than a broader group of plan participants, neither does it militate against an award of fees called for by the other four factors.

By any test then, the court finds an award of attorney's fees and costs appropriate under *29 U.S.C. § 1132(g)(1)*. Accordingly, as set forth below, the court will direct plaintiff to submit its fee request and will **[*29]** provide defendants an opportunity to respond to that request.

ORDER

---

[8] In so holding, the Supreme Court noted specifically that use of a "five factor" test referred to in some Seventh Circuit decisions and in decisions from other circuits is "not required for channeling a court's discretion when awarding fees under this section." *Hardt, 560 U.S. at 255*.

[9] As this court explained at length in an opinion in another ERISA denial-of-benefits case, the fact that the relief provided is remand and not an award of benefits does not foreclose an award of fees. *Rappa v. Sun Life Assur. Co. of Canada, No. 10-CV-585-WMC, 2013 U.S. Dist. LEXIS 133257, 2014 WL 4415242, at *2 (W.D. Wis. Sept. 8, 2014)*.

IT IS ORDERED that:

1) Plaintiff Robert Kaiser's motion for summary judgment (dkt. #36) is GRANTED.

2) Defendants United Omaha Life Insurance Company d/b/a Mutual of Omaha and Group Long-Term Disability Policy GLTD-AMMA's motion for summary judgment (dkt. #40) is DENIED.

3) Defendants' motion to strike portions of plaintiff's reply brief (dkt. #54) is DENIED as moot.

4) On or before February 12, 2016, plaintiff submit its brief and any supporting materials in support of its request for attorneys' fees, including itemized time records, invoices, and proof of payment of such invoices. Defendants may have until February 26, 2016, to file a response. If defendant challenges the reasonableness of plaintiff's fee request in that opposition, its counsel shall also contemporaneously submit its itemized time records, invoices and proof of payment of such invoices. Plaintiff's reply, if any, is due by March 4, 2016.

Entered this 29th day of January, 2016.

BY THE COURT:

/s/ WILLIAM M. CONLEY

District Judge

---

**End of Document**

# *Goerig v. Phoenix Home Life Mut. Ins. Co.*

United States District Court for the Northern District of Illinois, Eastern Division

November 12, 1998, Decided ; November 13, 1998, Docketed

No. 97 C 1890

**Reporter**
1998 U.S. Dist. LEXIS 18208 *; 1998 WL 801793

JERRY S. GOERIG, Plaintiff, v. PHOENIX HOME LIFE MUTUAL INSURANCE CO., Defendant.

**Disposition: [*1]** Plaintiff's motion for summary judgment granted and defendant's motion for summary judgment denied.

## Core Terms

treatment-free, diagnosed, symptoms, cancer, consultation, patient, pre-existing, diagnosis, summary judgment, breast, disability, neurologist, coverage, knee, cases, disease, visited, legs, lump, no evidence, fibrocystic, recommended, undisputed, suspected, cyst, pain, fasciculations, parties, argues, benign

## Case Summary

**Procedural Posture**
After plaintiff insured was diagnosed with amyotrophic lateral sclerosis (ALS), he sought benefits under a group disability insurance policy issued by defendant insurer. When the insurer denied benefits under a preexisting condition exclusion, the insured filed suit and asserted various claims, including claims made under the Employee Retirement Income Security Act of 1974 (ERISA). Both parties filed motions for summary judgment on coverage.

**Overview**
The insured was covered under his employer's group disability plan, which provided a three-month "treatment-free" period that excluded from coverage any sickness or injury for which an insured received "medical care, treatment, or consultation." The insured had various symptoms and saw five doctors during that period but was only diagnosed with ALS many months later. When the insurer denied benefits for his ALS-related disability, the insured filed suit. On cross-motions for summary judgment, the court ruled for the insured. The court held that federal common law applied because the policy was part of a plan governed by ERISA. While declining to decide what standard of review applied because the insured would have prevailed under either standard, the court interpreted the policy to provide coverage. It held that the insured received neither "treatment" for ALS nor a "consultation" concerning ALS during the three-month period because the ALS diagnosis was not made until much later. Because there was no suspicion or concern during the three-month period that the insured's symptoms were caused by ALS, coverage could not be denied on the basis of the "treatment-free" provision.

**Outcome**
The court granted the insured's motion for summary judgment and denied the insurer's motion for summary judgment in the insured's action asserted various claims, including claims made under ERISA.

## LexisNexis® Headnotes

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Appropriateness

Civil Procedure > Judgments > Summary Judgment > General Overview

Civil Procedure > ... > Summary Judgment > Burdens of Proof > General Overview

Civil Procedure > ... > Summary Judgment > Burdens of Proof > Scintilla Rule

Civil Procedure > Judgments > Summary Judgment > Evidentiary Considerations

Civil Procedure > ... > Summary Judgment > Motions for Summary Judgment > General Overview

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > General Overview

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Genuine Disputes

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Materiality of Facts

Evidence > Inferences & Presumptions > General Overview

***HN1*[ ] Entitlement as Matter of Law, Appropriateness**

Summary judgment may be granted when the record contains no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P. 56(c)*. A genuine issue for trial will be found only when the evidence is such that a reasonable jury could return a verdict for the nonmoving party. A court ruling on a motion for summary judgment must view all the evidence in a light most favorable to the nonmoving party, and draw all inferences in the nonmovant's favor. If the evidence is merely colorable, however, or is not sufficiently probative, summary judgment may be granted. Moreover, where cross-motions for summary judgment are involved, those principles require the court to take a dual perspective -- one that has frequently been described as Janus-like and that may on occasion cause the denial of both motions.

Insurance Law > Types of Insurance > Disability Insurance > General Overview

Labor & Employment Law > ... > Disability Benefits > Scope & Definitions > Types of Disabilities

Pensions & Benefits Law > Employee Benefit Plans > Welfare Benefit Plans

Civil Procedure > Preliminary Considerations > Federal & State Interrelationships > General Overview

Civil Procedure > ... > Federal & State Interrelationships > Federal Common Law > General Overview

Labor & Employment Law > Disability & Unemployment Insurance > General Overview

Labor & Employment Law > Disability & Unemployment Insurance > Disability Benefits > General Overview

Labor & Employment Law > ... > Disability Benefits > Scope & Definitions > General Overview

Pensions & Benefits Law > ERISA > General Overview

Pensions & Benefits Law > ERISA > Civil Litigation

Pensions & Benefits Law > ERISA > Civil Litigation > Federal Common Law

*HN2*[] **Types of Insurance, Disability Insurance**

Where a disability policy is issued as part of an employee benefit plan, a suit to obtain benefits thereunder is governed by the Employee Retirement Income Security Act of 1974, and the court must apply the federal common law rules of contract interpretation to determine the meaning of the terms of the disability policy.

Civil Procedure > ... > Federal & State Interrelationships > Federal Common Law > General Overview

Contracts Law > Defenses > Ambiguities & Mistakes > General Overview

Insurance Law > ... > Policy Interpretation > Ambiguous Terms > Construction Against Insurers

Civil Procedure > Preliminary Considerations > Federal & State Interrelationships > General Overview

Contracts Law > Contract Interpretation > General Overview

Contracts Law > Contract Interpretation > Ambiguities & Contra Proferentem > General Overview

Insurance Law > Claim, Contract & Practice Issues > Policy Interpretation > General Overview

Insurance Law > Claim, Contract & Practice Issues > Policy Interpretation > Ordinary & Usual Meanings

*HN3*[] **Federal & State Interrelationships, Federal Common Law**

A court must interpret a plan governed by the Employee Retirement Income Security Act of 1974 in an ordinary and popular sense as would a person of average intelligence and experience. Any ambiguous terms in an insurance contract is to be strictly construed in favor of the insured. Courts are restricted by federal common law rules of contract interpretation to view the language of the insurance policy to determine where the parties' minds met and must give effect to the words which denote the bargain, not in light of public policy considerations, but in light of their plain meaning.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

Insurance Law > Claim, Contract & Practice Issues > Group Policies > Coverage Exclusions

*HN4*[] **Health Insurance, Preexisting Conditions**

Although an insured under a plan governed by the Employee Retirement Income Security Act of 1974 and containing a preexisting condition exclusion need not be definitely diagnosed with a condition during a "treatment-free period," there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the insured to be considered as have been treated or seen for the particular condition.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

*HN5*[] **Health Insurance, Preexisting Conditions**

A health care provider must have at least some suspicion of a particular disease or condition before attempting to treat it or to test for its presence.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

Insurance Law > Claim, Contract & Practice Issues > Group Policies > Coverage Exclusions

*HN6*[] **Health Insurance, Preexisting Conditions**

In the context of a plan governed by the Employee Retirement Income Security Act of 1974 and containing a preexisting condition exclusion, it is the actual knowledge of the doctor and patient during the treatment-free period that is the "key question" and not whether the patient "actually had" the particular condition during the period.

**Counsel:** For JERRY S GOERIG, plaintiff: Charles Jeffrey Thut, Roach, Johnston & Thut, Libertyville, IL.

For PHOENIX HOME LIFE MUTUAL LIFE INSURANCE CO., defendant: David Joseph Novotny, Laura Ann Smith, Peterson & Ross, Chicago, IL.

**Judges:** JOHN A. NORDBERG, United States District Court Judge.

**Opinion by:** JOHN A. NORDBERG

## Opinion

**MEMORANDUM OPINION AND ORDER**

This case involves a pre-existing condition clause in a disability insurance policy. Both plaintiff Jerry S. Goerig and defendant Phoenix Home Life Mutual Insurance Company ("Phoenix") have filed motions for summary judgment. For the reasons set forth below, this court grants plaintiff's motion and denies defendant's motion.

**BACKGROUND FACTS**

Except in the limited instances noted below, the parties agree on the material facts. [1] On August 10, 1994, plaintiff Jerry S. Goerig was hired by Tamiya America, Inc. ("Tamiya") as Director of Sales and Marketing. On November 9, 1994, Goerig became insured under a group long term disability certificate issued by Phoenix in connection with a group insurance policy covering Tamiya (the **[*2]** "policy"). All of the premiums were paid by Tamiya. The policy was provided in the context of an employee welfare benefit plan under ERISA, *29 U.S.C. § 1001 et seq.* [2]

Under the undisputed **[*3]** terms of the disability policy, Goerig could not recover for any "pre-existing conditions." The policy defines a "pre-existing" condition as follows:

> A sickness or injury for which you, during the treatment-free period (as shown in the insurance schedule) before the effective date of your insurance under the policy:
> 1. Received medical care, treatment or consultation, diagnosis or diagnostic tests; or

---

[1] Both parties submitted statements of fact and objections pursuant to Local Rules 12(M) and 12(N). Goerig simply admitted every single statement of fact offered by Phoenix. Phoenix admitted to almost all the facts offered by Goerig and only really objected in a few instances and did so only on the grounds that the offered statements were incomplete.

[2] Phoenix notes that the plan states that it is an ERISA fiduciary "charged with the obligation, and possessing discretionary authority to make claim, eligibility and other administrative determinations regarding [insurance plans under which you are insured]." Goerig notes that the plan also states: "We [*i.e.* Phoenix] are not a plan administrator (as that term is understood under ERISA) and we are not responsible for any asset or property which belongs to the plan."

2. Took any drugs, medicine, or medication prescribed or recommended by a physician.

The parties agree that Goerig's "treatment-free" period ran for the three-month period from August 9, 1994 through November 9, 1994. Therefore, for purposes of this case, the November 9, 1994 date is pivotal.

In March of 1995, Jerry Goerig was diagnosed with amyotrophic lateral sclerosis ("ALS"). ALS is a degenerative muscular disorder and is sometimes referred to as Lou Gehrig's Disease. It is undisputed that the first diagnosis of ALS came a number of months after the end of the treatment-free period. As set forth in greater detail below, the remaining facts primarily concern the time period from July of 1994 until March of 1995. During this time, Goerig began to experience **[*4]** a number of physical symptoms, and he eventually saw five different doctors -- his family physician, an orthopedic surgeon, a neurologist, another doctor, and a second neurologist.

On July 25, 1994, Goerig visited his family physician, Dr. Dionisio B. Yorro Jr, because he had pain in his right knee and hip. Goerig believed that his knee and hip pain possibly were related to a football injury that occurred many years before this time. Dr. Yorro proscribed Naprosyn, an anti-inflammatory drug, and also referred Goerig to an orthopedic surgeon, Dr. Bruce Hamming. [3]

On September 19, 1994, Goerig visited Dr. Hamming concerning the pain in his right knee. Dr. Hamming examined Goerig and diagnosed his problems as posterior cruciate instability, crepitation, and valgus deformity. He also told Goerig that he had the knee of a 75 year old man.

On October 21, 1994, Goerig returned to his family **[*5]** physician, Dr. Yorro, for a follow-up visit after his visit to Dr. Hamming. This particular visit is important because it was during the treatment-free period (which ended on November 9th) and it is the visit on which Phoenix focuses its argument that Goerig suffered from a pre-existing condition as defined in the policy.

During this October 21st visit, Goerig complained to Dr. Yorro that he suffered from pain in his legs, feet, and hips, that he was having trouble walking, and that he was feeling a weak sensation in both legs. Although both of his legs were affected, the right leg was more severe. Dr. Yorro examined Goerig physically and also performed some type of neurological examination. Dr. Yorro did not find anything specifically wrong, but he did not determine a cause of the leg problems. He thus referred Goerig to a neurologist in order to rule out any neurological problems.

On November 14, 1994 -- five days after the expiration of the treatment-free period -- Goerig was examined by a neurologist, Dr. Peter Chhabria. [4] The examination was normal, and Dr. Chhabria suspected that Goerig had "gait abnormalities" with an unknown etiology or cause. Dr. Chhabria did not suspect **[*6]** that Goerig had ALS at this time. [5] Dr. Chhabria did not treat Goerig for any condition during this November 1994 visit. In his complaint, Goerig states that ALS is a disease with a specific diagnosis. The primary symptom of the disease is fasciculations or muscle-twitchings, and fasciculations of the tongue is the hallmark symptom. It is undisputed that Dr. Chhabria did not observe any fasciculations at this time. However, as Phoenix points out, Dr. Chhabria testified that he has had patients with ALS who did not exhibit the symptom of fasciculations. Ultimately, Dr. Chhabria diagnosed Goerig with entrapment neuropathy. Phoenix states that Dr. Chhabria never definitively diagnosed Goerig with entrapment neuropathy but only suggested that as a possible or tentative diagnosis.

**[*7]** Neither Dr. Yorro nor Dr. Chhabria believed that they rendered any medical care, treatment or consultation to Goerig for the condition of ALS. Nor did they believe that they rendered a diagnosis or performed any diagnostic testing for ALS.

---

[3] As of August of 1994, Goerig was physically active, playing golf and working out at a health club three to five times a week.

[4] Goerig told Dr. Chhabria that he had gone deer hunting over the past weekend and had not been able to lift his leg over a fence and had trouble walking. As a result, Goerig had visited the emergency room of St. Therese Medical Center.

[5] Subsequently, during his deposition testimony, Dr. Chhabria stated that he believed that it is "100% possible" that Goerig's earlier symptoms were actually symptoms of ALS.

On February 20, 1995, Goerig visited Dr. John LaFata in Vista, California, regarding problems with strength and coordination. It is not clear whether Dr. LaFata had any particular speciality. Dr. LaFata examined Goerig and took a comprehensive history. Dr. LaFata noted in his records that Goerig told him that he had started to notice a decrease in activity and strength sometime around August of 1994.

On March 23, 1995, Goerig visited Dr. John Romine, a neurologist with the Scripps Clinic. Nearly eight months after he first had consulted a doctor regarding the pain in his leg, Goerig was diagnosed with ALS by Dr. Romine. Goerig told Dr. Romine that in February of 1994 he began to experience problems with decreased stamina while exercising. In his deposition, Dr. Romine stated that it was his medical opinion that Goerig's ALS was present as early as February of 1994.

On May 1, 1995, Goerig made a claim for long term disability benefits under the **[*8]** disability insurance policy provided by Tamiya. Goerig attached to his application for disability benefits an Attending Physician Statement ("APS") signed by Dr. LaFata. In the APS, Dr. LaFata stated that he believed that Goerig's symptoms of ALS first appeared in August of 1994.

Joseph Fisher, a claims analyst for Phoenix, investigated Goerig's claim. There is no evidence that Fisher has any particular medical training or expertise. He requested and obtained medical records from Dr. Yorro, Dr. Chhabria, Dr. LaFata, and Dr. Romine. He apparently did not attempt to obtain the records of Dr. Hamming.

On August 2, 1995, Fisher recommended that Phoenix deny Goerig's claim. Fisher's Claim Review Memo states as follows:

> Recommend denial due to Pre-x condition during the Pre-x period 8-94 to 11-94. Mr. GOERIG seeked [sic] treatment for the symptoms of this disease from Dr. Yorro on 10-21-94, who made a referral to Dr. Chhabria. While Dr. Chhabria['s] exam is after the Pre-x period, he does confirm that the symptom exhibited during the Pre-ex were most likely related to a motor neuron disorder.

(Phoenix Statement of Material Facts, Ex. P.) This memorandum thus states **[*9]** that the reason for denial was that Goerig sought "treatment" during the treatment-free period.

On August 11, 1995, Phoenix denied Goerig's claim for long term disability benefits based on its belief that Goerig's claim was a pre-existing condition under the terms of the policy. Although some other individuals at Phoenix approved of Fisher's recommendation, there is no evidence in the record of the basis for their decision. The only evidence in the record is Fisher's memorandum. In its Statement of Material Facts, Phoenix states that it denied coverage because Goerig had received "medical consultation" during the treatment-free period for "symptoms of what was eventually diagnosed to be ALS." (P 16.)

Since April 24, 1995, Goerig has been disabled and unable to work as a result of his ALS.

**ANALYSIS**

Both parties have filed motions for summary judgment. *HN1*[🡅] Summary judgment may be granted when the record contains no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P. 56(c)*. A genuine issue for trial will be found only when "the evidence is such that a reasonable jury could return a verdict for the nonmoving party." **[*10]** *Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248, 91 L. Ed. 2d 202, 106 S. Ct. 2505 (1986)*. A court ruling on a motion for summary judgment must view all the evidence in a light most favorable to the nonmoving party, and draw all inferences in the nonmovant's favor. *Wolf v. Buss Am., Inc., 77 F.3d 914, 918 (7th Cir.1996)*. If the evidence is merely colorable, however, or is not sufficiently probative, summary judgment may be granted. *Liberty Lobby, 477 U.S. at 259-60*; *Unterreiner v. Volkswagen, Inc., 8 F.3d 1206, 1212 (7th Cir.1993)*. "Where as here cross-motions for summary judgment are involved, those principles require the Court to take a dual perspective -- one that [] has frequently [been] described as Janus-like and that may on occasion cause the denial of both motions." *Kempka v. Dun & Bradstreet Corp., 1996 U.S. Dist. LEXIS 13966, 1996 WL 543329*, *2 (N.D. Ill. Sept. 23, 1996).

HN2[↑] The disability policy in this case was issued as part of an employee benefit plan, and thus this action is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). *Pitcher v. Principal Mut. Life Ins. Co., 93 F.3d 407, 411 (7th Cir. 1996)*. Therefore, this court must apply the federal **[*11]** common law rules of contract interpretation to determine the meaning of the terms of the disability policy. *Id.* In this context, the Seventh Circuit has provided a number of guiding principles. First, HN3[↑] this court must "interpret ERISA plans in an ordinary and popular sense as would a person of average intelligence and experience." *Meredith v. Allsteel Inc., 11 F.3d 1354, 1358 (7th Cir. 1993)*. Second, any "ambiguous terms in an insurance contract will be strictly construed in favor of the insured." *Hammond v. Fidelity and Guaranty Life Ins. Co., 965 F.2d 428, 430 (7th Cir. 1992)*. Finally, the Seventh Circuit has noted that courts "are restricted by federal common law rules of contract interpretation to view the language of the insurance policy to determine where the parties' minds met" and "must give effect to the words which denote the bargain, not in light of public policy considerations, but in light of their plain meaning." *Bullwinkel v. New England Mut. Life Ins. Co., 18 F.3d 429, 431 (7th Cir. 1994)*.

With these principles in mind, this court turns to the two issues raised by the parties. The first issue is what standard of review this court should follow in reviewing **[*12]** the denial of coverage. Phoenix states that it is an ERISA fiduciary charged with discretionary authority to make claim, eligibility, and other decisions, and that its decision therefore must be reviewed under the arbitrary and capricious standard of review. *Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101, 115, 103 L. Ed. 2d 80, 109 S. Ct. 948 (1989)*; *Trombetta v. Cragin Fed. Bank, 102 F.3d 1435, 1438 (7th Cir. 1997)*. Goerig, on the other hand, argues that Phoenix is not a plan administrator and that Phoenix is thus not entitled to the more deferential arbitrary and capricious standard of review. Goerig also states that the policy is paid by the employer and that Phoenix, as a commercial insurance carrier, is not an impartial trustee acting for the benefit of the employees under an ERISA plan. Goerig thus argues for a *de novo* standard of review. Because this court finds that Goerig prevails under either standard, it need not resolve this particular issue.

The second and central issue of this case concerns the interpretation of the insurance contract. Before analyzing the language of this policy, this court will first discuss the relevant case law. The parties' positions **[*13]** basically boil down to an argument over which of two competing Seventh Circuit cases best fits the facts of this case. In one case -- *Bullwinkel v. New England Mut. Life Ins. Co., 18 F.3d 429 (7th Cir. 1994)* -- the Seventh Circuit affirmed summary judgment in favor of an insurer which denied coverage based on a pre-existing condition clause. Not surprisingly, Phoenix strongly emphasizes this case. In the other case -- *Pitcher v. Principal Mut. Life Ins. Co., 93 F.3d 407 (7th Cir. 1996)* -- the Seventh Circuit affirmed the district court's granting of summary judgment in favor of the insured under fairly similar facts. Goerig, of course, relies on this case. Although a few district courts have addressed this issue since *Pitcher* and *Bullwinkel* were decided, these two cases still present the most relevant and controlling case law and therefore will be the focus of this ruling.

In *Bullwinkel v. New England Mut. Life Ins. Co.*, the plaintiff discovered a lump in her breast and visited a doctor on July 20th -- just eleven days before her policy took effect. *18 F.3d at 429*. The doctor conducted an ultrasound and diagnosed a cyst, but he could not say whether it was cancerous **[*14]** or benign. However, because "he was concerned about the possibility of cancer," the doctor suggested that the plaintiff have the cyst removed. *Id. at 430*. In September, a surgeon removed the cyst, which was determined to be cancerous. The insurance company denied the plaintiff's coverage claim because she had a pre-existing condition. *Id.* The district court granted summary judgment in favor of the insurer-defendant.

On appeal, the Seventh Circuit stated that the lump in plaintiff's breast and other related symptoms "were not trivial and inconclusive -- like a cough or a rash which might imply any of a variety of maladies, or none at all." *Id. at 432*. Thus, even though neither the plaintiff nor her doctor knew for sure that she had cancer in July, the Seventh Circuit held that the July visit "actually concerned cancer." *Id.* Based on the foregoing analysis, the Seventh Circuit concluded that the plaintiff was seen, treated, and incurred medical expenses for cancer in July. *Id.* However, the Seventh Circuit cautioned that "several attributes make this case unique" and noted that "obviously, this case is not

an authorization for summary judgment in all future cases [*15] dealing with pre-existing condition limitations." Id. at 433. [6]

Two years later, in Pitcher v. Principal Mut. Life Ins. Co., the Seventh Circuit re-visited this issue under somewhat similar facts but with the opposite result. The plaintiff had suffered for approximately twenty years from a fibrocystic breast condition, which causes the periodic appearance of benign cysts. 93 F.3d at 409, 412. There is no specific treatment for the benign cysts but they may abate if the patient eliminates caffeine from his or her diet. Id. As a result, when the plaintiff consulted her long-time doctor for examination of a cyst, the doctor suspected that the breast lumps were "fibrocystic breast changes" and thus recommended that Pitcher abstain from caffeine. She did so and **[*16]** returned to the doctor six weeks later and two days before the pre-existing condition cut-off period. Id. The doctor noticed that the lumps had not subsided -- despite the caffeine abstention -- and then referred Pitcher to a radiologist for a mammography exam on that same day (i.e. still before the cut-off). The exam showed that the right breast was "predominantly fibrous" but was inconclusive as to the left breast. Id. As result, several days later -- but now after the cut-off period -- a biopsy was performed. It revealed a malignant tumor.

The Seventh Circuit framed the "key question" as whether Pitcher received "treatment or service" (the relevant terms of the particular policy) for breast cancer before the end of the treatment-free period and not whether she "actually had breast cancer" during this period. Id. at 411. The Seventh Circuit affirmed the district court and held that the condition was not pre-existing because the plaintiff "was being monitored for the longstanding fibrocystic breast condition and not cancer during the pre-coverage period." Id. at 412. The Seventh Circuit described the case as one involving a "combination of medical problems" and **[*17]** therefore "easily distinguishable" from the earlier *Bullwinkel* decision. Id. at 415. Pitcher's doctor did not think her lump was anything other than her fibrocystic condition whereas Bullwinkel's doctor apparently suspected cancer, although thought it was only benign.

With these two cases in mind, this court will now turn to the facts of this case. As noted above, the policy defines a "pre-existing" condition as follows:

> A sickness or injury for which you, during the treatment-free period (as shown in the insurance schedule) before the effective date of your insurance under the policy:
> 1. Received medical care, treatment or consultation, diagnosis or diagnostic tests; or
> 2. Took any drugs, medicine, or medication prescribed or recommended by a physician.

Phoenix does not argue and it is undisputed that Goerig did not take any medicine for ALS during the treatment-free period in order to trigger subsection (2) above. Under subsection (1), a pre-existing condition exists if Goerig received either medical care, treatment, consultation, diagnosis, or diagnostic tests for ALS. In this case, according to the Fisher memorandum, Phoenix denied coverage because **[*18]** it believed that Goerig received "treatment" during the treatment-free period. Phoenix also argues in its briefs to this court that Goerig received "consultation."

Although the parties make specific arguments regarding "treatment" and "consultation," their primary arguments relate to the contractual requirement that the treatment or consultation must be for the condition of ALS. This question arises because it is undisputed that when Goerig visited the doctors during the treatment-free period he was not actually diagnosed with ALS. Neither he nor his doctors considered or even suspected ALS as a cause. However, it is also undisputed that the symptoms exhibited by Goerig during the treatment-free period actually were from ALS. This conclusion was established through the deposition testimony of certain of the doctors in this case who stated that in hindsight the symptoms were caused by the ALS. Given these facts, Phoenix argues as follows: "The fact that no physician diagnosed Plaintiff with ALS prior to the effective date of the policy is irrelevant; the fact remains that Plaintiff received medical consultation for symptomatology of a condition which ultimately was diagnosed as **[*19]** ALS." In other words, as long as it turns out in hindsight that the symptoms were the result of the condition, that is enough according to Phoenix. Phoenix relies on the Seventh Circuit's ruling in *Bullwinkel*.

---

[6] The Seventh Circuit also noted that the attorney in the case only raised one argument on appeal: "we make no statement about what might happen if an attorney in a future case presents different arguments and authority to the court." Id.

However, reading both *Pitcher* and *Bullwinkel*, this court does not find this argument persuasive under the facts of this case. Both Seventh Circuit cases addressed the type of situation where a patient sees a doctor during the treatment-free period for symptoms which are later diagnosed after the treatment-free period to have been caused by a particular condition. In *Bullwinkel*, both the plaintiff and her doctor were concerned specifically about the possibility of malignant cancer during the treatment-free period. That concern was the cause for the visit. Thus, although the doctor did not "definitively" diagnose cancer during this visit, the Seventh Circuit believed that the facts suggested that the visit "actually concerned cancer." 18 F.3d at 433. In contrast, in *Pitcher*, the doctor and patient did not consider the possibility of cancer given plaintiff's pre-existing fibrocystic condition. Therefore, the Seventh Circuit found that the visit did not concern **[*20]** cancer. The Seventh Circuit noted that the case differed from the facts in *Bullwinkel* where the doctor's visit within the treatment-free period "was prompted by a specific concern that the lump in her breast . . . might be cancerous." 93 F.3d at 415.

Although these two Seventh Circuit cases are in some tension, this court believes that they can be read together to set forth a principle that **HN4**[] although a plaintiff need not be definitely diagnosed with a condition during the treatment-free period there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the patient to be considered as being treated or seen for the particular condition.

A common sense reading of the contractual language also suggests that there must be some suspicion or concern that the symptoms were caused by the later-diagnosed condition. *See* Meredith, 11 F.3d at 1358 (courts should "interpret ERISA plans in an ordinary and popular sense as would a person of average intelligence and experience"). Otherwise, it makes no sense to say that a doctor or care-provider treated a particular condition when he or she did not **[*21]** know that the condition existed. *See generally,* Kempka v. Dun & Bradstreet Corp., 1996 U.S. Dist. LEXIS 13966, *13, 1996 WL 543329, *4 (N.D. Ill. Sept. 23, 1996) (noting that it "would severely distort the English language to characterize" plaintiff as being involved in "treatment" for "a heart problem that did not manifest itself until a week later"). As the Seventh Circuit noted in *Pitcher*, treatment for the condition did not commence until after the condition had been "conclusively" identified. 93 F.3d at 413. At a minimum, it seems that **HN5**[] a care-provider must have at least some suspicion of the particular disease or condition before attempting to treat it or to test for its presence as, for example, in the situation where the care-provider treats a possible disease or condition as a precautionary measure until a final diagnosis has been made. This seems to be the basis for the Seventh Circuit's ruling in *Bullwinkel*. In *Pitcher*, the Seventh Circuit distinguished *Bullwinkel* and those cases in which a party had seen a doctor and the doctor had diagnosed the patient as "likely" having a particular condition even though the doctor had some doubts or was not absolutely sure of the diagnosis. 93 F.3d **[*22]** at 417. In those cases, courts have found that the patient in fact was treated, seen, or consulted during the treatment-free period. *See, e.g.,* Cury v. Colonial Life Ins. Co. of Am., 737 F. Supp. 847, 855 (E.D. Pa. 1990) (holding that plaintiff had "consulted" with a doctor during the treatment-free period when the patient had been diagnosed as likely or most likely having multiple sclerosis: "the mere fact that [the doctor] retained some doubts about the correct diagnosis . . . does not alter this conclusion").

Applying the foregoing principles to this case, this court finds that this case is more like *Pitcher* than *Bullwinkel* and that as a result Goerig did not receive "treatment" or "consultation" for ALS during the treatment-free period. As in *Pitcher*, this case "involved a combination of medical problems." 93 F.3d at 415. Goerig went to see a doctor with symptoms that pointed to a benign condition -- in this case, knee problems from an old football injury. Goerig's doctor agreed with this analysis and sent him to an orthopedist. Just as Pitcher did not suspect cancer as a cause of her breast lump given her fibrocystic condition, Goerig did not suspect ALS given **[*23]** his history of knee problems. Or, in the words of the Seventh Circuit in *Bullwinkel*, Goerig's knee problems were more like "a cough or a rash which might imply any of a variety of maladies, or none at all." 18 F.3d at 432.

Until the time he was actually diagnosed with ALS in March of 1995, Goerig's symptoms -- pain in the knees and eventually in other parts of his legs -- were suggestive of "a variety of maladies." The various doctors came to a number of different diagnoses or possible diagnoses: knee problems, posterior cruciate instability, crepitation, valgus deformity, "gait abnormalities," and entrapment neuropathy. Goerig visited five doctors in total, and it was not until the fifth and last doctor in the sequence that Goerig was actually diagnosed with ALS. Moreover, the initial

symptoms were "inconclusive" as to ALS. There is no evidence that Goerig showed specific signs of ALS during the treatment-free period. One hallmark of the diseases is fasciculations of the tongue, and there was no evidence of such a symptom during this period. Phoenix has not pointed to any particular symptom for which a doctor should have known that ALS was the likely cause.

Phoenix emphasizes **[*24]** the fact that on October 21st Dr. Yorro referred Goerig to a neurologist and not an orthopedist. Without explicitly arguing the point, Phoenix seems to suggest that Dr. Yorro must have had suspicions of ALS. As an initial matter, there is no evidence that Dr. Yorro ever mentioned or even suspected ALS. In any event, in this court's view, Dr. Yorro's referral to a neurologist does not bring this case within the holding of *Bullwinkel*. The referral to a neurologist does not show that Dr. Yorro believed or suspected Goerig had ALS but simply that he believed the problem might be neurological in nature. As this case demonstrates, Goerig's symptoms pointed to a number of possible neurological conditions other than ALS. In fact, the visit to Dr. Chhabria, the first neurologist, never led to a diagnosis of ALS even after further general testing. Dr. Chhabria instead suggested entrapment neuropathy or "gait abnormalities." Moreover, this is not a case where the plaintiff was diagnosed a few days after the end of the treatment-free period, thus raising the question of whether an earlier diagnosis could have been made. In fact, it was not until approximately five months after the end of the **[*25]** treatment-free period that a doctor first diagnosed Goerig with ALS.

These facts differ from those in *Bullwinkel* where the plaintiff and her doctor had a "specific concern" about cancer and only cancer. Those facts led the Seventh Circuit to say that the visit to the doctor in *Bullwinkel* "actually concerned cancer." Here, in contrast, the facts simply do not point to the conclusion that the October 21st visit to Dr. Yorro "concerned" ALS.

None of the doctors in this case believed that they ever diagnosed, treated, or consulted for ALS during the treatment-free period. Although some of the doctors have stated -- in hindsight during their deposition -- that the symptoms during the treatment-free period were probably the result of ALS, this court does not believe that fact changes the result. Under *Pitcher*, ***HN6***[↑] it is the actual knowledge of the doctor and patient during the treatment-free period that is the "key question" and not whether the patient "actually had" the particular condition during the period. *Pitcher, 93 F.3d at 411*. In sum, during the treatment-free period, the symptoms were either "trivial" or "inconclusive" and therefore Goerig did not receive "treatment" **[*26]** or "consultation" for ALS. [7]

Finally, although this case is really one of contract interpretation, this court briefly addresses one policy argument raised by Phoenix. Phoenix argues that a ruling in favor of Goerig would reward a misdiagnosis and therefore would allow coverage determinations to hinge on the arbitrary factor of which doctor a patient happens to see. One patient sees a good doctor who diagnoses the symptoms right away, and there is no coverage. Another similarly situated patient sees a bad doctor who misses the diagnosis, and there is coverage. As an initial matter, Phoenix has not pointed to any evidence **[*27]** in this case to suggest that any of Goerig's doctors should have been able to definitively diagnose Goerig with ALS during the treatment-free period. Thus, there is really no misdiagnosis. Moreover, it would seem that if a person exhibited symptoms suggestive of an illness as severe as ALS that the patient and his or her doctor would have every incentive to diagnose that condition quickly to find the best possible treatment. There is no evidence in this case suggesting that Goerig was attempting to hide his condition in order to get coverage under this policy. Ultimately, this whole issue could be avoided by including specific language in the contract addressing this problem.

**CONCLUSION**

---

[7] In addition, with regard to whether Goerig received "treatment," which is the stated basis Phoenix gave at the time for denying coverage, there is no real evidence that Goerig even received any treatment at all either for ALS or even treatment for symptoms which were later diagnosed as ALS. Phoenix has not pointed to any specific treatment for ALS that was given during the treatment-free period.

For the reasons set forth above, this court grants plaintiff's motion for summary judgment and denies defendant's motion for summary judgment. Plaintiff shall prepare his proposed final judgment order, including proposed damages with supporting affidavits, and file same with the court by December 7, 1998. Defendant may file objections with supporting affidavits by December 31, 1998. Plaintiff shall file a reply, if necessary, by January 11, 1999. The court shall rule by mail unless the **[*28]** court determines that an evidentiary hearing is necessary.

**ENTER:**

**JOHN A. NORDBERG**

**United States District Court Judge**

**DATED:** November 12, 1998

---

**End of Document**

AUG 2 6 2024

quadient
FIRST-CLASS MAIL
IMI
$002.59º
08/19/2024 ZIP 53703
043M31232352

Hawks Quindel, S.C.
P.O. Box 2155
Madison, WI. 53701-2155

The Lincoln National Life Insurance Company
Attn: Kelly Tedford
8801 Indian Hills Drive
Omaha, NE 68114-4066

Hawks Quindel s.c.
MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155

Date: Fri Aug 23 19:50:19 CDT 2024
From: Kelly Tedford <Kelly.Tedford@lfg.com>
To: MVieth@hq-law.com
Message-ID: <1781433584.1268.1724460619098.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Kelly Tedford**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x66246
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 23, 2024

HAWKS QUINDEL, S.C.
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear JESSA L VICTOR:

We have completed our review of your client's Long Term Disability appeal. Based on the information provided, we have determined that we are unable to approve benefits. In our appeal review process, all information previously submitted as well as any new documentation was used to make a determination.

To be eligible for benefits under the policy issued to Gundersen Health System, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to, the following:

> **PRE-EXISTING CONDITION EXCLUSION**. This Policy will not cover any Total or Partial Disability:
>
> 1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
> 2. which begins in the first 12 months after the Insured Employee's Effective Date.
>
> **"Pre-Existing Condition"** means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.
>
> **"Treatment"** means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Your client's entire file was reviewed upon appeal.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Summary of Initial Claim Filing**

Your client's initial claim forms state that your client was unable to continue working in his own occupation beyond 08/11/2023 due to salivary gland carcinoma.

Benefits were not approved because our review of the medical documentation, which included consultation with an independent physician who is Board Certified in Medicine Oncology and Radiation Oncology, determined that your condition was Pre-Existing and, therefore, not covered under the policy. For complete details, please refer to our letter dated 01/26/2024.

**Summary of Appeal**

On 07/15/2024, you and your client filed an appeal in response to our determination to terminate/deny benefits. Additional information was submitted from UW Health Oncology.

Our records indicate that your client became insured under this policy on 09/01/2022. Because he stopped working within the first 3 months after that date, we investigated whether or not your client received treatment for his disabling condition during the 12 months prior to your effective date. The Pre-Existing Condition Exclusion look-back period, as noted above, would run for 3 months prior to the effective date of coverage, which in this case would be from 06/01/2022 to 09/01/2022.

As part of the review process, we sent a copy of your client’s file to Dr. Judy Schmidt, an independent physician who is Board Certified in Internal Medicine, Hematology and Oncology.

Dr. Schmidt opined, in part:

> *The claimant was initially seen during the date range of 6/1/22 to 9/1/22 for redness to the left malar area, and the redness then spread to his left eye, ear, and neck. He also complained of facial swelling, puffiness and redness under the left eye, and increased submandibular glandular swelling. These symptoms were evaluated by APs and were deemed to be possible cellulitis which on further evaluation turned out to be Salivary duct carcinoma and cellulitis was ruled out. Hence, the conditions identified during the Pre-Ex period caused/contributed to the currently impairing condition.*

For details of the medical records that were reviewed and the Pre-Existing determination, please refer to the medical review sent to you on 08/09/2024 to provide you or your physicians with the opportunity to respond or provide a rebuttal prior to a determination. Please refer to the report for further details.

In response, you submitted a rebuttal letter and included numerous case law documents; however, no additional medical records were included. The information received was reviewed and considered but did not contain any new physical examination findings, labs or diagnostic testing to change the conclusion of the medical review.

The review of the medical information in file supports that your client was treated for symptoms which contributed to and resulted in the diagnosis of salivary gland carcinoma during the Pre-Existing look-back period, which ran from 06/01/2022 to 09/01/2022.

**Appeal Decision**

We understand that your client has been diagnosed with salivary gland carcinoma. However, our review of the medical documentation, which included consultation with and/or review of a written report from an independent physician who is Board Certified in Internal Medicine, Hematology and Oncology, determined that the information in file supports that your client was treated for this condition during the Pre-Existing look-back period in question.

In summary, we found that the medical documentation provided evidence of treatment for your client's disabling condition during the Pre-Existing look-back period and, therefore, we are unable to consider benefits for your claim due to the Pre-Existing Condition Exclusion in the policy.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

**Appeal Rights**

As a reminder, your client has exhausted their first level of appeal. If your client disagrees with this decision, you, your client, or a person legally authorized as your client's representative, may pursue a final administrative appeal.

To initiate this process, please have your client or an authorized representative submit a written request for review to the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 402-361-1460

The following should be included with the appeal letter:

1. The policy number and claim number;
2. The reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your client's appeal, we will review the claim and provide you or your client with a full written explanation of the decision within 45 days. You or your client may also request copies of records and other information relevant to the claim free of charge.

If your client's plan is subject to ERISA, he or she may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your client's local U.S. Department of Labor Office or your client's state insurance regulatory

agency. In addition, once all required reviews of your client's claim have been completed, your client has the right to bring a civil action under applicable law.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Kelly Tedford
800-423-2765 x66246
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫį̨óóǫéą̨ą́ǫąíę́ę.

Date: Fri Aug 23 18:22:25 CDT 2024
From: Kelly Tedford <Kelly.Tedford@lfg.com>
To: mwells@gundersenhealth.org
Message-ID: <1267521911.1263.1724455345765.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Kelly Tedford**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x66246
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 23, 2024

GUNDERSEN HEALTH SYSTEM
ATTN Monica Wells
1900 South Ave
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Monica Wells:

This letter is in regard to Robert Loper's request for an appeal of his denied Long Term Disability claim.

Upon review of the medical evidence, it has been determined that we are unable to overturn the original denial of the claim.

We cannot provide you with a copy of the detailed letter sent to the employee's attorney due to the confidential information that is contained in the letter regarding his medical records.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Kelly Tedford
800-423-2765 x66246
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

August 19, 2024

**<u>SENT VIA U.S. MAIL, EMAIL & FAX</u>**
The Lincoln National Life Insurance Company
Attn: Kelly Tedford
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950
Email: LFGAppeals@lfg.com

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

Dear Ms. Tedford:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 9, 2024, which enclosed new evidence generated during the review process, namely the physician consultant memo of Dr. Judy Schmidt, MD. The purpose of this letter is to respond to that evidence.

While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition." As has been explained by Mr. Loper in his prior submissions, courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**.

**<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr.

Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. Accordingly, this report does not address the pivotal issue in this case.

**Enclosed please find full copies of selected relevant court opinions addressing this topic.** Note that LFG is required to consider the relevant legal standard, and thus may not rely on Dr. Schmidt's opinion to deny Mr. Loper's appeal.

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[1] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

[1] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.***

# Kaiser v. United of Omaha Life Ins. Co.

United States District Court for the Western District of Wisconsin

January 29, 2016, Decided; January 29, 2016, Filed

14-cv-762-wmc

**Reporter**

2016 U.S. Dist. LEXIS 10648 *; 2016 WL 379814

ROBERT KAISER, Plaintiff, v. UNITED OF OMAHA LIFE INSURANCE COMPANY, d/b/a MUTUAL OF OMAHA and GROUP LONG-TERM DISABILITY POLICY GLTD-AMMA, Defendants.

**Prior History:** *Kaiser v. Wis. Energy Conservation Corp., 2015 U.S. Dist. LEXIS 67577 (W.D. Wis., May 26, 2015)*

## Core Terms

cancer, pre-existing, benefits, disability, look-back, pain, physical therapy, left shoulder, lung cancer, breast, symptoms, Sickness, insured, lump, rotator cuff, suspected, coverage, attorney's fees, diagnosed, marks, shoulder pain, diagnosis, patient, substantial justification, medical treatment, summary judgment, defendants', medication, quotation, disease

**Counsel:** **[*1]** For Robert Kaiser, Plaintiff: Alan C. Olson, Elizabeth Ann Schmidt, LEAD ATTORNEYS, Alan C. Olson & Associates, S.C., New Berlin, WI.

For United of Omaha Life Insurance Company, d/b/a Mutual of Omaha, Group Long-Term Disability Policy GLTD-AMMA, Defendants: Jerilyn Jacobs, Gonzalez Saggio & Harlan LLP, Milwaukee, WI.

**Judges:** WILLIAM M. CONLEY, District Judge.

**Opinion by:** WILLIAM M. CONLEY

## Opinion

OPINION AND ORDER

In this action arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), *29 U.S.C. § 1132(a)*, plaintiff Robert Kaiser seeks long-term disability benefits for his deceased wife Dee Kaiser's disability caused by Stage IV lung cancer. Defendants denied benefits on the basis that Dee Kaiser's disability fell within the pre-existing condition coverage exception of the long-term disability insurance plan at issue. Both parties have moved for summary judgment. (Dkt. ##36, 40.) For the reasons that follow, the court will grant plaintiff's motion, finding that defendants acted arbitrarily and capriciously in invoking the pre-existing condition provision to deny benefits. Accordingly, the court will remand this case for further administrative proceedings consistent with this opinion and order.[1]

UNDISPUTED FACTS[2]

---

[1] Also before the court **[*2]** is a motion to strike portions of plaintiff's reply brief on the basis that plaintiff raised an argument based on a state statute for the first time in reply. (Dkt. #54.) Because the state statute, *Wis. Stat. § 632.76(2)*, does not apply to plaintiff's claim, the court need not consider this argument nor, relatedly, whether ERISA preempts consideration of the state statute. Since all of this is immaterial to the outcome of this case, the court will deny the motion to strike as moot.

[2] Unless otherwise noted, the court finds the following facts material and undisputed.

**A. Overview of the Parties and Claim**

Plaintiff Robert Kaiser's spouse, Dee Kaiser, passed away on December 3, 2014, due to progressive brain metastases as a consequence of lung cancer. (For ease of reference, the court will refer to Robert Kaiser and Dee Kaiser by their first names.) Robert brings this lawsuit under ERISA against defendants to recover long-term disability ("LTD") benefits, as well as enhanced disability and LTD survivor benefits.

Defendant United Omaha Life Insurance Company d/b/a Mutual of Omaha ("Omaha") is the insurer of defendant Group Long-Term Disability Policy GLTD-AMMA ("the Plan"). The policy holder and plan **[*3]** administrator is Dee's former employer Wisconsin Energy Conservation Corporation ("WECC").

Beginning in March 2013, Dee was employed by WECC. Effective April 1, 2013, she became a beneficiary of the Plan. The Plan identifies Omaha as the claims administrator under the Plan and grants Omaha has the authority to interpret the Plan in that capacity, as well as decide all questions of eligibility and entitlement to benefits.[3]

**B. Pertinent Plan Language**

The Plan defines "Disability" and "Disabled" to mean:

> that because of an Injury or Sickness, a significant change in Your mental or physical functional capacity has occurred in which:
>
> a) during the Elimination Period, You are prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and
>
> b) after the Elimination Period, You are:
>
> 1. prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and
>
> 2. unable **[*4]** to generate Current Earnings which exceed 99% of Your Basic Monthly Earnings due to that same Injury or Sickness.

(AR 34.)[4] The "Elimination Period" is defined as the later of 60 calendar days or the date short-term disability ends. (AR 14.) The Plan provides for monthly disability benefits in the amount of two-thirds of basic monthly earnings, less other income sources. (AR 16.) The Plan also provides for enhanced disability benefits under certain conditions and for survivor benefits. (AR 23-24.)

Critical to this appeal, the Plan has a pre-existing condition exclusion: "We will not provide benefits for any Disability caused by, attributable to, or resulting from a Pre-Existing Condition which begins in the first 12 months after You are continuously insured under the Policy." (AR 25.) This exclusion includes:

> any Injury or Sickness for which You received medical treatment, advice or consultation, care or services, including diagnostic measures, or had drugs or medicines prescribed or taken in the 3 months prior to the day You become insured under the Policy.

(AR 25.) Since Dee became insured under the Policy as of April 1, 2013, her **[*5]** "pre-existing condition three-month look-back" period was from January 1, 2013, through March 31, 2013.

Finally, "sickness" is defined as: "a disease, disorder or condition, including pregnancy, that requires treatment by a Physician. Disability resulting from a sickness must occur while You are insured under the Policy." (AR 36.) And the term "injury" is defined as: "an accidental bodily injury that requires treatment by a Physician. It must result in loss

[3] Plaintiff points out the inherent conflict of interest in light of Omaha's dual role of insurer and claims administrator. (Pl.'s PFOFs (dkt. #38) p.4 (second ¶ 19).) The court addresses this conflict in the opinion below.

[4] The administrative record ("AR") is located at dkt. #35.

independently of Sickness and other causes. Disability resulting from an injury must occur while You are insured under the Policy." (AR 34.)

**C. Timing of Dee's Symptoms and Medical Treatment**

**i. Events During the Look-Back Period**

The contemporaneous medical record indicates that Dee injured her shoulder in February 2013 while shoveling snow and scraping ice. Dee suffered a continuous dull ache from her shoulder to her elbow, which increased with lifting her arm above her head. On March 12, 2013, Dee saw Dr. Patro for her left shoulder pain. The treatment notes indicate that Dee "[d]enies any injury or any trauma. However, she has been doing a lot of snow shoveling over the past 3-4 weeks. She first noted pain while she was shoveling snow, and **[*6]** it would be when she would do some lifting. This has gotten progressively worse where she is having trouble doing any lifting, or reaching behind her back, or reaching overhead." (AR 722.) After examining Dee's shoulder, Dr. Patro's impression was "[l]eft shoulder pain secondary to rotator cuff and bicipital tendinitis, likely triggered by the repetitious activity." (AR 723.) Patro prescribed Naproxen, an anti-inflammatory pain medication. Dr. Patro also discussed with Dee the possibility of future physical therapy and cortisone injections. (*Id.*)

On March 27, 2013, Dee called Patro's office back and requested a referral to physical therapy. (AR 728) The nurse submitted an order for physical therapy and refilled her Naproxen prescription. (*Id.*) On March 29, Dee attended an initial physical therapy evaluation with Elizabeth M. Roe, PT. Her notes reveal that Dee "presents with a complaint of left shoulder pain." (AR 96.) She also recorded that the physical examination of Dee's shoulder revealed "tenderness over acromioclavicular joint" and "flexion 170 degrees with mid-range pain." (AR 97.) The physical therapist concluded that Dee "has signs and symptoms consistent with rotator cuff impingement, **[*7]** possible degenerative rotator cuff pathology." (*Id.*)

Neither Dr. Patro's or the physical therapist Roe's notes document any concern or suspicion of cancer of metastasis from a primary lung cancer.

**ii. Events After the Look-Back Period**

After the look-back period ended on March 31, 2013, Dee continued to be treated for left shoulder impairment and a possible rotator cuff tear with medication and physical therapy. Decreased left shoulder flexion measurement was noted during Dee's April 5, 2013, physical therapy session. Dee was seen again on April 16, 2013, by Dr. Patro and Dawn Mueller, PA-C. At that appointment, Dee continued to complain of left shoulder pain, decreased range of motion and weakness. That same day, Dee had a left shoulder x-ray that revealed "some mild degenerative changes at the a.c. joint." (AR 105.) Dr. Patro continued to maintain his diagnosis of impingement syndrome of her left shoulder, treating Dee with a cortisone injection and ordering further physical therapy.

Dee attended physical therapy appointments on April 22nd and 29th, but was discharged from therapy on the 29th due to lack of progress. In particular, Dee reported that her pain and range of motion had worsened. **[*8]**

On May 1, 2013, Dee's health insurance changed, and she began treatment with new physicians. On May 3, she was evaluated by John F. Orwin, M.D., an orthopedic surgeon. Dr. Orwin concluded that Kaiser had a possible silent massive tear of her rotator cuff of her left shoulder, and ordered an MRI of her shoulder. On May 7, Dee had an MRI of her left shoulder, which revealed "permeative destructive mass involving the glenoid extending into the coracoid process and scapular body, with a pathologic fracture of the glenoid." (AR 195-97.)

In addition, the radiologists reviewing the MRI results opined that the left shoulder lesions "presumably represent metastatic disease potentially from breast cancer or lung primary." (AR 197.) A May 8th chest x-ray revealed a "cavitary right lung mass." (*Id.*) On May 14, Joseph T. Yang, M.D., diagnosed Dee with metastatic cancer from a

primary lung cancer. Subsequent biopsy, CT scans and an MRI all confirmed this diagnosis. On May 29, Dee was diagnosed with Stage IV adenocarcinoma of the lung. She then pursued treatment with oncologist Toby Campbell, M.D.[5]

**D. LTD Claim**

On June 11, 2013, just less than a month after the cancer diagnosis, Dee's employer WECC emailed an LTD claim form to Omaha on her behalf. On June 13, WECC faxed a completed LTD Claim Employer's Statement to Omaha also on Dee's behalf. At that point, Dee was still working intermittently from home. In July 2013, however, Dee stopped working altogether, applying for LTD benefits on July 24, 2013.

As part of the claims process, Omaha reviewed medical records from Dee's treating physicians. Because the date of disability was within the first 12 months of the effective policy date, Omaha examined the medical records to determine whether Dee's disability fell within the pre-existing condition exception. On August 29, 2013, Omaha denied Dee's claim for benefits on the sole basis that Dee was treated **[*10]** for her lung cancer within the look-back period. (AR 566-69.) Specifically, Omaha wrote:

> In summary, the obtained medical documentation revealed you were treated for your current diagnosis of lung cancer within the pre-existing look-back period of January 1, 2013, to April 1, 2013. Therefore, no benefits are payable, and your claim has been denied.

(AR 567.)[6]

On May 13, 2014, Dee filed an administrative appeal from this document, submitting medication documentation. In response, on May 29, Omaha referred **[*11]** Dee's claim to its medical director Thomas A. Redder, M.D., for review. Specifically, Dr. Redder was asked to advise whether Dee's lung cancer was a pre-existing condition.

Among other things, Dr. Reeder consulted with one of Dee's treating oncologists, Dr. Campbell, via telephone in order to understand whether the left shoulder pain Dee experienced in March 2013 was due to her metastatic cancer. (AR 67.) In a letter after that conversation, Dr. Reeder stated:

> I indicated that I was calling to discuss Ms. Kaiser's current medical status and treatment. You advised me that she was now involved in a clinical trial of a drug directed at her specific epithelial growth factor receptor mutation. I had questions about the onset of her left shoulder pain in February 2013 that was originally attributed to shoveling snow. It appeared to me that this *in retrospect* was from metastatic disease. You responded that it absolutely was and that she had a very large metastasis.

(*Id.* (emphasis added).) Dr. Reeder than asked Dr. Campbell to sign the bottom of the letter if Dr. Reeder "captured the substance of" their conversation. (*Id.*) Dr. Reeder also instructed Dr. Campbell to make any changes, additions **[*12]** or deletions if he so wished. (*Id.*)

Dr. Campbell signed and dated the letter on June 11, 2014, without edits. On June 19, Omaha upheld its initial denial of Dee's LTD benefits on the basis that her lung cancer was a pre-existing condition. On May 27, 2015, Omaha also denied Robert's claim of LTD survivor benefits relying on its earlier denial of Dee's LTD benefits.

---

[5] Plaintiff proposes several findings of facts based on Dee's post-May medical treatment, presumably to demonstrate **[*9]** that she was disabled on or after her application date of July 24, 2013. Moreover, plaintiff also submitted evidence of Dee filing for and received social security benefits effective August 2013. Because these facts are not material to the only issue before the court -- whether Dee had a pre-existing condition that excluded her from coverage -- the court need not recount those facts here.

[6] Plaintiff would make much of the fact that defendants defined the look-back period as January 1, 2013, to April 1, 2013, arguing instead that the letter should have read "to March 31, 2013." As defendants point out, this argument begins and ends with an immaterial, semantics dispute -- whether the look-back period went "up to" April 1, 2013, or went "up to and included" April 1, 2013. There is, however, no dispute that the last day of the look-back period was March 31, 2013, with coverage effective the next day -- April 1, 2013. Moreover, there are no events in the record on April 1, 2013, so any error on the part of Omaha in describing the look-back period is meaningless on this record.

OPINION

**I. Standard of Review**

This court reviews an administrator's decision to deny eligibility for ERISA insurance plan benefits under the arbitrary and capricious standard. *Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101, 115, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989)*; *Holmstrom v. Metro. Life Ins. Co., 615 F.3d 758, 766 (7th Cir. 2010)*. While highly deferential, the Seventh Circuit cautioned in *Holmstrom* that this standard of review does not make the court a "rubber stamp." *Holmstrom, 615 F.3d at 766*. More specifically, the Seventh Circuit acknowledged in the past that the decision must be "downright unreasonable" before reversal by a federal court would be appropriate, but clarified that statement in *Holmstrom*, explaining that the standard of review:

> should not be understood as requiring a plaintiff to show that only a person who had lost complete touch with reality would have denied benefits. Rather, the phrase is merely a shorthand expression for a vast body of law applying the arbitrary-and-capricious standard **[*13]** in ways that include focus on procedural regularity, substantive merit, and faithful execution of fiduciary goals.

*615 F.3d at 766 n.5*. In this way, the Seventh Circuit suggested that "[f]or ERISA purposes, the arbitrary and capricious standard is synonymous with abuse of discretion." *Id. at 767 n.7* (internal citation, quotation marks and alterations omitted).

Plaintiff also points out that his claim should be viewed in light of Omaha's dual role in administering WECC's Plan, given the inherent conflict between having "both the discretionary authority to determine eligibility for benefits and the obligation to pay benefits when due." *See* *Jenkins v. Price Waterhouse Long Term Disability Plan, 564 F.3d 856, 861 (7th Cir. 2009)* (citing *Metro. Life Ins. Co. v. Glenn, 554 U.S. 105, 108, 128 S. Ct. 2343, 171 L. Ed. 2d 299 (2008))*. Plaintiff justifiably points out in particular that the conflict here is inherent not just with respect to one company, Omaha, but one individual, Dr. Rudder, in that he acted as both consulting physician and as Omaha's medical director. While this "conflict of interest" does not alter the basic standard of review -- an abuse of discretion standard still applies -- it is properly "weighed as a factor in determining whether there is an abuse of discretion." *Glenn, 554 U.S. at 115* (citing *Firestone, 489 U.S. at 115*) (quotation marks omitted); *see also* *Holmstrom, 615 F.3d at 766* (describing this factor as a "key consideration").

Ultimately, ERISA requires **[*14]** that "the administrator . . . weigh the evidence for and against [the denial of benefits], and within reasonable limits, the reasons for rejecting evidence must be articulated if there is to be meaningful appellate review." *Halpin v. W.W. Grainger, 962 F.2d 685, 695 (7th Cir. 1992)* (internal citation and quotation marks omitted). The court will, therefore, uphold an administrator's decision "if (1) it is possible to offer a reasoned explanation, based on the evidence, for a particular outcome, (2) the decision is based on a reasonable explanation of relevant plan documents, or (3) the administrator has based its decision on a consideration of the relevant factors that encompass important aspects of the problem." *Militello v. Cent. States, Se. & Sw. Areas Pension Fund, 360 F.3d 681, 686 (7th Cir. 2004)* (internal quotation marks and citations omitted).

**II. Review of Denial Decision**

The parties agree that Omaha's denials of Dee's and Robert's claims for benefits based on the pre-existing condition policy exclusion turn on an assessment of the medical events falling within the "look-back period" from January 31, 2013, to March 31, 2013. During this period, the record reveals three events: (1) Dee's March 12th appointment with Dr. Patro for shoulder pain, described as "left shoulder pain secondary to rotator cuff and bicipital tendinitis, **[*15]** likely triggered by the repetitious activity," for which she was prescribed Naproxen, an anti-inflammatory pain medication, and possible future physical therapy and cortisone injections (AR 723); (2) Dee's March 27th call with Dr. Patro's nurse, which resulted in a referral to physical therapy and a refill on Dee's Naproxen prescription (AR 729); and (3) Dee's March 29th physical therapy evaluation by Elizabeth M. Roe, PT, in which Roe

noted "signs and symptoms consistent with rotator cuff impingement, possible degenerative rotator cuff pathology" (AR 97).

As quoted above, each of the events falling between January 1 and March 31, 2013, could constitute a "pre-existing condition" under the policy if it concerned an "Injury" or "Sickness" (here, Dee's lung cancer) "for which [she] received medical treatment, advice or consultation, care or services, including diagnostic measures, or had drugs or medicines prescribed or taken." (AR 25.) There is no doubt that the "Sickness" here is lung cancer. The question, therefore, is whether a doctor's visit for shoulder pain, prescription of pain medication, subsequent referral to physical therapy, and one physical therapy session were "*for*" Dee's **[*16]** cancer.

To help answer this question, the parties direct the court to two Seventh Circuit cases. Defendants primarily rely on *Bullwinkel v. New England Mutual Life Insurance Company, 18 F.3d 429 (7th Cir. 1994)*, which affirmed a district court's grant of summary judgment in favor of the insurer, finding that the plaintiff's claim fell within the pre-existing condition exception to coverage. In that case, the plaintiff noticed a lump in her left breast in July 1991. *Id. at 430*. On July 21, she visited her doctor, who performed an ultrasound examination. The doctor diagnosed the lump as a cyst, but "made no definite conclusion whether the cyst was cancerous or benign," referring the patient to a surgeon for removal and biopsy of the cyst," out of concern "about the possibility of cancer." *Id.* The plaintiff's insurance policy went into effect just ten days later, on July 31, 1991, which also marked the end of the policy's look-back period. *Id. at 429*. Although the plaintiff was not actually diagnosed with cancer until September, the insurance company denied coverage for surgery and subsequent treatments on the basis that her cancer was a pre-existing condition. *Id. at 430*.

In *Bullwinkel*, the plaintiff argued that because her cancer was not diagnosed during the look-back period, she could not have been **[*17]** "seen, treated, [or] diagnosed" for cancer within that period. *Id. at 431*. Affirming the district court's rejection of this argument, the Seventh Circuit held that:

> even though Madelaine [the plaintiff] did not know the lump was cancerous, her visit with the doctor in that month concerning the lump actually concerned cancer. It follows that Madelaine was 'seen' and 'treated' and incurred medical expenses for her cancer in July.

*Id. at 432*. In so holding, however, the Seventh Circuit specifically contrasted Madelaine's situation to someone who experienced symptoms during the look-back period that were "trivial and inconclusive like a cough or rash which might imply any of a variety of maladies, or none at all." *Id. at 432*.

In addition to emphasizing this contrasting example in *Bullwinkel*, plaintiff principally relies on the Seventh Circuit's decision issued two years later in *Pitcher v. Principal Mutual Life Insurance Company, 93 F.3d 407 (7th Cir. 1996)*. In *Pitcher*, the court concluded that a plaintiff's receipt of a physical breast examination and mammogram during the look-back period did not constitute treatment for breast cancer, and therefore coverage was not precluded by the policy's pre-existing condition provision, even though plaintiff's doctor had already discovered lumps in both breasts **[*18]** during a prior routine examination. *Id. at 409*. The court discounted this earlier discovery in particular, because plaintiff's treating physician did not consider the lumps "unusual or alarming" in light of the plaintiff's "longstanding fibrocystic breast condition." *Id.*

Pitcher's similarities with the facts here do not end with what was probably in retrospect a misdiagnosis. Indeed, Pitcher returned six-weeks later for a follow-up appointment, just two days before her health insurance policy became effective. That appointment revealed that the lumps had not subsided, and the plaintiff was referred to a radiologist for a mammogram of both breasts that same day, which revealed "a suspicious mass in the left breast which warranted follow-up investigation." *Id.* Two days later, the plaintiff's policy went into effect, marking the end of the look-back period. The next day, a biopsy revealed a carcinoma or malignant tumor.

In affirming entry of summary judgment in favor of the plaintiff-insured, the Seventh Circuit stressed that "Pitcher did *not* receive a 'treatment or service' *for* breast cancer [before the policy took effect] because -- as the district court found -- she was being monitored for the **[*19]** longstanding fibrocystic breast condition and not cancer during the pre-coverage period." *Id. at 412* (emphasis in original). In so holding, the court relied on the fact that "[n]either the

plaintiff nor her physician, *at this juncture*, had reason to suspect that Pitcher's symptoms were anything but a continuation of her longstanding fibrocystic breast condition." *Id.* (emphasis added). In turn, the court also rejected the insurance company's "attempt to characterize the lumps felt by Dr. Manifold in July and late September as symptoms of the as-yet undiagnosed breast tumor," because "the record does not support this speculative characterization." *Id.* The court reiterated later in its opinion that the critical fact is whether the physician rendering services during the look-back period "suspects" the condition (in *Pitcher* and here, cancer) for which the insured is seeking coverage. *Id. at 413*; *see also id. at 414* (discussing the "unfairness of defining a condition as 'pre-existing' when the person suffering from the condition (i.e., the plaintiff) 'does not know, or have reason to know of the existence of the condition'" (quoting *Hardester v. Lincoln Nat'l Life Ins. Co., 841 F. Supp. 714, 716 (D. Md. 1994))*.

Reading *Bullwinkel* and *Pitcher* together, a test arguably emerges for reviewing denials based **[*20]** on a pre-existing condition exclusion: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the patient to be considered as being treated or seen *for* the particular condition." *Goerig v. Phoenix Home Life Mut. Ins. Co., No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, 1998 WL 801793, at *7 (N.D. Ill. Nov. 13, 1998)*. Indeed, this test has been embraced by other circuits presented with the same issue as here. *See, e.g., LoCoco v. Med. Savings Ins., 530 F.3d 442, (6th Cir. 2008)* ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be considered 'pre-existing.'"); *Lawson v. Fortis Ins. Co., 301 F.3d 159, (3d Cir. 2002)* (rejecting pre-existing condition denial because "it does not make sense to say that [the plaintiff] received treatment 'for' leukemia when the actual condition was not suspected"); *Hughes v. Boston Mut. Life Ins. Co., 26 F.3d 264, 269 (1st Cir. 1994)* (requiring "some awareness on the part of the physician or the insured that the insured is receiving treatment for the condition itself" in order to qualify as treatment "for" a condition).

The Third Circuit persuasively described the distinction between cases in which the pre-existing condition coverage exclusion applies and those in which it does not:

> When a patient seeks **[*21]** advice for a sickness with a specific concern in mind (e.g., a thyroid lump, as in *McWilliams [v. Capital Telecomms. Inc., 986 F. Supp. 920 (M.D.Pa.1997)]*, or a breast lump, as in *Bullwinkel[, 18 F.3d 429]*) or when a physician recommends treatment with a specific concern in mind (e.g., a "likely" case of multiple sclerosis, as in *Cury [v. Colonial Life Ins. Co. of Am., 737 F. Supp. 847, 854 (E.D. Pa. 1990)]*), it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind, or when the patient turns out not to have a suspected disease, it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness.

*Id. at 166*. Stated another way, "a suspected condition without a confirmatory diagnosis is different from a misdiagnosis or an unsuspected condition manifesting non-specific symptoms." *Lawson, 301 F.3d at 166*.

Another case involving lung cancer offers a stark factual contrast to the circumstances at issue here. In *LoCoco, 530 F.3d 442*, the plaintiff experienced pain in his chest and a dry cough during the look-back period. *Id. at 443-44*. Due to the plaintiff's cigarette habit and chest pains, his treating **[*22]** physician ordered a chest x-ray, in part, because he believed he could be a "candidate for lung cancer 'at any time.'" *Id. at 444*. A later x-ray revealed a "cloud" in his left lung, and a CAT scan was ordered because "an obstructive endobronchial lesion [could not] be ruled out." *Id.* While the CAT scan did not reveal cancer, another test was ordered and plaintiff was referred to a pulmonologist. *Id.*

All of these medical events occurred pre-coverage, during the look-back period. Unsurprisingly, from this record, the Sixth Circuit affirmed the district court's grant in favor of the insurance plan, finding that the illness for which the plaintiff was treated during the pre-existing period "was suspected *at the time* to be, and was in fact, lung cancer." *Id. at 446* (emphasis added).

Unlike LoCoco, there is *nothing* in this record to support a finding that Dee's medical treatment providers -- her primary doctor at that time, that doctor's nurse, or the physical therapist -- suspected that Dee's shoulder pain was due to cancer. Their contemporaneous notes show that a cancer diagnosis was not even on the radar screen. Instead, Dee received medical treatment and was prescribed medication for shoulder pain. During **[*23]** the entire three month period pre-dating her coverage, neither her physicians nor Dee had any reason to suspect that her symptom of shoulder pain was due to cancer. To the contrary, everyone suspected during this period that Dee's pain and loss of strength in her arm was due to overuse in shoveling snow or impingement / deterioration of her rotator cuff.

The fact that Dee was eventually diagnosed with cancer and that her shoulder pain "*in retrospect*" was caused by her cancer is not material to a determination of whether her medical care providers at the time of the medical treatment suspected cancer. (AR 67 (emphasis added).) "To permit such backward-looking reinterpretation of symptoms to support claims denials would so greatly expand the definition of preexisting condition as to make that term meaningless: any prior symptoms not inconsistent with the ultimate diagnosis would provide a basis for denial." *Lawson, 301 F.3d at 166* (internal citation and quotation marks omitted).

In its opposition to plaintiff's motion for summary judgment, defendants attempt to distinguish *Pitcher* and other cases on the basis that those courts reviewed the denials *de novo*. (Defs.' Opp'n (dkt. #46) 9, 14.) While the standard **[*24]** of review in some cases is outcome determinative, it is not here. Defendants acted arbitrarily and capriciously in interpreting and applying the Plan's preexisting provision unreasonably and contrary to Seventh Circuit law. "In some cases, the plain language or structure of the plan or simple common sense will require the court to pronounce an administrator's determination arbitrary and capricious." *Hess v. Hartford Life & Acc. Ins. Co., 274 F.3d 456, 461 (7th Cir. 2001)*; *see also* *Swaback v. Am. Info. Techs. Corp., 103 F.3d 535, 540 & n. 9 (7th Cir. 1996)* ("[I]f administrators of an ERISA plan controvert the plain meaning of a plan, their actions are arbitrary and capricious."). Here, to the extent this were a closer question, the dual role conflict of interest would act as a tie breaker. *See* *Glenn, 554 U.S. at 115*.[7]

As such, the court holds that defendants' denial of plaintiff's claim based on the pre-existing condition exception was arbitrary and capricious. While there seems to be no question that Dee was disabled as defined by the Plan, the court will nonetheless remand the case for further administrative **[*25]** proceedings. On remand, however, defendants may not rely on their erroneous and unreasonable interpretation of the pre-existing condition coverage exclusion in determining coverage.

**III. Fee Award**

This court may in its discretion award a reasonable attorney's fee and costs to either party in an ERISA action brought under *§ 1132*:

> In any action under this subchapter (other than an action described in paragraph (2)) by a participant, beneficiary, or fiduciary, the court in its discretion may allow a reasonable attorney's fee and costs of action to either party.

*29 U.S.C. § 1132(g)(1)*.

In *Hardt v. Reliance Standard Life Insurance Company, 560 U.S. 242, 130 S. Ct. 2149, 176 L. Ed. 2d 998 (2010)*, the Supreme Court provided guidance as to the threshold a party must reach to be eligible for a discretionary award under this fee-shifting provision. The Court found that the party need not be the "prevailing party," as, for example, would a plaintiff in civil rights cases under *42 U.S.C. § 1988*. Rather, the party must simply show "some degree of success on the merits before a court may award attorney's fees under *§ 1132(g)(1)*." *Id. at 255*.

---

[7] Particularly troubling is Dr. Reeder's drafting an arguably self-serving letter to Dee's doctor, seeking his sign off to a characterization of the medical record that only Reeder knows will empower him to deny coverage under this interpretation of the Plan.

> A claimant does not satisfy that requirement by achieving trivial success on the merits or a purely procedural victory, but does satisfy it if the court can fairly call the outcome of the litigation some success on the merits without conducting **[*26]** a lengthy inquiry into the question whether a particular party's success was substantial or occurred on a central issue.

*Id.* (internal quotation marks and alterations omitted).[8]

Once a party has achieved "some success on the merits," the court decides whether awarding fees is appropriate applying two tests: the "substantial justification" test and the five-factor test. *Raybourne v. Cigna Life Ins. Co. of New York, 700 F.3d 1076, 1089 (7th Cir. 2012)*. "The two tests essentially pose the same question: was the losing party's position substantially justified and taken in good faith, or was that party simply out to harass its opponent?" *Id. at 1090*. More recently, the Seventh Circuit arguably left open the possibility of a district court considering only whether a party achieved some degree of success on the merits, while still encouraging and giving deference to rulings that also apply a more stringent test. *Temme v. Bemis Co., Inc., 762 F.3d 544, 550 (7th Cir. 2014)*.

Having found that defendants violated ERISA by acting arbitrarily and capriciously in denying Dee Kaiser's benefits, **[*27]** and ordering remand to the Plan Administrator for further review, plaintiff achieved all he could achieve in this court.[9] The court also finds plaintiff entitled to recover fees under the substantially justified and five factors tests. In determining whether a defendant in an ERISA action was substantially justified, the court is to consider "a party's posture during the case as a whole," including "*pre*litigation behavior." *Temme, 762 F.3d at 551* (emphasis in original). Here, defendants' interpretation of the pre-existing condition clause was at odds with fairly settled Seventh Circuit case law, particularly after *Pitcher*, rendering defendants' posture during the case as a whole not substantially justified.

The five factors that courts are to consider in determining whether to award fees under *ERISA § 502(g)(1)* are:

> 1) the degree of the offending parties' culpability or bad faith; 2) the degree of the ability of the offending parties to satisfy personally an award of attorney's **[*28]** fees; 3) whether or not an award of attorney's fees against the offending parties would deter other persons acting under similar circumstances; 4) the amount of benefit conferred on members of the pension plan as a whole; and 5) the relative merits of the parties' positions.

*Kolbe & Kolbe Health & Welfare Benefit Plan v. Med. Coll. of Wis., Inc., 657 F.3d 496, 506 (7th Cir. 2011)*. Here, the court's finding that defendants' position was not substantially justified bears directly on a similar finding that defendants were substantially culpable and acted with little merit in denying plaintiff's benefits (the first and fifth factors). Further, the second and third factors -- defendants' ability to pay and the fact that such an award may deter defendants and other plan administrators from denying benefits arbitrarily and capriciously -- weigh in favor of an attorney's fee award. While the fourth factor is not relevant given that this case involves a single beneficiary, rather than a broader group of plan participants, neither does it militate against an award of fees called for by the other four factors.

By any test then, the court finds an award of attorney's fees and costs appropriate under *29 U.S.C. § 1132(g)(1)*. Accordingly, as set forth below, the court will direct plaintiff to submit its fee request and will **[*29]** provide defendants an opportunity to respond to that request.

ORDER

---

[8] In so holding, the Supreme Court noted specifically that use of a "five factor" test referred to in some Seventh Circuit decisions and in decisions from other circuits is "not required for channeling a court's discretion when awarding fees under this section." *Hardt, 560 U.S. at 255*.

[9] As this court explained at length in an opinion in another ERISA denial-of-benefits case, the fact that the relief provided is remand and not an award of benefits does not foreclose an award of fees. *Rappa v. Sun Life Assur. Co. of Canada, No. 10-CV-585-WMC, 2013 U.S. Dist. LEXIS 133257, 2014 WL 4415242, at *2 (W.D. Wis. Sept. 8, 2014)*.

IT IS ORDERED that:

1) Plaintiff Robert Kaiser's motion for summary judgment (dkt. #36) is GRANTED.

2) Defendants United Omaha Life Insurance Company d/b/a Mutual of Omaha and Group Long-Term Disability Policy GLTD-AMMA's motion for summary judgment (dkt. #40) is DENIED.

3) Defendants' motion to strike portions of plaintiff's reply brief (dkt. #54) is DENIED as moot.

4) On or before February 12, 2016, plaintiff submit its brief and any supporting materials in support of its request for attorneys' fees, including itemized time records, invoices, and proof of payment of such invoices. Defendants may have until February 26, 2016, to file a response. If defendant challenges the reasonableness of plaintiff's fee request in that opposition, its counsel shall also contemporaneously submit its itemized time records, invoices and proof of payment of such invoices. Plaintiff's reply, if any, is due by March 4, 2016.

Entered this 29th day of January, 2016.

BY THE COURT:

/s/ WILLIAM M. CONLEY

District Judge

---

End of Document

# Goerig v. Phoenix Home Life Mut. Ins. Co.

United States District Court for the Northern District of Illinois, Eastern Division

November 12, 1998, Decided ; November 13, 1998, Docketed

No. 97 C 1890

**Reporter**

1998 U.S. Dist. LEXIS 18208 *; 1998 WL 801793

JERRY S. GOERIG, Plaintiff, v. PHOENIX HOME LIFE MUTUAL INSURANCE CO., Defendant.

**Disposition: [*1]** Plaintiff's motion for summary judgment granted and defendant's motion for summary judgment denied.

## Core Terms

treatment-free, diagnosed, symptoms, cancer, consultation, patient, pre-existing, diagnosis, summary judgment, breast, disability, neurologist, coverage, knee, cases, disease, visited, legs, lump, no evidence, fibrocystic, recommended, undisputed, suspected, cyst, pain, fasciculations, parties, argues, benign

## Case Summary


**Procedural Posture**

After plaintiff insured was diagnosed with amyotrophic lateral sclerosis (ALS), he sought benefits under a group disability insurance policy issued by defendant insurer. When the insurer denied benefits under a preexisting condition exclusion, the insured filed suit and asserted various claims, including claims made under the Employee Retirement Income Security Act of 1974 (ERISA). Both parties filed motions for summary judgment on coverage.

**Overview**

The insured was covered under his employer's group disability plan, which provided a three-month "treatment-free" period that excluded from coverage any sickness or injury for which an insured received "medical care, treatment, or consultation." The insured had various symptoms and saw five doctors during that period but was only diagnosed with ALS many months later. When the insurer denied benefits for his ALS-related disability, the insured filed suit. On cross-motions for summary judgment, the court ruled for the insured. The court held that federal common law applied because the policy was part of a plan governed by ERISA. While declining to decide what standard of review applied because the insured would have prevailed under either standard, the court interpreted the policy to provide coverage. It held that the insured received neither "treatment" for ALS nor a "consultation" concerning ALS during the three-month period because the ALS diagnosis was not made until much later. Because there was no suspicion or concern during the three-month period that the insured's symptoms were caused by ALS, coverage could not be denied on the basis of the "treatment-free" provision.

**Outcome**

The court granted the insured's motion for summary judgment and denied the insurer's motion for summary judgment in the insured's action asserted various claims, including claims made under ERISA.


## LexisNexis® Headnotes

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Appropriateness

Civil Procedure > Judgments > Summary Judgment > General Overview

Civil Procedure > ... > Summary Judgment > Burdens of Proof > General Overview

Civil Procedure > ... > Summary Judgment > Burdens of Proof > Scintilla Rule

Civil Procedure > Judgments > Summary Judgment > Evidentiary Considerations

Civil Procedure > ... > Summary Judgment > Motions for Summary Judgment > General Overview

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > General Overview

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Genuine Disputes

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Materiality of Facts

Evidence > Inferences & Presumptions > General Overview

*HN1*[] **Entitlement as Matter of Law, Appropriateness**

Summary judgment may be granted when the record contains no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P. 56(c)*. A genuine issue for trial will be found only when the evidence is such that a reasonable jury could return a verdict for the nonmoving party. A court ruling on a motion for summary judgment must view all the evidence in a light most favorable to the nonmoving party, and draw all inferences in the nonmovant's favor. If the evidence is merely colorable, however, or is not sufficiently probative, summary judgment may be granted. Moreover, where cross-motions for summary judgment are involved, those principles require the court to take a dual perspective -- one that has frequently been described as Janus-like and that may on occasion cause the denial of both motions.

Insurance Law > Types of Insurance > Disability Insurance > General Overview

Labor & Employment Law > ... > Disability Benefits > Scope & Definitions > Types of Disabilities

Pensions & Benefits Law > Employee Benefit Plans > Welfare Benefit Plans

Civil Procedure > Preliminary Considerations > Federal & State Interrelationships > General Overview

Civil Procedure > ... > Federal & State Interrelationships > Federal Common Law > General Overview

Labor & Employment Law > Disability & Unemployment Insurance > General Overview

Labor & Employment Law > Disability & Unemployment Insurance > Disability Benefits > General Overview

Labor & Employment Law > ... > Disability Benefits > Scope & Definitions > General Overview

Pensions & Benefits Law > ERISA > General Overview

Pensions & Benefits Law > ERISA > Civil Litigation

Pensions & Benefits Law > ERISA > Civil Litigation > Federal Common Law

HN2[] **Types of Insurance, Disability Insurance**

Where a disability policy is issued as part of an employee benefit plan, a suit to obtain benefits thereunder is governed by the Employee Retirement Income Security Act of 1974, and the court must apply the federal common law rules of contract interpretation to determine the meaning of the terms of the disability policy.

Civil Procedure > ... > Federal & State Interrelationships > Federal Common Law > General Overview

Contracts Law > Defenses > Ambiguities & Mistakes > General Overview

Insurance Law > ... > Policy Interpretation > Ambiguous Terms > Construction Against Insurers

Civil Procedure > Preliminary Considerations > Federal & State Interrelationships > General Overview

Contracts Law > Contract Interpretation > General Overview

Contracts Law > Contract Interpretation > Ambiguities & Contra Proferentem > General Overview

Insurance Law > Claim, Contract & Practice Issues > Policy Interpretation > General Overview

Insurance Law > Claim, Contract & Practice Issues > Policy Interpretation > Ordinary & Usual Meanings

HN3[] **Federal & State Interrelationships, Federal Common Law**

A court must interpret a plan governed by the Employee Retirement Income Security Act of 1974 in an ordinary and popular sense as would a person of average intelligence and experience. Any ambiguous terms in an insurance contract is to be strictly construed in favor of the insured. Courts are restricted by federal common law rules of contract interpretation to view the language of the insurance policy to determine where the parties' minds met and must give effect to the words which denote the bargain, not in light of public policy considerations, but in light of their plain meaning.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

Insurance Law > Claim, Contract & Practice Issues > Group Policies > Coverage Exclusions

HN4[] **Health Insurance, Preexisting Conditions**

Although an insured under a plan governed by the Employee Retirement Income Security Act of 1974 and containing a preexisting condition exclusion need not be definitely diagnosed with a condition during a "treatment-free period," there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the insured to be considered as have been treated or seen for the particular condition.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

HN5[] **Health Insurance, Preexisting Conditions**

A health care provider must have at least some suspicion of a particular disease or condition before attempting to treat it or to test for its presence.

Lincoln/Loper 0649

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

Insurance Law > Claim, Contract & Practice Issues > Group Policies > Coverage Exclusions

*HN6*[] **Health Insurance, Preexisting Conditions**

In the context of a plan governed by the Employee Retirement Income Security Act of 1974 and containing a preexisting condition exclusion, it is the actual knowledge of the doctor and patient during the treatment-free period that is the "key question" and not whether the patient "actually had" the particular condition during the period.

**Counsel:** For JERRY S GOERIG, plaintiff: Charles Jeffrey Thut, Roach, Johnston & Thut, Libertyville, IL.

For PHOENIX HOME LIFE MUTUAL LIFE INSURANCE CO., defendant: David Joseph Novotny, Laura Ann Smith, Peterson & Ross, Chicago, IL.

**Judges:** JOHN A. NORDBERG, United States District Court Judge.

**Opinion by:** JOHN A. NORDBERG

## Opinion

**MEMORANDUM OPINION AND ORDER**

This case involves a pre-existing condition clause in a disability insurance policy. Both plaintiff Jerry S. Goerig and defendant Phoenix Home Life Mutual Insurance Company ("Phoenix") have filed motions for summary judgment. For the reasons set forth below, this court grants plaintiff's motion and denies defendant's motion.

**BACKGROUND FACTS**

Except in the limited instances noted below, the parties agree on the material facts. [1] On August 10, 1994, plaintiff Jerry S. Goerig was hired by Tamiya America, Inc. ("Tamiya") as Director of Sales and Marketing. On November 9, 1994, Goerig became insured under a group long term disability certificate issued by Phoenix in connection with a group insurance policy covering Tamiya (the **[*2]** "policy"). All of the premiums were paid by Tamiya. The policy was provided in the context of an employee welfare benefit plan under ERISA, *29 U.S.C. § 1001 et seq.* [2]

Under the undisputed **[*3]** terms of the disability policy, Goerig could not recover for any "pre-existing conditions." The policy defines a "pre-existing" condition as follows:

> A sickness or injury for which you, during the treatment-free period (as shown in the insurance schedule) before the effective date of your insurance under the policy:
> 1. Received medical care, treatment or consultation, diagnosis or diagnostic tests; or

---

[1] Both parties submitted statements of fact and objections pursuant to Local Rules 12(M) and 12(N). Goerig simply admitted every single statement of fact offered by Phoenix. Phoenix admitted to almost all the facts offered by Goerig and only really objected in a few instances and did so only on the grounds that the offered statements were incomplete.

[2] Phoenix notes that the plan states that it is an ERISA fiduciary "charged with the obligation, and possessing discretionary authority to make claim, eligibility and other administrative determinations regarding [insurance plans under which you are insured]." Goerig notes that the plan also states: "We [*i.e.* Phoenix] are not a plan administrator (as that term is understood under ERISA) and we are not responsible for any asset or property which belongs to the plan."

2. Took any drugs, medicine, or medication prescribed or recommended by a physician.

The parties agree that Goerig's "treatment-free" period ran for the three-month period from August 9, 1994 through November 9, 1994. Therefore, for purposes of this case, the November 9, 1994 date is pivotal.

In March of 1995, Jerry Goerig was diagnosed with amyotrophic lateral sclerosis ("ALS"). ALS is a degenerative muscular disorder and is sometimes referred to as Lou Gehrig's Disease. It is undisputed that the first diagnosis of ALS came a number of months after the end of the treatment-free period. As set forth in greater detail below, the remaining facts primarily concern the time period from July of 1994 until March of 1995. During this time, Goerig began to experience **[*4]** a number of physical symptoms, and he eventually saw five different doctors -- his family physician, an orthopedic surgeon, a neurologist, another doctor, and a second neurologist.

On July 25, 1994, Goerig visited his family physician, Dr. Dionisio B. Yorro Jr, because he had pain in his right knee and hip. Goerig believed that his knee and hip pain possibly were related to a football injury that occurred many years before this time. Dr. Yorro proscribed Naprosyn, an anti-inflammatory drug, and also referred Goerig to an orthopedic surgeon, Dr. Bruce Hamming. [3]

On September 19, 1994, Goerig visited Dr. Hamming concerning the pain in his right knee. Dr. Hamming examined Goerig and diagnosed his problems as posterior cruciate instability, crepitation, and valgus deformity. He also told Goerig that he had the knee of a 75 year old man.

On October 21, 1994, Goerig returned to his family **[*5]** physician, Dr. Yorro, for a follow-up visit after his visit to Dr. Hamming. This particular visit is important because it was during the treatment-free period (which ended on November 9th) and it is the visit on which Phoenix focuses its argument that Goerig suffered from a pre-existing condition as defined in the policy.

During this October 21st visit, Goerig complained to Dr. Yorro that he suffered from pain in his legs, feet, and hips, that he was having trouble walking, and that he was feeling a weak sensation in both legs. Although both of his legs were affected, the right leg was more severe. Dr. Yorro examined Goerig physically and also performed some type of neurological examination. Dr. Yorro did not find anything specifically wrong, but he did not determine a cause of the leg problems. He thus referred Goerig to a neurologist in order to rule out any neurological problems.

On November 14, 1994 -- five days after the expiration of the treatment-free period -- Goerig was examined by a neurologist, Dr. Peter Chhabria. [4] The examination was normal, and Dr. Chhabria suspected that Goerig had "gait abnormalities" with an unknown etiology or cause. Dr. Chhabria did not suspect **[*6]** that Goerig had ALS at this time. [5] Dr. Chhabria did not treat Goerig for any condition during this November 1994 visit. In his complaint, Goerig states that ALS is a disease with a specific diagnosis. The primary symptom of the disease is fasciculations or muscle-twitchings, and fasciculations of the tongue is the hallmark symptom. It is undisputed that Dr. Chhabria did not observe any fasciculations at this time. However, as Phoenix points out, Dr. Chhabria testified that he has had patients with ALS who did not exhibit the symptom of fasciculations. Ultimately, Dr. Chhabria diagnosed Goerig with entrapment neuropathy. Phoenix states that Dr. Chhabria never definitively diagnosed Goerig with entrapment neuropathy but only suggested that as a possible or tentative diagnosis.

**[*7]** Neither Dr. Yorro nor Dr. Chhabria believed that they rendered any medical care, treatment or consultation to Goerig for the condition of ALS. Nor did they believe that they rendered a diagnosis or performed any diagnostic testing for ALS.

---

[3] As of August of 1994, Goerig was physically active, playing golf and working out at a health club three to five times a week.

[4] Goerig told Dr. Chhabria that he had gone deer hunting over the past weekend and had not been able to lift his leg over a fence and had trouble walking. As a result, Goerig had visited the emergency room of St. Therese Medical Center.

[5] Subsequently, during his deposition testimony, Dr. Chhabria stated that he believed that it is "100% possible" that Goerig's earlier symptoms were actually symptoms of ALS.

On February 20, 1995, Goerig visited Dr. John LaFata in Vista, California, regarding problems with strength and coordination. It is not clear whether Dr. LaFata had any particular speciality. Dr. LaFata examined Goerig and took a comprehensive history. Dr. LaFata noted in his records that Goerig told him that he had started to notice a decrease in activity and strength sometime around August of 1994.

On March 23, 1995, Goerig visited Dr. John Romine, a neurologist with the Scripps Clinic. Nearly eight months after he first had consulted a doctor regarding the pain in his leg, Goerig was diagnosed with ALS by Dr. Romine. Goerig told Dr. Romine that in February of 1994 he began to experience problems with decreased stamina while exercising. In his deposition, Dr. Romine stated that it was his medical opinion that Goerig's ALS was present as early as February of 1994.

On May 1, 1995, Goerig made a claim for long term disability benefits under the **[*8]** disability insurance policy provided by Tamiya. Goerig attached to his application for disability benefits an Attending Physician Statement ("APS") signed by Dr. LaFata. In the APS, Dr. LaFata stated that he believed that Goerig's symptoms of ALS first appeared in August of 1994.

Joseph Fisher, a claims analyst for Phoenix, investigated Goerig's claim. There is no evidence that Fisher has any particular medical training or expertise. He requested and obtained medical records from Dr. Yorro, Dr. Chhabria, Dr. LaFata, and Dr. Romine. He apparently did not attempt to obtain the records of Dr. Hamming.

On August 2, 1995, Fisher recommended that Phoenix deny Goerig's claim. Fisher's Claim Review Memo states as follows:

> Recommend denial due to Pre-x condition during the Pre-x period 8-94 to 11-94. Mr. GOERIG seeked [sic] treatment for the symptoms of this disease from Dr. Yorro on 10-21-94, who made a referral to Dr. Chhabria. While Dr. Chhabria['s] exam is after the Pre-x period, he does confirm that the symptom exhibited during the Pre-ex were most likely related to a motor neuron disorder.

(Phoenix Statement of Material Facts, Ex. P.) This memorandum thus states **[*9]** that the reason for denial was that Goerig sought "treatment" during the treatment-free period.

On August 11, 1995, Phoenix denied Goerig's claim for long term disability benefits based on its belief that Goerig's claim was a pre-existing condition under the terms of the policy. Although some other individuals at Phoenix approved of Fisher's recommendation, there is no evidence in the record of the basis for their decision. The only evidence in the record is Fisher's memorandum. In its Statement of Material Facts, Phoenix states that it denied coverage because Goerig had received "medical consultation" during the treatment-free period for "symptoms of what was eventually diagnosed to be ALS." (P 16.)

Since April 24, 1995, Goerig has been disabled and unable to work as a result of his ALS.

**ANALYSIS**

Both parties have filed motions for summary judgment. ***HN1***[] Summary judgment may be granted when the record contains no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P. 56(c)*. A genuine issue for trial will be found only when "the evidence is such that a reasonable jury could return a verdict for the nonmoving party." **[*10]** *Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248, 91 L. Ed. 2d 202, 106 S. Ct. 2505 (1986)*. A court ruling on a motion for summary judgment must view all the evidence in a light most favorable to the nonmoving party, and draw all inferences in the nonmovant's favor. *Wolf v. Buss Am., Inc., 77 F.3d 914, 918 (7th Cir.1996)*. If the evidence is merely colorable, however, or is not sufficiently probative, summary judgment may be granted. *Liberty Lobby, 477 U.S. at 259-60*; *Unterreiner v. Volkswagen, Inc., 8 F.3d 1206, 1212 (7th Cir.1993)*. "Where as here cross-motions for summary judgment are involved, those principles require the Court to take a dual perspective -- one that [] has frequently [been] described as Janus-like and that may on occasion cause the denial of both motions." *Kempka v. Dun & Bradstreet Corp., 1996 U.S. Dist. LEXIS 13966, 1996 WL 543329*, *2 (N.D. Ill. Sept. 23, 1996).

HN2[] The disability policy in this case was issued as part of an employee benefit plan, and thus this action is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). *Pitcher v. Principal Mut. Life Ins. Co., 93 F.3d 407, 411 (7th Cir. 1996)*. Therefore, this court must apply the federal **[*11]** common law rules of contract interpretation to determine the meaning of the terms of the disability policy. *Id.* In this context, the Seventh Circuit has provided a number of guiding principles. First, HN3[] this court must "interpret ERISA plans in an ordinary and popular sense as would a person of average intelligence and experience." *Meredith v. Allsteel Inc., 11 F.3d 1354, 1358 (7th Cir. 1993)*. Second, any "ambiguous terms in an insurance contract will be strictly construed in favor of the insured." *Hammond v. Fidelity and Guaranty Life Ins. Co., 965 F.2d 428, 430 (7th Cir. 1992)*. Finally, the Seventh Circuit has noted that courts "are restricted by federal common law rules of contract interpretation to view the language of the insurance policy to determine where the parties' minds met" and "must give effect to the words which denote the bargain, not in light of public policy considerations, but in light of their plain meaning." *Bullwinkel v. New England Mut. Life Ins. Co., 18 F.3d 429, 431 (7th Cir. 1994)*.

With these principles in mind, this court turns to the two issues raised by the parties. The first issue is what standard of review this court should follow in reviewing **[*12]** the denial of coverage. Phoenix states that it is an ERISA fiduciary charged with discretionary authority to make claim, eligibility, and other decisions, and that its decision therefore must be reviewed under the arbitrary and capricious standard of review. *Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101, 115, 103 L. Ed. 2d 80, 109 S. Ct. 948 (1989)*; *Trombetta v. Cragin Fed. Bank, 102 F.3d 1435, 1438 (7th Cir. 1997)*. Goerig, on the other hand, argues that Phoenix is not a plan administrator and that Phoenix is thus not entitled to the more deferential arbitrary and capricious standard of review. Goerig also states that the policy is paid by the employer and that Phoenix, as a commercial insurance carrier, is not an impartial trustee acting for the benefit of the employees under an ERISA plan. Goerig thus argues for a *de novo* standard of review. Because this court finds that Goerig prevails under either standard, it need not resolve this particular issue.

The second and central issue of this case concerns the interpretation of the insurance contract. Before analyzing the language of this policy, this court will first discuss the relevant case law. The parties' positions **[*13]** basically boil down to an argument over which of two competing Seventh Circuit cases best fits the facts of this case. In one case -- *Bullwinkel v. New England Mut. Life Ins. Co., 18 F.3d 429 (7th Cir. 1994)* -- the Seventh Circuit affirmed summary judgment in favor of an insurer which denied coverage based on a pre-existing condition clause. Not surprisingly, Phoenix strongly emphasizes this case. In the other case -- *Pitcher v. Principal Mut. Life Ins. Co., 93 F.3d 407 (7th Cir. 1996)* -- the Seventh Circuit affirmed the district court's granting of summary judgment in favor of the insured under fairly similar facts. Goerig, of course, relies on this case. Although a few district courts have addressed this issue since *Pitcher* and *Bullwinkel* were decided, these two cases still present the most relevant and controlling case law and therefore will be the focus of this ruling.

In *Bullwinkel v. New England Mut. Life Ins. Co*., the plaintiff discovered a lump in her breast and visited a doctor on July 20th -- just eleven days before her policy took effect. *18 F.3d at 429*. The doctor conducted an ultrasound and diagnosed a cyst, but he could not say whether it was cancerous **[*14]** or benign. However, because "he was concerned about the possibility of cancer," the doctor suggested that the plaintiff have the cyst removed. *Id. at 430*. In September, a surgeon removed the cyst, which was determined to be cancerous. The insurance company denied the plaintiff's coverage claim because she had a pre-existing condition. *Id.* The district court granted summary judgment in favor of the insurer-defendant.

On appeal, the Seventh Circuit stated that the lump in plaintiff's breast and other related symptoms "were not trivial and inconclusive -- like a cough or a rash which might imply any of a variety of maladies, or none at all." *Id. at 432*. Thus, even though neither the plaintiff nor her doctor knew for sure that she had cancer in July, the Seventh Circuit held that the July visit "actually concerned cancer." *Id.* Based on the foregoing analysis, the Seventh Circuit concluded that the plaintiff was seen, treated, and incurred medical expenses for cancer in July. *Id.* However, the Seventh Circuit cautioned that "several attributes make this case unique" and noted that "obviously, this case is not

an authorization for summary judgment in all future cases **[*15]** dealing with pre-existing condition limitations." *Id. at 433*. [6]

Two years later, in *Pitcher v. Principal Mut. Life Ins. Co.*, the Seventh Circuit re-visited this issue under somewhat similar facts but with the opposite result. The plaintiff had suffered for approximately twenty years from a fibrocystic breast condition, which causes the periodic appearance of benign cysts. *93 F.3d at 409, 412*. There is no specific treatment for the benign cysts but they may abate if the patient eliminates caffeine from his or her diet. *Id.* As a result, when the plaintiff consulted her long-time doctor for examination of a cyst, the doctor suspected that the breast lumps were "fibrocystic breast changes" and thus recommended that Pitcher abstain from caffeine. She did so and **[*16]** returned to the doctor six weeks later and two days before the pre-existing condition cut-off period. *Id.* The doctor noticed that the lumps had not subsided -- despite the caffeine abstention -- and then referred Pitcher to a radiologist for a mammography exam on that same day (*i.e.* still before the cut-off). The exam showed that the right breast was "predominantly fibrous" but was inconclusive as to the left breast. *Id.* As result, several days later -- but now after the cut-off period -- a biopsy was performed. It revealed a malignant tumor.

The Seventh Circuit framed the "key question" as whether Pitcher received "treatment or service" (the relevant terms of the particular policy) for breast cancer before the end of the treatment-free period and not whether she "actually had breast cancer" during this period. *Id. at 411*. The Seventh Circuit affirmed the district court and held that the condition was not pre-existing because the plaintiff "was being monitored for the longstanding fibrocystic breast condition and not cancer during the pre-coverage period." *Id. at 412*. The Seventh Circuit described the case as one involving a "combination of medical problems" and **[*17]** therefore "easily distinguishable" from the earlier *Bullwinkel* decision. *Id. at 415*. Pitcher's doctor did not think her lump was anything other than her fibrocystic condition whereas Bullwinkel's doctor apparently suspected cancer, although thought it was only benign.

With these two cases in mind, this court will now turn to the facts of this case. As noted above, the policy defines a "pre-existing" condition as follows:

> A sickness or injury for which you, during the treatment-free period (as shown in the insurance schedule) before the effective date of your insurance under the policy:
>
> 1. Received medical care, treatment or consultation, diagnosis or diagnostic tests; or
> 2. Took any drugs, medicine, or medication prescribed or recommended by a physician.

Phoenix does not argue and it is undisputed that Goerig did not take any medicine for ALS during the treatment-free period in order to trigger subsection (2) above. Under subsection (1), a pre-existing condition exists if Goerig received either medical care, treatment, consultation, diagnosis, or diagnostic tests for ALS. In this case, according to the Fisher memorandum, Phoenix denied coverage because **[*18]** it believed that Goerig received "treatment" during the treatment-free period. Phoenix also argues in its briefs to this court that Goerig received "consultation."

Although the parties make specific arguments regarding "treatment" and "consultation," their primary arguments relate to the contractual requirement that the treatment or consultation must be for the condition of ALS. This question arises because it is undisputed that when Goerig visited the doctors during the treatment-free period he was not actually diagnosed with ALS. Neither he nor his doctors considered or even suspected ALS as a cause. However, it is also undisputed that the symptoms exhibited by Goerig during the treatment-free period actually were from ALS. This conclusion was established through the deposition testimony of certain of the doctors in this case who stated that in hindsight the symptoms were caused by the ALS. Given these facts, Phoenix argues as follows: "The fact that no physician diagnosed Plaintiff with ALS prior to the effective date of the policy is irrelevant; the fact remains that Plaintiff received medical consultation for symptomatology of a condition which ultimately was diagnosed as **[*19]** ALS." In other words, as long as it turns out in hindsight that the symptoms were the result of the condition, that is enough according to Phoenix. Phoenix relies on the Seventh Circuit's ruling in *Bullwinkel*.

---

[6] The Seventh Circuit also noted that the attorney in the case only raised one argument on appeal: "we make no statement about what might happen if an attorney in a future case presents different arguments and authority to the court." *Id.*

Lincoln/Loper 0654

However, reading both *Pitcher* and *Bullwinkel*, this court does not find this argument persuasive under the facts of this case. Both Seventh Circuit cases addressed the type of situation where a patient sees a doctor during the treatment-free period for symptoms which are later diagnosed after the treatment-free period to have been caused by a particular condition. In *Bullwinkel*, both the plaintiff and her doctor were concerned specifically about the possibility of malignant cancer during the treatment-free period. That concern was the cause for the visit. Thus, although the doctor did not "definitively" diagnose cancer during this visit, the Seventh Circuit believed that the facts suggested that the visit "actually concerned cancer." *18 F.3d at 433*. In contrast, in *Pitcher*, the doctor and patient did not consider the possibility of cancer given plaintiff's pre-existing fibrocystic condition. Therefore, the Seventh Circuit found that the visit did not concern **[*20]** cancer. The Seventh Circuit noted that the case differed from the facts in *Bullwinkel* where the doctor's visit within the treatment-free period "was prompted by a specific concern that the lump in her breast . . . might be cancerous." *93 F.3d at 415*.

Although these two Seventh Circuit cases are in some tension, this court believes that they can be read together to set forth a principle that ***HN4***[] although a plaintiff need not be definitely diagnosed with a condition during the treatment-free period there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the patient to be considered as being treated or seen for the particular condition.

A common sense reading of the contractual language also suggests that there must be some suspicion or concern that the symptoms were caused by the later-diagnosed condition. *See* *Meredith, 11 F.3d at 1358* (courts should "interpret ERISA plans in an ordinary and popular sense as would a person of average intelligence and experience"). Otherwise, it makes no sense to say that a doctor or care-provider treated a particular condition when he or she did not **[*21]** know that the condition existed. *See generally, Kempka v. Dun & Bradstreet Corp., 1996 U.S. Dist. LEXIS 13966*, *13, 1996 WL 543329, *4 (N.D. Ill. Sept. 23, 1996) (noting that it "would severely distort the English language to characterize" plaintiff as being involved in "treatment" for "a heart problem that did not manifest itself until a week later"). As the Seventh Circuit noted in *Pitcher*, treatment for the condition did not commence until after the condition had been "conclusively" identified. *93 F.3d at 413*. At a minimum, it seems that ***HN5***[] a care-provider must have at least some suspicion of the particular disease or condition before attempting to treat it or to test for its presence as, for example, in the situation where the care-provider treats a possible disease or condition as a precautionary measure until a final diagnosis has been made. This seems to be the basis for the Seventh Circuit's ruling in *Bullwinkel*. In *Pitcher*, the Seventh Circuit distinguished *Bullwinkel* and those cases in which a party had seen a doctor and the doctor had diagnosed the patient as "likely" having a particular condition even though the doctor had some doubts or was not absolutely sure of the diagnosis. *93 F.3d **[*22]** at 417*. In those cases, courts have found that the patient in fact was treated, seen, or consulted during the treatment-free period. *See, e.g., Cury v. Colonial Life Ins. Co. of Am., 737 F. Supp. 847, 855 (E.D. Pa. 1990)* (holding that plaintiff had "consulted" with a doctor during the treatment-free period when the patient had been diagnosed as likely or most likely having multiple sclerosis: "the mere fact that [the doctor] retained some doubts about the correct diagnosis . . . does not alter this conclusion").

Applying the foregoing principles to this case, this court finds that this case is more like *Pitcher* than *Bullwinkel* and that as a result Goerig did not receive "treatment" or "consultation" for ALS during the treatment-free period. As in *Pitcher*, this case "involved a combination of medical problems." *93 F.3d at 415*. Goerig went to see a doctor with symptoms that pointed to a benign condition -- in this case, knee problems from an old football injury. Goerig's doctor agreed with this analysis and sent him to an orthopedist. Just as Pitcher did not suspect cancer as a cause of her breast lump given her fibrocystic condition, Goerig did not suspect ALS given **[*23]** his history of knee problems. Or, in the words of the Seventh Circuit in *Bullwinkel*, Goerig's knee problems were more like "a cough or a rash which might imply any of a variety of maladies, or none at all." *18 F.3d at 432*.

Until the time he was actually diagnosed with ALS in March of 1995, Goerig's symptoms -- pain in the knees and eventually in other parts of his legs -- were suggestive of "a variety of maladies." The various doctors came to a number of different diagnoses or possible diagnoses: knee problems, posterior cruciate instability, crepitation, valgus deformity, "gait abnormalities," and entrapment neuropathy. Goerig visited five doctors in total, and it was not until the fifth and last doctor in the sequence that Goerig was actually diagnosed with ALS. Moreover, the initial

symptoms were "inconclusive" as to ALS. There is no evidence that Goerig showed specific signs of ALS during the treatment-free period. One hallmark of the diseases is fasciculations of the tongue, and there was no evidence of such a symptom during this period. Phoenix has not pointed to any particular symptom for which a doctor should have known that ALS was the likely cause.

Phoenix emphasizes **[*24]** the fact that on October 21st Dr. Yorro referred Goerig to a neurologist and not an orthopedist. Without explicitly arguing the point, Phoenix seems to suggest that Dr. Yorro must have had suspicions of ALS. As an initial matter, there is no evidence that Dr. Yorro ever mentioned or even suspected ALS. In any event, in this court's view, Dr. Yorro's referral to a neurologist does not bring this case within the holding of *Bullwinkel*. The referral to a neurologist does not show that Dr. Yorro believed or suspected Goerig had ALS but simply that he believed the problem might be neurological in nature. As this case demonstrates, Goerig's symptoms pointed to a number of possible neurological conditions other than ALS. In fact, the visit to Dr. Chhabria, the first neurologist, never led to a diagnosis of ALS even after further general testing. Dr. Chhabria instead suggested entrapment neuropathy or "gait abnormalities." Moreover, this is not a case where the plaintiff was diagnosed a few days after the end of the treatment-free period, thus raising the question of whether an earlier diagnosis could have been made. In fact, it was not until approximately five months after the end of the **[*25]** treatment-free period that a doctor first diagnosed Goerig with ALS.

These facts differ from those in *Bullwinkel* where the plaintiff and her doctor had a "specific concern" about cancer and only cancer. Those facts led the Seventh Circuit to say that the visit to the doctor in *Bullwinkel* "actually concerned cancer." Here, in contrast, the facts simply do not point to the conclusion that the October 21st visit to Dr. Yorro "concerned" ALS.

None of the doctors in this case believed that they ever diagnosed, treated, or consulted for ALS during the treatment-free period. Although some of the doctors have stated -- in hindsight during their deposition -- that the symptoms during the treatment-free period were probably the result of ALS, this court does not believe that fact changes the result. Under *Pitcher*, ***HN6***[] it is the actual knowledge of the doctor and patient during the treatment-free period that is the "key question" and not whether the patient "actually had" the particular condition during the period. *Pitcher, 93 F.3d at 411*. In sum, during the treatment-free period, the symptoms were either "trivial" or "inconclusive" and therefore Goerig did not receive "treatment" **[*26]** or "consultation" for ALS. [7]

Finally, although this case is really one of contract interpretation, this court briefly addresses one policy argument raised by Phoenix. Phoenix argues that a ruling in favor of Goerig would reward a misdiagnosis and therefore would allow coverage determinations to hinge on the arbitrary factor of which doctor a patient happens to see. One patient sees a good doctor who diagnoses the symptoms right away, and there is no coverage. Another similarly situated patient sees a bad doctor who misses the diagnosis, and there is coverage. As an initial matter, Phoenix has not pointed to any evidence **[*27]** in this case to suggest that any of Goerig's doctors should have been able to definitively diagnose Goerig with ALS during the treatment-free period. Thus, there is really no misdiagnosis. Moreover, it would seem that if a person exhibited symptoms suggestive of an illness as severe as ALS that the patient and his or her doctor would have every incentive to diagnose that condition quickly to find the best possible treatment. There is no evidence in this case suggesting that Goerig was attempting to hide his condition in order to get coverage under this policy. Ultimately, this whole issue could be avoided by including specific language in the contract addressing this problem.

**CONCLUSION**

---

[7] In addition, with regard to whether Goerig received "treatment," which is the stated basis Phoenix gave at the time for denying coverage, there is no real evidence that Goerig even received any treatment at all either for ALS or even treatment for symptoms which were later diagnosed as ALS. Phoenix has not pointed to any specific treatment for ALS that was given during the treatment-free period.

For the reasons set forth above, this court grants plaintiff's motion for summary judgment and denies defendant's motion for summary judgment. Plaintiff shall prepare his proposed final judgment order, including proposed damages with supporting affidavits, and file same with the court by December 7, 1998. Defendant may file objections with supporting affidavits by December 31, 1998. Plaintiff shall file a reply, if necessary, by January 11, 1999. The court shall rule by mail unless the **[*28]** court determines that an evidentiary hearing is necessary.

**ENTER:**

**JOHN A. NORDBERG**

**United States District Court Judge**

**DATED:** November 12, 1998

---

End of Document

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (877) 843-3950 |
| | |
| **From:** | Hadley Brouhard |
| **Company:** | |
| **Phone:** | (608) 960-4005 * 1847 |
| **Fax:** | 16089604005 |
| | |
| **Date:** | 08/19/2024 |
| **Pages including this cover sheet:** | 24 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

August 19, 2024

**<u>SENT VIA U.S. MAIL, EMAIL & FAX</u>**
The Lincoln National Life Insurance Company
Attn: Kelly Tedford
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950
Email: LFGAppeals@lfg.com

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

Dear Ms. Tedford:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated August 9, 2024, which enclosed new evidence generated during the review process, namely the physician consultant memo of Dr. Judy Schmidt, MD. The purpose of this letter is to respond to that evidence.

While Dr. Schmidt agrees that Mr. Loper had restrictions and limitations during the relevant timeframe, she also opines that "the conditions identified during the pre-existing period caused/contributed to the currently impairing condition." As has been explained by Mr. Loper in his prior submissions, courts in the Seventh Circuit (among other circuits) have concluded that in cases where a claimant was not definitely diagnosed with a condition during the look-back period, there "**must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994). In other words, in order to receive treatment "for" a particular condition, **either the patient or the physician must have reasonably suspected that the particular condition existed**.

**<u>The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer</u>**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr.

Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period. LFG's peer review did not opine that Mr. Loper's treating physicians should have had a reasonable suspicion that Mr. Loper had answer. Accordingly, this report does not address the pivotal issue in this case.

**Enclosed please find full copies of selected relevant court opinions addressing this topic.** Note that LFG is required to consider the relevant legal standard, and thus may not rely on Dr. Schmidt's opinion to deny Mr. Loper's appeal.

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[1] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

[1] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.***

01081722

# Kaiser v. United of Omaha Life Ins. Co.

United States District Court for the Western District of Wisconsin

January 29, 2016, Decided; January 29, 2016, Filed

14-cv-762-wmc

**Reporter**
2016 U.S. Dist. LEXIS 10648 *; 2016 WL 379814

ROBERT KAISER, Plaintiff, v. UNITED OF OMAHA LIFE INSURANCE COMPANY, d/b/a MUTUAL OF OMAHA and GROUP LONG-TERM DISABILITY POLICY GLTD-AMMA, Defendants.

**Prior History:** Kaiser v. Wis. Energy Conservation Corp., 2015 U.S. Dist. LEXIS 67577 (W.D. Wis., May 26, 2015)

## Core Terms

cancer, pre-existing, benefits, disability, look-back, pain, physical therapy, left shoulder, lung cancer, breast, symptoms, Sickness, insured, lump, rotator cuff, suspected, coverage, attorney's fees, diagnosed, marks, shoulder pain, diagnosis, patient, substantial justification, medical treatment, summary judgment, defendants', medication, quotation, disease

**Counsel:** **[*1]** For Robert Kaiser, Plaintiff: Alan C. Olson, Elizabeth Ann Schmidt, LEAD ATTORNEYS, Alan C. Olson & Associates, S.C., New Berlin, WI.

For United of Omaha Life Insurance Company, d/b/a Mutual of Omaha, Group Long-Term Disability Policy GLTD-AMMA, Defendants: Jerilyn Jacobs, Gonzalez Saggio & Harlan LLP, Milwaukee, WI.

**Judges:** WILLIAM M. CONLEY, District Judge.

**Opinion by:** WILLIAM M. CONLEY

## Opinion

OPINION AND ORDER

In this action arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a), plaintiff Robert Kaiser seeks long-term disability benefits for his deceased wife Dee Kaiser's disability caused by Stage IV lung cancer. Defendants denied benefits on the basis that Dee Kaiser's disability fell within the pre-existing condition coverage exception of the long-term disability insurance plan at issue. Both parties have moved for summary judgment. (Dkt. ##36, 40.) For the reasons that follow, the court will grant plaintiff's motion, finding that defendants acted arbitrarily and capriciously in invoking the pre-existing condition provision to deny benefits. Accordingly, the court will remand this case for further administrative proceedings consistent with this opinion and order.[1]

UNDISPUTED FACTS[2]

---

[1] Also before the court **[*2]** is a motion to strike portions of plaintiff's reply brief on the basis that plaintiff raised an argument based on a state statute for the first time in reply. (Dkt. #54.) Because the state statute, Wis. Stat. § 632.76(2), does not apply to plaintiff's claim, the court need not consider this argument nor, relatedly, whether ERISA preempts consideration of the state statute. Since all of this is immaterial to the outcome of this case, the court will deny the motion to strike as moot.

[2] Unless otherwise noted, the court finds the following facts material and undisputed.

### A. Overview of the Parties and Claim

Plaintiff Robert Kaiser's spouse, Dee Kaiser, passed away on December 3, 2014, due to progressive brain metastases as a consequence of lung cancer. (For ease of reference, the court will refer to Robert Kaiser and Dee Kaiser by their first names.) Robert brings this lawsuit under ERISA against defendants to recover long-term disability ("LTD") benefits, as well as enhanced disability and LTD survivor benefits.

Defendant United Omaha Life Insurance Company d/b/a Mutual of Omaha ("Omaha") is the insurer of defendant Group Long-Term Disability Policy GLTD-AMMA ("the Plan"). The policy holder and plan **[*3]** administrator is Dee's former employer Wisconsin Energy Conservation Corporation ("WECC").

Beginning in March 2013, Dee was employed by WECC. Effective April 1, 2013, she became a beneficiary of the Plan. The Plan identifies Omaha as the claims administrator under the Plan and grants Omaha has the authority to interpret the Plan in that capacity, as well as decide all questions of eligibility and entitlement to benefits.[3]

### B. Pertinent Plan Language

The Plan defines "Disability" and "Disabled" to mean:

> that because of an Injury or Sickness, a significant change in Your mental or physical functional capacity has occurred in which:
>
> a) during the Elimination Period, You are prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and
>
> b) after the Elimination Period, You are:
>
> 1. prevented from performing at least one of the Material Duties of Your Regular Occupation on a part-time or full-time basis; and
>
> 2. unable **[*4]** to generate Current Earnings which exceed 99% of Your Basic Monthly Earnings due to that same Injury or Sickness.

(AR 34.)[4] The "Elimination Period" is defined as the later of 60 calendar days or the date short-term disability ends. (AR 14.) The Plan provides for monthly disability benefits in the amount of two-thirds of basic monthly earnings, less other income sources. (AR 16.) The Plan also provides for enhanced disability benefits under certain conditions and for survivor benefits. (AR 23-24.)

Critical to this appeal, the Plan has a pre-existing condition exclusion: "We will not provide benefits for any Disability caused by, attributable to, or resulting from a Pre-Existing Condition which begins in the first 12 months after You are continuously insured under the Policy." (AR 25.) This exclusion includes:

> any Injury or Sickness for which You received medical treatment, advice or consultation, care or services, including diagnostic measures, or had drugs or medicines prescribed or taken in the 3 months prior to the day You become insured under the Policy.

(AR 25.) Since Dee became insured under the Policy as of April 1, 2013, her **[*5]** "pre-existing condition three-month look-back" period was from January 1, 2013, through March 31, 2013.

Finally, "sickness" is defined as: "a disease, disorder or condition, including pregnancy, that requires treatment by a Physician. Disability resulting from a sickness must occur while You are insured under the Policy." (AR 36.) And the term "injury" is defined as: "an accidental bodily injury that requires treatment by a Physician. It must result in loss

---

[3] Plaintiff points out the inherent conflict of interest in light of Omaha's dual role of insurer and claims administrator. (Pl.'s PFOFs (dkt. #38) p.4 (second ¶ 19).) The court addresses this conflict in the opinion below.

[4] The administrative record ("AR") is located at dkt. #35.

independently of Sickness and other causes. Disability resulting from an injury must occur while You are insured under the Policy." (AR 34.)

**C. Timing of Dee's Symptoms and Medical Treatment**

**i. Events During the Look-Back Period**

The contemporaneous medical record indicates that Dee injured her shoulder in February 2013 while shoveling snow and scraping ice. Dee suffered a continuous dull ache from her shoulder to her elbow, which increased with lifting her arm above her head. On March 12, 2013, Dee saw Dr. Patro for her left shoulder pain. The treatment notes indicate that Dee "[d]enies any injury or any trauma. However, she has been doing a lot of snow shoveling over the past 3-4 weeks. She first noted pain while she was shoveling snow, and **[*6]** it would be when she would do some lifting. This has gotten progressively worse where she is having trouble doing any lifting, or reaching behind her back, or reaching overhead." (AR 722.) After examining Dee's shoulder, Dr. Patro's impression was "[l]eft shoulder pain secondary to rotator cuff and bicipital tendinitis, likely triggered by the repetitious activity." (AR 723.) Patro prescribed Naproxen, an anti-inflammatory pain medication. Dr. Patro also discussed with Dee the possibility of future physical therapy and cortisone injections. (*Id.*)

On March 27, 2013, Dee called Patro's office back and requested a referral to physical therapy. (AR 728) The nurse submitted an order for physical therapy and refilled her Naproxen prescription. (*Id.*) On March 29, Dee attended an initial physical therapy evaluation with Elizabeth M. Roe, PT. Her notes reveal that Dee "presents with a complaint of left shoulder pain." (AR 96.) She also recorded that the physical examination of Dee's shoulder revealed "tenderness over acromioclavicular joint" and "flexion 170 degrees with mid-range pain." (AR 97.) The physical therapist concluded that Dee "has signs and symptoms consistent with rotator cuff impingement, **[*7]** possible degenerative rotator cuff pathology." (*Id.*)

Neither Dr. Patro's or the physical therapist Roe's notes document any concern or suspicion of cancer of metastasis from a primary lung cancer.

**ii. Events After the Look-Back Period**

After the look-back period ended on March 31, 2013, Dee continued to be treated for left shoulder impairment and a possible rotator cuff tear with medication and physical therapy. Decreased left shoulder flexion measurement was noted during Dee's April 5, 2013, physical therapy session. Dee was seen again on April 16, 2013, by Dr. Patro and Dawn Mueller, PA-C. At that appointment, Dee continued to complain of left shoulder pain, decreased range of motion and weakness. That same day, Dee had a left shoulder x-ray that revealed "some mild degenerative changes at the a.c. joint." (AR 105.) Dr. Patro continued to maintain his diagnosis of impingement syndrome of her left shoulder, treating Dee with a cortisone injection and ordering further physical therapy.

Dee attended physical therapy appointments on April 22nd and 29th, but was discharged from therapy on the 29th due to lack of progress. In particular, Dee reported that her pain and range of motion had worsened. **[*8]**

On May 1, 2013, Dee's health insurance changed, and she began treatment with new physicians. On May 3, she was evaluated by John F. Orwin, M.D., an orthopedic surgeon. Dr. Orwin concluded that Kaiser had a possible silent massive tear of her rotator cuff of her left shoulder, and ordered an MRI of her shoulder. On May 7, Dee had an MRI of her left shoulder, which revealed "permeative destructive mass involving the glenoid extending into the coracoid process and scapular body, with a pathologic fracture of the glenoid." (AR 195-97.)

In addition, the radiologists reviewing the MRI results opined that the left shoulder lesions "presumably represent metastatic disease potentially from breast cancer or lung primary." (AR 197.) A May 8th chest x-ray revealed a "cavitary right lung mass." (*Id.*) On May 14, Joseph T. Yang, M.D., diagnosed Dee with metastatic cancer from a

primary lung cancer. Subsequent biopsy, CT scans and an MRI all confirmed this diagnosis. On May 29, Dee was diagnosed with Stage IV adenocarcinoma of the lung. She then pursued treatment with oncologist Toby Campbell, M.D.[5]

**D. LTD Claim**

On June 11, 2013, just less than a month after the cancer diagnosis, Dee's employer WECC emailed an LTD claim form to Omaha on her behalf. On June 13, WECC faxed a completed LTD Claim Employer's Statement to Omaha also on Dee's behalf. At that point, Dee was still working intermittently from home. In July 2013, however, Dee stopped working altogether, applying for LTD benefits on July 24, 2013.

As part of the claims process, Omaha reviewed medical records from Dee's treating physicians. Because the date of disability was within the first 12 months of the effective policy date, Omaha examined the medical records to determine whether Dee's disability fell within the pre-existing condition exception. On August 29, 2013, Omaha denied Dee's claim for benefits on the sole basis that Dee was treated **[*10]** for her lung cancer within the look-back period. (AR 566-69.) Specifically, Omaha wrote:

> In summary, the obtained medical documentation revealed you were treated for your current diagnosis of lung cancer within the pre-existing look-back period of January 1, 2013, to April 1, 2013. Therefore, no benefits are payable, and your claim has been denied.

(AR 567.)[6]

On May 13, 2014, Dee filed an administrative appeal from this document, submitting medication documentation. In response, on May 29, Omaha referred **[*11]** Dee's claim to its medical director Thomas A. Redder, M.D., for review. Specifically, Dr. Redder was asked to advise whether Dee's lung cancer was a pre-existing condition.

Among other things, Dr. Reeder consulted with one of Dee's treating oncologists, Dr. Campbell, via telephone in order to understand whether the left shoulder pain Dee experienced in March 2013 was due to her metastatic cancer. (AR 67.) In a letter after that conversation, Dr. Reeder stated:

> I indicated that I was calling to discuss Ms. Kaiser's current medical status and treatment. You advised me that she was now involved in a clinical trial of a drug directed at her specific epithelial growth factor receptor mutation. I had questions about the onset of her left shoulder pain in February 2013 that was originally attributed to shoveling snow. It appeared to me that this *in retrospect* was from metastatic disease. You responded that it absolutely was and that she had a very large metastasis.

(*Id.* (emphasis added).) Dr. Reeder than asked Dr. Campbell to sign the bottom of the letter if Dr. Reeder "captured the substance of" their conversation. (*Id.*) Dr. Reeder also instructed Dr. Campbell to make any changes, additions **[*12]** or deletions if he so wished. (*Id.*)

Dr. Campbell signed and dated the letter on June 11, 2014, without edits. On June 19, Omaha upheld its initial denial of Dee's LTD benefits on the basis that her lung cancer was a pre-existing condition. On May 27, 2015, Omaha also denied Robert's claim of LTD survivor benefits relying on its earlier denial of Dee's LTD benefits.

---

[5] Plaintiff proposes several findings of facts based on Dee's post-May medical treatment, presumably to demonstrate **[*9]** that she was disabled on or after her application date of July 24, 2013. Moreover, plaintiff also submitted evidence of Dee filing for and received social security benefits effective August 2013. Because these facts are not material to the only issue before the court -- whether Dee had a pre-existing condition that excluded her from coverage -- the court need not recount those facts here.

[6] Plaintiff would make much of the fact that defendants defined the look-back period as January 1, 2013, to April 1, 2013, arguing instead that the letter should have read "to March 31, 2013." As defendants point out, this argument begins and ends with an immaterial, semantics dispute -- whether the look-back period went "up to" April 1, 2013, or went "up to and included" April 1, 2013. There is, however, no dispute that the last day of the look-back period was March 31, 2013, with coverage effective the next day -- April 1, 2013. Moreover, there are no events in the record on April 1, 2013, so any error on the part of Omaha in describing the look-back period is meaningless on this record.

OPINION

## I. Standard of Review

This court reviews an administrator's decision to deny eligibility for ERISA insurance plan benefits under the arbitrary and capricious standard. *Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101, 115, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989)*; *Holmstrom v. Metro. Life Ins. Co., 615 F.3d 758, 766 (7th Cir. 2010)*. While highly deferential, the Seventh Circuit cautioned in *Holmstrom* that this standard of review does not make the court a "rubber stamp." *Holmstrom, 615 F.3d at 766*. More specifically, the Seventh Circuit acknowledged in the past that the decision must be "downright unreasonable" before reversal by a federal court would be appropriate, but clarified that statement in *Holmstrom*, explaining that the standard of review:

> should not be understood as requiring a plaintiff to show that only a person who had lost complete touch with reality would have denied benefits. Rather, the phrase is merely a shorthand expression for a vast body of law applying the arbitrary-and-capricious standard **[*13]** in ways that include focus on procedural regularity, substantive merit, and faithful execution of fiduciary goals.

*615 F.3d at 766 n.5*. In this way, the Seventh Circuit suggested that "[f]or ERISA purposes, the arbitrary and capricious standard is synonymous with abuse of discretion." *Id. at 767 n.7* (internal citation, quotation marks and alterations omitted).

Plaintiff also points out that his claim should be viewed in light of Omaha's dual role in administering WECC's Plan, given the inherent conflict between having "both the discretionary authority to determine eligibility for benefits and the obligation to pay benefits when due." *See* *Jenkins v. Price Waterhouse Long Term Disability Plan, 564 F.3d 856, 861 (7th Cir. 2009)* (citing *Metro. Life Ins. Co. v. Glenn, 554 U.S. 105, 108, 128 S. Ct. 2343, 171 L. Ed. 2d 299 (2008))*. Plaintiff justifiably points out in particular that the conflict here is inherent not just with respect to one company, Omaha, but one individual, Dr. Rudder, in that he acted as both consulting physician and as Omaha's medical director. While this "conflict of interest" does not alter the basic standard of review -- an abuse of discretion standard still applies -- it is properly "weighed as a factor in determining whether there is an abuse of discretion." *Glenn, 554 U.S. at 115* (citing *Firestone, 489 U.S. at 115*) (quotation marks omitted); *see also* *Holmstrom, 615 F.3d at 766* (describing this factor as a "key consideration").

Ultimately, ERISA requires **[*14]** that "the administrator . . . weigh the evidence for and against [the denial of benefits], and within reasonable limits, the reasons for rejecting evidence must be articulated if there is to be meaningful appellate review." *Halpin v. W.W. Grainger, 962 F.2d 685, 695 (7th Cir. 1992)* (internal citation and quotation marks omitted). The court will, therefore, uphold an administrator's decision "if (1) it is possible to offer a reasoned explanation, based on the evidence, for a particular outcome, (2) the decision is based on a reasonable explanation of relevant plan documents, or (3) the administrator has based its decision on a consideration of the relevant factors that encompass important aspects of the problem." *Militello v. Cent. States, Se. & Sw. Areas Pension Fund, 360 F.3d 681, 686 (7th Cir. 2004)* (internal quotation marks and citations omitted).

## II. Review of Denial Decision

The parties agree that Omaha's denials of Dee's and Robert's claims for benefits based on the pre-existing condition policy exclusion turn on an assessment of the medical events falling within the "look-back period" from January 31, 2013, to March 31, 2013. During this period, the record reveals three events: (1) Dee's March 12th appointment with Dr. Patro for shoulder pain, described as "left shoulder pain secondary to rotator cuff and bicipital tendinitis, **[*15]** likely triggered by the repetitious activity," for which she was prescribed Naproxen, an anti-inflammatory pain medication, and possible future physical therapy and cortisone injections (AR 723); (2) Dee's March 27th call with Dr. Patro's nurse, which resulted in a referral to physical therapy and a refill on Dee's Naproxen prescription (AR 729); and (3) Dee's March 29th physical therapy evaluation by Elizabeth M. Roe, PT, in which Roe

noted "signs and symptoms consistent with rotator cuff impingement, possible degenerative rotator cuff pathology" (AR 97).

As quoted above, each of the events falling between January 1 and March 31, 2013, could constitute a "pre-existing condition" under the policy if it concerned an "Injury" or "Sickness" (here, Dee's lung cancer) "for which [she] received medical treatment, advice or consultation, care or services, including diagnostic measures, or had drugs or medicines prescribed or taken." (AR 25.) There is no doubt that the "Sickness" here is lung cancer. The question, therefore, is whether a doctor's visit for shoulder pain, prescription of pain medication, subsequent referral to physical therapy, and one physical therapy session were "*for*" Dee's **[*16]** cancer.

To help answer this question, the parties direct the court to two Seventh Circuit cases. Defendants primarily rely on *Bullwinkel v. New England Mutual Life Insurance Company, 18 F.3d 429 (7th Cir. 1994)*, which affirmed a district court's grant of summary judgment in favor of the insurer, finding that the plaintiff's claim fell within the pre-existing condition exception to coverage. In that case, the plaintiff noticed a lump in her left breast in July 1991. *Id. at 430*. On July 21, she visited her doctor, who performed an ultrasound examination. The doctor diagnosed the lump as a cyst, but "made no definite conclusion whether the cyst was cancerous or benign," referring the patient to a surgeon for removal and biopsy of the cyst," out of concern "about the possibility of cancer." *Id.* The plaintiff's insurance policy went into effect just ten days later, on July 31, 1991, which also marked the end of the policy's look-back period. *Id. at 429*. Although the plaintiff was not actually diagnosed with cancer until September, the insurance company denied coverage for surgery and subsequent treatments on the basis that her cancer was a pre-existing condition. *Id. at 430*.

In *Bullwinkel*, the plaintiff argued that because her cancer was not diagnosed during the look-back period, she could not have been **[*17]** "seen, treated, [or] diagnosed" for cancer within that period. *Id. at 431*. Affirming the district court's rejection of this argument, the Seventh Circuit held that:

> even though Madelaine [the plaintiff] did not know the lump was cancerous, her visit with the doctor in that month concerning the lump actually concerned cancer. It follows that Madelaine was 'seen' and 'treated' and incurred medical expenses for her cancer in July.

*Id. at 432*. In so holding, however, the Seventh Circuit specifically contrasted Madelaine's situation to someone who experienced symptoms during the look-back period that were "trivial and inconclusive like a cough or rash which might imply any of a variety of maladies, or none at all." *Id. at 432*.

In addition to emphasizing this contrasting example in *Bullwinkel*, plaintiff principally relies on the Seventh Circuit's decision issued two years later in *Pitcher v. Principal Mutual Life Insurance Company, 93 F.3d 407 (7th Cir. 1996)*. In *Pitcher*, the court concluded that a plaintiff's receipt of a physical breast examination and mammogram during the look-back period did not constitute treatment for breast cancer, and therefore coverage was not precluded by the policy's pre-existing condition provision, even though plaintiff's doctor had already discovered lumps in both breasts **[*18]** during a prior routine examination. *Id. at 409*. The court discounted this earlier discovery in particular, because plaintiff's treating physician did not consider the lumps "unusual or alarming" in light of the plaintiff's "longstanding fibrocystic breast condition." *Id.*

Pitcher's similarities with the facts here do not end with what was probably in retrospect a misdiagnosis. Indeed, Pitcher returned six-weeks later for a follow-up appointment, just two days before her health insurance policy became effective. That appointment revealed that the lumps had not subsided, and the plaintiff was referred to a radiologist for a mammogram of both breasts that same day, which revealed "a suspicious mass in the left breast which warranted follow-up investigation." *Id.* Two days later, the plaintiff's policy went into effect, marking the end of the look-back period. The next day, a biopsy revealed a carcinoma or malignant tumor.

In affirming entry of summary judgment in favor of the plaintiff-insured, the Seventh Circuit stressed that "Pitcher did *not* receive a 'treatment or service' *for* breast cancer [before the policy took effect] because -- as the district court found -- she was being monitored for the **[*19]** longstanding fibrocystic breast condition and not cancer during the pre-coverage period." *Id. at 412* (emphasis in original). In so holding, the court relied on the fact that "[n]either the

plaintiff nor her physician, *at this juncture*, had reason to suspect that Pitcher's symptoms were anything but a continuation of her longstanding fibrocystic breast condition." *Id.* (emphasis added). In turn, the court also rejected the insurance company's "attempt to characterize the lumps felt by Dr. Manifold in July and late September as symptoms of the as-yet undiagnosed breast tumor," because "the record does not support this speculative characterization." *Id.* The court reiterated later in its opinion that the critical fact is whether the physician rendering services during the look-back period "suspects" the condition (in *Pitcher* and here, cancer) for which the insured is seeking coverage. *Id. at 413*; *see also id. at 414* (discussing the "unfairness of defining a condition as 'pre-existing' when the person suffering from the condition (i.e., the plaintiff) 'does not know, or have reason to know of the existence of the condition'" (quoting *Hardester v. Lincoln Nat'l Life Ins. Co., 841 F. Supp. 714, 716 (D. Md. 1994)*).

Reading *Bullwinkel* and *Pitcher* together, a test arguably emerges for reviewing denials based **[*20]** on a pre-existing condition exclusion: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the patient to be considered as being treated or seen *for* the particular condition." *Goerig v. Phoenix Home Life Mut. Ins. Co., No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, 1998 WL 801793, at *7 (N.D. Ill. Nov. 13, 1998)*. Indeed, this test has been embraced by other circuits presented with the same issue as here. *See, e.g., LoCoco v. Med. Savings Ins., 530 F.3d 442, (6th Cir. 2008)* ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be considered 'pre-existing.'"); *Lawson v. Fortis Ins. Co., 301 F.3d 159, (3d Cir. 2002)* (rejecting pre-existing condition denial because "it does not make sense to say that [the plaintiff] received treatment 'for' leukemia when the actual condition was not suspected"); *Hughes v. Boston Mut. Life Ins. Co., 26 F.3d 264, 269 (1st Cir. 1994)* (requiring "some awareness on the part of the physician or the insured that the insured is receiving treatment for the condition itself" in order to qualify as treatment "for" a condition).

The Third Circuit persuasively described the distinction between cases in which the pre-existing condition coverage exclusion applies and those in which it does not:

> When a patient seeks **[*21]** advice for a sickness with a specific concern in mind (e.g., a thyroid lump, as in *McWilliams [v. Capital Telecomms. Inc., 986 F. Supp. 920 (M.D.Pa.1997)]*, or a breast lump, as in *Bullwinkel[, 18 F.3d 429]*) or when a physician recommends treatment with a specific concern in mind (e.g., a "likely" case of multiple sclerosis, as in *Cury [v. Colonial Life Ins. Co. of Am., 737 F. Supp. 847, 854 (E.D. Pa. 1990)]*), it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind, or when the patient turns out not to have a suspected disease, it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness.

*Id. at 166*. Stated another way, "a suspected condition without a confirmatory diagnosis is different from a misdiagnosis or an unsuspected condition manifesting non-specific symptoms." *Lawson, 301 F.3d at 166*.

Another case involving lung cancer offers a stark factual contrast to the circumstances at issue here. In *LoCoco, 530 F.3d 442*, the plaintiff experienced pain in his chest and a dry cough during the look-back period. *Id. at 443-44*. Due to the plaintiff's cigarette habit and chest pains, his treating **[*22]** physician ordered a chest x-ray, in part, because he believed he could be a "candidate for lung cancer 'at any time.'" *Id. at 444*. A later x-ray revealed a "cloud" in his left lung, and a CAT scan was ordered because "an obstructive endobronchial lesion [could not] be ruled out." *Id.* While the CAT scan did not reveal cancer, another test was ordered and plaintiff was referred to a pulmonologist. *Id.*

All of these medical events occurred pre-coverage, during the look-back period. Unsurprisingly, from this record, the Sixth Circuit affirmed the district court's grant in favor of the insurance plan, finding that the illness for which the plaintiff was treated during the pre-existing period "was suspected *at the time* to be, and was in fact, lung cancer." *Id. at 446* (emphasis added).

Unlike *LoCoco*, there is *nothing* in this record to support a finding that Dee's medical treatment providers -- her primary doctor at that time, that doctor's nurse, or the physical therapist -- suspected that Dee's shoulder pain was due to cancer. Their contemporaneous notes show that a cancer diagnosis was not even on the radar screen. Instead, Dee received medical treatment and was prescribed medication for shoulder pain. During **[*23]** the entire three month period pre-dating her coverage, neither her physicians nor Dee had any reason to suspect that her symptom of shoulder pain was due to cancer. To the contrary, everyone suspected during this period that Dee's pain and loss of strength in her arm was due to overuse in shoveling snow or impingement / deterioration of her rotator cuff.

The fact that Dee was eventually diagnosed with cancer and that her shoulder pain "*in retrospect*" was caused by her cancer is not material to a determination of whether her medical care providers at the time of the medical treatment suspected cancer. (AR 67 (emphasis added).) "To permit such backward-looking reinterpretation of symptoms to support claims denials would so greatly expand the definition of preexisting condition as to make that term meaningless: any prior symptoms not inconsistent with the ultimate diagnosis would provide a basis for denial." *Lawson, 301 F.3d at 166* (internal citation and quotation marks omitted).

In its opposition to plaintiff's motion for summary judgment, defendants attempt to distinguish *Pitcher* and other cases on the basis that those courts reviewed the denials *de novo*. (Defs.' Opp'n (dkt. #46) 9, 14.) While the standard **[*24]** of review in some cases is outcome determinative, it is not here. Defendants acted arbitrarily and capriciously in interpreting and applying the Plan's preexisting provision unreasonably and contrary to Seventh Circuit law. "In some cases, the plain language or structure of the plan or simple common sense will require the court to pronounce an administrator's determination arbitrary and capricious." *Hess v. Hartford Life & Acc. Ins. Co., 274 F.3d 456, 461 (7th Cir. 2001)*; *see also* *Swaback v. Am. Info. Techs. Corp., 103 F.3d 535, 540 & n. 9 (7th Cir. 1996)* ("[I]f administrators of an ERISA plan controvert the plain meaning of a plan, their actions are arbitrary and capricious."). Here, to the extent this were a closer question, the dual role conflict of interest would act as a tie breaker. *See* *Glenn, 554 U.S. at 115*.[7]

As such, the court holds that defendants' denial of plaintiff's claim based on the pre-existing condition exception was arbitrary and capricious. While there seems to be no question that Dee was disabled as defined by the Plan, the court will nonetheless remand the case for further administrative **[*25]** proceedings. On remand, however, defendants may not rely on their erroneous and unreasonable interpretation of the pre-existing condition coverage exclusion in determining coverage.

### III. Fee Award

This court may in its discretion award a reasonable attorney's fee and costs to either party in an ERISA action brought under *§ 1132*:

> In any action under this subchapter (other than an action described in paragraph (2)) by a participant, beneficiary, or fiduciary, the court in its discretion may allow a reasonable attorney's fee and costs of action to either party.

*29 U.S.C. § 1132(g)(1)*.

In *Hardt v. Reliance Standard Life Insurance Company, 560 U.S. 242, 130 S. Ct. 2149, 176 L. Ed. 2d 998 (2010)*, the Supreme Court provided guidance as to the threshold a party must reach to be eligible for a discretionary award under this fee-shifting provision. The Court found that the party need not be the "prevailing party," as, for example, would a plaintiff in civil rights cases under *42 U.S.C. § 1988*. Rather, the party must simply show "some degree of success on the merits before a court may award attorney's fees under *§ 1132(g)(1)*." *Id. at 255*.

[7] Particularly troubling is Dr. Reeder's drafting an arguably self-serving letter to Dee's doctor, seeking his sign off to a characterization of the medical record that only Reeder knows will empower him to deny coverage under this interpretation of the Plan.

> A claimant does not satisfy that requirement by achieving trivial success on the merits or a purely procedural victory, but does satisfy it if the court can fairly call the outcome of the litigation some success on the merits without conducting **[*26]** a lengthy inquiry into the question whether a particular party's success was substantial or occurred on a central issue.

*Id.* (internal quotation marks and alterations omitted).[8]

Once a party has achieved "some success on the merits," the court decides whether awarding fees is appropriate applying two tests: the "substantial justification" test and the five-factor test. *Raybourne v. Cigna Life Ins. Co. of New York, 700 F.3d 1076, 1089 (7th Cir. 2012)*. "The two tests essentially pose the same question: was the losing party's position substantially justified and taken in good faith, or was that party simply out to harass its opponent?" *Id. at 1090*. More recently, the Seventh Circuit arguably left open the possibility of a district court considering only whether a party achieved some degree of success on the merits, while still encouraging and giving deference to rulings that also apply a more stringent test. *Temme v. Bemis Co., Inc., 762 F.3d 544, 550 (7th Cir. 2014)*.

Having found that defendants violated ERISA by acting arbitrarily and capriciously in denying Dee Kaiser's benefits, **[*27]** and ordering remand to the Plan Administrator for further review, plaintiff achieved all he could achieve in this court.[9] The court also finds plaintiff entitled to recover fees under the substantially justified and five factors tests. In determining whether a defendant in an ERISA action was substantially justified, the court is to consider "a party's posture during the case as a whole," including "*pre*litigation behavior." *Temme, 762 F.3d at 551* (emphasis in original). Here, defendants' interpretation of the pre-existing condition clause was at odds with fairly settled Seventh Circuit case law, particularly after *Pitcher*, rendering defendants' posture during the case as a whole not substantially justified.

The five factors that courts are to consider in determining whether to award fees under *ERISA § 502(g)(1)* are:

> 1) the degree of the offending parties' culpability or bad faith; 2) the degree of the ability of the offending parties to satisfy personally an award of attorney's **[*28]** fees; 3) whether or not an award of attorney's fees against the offending parties would deter other persons acting under similar circumstances; 4) the amount of benefit conferred on members of the pension plan as a whole; and 5) the relative merits of the parties' positions.

*Kolbe & Kolbe Health & Welfare Benefit Plan v. Med. Coll. of Wis., Inc., 657 F.3d 496, 506 (7th Cir. 2011)*. Here, the court's finding that defendants' position was not substantially justified bears directly on a similar finding that defendants were substantially culpable and acted with little merit in denying plaintiff's benefits (the first and fifth factors). Further, the second and third factors -- defendants' ability to pay and the fact that such an award may deter defendants and other plan administrators from denying benefits arbitrarily and capriciously -- weigh in favor of an attorney's fee award. While the fourth factor is not relevant given that this case involves a single beneficiary, rather than a broader group of plan participants, neither does it militate against an award of fees called for by the other four factors.

By any test then, the court finds an award of attorney's fees and costs appropriate under *29 U.S.C. § 1132(g)(1)*. Accordingly, as set forth below, the court will direct plaintiff to submit its fee request and will **[*29]** provide defendants an opportunity to respond to that request.

ORDER

---

[8] In so holding, the Supreme Court noted specifically that use of a "five factor" test referred to in some Seventh Circuit decisions and in decisions from other circuits is "not required for channeling a court's discretion when awarding fees under this section." *Hardt, 560 U.S. at 255*.

[9] As this court explained at length in an opinion in another ERISA denial-of-benefits case, the fact that the relief provided is remand and not an award of benefits does not foreclose an award of fees. *Rappa v. Sun Life Assur. Co. of Canada, No. 10-CV-585-WMC, 2013 U.S. Dist. LEXIS 133257, 2014 WL 4415242, at *2 (W.D. Wis. Sept. 8, 2014)*.

IT IS ORDERED that:

1) Plaintiff Robert Kaiser's motion for summary judgment (dkt. #36) is GRANTED.

2) Defendants United Omaha Life Insurance Company d/b/a Mutual of Omaha and Group Long-Term Disability Policy GLTD-AMMA's motion for summary judgment (dkt. #40) is DENIED.

3) Defendants' motion to strike portions of plaintiff's reply brief (dkt. #54) is DENIED as moot.

4) On or before February 12, 2016, plaintiff submit its brief and any supporting materials in support of its request for attorneys' fees, including itemized time records, invoices, and proof of payment of such invoices. Defendants may have until February 26, 2016, to file a response. If defendant challenges the reasonableness of plaintiff's fee request in that opposition, its counsel shall also contemporaneously submit its itemized time records, invoices and proof of payment of such invoices. Plaintiff's reply, if any, is due by March 4, 2016.

Entered this 29th day of January, 2016.

BY THE COURT:

/s/ WILLIAM M. CONLEY

District Judge

---

End of Document

# Goerig v. Phoenix Home Life Mut. Ins. Co.

United States District Court for the Northern District of Illinois, Eastern Division

November 12, 1998, Decided ; November 13, 1998, Docketed

No. 97 C 1890

**Reporter**
1998 U.S. Dist. LEXIS 18208 *; 1998 WL 801793

JERRY S. GOERIG, Plaintiff, v. PHOENIX HOME LIFE MUTUAL INSURANCE CO., Defendant.

**Disposition:** **[*1]** Plaintiff's motion for summary judgment granted and defendant's motion for summary judgment denied.

## Core Terms

treatment-free, diagnosed, symptoms, cancer, consultation, patient, pre-existing, diagnosis, summary judgment, breast, disability, neurologist, coverage, knee, cases, disease, visited, legs, lump, no evidence, fibrocystic, recommended, undisputed, suspected, cyst, pain, fasciculations, parties, argues, benign

## Case Summary

### Procedural Posture

After plaintiff insured was diagnosed with amyotrophic lateral sclerosis (ALS), he sought benefits under a group disability insurance policy issued by defendant insurer. When the insurer denied benefits under a preexisting condition exclusion, the insured filed suit and asserted various claims, including claims made under the Employee Retirement Income Security Act of 1974 (ERISA). Both parties filed motions for summary judgment on coverage.

### Overview

The insured was covered under his employer's group disability plan, which provided a three-month "treatment-free" period that excluded from coverage any sickness or injury for which an insured received "medical care, treatment, or consultation." The insured had various symptoms and saw five doctors during that period but was only diagnosed with ALS many months later. When the insurer denied benefits for his ALS-related disability, the insured filed suit. On cross-motions for summary judgment, the court ruled for the insured. The court held that federal common law applied because the policy was part of a plan governed by ERISA. While declining to decide what standard of review applied because the insured would have prevailed under either standard, the court interpreted the policy to provide coverage. It held that the insured received neither "treatment" for ALS nor a "consultation" concerning ALS during the three-month period because the ALS diagnosis was not made until much later. Because there was no suspicion or concern during the three-month period that the insured's symptoms were caused by ALS, coverage could not be denied on the basis of the "treatment-free" provision.

### Outcome

The court granted the insured's motion for summary judgment and denied the insurer's motion for summary judgment in the insured's action asserted various claims, including claims made under ERISA.

## LexisNexis® Headnotes

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Appropriateness

Civil Procedure > Judgments > Summary Judgment > General Overview

Civil Procedure > ... > Summary Judgment > Burdens of Proof > General Overview

Civil Procedure > ... > Summary Judgment > Burdens of Proof > Scintilla Rule

Civil Procedure > Judgments > Summary Judgment > Evidentiary Considerations

Civil Procedure > ... > Summary Judgment > Motions for Summary Judgment > General Overview

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > General Overview

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Genuine Disputes

Civil Procedure > ... > Summary Judgment > Entitlement as Matter of Law > Materiality of Facts

Evidence > Inferences & Presumptions > General Overview

*HN1*[] **Entitlement as Matter of Law, Appropriateness**

Summary judgment may be granted when the record contains no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P. 56(c)*. A genuine issue for trial will be found only when the evidence is such that a reasonable jury could return a verdict for the nonmoving party. A court ruling on a motion for summary judgment must view all the evidence in a light most favorable to the nonmoving party, and draw all inferences in the nonmovant's favor. If the evidence is merely colorable, however, or is not sufficiently probative, summary judgment may be granted. Moreover, where cross-motions for summary judgment are involved, those principles require the court to take a dual perspective -- one that has frequently been described as Janus-like and that may on occasion cause the denial of both motions.

Insurance Law > Types of Insurance > Disability Insurance > General Overview

Labor & Employment Law > ... > Disability Benefits > Scope & Definitions > Types of Disabilities

Pensions & Benefits Law > Employee Benefit Plans > Welfare Benefit Plans

Civil Procedure > Preliminary Considerations > Federal & State Interrelationships > General Overview

Civil Procedure > ... > Federal & State Interrelationships > Federal Common Law > General Overview

Labor & Employment Law > Disability & Unemployment Insurance > General Overview

Labor & Employment Law > Disability & Unemployment Insurance > Disability Benefits > General Overview

Labor & Employment Law > ... > Disability Benefits > Scope & Definitions > General Overview

Pensions & Benefits Law > ERISA > General Overview

Pensions & Benefits Law > ERISA > Civil Litigation

Pensions & Benefits Law > ERISA > Civil Litigation > Federal Common Law

HN2[] **Types of Insurance, Disability Insurance**

Where a disability policy is issued as part of an employee benefit plan, a suit to obtain benefits thereunder is governed by the Employee Retirement Income Security Act of 1974, and the court must apply the federal common law rules of contract interpretation to determine the meaning of the terms of the disability policy.

Civil Procedure > ... > Federal & State Interrelationships > Federal Common Law > General Overview

Contracts Law > Defenses > Ambiguities & Mistakes > General Overview

Insurance Law > ... > Policy Interpretation > Ambiguous Terms > Construction Against Insurers

Civil Procedure > Preliminary Considerations > Federal & State Interrelationships > General Overview

Contracts Law > Contract Interpretation > General Overview

Contracts Law > Contract Interpretation > Ambiguities & Contra Proferentem > General Overview

Insurance Law > Claim, Contract & Practice Issues > Policy Interpretation > General Overview

Insurance Law > Claim, Contract & Practice Issues > Policy Interpretation > Ordinary & Usual Meanings

HN3[] **Federal & State Interrelationships, Federal Common Law**

A court must interpret a plan governed by the Employee Retirement Income Security Act of 1974 in an ordinary and popular sense as would a person of average intelligence and experience. Any ambiguous terms in an insurance contract is to be strictly construed in favor of the insured. Courts are restricted by federal common law rules of contract interpretation to view the language of the insurance policy to determine where the parties' minds met and must give effect to the words which denote the bargain, not in light of public policy considerations, but in light of their plain meaning.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

Insurance Law > Claim, Contract & Practice Issues > Group Policies > Coverage Exclusions

HN4[] **Health Insurance, Preexisting Conditions**

Although an insured under a plan governed by the Employee Retirement Income Security Act of 1974 and containing a preexisting condition exclusion need not be definitely diagnosed with a condition during a "treatment-free period," there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the insured to be considered as have been treated or seen for the particular condition.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

HN5[] **Health Insurance, Preexisting Conditions**

A health care provider must have at least some suspicion of a particular disease or condition before attempting to treat it or to test for its presence.

Healthcare Law > ... > Insurance Coverage > Health Insurance > Preexisting Conditions

Insurance Law > Claim, Contract & Practice Issues > Group Policies > Coverage Exclusions

HN6[] **Health Insurance, Preexisting Conditions**

In the context of a plan governed by the Employee Retirement Income Security Act of 1974 and containing a preexisting condition exclusion, it is the actual knowledge of the doctor and patient during the treatment-free period that is the "key question" and not whether the patient "actually had" the particular condition during the period.

**Counsel:** For JERRY S GOERIG, plaintiff: Charles Jeffrey Thut, Roach, Johnston & Thut, Libertyville, IL.

For PHOENIX HOME LIFE MUTUAL LIFE INSURANCE CO., defendant: David Joseph Novotny, Laura Ann Smith, Peterson & Ross, Chicago, IL.

**Judges:** JOHN A. NORDBERG, United States District Court Judge.

**Opinion by:** JOHN A. NORDBERG

# Opinion

## MEMORANDUM OPINION AND ORDER

This case involves a pre-existing condition clause in a disability insurance policy. Both plaintiff Jerry S. Goerig and defendant Phoenix Home Life Mutual Insurance Company ("Phoenix") have filed motions for summary judgment. For the reasons set forth below, this court grants plaintiff's motion and denies defendant's motion.

## BACKGROUND FACTS

Except in the limited instances noted below, the parties agree on the material facts. [1] On August 10, 1994, plaintiff Jerry S. Goerig was hired by Tamiya America, Inc. ("Tamiya") as Director of Sales and Marketing. On November 9, 1994, Goerig became insured under a group long term disability certificate issued by Phoenix in connection with a group insurance policy covering Tamiya (the **[*2]** "policy"). All of the premiums were paid by Tamiya. The policy was provided in the context of an employee welfare benefit plan under ERISA, *29 U.S.C. § 1001 et seq.* [2]

Under the undisputed **[*3]** terms of the disability policy, Goerig could not recover for any "pre-existing conditions." The policy defines a "pre-existing" condition as follows:

> A sickness or injury for which you, during the treatment-free period (as shown in the insurance schedule) before the effective date of your insurance under the policy:
> 1. Received medical care, treatment or consultation, diagnosis or diagnostic tests; or

---

[1] Both parties submitted statements of fact and objections pursuant to Local Rules 12(M) and 12(N). Goerig simply admitted every single statement of fact offered by Phoenix. Phoenix admitted to almost all the facts offered by Goerig and only really objected in a few instances and did so only on the grounds that the offered statements were incomplete.

[2] Phoenix notes that the plan states that it is an ERISA fiduciary "charged with the obligation, and possessing discretionary authority to make claim, eligibility and other administrative determinations regarding [insurance plans under which you are insured]." Goerig notes that the plan also states: "We [*i.e.* Phoenix] are not a plan administrator (as that term is understood under ERISA) and we are not responsible for any asset or property which belongs to the plan."

2. Took any drugs, medicine, or medication prescribed or recommended by a physician.

The parties agree that Goerig's "treatment-free" period ran for the three-month period from August 9, 1994 through November 9, 1994. Therefore, for purposes of this case, the November 9, 1994 date is pivotal.

In March of 1995, Jerry Goerig was diagnosed with amyotrophic lateral sclerosis ("ALS"). ALS is a degenerative muscular disorder and is sometimes referred to as Lou Gehrig's Disease. It is undisputed that the first diagnosis of ALS came a number of months after the end of the treatment-free period. As set forth in greater detail below, the remaining facts primarily concern the time period from July of 1994 until March of 1995. During this time, Goerig began to experience **[*4]** a number of physical symptoms, and he eventually saw five different doctors -- his family physician, an orthopedic surgeon, a neurologist, another doctor, and a second neurologist.

On July 25, 1994, Goerig visited his family physician, Dr. Dionisio B. Yorro Jr, because he had pain in his right knee and hip. Goerig believed that his knee and hip pain possibly were related to a football injury that occurred many years before this time. Dr. Yorro proscribed Naprosyn, an anti-inflammatory drug, and also referred Goerig to an orthopedic surgeon, Dr. Bruce Hamming. [3]

On September 19, 1994, Goerig visited Dr. Hamming concerning the pain in his right knee. Dr. Hamming examined Goerig and diagnosed his problems as posterior cruciate instability, crepitation, and valgus deformity. He also told Goerig that he had the knee of a 75 year old man.

On October 21, 1994, Goerig returned to his family **[*5]** physician, Dr. Yorro, for a follow-up visit after his visit to Dr. Hamming. This particular visit is important because it was during the treatment-free period (which ended on November 9th) and it is the visit on which Phoenix focuses its argument that Goerig suffered from a pre-existing condition as defined in the policy.

During this October 21st visit, Goerig complained to Dr. Yorro that he suffered from pain in his legs, feet, and hips, that he was having trouble walking, and that he was feeling a weak sensation in both legs. Although both of his legs were affected, the right leg was more severe. Dr. Yorro examined Goerig physically and also performed some type of neurological examination. Dr. Yorro did not find anything specifically wrong, but he did not determine a cause of the leg problems. He thus referred Goerig to a neurologist in order to rule out any neurological problems.

On November 14, 1994 -- five days after the expiration of the treatment-free period -- Goerig was examined by a neurologist, Dr. Peter Chhabria. [4] The examination was normal, and Dr. Chhabria suspected that Goerig had "gait abnormalities" with an unknown etiology or cause. Dr. Chhabria did not suspect **[*6]** that Goerig had ALS at this time. [5] Dr. Chhabria did not treat Goerig for any condition during this November 1994 visit. In his complaint, Goerig states that ALS is a disease with a specific diagnosis. The primary symptom of the disease is fasciculations or muscle-twitchings, and fasciculations of the tongue is the hallmark symptom. It is undisputed that Dr. Chhabria did not observe any fasciculations at this time. However, as Phoenix points out, Dr. Chhabria testified that he has had patients with ALS who did not exhibit the symptom of fasciculations. Ultimately, Dr. Chhabria diagnosed Goerig with entrapment neuropathy. Phoenix states that Dr. Chhabria never definitively diagnosed Goerig with entrapment neuropathy but only suggested that as a possible or tentative diagnosis.

**[*7]** Neither Dr. Yorro nor Dr. Chhabria believed that they rendered any medical care, treatment or consultation to Goerig for the condition of ALS. Nor did they believe that they rendered a diagnosis or performed any diagnostic testing for ALS.

---

[3] As of August of 1994, Goerig was physically active, playing golf and working out at a health club three to five times a week.

[4] Goerig told Dr. Chhabria that he had gone deer hunting over the past weekend and had not been able to lift his leg over a fence and had trouble walking. As a result, Goerig had visited the emergency room of St. Therese Medical Center.

[5] Subsequently, during his deposition testimony, Dr. Chhabria stated that he believed that it is "100% possible" that Goerig's earlier symptoms were actually symptoms of ALS.

On February 20, 1995, Goerig visited Dr. John LaFata in Vista, California, regarding problems with strength and coordination. It is not clear whether Dr. LaFata had any particular speciality. Dr. LaFata examined Goerig and took a comprehensive history. Dr. LaFata noted in his records that Goerig told him that he had started to notice a decrease in activity and strength sometime around August of 1994.

On March 23, 1995, Goerig visited Dr. John Romine, a neurologist with the Scripps Clinic. Nearly eight months after he first had consulted a doctor regarding the pain in his leg, Goerig was diagnosed with ALS by Dr. Romine. Goerig told Dr. Romine that in February of 1994 he began to experience problems with decreased stamina while exercising. In his deposition, Dr. Romine stated that it was his medical opinion that Goerig's ALS was present as early as February of 1994.

On May 1, 1995, Goerig made a claim for long term disability benefits under the **[*8]** disability insurance policy provided by Tamiya. Goerig attached to his application for disability benefits an Attending Physician Statement ("APS") signed by Dr. LaFata. In the APS, Dr. LaFata stated that he believed that Goerig's symptoms of ALS first appeared in August of 1994.

Joseph Fisher, a claims analyst for Phoenix, investigated Goerig's claim. There is no evidence that Fisher has any particular medical training or expertise. He requested and obtained medical records from Dr. Yorro, Dr. Chhabria, Dr. LaFata, and Dr. Romine. He apparently did not attempt to obtain the records of Dr. Hamming.

On August 2, 1995, Fisher recommended that Phoenix deny Goerig's claim. Fisher's Claim Review Memo states as follows:

> Recommend denial due to Pre-x condition during the Pre-x period 8-94 to 11-94. Mr. GOERIG seeked [sic] treatment for the symptoms of this disease from Dr. Yorro on 10-21-94, who made a referral to Dr. Chhabria. While Dr. Chhabria['s] exam is after the Pre-x period, he does confirm that the symptom exhibited during the Pre-ex were most likely related to a motor neuron disorder.

(Phoenix Statement of Material Facts, Ex. P.) This memorandum thus states **[*9]** that the reason for denial was that Goerig sought "treatment" during the treatment-free period.

On August 11, 1995, Phoenix denied Goerig's claim for long term disability benefits based on its belief that Goerig's claim was a pre-existing condition under the terms of the policy. Although some other individuals at Phoenix approved of Fisher's recommendation, there is no evidence in the record of the basis for their decision. The only evidence in the record is Fisher's memorandum. In its Statement of Material Facts, Phoenix states that it denied coverage because Goerig had received "medical consultation" during the treatment-free period for "symptoms of what was eventually diagnosed to be ALS." (P 16.)

Since April 24, 1995, Goerig has been disabled and unable to work as a result of his ALS.

## ANALYSIS

Both parties have filed motions for summary judgment. HN1[] Summary judgment may be granted when the record contains no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. *Fed. R. Civ. P. 56(c)*. A genuine issue for trial will be found only when "the evidence is such that a reasonable jury could return a verdict for the nonmoving party." **[*10]** *Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248, 91 L. Ed. 2d 202, 106 S. Ct. 2505 (1986)*. A court ruling on a motion for summary judgment must view all the evidence in a light most favorable to the nonmoving party, and draw all inferences in the nonmovant's favor. *Wolf v. Buss Am., Inc., 77 F.3d 914, 918 (7th Cir.1996)*. If the evidence is merely colorable, however, or is not sufficiently probative, summary judgment may be granted. *Liberty Lobby, 477 U.S. at 259-60*; *Unterreiner v. Volkswagen, Inc., 8 F.3d 1206, 1212 (7th Cir.1993)*. "Where as here cross-motions for summary judgment are involved, those principles require the Court to take a dual perspective -- one that [] has frequently [been] described as Janus-like and that may on occasion cause the denial of both motions." *Kempka v. Dun & Bradstreet Corp., 1996 U.S. Dist. LEXIS 13966, 1996 WL 543329*, *2 (N.D. Ill. Sept. 23, 1996).

HN2[] The disability policy in this case was issued as part of an employee benefit plan, and thus this action is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). Pitcher v. Principal Mut. Life Ins. Co., 93 F.3d 407, 411 (7th Cir. 1996). Therefore, this court must apply the federal **[*11]** common law rules of contract interpretation to determine the meaning of the terms of the disability policy. *Id.* In this context, the Seventh Circuit has provided a number of guiding principles. First, HN3[] this court must "interpret ERISA plans in an ordinary and popular sense as would a person of average intelligence and experience." Meredith v. Allsteel Inc., 11 F.3d 1354, 1358 (7th Cir. 1993). Second, any "ambiguous terms in an insurance contract will be strictly construed in favor of the insured." Hammond v. Fidelity and Guaranty Life Ins. Co., 965 F.2d 428, 430 (7th Cir. 1992). Finally, the Seventh Circuit has noted that courts "are restricted by federal common law rules of contract interpretation to view the language of the insurance policy to determine where the parties' minds met" and "must give effect to the words which denote the bargain, not in light of public policy considerations, but in light of their plain meaning." Bullwinkel v. New England Mut. Life Ins. Co., 18 F.3d 429, 431 (7th Cir. 1994).

With these principles in mind, this court turns to the two issues raised by the parties. The first issue is what standard of review this court should follow in reviewing **[*12]** the denial of coverage. Phoenix states that it is an ERISA fiduciary charged with discretionary authority to make claim, eligibility, and other decisions, and that its decision therefore must be reviewed under the arbitrary and capricious standard of review. Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101, 115, 103 L. Ed. 2d 80, 109 S. Ct. 948 (1989); Trombetta v. Cragin Fed. Bank, 102 F.3d 1435, 1438 (7th Cir. 1997). Goerig, on the other hand, argues that Phoenix is not a plan administrator and that Phoenix is thus not entitled to the more deferential arbitrary and capricious standard of review. Goerig also states that the policy is paid by the employer and that Phoenix, as a commercial insurance carrier, is not an impartial trustee acting for the benefit of the employees under an ERISA plan. Goerig thus argues for a *de novo* standard of review. Because this court finds that Goerig prevails under either standard, it need not resolve this particular issue.

The second and central issue of this case concerns the interpretation of the insurance contract. Before analyzing the language of this policy, this court will first discuss the relevant case law. The parties' positions **[*13]** basically boil down to an argument over which of two competing Seventh Circuit cases best fits the facts of this case. In one case -- *Bullwinkel v. New England Mut. Life Ins. Co., 18 F.3d 429 (7th Cir. 1994)* -- the Seventh Circuit affirmed summary judgment in favor of an insurer which denied coverage based on a pre-existing condition clause. Not surprisingly, Phoenix strongly emphasizes this case. In the other case -- Pitcher v. Principal Mut. Life Ins. Co., 93 F.3d 407 (7th Cir. 1996) -- the Seventh Circuit affirmed the district court's granting of summary judgment in favor of the insured under fairly similar facts. Goerig, of course, relies on this case. Although a few district courts have addressed this issue since *Pitcher* and *Bullwinkel* were decided, these two cases still present the most relevant and controlling case law and therefore will be the focus of this ruling.

In *Bullwinkel v. New England Mut. Life Ins. Co.*, the plaintiff discovered a lump in her breast and visited a doctor on July 20th -- just eleven days before her policy took effect. 18 F.3d at 429. The doctor conducted an ultrasound and diagnosed a cyst, but he could not say whether it was cancerous **[*14]** or benign. However, because "he was concerned about the possibility of cancer," the doctor suggested that the plaintiff have the cyst removed. *Id. at 430*. In September, a surgeon removed the cyst, which was determined to be cancerous. The insurance company denied the plaintiff's coverage claim because she had a pre-existing condition. *Id.* The district court granted summary judgment in favor of the insurer-defendant.

On appeal, the Seventh Circuit stated that the lump in plaintiff's breast and other related symptoms "were not trivial and inconclusive like a cough or a rash which might imply any of a variety of maladies, or none at all." *Id. at 432*. Thus, even though neither the plaintiff nor her doctor knew for sure that she had cancer in July, the Seventh Circuit held that the July visit "actually concerned cancer." *Id.* Based on the foregoing analysis, the Seventh Circuit concluded that the plaintiff was seen, treated, and incurred medical expenses for cancer in July. *Id.* However, the Seventh Circuit cautioned that "several attributes make this case unique" and noted that "obviously this case is not

an authorization for summary judgment in all future cases **[*15]** dealing with pre-existing condition limitations." *Id. at 433*. 6

Two years later, in *Pitcher v. Principal Mut. Life Ins. Co.*, the Seventh Circuit re-visited this issue under somewhat similar facts but with the opposite result. The plaintiff had suffered for approximately twenty years from a fibrocystic breast condition, which causes the periodic appearance of benign cysts. *93 F.3d at 409, 411*. There is no specific treatment for the benign cysts but they may abate if the patient eliminates caffeine from his or her diet. *Id.* As a result, when the plaintiff consulted her long-time doctor for examination of a cyst, the doctor suspected that the breast lumps were "fibrocystic breast changes" and thus recommended that Pitcher abstain from caffeine. She did so and **[*16]** returned to the doctor six weeks later and two days before the pre-existing condition cut-off period. *Id.* The doctor noticed that the lumps had not subsided -- despite the caffeine abstention -- and then referred Pitcher to a radiologist for a mammography exam on that same day (*i.e.* still before the cut-off). The exam showed that the right breast was "predominantly fibrous" but was inconclusive as to the left breast. *Id.* As result, several days later -- but now after the cut-off period -- a biopsy was performed. It revealed a malignant tumor.

The Seventh Circuit framed the "key question" as whether Pitcher received "treatment or service" (the relevant terms of the particular policy) for breast cancer before the end of the treatment-free period and not whether she "actually had breast cancer" during this period. *Id. at 411*. The Seventh Circuit affirmed the district court and held that the condition was not pre-existing because the plaintiff "was being monitored for the longstanding fibrocystic breast condition and not cancer during the pre-coverage period." *Id. at 412*. The Seventh Circuit described the case as one involving a "combination of medical problems" and **[*17]** therefore "easily distinguishable" from the earlier *Bullwinkel* decision. *Id. at 415*. Pitcher's doctor did not think her lump was anything other than her fibrocystic condition whereas Bullwinkel's doctor apparently suspected cancer, although thought it was only benign.

With these two cases in mind, this court will now turn to the facts of this case. As noted above, the policy defines a "pre-existing" condition as follows:

> A sickness or injury for which you, during the treatment-free period (as shown in the insurance schedule) before the effective date of your insurance under the policy:
>
> 1. Received medical care, treatment or consultation, diagnosis or diagnostic tests, or
> 2. Took any drugs, medicine, or medication prescribed or recommended by a physician.

Phoenix does not argue and it is undisputed that Goerig did not take any medicine for ALS during the treatment-free period in order to trigger subsection (2) above. Under subsection (1), a pre-existing condition exists if Goerig received either medical care, treatment, consultation, diagnosis, or diagnostic tests for ALS. In this case, according to the Fisher memorandum, Phoenix denied coverage because **[*18]** it believed that Goerig received "treatment" during the treatment-free period. Phoenix also argues in its briefs to this court that Goerig received "consultation."

Although the parties make specific arguments regarding "treatment" and "consultation," their primary arguments relate to the contractual requirement--that the treatment or consultation must be <u>for</u> the condition of ALS. This question arises because it is undisputed that when Goerig visited the doctors during the treatment-free period he was not actually diagnosed with ALS. Neither he nor his doctors considered or even suspected ALS as a cause. However, it is also undisputed that the symptoms exhibited by Goerig during the treatment-free period actually were from ALS. This conclusion was established through the deposition testimony of certain of the doctors in this case who stated that in hindsight the symptoms were caused by the ALS. Given these facts, Phoenix argues as follows: "The fact that no physician diagnosed Plaintiff with ALS prior to the effective date of the policy is irrelevant; the fact remains that Plaintiff received medical consultation for symptomatology of a condition which ultimately was diagnosed as **[*19]** ALS." In other words, as long as it turns out in hindsight that the symptoms were the result of the condition, that is enough according to Phoenix. Phoenix relies on the Seventh Circuit's ruling in *Bullwinkel*.

---

6 The Seventh Circuit also noted that the attorney in the case only raised one argument on appeal: "we make no statement about what might happen if an attorney in a future case presents different arguments and authority to the court." *Id.*

However, reading both *Pitcher* and *Bullwinkel*, this court does not find this argument persuasive under the facts of this case. Both Seventh Circuit cases addressed the type of situation where a patient sees a doctor during the treatment-free period for symptoms which are later diagnosed after the treatment-free period to have been caused by a particular condition. In *Bullwinkel*, both the plaintiff and her doctor were concerned specifically about the possibility of malignant cancer during the treatment-free period. That concern was the cause for the visit. Thus, although the doctor did not "definitively" diagnose cancer during this visit, the Seventh Circuit believed that the facts suggested that the visit "actually concerned cancer." *18 F.3d at 433*. In contrast, in *Pitcher*, the doctor and patient did not consider the possibility of cancer given plaintiff's pre-existing fibrocystic condition. Therefore, the Seventh Circuit found that the visit did not concern **[*20]** cancer. The Seventh Circuit noted that the case differed from the facts in *Bullwinkel* where the doctor's visit within the treatment-free period "was prompted by a specific concern that the lump in her breast . . . might be cancerous." *93 F.3d at 415*.

Although these two Seventh Circuit cases are in some tension, this court believes that they can be read together to set forth a principle that *HN4*[+] although a plaintiff need not be definitely diagnosed with a condition during the treatment-free period there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular condition in order for the patient to be considered as being treated or seen for the particular condition.

A common sense reading of the contractual language also suggests that there must be some suspicion or concern that the symptoms were caused by the later-diagnosed condition. *See Meredith, 11 F.3d at 1358* (courts should "interpret ERISA plans in an ordinary and popular sense as would a person of average intelligence and experience"). Otherwise, it makes no sense to say that a doctor or care-provider treated a particular condition when he or she did not **[*21]** know that the condition existed. *See generally, Kempka v. Dun & Bradstreet Corp., 1996 U.S. Dist. LEXIS 13988*, *13, 1996 WL 543325, *4 (N.D. Ill. Sept. 23, 1996) (noting that it "would severely distort the English language to characterize" plaintiff as being involved in "treatment" for "a heart problem that did not manifest itself until a week later"). As the Seventh Circuit noted in *Pitcher*, treatment for the condition did not commence until after the condition had been "conclusively" identified. *93 F.3d at 413*. At a minimum, it seems that *HN5*[+] a care-provider must have at least some suspicion of the particular disease or condition before attempting to treat it or to test for its presence as, for example, in the situation where the care-provider treats a possible disease or condition as a precautionary measure until a final diagnosis has been made. This seems to be the basis for the Seventh Circuit's ruling in *Bullwinkel*. In *Pitcher*, the Seventh Circuit distinguished *Bullwinkel* and those cases in which a party had seen a doctor and the doctor had diagnosed the patient as "likely" having a particular condition even though the doctor had some doubts or was not absolutely sure of the diagnosis. *93 F.3d* **[*22]** *at 417*. In those cases, courts have found that the patient in fact was treated, seen, or consulted during the treatment-free period. *See, e.g., Cury v. Colonial Life Ins. Co. of Am., 737 F. Supp. 847, 855 (E.D. Pa. 1990)* (holding that plaintiff had "consulted" with a doctor during the treatment-free period when the patient had been diagnosed as likely or most likely having multiple sclerosis: "the mere fact that [the doctor] retained some doubts about the correct diagnosis . . . does not alter this conclusion").

Applying the foregoing principles to this case, this court finds that this case is more like *Pitcher* than *Bullwinkel* and that as a result Goerig did not receive "treatment" or "consultation" for ALS during the treatment-free period. As in *Pitcher*, this case "involved a combination of medical problems." *93 F.3d at 415*. Goerig went to see a doctor with symptoms that pointed to a benign condition -- in this case, knee problems from an old football injury. Goerig's doctor agreed with this analysis and sent him to an orthopedist. Just as Pitcher did not suspect cancer as a cause of her breast lump given her fibrocystic condition, Goerig did not suspect ALS given **[*23]** his history of knee problems. Or, in the words of the Seventh Circuit in *Bullwinkel*, Goerig's knee problems were more like "a cough or a rash which might imply any of a variety of maladies, or none at all." *18 F.3d at 432*.

Until the time he was actually diagnosed with ALS in March of 1995, Goerig's symptoms -- pain in the knees and eventually in other parts of his legs -- were suggestive of "a variety of maladies." The various doctors came to a number of different diagnoses or possible diagnoses: knee problems, posterior cruciate instability, crepitation, valgus deformity, "gait abnormalities," and entrapment neuropathy. Goerig visited five doctors in total, and it was not until the fifth and last doctor in the sequence that Goerig was actually diagnosed with ALS. Moreover, the initial

symptoms were "inconclusive" as to ALS. There is no evidence that Goerig showed specific signs of ALS during the treatment-free period. One hallmark of the diseases is fasciculations of the tongue, and there was no evidence of such a symptom during this period. Phoenix has not pointed to any particular symptom for which a doctor should have known that ALS was the likely cause.

Phoenix emphasizes **[*24]** the fact that on October 21st Dr. Yorro referred Goerig to a neurologist and not an orthopedist. Without explicitly arguing the point, Phoenix seems to suggest that Dr. Yorro must have had suspicions of ALS. As an initial matter, there is no evidence that Dr. Yorro ever mentioned or even suspected ALS. In any event, in this court's view, Dr. Yorro's referral to a neurologist does not bring this case within the holding of *Bullwinkel*. The referral to a neurologist does not show that Dr. Yorro believed or suspected Goerig had ALS but simply that he believed the problem might be neurological in nature. As this case demonstrates, Goerig's symptoms pointed to a number of possible neurological conditions other than ALS. In fact, the visit to Dr. Chhabria, the first neurologist, never led to a diagnosis of ALS even after further general testing. Dr. Chhabria instead suggested entrapment neuropathy or "gait abnormalities." Moreover, this is not a case where the plaintiff was diagnosed a few days after the end of the treatment-free period, thus raising the question of whether an earlier diagnosis could have been made. In fact, it was not until approximately five months after the end of the **[*25]** treatment-free period that a doctor first diagnosed Goerig with ALS.

These facts differ from those in *Bullwinkel* where the plaintiff and her doctor had a "specific concern" about cancer and only cancer. Those facts led the Seventh Circuit to say that the visit to the doctor in *Bullwinkel* "actually concerned cancer." Here, in contrast, the facts simply do not point to the conclusion that the October 21st visit to Dr. Yorro "concerned" ALS.

None of the doctors in this case believed that they ever diagnosed, treated, or consulted for ALS during the treatment-free period. Although some of the doctors have stated -- in hindsight during their deposition -- that the symptoms during the treatment-free period were probably the result of ALS, this court does not believe that fact changes the result. Under *Pitcher*, HN6[] it is the actual knowledge of the doctor and patient during the treatment-free period that is the "key question" and not whether the patient "actually had" the particular condition during the period. *Pitcher, 93 F.3d at 411*. In sum, during the treatment-free period, the symptoms were either "trivial" or "inconclusive" and therefore Goerig did not receive "treatment" **[*26]** or "consultation" for ALS. [7]

Finally, although this case is really one of contract interpretation, this court briefly addresses one policy argument raised by Phoenix. Phoenix argues that a ruling in favor of Goerig would reward a misdiagnosis and therefore would allow coverage determinations to hinge on the arbitrary factor of which doctor a patient happens to see. One patient sees a good doctor who diagnoses the symptoms right away, and there is no coverage. Another similarly situated patient sees a bad doctor who misses the diagnosis, and there is coverage. As an initial matter, Phoenix has not pointed to any evidence **[*27]** in this case to suggest that any of Goerig's doctors should have been able to definitively diagnose Goerig with ALS during the treatment-free period. Thus, there is really no misdiagnosis. Moreover, it would seem that if a person exhibited symptoms suggestive of an illness as severe as ALS that the patient and his or her doctor would have every incentive to diagnose that condition quickly to find the best possible treatment. There is no evidence in this case suggesting that Goerig was attempting to hide his condition in order to get coverage under this policy. Ultimately, this whole issue could be avoided by including specific language in the contract addressing this problem.

**CONCLUSION**

---

[7] In addition, with regard to whether Goerig received "treatment," which is the stated basis Phoenix gave at the time for denying coverage, there is no real evidence that Goerig even received any treatment at all either for ALS or even treatment for symptoms which were later diagnosed as ALS. Phoenix has not pointed to any specific treatment for ALS that was given during the treatment-free period.

For the reasons set forth above, this court grants plaintiff's motion for summary judgment and denies defendant's motion for summary judgment. Plaintiff shall prepare his proposed final judgment order, including proposed damages with supporting affidavits, and file same with the court by December 7, 1998. Defendant may file objections with supporting affidavits by December 31, 1998. Plaintiff shall file a reply, if necessary, by January 11, 1999. The court shall rule by mail unless the **[*28]** court determines that an evidentiary hearing is necessary.

**ENTER:**

**JOHN A. NORDBERG**

**United States District Court Judge**

**DATED:** November 12, 1998

End of Document

Date: Fri Aug 09 09:21:04 CDT 2024
From: Kelly Tedford <Kelly.Tedford@lfg.com>
To: MVieth@hq-law.com
Message-ID: <919088514.5481.1723213264702.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Kelly Tedford**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x66246
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 9, 2024

HAWKS QUINDEL, S.C.
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear JESSA L VICTOR:

This letter is in regard to your client's appeal for Long Term Disability benefits.

As part of your client's appeal review, your client's medical information was reviewed by an independent Board Certified physician. We are enclosing a copy of the report with this letter for your client to review prior to completion of our appeal decision.

Your client may wish to provide this assessment to their treating physician(s) for further review. Any additional written information or comments must be provided within 21 days.

The 21-day period will expire on 08/30/2024. Please submit any written comments or documentation to us at the address in the upper right hand corner of this letter or fax it to 402-361-1460. If you will not be responding to the review, please advise us in writing immediately.

We are not making a final determination on your client's disability claim at this time as we want to provide your client every opportunity to review our assessment and provide a response.

If we do not receive a response by 08/30/2024, we will render a decision based on the information currently in the file.

In addition, we are approaching our initial deadline for deciding your client's appeal under the Employee Retirement Income Security Act (ERISA) and have not yet reached a determination because we are pending your response to the attached medical review. An extension of time to process your appeal is required. Due to these special circumstances, we are exercising our right to take a 45-day extension of time to decide your appeal.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Kelly Tedford
800-423-2765 x66246
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

ECN
Exam Coordinators Network A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com Web: www.ecnime.com

**August 08, 2024**

**Claimant Name: Robert Loper**

**Claim #: 1230085410**

**Primary Diagnosis: stage 4 submandibular ductal carcinoma (w/liver mets)**

**DOD: 8/12/2023**

**DOR: 7/29/2024**

**Job Title: Prosthetist/Orthotist**

**ECN #: 272674-1**

**Specialty: Medical Oncology**

# Judy L Schmidt, MD

***Board-Certified in Internal Medicine***
***Hematology***
***Oncology***

CLAIMANT NAME: Loper, Robert
EXAMINER: Judy L Schmidt, MD
ECN #: 272674-1
CLAIM #: 1230085410
DATE OF LOSS: 8/12/2023
DATE OF SERVICE: 8/7/2024

**Peer Review**

This is a peer review regarding Loper, Robert. I have been asked to review the medical records on behalf of ECN. I reviewed records from 06/02/2022 through 07/03/2024 including:

- Kristen S. Schumacher, Research on 07/28/2023
- Justine Y. Bruce, MD / Oncology, extending from 07/19/2023 to 07/03/2024
- Saad A. Ali, Research extending from 10/06/2023 to 02/16/2024
- Dr. Gregory Avey, MD / Diagnostic Radiology, extending from 11/16/2023 to 05/01/2024
- Dr. Brian A. Mullan, MD / Diagnostic Radiology, extending from 11/16/2023 to 05/01/2024
- Lauren Fralka, ARDMS, on 11/14/2023
- Dr. Matthew Lee, MD / Diagnostic Radiology, on 11/27/2023
- Ella Carpenter, on 10/10/2023
- Carrisa M. Dolens, APNP / Nurse Practitioner, extending from 08/10/2023 to 03/21/2024
- Dr. Kelly Capel, MD / Diagnostic Radiology, on 02/06/2024
- Caitlin R. Carpenter, PA-C / Certified Physician Assistant, on 06/02/2022
- Scorby William R., MD / Occupational Medicine, extending from 07/11/2022 to 08/23/2022
- Klug Kimberly L., RN / Registered Nurse, on 07/11/2022
- Lori Miskell, NP / Nurse Practitioner, on 08/22/2022
- Fred Kupfer, PA-C / Certified Physician Assistant, on 08/22/2022
- Ringstrom Mark J., MD / Otolaryngology, extending from 10/26/2022 to 06/19/2023
- Gordon G. Zeng, MD / Pathologist, extending from 11/22/2022 to 01/17/2023
- Tosha L. Napier, MA / Medical Assistant, extending from 07/19/2023 to 08/09/2023
- Jessica Boucher, RN / Registered Nurse, on 07/19/2023
- Abigail Serene, CMA / Certified Medical Assistant, on 08/01/2023
- Toby C. Campbell, MD / Oncology, on 08/01/2023
- Madison B. Solder, RN / Registered Nurse, on 08/09/2023
- Jessica M. McKernan, RPH / Pharmacist, on 08/23/2023
- Madeline S. Flanagan, RN / Registered Nurse, on 08/23/2023

- Ganielle M. Peterson, MA / Medical Assistant, extending from 08/23/2023 to 11/15/2023
- Alyshia Sathoff, RN / Registered Nurse, extending from 09/06/2023 to 11/29/2023
- Rachel K. Welch, RN / Registered Nurse, on 09/13/2023
- Callie J. Ward, RN / Registered Nurse, extending from 10/04/2023 to 04/10/2024
- Amy E. Moody, MA / Medical Assistant, extending from 10/04/2023 to 05/22/2024
- Ashley M. Thomas, RN / Registered Nurse, on 10/25/2023
- Rachel C. Mackensen, RN / Registered Nurse, extending from 10/25/2023 to 11/01/2023
- Peyton Reves, MD / Hematology & Oncology, on 10/25/2023
- Irix, on 11/15/2023
- Elise C. Blust, RN / Registered Nurse, on 11/15/2023
- Carly N. Stuessy, RN / Registered Nurse, on 12/06/2023
- Emily M. Venus, RN / Registered Nurse, on 12/27/2023
- Alexa E. Howell, CMA / Certified Medical Assistant, on 12/27/2023
- Sarah J. Voight, RN / Registered Nurse, on 01/17/2024
- Angela M. McKeown, RN / Registered Nurse, on 01/24/2024
- Lauren Runde, RN / Registered Nurse, extending from 02/28/2024 to 05/22/2024
- Traci L. Becker, RN / Registered Nurse, on 03/19/2024
- Latice Wilkins, CMA / Certified Medical Assistant, on 03/19/2024
- Jazlyn Kiehl, RN / Registered Nurse, on 03/27/2024
- Haley F. Boehm, RN / Registered Nurse, on 04/24/2024
- Jesenia Cuevas, RN / Registered Nurse, on 05/01/2024
- Madison B. Solder, RN / Registered Nurse, on 06/12/2024
- Melissa Edison, MA / Medical Assistant, on 06/12/2024
- Shari L. Signer, RN / Registered Nurse, on 06/19/2024
- Jasmine M. Peterson, RN / Registered Nurse, on 07/03/2024
- Michelle Floyd, CMA / Certified Medical Assistant, on 07/03/2024
- Reyhan Kazi Z., MD / Otolaryngologist, extending from 10/19/2022 to 10/24/2023
- Deigmann Tara K., NP / Nurse Practitioner, on 10/23/2022
- Driscoll Collin D., MD / Otolaryngologist, extending from 11/25/2022 to 06/22/2023
- Harmon Gil E., MD / Hematology & Oncologist, extending from 12/02/2022 to 08/04/2023
- Pfaff Krista L., RN / Registered Nurse, extending from 12/02/2022 to 01/15/2024
- Stadtler Cheyenne T., RN / Registered Nurse, extending from 12/12/2022 to 12/14/2022
- Johnson Grace E., RN / Registered Nurse, on 12/14/2022
- Gunderson Lisa, PA-C / Certified Physician Assistant, on 12/21/2022
- Huber Heidi R., NP / Nurse Practitioner, extending from 01/03/2023 to 06/12/2023
- Zink Robert S., MD / Cardiothoracic Surgeon, on 01/12/2023
- Oettel Kurt R., MD / Medical Oncology, on 01/24/2023
- Betlach Paula M., OT / Occupational Therapist, extending from 01/26/2023 to 08/28/2023
- Zbacnik Anthony P., MD / Diagnostic Radiology, extending from 11/29/2022 to 11/30/2022

- Rask Carissa A., MA / Medical Assistant, on 05/02/2023
- Nemeth Tiffany A., RN / Registered Nurse, on 05/16/2023
- Jelinek Amber R., MA / Medical Assistant, extending from 08/17/2023 to 09/19/2023
- Briggs Tatianna K., on 01/08/2024
- Farrell April L., MD / Dermatologist, on 01/09/2024
- Dawson David M., DPM / Podiatry, on 01/15/2024
- Whalen Christopher J., MD / Orthopedic Surgery, on 01/16/2024

Following review of the available medical documentation, along with the treating provider's recommendation(s) for activity restrictions, there was sufficient information available to form an opinion as detailed below, and there was no need to consult the treating provider for clarification.

The claimant is a 61-year-old male with a medical history significant for Stage 4 submandibular ductal carcinoma (with liver Mets).

06/02/2022, Caitlin R. Carpenter, PA-C / Certified Physician Assistant: The claimant presents for a follow-up visit. It was noted that he is here today reporting that he has been feeling well, he denied any return of cardiac symptoms such as chest pain, dyspnea, lower extremity edema, orthopnea, or PND. However, it was noted that he does occasionally get positional lightheadedness, and he tested positive for COVID-19 on 5/18/22. His physical exam showed no abnormalities. His assessment showed acute systolic heart failure, coronary artery disease status, hypertriglyceridemia, HTN with heart failure, asthma, and obesity.

08/20/2022, Lori Miskell, NP / Nurse Practitioner: The claimant presents for a follow-up visit for an allergic reaction. He noted redness to the left malar area yesterday, and the redness then spread to his left eye, ear, and neck, he also noted that he thinks he may have had a fever last evening, he also noted some pain when he opened his mouth. It was also noted that he had no difficulty swallowing, SOB, CPC, dizziness, visual disturbances, headache, and N/V/D. His physical exam showed swelling as well as erythema noted in the left cheek, eye, and neck, there is slight tenderness to palpation of the face and neck. There was also some swelling as well as erythema on the left side of the neck. His assessment showed cellulitis.

08/23/2022, Scorby William R., MD / Occupational Medicine: The claimant presents for a follow-up visit for facial swelling. It was noted that on Friday afternoon 8/19/22, he noticed a little puffiness and redness under the left eye. The redness and swelling progressed and he woke up the next morning with a significant increase in the redness and swelling that involved much of the left side of his face, he also noticed increased submandibular glandular swelling. He was felt to have a facial infection and was given a shot of some antibiotics and then a 10-day course of Augmentin. Over the weekend the redness and swelling gradually improved significantly. His exam showed that there is still some mild swelling but no redness on the left side of his face from just below his left eye, cheek to angle of the mandible, there was also some mandibular adenopathy, bilaterally

but more so on the left than the right, he noted that he is back to baseline. His assessment showed facial cellulitis.

08/02/2023, Mark. L. Schniebler, MD / Radiology: The claimant presents for a CT scan of the chest, abdomen, and pelvis. The procedure showed intrathoracic metastatic disease not identified, bilateral axillary lymphadenopathy which is somewhat bulky, particularly on the left, and extensive swelling of the anterior neck soft tissues, incompletely evaluated on the exam.

08/09/2023, Tosha L. Napier, MA / Medical Assistant: The claimant presents for a follow-up visit for Salivary duct carcinoma, examination of a participant in a clinical trial, and androgen deprivation therapy. It was noted that he is experiencing pain and numbness as well as swelling. He also noted that he is unable to sleep with associated symptoms of SOB. It was also noted that his energy level was poor, his appetite was fair, and his current pain severity was 4/10. It was also noted that he has Salivary duct carcinoma with clinical staging IVC (cT3, cN3, cM1). It was also noted that given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. His ECOG performance status was 0. It was noted that he reports swelling of the neck and some new tight neck nodules, he noticed over the past few weeks or so, that these nodules are tender if he presses on them, he notes left upper chest seems to be a bit puffier, he described numbness in the neck, decreased neck ROM, given the increased swelling, hoarse voice, worse in the AM and improves a bit as the days go on, he also noted that he has occasional HAs, trouble breathing with lying down over the past months so he is sleeping in a recliner to keep elevated. His physical exam showed generalized edema of the bilateral neck, the left neck, there are sub-centimeter nodules in the submandibular region, no pain on palpation left lower neck with vascular skin changes, on the right neck there is level 2 cervical lymph node measuring 2 cm in size, on the right neck there are several subcutaneous nodules with level 4 cervical region and mild tenderness on palpation.

08/17/2023, Harmon Gil E., MD / Hematology & Oncologist: An attending physician statement was issued with regard to the claimant noting that he has a diagnosis of Salivary gland carcinoma. Associated symptoms included swelling. It was also noted that he is unable to work. It was also noted that he is currently in a trial at UW-Madison.

08/23/2023, Madeline S. Flanagan, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma and examination of a participant in a clinical trial. It was noted that he is starting treatment with Pembrolizumab for Salivary duct carcinoma. He noted that he feels well today with his first cycle of chemo, he reported no complaints, concerns, or pain. It was also noted that he left the ambulatory in a stable condition. His physical exam showed decreased ROM in the neck secondary to lymphadenopathy bilaterally.

09/06/2023, Alyshia Sathoff, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

09/13/2023, Rachel K. Welch, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

09/13/2023, Carrisa M. Dolens, APNP / Nurse Practitioner: The claimant presents for a follow-up visit. He reported that he is still remaining active at home, he noted a significant decrease in bilateral cervical lymph adenopathy, he also noted that he does not have to sleep in a recliner every night, and he has been able to lie in bed for the most part recently. His physical exam showed decreased ROM in the neck secondary to lymphadenopathy bilaterally.

09/19/2023, Harmon Gil E., MD / Hematology & Oncologist: A group continuance of disability report was issued noting that the claimant has a diagnosis of Salivary gland carcinoma with the date of first treatment on 12/2/22. It was noted that he is currently receiving chemotherapy and is unable to work at this time.

10/04/2023, Callie J. Ward, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

10/04/2023, Justine Y. Bruce, MD / Oncology: The claimant presents for a follow-up visit. He noted that he is tolerating his treatment well with expected toxicities of hot flashes associated with the goserelin. He reported mild neuropathic pain with bilateral neck that may be secondary to his disease, however, he reported good appetite as well as energy level. His physical exam showed lymphadenopathy on the bilateral neck with no pain on palpation.

10/25/2023, Ashley M. Thomas, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

10/25/2023, Peyton Reves, MD / Hematology & Oncology: The claimant presents for a follow-up visit. It was noted that he has an ECOG performance status was 1. He noted that he has had worsening joint and muscle aches over the last several weeks, he has not had any SOB or diarrhea, he also noted that he is still having daily hot flashes which are tolerable.

11/14/2023, Gregory D. Avey, MD / Radiology: The claimant presents for a CT scan of the chest. The procedure showed decreased but persistent reticulation of the submental and lower neck soft tissues, there is a decreased size of the multiple right-sided lymph nodes, no new or enlarging lymph nodes, and no solid focus of residual tumor is

identified which might represent a target for tissue sampling in the neck, and interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

11/14/2023, Brian F. Mullan, MD / Radiology: The claimant presents for a CT scan of the chest. The procedure showed resolution of the bilateral axillary with no evidence of chest malignancy.

11/14/2023, Lauren Fralka, ARDMS: The claimant presents for an ultrasound-guided biopsy of the lymph nodes. The procedure showed a technically successful left axillary lymph node ultrasound-guided biopsy.

11/15/2023, RX Summary: During the date range of 6/1/22 to 9/1/22: The claimant filled: clopidogrel on 6/19/22 and 8/30/22 for thrombotic event risk reduction (antiplatelet); fenofibrate on 6/20/22 for hypertriglyceridemia; lisinopril on 6/3/22 for hypertension; metoprolol succinate ER on 6/19/22 for hypertension/angina; nitroglycerin SL on 6/3/22 for angina; pantoprazole on 6/30/22 for GERD; rosuvastatin on 8/14/22 for hyperlipidemia.

12/05/2023, Carly N. Stuessy, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

12/05/2023, Amy E. Moody, MA / Medical Assistant: The claimant presents for a follow-up visit. He reported that he is doing well without any new, significant complaints. He reported a good appetite as well as energy level, he has stable neuropathy in both feet, tolerable hot flashes, no night sweat, psoriasis has flared up given the colder weather to both of his elbows and knees. His physical exam showed decreased ROM of the left neck.

01/17/2024, Carrisa M. Dolens, APNP / Nurse Practitioner: The claimant presents for a follow-up visit. He noted that he has been doing well, he noted continues intermittent right side/flank discomfort and right knee/ankle pain, tolerable at this time. The claimant also noted some increased psoriasis lesions to both knees, elbows, thighs, and small spots to knuckles. The claimant also complained of mild chest pain as well as mild congestion, and mild SOB with strenuous activity only.

02/06/2024, Brian F. Mullan, MD / Radiology: The claimant presents for a CT scan of the chest. The procedure showed a stable chest without evidence of metastatic disease.

03/09/2024, Traci L. Becker, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

03/19/2024, Traci L. Becker, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

03/19/2024, Latice Wilkins, CMA / Certified Medical Assistant: The claimant presents for a follow-up visit. It was noted that he is in the palliative phase of treatment to slow the spread of the illness due to metastasis into the bilateral axillary lymph nodes. He reported that he continues to do relatively well per his usual, he also reported mild fatigue but this is tolerable, his left upper arm is still sore with a certain movement, not so his shoulder. He also noted that his right ankle and left wrist are sore sometimes too, but he has injured these in the past, he also reported a good appetite and energy level. It was also noted that psoriasis have flared up but tolerable as long as he regularly uses his creams. His physical assessment showed mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination, there are plaque-like areas with flaking skin in the elbows/thighs/knuckles, tenderness in the left upper arm/bicep area only with certain movements.

03/26/2024, Scorby William R., MD / Occupational Medicine: A medical questionnaire was issued noting that the claimant is experiencing symptoms of facial swelling under the left eye and cheek, he also had some sub-mandinbular adenopathy. It was also noted that at the time on 8/23/23 the claimant was suspected to have facial cellulitis as the cause of his symptoms.

03/26/2024, Justine Y. Bruce, MD / Oncology: A physician statement was issued noting that the claimant is under care for medical conditions and at this time, he continues to be totally and completely disabled due to his medical condition and treatment side effects.

04/10/2024, Callie J. Ward, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion cycle 12 of Pembrolizumab. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

04/10/2024, Justine Y. Bruce, MD / Oncology: The claimant presents for a follow-up visit. He reported that he has been doing relatively well, although he has noticed some fatigue and arthralgia. He reported a good appetite and energy level, otherwise no complaints. His main concerns were noted to be left arm pain, knee pain, and ankle pain with an overall pain severity of 2/10. He also noted that his psoriasis is getting worse, his energy levels were noted to be fair, and his appetite good.

05/01/2024, Brian F. Mullan, MD / Radiology: The claimant presents for a CT scan of the chest. The procedure showed a stable chest without metastasis.

05/01/2024, Saad A. Ali, MD / Radiology: The claimant presents for a CT scan of the neck. The procedure showed redemonstrated reticular changes within the submental space, extending towards the left mandibular gland, this continues to decrease in overall severity when compared when compared to more remote exams, with no new or increasing nodularity, and there is no cervical lymphadenopathy seen.

05/22/2024, Lauren Runde, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion cycle 14. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition.

05/22/2024, Justine Y. Bruce, MD / Oncology: The claimant presents for a follow-up visit. He reported that he has been doing well without any significant complaints, he went to physical therapy for additional exercises for improving his arms and shoulder range. The claimant also reported good appetite and energy level. Otherwise no complaints. It was also noted that he continues to have chronic psoriasis but these are stable and do not bother him very much. His physical exam showed no abnormalities.

06/12/2024, Madison B. Solder, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition.

06/12/2024, Melissa Edison, MA / Medical Assistant: The claimant presents for a follow-up visit. It was noted that he is complaining of increased nausea, neck stiffness, knee stiffness, tightness/aches across the chest, poor energy levels, decreased appetite with nausea, and a pain severity of 4/10 in the neck and knee. His ECOG performance status was noted to be 1. The claimant reported that he has been doing relatively well with chronic joint pains, but he is still doing physical therapy that has improved his left shoulder ROM, he also reported fair appetite and energy level.

06/19/2024, Shari L. Signer, RN / Registered Nurse: The claimant presents for a follow-up visit for hormonal injection. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition.

07/03/2024, Jasmine M. Peterson, RN / Registered Nurse: The claimant presents for a follow-up visit for chemotherapy infusion. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition.

07/03/2024, Justine Y. Bruce, MD / Oncology: The claimant presents for a follow-up visit. He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit. He reported that taking Cyclobenzaprine and is continuing neck exercises has helped with his neck pain. His physical exam showed psoriasis on bilateral legs and arms.

**DIAGNOSES:**

Stage 4 submandibular ductal carcinoma (with liver mets).

**RESPONSE TO QUESTIONS:**

1. **Pre-existing conditions Review. Please explain how any condition medically evaluated or treated during the date range of 6/1/22 to 9/1/22 is related to**

**impairment(s) associated with the current absence from work and to what degree (such as "caused" or "contributed to" or another degree of relatedness).**

**Relevant Contract Language:**

**PRE-EXISTING CONDITION EXCLUSION. This Policy will not cover any Total or Partial Disability:**

**1. which is caused or contributed to by, or results from a Pre-Existing Condition; and**
**2. which begins in the first 12 months after the Insured Employee`s Effective Date.**

**"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee`s Effective Date.**

**"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.**

06/02/2022, Caitlin R. Carpenter, PA-C / Certified Physician Assistant: The claimant presents for a follow-up visit. It was noted that he is here today reporting that he has been feeling well, he denied any return of cardiac symptoms such as chest pain, dyspnea, lower extremity edema, orthopnea, or PND. However, it was noted that he does occasionally get positional lightheadedness, and he tested positive for COVID-19 on 5/18/22. His physical exam showed no abnormalities. His assessment showed acute systolic heart failure, coronary artery disease status, hypertriglyceridemia, HTN with heart failure, asthma, and obesity.

08/20/2022, Lori Miskell, NP / Nurse Practitioner: The claimant presents for a follow-up visit for an allergic reaction. He noted redness to the left malar area yesterday, and the redness then spread to his left eye, ear, and neck, he also noted that he thinks he may have had a fever last evening, he also noted some pain when he opened his mouth. It was also noted that he had no difficulty swallowing, SOB, CPC, dizziness, visual disturbances, headache, and N/V/D. His physical exam showed swelling as well as erythema noted in the left cheek, eye, and neck, there is slight tenderness to palpation of the face and neck. There was also some swelling as well as erythema on the left side of the neck. His assessment showed cellulitis.

08/23/2022, Scorby William R., MD / Occupational Medicine: The claimant presents for a follow-up visit for facial swelling. It was noted that on Friday afternoon 8/19/22, he noticed a little puffiness and redness under the left eye. The redness and swelling progressed and he woke up the next morning with a significant increase in the redness and swelling that involved much of the left side of his face, he also noticed increased submandibular glandular swelling. He was felt to have a facial infection and was given a

shot of some antibiotics and then a 10-day course of Augmentin. Over the weekend the redness and swelling gradually improved significantly. His exam showed that there is still some mild swelling but no redness on the left side of his face from just below his left eye, cheek to angle of the mandible, there was also some mandibular adenopathy, bilaterally but more so on the left than the right, he noted that he is back to baseline. His assessment showed facial cellulitis.

11/15/2023, RX Summary: During the date range of 6/1/22 to 9/1/22: The claimant filled: clopidogrel on 6/19/22 and 8/30/22 for thrombotic event risk reduction (antiplatelet); fenofibrate on 6/20/22 for hypertriglyceridemia; lisinopril on 6/3/22 for hypertension; metoprolol succinate ER on 6/19/22 for hypertension/angina; nitroglycerin SL on 6/3/22 for angina; pantoprazole on 6/30/22 for GERD; rosuvastatin on 8/14/22 for hyperlipidemia.

The claimant was initially seen during the date range of 6/1/22 to 9/1/22 for redness to the left malar area, and the redness then spread to his left eye, ear, and neck. He also complained of facial swelling, puffiness and redness under the left eye, and increased submandibular glandular swelling. These symptoms were evaluated by APs and were deemed to be possible cellulitis which on further evaluation turned out to be Salivary duct carcinoma and cellulitis was ruled out. Hence, the conditions identified during the Pre-Ex period caused/contributed to the currently impairing condition.

**2. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s).**

Salivary duct carcinoma- C08. 9
Chemotherapy- Z51. 11

**3. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A.

**4. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations and address impact of reported pain and medications on ability to perform on a sustained and consistent basis from 8/12/23 forward and comment on the expected duration.**

Yes. Taking into consideration the entire clinical picture, including evidence-based medicine and any medication or other treatment side effects, the claimant has a supported level of impairment that translates into restrictions and limitations from 8/12/23 forward.

The claimant is a 61-year-old male with a medical history significant for Stage 4 submandibular ductal carcinoma (with liver Mets).

The claimant was seen on 8/9/23 by Tosha L. Napier, MA / Medical Assistant for a follow-up visit for Salivary duct carcinoma, examination of a participant in a clinical trial, and androgen deprivation therapy. It was noted that he is experiencing pain and numbness as well as swelling. He also noted that he is unable to sleep with associated symptoms of SOB. It was also noted that his energy level was poor, his appetite was fair, and his current pain severity was 4/10. It was also noted that he has Salivary duct carcinoma with clinical staging IVC (cT3, cN3, cM1). It was also noted that given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. His ECOG performance status was 0. It was noted that he reports swelling of the neck and some new tight neck nodules, he noticed over the past few weeks or so, that these nodules are tender if he presses on them, he notes left upper chest seems to be a bit puffier, he described numbness in the neck, decreased neck ROM, given the increased swelling, hoarse voice, worse in the AM and improves a bit as the days go on, he also noted that he has occasional HAs, trouble breathing with lying down over the past months so he is sleeping in a recliner to keep elevated. His physical exam showed generalized edema of the bilateral neck, the left neck, there are sub-centimeter nodules in the submandibular region, no pain on palpation left lower neck with vascular skin changes, on the right neck there is level 2 cervical lymph node measuring 2 cm in size, on the right neck there are several subcutaneous nodules with level 4 cervical region and mild tenderness on palpation. Madeline S. Flanagan, RN / Registered Nurse saw him 8/23/23 for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma and examination of a participant in a clinical trial. It was noted that he is starting treatment with Pembrolizumab for Salivary duct carcinoma. He noted that he feels well today with his first cycle of chemo, he reported no complaints, concerns, or pain. It was also noted that he left the ambulatory in a stable condition. His physical exam showed decreased ROM in the neck secondary to lymphadenopathy bilaterally. Alyshia Sathoff, RN / Registered Nurse saw him on 9/6/23 for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain.

Carrisa M. Dolens, APNP / Nurse Practitioner saw the claimant on 9/13/23 for a follow-up visit. He reported that he is still remaining active at home, he noted a significant decrease in bilateral cervical lymph adenopathy, he also noted that he does not have to sleep in a recliner every night, and he has been able to lie in bed for the most part recently. His physical exam showed decreased ROM in the neck secondary to lymphadenopathy bilaterally. Callie J. Ward, RN / Registered Nurse saw him on 10/4/23 for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain. Justine Y. Bruce, MD / Oncology saw him on 10/4/23 for a follow-up visit. He noted that he is tolerating his treatment well with expected toxicities of hot flashes associated with the goserelin. He reported mild neuropathic pain with bilateral neck that may be secondary to his disease, however, he reported good appetite as well as energy level. His physical exam showed lymphadenopathy on the bilateral neck with no pain on palpation. Peyton Reves, MD / Hematology & Oncology saw him on 10/25/23 for a follow-up visit. It was noted that he has an ECOG performance status was 1. He noted that he has had worsening joint and muscle aches over the last several weeks, he has not had any SOB or diarrhea, he also

noted that he is still having daily hot flashes which are tolerable. my E. Moody, MA / Medical Assistant saw him on 12/5/23 for a follow-up visit. He reported that he is doing well without any new, significant complaints. He reported a good appetite as well as energy level, he has stable neuropathy in both feet, tolerable hot flashes, no night sweat, psoriasis has flared up given the colder weather to both of his elbows and knees. His physical exam showed decreased ROM of the left neck. Carrisa M. Dolens, APNP / Nurse Practitioner saw him on 1/17/24 for a follow-up visit. He noted that he has been doing well, he noted continues intermittent right side/flank discomfort and right knee/ankle pain, tolerable at this time. Th claimant also noted some increased psoriasis lesions to both knees, elbows, thighs, and small spots to knuckles. The claimant also complained of mild chest pain as well as mild congestion, and mild SOB with strenuous activity only.

Traci L. Becker, RN / Registered Nurse saw the claimant on 3/9/24 for a follow-up visit for chemotherapy infusion. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain. Latice Wilkins, CMA / Certified Medical Assistant saw him on 3/19/24 for a follow-up visit. It weas noted that he is in the palliative phase of treatment to slow the spread of the illness due to metastasis into the bilateral axillary lymph nodes. He reported that he continues to do relatively well per his usual, he also reported mild fatigue, but this is tolerable, his left upper arm is still sore with a certain movement, not so his shoulder. He also noted that hie right ankle and left wrist are sore sometimes too, but her has injured these in the past, he also reported a good appetite and energy level. It was also noted that psoriasis has flared up but tolerable as long as he regularly uses his creams. His physical assessment showed mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination, there are plaque-like areas with flaking skin in the elbows/thighs/knuckles, tenderness in the left upper arm/bicep area only with certain movements. Callie J. Ward, RN / Registered Nurse saw him on 4/10/24 for a follow-up visit for chemotherapy infusion cycle 12 of Pembrolizumab. It was noted that he has a diagnosis of Salivary duct carcinoma. He reported no complaints, concerns, or pain. Justine Y. Bruce, MD / Oncology saw him on 4/10/24 for a follow-up visit. He reported that he has been doing relatively well, although he has noticed some fatigue and arthralgia. He reported a good appetite and energy level, otherwise no complaints. His main concerns were noted to be left arm pain, knee pain, and ankle pain with an overall pain severity of 2/10. He also noted that his psoriasis is getting worse, his energy levels were noted to be fair, and his appetite good. Lauren Runde, RN / Registered Nurse saw him on 5/22/24 for a follow-up visit for chemotherapy infusion cycle 14. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition.

Justine Y. Bruce, MD / Oncology saw the claimant on 5/22/24 for a follow-up visit. He reported that he has been doing well without any significant complaints, he went to physical therapy for additional exercises for improving his arms and shoulder range. The claimant also reported good appetite and energy level; Otherwise, no complaints. It was also noted that he continues to have chronic psoriasis, but these are stable and do not bother him very much. His physical exam showed no abnormalities. Madison B. Solder, RN / Registered Nurse saw him on 6/12/24 for a follow-up visit for chemotherapy

infusion. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition. Melissa Edison, MA / Medical Assistant saw him on 6/12/24 for a follow-up visit. It was noted that he is complaining of increased nausea, neck stiffness, knee stiffness, tightness/aches across the chest, poor energy levels, decreased appetite with nausea, and a pain severity of 4/10 in the neck and knee. His ECOG performance status was noted to be 1. The claimant reported that he has been doing relatively well with chronic joint pains, but he is still doing physical therapy that has improved his left shoulder ROM, he also reported fair appetite and energy level. Shari L. Signer, RN / Registered Nurse saw him on 6/19/24 for a follow-up visit for hormonal injection. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition. Jasmine M. Peterson, RN / Registered Nurse saw him on 7/3/24 for a follow-up visit for chemotherapy infusion. He tolerated the procedure with no complaints, concerns, or pain. He left ambulatory and in stable condition. Justine Y. Bruce, MD / Oncology saw him on 7/3/24 for a follow-up visit. He reports that he continues to have arthralgias and notes that his neck is stiffer since the last clinic visit. He reported that taking Cyclobenzaprine and is continuing neck exercises has helped with his neck pain. His physical exam showed psoriasis on bilateral legs and arms.

The claimant has a history of Salivary duct carcinoma with clinical staging IVC (cT3, cN3, cM1). He was experiencing pain and numbness as well as swelling. His energy level was poor, his appetite was fair, and swelling of the neck and some new tight neck nodules, numbness in the neck, decreased neck ROM, given the increased swelling, hoarse voice, worse in the AM and improved a bit as the days go on, occasional HAs, trouble breathing while lying down. The claimant started chemotherapy with Pembrolizumab. The claimant continued to receive infusions with reported improvement in his bilateral lymphadenopathy, but he continued to have decreased neck ROM. The claimant developed expected toxicities secondary to chemo treatment including hot flashes associated with the goserelin, mild neuropathic pain with bilateral neck that may be secondary to his disease, and lymphadenopathy on the bilateral neck with no pain on palpation. The claimant continues to receive extensive treatment with chemotherapy and hormone therapy, the claimant continues to have side effects and expected toxicities from treatment including psoriasis, neck pain, increased nausea, neck stiffness, knee stiffness, tightness/aches across the chest, poor energy levels, and decreased appetite with nausea. The sum of the findings provided in the medical records reveals that the claimant continues on chemotherapy treatments and has side effects, due to the duration of the claimant's treatment and ongoing conditions, the claimant would be restricted to no more than ADLs for the timeframe of 8/12/23 forward with reassessment around 02/06/2025.

5. **Do medical records support any restrictions and limitations that were recommended by treating providers for the timeframes in question?**

Yes, the medical records support the restrictions and limitations that were recommended by treating providers for the timeframes in question.

6. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

7. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work?**

No, there are no non-medical circumstances identified in the medical records (e.g. workplace conflicts child or elder care issues, or legal issues) that may adversely impact work.

Sincerely,

**Judy Schmidt, MD**
**ABIM Board Certification Internal Medicine**
**Hematology - Oncology**
**Medical License HI MD-15691**

Claimant Name: Robert Loper
Claim Number: 1230085410
Case Number: 272674-1

"I, Judy L Schmidt, MD, am a physician duly licensed to practice medicine in the State of Hawaii. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered
- All opinions are rendered within a reasonable degree of medical certainty

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

[signature] MD

________________________________________________________8/8/24______________
Signature of Physician Date

ECN
Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
Exam Coordinators Network A division of Genex Services, LLC
E-mail: info@ecnime.com • Web: www.ecnime.com

Medical/Professional License # MD-15691

# Facsimile Cover Sheet

| | |
|---|---|
| To: | |
| Company: | |
| Phone: | |
| Fax: | +14023611460 |
| | |
| From: | Matt |
| Company: | |
| Phone: | |
| Fax: | +16088672501 |
| | |
| Date: | 07/30/2024 |
| Pages including this cover sheet: | 2 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

July 30, 2024

**SENT VIA FAX ONLY**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 402-361-1460

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

As you know, we represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG).

We are in receipt of LFG's letter dated July 29, 2024 acknowledging Mr. Loper's appeal. Be advised that we do not have any additional information to submit, and therefore we ask that you please proceed with your review. Additionally, we ask that you provide us with a written explanation of your calendared ERISA deadlines, including the date you believe a decision for this appeal is due.

If you have any questions feel free to call our office at 608/257-0040. Thank you for your time and attention to Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

/mtv

Date: Mon Jul 29 17:18:21 CDT 2024
From: Kelly Tedford <Kelly.Tedford@lfg.com>
To: mwells@gundersenhealth.org
Message-ID: <-970368027.2995.1722291501217.JavaMail.webadmin@ne1plwas107.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Kelly Tedford**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x66246
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 29, 2024

GUNDERSEN HEALTH SYSTEM
ATTN Monica Wells
1900 South Ave
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Monica Wells:

We are writing in regard to the Long Term Disability appeal for Robert Loper.

As soon as a decision is rendered, we will notify you of the disposition of the appeal. Thank you for your patience during this time.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Kelly Tedford
800-423-2765 x66246
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Mon Jul 29 17:13:45 CDT 2024
From: Kelly Tedford <Kelly.Tedford@lfg.com>
To: MVieth@hq-law.com
Message-ID: <1034057505.2985.1722291225380.JavaMail.webadmin@ne1plwas107.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Kelly Tedford**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 x66246
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

July 29, 2024

HAWKS QUINDEL, S.C.
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear JESSA L VICTOR:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 05/16/2024 .

We are in the process of reviewing Robert Loper's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

If we do not receive the additional information by 08/28/2024, we will review the appeal and render a decision based upon the information currently available in Robert's file.

If you will not be submitting new medical records, please advise us in writing so that we may begin an immediate review of the appeal. For your convenience, all documents may be sent via facsimile to 402-361-1460.

Please note that we are not making a final determination on Robert's disability claim at this time as we want to provide your client with every opportunity to submit a complete appeal.

As part of our review of your client's appeal, you may also submit information associated with his Social Security Disability (SSD) Award for our consideration, which may include a copy of the Administrative Law Judge (ALJ) Favorable Decision or a complete copy of your client's administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Kelly Tedford
800-423-2765 x66246
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

JUL 22 2024

July 15, 2024

**SENT VIA U.S. MAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated June 21, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024.

By way of an email on May 29, 2024, LFG advised:

> After additional review, it was determined that the Pre-Existing look-back dates utilized during the claim review were incorrect. Therefore, the claims area will be performing additional courtesy medical review utilizing the correct look-back dates. Therefore, we are withdrawing the appeal at this time and further communication regarding the claim will come from the claims area.

In response, we submitted a letter on June 3, 2024 nothing that Mr. Loper's appeal was entitled to appeal under ERISA and LFG would still need to comply with ERISA guidelines for reviewing an appeal of an adverse benefit determination. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr.

Loper in his May 16, 2024 appeal letter despite the fact that 29 C.F.R. § 2560.503-1(h)(2)(iv) provides that a plan administrator:

> Will not be deemed to provide a claimant with a reasonable opportunity for a full and fair review of a claim and adverse benefit determination unless the claims procedures...[p]rovide for a review that takes into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

Accordingly, LFG's withdrawal and disregard of Mr. Loper's initial appeal deprived Mr. Loper of a full and fair review of his claim as required under ERISA. Additionally, although LFG advised that the prior review of Mr. Loper's claim used the incorrect look-back dates, the most recent denial letter of June 21, 2024 references the same date range as the original denial letter (June 1, 2022 to September 1, 2022), making LFG's reason for withdrawing Mr. Loper's appeal unclear. For these reasons, LFG's claims review procedure and decision were procedurally deficient, in addition to being substantively unreasonable, as explained further below.

## II. <u>APPEAL</u>[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation. Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008) ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments.

### III. CONCLUSION

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[2] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

[2] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.*** Additional payment instructions have been/will be sent in a separate letter.

Hawks Quindel s.c.

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155

MILWAUKEE WI 530
15 JUL 2024 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.69 º
07/15/2024 ZIP 53703
043M31232352
US POSTAGE

JUL 2 2 2024

Claims Shared Services
The Lincoln National Life Ins. Company
PO Box 2337
Omaha, NE 68103

68103-233737

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

July 17, 2024

**SENT VIA EMAIL**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Email: Claims@LFG.com

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

As you know, we represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group.

Enclosed find medical records from UW Health dated 3/19/24 – 7/3/24. Please consider these in support of Mr. Loper's LTD appeal.

If you have any questions feel free to call our office at 608/257-0040. Thank you for your careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

## 07/03/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

#### Provider Information

**Referring Provider**
Justine Y Bruce, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

#### Medication List

**ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 07/03/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/03/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/3/2024 1000**

| | | |
|---|---|---|
| Author: Jasmine M Peterson, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/03/24 1249 | Date of Service: 07/03/24 1000 | Creation Time: 07/03/24 1249 |
| Status: Signed | Editor: Jasmine M Peterson, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/3/2024 for chemotherapy: C16D1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembro 200mg over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/03/24 1249

## 07/03/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Chief Complaint

- Follow-up

#### Visit Diagnosis

- **Salivary duct carcinoma (primary)**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

#### Follow-up and Dispositions

- Return for per thoracic reseach group.

#### Level of Service

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

#### Vital Signs - Last Recorded

Most recent update: 7/3/2024 9:31 AM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 120/82 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 91 | 97.5 °F (36.4 °C) (Temporal) | 16 | 6' 0.05" (1.83 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 228 lb 8 oz (103.6 kg) | 96% | 30.95 kg/m² |

#### Pain Information (Last Filed)

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | None | None | Yes |

Clinical Notes

Progress Notes

**Justine Y Bruce, MD at 7/3/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 07/03/24 1021 | Encounter Date: 7/3/2024 | Creation Time: 07/02/24 1825 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**

Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 16 pembrolizumab today and cycle 13 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol anticipated for 07/23/2024

- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
Cyclobenzaprine HCl 10 MG tab

**Interval History / ROS**
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |

| | |
|---|---|
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection |

- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**
May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**
**Vital Signs:**
BP 120/82 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 91 | Temp 97.5 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.83 m (6' 0.05") | Wt 103.6 kg (228 lb 8 oz) | SpO2 96% | BMI 30.95 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:

Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 07/03/24 0806 |
|---|---|
| White Cell Count | 4.6 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | 13.9 |
| Hematocrit | 42 |
| Platelet Count | 170 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 14 |
| Creatinine | 1.10 |
| Glucose | 99 |
| Calcium | **10.3 H** |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **37 H** |
| ALT/SGPT | 45 |
| Alkaline Phosphatase | 90 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 07/03/24 1021

**Michelle Floyd, C-MA at 7/3/2024 0940**

| | | |
|---|---|---|
| Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 07/03/24 0927 | Encounter Date: 7/3/2024 | Creation Time: 07/03/24 0924 |
| Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: yes

**New or worsening symptoms**: neck pain, shoulder--left side

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 3/10

| | 5/22/2024 8:38 AM | 6/12/2024 9:32 AM | 6/19/2024 9:51 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 118/76 | 122/74 | 120/84 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/3/2024 - 9:24 AM*

Electronically signed by Michelle Floyd, C-MA at 07/03/24 0927

## 06/19/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 06/19/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Shari L Signer, RN at 6/19/2024 1000**

| | | |
|---|---|---|
| Author: Shari L Signer, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 06/19/24 1018 | Date of Service: 06/19/24 1000 | Creation Time: 06/19/24 1017 |
| Status: Signed | Editor: Shari L Signer, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 6/19/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints or concerns.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received zoladex today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/3/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/3/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 7/3/2024 | 10:00 AM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 7/17/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 2 | UWHINFUS | MADISON 33 |

Electronically signed by Shari L Signer, RN at 06/19/24 1018

## 06/12/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Madison B Solder, RN at 6/12/2024 1045**

| | | |
|---|---|---|
| Author: Madison B Solder, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 06/12/24 1144 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 1143 |
| Status: Signed | Editor: Madison B Solder, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 6/12/2024 for chemotherapy: cycle 15 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.

**06/12/2024 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy. and Throughout the infusion the site remained within normal limits with no swelling, discoloration, leakage or complaints of discomfort or pain at the infusion site.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Education***:
Encouraged to call with questions or concerns

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Submitted by:*** *Madison S, RN - 6/12/2024 - 11:44 AM*

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 6/19/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/3/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/3/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 7/3/2024 | 10:00 AM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 7/17/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:55 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 2 | UWHINFUS | MADISON 33 |

Electronically signed by Madison B Solder, RN at 06/12/24 1144

## 06/12/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 6/12/2024 9:38 AM by Melissa Edison, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 86 | 97.9 °F (36.6 °C) (Oral) | 20 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 234 lb (106.1 kg) | 96% | 31.74 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | Neck | None | None |

### Clinical Notes

**Progress Notes**

**Melissa Edison, MA at 6/12/2024 0940**

Author: Melissa Edison, MA | Service: Stem Cell Transplant and Cellular Therapy | Author Type: Medical Assistant
Filed: 06/12/24 0932 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 0928
Status: Signed | Editor: Melissa Edison, MA (Medical Assistant)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: none

**New or worsening symptoms**: increased nausea, neck stiffness, knee stiffness. Tightness/ache across the chest.

**Energy level**: poor, it has decreased.

**Appetite**: decreased appetite with nausea.

**VAD**: Port Right Chest

**Pain** (Scale 0 -10) Current: 4/10 neck and knee pain.

| | 4/24/2024 1:30 PM | 5/1/2024 3:27 PM | 5/22/2024 8:38 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 140/87 | 124/82 | 118/76 |

**Wt Readings from Last 3 Encounters:**
05/22/24 108 kg (238 lb 3.2 oz)
05/01/24 109.5 kg (241 lb 4.8 oz)
04/10/24 108.9 kg (240 lb)

***Submitted by:*** *Melissa Edison, MA - 6/12/2024 - 9:28 AM*

Electronically signed by Melissa Edison, MA at 06/12/24 0932

**Justine Y Bruce, MD at 6/12/2024 0940**

Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician
Filed: 06/12/24 1002 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 0937
Status: Signed | Editor: Justine Y Bruce, MD (Physician)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilaterally axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**

Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 15 pembrolizumab today and cycle 12 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Can take a 3 week pembrolizumab break in the future if needed for planned vacation
- Repeat scans per treatment protocol, due 7/23/24
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If

needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.

- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he has been doing relatively well with chronic joint pains, but he is still doing physical therapy that has improved his left shoulder range of motion. He reports a fair appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

10/26/2022 — **Initial Diagnosis**
Salivary duct carcinoma
- 2021, initially noted swelling in the left submandibular region
- August 2022 increased swelling and cellulitis of the left submandibular region

11/17/2022 — **Biopsy/Pathology**
11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

11/17/2022 — **Cancer Staging**
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023
  Stage prefix: Initial diagnosis

11/29/2022 — **Biopsy/Pathology**
11/29/2022 left axillary lymph node biopsy: Metastatic disease

12/12/2022 — **Tumor Genomics**
Blood/Plasma
Tempus
**No alterations**
**MS-Stable**

January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options.

12/14/2022 - 4/7/2023 — **Chemotherapy**

Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):

- C1D1: 12/14/22
- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23

- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023

| | |
|---|---|
| | Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**

**Vital Signs:**
BP 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 86 | Temp 97.9 °F (36.6 °C) (Oral) | Resp 20 | Ht 1.829 m (6') | Wt 106.1 kg (234 lb) | SpO2 96% | BMI 31.74 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.

Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 06/12/24 0909 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,010 |
| Hemoglobin | 14.2 |
| Hematocrit | 42 |
| Platelet Count | 180 |
| Sodium | 140 |
| Potassium | 4.1 |
| Chloride | 106 |
| BUN | 15 |
| Creatinine | 1.02 |
| Glucose | 87 |
| Calcium | **10.4 H** |
| Albumin | 4.2 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | 32 |
| ALT/SGPT | 35 |
| Alkaline Phosphatase | 81 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 06/12/24 1002

**Justine Y Bruce, MD at 6/12/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 06/12/24 1420 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 1351 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 15 pembrolizumab today and cycle 12 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports that he continues to have chronic join pain and also fatigue. He is still able to perform all of his daily activities, although he admits that he has to take occasional naps. He reports chronic join pains, but he has been doing physical therapy and exercises with mild improvement in the range of motion of his left shoulder.

Review of Systems
Constitutional: Positive for fatigue and pain. Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
**Chronic joint pains**
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

10/26/2022 **Initial Diagnosis**
Salivary duct carcinoma
- 2021, initially noted swelling in the left submandibular region
- August 2022 increased swelling and cellulitis of the left submandibular region

| | |
|---|---|
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series |

| | |
|---|---|
| | 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab<br>• 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin<br>• 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 86 | Temp 97.9 °F (36.6 °C) (Oral) | Resp 20 | Ht 1.829 m (6') | Wt 106.1 kg (234 lb) | SpO2 96% | BMI 31.74 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 06/12/24 0909 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,010 |
| Hemoglobin | 14.2 |
| Hematocrit | 42 |
| Platelet Count | 180 |
| Sodium | 140 |
| Potassium | 4.1 |
| Chloride | 106 |
| BUN | 15 |
| Creatinine | 1.02 |
| Glucose | 87 |
| Calcium | **10.4 H** |
| Albumin | 4.2 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | 32 |
| ALT/SGPT | 35 |
| Alkaline Phosphatase | 81 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin per the clinical trial
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 06/12/24 1420

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 05/22/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Lauren Runde, RN at 5/22/2024 1030**

| | | |
|---|---|---|
| Author: Lauren Runde, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 05/22/24 1238 | Encounter Date: 5/22/2024 | Creation Time: 05/22/24 1237 |
| Status: Signed | Editor: Lauren Runde, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 5/22/2024 for chemotherapy: cycle 14 day 1 Pembrolizumab/Goserelin

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Study Zoladex SQ injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Education***:
Encouraged to call with questions or concerns.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 6/12/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 6/12/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 6/12/2024 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 6/19/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/3/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/3/2024 | 9:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 7/3/2024 | 10:00 AM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 7/17/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

***Submitted by:*** *Lauren R, RN - 5/22/2024 - 12:38 PM*

Electronically signed by Lauren Runde, RN at 05/22/24 1238

## 05/22/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

Most recent update: 5/22/2024 8:57 AM by Amy E Moody, MA

**Vital Signs - Last Recorded**

| BP | Temp | Resp | Ht | Wt |
|---|---|---|---|---|
| 118/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 97.8 °F (36.6 °C) (Temporal) | 18 | 6' 0.24" (1.835 m) | 238 lb 3.2 oz (108 kg) |

| SpO2 | BMI |
|---|---|
| 96% | 32.09 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Neck - neck, shoulder, back and knees | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 5/22/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 05/22/24 1917 | Encounter Date: 5/22/2024 | Creation Time: 05/20/24 1956 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**

Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle14 pembrolizumab today and cycle 11 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Can take a 3 week pembrolizumab break in the future if needed
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.

- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he has been doing well without any significant complaints. He went to physical therapy for additional exercises for improving his arm and shoulder range. He reports a good appetite and energy level. Otherwise, no other complaints. He continues to have chronic psoriasis plaques but these are stable and do not bother him very much.

Review of Systems
Constitutional: Negative for chills, fever and pain.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Positive for itching. Negative for rash.
**Chronic psoriasis**
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET |

- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

| | |
|---|---|
| | Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 118/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Temp 97.8 °F (36.6 °C) (Temporal) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 108 kg (238 lb 3.2 oz) | SpO2 96% | BMI 32.09 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |
| 04/10/24 | 108.9 kg (240 lb) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
  General: He is not in acute distress.
  Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
  Head: Normocephalic.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
  General: No scleral icterus.
  Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds. No murmur heard.
  No friction rub. No gallop.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
  General: Abdomen is flat. Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness.
Musculoskeletal:
  General: No swelling. Normal range of motion.
  Cervical back: Normal range of motion and neck supple. No rigidity.
  Right lower leg: No edema.

Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 05/22/24 0805 |
|---|---|
| White Cell Count | 6.5 |
| Absolute Neutrophils | 3,820 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 41 |
| Platelet Count | 170 |
| Sodium | 140 |
| Potassium | 4.3 |
| Chloride | **108 H** |
| BUN | 18 |
| Creatinine | 0.99 |
| Glucose | **124 H** |
| Calcium | 10.1 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **41 H** |
| ALT/SGPT | 52 |
| Alkaline Phosphatase | 94 |

Imaging:
No results found.

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 35 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin per clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 05/22/24 1917

**Amy E Moody, MA at 5/22/2024 0940**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 05/22/24 0835 | Encounter Date: 5/22/2024 | Creation Time: 05/22/24 0818 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Would like to miss at least 1 treatment in August

**New or worsening symptoms**: Psoriasis getting worse

**Energy level**: Fair

**Appetite**: Okay - sometimes hasn't been great

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 4/10/2024 9:44 AM | 4/24/2024 1:30 PM | 5/1/2024 3:27 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/78 | 140/87 | 124/82 |

**Wt Readings from Last 3 Encounters:**

05/01/24 109.5 kg (241 lb 4.8 oz)
04/10/24 108.9 kg (240 lb)
03/19/24 109.1 kg (240 lb 8 oz)

***Submitted by:*** *Amy E Moody, MA - 5/22/2024 - 8:18 AM*

Electronically signed by Amy E Moody, MA at 05/22/24 0835

## 05/01/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Jesenia Cuevas, RN at 5/1/2024 1840**

| | | |
|---|---|---|
| Author: Jesenia Cuevas, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 05/01/24 1841 | Encounter Date: 5/1/2024 | Creation Time: 05/01/24 1838 |
| Status: Signed | Editor: Jesenia Cuevas, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 5/1/2024 for chemotherapy: C13 D 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab (UW19060) over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Jesenia C, RN - 5/1/2024 - 6:40 PM*

Electronically signed by Jesenia Cuevas, RN at 05/01/24 1841

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 05/01/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 5/1/2024 3:30 PM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 124/82 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 85 | 97.9 °F (36.6 °C) (Temporal) | 18 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 241 lb 4.8 oz (109.5 kg) | 96% | 32.51 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Neck | None | Yes |

### Clinical Notes

**Progress Notes**

## 05/01/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Clinical Notes (continued)**

**Amy E Moody, MA at 5/1/2024 1520**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 05/01/24 1521 | Encounter Date: 5/1/2024 | Creation Time: 05/01/24 1512 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Yes

**New or worsening symptoms**: None

**Energy level**: Fair

**Appetite**: Okay

**VAD**: Port on right side

**Pain** (Scale 0 -10) Current: 2/10

| | 3/27/2024 3:49 PM | 4/10/2024 9:44 AM | 4/24/2024 1:30 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 149/89 | 120/78 | 140/87 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 04/10/24 | 108.9 kg (240 lb) |
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |

***Submitted by:*** *Amy E Moody, MA - 5/1/2024 - 3:12 PM*

Electronically signed by Amy E Moody, MA at 05/01/24 1521

**Justine Y Bruce, MD at 5/1/2024 1520**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 05/02/24 0832 | Encounter Date: 5/1/2024 | Creation Time: 05/01/24 1510 |
| Status: Addendum | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Today, we did discuss his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. We reviewed that typically we do not recommend immunotherapy concurrently with an immunosuppressant given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. He will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.

Repeat CT neck/chest (5/1/24, preliminary read) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 13 pembrolizumab today and cycle 11 goserelin 5/22/24 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Can take a 3 week pembrolizumab break in the future if needed
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

The provider was seen and discussed with Dr. Justine Bruce.

*Johanna E Poterala, MD*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
BASIC METABOLIC PANEL
Trulicity 0.75 MG/0.5ML soln pen-injector
Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector
Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector
metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab

**Interval History / ROS**
**Interval history:** He reports that he has been doing relatively well, although he has noticed some muscle fatigue and arthralgia. He reports a good appetite and energy level. Otherwise, no other complaints.

Since his last visit, he saw his Rheumatologist on 4/1124 who recommended starting apremilast for his psoriatic arthritis. He states that his arthralgias are relatively stable.

Review of Systems
Constitutional: Positive for fatigue. Negative for chills, fever and pain.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Positive for rash.
**Psoriasis plaques on bilateral inner thighs.**
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

10/26/2022 — **Initial Diagnosis**
Salivary duct carcinoma
- 2021, initially noted swelling in the left submandibular region
- August 2022 increased swelling and cellulitis of the left submandibular region

11/17/2022 — **Biopsy/Pathology**
11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

11/17/2022 — **Cancer Staging**
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023
  Stage prefix: Initial diagnosis

11/29/2022 — **Biopsy/Pathology**
11/29/2022 left axillary lymph node biopsy: Metastatic disease

12/12/2022 — **Tumor Genomics**
Blood/Plasma
Tempus
**No alterations**
**MS-Stable**

12/14/2022 - 4/7/2023 — **Chemotherapy**

Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):

- C1D1: 12/14/22
- C2D1: 1/3/23

- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

| | |
|---|---|
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab cycle 11 goserelin planned for 5/22/24<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20 |

| | |
|---|---|
| | Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 124/82 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 85 | Temp 97.9 °F (36.6 °C) (Temporal) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 109.5 kg (241 lb 4.8 oz) | SpO2 96% | BMI 32.51 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |
| 04/10/24 | 108.9 kg (240 lb) |
| 03/19/24 | 109.1 kg (240 lb 8 oz) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:

General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.

Lymphadenopathy:
Cervical: No cervical adenopathy.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash **(Psoriatic rash on bilateral knuckles and elbows)** present.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 05/01/24 1642 | 05/01/24 1258 |
|---|---|---|
| White Cell Count | -- | 6.7 |
| Absolute Neutrophils | -- | 3,890 |
| Hemoglobin | -- | **13.1 L** |
| Hematocrit | -- | 40 |
| Platelet Count | -- | 181 |
| Sodium | 142 | 141 |
| Potassium | 4.1 | 4.4 |
| Chloride | **109 H** | **108 H** |
| BUN | 16 | 18 |
| Creatinine | 1.00 | 1.06 |
| Glucose | **162 H** | **191 H** |
| Calcium | 9.8 | 9.7 |
| Albumin | -- | 4.0 |
| Bilirubin, Total | -- | 0.2 |
| AST/SGOT | -- | 32 |
| ALT/SGPT | -- | 37 |
| Alkaline Phosphatase | -- | 108 |

Imaging:

CT NECK W IV CONTRAST

Result Date: 5/1/2024
Impression: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

CT CHEST W IV CONTRAST W/CAD

Result Date: 5/1/2024
Impression: Stable chest without metastasis.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 50 minutes.**
**Time spent in direct communication with patient was 35 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

**Attending Addendum:**
I have seen, examined, and evaluated Mr. Loper in conjunction with Dr. Poterala. I have reviewed the note and agree or made changes to the history, exam findings, and overall treatment plan as outlined above.

Electronically signed by Justine Y Bruce, MD at 05/02/24 0832

## 05/01/2024 - Appointment in UWH CARBONE CANCER CENTER LAB

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Visit Diagnoses

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

#### Appointment Information

**LAB** **Completed**
5/1/2024 2:00 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 2:00 PM | UWCC LAB | UWH CANCER CLINIC LAB | 15 min |

| | | | |
|---|---|---|---|
| Referral Provider: | HARMON, GIL E | Arrival Time: | 12:33 PM |
| Enc Form Number: | 137675895 | Auto Confirm Status: | Answered Not Confirmed |

Notes:
lab/ofv/chemo

History

| | | | | |
|---|---|---|---|---|
| Made On: | 2/21/2024 11:16 AM | By: | Jessica E Kinney, Research | ES |
| Change Notes: | 2/21/2024 11:35 AM | By: | Jessica E Kinney, Research | ES |
| Confirmed: | 4/30/2024 8:15 PM | By: | Mychart, Mychart User | PtMobApp |
| Checked In: | 5/1/2024 12:33 PM | By: | Henreene Hyler | ES |
| EOD Status: | 5/7/2024 1:02 AM | By: | Cadence Batch | ES |

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Visit Diagnosis

- Examination of participant in clinical trial

### Visit Information

#### Provider Information

| Referring Provider |
|---|
| Justine Y Bruce, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

#### CT

**CT CHEST W IV CONTRAST W/CAD [632023757] (Final result)**

Electronically signed by: **Saad A Ali, Research on 02/16/24 1301** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 02/16/24 1301 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 02/19/24 1231 for Ordering
Frequency: Routine 02/16/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaginng reqiured at this time point per protocol Instance released by: Fawn Thier 5/1/2024 9:33 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.14 mg/dL (0.73 - 1.18 mg/dL) Comment - 2/7/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 241 lbs Comment - 2/7/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Bill to patient's insurance, please don't change or modify this order. Study Coordinator will call to schedule scan
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 5/1/2024 10:40 AM<br>CT 1 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 2/6/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Queck,Aaron | 05/01/2024 09:45 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [632023757]** Resulted: 05/01/24 1133, Result status: Final result

Order status: Completed

Resulted by:
Brian F Mullan, MD
Benjamin S Prout, MD

Filed by: Interface, Results 05/01/24 1139
Accession number: UWMF28917803

Performed: 05/01/24 1012 - 05/01/24 1024
Resulting lab: UWHC RADIOLOGY

Narrative:
Additional relevant history: Salivary duct carcinoma.

Technique:
Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3-D MIPs.
CAD: Computer assisted detection of lung nodules was used.

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Comparison: Chest CTs 2/6/2024 and 11/14/2023

Findings:

Image quality is degraded by artifact from the patient's arms, which could not be raised above their head.

Support devices: Right IJ central venous port catheter terminates at the superior cavoatrial junction.

Cardiovascular: Normal heart size. No pericardial effusion. Coronary artery calcium.

Lungs and airways: Stable benign postinflammatory calcifications in left lower lobe. No new or enlarging lung nodules. Minimal paraseptal emphysema.

Pleura: Normal.

Diaphragm: Normal.

Lymph nodes: Stable calcified left hilar and mediastinal lymph nodes.

Chest wall: No metastasis.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Benjamin Prout and arrived at this interpretation.

Electronically signed by: Dr. Brian Mullan, University of Wisconsin - Madison
Impression:
Impression:

Stable chest without metastasis.

Acknowledged by
Justine Y Bruce, MD on 05/01/24 1701
Cassondra Schmidt, RN on 05/02/24 1203

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [632023757]** Resulted: 05/01/24 1012, Result status: In process

Order status: Completed

Resulted by:
Brian F Mullan, MD
Benjamin S Prout, MD

Filed by: Sierra S Sutter, Imaging Spec 05/01/24 1012
Accession number: UWMF28917803

Performed: 05/01/24 1012 - 05/01/24 1024

**Reviewed by**

Cassondra Schmidt, RN on 05/02/24 1203
Justine Y Bruce, MD on 05/01/24 1701

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Cassondra Schmidt, RN on 5/2/2024 12:03
Justine Y Bruce, MD on 5/1/2024 17:01

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnosis**

- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [632023756] (Final result)**

Electronically signed by: **Saad A Ali, Research on 02/16/24 1301** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 02/16/24 1301 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 02/19/24 1231 for Ordering
Frequency: Routine 02/16/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn Thier 5/1/2024 9:33 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.14 mg/dL (0.73 - 1.18 mg/dL) Comment - 2/7/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 241 lbs Comment - 2/7/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Bill to patient's insurance, please don't change or modify this order. Study Coordinator will call to schedule scan
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 5/1/2024 10:00 AM<br>CT 1 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sutter,Sierra | 05/01/2024 10:23 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [632023756]** Resulted: 05/01/24 1650, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Gregory D Avey, MD |
| Filed by: Interface, Results 05/01/24 1656 | Performed: 05/01/24 1012 - 05/01/24 1024 |
| Accession number: UWMF28917802 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST, 5/1/2024.

PROVIDED INDICATION: Examination of participant in clinical trial**Imaging required at this time point. Evaluate for disease and compare to previous imaging.

Additional history: 61-year-old with a history of T3N3M1 salivary ductal carcinoma involving the left submandibular gland. The patient was treated with initial chemoradiation completed 6/22/2023. On the most recent 2/6/2024 examination, there was redemonstration of posttreatment changes without evidence of new or progressive disease.

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

COMPARISON: None.

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms, and reformatted in coronal and sagittal planes.

FINDINGS:
There is a conventional branching pattern of the aortic arch. The carotid bifurcations demonstrate moderate atherosclerotic plaque, predominantly within the right carotid. There is no flow-limiting stenosis identified.

The vertebral arteries are essentially codominant in size.

Robust bilateral posterior communicating arteries are present intracranially.

The globes and orbits are normal in CT appearance.

There is a normal appearance of the nasopharynx. Tonsilliths are seen within the left palatine tonsil. The right palantine tonsil is somewhat diminutive in size.

There is a normal appearance of the hypopharynx and larynx.

Reticulation and thickening of the fascial planes underneath the mentum and extending towards the left submandibular gland was present on prior examinations. This has overall been gradually decreasing over time, with mild residual reticulation seen about the platysma and the submental space on today's examination. Overall, this is thought to continue to decrease in severity from priors.

There is a normal appearance of the thyroid gland. The parotids are normal in appearance.

There is no cervical lymphadenopathy seen.

Numerous calcified mediastinal and carinal lymph nodes are noted.

Electronically signed by: Dr. Gregory Avey, University of Wisconsin - Madison
Impression:
Impression: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

Acknowledged by
Justine Y Bruce, MD on 05/01/24 1701
Cassondra Schmidt, RN on 05/02/24 1203

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [632023756]**

Resulted: 05/01/24 1110, Result status: Preliminary result

Order status: Completed
Filed by: Interface, Results 05/01/24 1110
Accession number: UWMF28917802
Resulted by: Gregory D Avey, MD
Performed: 05/01/24 1012 - 05/01/24 1024
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST, 5/1/2024.

PROVIDED INDICATION: Examination of participant in clinical trial**Imaging required at this time point. Evaluate for disease and compare to previous imaging.

Additional history: 61-year-old with a history of T3N3M1 salivary ductal carcinoma involving the left submandibular gland. The patient was treated with initial chemoradiation completed 6/22/2023. On the most recent 2/6/2024 examination, there was

**05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)**

**Imaging (continued)**

redemonstration of posttreatment changes without evidence of new or progressive disease.

COMPARISON: None.

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms, and reformatted in coronal and sagittal planes.

FINDINGS:
There is a conventional branching pattern of the aortic arch. The carotid bifurcations demonstrate moderate atherosclerotic plaque, predominantly within the right carotid. There is no flow-limiting stenosis identified.

The vertebral arteries are essentially codominant in size.

Robust bilateral posterior communicating arteries are present intracranially.

The globes and orbits are normal in CT appearance.

There is a normal appearance of the nasopharynx. Tonsilliths are seen within the left palatine tonsil. The right palantine tonsil is somewhat diminutive in size.

There is a normal appearance of the hypopharynx and larynx.

Reticulation and thickening of the fascial planes underneath the mentum and extending towards the left submandibular gland was present on prior examinations. This has overall been gradually decreasing over time, with mild residual reticulation seen about the platysma and the submental space on today's examination. Overall, this is thought to continue to decrease in severity from priors.

There is a normal appearance of the thyroid gland. The parotids are normal in appearance.

There is no cervical lymphadenopathy seen.

Numerous calcified mediastinal and carinal lymph nodes are noted.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

Impression: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

**Reviewed by**

Cassondra Schmidt, RN on 05/02/24 1203
Justine Y Bruce, MD on 05/01/24 1701

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [632023756]** Resulted: 05/01/24 1012, Result status: In process

Order status: Completed
Filed by: Sierra S Sutter, Imaging Spec 05/01/24 1012
Accession number: UWMF28917802
Resulted by: Gregory D Avey, MD
Performed: 05/01/24 1012 - 05/01/24 1024

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

### Imaging (continued)

#### Reviewed by

Cassondra Schmidt, RN on 05/02/24 1203
Justine Y Bruce, MD on 05/01/24 1701

#### Indications

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

#### All Reviewers List

Cassondra Schmidt, RN on 5/2/2024 12:03
Justine Y Bruce, MD on 5/1/2024 17:01

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 04/24/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

#### Provider Information

| Referring Provider |
|---|
| Justine Y Bruce, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 04/24/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Discontinued by: Amy E Moody, MA — Discontinued on: 5/22/2024
Reason for discontinuation: Change in Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 3 tabs by mouth 2 times daily at mealtime.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Haley F Boehm, RN at 4/24/2024 1400**

| | | |
|---|---|---|
| Author: Haley F Boehm, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 04/24/24 1341 | Date of Service: 04/24/24 1400 | Creation Time: 04/24/24 1340 |
| Status: Signed | Editor: Haley F Boehm, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 4/24/2024 for hormonal injection

***Pretreatment assessment:***

Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

*Access:*

- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

*Pre-medications:*
n/a

*Treatment:*
Injection: He received Zoladex today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

*Disposition:*
Patient left ambulatory in stable condition.
Patient declined AVS.

*Follow-up Plan*:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 4/24/2024 | 2:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Electronically signed by Haley F Boehm, RN at 04/24/24 1341

## 04/10/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment (pembrolizumab)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Callie J Ward, RN at 4/10/2024 1100**

| | | |
|---|---|---|
| Author: Callie J Ward, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 04/10/24 1350 | Encounter Date: 4/10/2024 | Creation Time: 04/10/24 1141 |
| Status: Signed | Editor: Callie J Ward, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 4/10/2024 for chemotherapy: cycle 12 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today.

***Access:***

- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

**04/10/2024 - Procedure in UWH CHEMOTHERAPY (continued)**

Clinical Notes (continued)

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 4/24/2024 | 2:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Callie W, RN - 4/10/2024 - 1:50 PM*

Electronically signed by Callie J Ward, RN at 04/10/24 1350

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 04/10/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Examination of participant in clinical trial (primary)**
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

Most recent update: 4/10/2024 9:47 AM by Amy E Moody, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 120/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 107 | 97.8 °F (36.6 °C) (Oral) | 6' 0.25" (1.835 m) | 240 lb (108.9 kg) |

| SpO2 | BMI |
|---|---|
| 98% | 32.32 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 4/10/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 04/10/24 1018 | Encounter Date: 4/10/2024 | Creation Time: 04/08/24 2138 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (2/6/24) demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 12 pembrolizumab today and cycle 11 goserelin 4/24/24 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Repeat scans are scheduled for 5/1/24.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm

pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
COMPREHENSIVE METABOLIC PANEL

**Interval History / ROS**
**Interval history:** He reports that he has been doing relatively well, although he has noticed some muscle fatigue and arthralgia. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for chills, fever and pain.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis plaques on bilateral inner thighs.**
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and

have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy** |

| | |
|---|---|
| | Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, goserelin #11 on 4/24/24<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 2/6/2024 | **Imaging**<br>February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.<br><br>February 6, 2024 CT chest: Stable chest without evidence of metastatic disease. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 120/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 107 | Temp 97.8 °F (36.6 °C) (Oral) | Ht 1.835

m (6' 0.25") | Wt 108.9 kg (240 lb) | SpO2 98% | BMI 32.32 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 04/10/24 | 108.9 kg (240 lb) |
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.

Lymphadenopathy:
Cervical: No cervical adenopathy.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 04/10/24 0839 |
|---|---|
| White Cell Count | 5.1 |
| Absolute Neutrophils | 2,930 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 40 |
| Platelet Count | 160 |
| Sodium | 139 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | **25 H** |
| Creatinine | 1.04 |
| Glucose | **199 H** |
| Calcium | 10.1 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **35 H** |
| ALT/SGPT | 40 |
| Alkaline Phosphatase | 105 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures

Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 04/10/24 1018

**Amy E Moody, MA at 4/10/2024 0940**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 04/10/24 0938 | Encounter Date: 4/10/2024 | Creation Time: 04/10/24 0914 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Left arm pain, knee pain and ankle pain

**New or worsening symptoms**: Psoriasis getting worse

**Energy level**: Fair

**Appetite**: Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 2/28/2024 10:37 AM | 3/19/2024 11:52 AM | 3/27/2024 3:49 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 112/78 | 110/77 | 149/89 |

**Wt Readings from Last 3 Encounters:**
03/19/24 109.1 kg (240 lb 8 oz)
02/28/24 108.5 kg (239 lb 1.6 oz)

| | |
|---|---|
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |

***Submitted by:*** *Amy E Moody, MA - 4/10/2024 - 9:14 AM*

Electronically signed by Amy E Moody, MA at 04/10/24 0938

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 03/27/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

#### Provider Information

| Referring Provider |
|---|
| Justine Y Bruce, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 03/27/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Discontinued by: Amy E Moody, MA — Discontinued on: 5/22/2024
Reason for discontinuation: Change in Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 3 tabs by mouth 2 times daily at mealtime.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jazlyn Kiehl, RN at 3/27/2024 1600**

| | | |
|---|---|---|
| Author: Jazlyn Kiehl, RN | Service: Infusion | Author Type: RN Resident |
| Filed: 03/27/24 1614 | Date of Service: 03/27/24 1600 | Creation Time: 03/27/24 1556 |
| Status: Addendum | Editor: Jazlyn Kiehl, RN (RN Resident) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 3/27/2024 for hormonal injection

***Pretreatment assessment:***

## 03/27/2024 - Procedure in UWH INFUSION CENTER (continued)

**Inpatient Progress Notes (continued)**

Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received 3.6mg Zoladex SQ today. It was administered in Right upper quad, abdomen. Site was numbed with 5ml IM lidocaine. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/27/2024 | 4:00 PM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 4/10/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 4/10/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 4/24/2024 | 2:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Electronically signed by Jazlyn Kiehl, RN at 03/27/24 1614

## 03/19/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Traci L Becker, RN at 3/19/2024 1330**

| | | |
|---|---|---|
| Author: Traci L Becker, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 03/19/24 1423 | Encounter Date: 3/19/2024 | Creation Time: 03/19/24 1422 |
| Status: Signed | Editor: Traci L Becker, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 3/19/2024 for chemotherapy: C11 D1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.

## 03/19/2024 - Procedure in UWH CHEMOTHERAPY (continued)

Clinical Notes (continued)

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy. and Throughout the infusion the site remained within normal limits with no swelling, discoloration, leakage or complaints of discomfort or pain at the infusion site.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/27/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 4/10/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 4/24/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Traci B, RN - 3/19/2024 - 2:23 PM*

Electronically signed by Traci L Becker, RN at 03/19/24 1423

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 03/19/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 3/19/2024 11:54 AM by Latice Wilkins, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 110/77 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 89 | 97.7 °F (36.5 °C) (Oral) | 14 | 6' 0.05" (1.83 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 240 lb 8 oz (109.1 kg) | 95% | 32.58 kg/m² |

**Pain Information (Last Filed)**

## 03/19/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | Arm | None | Yes |

**Clinical Notes**

**Progress Notes**

**Latice Wilkins, C-MA at 3/19/2024 1225**

| | | |
|---|---|---|
| Author: Latice Wilkins, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 03/19/24 1155 | Encounter Date: 3/19/2024 | Creation Time: 03/19/24 1154 |
| Status: Signed | Editor: Latice Wilkins, C-MA (Certified-MA) | |

Robert J Loper is a 61 year old male here for a Follow-up

Enc Vitals
BP: 110/77
Pulse: 89
Resp: 14
Temp: 97.7 °F (36.5 °C)
Temp Source: Oral
SpO2: 95 %
Actual Weight: 109.1 kg (240 lb 8 oz)
Height: 183 cm (6' 0.05")
Pain Score: 4/10 Number Scale
Pain Loc: Arm
Pain Edu?: Yes
Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
The patient has been informed that the provider will be with them within 15 minutes of the scheduled appointment time, the patient is aware that we will keep them updated if this time should change.

**Patient reports the following:**
**Questions/Concerns**: yes
**New or worsening symptoms**: no
**Energy level**: fair
**Appetite**: ok
**VAD**: port right side
**Pain: 4/10 left arm**

***Submitted by:*** *Latice Wilkins, C-MA - 3/19/2024 - 11:54 AM*
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |

Electronically signed by Latice Wilkins, C-MA at 03/19/24 1155

**Carissa M Dolens, APNP at 3/19/2024 1225**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 03/21/24 1529 | Encounter Date: 3/19/2024 | Creation Time: 03/21/24 1521 |

Status: Signed Editor: Carissa M Dolens, APNP (Nurse Practitioner)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Stable
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (2/6/24) demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 11 pembrolizumab today and cycle 9 goserelin 03/27/2024 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well. Encouraged PCP follow-up to discuss PT and possible consult to ortho/rheum if necessary.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
AST/SGOT

**Interval History / ROS**
**Interval history:** He reports that he continues to do relatively well per his usual. He reports mild fatigue but this is tolerable. His L upper arm is still sore with a certain movement, not so much his shoulder. Tylenol helps with the pain. His R ankle and L wrist are sore sometimes too, but he has injured these in the past. He reports a good appetite and energy level. Areas of psoriasis are flared up, but tolerable as long as he regularly uses his creams. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for appetite change, chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias **(more to shoulders/upper arm recently L>R)**. Negative for back pain and extremity pain.
Skin:
**Stable psoriasis**
Neurological: Negative for dizziness, extremity weakness, headaches, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |

6/13/2023 - 6/22/2023

**Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023

**Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 -

**Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, anticipate cycle 9 goserelin 3/27/24

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

2/6/2024

**Imaging**
February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.

February 6, 2024 CT chest: Stable chest without evidence of metastatic disease.

**Objective (Exam/Results)**
**Vital Signs:**

BP 110/77 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 89 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 14 | Ht 1.83 m (6' 0.05") | Wt 109.1 kg (240 lb 8 oz) | SpO2 95% | BMI 32.58 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: Tenderness **(L upper arm/bicep area only with certain movement, not with palpation)** present. No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Comments: **Plaque-like areas with flaking skin to elbows, knees, thighs, less to knuckles**

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 03/19/24 1228 | 03/19/24 1112 |
|---|---|---|
| White Cell Count | -- | 6.0 |
| Absolute Neutrophils | -- | 3,470 |
| Hemoglobin | -- | 13.8 |
| Hematocrit | -- | 42 |
| Platelet Count | -- | 179 |
| Sodium | -- | 140 |
| Potassium | -- | 4.5 |
| Chloride | -- | 107 |
| BUN | -- | 18 |
| Creatinine | -- | 1.01 |
| Glucose | -- | **151 H** |
| Calcium | -- | **10.4 H** |
| Albumin | -- | 4.2 |
| Bilirubin, Total | -- | 0.3 |
| AST/SGOT | **46 H** | **43 H** |
| ALT/SGPT | -- | 54 |
| Alkaline Phosphatase | -- | 103 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**

Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 03/21/24 1529

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

July 17, 2024

**SENT VIA EMAIL**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Email: Claims@LFG.com

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

As you know, we represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group.

Enclosed find medical records from UW Health dated 3/19/24 – 7/3/24. Please consider these in support of Mr. Loper's LTD appeal.

If you have any questions feel free to call our office at 608/257-0040. Thank you for your careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L Victor

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/03/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 07/03/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Cyclobenzaprine HCl 10 MG tab**

Instructions: Take 1 tab by mouth 2 times daily as needed.
Entered by: Michelle Floyd, C-MA — Entered on: 7/3/2024
Start date: 6/27/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jasmine M Peterson, RN at 7/3/2024 1000**

| | | |
|---|---|---|
| Author: Jasmine M Peterson, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 07/03/24 1249 | Date of Service: 07/03/24 1000 | Creation Time: 07/03/24 1249 |
| Status: Signed | Editor: Jasmine M Peterson, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 7/3/2024 for chemotherapy: C16D1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembro 200mg over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/17/2024 | 10:00 AM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 8/14/2024 | 1:30 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/14/2024 | 2:40 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/14/2024 | 4:00 PM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

Electronically signed by Jasmine M Peterson, RN at 07/03/24 1249

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 07/03/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for per thoracic reseach group.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 7/3/2024 9:31 AM by Michelle Floyd, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 120/82 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 91 | 97.5 °F (36.4 °C) (Temporal) | 16 | 6' 0.05" (1.83 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 228 lb 8 oz (103.6 kg) | 96% | 30.95 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | None | None | Yes |

**Encounter Vitals (continued)**

**Clinical Notes**

**Progress Notes**

**Justine Y Bruce, MD at 7/3/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 07/03/24 1021 | Encounter Date: 7/3/2024 | Creation Time: 07/02/24 1825 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 16 pembrolizumab today and cycle 13 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol anticipated for 07/23/2024

- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
Cyclobenzaprine HCl 10 MG tab

**Interval History / ROS**
**Interval history:** He reports that he continues to have arthralgias and notes that his neck is more stiff since the last clinic visit. He reports that taking cyclobenzaprine and continuing neck exercises has helped with his neck pain. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias, neck pain and neck stiffness. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |

| | |
|---|---|
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection |

- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin
- 07/03/2024 cycle 16 pembrolizumab, cycle 13 goserelin scheduled for 07/17/2024

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**
May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**
**Vital Signs:**
BP 120/82 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 91 | Temp 97.5 °F (36.4 °C) (Temporal) | Resp 16 | Ht 1.83 m (6' 0.05") | Wt 103.6 kg (228 lb 8 oz) | SpO2 96% | BMI 30.95 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 07/03/24 | 103.6 kg (228 lb 8 oz) |
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:

Comments: **Left cervical lymph node measuring 3 cm in size, mild pain on palpation.**

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.

Lymphadenopathy:
Cervical: Cervical adenopathy present.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Psoriasis on bilateral legs and arms, unchanged from baseline.**

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 07/03/24 0806 |
|---|---|
| White Cell Count | 4.6 |
| Absolute Neutrophils | 2,490 |
| Hemoglobin | 13.9 |
| Hematocrit | 42 |
| Platelet Count | 170 |
| Sodium | 141 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | 14 |
| Creatinine | 1.10 |
| Glucose | 99 |
| Calcium | **10.3 H** |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **37 H** |
| ALT/SGPT | 45 |
| Alkaline Phosphatase | 90 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 07/03/24 1021

**Michelle Floyd, C-MA at 7/3/2024 0940**

| | | |
|---|---|---|
| Author: Michelle Floyd, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 07/03/24 0927 | Encounter Date: 7/3/2024 | Creation Time: 07/03/24 0924 |
| Status: Signed | Editor: Michelle Floyd, C-MA (Certified-MA) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: yes

**New or worsening symptoms**: neck pain, shoulder--left side

**Energy level**: fair

**Appetite**: fair

**VAD**: port right side

**Pain** (Scale 0 -10) Current: 3/10

| | 5/22/2024 8:38 AM | 6/12/2024 9:32 AM | 6/19/2024 9:51 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 118/76 | 122/74 | 120/84 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |

***Submitted by:*** *Michelle Floyd, C-MA - 7/3/2024 - 9:24 AM*

Electronically signed by Michelle Floyd, C-MA at 07/03/24 0927

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 06/19/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 06/19/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

## 06/19/2024 - Procedure in UWH INFUSION CENTER (continued)

**Medication List (continued)**

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector**

Instructions: Inject 1.5 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 5/23/2024

**Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector**

Instructions: Inject 3 mg under skin once weekly.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 6/20/2024

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 2 tabs by mouth 2 times daily.
Entered by: Amy E Moody, MA — Entered on: 5/1/2024
Start date: 4/25/2024

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Shari L Signer, RN at 6/19/2024 1000**

| | | |
|---|---|---|
| Author: Shari L Signer, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 06/19/24 1018 | Date of Service: 06/19/24 1000 | Creation Time: 06/19/24 1017 |
| Status: Signed | Editor: Shari L Signer, RN (Registered Nurse) | |

### UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 6/19/2024 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints or concerns.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received zoladex today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Education***:

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 7/3/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/3/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 7/3/2024 | 10:00 AM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 7/17/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:50 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 2 | UWHINFUS | MADISON 33 |

Electronically signed by Shari L Signer, RN at 06/19/24 1018

## 06/12/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Madison B Solder, RN at 6/12/2024 1045**

| | | |
|---|---|---|
| Author: Madison B Solder, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 06/12/24 1144 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 1143 |
| Status: Signed | Editor: Madison B Solder, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 6/12/2024 for chemotherapy: cycle 15 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.

**06/12/2024 - Procedure in UWH CHEMOTHERAPY (continued)**

Clinical Notes (continued)

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy. and Throughout the infusion the site remained within normal limits with no swelling, discoloration, leakage or complaints of discomfort or pain at the infusion site.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Education*:**
Encouraged to call with questions or concerns

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Submitted by:*** *Madison S, RN - 6/12/2024 - 11:44 AM*

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 6/19/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/3/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/3/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 7/3/2024 | 10:00 AM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 7/17/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/23/2024 | 9:10 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 9:55 AM | CT 2 OSP | OSPCT | MADISON |
| 7/23/2024 | 1:40 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/23/2024 | 2:45 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 7/23/2024 | 4:00 PM | UWINF CHAIR 2 | UWHINFUS | MADISON 33 |

Electronically signed by Madison B Solder, RN at 06/12/24 1144

## 06/12/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Chief Complaint

- Cancer F/U

#### Visit Diagnosis

- **Salivary duct carcinoma (primary)**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

#### Level of Service

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

#### Vital Signs - Last Recorded

Most recent update: 6/12/2024 9:38 AM by Melissa Edison, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 86 | 97.9 °F (36.6 °C) (Oral) | 20 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 234 lb (106.1 kg) | 96% | 31.74 kg/m² |

#### Pain Information (Last Filed)

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | Neck | None | None |

### Clinical Notes

#### Progress Notes

**Melissa Edison, MA at 6/12/2024 0940**

| | | |
|---|---|---|
| Author: Melissa Edison, MA | Service: Stem Cell Transplant and Cellular Therapy | Author Type: Medical Assistant |
| Filed: 06/12/24 0932 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 0928 |
| Status: Signed | Editor: Melissa Edison, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: none

**New or worsening symptoms**: increased nausea, neck stiffness, knee stiffness. Tightness/ache across the chest.

**Energy level**: poor, it has decreased.

**Appetite**: decreased appetite with nausea.

**VAD**: Port Right Chest

**Pain** (Scale 0 -10) Current: 4/10 neck and knee pain.

| | 4/24/2024 1:30 PM | 5/1/2024 3:27 PM | 5/22/2024 8:38 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 140/87 | 124/82 | 118/76 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |
| 04/10/24 | 108.9 kg (240 lb) |

***Submitted by:*** *Melissa Edison, MA - 6/12/2024 - 9:28 AM*

Electronically signed by Melissa Edison, MA at 06/12/24 0932

**Justine Y Bruce, MD at 6/12/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 06/12/24 1002 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 0937 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

## Oncology Progress Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilaterally axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 15 pembrolizumab today and cycle 12 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Can take a 3 week pembrolizumab break in the future if needed for planned vacation
- Repeat scans per treatment protocol, due 7/23/24
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If

needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he has been doing relatively well with chronic joint pains, but he is still doing physical therapy that has improved his left shoulder range of motion. He reports a fair appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23 |

| | |
|---|---|
| | • C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab<br>• 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin<br>• 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023 |

| | |
|---|---|
| | Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 86 | Temp 97.9 °F (36.6 °C) (Oral) | Resp 20 | Ht 1.829 m (6') | Wt 106.1 kg (234 lb) | SpO2 96% | BMI 31.74 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |

Physical Exam

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.

Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 06/12/24 0909 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,010 |
| Hemoglobin | 14.2 |
| Hematocrit | 42 |
| Platelet Count | 180 |
| Sodium | 140 |
| Potassium | 4.1 |
| Chloride | 106 |
| BUN | 15 |
| Creatinine | 1.02 |
| Glucose | 87 |
| Calcium | **10.4 H** |
| Albumin | 4.2 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | 32 |
| ALT/SGPT | 35 |
| Alkaline Phosphatase | 81 |

Imaging:
No results found.

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 06/12/24 1002

**Justine Y Bruce, MD at 6/12/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 06/12/24 1420 | Encounter Date: 6/12/2024 | Creation Time: 06/12/24 1351 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 15 pembrolizumab today and cycle 12 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- We again discussed a possible pembrolizumab holiday in the future if needed, but Mr. Loper does not want to pursue a holiday at this time.
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.
- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports that he continues to have chronic join pain and also fatigue. He is still able to perform all of his daily activities, although he admits that he has to take occasional naps. He reports chronic join pains, but he has been doing physical therapy and exercises with mild improvement in the range of motion of his left shoulder.

Review of Systems
Constitutional: Positive for fatigue and pain. Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
**Chronic joint pains**
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

- bilateral axillary lymph node (11/29/22)
- 11/29/22 HER2 (FISH): Negative
- 11/17/22 Androgen receptor strongly positive, 95-100%

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

10/26/2022 **Initial Diagnosis**
Salivary duct carcinoma
- 2021, initially noted swelling in the left submandibular region
- August 2022 increased swelling and cellulitis of the left submandibular region

| | |
|---|---|
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable**<br><br>January 13, 2023 PMMTB Recommendation: Based on this mutation profile, the PMMTB suggests considering standard of care treatment options. |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series |

3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin
- 6/12/24 cycle 15 pembrolizumab, cycle 12 goserelin

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

5/1/2024 **Imaging**
May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

May 1, 2024 CT chest: Stable chest without metastasis.

**Objective (Exam/Results)**
**Vital Signs:**
BP 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 86 | Temp 97.9 °F (36.6 °C) (Oral) | Resp 20 | Ht 1.829 m (6') | Wt 106.1 kg (234 lb) | SpO2 96% | BMI 31.74 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 06/12/24 | 106.1 kg (234 lb) |
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 06/12/24 0909 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,010 |
| Hemoglobin | 14.2 |
| Hematocrit | 42 |
| Platelet Count | 180 |
| Sodium | 140 |
| Potassium | 4.1 |
| Chloride | 106 |
| BUN | 15 |
| Creatinine | 1.02 |
| Glucose | 87 |
| Calcium | **10.4 H** |
| Albumin | 4.2 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | 32 |
| ALT/SGPT | 35 |
| Alkaline Phosphatase | 81 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin per the clinical trial
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 06/12/24 1420

## 05/22/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Lauren Runde, RN at 5/22/2024 1030**

| | | |
|---|---|---|
| Author: Lauren Runde, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 05/22/24 1238 | Encounter Date: 5/22/2024 | Creation Time: 05/22/24 1237 |
| Status: Signed | Editor: Lauren Runde, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 5/22/2024 for chemotherapy: cycle 14 day 1 Pembrolizumab/Goserelin

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Study Zoladex SQ injection today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Education***:
Encouraged to call with questions or concerns.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 6/12/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 6/12/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 6/12/2024 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 6/19/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 7/3/2024 | 8:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 7/3/2024 | 9:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 7/3/2024 | 10:00 AM | UWINF CHAIR 6 | UWHINFUS | MADISON 33 |
| 7/17/2024 | 10:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |

***Submitted by:*** *Lauren R, RN - 5/22/2024 - 12:38 PM*

Electronically signed by Lauren Runde, RN at 05/22/24 1238

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 05/22/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

Most recent update: 5/22/2024 8:57 AM by Amy E Moody, MA

**Vital Signs - Last Recorded**

| BP | Temp | Resp | Ht | Wt |
|---|---|---|---|---|
| 118/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 97.8 °F (36.6 °C) (Temporal) | 18 | 6' 0.24" (1.835 m) | 238 lb 3.2 oz (108 kg) |

| SpO2 | BMI |
|---|---|
| 96% | 32.09 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Neck - neck, shoulder, back and knees | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 5/22/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 05/22/24 1917 | Encounter Date: 5/22/2024 | Creation Time: 05/20/24 1956 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (5/1/24) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle14 pembrolizumab today and cycle 11 goserelin as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Can take a 3 week pembrolizumab break in the future if needed
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.
- He is anticipated to travel in August to Ohio and possibly Florida. We will coordinate his clinic dates and infusions when he has additional information regarding his vacation plans

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas.

- We previously discussed his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. Per the clinical trial PI/sponsor, initiation of apremilast for psoriatic arthritis is not recommended during treatment with pembrolizumab given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. Mr. Loper will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.
- He continues to have plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. The

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he has been doing well without any significant complaints. He went to physical therapy for additional exercises for improving his arm and shoulder range. He reports a good appetite and energy level. Otherwise, no other complaints. He continues to have chronic psoriasis plaques but these are stable and do not bother him very much.

Review of Systems
Constitutional: Negative for chills, fever and pain.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Positive for itching. Negative for rash.
**Chronic psoriasis**
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Negative for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET |

- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

5/31/2023 - 6/9/2023 **Radiation Therapy**
Oligo met radiation to left neck (Driscoll)
• PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation Therapy**

Oligo met radiation to left axilla (Driscoll)
• PTV left axilla 35 Gy in 5 fractions

7/14/2023 **Imaging**
7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**
- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin
- 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24
- 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24
- 5/1/24 cycle 13 pembrolizumab
- 5/22/24 cycle 14 pembrolizumab, cycle 11 goserelin

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

| | |
|---|---|
| | Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 118/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Temp 97.8 °F (36.6 °C) (Temporal) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 108 kg (238 lb 3.2 oz) | SpO2 96% | BMI 32.09 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 05/22/24 | 108 kg (238 lb 3.2 oz) |
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |
| 04/10/24 | 108.9 kg (240 lb) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
 General: He is not in acute distress.
 Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
 Head: Normocephalic.
 Mouth/Throat:
 Mouth: Mucous membranes are moist.
 Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
 General: No scleral icterus.
 Pupils: Pupils are equal, round, and reactive to light.

Cardiovascular:
 Rate and Rhythm: Normal rate and regular rhythm.
 Pulses: Normal pulses.
 Heart sounds: Normal heart sounds. No murmur heard.
 No friction rub. No gallop.

Pulmonary:
 Effort: Pulmonary effort is normal. No respiratory distress.
 Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
 General: Abdomen is flat. Bowel sounds are normal. There is no distension.
 Palpations: Abdomen is soft.
 Tenderness: There is no abdominal tenderness.

Musculoskeletal:
 General: No swelling. Normal range of motion.
 Cervical back: Normal range of motion and neck supple. No rigidity.
 Right lower leg: No edema.

Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 05/22/24 0805 |
|---|---|
| White Cell Count | 6.5 |
| Absolute Neutrophils | 3,820 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 41 |
| Platelet Count | 170 |
| Sodium | 140 |
| Potassium | 4.3 |
| Chloride | **108 H** |
| BUN | 18 |
| Creatinine | 0.99 |
| Glucose | **124 H** |
| Calcium | 10.1 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **41 H** |
| ALT/SGPT | 52 |
| Alkaline Phosphatase | 94 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 35 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin per clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 05/22/24 1917

**Amy E Moody, MA at 5/22/2024 0940**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 05/22/24 0835 | Encounter Date: 5/22/2024 | Creation Time: 05/22/24 0818 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Would like to miss at least 1 treatment in August

**New or worsening symptoms**: Psoriasis getting worse

**Energy level**: Fair

**Appetite**: Okay - sometimes hasn't been great

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 4/10/2024 9:44 AM | 4/24/2024 1:30 PM | 5/1/2024 3:27 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 120/78 | 140/87 | 124/82 |

**Wt Readings from Last 3 Encounters:**
05/01/24 109.5 kg (241 lb 4.8 oz)
04/10/24 108.9 kg (240 lb)
03/19/24 109.1 kg (240 lb 8 oz)

***Submitted by:*** *Amy E Moody, MA - 5/22/2024 - 8:18 AM*

Electronically signed by Amy E Moody, MA at 05/22/24 0835

## 05/01/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Jesenia Cuevas, RN at 5/1/2024 1840**

| | | |
|---|---|---|
| Author: Jesenia Cuevas, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 05/01/24 1841 | Encounter Date: 5/1/2024 | Creation Time: 05/01/24 1838 |
| Status: Signed | Editor: Jesenia Cuevas, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 5/1/2024 for chemotherapy: C13 D 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab (UW19060) over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Jesenia C, RN - 5/1/2024 - 6:40 PM*

Electronically signed by Jesenia Cuevas, RN at 05/01/24 1841

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 05/01/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 5/1/2024 3:30 PM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 124/82 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 85 | 97.9 °F (36.6 °C) (Temporal) | 18 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 241 lb 4.8 oz (109.5 kg) | 96% | 32.51 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Neck | None | Yes |

### Clinical Notes

**Progress Notes**

**05/01/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

**Amy E Moody, MA at 5/1/2024 1520**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 05/01/24 1521 | Encounter Date: 5/1/2024 | Creation Time: 05/01/24 1512 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Yes

**New or worsening symptoms**: None

**Energy level**: Fair

**Appetite**: Okay

**VAD**: Port on right side

**Pain** (Scale 0 -10) Current: 2/10

| | 3/27/2024 3:49 PM | 4/10/2024 9:44 AM | 4/24/2024 1:30 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 149/89 | 120/78 | 140/87 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 04/10/24 | 108.9 kg (240 lb) |
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |

***Submitted by:*** *Amy E Moody, MA - 5/1/2024 - 3:12 PM*

Electronically signed by Amy E Moody, MA at 05/01/24 1521

**Justine Y Bruce, MD at 5/1/2024 1520**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 05/02/24 0832 | Encounter Date: 5/1/2024 | Creation Time: 05/01/24 1510 |
| Status: Addendum | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Today, we did discuss his rheumatologist's recommendation to start apremilast for his psoriatic arthritis. We reviewed that typically we do not recommend immunotherapy concurrently with an immunosuppressant given the counteractive mechanisms of action. He understood this and would rather stay on the trial than start apremilast. He will follow-up with his local provider for other options for his arthralgias. If needed, per the trial protocol, he can take a 3 week break from the pembrolizumab to see if this helps his symptoms. He is appreciative of this information, but given the continued tumor response to pembrolizumab/goserelin, he would prefer to continue with his treatment.

Repeat CT neck/chest (5/1/24, preliminary read) demonstrated continued disease response with decrease overall severity of reticular changes int he left submental space. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 13 pembrolizumab today and cycle 11 goserelin 5/22/24 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Can take a 3 week pembrolizumab break in the future if needed
- Repeat scans per treatment protocol
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

The provider was seen and discussed with Dr. Justine Bruce.

*Johanna E Poterala, MD*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
BASIC METABOLIC PANEL
Trulicity 0.75 MG/0.5ML soln pen-injector
Dulaglutide (Trulicity) 1.5 MG/0.5ML soln pen-injector
Dulaglutide (Trulicity) 3 MG/0.5ML soln pen-injector
metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab

**Interval History / ROS**
**Interval history:** He reports that he has been doing relatively well, although he has noticed some muscle fatigue and arthralgia. He reports a good appetite and energy level. Otherwise, no other complaints.

Since his last visit, he saw his Rheumatologist on 4/1124 who recommended starting apremilast for his psoriatic arthritis. He states that his arthralgias are relatively stable.

Review of Systems
Constitutional: Positive for fatigue. Negative for chills, fever and pain.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Positive for rash.
**Psoriasis plaques on bilateral inner thighs.**
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

10/26/2022 — **Initial Diagnosis**
Salivary duct carcinoma
- 2021, initially noted swelling in the left submandibular region
- August 2022 increased swelling and cellulitis of the left submandibular region

11/17/2022 — **Biopsy/Pathology**
11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

11/17/2022 — **Cancer Staging**
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023
Stage prefix: Initial diagnosis

11/29/2022 — **Biopsy/Pathology**
11/29/2022 left axillary lymph node biopsy: Metastatic disease

12/12/2022 — **Tumor Genomics**
Blood/Plasma
Tempus
**No alterations**
**MS-Stable**

12/14/2022 - 4/7/2023 — **Chemotherapy**

Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):

- C1D1: 12/14/22
- C2D1: 1/3/23

- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

| | |
|---|---|
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, cycle 10 goserelin 4/24/24<br>• 5/1/24 cycle 13 pembrolizumab cycle 11 goserelin planned for 5/22/24<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20 |

| | |
|---|---|
| | Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 5/1/2024 | **Imaging**<br>May 1, 2024 CT neck: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.<br><br>May 1, 2024 CT chest: Stable chest without metastasis. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 124/82 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 85 | Temp 97.9 °F (36.6 °C) (Temporal) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 109.5 kg (241 lb 4.8 oz) | SpO2 96% | BMI 32.51 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 05/01/24 | 109.5 kg (241 lb 4.8 oz) |
| 04/10/24 | 108.9 kg (240 lb) |
| 03/19/24 | 109.1 kg (240 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:

General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.

Lymphadenopathy:
Cervical: No cervical adenopathy.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash **(Psoriatic rash on bilateral knuckles and elbows)** present.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 05/01/24 1642 | 05/01/24 1258 |
|---|---|---|
| White Cell Count | -- | 6.7 |
| Absolute Neutrophils | -- | 3,890 |
| Hemoglobin | -- | **13.1 L** |
| Hematocrit | -- | 40 |
| Platelet Count | -- | 181 |
| Sodium | 142 | 141 |
| Potassium | 4.1 | 4.4 |
| Chloride | **109 H** | **108 H** |
| BUN | 16 | 18 |
| Creatinine | 1.00 | 1.06 |
| Glucose | **162 H** | **191 H** |
| Calcium | 9.8 | 9.7 |
| Albumin | -- | 4.0 |
| Bilirubin, Total | -- | 0.2 |
| AST/SGOT | -- | 32 |
| ALT/SGPT | -- | 37 |
| Alkaline Phosphatase | -- | 108 |

Imaging:

CT NECK W IV CONTRAST

Result Date: 5/1/2024
Impression: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

CT CHEST W IV CONTRAST W/CAD

Result Date: 5/1/2024
Impression: Stable chest without metastasis.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 50 minutes.**
**Time spent in direct communication with patient was 35 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

**Attending Addendum:**
I have seen, examined, and evaluated Mr. Loper in conjunction with Dr. Poterala. I have reviewed the note and agree or made changes to the history, exam findings, and overall treatment plan as outlined above.

Electronically signed by Justine Y Bruce, MD at 05/02/24 0832

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 05/01/2024 - Appointment in UWH CARBONE CANCER CENTER LAB

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

**Appointment Information**

**LAB** **Completed**
5/1/2024 2:00 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 2:00 PM | UWCC LAB | UWH CANCER CLINIC LAB | 15 min |

| | | | |
|---|---|---|---|
| Referral Provider: | HARMON, GIL E | Arrival Time: | 12:33 PM |
| Enc Form Number: | 137675895 | Auto Confirm Status: | Answered Not Confirmed |

Notes:
lab/ofv/chemo

History

| | | | | |
|---|---|---|---|---|
| Made On: | 2/21/2024 11:16 AM | By: | Jessica E Kinney, Research | ES |
| Change Notes: | 2/21/2024 11:35 AM | By: | Jessica E Kinney, Research | ES |
| Confirmed: | 4/30/2024 8:15 PM | By: | Mychart, Mychart User | PtMobApp |
| Checked In: | 5/1/2024 12:33 PM | By: | Henreene Hyler | ES |
| EOD Status: | 5/7/2024 1:02 AM | By: | Cadence Batch | ES |

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnosis**

- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [632023757] (Final result)**

Electronically signed by: **Saad A Ali, Research on 02/16/24 1301** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 02/16/24 1301 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 02/19/24 1231 for Ordering
Frequency: Routine 02/16/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaginng reqiured at this time point per protocol Instance released by: Fawn Thier 5/1/2024 9:33 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.14 mg/dL (0.73 - 1.18 mg/dL) Comment - 2/7/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 241 lbs Comment - 2/7/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Bill to patient's insurance, please don't change or modify this order. Study Coordinator will call to schedule scan
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 5/1/2024 10:40 AM<br>CT 1 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | 2/6/2024 | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Queck,Aaron | 05/01/2024 09:45 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [632023757]** Resulted: 05/01/24 1133, Result status: Final result

Order status: Completed

Resulted by:
Brian F Mullan, MD
Benjamin S Prout, MD

Filed by: Interface, Results 05/01/24 1139
Accession number: UWMF28917803

Performed: 05/01/24 1012 - 05/01/24 1024
Resulting lab: UWHC RADIOLOGY

Narrative:
Additional relevant history: Salivary duct carcinoma.

Technique:
Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3-D MIPs.
CAD: Computer assisted detection of lung nodules was used.

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Comparison: Chest CTs 2/6/2024 and 11/14/2023

Findings:

Image quality is degraded by artifact from the patient's arms, which could not be raised above their head.

Support devices: Right IJ central venous port catheter terminates at the superior cavoatrial junction.

Cardiovascular: Normal heart size. No pericardial effusion. Coronary artery calcium.

Lungs and airways: Stable benign postinflammatory calcifications in left lower lobe. No new or enlarging lung nodules. Minimal paraseptal emphysema.

Pleura: Normal.

Diaphragm: Normal.

Lymph nodes: Stable calcified left hilar and mediastinal lymph nodes.

Chest wall: No metastasis.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Benjamin Prout and arrived at this interpretation.

Electronically signed by: Dr. Brian Mullan, University of Wisconsin - Madison
Impression:
Impression:

Stable chest without metastasis.

Acknowledged by
Justine Y Bruce, MD on 05/01/24 1701
Cassondra Schmidt, RN on 05/02/24 1203

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [632023757]** Resulted: 05/01/24 1012, Result status: In process

Order status: Completed

Filed by: Sierra S Sutter, Imaging Spec 05/01/24 1012
Accession number: UWMF28917803

Resulted by:
Brian F Mullan, MD
Benjamin S Prout, MD
Performed: 05/01/24 1012 - 05/01/24 1024

**Reviewed by**

Cassondra Schmidt, RN on 05/02/24 1203
Justine Y Bruce, MD on 05/01/24 1701

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Cassondra Schmidt, RN on 5/2/2024 12:03
Justine Y Bruce, MD on 5/1/2024 17:01

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnosis**

- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [632023756] (Final result)**

Electronically signed by: **Saad A Ali, Research on 02/16/24 1301** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 02/16/24 1301 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 02/19/24 1231 for Ordering
Frequency: Routine 02/16/24 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn Thier 5/1/2024 9:33 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.14 mg/dL (0.73 - 1.18 mg/dL) Comment - 2/7/2024 |
| Last patient weight? (will auto pull in value and date in comment) | 241 lbs Comment - 2/7/24 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Bill to patient's insurance, please don't change or modify this order. Study Coordinator will call to schedule scan
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 5/1/2024 10:00 AM<br>CT 1 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Sutter,Sierra | 05/01/2024 10:23 AM CDT |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [632023756]** Resulted: 05/01/24 1650, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Gregory D Avey, MD |
| Filed by: Interface, Results 05/01/24 1656 | Performed: 05/01/24 1012 - 05/01/24 1024 |
| Accession number: UWMF28917802 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST, 5/1/2024.

PROVIDED INDICATION: Examination of participant in clinical trial**Imaging required at this time point. Evaluate for disease and compare to previous imaging.

Additional history: 61-year-old with a history of T3N3M1 salivary ductal carcinoma involving the left submandibular gland. The patient was treated with initial chemoradiation completed 6/22/2023. On the most recent 2/6/2024 examination, there was redemonstration of posttreatment changes without evidence of new or progressive disease.

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

COMPARISON: None.

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms, and reformatted in coronal and sagittal planes.

FINDINGS:
There is a conventional branching pattern of the aortic arch. The carotid bifurcations demonstrate moderate atherosclerotic plaque, predominantly within the right carotid. There is no flow-limiting stenosis identified.

The vertebral arteries are essentially codominant in size.

Robust bilateral posterior communicating arteries are present intracranially.

The globes and orbits are normal in CT appearance.

There is a normal appearance of the nasopharynx. Tonsilliths are seen within the left palatine tonsil. The right palantine tonsil is somewhat diminutive in size.

There is a normal appearance of the hypopharynx and larynx.

Reticulation and thickening of the fascial planes underneath the mentum and extending towards the left submandibular gland was present on prior examinations. This has overall been gradually decreasing over time, with mild residual reticulation seen about the platysma and the submental space on today's examination. Overall, this is thought to continue to decrease in severity from priors.

There is a normal appearance of the thyroid gland. The parotids are normal in appearance.

There is no cervical lymphadenopathy seen.

Numerous calcified mediastinal and carinal lymph nodes are noted.

Electronically signed by: Dr. Gregory Avey, University of Wisconsin - Madison
Impression:
Impression: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

Acknowledged by
Justine Y Bruce, MD on 05/01/24 1701
Cassondra Schmidt, RN on 05/02/24 1203

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [632023756]**

Resulted: 05/01/24 1110, Result status: Preliminary result

Order status: Completed
Filed by: Interface, Results 05/01/24 1110
Accession number: UWMF28917802
Resulted by: Gregory D Avey, MD
Performed: 05/01/24 1012 - 05/01/24 1024
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST, 5/1/2024.

PROVIDED INDICATION: Examination of participant in clinical trial**Imaging required at this time point. Evaluate for disease and compare to previous imaging.

Additional history: 61-year-old with a history of T3N3M1 salivary ductal carcinoma involving the left submandibular gland. The patient was treated with initial chemoradiation completed 6/22/2023. On the most recent 2/6/2024 examination, there was

redemonstration of posttreatment changes without evidence of new or progressive disease.

COMPARISON: None.

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms, and reformatted in coronal and sagittal planes.

FINDINGS:
There is a conventional branching pattern of the aortic arch. The carotid bifurcations demonstrate moderate atherosclerotic plaque, predominantly within the right carotid. There is no flow-limiting stenosis identified.

The vertebral arteries are essentially codominant in size.

Robust bilateral posterior communicating arteries are present intracranially.

The globes and orbits are normal in CT appearance.

There is a normal appearance of the nasopharynx. Tonsilliths are seen within the left palatine tonsil. The right palantine tonsil is somewhat diminutive in size.

There is a normal appearance of the hypopharynx and larynx.

Reticulation and thickening of the fascial planes underneath the mentum and extending towards the left submandibular gland was present on prior examinations. This has overall been gradually decreasing over time, with mild residual reticulation seen about the platysma and the submental space on today's examination. Overall, this is thought to continue to decrease in severity from priors.

There is a normal appearance of the thyroid gland. The parotids are normal in appearance.

There is no cervical lymphadenopathy seen.

Numerous calcified mediastinal and carinal lymph nodes are noted.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

Impression: Redemonstrated reticular changes within the submental space, extending towards the left mandibular gland. This continues to decrease in overall severity when compared to more remote exams. No new or increasing nodularity is identified. There is no cervical lymphadenopathy seen.

**Reviewed by**

Cassondra Schmidt, RN on 05/02/24 1203
Justine Y Bruce, MD on 05/01/24 1701

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [632023756]** Resulted: 05/01/24 1012, Result status: In process

Order status: Completed
Filed by: Sierra S Sutter, Imaging Spec 05/01/24 1012
Accession number: UWMF28917802

Resulted by: Gregory D Avey, MD
Performed: 05/01/24 1012 - 05/01/24 1024

## 05/01/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**Reviewed by**

Cassondra Schmidt, RN on 05/02/24 1203
Justine Y Bruce, MD on 05/01/24 1701

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Cassondra Schmidt, RN on 5/2/2024 12:03
Justine Y Bruce, MD on 5/1/2024 17:01

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 04/24/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

#### Provider Information

| Referring Provider |
|---|
| Justine Y Bruce, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

#### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Discontinued by: Amy E Moody, MA — Discontinued on: 5/22/2024
Reason for discontinuation: Change in Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 3 tabs by mouth 2 times daily at mealtime.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Haley F Boehm, RN at 4/24/2024 1400**

| | | |
|---|---|---|
| Author: Haley F Boehm, RN | Service: Infusion | Author Type: Registered Nurse |
| Filed: 04/24/24 1341 | Date of Service: 04/24/24 1400 | Creation Time: 04/24/24 1340 |
| Status: Signed | Editor: Haley F Boehm, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 4/24/2024 for hormonal injection

***Pretreatment assessment:***

Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

*Access:*

- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

*Pre-medications:*
n/a

*Treatment:*
Injection: He received Zoladex today. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

*Disposition:*
Patient left ambulatory in stable condition.
Patient declined AVS.

*Follow-up Plan*:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 4/24/2024 | 2:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Electronically signed by Haley F Boehm, RN at 04/24/24 1341

## 04/10/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment (pembrolizumab)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Callie J Ward, RN at 4/10/2024 1100**

| | | |
|---|---|---|
| Author: Callie J Ward, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 04/10/24 1350 | Encounter Date: 4/10/2024 | Creation Time: 04/10/24 1141 |
| Status: Signed | Editor: Callie J Ward, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 4/10/2024 for chemotherapy: cycle 12 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

**04/10/2024 - Procedure in UWH CHEMOTHERAPY (continued)**

Clinical Notes (continued)

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 4/24/2024 | 2:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Callie W, RN - 4/10/2024 - 1:50 PM*

Electronically signed by Callie J Ward, RN at 04/10/24 1350

## 04/10/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Examination of participant in clinical trial (primary)**
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

Most recent update: 4/10/2024 9:47 AM by Amy E Moody, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Ht | Wt |
|---|---|---|---|---|
| 120/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 107 | 97.8 °F (36.6 °C) (Oral) | 6' 0.25" (1.835 m) | 240 lb (108.9 kg) |

| SpO2 | BMI |
|---|---|
| 98% | 32.32 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 4/10/2024 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 04/10/24 1018 | Encounter Date: 4/10/2024 | Creation Time: 04/08/24 2138 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Life Prolonging
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

**Assessment and Plan**

Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (2/6/24) demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 12 pembrolizumab today and cycle 11 goserelin 4/24/24 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Repeat scans are scheduled for 5/1/24.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm

pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. He will continue to follow up with rheumatology on a regular basis given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
COMPREHENSIVE METABOLIC PANEL

**Interval History / ROS**
**Interval history:** He reports that he has been doing relatively well, although he has noticed some muscle fatigue and arthralgia. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for chills, fever and pain.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for arthralgias. Negative for back pain and extremity pain.
Skin: Negative for rash.
**Psoriasis plaques on bilateral inner thighs.**
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and

have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy** |

| | |
|---|---|
| | Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, cycle 9 goserelin 3/27/24<br>• 04/10/2024 cycle 12 pembrolizumab, goserelin #11 on 4/24/24<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 2/6/2024 | **Imaging**<br>February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.<br><br>February 6, 2024 CT chest: Stable chest without evidence of metastatic disease. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 120/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 107 | Temp 97.8 °F (36.6 °C) (Oral) | Ht 1.835

m (6' 0.25") | Wt 108.9 kg (240 lb) | SpO2 98% | BMI 32.32 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 04/10/24 | 108.9 kg (240 lb) |
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 04/10/24 0839 |
|---|---|
| White Cell Count | 5.1 |
| Absolute Neutrophils | 2,930 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 40 |
| Platelet Count | 160 |
| Sodium | 139 |
| Potassium | 4.2 |
| Chloride | 107 |
| BUN | **25 H** |
| Creatinine | 1.04 |
| Glucose | **199 H** |
| Calcium | 10.1 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **35 H** |
| ALT/SGPT | 40 |
| Alkaline Phosphatase | 105 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures

Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 04/10/24 1018

**Amy E Moody, MA at 4/10/2024 0940**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 04/10/24 0938 | Encounter Date: 4/10/2024 | Creation Time: 04/10/24 0914 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Left arm pain, knee pain and ankle pain

**New or worsening symptoms**: Psoriasis getting worse

**Energy level**: Fair

**Appetite**: Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 2/28/2024 10:37 AM | 3/19/2024 11:52 AM | 3/27/2024 3:49 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 112/78 | 110/77 | 149/89 |

**Wt Readings from Last 3 Encounters:**
03/19/24 109.1 kg (240 lb 8 oz)
02/28/24 108.5 kg (239 lb 1.6 oz)

02/07/24 109.5 kg (241 lb 4.8 oz)

***Submitted by:*** *Amy E Moody, MA - 4/10/2024 - 9:14 AM*

Electronically signed by Amy E Moody, MA at 04/10/24 0938

## 03/27/2024 - Procedure in UWH INFUSION CENTER

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

#### Provider Information

**Referring Provider**

Justine Y Bruce, MD

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH INFUSION CENTER | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-8369 | 608-263-6350 |

### Medication List

#### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Discontinued by: Amy E Moody, MA — Discontinued on: 5/22/2024
Reason for discontinuation: Change in Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 3 tabs by mouth 2 times daily at mealtime.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Medication List (continued)**

Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Quantity: 30 tab
Refill: 5 refills by 8/21/2028

**Stopped in Visit**

None

**Inpatient Progress Notes**

**Progress Notes**

**Jazlyn Kiehl, RN at 3/27/2024 1600**

| | | |
|---|---|---|
| Author: Jazlyn Kiehl, RN | Service: Infusion | Author Type: RN Resident |
| Filed: 03/27/24 1614 | Date of Service: 03/27/24 1600 | Creation Time: 03/27/24 1556 |
| Status: Addendum | Editor: Jazlyn Kiehl, RN (RN Resident) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 3/27/2024 for hormonal injection

***Pretreatment assessment:***

Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

*Access:*

- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

*Pre-medications:*
n/a

*Treatment:*
Injection: He received 3.6mg Zoladex SQ today. It was administered in Right upper quad, abdomen. Site was numbed with 5ml IM lidocaine. He tolerated treatment without complaints, concerns or complications.

*Disposition:*
Patient left ambulatory in stable condition.
Patient declined AVS.

*Follow-up Plan*:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/27/2024 | 4:00 PM | UWINF CHAIR 4 | UWHINFUS | MADISON 33 |
| 4/10/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 4/10/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 4/24/2024 | 2:00 PM | UWINF CHAIR 3 | UWHINFUS | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Electronically signed by Jazlyn Kiehl, RN at 03/27/24 1614

## 03/19/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Traci L Becker, RN at 3/19/2024 1330**

| | | |
|---|---|---|
| Author: Traci L Becker, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 03/19/24 1423 | Encounter Date: 3/19/2024 | Creation Time: 03/19/24 1422 |
| Status: Signed | Editor: Traci L Becker, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 3/19/2024 for chemotherapy: C11 D1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.

## 03/19/2024 - Procedure in UWH CHEMOTHERAPY (continued)

Clinical Notes (continued)

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy. and Throughout the infusion the site remained within normal limits with no swelling, discoloration, leakage or complaints of discomfort or pain at the infusion site.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/27/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 4/10/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 4/24/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Traci B, RN - 3/19/2024 - 2:23 PM*

Electronically signed by Traci L Becker, RN at 03/19/24 1423

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 03/19/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Chief Complaint

- Follow-up

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Encounter for antineoplastic immunotherapy
- Androgen deprivation therapy

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

#### Follow-up and Dispositions

- Return for RTC per protocol per Lung/H&N study coordinator.

#### Level of Service

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

Most recent update: 3/19/2024 11:54 AM by Latice Wilkins, C-MA

#### Vital Signs - Last Recorded

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 110/77 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | 89 | 97.7 °F (36.5 °C) (Oral) | 14 | 6' 0.05" (1.83 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 240 lb 8 oz (109.1 kg) | 95% | 32.58 kg/m² |

#### Pain Information (Last Filed)

**03/19/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | Arm | None | Yes |

**Clinical Notes**

**Progress Notes**

**Latice Wilkins, C-MA at 3/19/2024 1225**

| | | |
|---|---|---|
| Author: Latice Wilkins, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 03/19/24 1155 | Encounter Date: 3/19/2024 | Creation Time: 03/19/24 1154 |
| Status: Signed | Editor: Latice Wilkins, C-MA (Certified-MA) | |

Robert J Loper is a 61 year old male here for a Follow-up

Enc Vitals
BP: 110/77
Pulse: 89
Resp: 14
Temp: 97.7 °F (36.5 °C)
Temp Source: Oral
SpO2: 95 %
Actual Weight: 109.1 kg (240 lb 8 oz)
Height: 183 cm (6' 0.05")
Pain Score: 4/10 Number Scale
Pain Loc: Arm
Pain Edu?: Yes
Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
The patient has been informed that the provider will be with them within 15 minutes of the scheduled appointment time, the patient is aware that we will keep them updated if this time should change.

**Patient reports the following:**
**Questions/Concerns**: yes
**New or worsening symptoms**: no
**Energy level**: fair
**Appetite**: ok
**VAD**: port right side
**Pain: 4/10 left arm**

***Submitted by:*** *Latice Wilkins, C-MA - 3/19/2024 - 11:54 AM*
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |

Electronically signed by Latice Wilkins, C-MA at 03/19/24 1155

**Carissa M Dolens, APNP at 3/19/2024 1225**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 03/21/24 1529 | Encounter Date: 3/19/2024 | Creation Time: 03/21/24 1521 |

Status: Signed Editor: Carissa M Dolens, APNP (Nurse Practitioner)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Stable
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (2/6/24) demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters today.
- He meets criteria for cycle 11 pembrolizumab today and cycle 9 goserelin 03/27/2024 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R. L upper arm pain with certain movement. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well. Encouraged PCP follow-up to discuss PT and possible consult to ortho/rheum if necessary.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
AST/SGOT

**Interval History / ROS**
**Interval history:** He reports that he continues to do relatively well per his usual. He reports mild fatigue but this is tolerable. His L upper arm is still sore with a certain movement, not so much his shoulder. Tylenol helps with the pain. His R ankle and L wrist are sore sometimes too, but he has injured these in the past. He reports a good appetite and energy level. Areas of psoriasis are flared up, but tolerable as long as he regularly uses his creams. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for appetite change, chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias **(more to shoulders/upper arm recently L>R)**. Negative for back pain and extremity pain.
Skin:
**Stable psoriasis**
Neurological: Negative for dizziness, extremity weakness, headaches, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |

| | |
|---|---|
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>• 3/19/24 cycle 11 pembrolizumab, anticipate cycle 9 goserelin 3/27/24<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 2/6/2024 | **Imaging**<br>February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.<br><br>February 6, 2024 CT chest: Stable chest without evidence of metastatic disease. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 110/77 (Site: Right Arm, Position: Sitting, Cuff Size: Regular) | Pulse 89 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 14 | Ht 1.83 m (6' 0.05") | Wt 109.1 kg (240 lb 8 oz) | SpO2 95% | BMI 32.58 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 03/19/24 | 109.1 kg (240 lb 8 oz) |
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: Tenderness **(L upper arm/bicep area only with certain movement, not with palpation)** present. No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Comments: **Plaque-like areas with flaking skin to elbows, knees, thighs, less to knuckles**

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 03/19/24 1228 | 03/19/24 1112 |
|---|---|---|
| White Cell Count | -- | 6.0 |
| Absolute Neutrophils | -- | 3,470 |
| Hemoglobin | -- | 13.8 |
| Hematocrit | -- | 42 |
| Platelet Count | -- | 179 |
| Sodium | -- | 140 |
| Potassium | -- | 4.5 |
| Chloride | -- | 107 |
| BUN | -- | 18 |
| Creatinine | -- | 1.01 |
| Glucose | -- | **151 H** |
| Calcium | -- | **10.4 H** |
| Albumin | -- | 4.2 |
| Bilirubin, Total | -- | 0.3 |
| AST/SGOT | **46 H** | **43 H** |
| ALT/SGPT | -- | 54 |
| Alkaline Phosphatase | -- | 103 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**

Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 03/21/24 1529

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (800) 922-3503 |
| | |
| **From:** | Hadley Brouhard |
| **Company:** | |
| **Phone:** | (608) 960-4005 * 1847 |
| **Fax:** | 16089604005 |
| | |
| **Date:** | 07/15/2024 |
| **Pages including this cover sheet:** | 5 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

July 15, 2024

**SENT VIA U.S. MAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated June 21, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

## I. PROCEDURAL BACKGROUND

LFG initially denied Mr. Loper's claim for LTD benefits in its entirety on January 26, 2024 stating that his disabling condition was due to a pre-existing condition as defined by his policy. Mr. Loper submitted an appeal of that determination on May 16, 2024.

By way of an email on May 29, 2024, LFG advised:

> After additional review, it was determined that the Pre-Existing look-back dates utilized during the claim review were incorrect. Therefore, the claims area will be performing additional courtesy medical review utilizing the correct look-back dates. Therefore, we are withdrawing the appeal at this time and further communication regarding the claim will come from the claims area.

In response, we submitted a letter on June 3, 2024 nothing that Mr. Loper's appeal was entitled to appeal under ERISA and LFG would still need to comply with ERISA guidelines for reviewing an appeal of an adverse benefit determination. On June 21, 2024, LFG issued another denial of Mr. Loper's claim on the basis that his claim was barred by his plan's pre-existing condition exclusion. This denial did not address the evidence or legal arguments that were submitted by Mr.

Loper in his May 16, 2024 appeal letter despite the fact that 29 C.F.R. § 2560.503-1(h)(2)(iv) provides that a plan administrator:

> Will not be deemed to provide a claimant with a reasonable opportunity for a full and fair review of a claim and adverse benefit determination unless the claims procedures…[p]rovide for a review that takes into account all comments, documents, records, and other information submitted by the claimant relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

Accordingly, LFG's withdrawal and disregard of Mr. Loper's initial appeal deprived Mr. Loper of a full and fair review of his claim as required under ERISA. Additionally, although LFG advised that the prior review of Mr. Loper's claim used the incorrect look-back dates, the most recent denial letter of June 21, 2024 references the same date range as the original denial letter (June 1, 2022 to September 1, 2022), making LFG's reason for withdrawing Mr. Loper's appeal unclear. For these reasons, LFG's claims review procedure and decision were procedurally deficient, in addition to being substantively unreasonable, as explained further below.

## II. APPEAL[1]

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. Medical evidence demonstrates that Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation. Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

As explained in Mr. Loper's original appeal, in assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by <u>the</u> particular condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008) ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be

[1] In connection with this appeal, Mr. Loper incorporates by reference, as if fully set forth herein, his appeal letter dated May 16, 2024 and all associated attachments.

considered 'pre-existing'"); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002) (rejecting pre-existing condition denial because "it does not make sense to say that [the plaintiff] received treatment 'for' leukemia when the actual condition was not suspected"); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994) (requiring "some awareness on the part of the physician or the insured that the insured is receiving treatment for the condition itself" in order to qualify as treatment "for" a condition).

One court described the distinction between cases in which the pre-existing condition coverage exclusion applies and those in which it does not as follows:

> When a patient seeks advice for a sickness with a specific concern in mind…or when a physician recommends treatment with a specific concern in mind…it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. **But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind**, or when the patient turns out not to have a suspected disease, **it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness**.

*Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted).

In other words, in order to receive treatment "for" a particular condition, either the patient or the physician must have reasonably suspected that the particular condition existed.

During the lookback period relevant to his case, Mr. Loper sought only treatment for "non-specific symptoms" of facial redness and swelling that were similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, **and no provider suspected there was a more sinister condition causing his symptoms.** This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. (**Exhibit A** to 5/16/2024 appeal letter; **Exhibit B**; **Exhibit C** at 4-5).

**The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

## III. CONCLUSION

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[2] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L Victor

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

[2] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.*** Additional payment instructions have been/will be sent in a separate letter.

**AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY**

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: [signature]

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

July 3, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1] 29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
2 *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

**AUTHORIZATION TO RELEASE INFORMATION**
**TO A THIRD PARTY**

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: Robert J Loper

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

July 3, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1]29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
[2] *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

**AUTHORIZATION TO RELEASE INFORMATION**
**TO A THIRD PARTY**

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: [signature]

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Hawks Quindel s.c.

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155

MILWAUKEE WI 530
3 JUL 2024 PM 2

quadient
FIRST-CLASS MAIL
IMI
$000.64º
07/03/2024 ZIP 53703
043M31232352
US POSTAGE

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

68114-406699

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | +18778433950 |
| | |
| **From:** | Matt |
| **Company:** | |
| **Phone:** | |
| **Fax:** | +16088672501 |
| | |
| **Date:** | 07/03/2024 |
| **Pages including this cover sheet:** | 4 |

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

July 3, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1] 29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
2 *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

# AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: [signature]

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

REF #24130665

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 21, 2024

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Robert:

We have completed our review of your Long Term Disability claim.

In order to be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to the following:

> **PRE-EXISTING CONDITION EXCLUSION.** This Policy will not cover any Total or Partial Disability:
> 1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
> 2. which begins in the first 12 months after the Insured Employee's Effective Date.
>
> "Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.
>
> "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

You became insured under this policy on 09/01/2022. Since you stopped working during the first 12 months after that date, we investigated whether or not you received treatment during the 3 months prior to your effective date. The time frame for the pre-existing period would have been from 06/01/2022 to 09/01/2022.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Information reviewed and action taken**

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to, the following:

- Attending Physician Statement completed by Dr. Gil Harmon dated 08/17/2023
- Medical Records from Gundersen Health System – Dr. William Scorby dated 08/23/2022
- Medical Records from Dr. Mark Ringstrom dated 10/26/2022
- Biopsy Report Dated 11/17/2022
- Peer Physician Review completed by Dr. Nisha Word (Board Certified Radiation Oncology) dated 06/13/2024.

According to the information contained in your claim file, you stopped working on 08/11/2023 due to a diagnosis of Salivary Gland Carcinoma. Our investigation concluded you received treatment for this condition during the pre-existing timeframe, as outlined above.

An attending physician statement was completed by Dr. Gil Harmon dated 08/17/2023. Dr. Harmon indicated you were unable to work due to Salivary Gland Carcinoma and that you were first treated for this on 10/23/2022 and diagnosed on 11/17/2022.

On 08/23/2022, you presented to Dr. William Scorby. It was noted that on 08/19/2022 you went to a family clinic for symptoms significant redness and swelling on the left side of your face as well as submandibular glandular swelling. An antibiotic was delivered via syringe on 8/19/22 and you were started on oral Augmentin. It was noted that you had psoriasis and presented to Dr. Scorby in the Gundersen Occupational Medicine department for concern of relatedness to your work (i.e. exposure to a chemical or infectious agent). Dr. Scorby's assessment was that work relatedness was unknown at that point but was not related to the psoriasis. The etiology / origin of the swelling and redness were unknown. The examination included the assessment for submandibular adenopathy (disease process relating to lymph nodes). Dr. Scorby's assessment of the condition was facial cellulitis during this visit; it was recommended that you finish your antibiotics. You were directed to follow up with your primary care physician as Dr. Scorby expressed concern over the persistent submandibular adenopathy.

On 10/26/2022 you saw Dr. Ringstrom, presenting for continued left facial swelling and redness for which you had presented to urgent care on 10/23/2022. You relayed the history of the symptoms, especially detailing that although you had been experiencing the symptoms for about the past year, the most significant exacerbation had been the events in August 2022. Dr. Ringstrom evaluated the documentation from the urgent care visit as well as a CT that had been performed. Dr. Ringstrom expressed concern about a lymph node that he believed needed to be excised and biopsied.

An Excision / biopsy of left neck lymph nodes occurred 11/17/2022, at which you were diagnosed with high-grade salivary duct adenocarcinoma.

A peer physician review was completed on 06/13/2024 by Dr. Nisha Word (Board Certified in Radiation Oncology) on 06/13/2024. In her review of the medical documentation, you experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is

not considered to be a cause or contributing factor to current impairing diagnosis however the palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022. She noted the enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for “worrisome pathology” for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma was conducted on 11/17/2022.

**Summary**

In summary, the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you were initially seen on 08/23/2022 for chronic redness and swelling on the left side of your face. During this visit you were advised to follow up with your primary care physician as Dr. Scorby expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial swelling and redness at this visit. Imaging had been performed within a short time prior to that visit. You were referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at which time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation shows you were treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition on 08/23/2022. Therefore, your condition is considered preexisting, and your claim has been denied with no benefits payable.

Please note, your claim was reviewed for the pre-existing provision only. In the event the claim would be overturned and reopened upon appeal, a full investigation into eligibility of benefits including Total or Partial Disability would need to be completed.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

REF #24130665

Fax: 800-922-3503

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Andrew Lieswald
888-815-2883 x8129
Specialist, LTD Claims
The Lincoln National Life Insurance Company

REF #24130665

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫį̨óóǫéą̨́ǫą̨íę́ę.

REF #24130665

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

June 21, 2024

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Robert:

We have completed our review of your Long Term Disability claim.

In order to be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to the following:

> **PRE-EXISTING CONDITION EXCLUSION.** This Policy will not cover any Total or Partial Disability:
>
> 1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
> 2. which begins in the first 12 months after the Insured Employee's Effective Date.
>
> "Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.
>
> "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

You became insured under this policy on 09/01/2022. Since you stopped working during the first 12 months after that date, we investigated whether or not you received treatment during the 3 months prior to your effective date. The time frame for the pre-existing period would have been from 06/01/2022 to 09/01/2022.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Information reviewed and action taken**

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to, the following:

- Attending Physician Statement completed by Dr. Gil Harmon dated 08/17/2023
- Medical Records from Gundersen Health System – Dr. William Scorby dated 08/23/2022
- Medical Records from Dr. Mark Ringstrom dated 10/26/2022
- Biopsy Report Dated 11/17/2022
- Peer Physician Review completed by Dr. Nisha Word (Board Certified Radiation Oncology) dated 06/13/2024.

According to the information contained in your claim file, you stopped working on 08/11/2023 due to a diagnosis of Salivary Gland Carcinoma. Our investigation concluded you received treatment for this condition during the pre-existing timeframe, as outlined above.

An attending physician statement was completed by Dr. Gil Harmon dated 08/17/2023. Dr. Harmon indicated you were unable to work due to Salivary Gland Carcinoma and that you were first treated for this on 10/23/2022 and diagnosed on 11/17/2022.

On 08/23/2022, you presented to Dr. William Scorby. It was noted that on 08/19/2022 you went to a family clinic for symptoms significant redness and swelling on the left side of your face as well as submandibular glandular swelling. An antibiotic was delivered via syringe on 8/19/22 and you were started on oral Augmentin. It was noted that you had psoriasis and presented to Dr. Scorby in the Gundersen Occupational Medicine department for concern of relatedness to your work (i.e. exposure to a chemical or infectious agent). Dr. Scorby's assessment was that work relatedness was unknown at that point but was not related to the psoriasis. The etiology / origin of the swelling and redness were unknown. The examination included the assessment for submandibular adenopathy (disease process relating to lymph nodes). Dr. Scorby's assessment of the condition was facial cellulitis during this visit; it was recommended that you finish your antibiotics. You were directed to follow up with your primary care physician as Dr. Scorby expressed concern over the persistent submandibular adenopathy.

On 10/26/2022 you saw Dr. Ringstrom, presenting for continued left facial swelling and redness for which you had presented to urgent care on 10/23/2022. You relayed the history of the symptoms, especially detailing that although you had been experiencing the symptoms for about the past year, the most significant exacerbation had been the events in August 2022. Dr. Ringstrom evaluated the documentation from the urgent care visit as well as a CT that had been performed. Dr. Ringstrom expressed concern about a lymph node that he believed needed to be excised and biopsied.

An Excision / biopsy of left neck lymph nodes occurred 11/17/2022, at which you were diagnosed with high-grade salivary duct adenocarcinoma.

A peer physician review was completed on 06/13/2024 by Dr. Nisha Word (Board Certified in Radiation Oncology) on 06/13/2024. In her review of the medical documentation, you experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is

not considered to be a cause or contributing factor to current impairing diagnosis however the palpable lymph nodes, adenopathy, can be considered a potential contributing or associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022. She noted the enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for "worrisome pathology" for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma was conducted on 11/17/2022.

**Summary**

In summary, the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you were initially seen on 08/23/2022 for chronic redness and swelling on the left side of your face. During this visit you were advised to follow up with your primary care physician as Dr. Scorby expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial swelling and redness at this visit. Imaging had been performed within a short time prior to that visit. You were referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at which time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation shows you were treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition on 08/23/2022. Therefore, your condition is considered preexisting, and your claim has been denied with no benefits payable.

Please note, your claim was reviewed for the pre-existing provision only. In the event the claim would be overturned and reopened upon appeal, a full investigation into eligibility of benefits including Total or Partial Disability would need to be completed.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

REF #24130665

Fax: 800-922-3503

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Andrew Lieswald
888-815-2883 x8129
Specialist, LTD Claims
The Lincoln National Life Insurance Company

REF #24130665

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti’go Diné bizaad, saad bee áká’ánida’áwo’dę́ę́’ t’áá jiik’eh, ná hóló̜. Kojį’ hódíílnih áǫįóóǫéąą́ǫąíę́ę.

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Gundersen Health - GUNDERLUTH | Robert Loper | 1230085410 |

| | | | |
|---|---|---|---|
| **Report Date:** | 6/13/2024 | | |
| **Referred By:** | Karryn Nettell | **Claimant DOB:** | |
| **Referral Date:** | 06/04/2024 | **Job Title:** | Prosthetist/Orthotist |
| **Due Date:** | 06/13/2024 | **Medical/ Surgical Condition:** | C08.0 Submandibular ductal carcinoma (liver metastasis) |
| **Referral Type:** | Addendum | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/11/2023 |
| | | **DOD:** | 08/12/2023 |
| **Physical Demands:** | | **BBD:** | 11/11/2023 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Other Comments**
**Other Comments - Thank you for your report regarding the LTD claim for Robert Loper. After reviewing your report, we are requesting an addendum due to an incorrect period of time being provided in the initial review for the pre-existing look back period. During initial appeal review, it was discovered that incorrect look-back dates were given to peer by NDC. Pre-Ex exclusion is 3/12, EE eff date is 9/1/22 so look-back dates should be 6/1/22 - 9/1/22 and when peer referral made, look-back dates were inadvertently changed to 8/1/22 - 11/1/2 and that is what the prior review was based on. Amended questions below with the correct pre-existing look back period dates: 1.Is the claimant's disability related to a new onset or is there a history of the impairment found in the records. 2. Is the claimants current impairment caused by or contributed by a condition that he received treatment for the lookback period of 06/01/2022 to 09/01/2022? Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.**

Addendum:
6/1/2022 to 9/1/2022:

Based upon the available medical records during this time period, the claimant experienced left facial swelling and cellulitis treated with antibiotic therapy. This condition is not considered to be a cause or contributing factor to current impairing diagnosis however the palpable lymph nodes, adenopathy, can be considered a potential contributing or

associated finding with the current impairing diagnosis of metastatic submandibular carcinoma noted on physical examination during occupational medicine follow up on 8/23/2022.

During this period based upon 8/22/2022 family medicine NFC north encounter, the claimant experienced redness of the left malar area with redness of the left eye, ear, and neck and fever with mild pain in his mouth. On physical examination, he was noted to have swelling left cheek, eye, and neck and tenderness of face and neck with swelling/edema of the left outer ear and redness. Left side of the neck had some swelling and erythema. The claimant had been treated with antibiotic, Rocephin therapy.

Based upon the occupational medicine follow up on 8/23/2022, the claimant also had puffiness and redness of the left eye and facial swelling with submandibular adenopathy, lymph nodes bilaterally, more so on the left than on the right on physical examination.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for “worrisome pathology” for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular carcinoma was conducted on 11/17/2024.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

The claimant is 61 y/o with progressive metastatic salivary gland carcinoma with initial diagnosis on 11/17/2022 with left neck mass lymph node dissection followed by shortly thereafter with biopsy of the left axillary lymph node on 11/29/2022 treated with cisplatin based chemotherapy on starting 12/14/2022 followed by radiation to the left neck on 5/31/2023-6/9/2023 and left axilla 6/13/2023 to 6/22/2023. Based upon Gunderson Health System medical oncology follow up with Dr. Gil Harmon on 7/21/2023, the claimant underwent recent progression of disease with recurrence in the head and neck and liver metastases. The claimant was recommended to undergo clinical trial at University of Wisconsin due to limited options and uncertain nature of ability to control the cancer. Based upon discussion with Dr. Gil Harmon on 1/5/2024, the claimant is undergoing therapy with University of Wisconsin Madison and undergoing pembrolizumab and Goferlin 8/9/2023 started and due cycle 5 on 11/29/2023.

**All medical records provided by Lincoln Financial Group as of today’s date were reviewed, including the most recent record in the file which is:**

Response: 11/15/2023 Irix Summary

**Electronically Signed:**

Nisha Word, M.D. Medicine/Oncology
Board Certified Radiation Oncology

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

June 3, 2024

**SENT VIA EMAIL & FAX**
The Lincoln National Life Insurance Company
Attn: Kelly Tedford, Claim Resolution Specialist
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

Dear Kelly Tedford:

We write in response to your email dated May 29, 2024, which acknowledges receipt of Mr. Loper's May 16, 2024 Long-Term Disability (LTD) appeal. Your email further stated that Lincoln "determined that the Pre-Existing look-back dates utilized during the claim review were incorrect" and that therefore Lincoln will withdraw Mr. Loper's appeal and the claims area will be performing an additional medical review utilizing the correct look-back dates.

Please note that according to section 2560.503–1(i)(3) of the Code of Federal Regulations, a plan administrator shall notify a claimant of a determination on an appeal of an adverse benefit determination within 45 days of receipt of the claimant's request for review. If the plan administrator determines that special circumstances require an extension of time for processing the claim, it may request such an extension for up to an additional 45 days provided it notifies the claimant prior to the expiration of the initial 45-day period. However, in no event may the review exceed 90 days from the date when the appeal was filed. If the review exceeds the 90-day limit, the claimant may deem his administrative remedies exhausted and seek judicial review. 29 C.F.R. § 2560.503-1(l); see *Gay v. Nat'l Rural Elec. Coop. Ass'n Grp. Benefits Program*, 2014 WL 5475284, *2 (S.D. Ohio Oct. 29, 2014).

**Lincoln's January 26, 2024 denial of Mr. Loper's LTD claim constitutes an adverse benefit determination and Mr. Loper appealed that determination as he is entitled to under ERISA. Accordingly, we are expecting a determination as to Mr. Loper appeal for LTD benefits within 90 days of May 16, 2024, the date he submitted his appeal.** Thus, if we do not receive a benefit determination on review by August 14, 2024, Mr. Loper may pursue his claim in federal court.

If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Cc: Mr. Robert Loper (via email)

Date: Fri May 24 12:28:55 CDT 2024
From: Kelly Tedford <Kelly.Tedford@lfg.com>
To: mwells@gundersenhealth.org
Message-ID: <1598473639.1328.1716571735340.JavaMail.webadmin@ne1plwas107.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.


**Kelly Tedford**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2593
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com



Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 24, 2024

GUNDERSEN HEALTH SYSTEM
ATTN Monica Wells
1900 South Ave
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Monica Wells:

We are writing in regard to the Long Term Disability appeal for Robert Loper.

We have begun our review and will notify you of the disposition of the appeal. Thank you for your patience during this time.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Kelly Tedford
800-423-2765 *2593
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Date: Fri May 24 12:25:45 CDT 2024
From: Kelly Tedford <Kelly.Tedford@lfg.com>
To: MVieth@hq-law.com
Message-ID: <280142771.1249.1716571545191.JavaMail.webadmin@ne1plwas106.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230085410 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230085410

Please review the attached letter and/or document(s) regarding the Claim #1230085410 for Robert Loper.   You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com.   If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Kelly Tedford**
**Specialist, Appeals Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765
Phone: 800-423-2765 *2593
Fax: 402-361-1460
Email: Kelly.Tedford@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

May 24, 2024

HAWKS QUINDEL, S.C.
ATTN JESSA L VICTOR
PO BOX 2155
MADISON, WI 537012155

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear JESSA L VICTOR:

This is to acknowledge receipt of your client's appeal for Long Term Disability benefits. We received your letter on 05/16/2024 .

We are in the process of reviewing Robert Loper's appeal and we will notify you of the results within 45 days or as soon as a decision has been made.

As part of our review of your client's appeal, you may also submit information associated with his Social Security Disability (SSD) Award for our consideration, which may include a copy of the Administrative Law Judge (ALJ) Favorable Decision or a complete copy of your client's administrative file from the Social Security Administration. The pursuit and submission of this information will be at your own cost and is optional.

Please contact me directly at the number below with any questions you may have or email us at LFGAppeals@lfg.com.

Sincerely,

Kelly Tedford
800-423-2765 *2593
Specialist, Appeals Claims
Appeals Department – Claims Solutions Shared Services
The Lincoln National Life Insurance Company

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

05/22/2024

May 16, 2024

**SENT VIA U.S. MAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated January 26, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. For the reasons stated herein, Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation. Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

## I. DOCUMENTATION IN SUPPORT OF APPEAL

Mr. Loper submits the following evidence in support of his appeal:

**Exhibit A:** Signed Declaration of Robert Loper, dated 4/8/2024
**Exhibit B:** Medical Questionnaire from Dr. Scorby, dated 3/26/2024
**Exhibit C:** Medical Records – Neighborhood Family Clinic, dated 8/20/2022
**Exhibit D:** Medical Records – Gundersen, from 8/23/2022 – 1/16/2024
**Exhibit E:** Medical Records – UW Health, from 7/19/2023 – 2/28/2024
**Exhibit F:** Letter from Dr. Bruce, dated 3/26/2024
**Exhibit G:** Personal Statement of Robert Loper, dated 5/3/2024

**Exhibit H:** Job Description - Prosthetist Orthotist
**Exhibit I:** Gundersen Health letter regarding termination of employment, dated 4/18/2024
**Exhibit J:** Benefit Verification Letter from Social Security Administration, dated 4/29/2024

This evidence, coupled with that already submitted in his claim file, shows that Mr. Loper is unable to perform each of the material duties of his own occupation due to his medical conditions and that his condition is not pre-existing under the terms of his policy. Therefore, he meets his Plan's definition of disability.

## II. FACTUAL HISTORY

### A. Employment History

Mr. Loper is 61 years old and resides in Holmen, Wisconsin. He began working as a Prosthetist Orthotist for Gundersen Health System in July 2022. Prior to the onset of his disability, Mr. Loper was earning approximately $9,356.53 per month.

A Prosthetist Orthotist is a medium occupation[1] that entails the following material duties:

1. Independently provides prosthetic and orthotic care for a full caseload of patients. Consults with and advises referring providers regarding patients' orthotic and prosthetic needs.

2. Examines affected area for factors affecting the fitting and placement of orthopedic appliances. Fits and adjusts appliances and devices to give patients maximum possible function. Makes cast of limb or deformity to determine the specifications of appliances and devices to be made. Determines materials from which appliance/device may be fabricated.

3. Bills Medicare and other third-party payers for the services he/she provides. Acquires and maintains knowledge of current billing and coding practices in the field.

4. Keeps abreast of compliance and regulatory issues in the field and complies with the same.

5. Markets him/herself and the department to both internal and external referral sources to expand referral base.

6. Attends orthotic and prosthetic continued education classes to improve the quality of care to patients.

[1] According to the Department of Labor, medium work involves exerting 20 to 50 pounds of force occasionally or 10 to 25 pounds of force frequently or an amount greater than negligible and up to 10 pounds constantly to move objects.

7. Completes a medical chart note for each patient visit or contact.

8. Acquires sufficient CEUs to maintain certification in good standing with the American Board for Certification.

9. Conducts orthotic and prosthetic clinics for Gundersen Health System staff on care and use issues.

(**Exhibit H**.)

In addition to his earnings, Mr. Loper was eligible for certain employee benefits, including participation in the LTD insurance plan. In relevant part, the Plan provides:

> TOTAL DISABILITY or TOTALLY DISABLED will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
>
> PRE-EXISTING CONDITION EXCLUSION. This Policy will not cover any Total or Partial Disability:
> 1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
> 2. which begins in the first 12 months after the Insured Employee's Effective Date.
>
> "Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.
>
> "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Unfortunately, as discussed in more detail below, Mr. Loper was diagnosed with salivary duct carcinoma in November 2022. His condition, associated symptoms, and treatment side effects began significantly interfering with his ability to perform the material duties of a Prosthetist Orthotist and eventually progressed to the point that he was forced to cease working on or about August 11, 2023. To date, he remains unable to resume working in his own or any other occupation.

### B. Medical History and Treatment During Lookback Period[2]

In mid-2021 (approximately a year before he began working for Gundersen), Mr. Loper noticed mild swelling in his neck. (**Exhibit A** at 1.) He consulted with various providers regarding his swelling, but none of them were concerned or recommended further treatment. Instead, they advised Mr. Loper to simply follow up if the swelling worsened. (*Id.*)

Over the course of the next year, Mr. Loper's swelling remained stable. Then, in mid-August 2022 Mr. Loper noticed redness and swelling on his face, for which he sought medical treatment for on August 19, 2022 at Neighborhood Family Clinic. There he was evaluated by Lori Miskell, NP (**Exhibit C** at 4) who administered an antibiotic injection and prescribed a ten-day course of Augmentin (an antibiotic medication). (*Id;* **Exhibit A** at 1.) Mr. Loper's facial redness and swelling improved in the wake of this injection. (**Exhibit A** at 1.)

On August 23, 2022, Mr. Loper sought treatment with Dr. William Scorby for a facial rash, which he suspected may be due to either a chemical exposure at work or spicy food he had eaten. (**Exhibit A** at 2; **Exhibit D** at 1-2.) Dr. Scorby noted that it was "unclear" what brought on this condition, but observed that the swelling was mild. (**Exhibit D** at 2.) Ultimately, Dr. Scorby assessed Mr. Loper to simply be suffering from facial cellulitis. **Importantly, Dr. Scorby did not suspect that Mr. Loper's symptoms were due to cancer.** (**Exhibit B**.) He recommended that Dr. Loper finish out his antibiotics and follow-up with his primary care provided as needed. (*Id.*; **Exhibit A** at 2.)

Subsequently, Mr. Loper's symptoms improved through the rest of August and September 2022 and he did not treat for his facial/neck swelling during this time. (**Exhibit A** at 2.)

### C. Subsequent Medical Treatment

On October 19, 2022, Mr. Loper established care with a new primary care provider, Dr. Kazi Rayhan. On this date, Mr. Loper explained his history of neck swelling and redness, and explained that he recently noticed a mass in the same area. (**Exhibit D** at 3.) Dr. Rayhan referred Mr. Loper for a CT scan of the neck. (*Id.* at 10.) In the meantime, Mr. Loper experienced a flare-up of redness and swelling of the left cheek and neck and went to Urgent Care, where imaging revealed an ill-defined mass in the left side of his neck. Mr. Loper was referred for an otolaryngologic consult. (*Id.* at 13.)

On October 27, 2022, Mr. Loper established care with Dr. Mark Ringstrom in otolaryngology. Dr. Ringstrom noted that this was a "very strange situation" and he could not say for sure what was the cause of Mr. Loper's inflammation and swelling. (**Exhibit D** at 17.) Because Mr. Loper was responding well to antibiotics, Dr. Ringstrom prolonged his course for a total of two

[2] To confirm, Mr. Loper became covered under the LTD Plan on September 1, 2022, thus the "look back period" spans from June 1, 2022 to August 31, 2022.

weeks of Augmentin and noted one of Mr. Loper's lymph nodes may need to be excised. (*Id.* at 17.) The excision took place on November 17th. (*Id.* at 23.) Diagnostic testing of the excised tissue demonstrated high-grade adenocarcinoma with features consistent with salivary duct carcinoma. (*Id.* at 25.)

Following his cancer diagnosis, Mr. Loper began radiation therapy and chemotherapy. (*See* **Exhibit D** at 26-52.) Mr. Loper continued to work during this treatment.

In January 2023, Mr. Loper began undergoing occupational therapy due to the impact of his neck and facial swelling on his ability to perform his activities of daily living. (**Exhibit D** at 72.) At a follow-up appointment with Dr. Gil Harmon on March 17, 2023, Dr. Harmon noted that Mr. Loper's lymphedema "causes difficulty breathing when laying flat" and had caused the need for him to sleep in a hospital bed at home. (*Id.* at 91.) The lymphedema also reduced his range of motion and impacted his voice. (*Id.*)

On May 11, 2023, oncology specialist Collin Driscoll saw Mr. Loper for follow-up. Dr. Driscoll noted that Mr. Loper had a "decent, but mixed, response to chemotherapy," with the vast majority of his disease responding nicely, but with a few lymph nodes that had progressed. (**Exhibit D** at 111.) He also noted that Mr. Loper had "notable lymphedema" in his neck. (*Id.*)

Unfortunately, Mr. Loper's lymphedema continued to worsen. On May 31, 2023, Mr. Loper saw Heidi Huber, NP for follow-up of his lymphedema. NP Huber noted that it was "affecting his range…of motion, voice quality, ability to swallow, and causing him to feel short of breath." (**Exhibit D** at 115.) She also noted that his "lymphedema will not likely resolve with cancer response especially given no improvement even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging." (*Id.*) She continued to recommend a pneumatic compression device and the use of a hospital bed, as well as a prednisone taper.

Over subsequent weeks, Mr. Loper continued with radiation treatment and occupational therapy. (*See* **Exhibit D** at 120-163.)

On July 14, 2023, Mr. Loper underwent an updated CT scan of the neck which demonstrated progressive soft tissue masses and increased size of right level 5 nodes. (**Exhibit D** at 201.)

On July 19, 2023, Mr. Loper saw Dr. Justine Bruce at UW Health for an oncology consult. On physical exam, Dr. Bruce noted generalized edema of the bilateral neck, as well as several nodules on both sides of the neck. (**Exhibit E** at 178.) Dr. Bruce explained that due to Mr. Loper's recurrent/metastatic disease, treatment would not be curative in nature but rather palliative. She discussed multiple treatment options and Mr. Loper elected to pursue enrollment on a clinical trial evaluating pembrolizumab plus goserelin. (*Id.* at 179.)

On July 21, 2023, Dr. Harmon saw Mr. Loper for follow-up and to discuss next steps for his treatment. Mr. Loper noted "rather rapid increase in the fullness of his [bilateral] neck" causing position issues with sleep and decreased range of motion. (**Exhibit D** at 165.) Due to the progression of his neck swelling inhibiting his ability to function and speak, as well as weakness and lack of stamina from his condition and associated treatment, Mr. Loper ceased working on or about August 11, 2023. (**Exhibit G**.) Mr. Loper explains that as his treatment progressed, he "developed weakness and lack of stamina" which "directly impacted [his] ability to keep a full patient workload and provide the level of care required" to perform his occupation. (**Exhibit G**.) Dr. Harmon completed FMLA paperwork for Mr. Loper on July 31, 2023. (**Exhibit D** at 168.)

Mr. Loper began treatment in the clinical trial at UW in early August 2023 and continues treatment to the present day. (*See* **Exhibit E** at 2-156.) Mr. Loper's side effects from this treatment includes hot flashes, fatigue, and shortness of breath. (*See* **Exhibit E** at 39; *see also* **Section D** below.)

On top of his cancer and treatment, Mr. Loper also has medical conditions including right knee pain, right ankle pain, left wrist pain, diabetes, and psoriasis. (*See* **Exhibit E** at 7, 16, 39.)

### D. Activities of Daily Living

Mr. Loper submits a statement explaining how his condition and treatment side effects have inhibited his ability to function on a day-to-day basis. (**Exhibit G**.) He explains:

> While [the medications from the clinical trial] did help reduce the swelling in my neck the side effects provided a new set of limitations for my body. I was made aware that I would lose muscle mass and gain weight. I am also feeling the effects of arthritis from the drugs. I am diagnosed with psoriasis. I was told the drugs make the psoriasis progress and I am breaking out in many new areas. This also can exacerbate psoriatic arthritis.
>
> The neuropathy in my feet has increased to the point that it is painful. Also, my ankles, especially the right, are painful when walking. Stairs are difficult to ascend and descend. Handrails are a must, and it is one step at a time. My knee weakness gives me instability on stairs. I also have limitations with turning my head due to pain in my neck.
>
> I have increased lack of energy and stamina. A lot of pain and weakness in my legs and feet. I have much difficulty in rising from the floor to standing position. These limitations make me unable to fabricate, evaluation, fit, teach and provide quality care for patients.
>
> Also, with these limitations[s] I am limited [in regard to] the physical requirements of lifting, push/pull up to 50 lbs. I have also found that multitasking and staying focused is more difficult than prior.

## III. BENEFITS HISTORY

### A. Short Term Disability Insurance

Upon his disability's onset, Mr. Loper promptly applied for short-term disability insurance (STDI) benefits. In reviewing that claim, LFG determined Mr. Loper was unable to perform the essential duties of his own occupation and that he therefore met his STDI Plan's definition of disability. LFG accordingly approved his claim for STDI benefits through the maximum benefit period of his policy.

### B. Long Term Disability Insurance

Because Mr. Loper remained disabled (as defined by both his STDI and LTD plans) after the exhaustion of his STDI benefits, he should have transitioned to receiving LTD benefits effective November 11, 2023 in the gross amount of $5,613.92, which is 60 percent of his predisability earnings. Instead, LFG denied Mr. Loper's claim in its entirety, stating that his disabling condition was due to a pre-existing condition as defined by his policy.

### C. Other Sources of Income

Mr. Loper has been approved to receive benefits for an individual disability income policy. In addition, Mr. Loper has also been approved for SSDI benefits in the amount of $3,416.90 per month. (**Exhibit J**.) Accordingly, Mr. Loper's net LTD benefit is worth approximately $2,197.02 per month.

## IV. APPEAL

LFG denied Mr. Loper's claim for LTD benefits because it concluded that his claim was barred by the plan's pre-existing condition exclusion. This determination should be reversed because newly submitted evidence proves that Mr. Loper's disability is not caused by a pre-existing condition and because the medical records confirm he is unable to perform each of the material duties of his own occupation. For these reasons, which are discussed in further detail below, Mr. Loper requests that LFG reverse its decision to deny his claim for LTD benefits.

### A. Mr. Loper's Disability Does Not Result from a Pre-Existing Condition Because During the Lookback Period, Neither Mr. Loper nor His Providers Suspected that his Symptoms were Due to Cancer.

In assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular**

**condition in order for the patient to be considered as being treated or seen for the particular condition.**" *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008) ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be considered 'pre-existing'"); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002) (rejecting pre-existing condition denial because "it does not make sense to say that [the plaintiff] received treatment 'for' leukemia when the actual condition was not suspected"); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994) (requiring "some awareness on the part of the physician or the insured that the insured is receiving treatment for the condition itself" in order to qualify as treatment "for" a condition). One court described the distinction between cases in which the pre-existing condition coverage exclusion applies and those in which it does not as follows:

> When a patient seeks advice for a sickness with a specific concern in mind…or when a physician recommends treatment with a specific concern in mind…it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. **But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind**, or when the patient turns out not to have a suspected disease, **it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness**.

*Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted).

During the lookback period relevant to his case, Mr. Loper sought only treatment for facial redness and swelling that was similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, and no provider suspected there was a more sinister condition causing his symptoms. This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. (**Exhibit A**; **Exhibit B**; **Exhibit C** at 4-5). **The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

### B. Medical Evidence Shows that Mr. Loper is Unable to Perform Each of the Material Duties of His Own Occupation.

Due to Mr. Loper's cancer and the treatment he is undergoing for the same, Mr. Loper is unable to perform each of the material duties of his own occupation and therefore meets the definition of disability under his plan. Medical evidence demonstrates (and Mr. Loper's treating providers supports) that Mr. Loper is unable to perform his occupation as a Prosthetist Orthotist due to symptoms including weakness, lack of stamina, decreased mobility, and fatigue. (*See* **Exhibit E** at 22, 37, 53, 150; **Exhibit F**; **Exhibit G**.) On appeal, LFG must give due consideration to the opinion of Mr. Loper's treating provider and must carefully assess the duties of Mr. Loper's **own** occupation, as required by the policy. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834 (2003) (a plan administrator "may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician"); *Elliott v. Metro. Life Ins. Co.*, 473 F.3d 613, 619 (6th Cir. 2006) (physician never discussed a claimant's job duties, "which implies that he did not conduct a reasoned evaluation of her condition to determine whether she could perform those duties"). Furthermore, the fact that Mr. Loper's employer terminated his employment because he was unable to return to work in a sufficient capacity is evidence of Mr. Loper's disability which LFG is required to consider. (**Exhibit I**.) *See Jones v. Aetna U.S. Healthcare,* 136 F. Supp. 2d 1122, 1134 (C.D. Cal. 2001) ("A determination that Jones could perform the material duties of her own occupation is not reasonable where her employer found she could not do so.")

Further, Mr. Loper's limitations are corroborated by the fact that he has been approved by the Social Security Administration to receive Social Security Disability Insurance benefits. (**Exhibit J**.) LFG is required to consider Mr. Loper's SSDI benefits as evidence of his disability and may not reject this finding with a reasoned explanation. *See Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008); *Raybourne v. Cigna Life Ins. Co. of New York,* 700 F.3d 1076, 1087 (7th Cir. 2012) (When a claimant is awarded SSDI benefits, "a plan administrator may not simply ignore this evidence but must address it and provide a reasonable explanation for discounting it, especially when the administrator operates under a structural conflict of interest").

## V. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

---

[3] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.*** Additional payment instructions have been/will be sent in a separate letter.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

# Exhibit A

**DECLARATION OF ROBERT LOPER**

STATE OF WISCONSIN )
): ss
COUNTY OF LA CROSSE)

Pursuant to § 887.015, Stats., the undersigned hereby declares as follows:

- I am an adult resident of the State of Wisconsin and currently reside at

- This declaration is submitted in support of my appeal of the denial of my Long-Term Disability (LTD) benefits.

- I began experiencing some swelling in my neck in or about the middle of 2021.

- I talked to some providers at Mayo Clinic about this swelling and was just told to let them know if it worsened.

- In March 2022, I experienced a cardiac event that resulted in my hospitalization. I mentioned the swelling in my neck to my providers at this time and they did not seem concerned about it.

- On or about August 19, 2022, I noticed facial redness and swelling for which I sought treatment at the Neighborhood Family Clinic in LaCrosse, Wisconsin. I was seen by Nurse Practitioner, Lori Miskell, who administered an antibiotic injection and prescribed a ten-day course of Augmentin (an antibiotic medication).

- In the days after the August 19th appointment, the redness and

swelling on my face improved.

- On about August 22, 2022, I noticed a rash had developed on my face and I was concerned that it was the result of exposure to chemicals in the workplace or even the result of spicy food I had eaten.

- On August 23, 2022, I saw occupational medicine doctor William Scorby at Gundersen Clinic in LaCrosse who noticed on exam some mild swelling and submandibular adenopathy, but noted that the latter condition was being monitored by my primary care provider.

- Ultimately, Dr. Scorby assessed that I had facial cellulitis and advised that I should finish out my antibiotics and follow up with my primary care provider as needed.

- My symptoms improved thereafter and remained improved throughout the rest of August and September, 2022. As such, I received no further treatment for my facial/neck swelling during this time.

- I established care with a new primary care provider, Dr. Kazi Rayhan, on October 19, 2022.

- Dr. Rayhan referred me to otolaryngologist, Dr. Mark Ringstrom.

- In the meantime, and before my appointment with Dr. Ringstrom, I experienced a flare up of my facial symptoms on October 23, 2022 for which I went to urgent care where they conducted a CT scan and again assessed me to have cellulitis.

- Three days later, I treated with Dr. Ringstrom who ordered a biopsy of my affected tissue.
- On November 17, 2022, the biopsy results returned a diagnosis of stage IV salivary ductal carcinoma.
- Prior to my appointment with Dr. Ringstrom, no provider had suggested to me that my symptoms could be due to cancer.
- Prior to my appointment with Dr. Ringstrom, I had no reason to believe, and never imagined, that my symptoms could have been due to cancer.

Signed on this 5th day of April, 2024 at Holmen
(city or other location)

in the County of La Crosse, State of Wisconsin.

Robert Loper

# Exhibit B

# MEDICAL QUESTIONNAIRE

**Patient's Name:** Robert Loper
**Patient's D.O.B.:**

1. What symptoms did Mr. Loper present with when you treated him on August 23, 2022?

Facial swelling under the Left eye and cheek. He also had some submandibular adenopathy.

2. At the time you treated Mr. Loper on August 23, 2023, what did you suspect was the cause of the symptoms?

Facial cellutitis of unknown cause or etiology

3. At the time you treated Mr. Loper on August 23, 2022, did you suspect that Mr. Loper's symptoms were due to cancer?

I did not suspect that his symptoms were due to cancer. However, because he had known adenopathy even before this episode, he was very much encouraged to follow-up with his PCP for persistent adenopathy - something his PCP was already aware of, according to the patient. Unexplained persistent adenopathy always raises some concern, and a cancer diagnosis must be in the differential diagnoses.

Date ____________ Signature [signature] MD 3-26-2024

*Printed/Typed Name:* ____________

*Address:* William B Scorby, M.D.
Gundersen Health System
~~1900 South Ave. C03-005~~
La Crosse, WI 54601

01126839

# Exhibit C

| PATIENT | | FACILITY |
|---|---|---|
| **Robert J Loper** | | **NFC North** |
| DOB | | T (608) 781-9880 |
| AGE | 61 yrs | F (608) 783-5426 |
| SEX | Male | 1526 Rose St, Suite 102 |
| PRN | LR971664 | La Crosse, WI 54603 |

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Robert | SEX | Male | RACE | White |
| MIDDLE NAME | J | DATE OF BIRTH | | ETHNICITY | - |
| LAST NAME | Loper | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | - | PRN | LR971664 | STATUS | Active patient |

CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | - |
| ADDRESS LINE 2 | - | EMAIL | |
| CITY | | | |
| STATE | | HOME PHONE | |
| ZIP CODE | | MOBILE PHONE | |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | Linda Loper | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | Spouse | | |
| PHONE | | | |
| ADDRESS | - | | |

## Diagnoses

| Current | ACUITY | START | STOP |
|---|---|---|---|
| No current diagnoses | | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Medications

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No active medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Social history

| TOBACCO USE | RECORDED |
|---|---|
| No tobacco use history available for this patient | |
| **ALCOHOL USE** | **RECORDED** |
| No alcohol use history available for this patient | |
| **SOCIAL HISTORY (FREE-TEXT)** | |
| No social history (free-text) recorded for this patient | |
| **FINANCIAL RESOURCES** | **RECORDED** |
| No financial resources recorded for this patient | |
| **EDUCATION** | **RECORDED** |
| No education recorded for this patient | |
| **PHYSICAL ACTIVITY** | **RECORDED** |
| No physical activity available for this patient | |
| **NUTRITION HISTORY** | **RECORDED** |
| No nutrition history available for this patient | |
| **STRESS** | **RECORDED** |
| No stress available for this patient | |
| **SOCIAL ISOLATION AND CONNECTION** | **RECORDED** |
| No social isolation and connection available for this patient | |
| **EXPOSURE TO VIOLENCE** | **RECORDED** |
| No exposure to violence history available for this patient | |
| **GENDER IDENTITY** | |
| No gender identity recorded for this patient | |
| **SEXUAL ORIENTATION** | |
| No sexual orientation recorded for this patient | |

## Past medical history

**ONGOING MEDICAL PROBLEMS**

high bp
diabetes
rheumatoid arthritis

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

FAMILY HEALTH HISTORY (FREE TEXT)

diabetes
heart trouble

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Robert J Loper** | | **NFC North** | **Office Visit** | |
| DOB | | T (608) 781-9880 | NOTE TYPE | SOAP Note |
| AGE | 61 yrs | F (608) 783-5426 | SEEN BY | Fred Kupfer PA-C |
| SEX | Male | 1526 Rose St, Suite 102 | DATE | 08/22/2022 |
| PRN | LR971664 | La Crosse, WI 54603 | AGE AT DOS | 59 yrs |

Electronically signed by Fred Kupfer PA-C at 08/22/2022 12:17 pm

### Chief complaint

no show/jg

### Vitals for this encounter

No vitals recorded

SUBJECTIVE

no show/jg

OBJECTIVE

ASSESSMENT

PLAN

PATIENT
**Robert J Loper**
DOB
AGE 61 yrs
SEX Male
PRN LR971664

FACILITY
**NFC North**
T (608) 781-9880
F (608) 783-5426
1526 Rose St, Suite 102
La Crosse, WI 54603

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Lori Miskell NP
DATE 08/20/2022
AGE AT DOS 59 yrs
Electronically signed by Lori Miskell NP at 08/22/2022 03:18 pm

## Chief complaint

NEW PATIENT/face swollen/jg (Appt time: 8/20/2022 7:30:00 AM) (Arrival time: 7:38 AM)

| Vitals for this encounter | |
|---|---|
| | 08/20/22<br>7:48 AM |
| Height | 72 in |
| Weight | 223.60 lb |
| Temperature | 97.80 °F |
| Pulse | 118 bpm |
| O2 Saturation | 93 % |
| BMI | 30.33 |
| Blood pressure | 118/78 mmHg |

**SUBJECTIVE**

Robert Lobert is a 59 yr old male that presents to the clinic with what appears to be an allergic reaction. /KR

States that he noted redness to left malar area yesterday. The redness then spread to his left eye, ear and neck. He thinks he may have had a fever last evening. He has some pain when he opens his mouth.

No difficulty swallowing, SOB, CP, dizziness, visual disturbances, headache, n/v/d.

**OBJECTIVE**

Administered 500mg of Ceftriaxone into left glute muscle.
Lot: 2A0046A30
Exp: 06/2024 /KR
GEN: WDWN, In NAD. Aferbrile. Swelling and erythema noted to left cheek, eye and neck. Slight tenderness to palpation of face and neck.
Ears: TM's normal bilaterally. Left outer ear with edema and erythema.
Eyes: conjunctivae clear, no discharge. Left eye with swelling. PERRLA.
Nose: nasal mucosa normal.
Pharynx clear. No swelling noted. Uvula midline. Teeth intact.
Neck: Left side of neck with some swelling and ertythema.
Lungs: clear, no rales, rhonchi, wheezes..

**ASSESSMENT**

Cellulitis

**PLAN**

1. Rocephin 500 mg IM. Start Augmentin 875/125 mg po bid for 10 days. SE handout given.
2. Initially discussed UC but patient declined. He is to report to the ER for any worsening symptoms i.e, fever, chills, worsening swelling, difflucity swallowing. He agrees with plan.
3. Follow up on Monday with Fred. K.

practice fusion

# Exhibit D

**Progress Notes by Scorby, William R, MD at 08/23/22 1100**

| | | |
|---|---|---|
| Author: Scorby, William R, MD | Service: — | Author Type: Physician |
| Filed: 08/23/22 1140 | Encounter Date: 8/23/2022 | Status: Signed |
| Editor: Scorby, William R, MD (Physician) | | |

**Robert J Loper 000008828980**

**OCCUPATIONAL MEDICINE -- LA CROSSE**
**August 23, 2022**

Bob is referred from Employee Health for evaluation of facial swelling.

**Date of illness: 08/19/2022**
**Employer: Gundersen Health System**

On Friday afternoon, 08/19/2022, around 12:30 p.m. he noticed a little puffiness and redness under the left eye. This was just after lunch and he thought he might have rubbed his face with his hand that was handling a hot pepper. However the redness and swelling progressed and he woke the next morning with significant increase in the redness and swelling that involved much of the left side of his face. He also noticed some increased submandibular glandular swelling. He went to the Neighborhood Family Clinic and was evaluated there. He was felt to have a facial infection was given a shot of some antibiotic and then a 10 day course of Augmentin. Over the weekend his redness and swelling of gradually improved significantly.

The morning before developing this facial swelling he was will working with patients in the orthotics Clinic doing his usual work. Measuring and fitting patients with orthotics. He wore mask and use hand sanitizer between patients as usual. He has not been exposed to any new products or chemicals. At lunch she ate his lunch his office and then walked on the treadmill at the on-site exercise facility. In the afternoon he he said his desk doing computer work.

Medical history notable for psoriasis and has multiple patches on elbows and knees.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |

**Progress Notes by Scorby, William R, MD at 08/23/22 1100 (continued)**

| | |
|---|---|
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • PAXLOVID, EUA, tablet | Take by mouth |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

No current facility-administered medications for this visit.

**Exam:** Head/face: There is still some mild swelling, but no redness, on the left side of his face from just below his left eye, cheek to the angle of the mandible. Some submandibular adenopathy, bilaterally, but more so on the left than the right. He says this is back to baseline, as this has been noticed before and is being followed by his PCP. He has a beard and there does not appear to be any breaks in the skin or psoriatic patches on the face.

Eyes ears are clear without discharge.
Neck is supple and nontender.
Skin: Psoriatic patches scattered over the extensor elbows and knees.
**Assessment**
**1. Facial cellulitis**

It is unclear to me what brought on this facial eruption. Does not appear that anything is changing his work environment. He was concerned that he was some our exposed to some infectious agent that got under his skin, possibly through a tiny psoriatic fissure. I am not so sure. I think the work relatedness in this case is unknown.

**Plan:** He will finish out his antibiotics and follow-up with his PCP as needed. I think he definitely should see his PCP for his persistent submandibular adenopathy.

Total Time on encounter: 30 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

William R Scorby, MD
'

Electronically signed by Scorby, William R, MD at 08/23/22 1140

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920**

Author: Rayhan, Kazi Z, MD | Service: — | Author Type: Physician
Filed: 10/19/22 1154 | Encounter Date: 10/19/2022 | Status: Signed
Editor: Rayhan, Kazi Z, MD (Physician)

**59 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**October 19, 2022**

**Chief Complaint**
Patient presents with
- Establish Care

**HPI:**

The patient comes to establish care with me. He is also here for his annual wellness visit.

This patient was getting his care at Mayo Clinic in lacrosse until recently. He had labs drawn at Gundersen Health System on October 14, 2022. Today, he wants to talk about lab results and management options of his chronic diseases.

Overall, the patient reports that his health status has remained stable. He has 1 main acute concern today. The patient reports having neck mass. He has had a large neck circumference for at least several years. However, during the last couple of years, the size of his neck has increased. He has also palpated hard mass on his anterior and upper neck and on both sides of his neck. He denies having any discomfort or pain in his neck. He denies having any swallowing difficulty. He has history of surgery on his neck sometime in 1980 or 1981 for a benign tumor. He has no radiation history in his neck.

The patient today denies having any headaches, dizziness or lightheadedness. He denies having any visual symptoms.

He denies having any fever, chills, cough, chest pain or shortness of breath. He has history of asthma for which he takes Symbicort and albuterol inhaler as needed. He quit smoking about 30 years ago. He smoked for about 15 years and about 1 pack daily. The patient denies having any orthopnea, paroxysmal nocturnal dyspnea or leg swelling.

This gentleman was diagnosed with non ST elevation MI and heart failure in March of 2022 at Mayo Clinic. He has 2 stents coronary arteries. He takes Plavix 75 mg daily and aspirin 81 mg daily along with rosuvastatin 40 mg daily and metoprolol 25 mg once daily in the morning. He denies having any chest pain or dyspnea with exertion.

The patient denies having any acute GI or GU symptoms or concerns. He takes pantoprazole 40 mg daily for acid reflux symptoms.

The patient has a diagnosis of diabetes. He takes 1000 mg of metformin daily for his diabetes.

Regarding his dyslipidemia, he takes both fenofibrate 145 mg daily and rosuvastatin 40 mg daily.

This gentleman has history of psoriasis related rash over his elbows and knee joints. He applies clobetasol cream as needed. He wants me to switch clobetasol cream to clobetasol ointment.

Today, he denies having any numbness, tingling or weakness in his extremities.

He denies any falls.

The patient did not report having any depression or anxiety.

He does report having history of chronic intermittent fatigue and snoring. He has never been diagnosed with sleep apnea.

**Patient Active Problem List**

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia (*)
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication (*)
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris (*)
- Psoriasis (*)
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • blood sugar test strips | daily |
| • lancets 30 gauge Misc | daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • [DISCONTINUED] albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs Every 4 hours as needed |
| • [DISCONTINUED] aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • [DISCONTINUED] budesonide- | Inhale 2 Puffs into mouth/lungs 2 times daily |

| | |
|---|---|
| formoterol 160-4.5 (SYMBICORT) 160-4.5 mcg/actuation HFAA | |
| • [DISCONTINUED] clobetasoL (TEMOVATE) 0.05 % cream | Apply to skin 2 times daily as needed |
| • [DISCONTINUED] clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • [DISCONTINUED] fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • [DISCONTINUED] lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • [DISCONTINUED] metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • [DISCONTINUED] metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • [DISCONTINUED] nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • [DISCONTINUED] pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • [DISCONTINUED] PAXLOVID, EUA, tablet | Take by mouth |
| • [DISCONTINUED] rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

**Current Medications**

| Medication | Sig |
|---|---|
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE- | Take 2 Tablets (1,000 mg) by mouth daily with |

| | |
|---|---|
| XR) 500 mg extended release tablet | breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

**No past medical history on file.**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**No Known Drug Allergies**

**SOCIAL**
**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Social History Narrative

*Lives with wife (Linda) in Holmen.*

*4 adult children.*
*2 horses.*

*Exercise: walking on Treadmill. Walks 2 miles/day.*

**Family History**

No family history on file.

**ROS:** A complete (at least 10 systems) ROS was performed and is negative except as noted above in HPI.

**Physical Exam:**

BP 134/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 70 | Ht 187.5 cm (6' 1.82") | Wt 104.8 kg (231 lb) | BMI 29.80 kg/m²

**Gen:** NAD. Very pleasant. Overweight gentleman.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Neck:** No thyromegaly noted based on visual inspection, No carotid bruit. Large neck circumference noted. The patient has indurated area over his anterior and upper neck (over his submental triangle). Lateral and upper aspect of his neck also seemed indurated. No tenderness or increased erythema or increased warmth noted.
**Chest:** Clear to auscultaion b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g. Apical impulse non-displaced.
**Abdomen:** Soft, Non-tender, Non-distended, No organomegaly, + bowel sound.
**Musculoskeletal:** No obvious deformities noted. Appears to move all extremities normally. No swelling/redness noted in hand joints.
**Extremities:** No edema noted. No varicose veins.
**Neuro:** CN II to XII grossly NL, appears to have normal strength in all major muscle groups of extremities. Normal gait noted.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight. No hallucinations/delusions noted. No SI/HI.

**Health Maintenance:** Reviewed with patient.

PHQ-2:
Q1 Little interest or pleasure in doing things: Not at all
Q2 Feeling down, depressed or hopeless: Not at all

No flowsheet data found.

**Labs:** Reviewed and discussed the most recent lab tests results with the patient.

**Assessment & Plan**

| | | |
|---|---|---|
| 1. | Encounter to establish care with new doctor | |
| 2. | Need for prophylactic vaccination and inoculation against influenza | FLU VACCINE QUADRIVALENT P-FREE IM |
| 3. | Vitamin D deficiency | cholecalciferol, VITAMIN D3, 2,000 unit capsule |
| 4. | CKD (chronic kidney disease), stage II | |
| 5. | Internal hemorrhoids | |
| 6. | Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | LAB HEMOGLOBIN A1C |
| | | LAB ALBUMIN CREATININE RATIO<br>LAB HEMOGLOBIN A1C<br>LAB CREATININE |
| 7. | Dyslipidemia (*) | rosuvastatin (CRESTOR) 40 mg tablet |
| 8. | Gastroesophageal reflux disease without | pantoprazole (PROTONIX) 40 mg delayed release tablet |

| | | |
|---|---|---|
| | esophagitis (*) | |
| 9. | Mild persistent asthma without complication (*) | PFT TESTING |
| | | albuterol 90 mcg/actuation HFA inhaler<br>SYMBICORT 80-4.5 mcg/actuation HFAA |
| 10. | History of non-ST elevation myocardial infarction (NSTEMI) (*) | |
| 11. | Chronic systolic heart failure (*) | |
| 12. | Psoriasis (*) | clobetasol 0.05 % (TEMOVATE) 0.05 % ointment |
| 13. | Coronary artery disease involving native coronary artery of native heart without angina pectoris (*) | |
| 14. | Screening for colorectal cancer | LAB FECAL IMMUNOCHEMICAL TEST |
| 15. | Neck mass | CT NECK SOFT TISSUE WITH CONTRAST |
| 16. | History of smoking | |
| 17. | Need for vaccination against Streptococcus pneumoniae | PNEUMOCOCCAL CONJUGATE PCV20 VACCINE |
| 1 | Risk factors | |

8. for obstructive sleep apnea

**Elaboration of Assessment & Plan above**:

The patient and I have reviewed his chronic diseases, medications and most recent lab tests results. Overall, the patient's chronic medical diseases listed above have remained stable/well-controlled with current medications.

Since he has not been requiring Symbicort 160-4.5 mcg/actuation inhaler on a regular basis, I have lowered the dose of Symbicort. I have advised him to take Symbicort twice daily and albuterol as needed.

Regarding his neck mass, I have ordered CT scan of neck with contrast. I have advised him to remain adequately hydrated on the day when he will be having CT scan of neck.

I have advised him to take 2000 units of vitamin-D daily.

All his other chronic diseases appear to have remained stable/well controlled with current medications. We have not made any other changes to his medication regimen.

I did recommend evaluation for sleep apnea. However, the patient declines to get evaluation for sleep apnea at this time.

He was advised to get additional labs drawn later today and see me about 3 to 4 weeks later in order for me to go over his chronic diseases more thoroughly.

Preventative Health care needs were addressed. He received a fit test kit for colorectal cancer screening. He received influenza and pneumonia vaccines today as well.

We have agreed to see each other about 3 to 4 weeks later. He was encouraged to contact me if he has any questions or concerns.

Total Time on encounter: In addition to time spent for establishment of care and annual wellness visit, at least an additional 45 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**Pre-visit planning (PVP)** for next visit (about 3 to 4 weeks later) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 10/19/22 1154

**END OF REPORT**

**Clinical Support Note by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 0920**

| | | |
|---|---|---|
| Author: Schoh, Carrie, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 10/19/22 1154 | Encounter Date: 10/19/2022 | Status: Signed |

Editor: Schoh, Carrie, MEDICAL ASSISTANT (Medical Assistant)

Under the order of Kazi Z Rayhan, MD and supervision of Kazi Z Rayhan, MD the following is given.

**Immunizations Administered Administered**

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **INFLUENZA VACCINE** | 10/19/2022 | 0.5 mL | 8/6/2021 | Intramuscular |
| **Pneumococcal conjugate PCV20 Vaccine** | 10/19/2022 | 0.5 mL | 2/4/2022 | Intramuscular |

Electronically signed by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 1154

**END OF REPORT**

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334**

| | | |
|---|---|---|
| Author: Deigmann, Tara K, NP | Service: Medical | Author Type: Nurse Practitioner |
| Filed: 10/23/22 1403 | Date of Service: 10/23/22 1334 | Status: Signed |

Editor: Deigmann, Tara K, NP (Nurse Practitioner)

**Robert J Loper 000008828980**

**ONALASKA - URGENT CARE**
**Date of Service:** 10/23/22

**Encounter Diagnosis**
The primary encounter diagnosis was Mass of left submandibular region. A diagnosis of Cellulitis of face was also pertinent to this visit.

**ED/UC Department Course**
Symptoms and medical history reviewed with patient. Discussed findings of physical exam and IV started for CT with contrast of the soft tissues of the neck which returns per radiology report below. Discussed with ENT on call and per their recommendation, patient was prescribed a course of augmentin for cellulitis and consult placed for evaluation in that department this week. Symptoms reviewed that would need reevaluation. Dr. Chaltry available for consult.

CT Neck Soft Tissue with Contrast
**Final Result**

Diffuse cellulitis involving primarily the left neck, no abscess collection.

Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be enlightening.

RESULTS COMMUNICATED TO: TARA K DEIGMANN, UCON
DATE/TIME CALLED: 10/23/2022 10:50 AM

The provider understood and acknowledged the results.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Physician Follow-up Appointment/Instructions/Discharge Medication Summary**
La Crosse - Otolaryngology

.

| | Status |
|---|---|
| **Otolaryngology Consult**<br>Comments: Order a LIMITED CT SCAN OF THE SINUSES, if the patient has chronic sinus problems.<br><br>Order a CONSULT TO AUDIOLOGY,if the patient has a hearing, balance, or ear problems.<br><br>Order a CONSULT TO SPEECH PATHOLOGY, if the patient has a speech problem.<br>Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) Provider: (Not yet assigned) | Ordered |

| Question | Answer | Comment |
|---|---|---|
| Reason for Consult? | submandibular mass | |
| Follow up in: Days/Weeks: | 3-4 Days | |

## Medications At Discharge

**Start Taking**
**amoxicillin-clavulanate** 875-125 mg tablet
Commonly known as: AUGMENTIN
Take 1 Tablet by mouth 2 times daily for 7 days

**Discharge Instructions**

Begin your antibiotics today.

Follow up with Otolaryngology next week.

The Patient Services Department at Gundersen Health System will be coordinating your pending appointments. You will receive your appointment information within the next few business days. If you have not received any information, please contact us at 608-775-2374.

**History of Present Illness**

Patient presents with concern of increasing redness and swelling of the left cheek and neck. He established care with Internal Medicine on 10/19/22 after previous care had been at MHS. At that visit he expressed concern with enlargement of a mass in the left neck. He reports since earlier this year, the area becomes intermittently red and swollen. He has had surgery in this area for a "benign tumor" in the early 1980's while living in southern Ohio. He has been seen at the Neighborhood Family Clinic and prescribed antibiotics for cellulitis which did improve swelling temporarily. He was scheduled to have a CT with contrast this week, however redness and swelling has worsened over the last two days. He denies any fever or chills at home. He has not had any difficulty swallowing or breathing. He denies any mouth pain.

**Current Outpatient and Patient Reported Medications**

Med List Status: Med History Complete ED/UC RN

Reviewed by Deigmann, Tara K, NP on 10/23/22 at 0921

| Medication | Sig |
|---|---|
| albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| blood sugar test strips | daily |
| cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| lancets 30 gauge Misc | daily |
| lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |

| | |
|---|---|
| metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| Multivitamin Cap | Take 1 Capsule by mouth Daily |
| nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

No Known Drug Allergies
History reviewed. No pertinent past medical history.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |

Vaping Use

| | |
|---|---|
| • Vaping Use: | Never used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for facial swelling. Negative for sore throat and trouble swallowing.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
All other systems reviewed and are negative.

| Vital Signs First Value | Vital Signs Last Value (10/23/22 0828) |
|---|---|
| BP: 153/88<br>Pulse : 86<br>Temp: 36.7 °C (98 °F) | <br>BP: 153/88<br>Pulse: 86 |

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334 (continued)**

| | |
|---|---|
| Resp Rate: 18<br>O2 Sat (%): 98 %<br>Device (Oxygen Therapy): room air | Heart Rate (monitor):<br>Temp: 36.7 °C (98 °F)<br>Resp Rate: 18<br>O2 Sat (%): 98<br>O2 Device (Oxygen Therapy): room air<br>Flow (L/min): |

Physical Exam
General: A pleasant appearing patient who appears in no acute distress sitting erect on the examination table. Alert and oriented. Dressed appropriately. Vital signs and nursing notes reviewed.
Head: Atraumatic
Ears: Bilateral external auditory canals are clear, besides minimal cerumen. TMs are nonretracted and nonerythematous.
Nose: Nasal turbinates are without erythema or discharge.
Oropharynx: No erythema. Uvula rises in the midline. No masses. No exudate. Indurated mass located in the left neck and parotid gland, unable to assess cervical lymph nodes.
Cardiac: Regular rate and rhythm.
Lungs: Clear to auscultation bilaterally, no wheezes or crackles.
Skin: Mild erythema of the left cheek and neck. Difficult to assess through facial hair.

Procedure

Tara K Deigmann, NP

Electronically signed by Deigmann, Tara K, NP at 10/23/22 1403

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500**

Author: Ringstrom, Mark J, MD Service: — Author Type: Physician
Filed: 10/27/22 0700 Encounter Date: 10/26/2022 Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper 000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - ONALASKA**
October 26, 2022

**History of Present Illness:**
Robert J Loper is a 59 y.o. year old male who presents for evaluation of left facial and neck swelling/cellulitis. This is a strange case. Evidently Robert has had issues with left face and neck swelling for about a year. It has been subtle and mostly only noticeable to himself for most of this time, but back in August he had a significant exacerbation where he had significant eyelid edema, redness of the skin of the face neck and submental region as well as cellulitis affecting the pinna. He feels like it all started at once in all of these locations, not necessarily originating from the ear or eye or any other focal wound. He went into the Neighborhood Family Clinic and was treated with course of antibiotics. This rapidly improved his symptoms over first couple of days. The swelling remained, but the redness and intense cellulitis was resolved. This last weekend things took a turn for the worse again. Again it did not seem to occur for any particular reason or start in anyone anatomic site. He went into urgent care and was also given a course of Augmentin, with follow-up here today with me. He also had a CT scan done while he was in urgent care.

He does have a history of a left submandibular mass excision as young man. He is not clear exactly what this was for with the pathology was. He has a metallic foreign body in the midline submental region on his CT scan, and Robert is unaware of but that may be or why it is there.

Medical history significant for prediabetes, overweight/obesity, alcohol use.

Denies any active dental disease.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Bilateral canals clear. TMs intact. Middle ears aerated.
Nose: nares normal, septum midline, mucosa normal, no drainage or sinus tenderness
Oral Cavity/Oropharynx: Several previous dental extractions. No evident active dental or periodontal disease. Oral cavity and oropharynx otherwise are unremarkable. No asymmetric swelling. His parotid is full but the buccal space is otherwise soft
Neck: Significant diffuse asymmetric fullness of the tail of parotid level 2 and 3 neck. He has a small firm level 5 lymph node, perhaps 15 mm diameter on the posterior aspect of the zone of edema. Edema goes into the some and tubular and submental space. Everything below the hyoid is essentially soft without involvement

**Imaging:**
I reviewed his CT scan again. He has a diffuse cellulitis with fat stranding of the left face and neck. There is a bone density or metallic density foreign body in the midline submental subcutaneous space. No focal abscesses. Pharynx unremarkable. Sinuses unremarkable. No sign of dental origin. Multiple reactive lymph nodes throughout the neck

**Assessment / Plan:**
Chronic left facial and neck swelling, with acute cellulitic exacerbation

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

This is very strange situation. I cannot quite say what the cause of the underlying left-sided inflammation and swelling is, or what is leading to these acute exacerbations.

He is responding well to antibiotics. I prolonged this course for a total of 2 weeks of Augmentin since he is going out of town for the next 2 weeks. I would like to see him back in about 3 weeks. He has a lymph node that I think we need to excise to evaluate for any more worrisome underlying pathology.

Mark J Ringstrom, MD

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 10/27/22 0700

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840**

Author: Rayhan, Kazi Z, MD | Service: — | Author Type: Physician
Filed: 11/15/22 1020 | Encounter Date: 11/15/2022 | Status: Signed
Editor: Rayhan, Kazi Z, MD (Physician)

**Robert J Loper** **000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**November 15, 2022**

**Chief Complaint**
Patient presents with
- Disease Management

**HPI:**

The patient comes to see me regarding management of his chronic diseases. I saw him recently on October 19th. At that time, I have ordered multiple labs and CT scan of soft tissue of neck.

The patient was seen in the Onalaska Urgent Care on October 23rd. At that time, he actually did have CT scan of neck for evaluation. CT scan of neck showed diffuse cellulitis and ill-defined mass in the left side of his neck. Radiologist documented that differential diagnosis include neoplasm or other infiltrating lesions.

The patient was then seen by 1 of our ENT specialists on October 26th. He is now scheduled for a lymph node excision on November 17th.

The patient was given a prescription for Augmentin for 7 days on October 23rd by the provider in the urgent care. Dr. Ringstrom extended the course of antibiotic by another week. The patient finished taking Augmentin on November 6th.

Today, he denies having any acute symptoms. He is quite concerned about his neck mass. Today, he denies having any increased warmth, redness or any acute pain in his neck.

The patient denies having any headaches. He did not report having any difficulty breathing.

He has been taking all his medications as prescribed.

**Patient Active Problem List**

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg | Take 1 Tablet by mouth 2 times daily |

| | |
|---|---|
| tablet | |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

**Current Medications**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, | Take 1 Capsule (2,000 Units) by mouth daily |

| | |
|---|---|
| 2,000 unit capsule | |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Family History**

No family history on file.

**Social History**

Socioeconomic History
- Marital status: Married
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Occupation: Prosthetist

Tobacco Use
- Smoking status: Former Smoker
  - Packs/day: 1.00
  - Years: 15.00
  - Pack years: 15.00
  - Quit date: 1992
  - Years since quitting: 30.8
- Smokeless tobacco: Never Used

Vaping Use
- Vaping Use: Never used

Substance and Sexual Activity
- Alcohol use: Not on file
- Drug use: Not on file
- Sexual activity: Not on file

No Known Drug Allergies

**Review of systems:** Negative except for what is noted in HPI above.

**Physical Exam:**

BP 138/89 | Pulse 80 | Wt 106.6 kg (235 lb 1.6 oz) | BMI 30.33 kg/m²

The patient appears comfortable. No apparent distress noted.

He has a relatively large mass over the entire left side of anterior neck. The mass is firm upon palpation no tenderness noted. No increased warmth or erythema noted.

The patient is breathing comfortably.

Cranial nerves 2-12 are grossly normal.

The patient is fully alert and oriented.

**Assessment & Plan**

| | | |
|---|---|---|
| 1. | Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | |
| 2. | Chronic systolic heart failure (*) | |
| 3. | Gastroesophageal reflux disease without esophagitis (*) | |
| 4. | Mild persistent asthma without complication | |
| 5. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 6. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | |
| 7. | Vitamin D deficiency | LAB 25-HYDROXY VITAMIN D |
| 8. | Preventative health care | LAB MAGNESIUM |

**Elaboration of Assessment & Plan above**:

I have reviewed the patient's chronic diseases, medications and most recent lab test results. I have also reviewed the results of CT scan of neck and notes written by the provider in the urgent care and by the patient's ENT specialist.

At this time, I have advised him to see me about 6 months later. He will get labs drawn again before his appointment.

Blood pressure readings are towards the upper end of normal. I have emphasized the importance of healthier lifestyle to improve blood pressure readings. For now, he will continue with his current medications for blood pressure. He was instructed to get his blood pressure readings checked by 1 of our medical assistants about 4 weeks from now.

I have emphasized the importance of keeping his appointment with his ENT specialist on November 17th.

We have reviewed preventative care needs. He was instructed to get COVID-19 booster vaccine from a pharmacist during the next couple of weeks.

The patient was encouraged to contact me if he has any questions or concerns.

**Pre-visit planning (PVP)** for next visit (in April, 2023) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 11/15/22 1020

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430**

Author: Ringstrom, Mark J, MD    Service: —    Author Type: Physician
Filed: 11/18/22 1123    Encounter Date: 11/17/2022    Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**OTOLARYNGOLOGY HEAD & NECK SURGERY PROCEDURE NOTE**

11/17/2022
Robert J Loper
000008828980

**PROCEDURE:**
1. Excision of left neck level 5 lymph nodes; CPT 38510

**SURGEON:** Mark J Ringstrom, MD.

**PRE-OPERATIVE DIAGNOSIS:** Diffuse neck swelling.

**POST-OPERATIVE DIAGNOSIS:** same.

**ANESTHESIA:** General

**OPERATIVE FINDINGS:**
Cluster of enlarged lymph nodes left neck level 5

**DESCRIPTION OF PROCEDURE:**
A time-out was performed. Risks and benefits were discussed including the risk for hematoma or bleeding due to his current Plavix use.

In the clinic operating suite the left neck was inspected. There was a palpable node in left neck level 5b, largely behind the area of diffuse cutaneous/subcutaneous swelling which was largely anterior to the sternocleidomastoid. The planned incision was marked, cleansed with alcohol, then injected with lidocaine with epinephrine. Sterile prep and drapes were applied.

A 25 mm incision was made. Dissection was carried down through the platysma. The conglomeration of lymph nodes was dissected. The largest was about 1 cm in size. Bipolar cautery was used throughout to help

insure hemostasis. The majority of the specimen was sent fresh for cytology/pathology with note for potential lymphoma workup. Portion was also sent for tissue culture. The wound was inspected for hemostasis. Closure of the platysma was done with Vicryl. Skin was closed with deep dermal Vicryl followed by Prolene on the skin surface.

**COMPLICATIONS:** None.

**EBL:** 10 mL
**FLUIDS:** See anesthesia record
**CONDITION:** Stable

Mark J Ringstrom, MD

Electronically signed by Ringstrom, Mark J, MD at 11/18/22 1123

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900**

| | | |
|---|---|---|
| Author: Ringstrom, Mark J, MD | Service: — | Author Type: Physician |
| Filed: 11/23/22 1606 | Encounter Date: 11/23/2022 | Status: Addendum |

Editor: Ringstrom, Mark J, MD (Physician)
Related Notes: Original Note by Ringstrom, Mark J, MD (Physician) filed at 11/23/22 1605

**Robert J Loper** **000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
November 23, 2022

**History of Present Illness:**
Robert J Loper comes in today for recheck of his left neck, suture removal, and discussion of pathology. I had talked with him last night to relate the diagnosis.

He tells me the neck surgical site is doing well. No concerns there.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Oral Cavity/Oropharynx: Oral cavity and oropharynx look good. No asymmetric mass effect. No edema
Neck: Diffuse firm pitting edema of the left upper neck, sub mentum and extending over to the right submandibular region. surgical site in the left base of neck looks good. Prolene sutures removed

**Pathology:**



Lincoln/Loper 0991

GUNDERSEN
HEALTH SYSTEM

PATHOLOGY REPORT

***Important note to patients:*** *Gundersen Health System believes that sharing your results with you can improve the patient experience. We also know that pathology reports can be complicated. Any questions can be addressed when you are contacted by your health care provider or when you see them in follow-up.*

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **LOPER, ROBERT J** | | | **Pathology #:** | **S22-31070** |
| Med. Record. No.: | 8828980 | Age: | 60 | Date of Procedure: | 11/17/2022 |
| Date of Birth: | | Sex: | M | Date Received: | 11/18/2022 7:49:32 AM |
| Submitted by: | Mark J Ringstrom | | | | |
| Report also to: | Kazi Z. Rayhan | | | | |

**DIAGNOSIS:**

Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a salivary gland tumor nodule that is totally replaced by malignancy,

CLINICAL INFORMATION:
Diffuse neck swelling, concern for lymphoma

SPECIMEN(S) RECEIVED:
Left neck level 5 node

GROSS DESCRIPTION:
Received fresh is a partially fragmented, 1.7 x 1.4 x 0.9 cm, firm, tan-white lymph node. Sectioning reveals focal necrosis. A Touch preparation is performed and stained with Diff-Quik for pathologist review. A portion of the tissue is placed and held in RPMI. Representative tissue submitted for permanent sections in A1 and A2.

**Immunohistochemistry Results**

Formalin-fixed, paraffin-embedded tissue is utilized. Tissue sections are incubated with the following antibodies. Controls stain appropriately. Complete procedural methodology is available upon request. Results indicated below:

Material: Block A1

| Marker For: | Result | Comment |
|---|---|---|
| p40 | Negative | |
| TTF-1 (8G7G3/1) | Negative | |
| Cytokeratin 7 | Positive | |
| Cytokeratin 20 | Negative | |

Gundersen Lutheran Medical Center, Inc. 1900 South Avenue La Crosse, WI 54601
Page 1 of 2

**Assessment / Plan:**

Salivary ductal carcinoma left neck, likely submandibular origin

I was very sorry to share the diagnosis with Bob. We talked about next steps. I have him on the schedule for PET scan on Friday. I have discussed his case with Colin and Gil. He is set up to see radiation oncology immediately following, and Medical Oncology next week. Dr. Harmon has already requested tumor markers on the specimen to help direct treatment.

Depending on the appearance of PET scan we may want to consider sampling the skin to look for a dermal metastasis type picture. I mentioned this as a possibility to Bob, but we will see with the PET scan shows.

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1605
Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1606

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 11/25/22 1630**

| | | |
|---|---|---|
| Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician |
| Filed: 11/28/22 0807 | Encounter Date: 11/25/2022 | Status: Signed |
| Editor: Driscoll, Collin D, MD (Physician) | | |

**RADIATION ONCOLOGY - NEW PATIENT**

November 25, 2022
Robert J Loper
000008828980

**REQUESTING PROVIDER:** Ringstrom, Mark J, MD

**REASON FOR NEW PATIENT REFERRAL:** Salivary duct adenocarcinoma

**HISTORY OF PRESENT ILLNESS:**
Robert J Loper is a 60 y.o. male who presented in the late summer because of left facial and neck swelling. It was initially felt to be related to cellulitis and he was placed on antibiotics. And the redness and intense cellulitis resolved but there was some swelling that is still remained. In mid to end of October symptoms again worsened and he went into urgent care and was given an additional course of Augmentin. He had a CT scan done of the neck that showed an ill-defined mildly hyper enhancing masslike lesion in the region of the left

submandibular gland with poorly defined margins and adjacent mildly enlarged platysma and left sternocleidomastoid muscle. There was also cervical lymphadenopathy. Differential included tumor and other infiltrative process and he was referred to ENT, and when symptoms and swelling did not completely resolve on antibiotics he had excision of a left neck lymph node level 5 on November 17, 2022 and it showed adenocarcinoma consistent with salivary duct origin. He was then set up for a PET scan which was done earlier today.

He does not sleep well because of "congestion" in chest and neck and that is worse in AM and gets better as day goes on. No dysphagia or odynophagia.

Smoking History: 15 pack year and quit in 1992

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Family History**

No family history on file.

**Patient Active Problem List**

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

No Known Drug Allergies

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |

| | |
|---|---|
| | (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • predniSONE 20 mg tablet | Take 3 Tablets (60 mg) by mouth daily for 3 days, THEN 2 Tablets (40 mg) daily for 3 days, THEN 1 Tablet (20 mg) daily for 3 days. |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

No current facility-administered medications for this visit.

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |

| | |
|---|---|
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | Prosthetist |
| Tobacco Use | |
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.9 |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Primary Care Provider: Primary Care Providers:
Rayhan, Kazi Z, MD

**REVIEW OF SYSTEMS:**
Complete review of systems was done and is negative except for what is in the history.

**CONTRAINDICATIONS TO RADIATION THERAPY:**
No contraindications to radiation. No history of prior radiation, lupus, scleroderma, chron's disease, ulcerative colitis, or pacemaker/defibrilator.

**PERFORMANCE STATUS:** KPS: 90

**PHYSICAL EXAMINATION:**

| Vitals | 10/23/2022 | 11/15/2022 |
|---|---|---|
| **Systolic** | 153 | 138 |
| **Diastolic** | 88 | 89 |
| **Pulse** | 86 | 80 |
| **Temperature** | 36.7 C | - |
| **Respiration** | 18 | - |
| **Weight (kg)** | - | 106.641 kg |
| **Weight (lb/oz)** | - | 235 lb 1.6 oz |
| **Height (cm)** | - | - |
| **Height (ft/in)** | - | - |
| **BMI** | - | 30.33 kg/m2 |
| **BSA** | - | 2.36 m2 |

Some recent data might be hidden

Constitutional: Patient is alert and oriented
Patient is in no acute distress.

Eyes: extra ocular movements intact, sclera anicteric.
Head, Ears, Nose Throat: Normocephalic, atramatic, Moist mucous membranes, no thrush.
-he has fairly indurated skin of the left neck that crosses midline below chin and and has the appearance of lymphedema versus dermal involvement by carcinoma
Lymphatics: No cervical, supraclavicular, or axillary adenopathy.
Respiratory: Lungs are clear to ausculatation bilaterally.
Cardiovascular: Heart is regular rate and rhythm.
GI: Abdomen is soft, non-tender, non-distended, positive bowel sounds.
Extremeties: warm with no edema.
Neuro exam: EOMI, cranial nerves 2-12 grossly intact.
Psyciatric: mood and affect appropriate

**PATHOLOGY**: **11/17/22 DIAGNOSIS:**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.
COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a salivary gland tumor nodule that is totally replaced by malignancy,

**IMAGING**:
**PET scan November 25, 2022** IMPRESSION:
Extensive bilateral metastatic cervical adenopathy, suspicion of infiltration into the surrounding tissues
Focal activity in the left submandibular gland consistent with malignancy
Probable invasive disease of the left sternocleidomastoid muscle
Activity in the left thyroid, suspicious for metastasis. Primary thyroid malignancy is not entirely excluded
Asymmetric activity in the right tonsil which may be metastatic disease or second primary
Metabolically active left axillary node highly suspicious for metastatic disease

**CT neck October 23, 2022** IMPRESSION:
Diffuse cellulitis involving primarily the left neck, no abscess collection.
Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be enlightening.

**Lab:**
**Lab Only on 11/22/2022**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • CREATININE | 11/22/2022 | 1.13 | 0.67 - 1.17 mg/dL | Final |
| • ESTIMATED GFR | 11/22/2022 | 74 | mL/min/1.73m2 | Final |

**INVESTIGATIONS:**
I have personally reviewed the pertinent pathology and imaging and lab tests. Pertinent findings noted above

**Cancer Staging**
No matching staging information was found for the patient.

**ASSESSMENT:**
Robert J Loper is a 60 y.o. male with the above diagnosis and staging still in process as waiting for PET scan report. I am concerned that the left axilary LN is not simply reactive, but is metastatic disease. But if so it is still only 1 site of metastases could potentially be treated along with head and neck. He will need a biopsy of that lymph node to help clarify. He will meet with Dr. Harmon next week.

**MEDICAL DECISION MAKING/RECOMMENDATIONS:**
- After reviewing the above information and talking with the patient, I recommend radiation treatment as part of his treatment regimen to H&N and then also SBRT or surgery to axillary LN as oligo met.
  He is a candidate for chemotherapy. He will be seeing Dr. Harmon next week. Additional testing has been sent out on his tumor because Chemo selection will be based on molecular testing (her2, androgen receptor status, and NGS) and those results are pending
- I explained that radiation begins with a treatment planning session and would require making a custom immobilization device. XRT involves daily treatment, Monday-Friday, 5 days per week for approximately 7 weeks and each treatment is about 30 minutes long..
- I discussed risks, benefits, alternatives, and side effects of radiation including but not limited to the following acute and late effects:
  - Acute effects may include, but are not limited to, fatigue, dysphagia/odynophagia, cough, chest pain or shortness of breath, xerostomia. He may develop thick secretions that could cause gagging,nausea, vomiting. He is likely so have some radiation skin reactions that could include erythema, dermatits, and/or desquamation.
  - Potential late effects may include, but are not limited to, secondary malignancies, esophageal scarring, long term dysphagia or odynophagia, spinal cord damage and hypothyroidinsm, brachial plexus damage, xerostomia, dental carries and other dental issues, risk of radiation necrosis of soft tissue or bone.
  - He would also likely need supportive care which could include a dental evaluation (and teeth pulled if needed prior to radiation), feeding tube, consult and follow up with dietitian
- pt understands and desires to proceed with biopsy of left axillary LN with either IR or breast center and then go over results.
- -has appt with medonc next week.
- Patient was given my card and told he can call if other questions or concerns arise

**This note was partially constructed using the M-Modal fluency direct speech recognition medical dictation system. All attempts have been made to review for accuracy; although, some nonsensical information may persist despite proofreading.**

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 11/28/22 0807

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500**

Author: Harmon, Gil E, MD    Service: —    Author Type: Physician
Filed: 12/04/22 1100    Encounter Date: 12/2/2022    Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper    000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 02, 2022

Consulting Provider: Gil E Harmon, MD

Requesting Provider: Mark J Ringstrom, MD

Reason for Consultation: New diagnosis of **salivary ductal carcinoma.**

Stage: IV

History of Present Illness: Robert J Loper is a 60 y.o. male who presents for initial medical oncology consultation.

--Noted about a year ago that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--He notes 2 weeks of cough and dyspnea as well, which is new. He is very active and continues to work.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Social History**

Socioeconomic History
- Marital status: Married
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History

| | |
|---|---|
| • Occupation: | Prosthetist |
| Tobacco Use | |
| • Smoking status: | Former |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |
| Years since quitting: | 30.9 |
| • Smokeless tobacco: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Family History**

| Relation | Problem | Comments |
|---|---|---|
| Sister | Cancer-Melanoma | |

**Current Medications**

| Medication | Sig |
|---|---|
| • levoFLOXacin (LEVAQUIN) 750 mg tablet | Take 1 Tablet (750 mg) by mouth daily for 7 days |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg | Take 1 Tablet (145 mg) by mouth every morning For |

| | |
|---|---|
| tablet | cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

No Known Drug Allergies

Physical Examination:
Performance Status: ECOG: 0
BP 137/65 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 94 | Wt 104.6 kg (230 lb 8 oz) | BMI 29.74 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: L neck lymphadenopathy/enlarged submandibular salivary gland palpable.
SKIN: Area of induration in the L submandibular region noted.
LUNGS: Course breath sounds throughout.

Laboratory Data: Flu/Covid swab negative.

Imaging: CXR today concerning for pna.

Pathology: As above

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**
2. Acute cough

--Pna noted on CXR. Treating with quinolone d/t recent Augmentin exposure just prior to the cough started 2 weeks ago

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

--Otherwise discussed his new cancer diagnosis. Discussed the nature of salivary ductal ca.
--Discussed incurable nature of the disease at this stage
--Discussed that this is treatable. Tx based on receptor findings
--If Her2 returns positive then will favor Q3 week TCH. 6 cycles followed by maintenance Herceptin.
--If Her2 negative would favor CAP chemo x 6 cycles then obs.
--Each of these is predicated on good echo findings as it relates to LVEF
--Discussed need for port
--Discussed need for full NGS
--Discussed AR+ status and the ability to use ADT, which is regarded as a second line approach.
--Discussed clinical trial referral if he would so desire. He does not favor at this time.
--Discussed prognosis measured in short years on average.

PLAN
--CXR today as above. Treat for pna with levaquin x 7 days.
--HER2 results pending. Will wait on that result and then will coordinate tx from there.
--Needs NGS. Will need port and limited echo.

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/04/22 1100

**END OF REPORT**

**Clinical Support Note by Pfaff, Krista L, RN at 12/02/22 1500**

| | | |
|---|---|---|
| Author: Pfaff, Krista L, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/05/22 1417 | Encounter Date: 12/2/2022 | Status: Signed |
| Editor: Pfaff, Krista L, RN (Registered Nurse) | | |

**Nurse Navigator Coordination of Treatment Note**
Robert, along with his wife (Linda), were seen in conjunction with Dr. Robert for treatment of his cancer. Coordination of care has been subsequently initiated to get all appointments arranged for the patient.

The providers would like to have the patient set up for:
-Additional Imaging: No further imaging is needed.
-Additional Testing: ECHO- to assess heart function prior to starting therapy.
-Medical Oncology recommendations: Dr. Harmon has discussed 3 options for treatment for Robert. We will have to wait on HER 2 results before a specific plan is placed. Robert notes that he wishes to be aggressive for his treatments. Pathology is hoping for HER2 results to be back by 12/6 or 12/7.
-Radiation Oncology recommendations: At this time, radiation is not recommended as a first line of treatment.
-Port Placement: Port placement is planned for December 8th.

I will continue to be in contact with the patient regarding all of these appointments and will be their point of contact if they have any questions or concerns (Krista Pfaff, ext: 50683)

Electronically signed by Pfaff, Krista L, RN at 12/05/22 1417

**END OF REPORT**

**Clinical Support Note by Pfaff, Krista L, RN at 12/02/22 2359**

Author: Pfaff, Krista L, RN | Service: — | Author Type: Registered Nurse
Filed: 12/07/22 0814 | Encounter Date: 12/2/2022 | Status: Signed
Editor: Pfaff, Krista L, RN (Registered Nurse)

**Head and Neck Cancer Conference Summary**
Date of Conference: 12/2/22
We discussed this patient prospectively.
Physicians involved in care: Ringstrom, Harmon, Driscoll

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Additional TESTING, IMAGING, PATHOLOGY, or REFERRALS recommended: ECHO to assess heart function. HER2 testing, PDL1 testing.

**TREATMENT RECOMMENDATIONS**: Recommendations include chemotherapy for systemic control. Will await HER 2 results to decide on chemotherapy regimen.

CLINICAL TRIALS available for this patient: NA

PROGNOSTIC INDICATORS (including: Social, physical, psychological concerns, co morbidities):
Robert presents with a history of some swelling in the neck that was previously treated for cellulitis but returned after treatment. Patient is an employee here at GHS and his hoping to work through much of his treatments. Is married and lives locally in Holmen, WI.

*This summary represents the general consensus from the multidisciplinary conference. The following disciplines are typically represented at this conference: Pulmonary, Cardiothoracic Surgery, Medical Oncology, Radiation Oncology, Pathology, Radiology, Palliative Care, Social Services, and the Clinical Trial team.

Electronically signed by Pfaff, Krista L, RN at 12/07/22 0814

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 12/18/22 0929 | Encounter Date: 12/12/2022 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 12, 2022

**FOLLOWUP APPOINTMENT:**

**CC**: Start of therapy for salivary ductal carcinoma. CAP therapy. Consent and tx start today.

DIAGNOSIS: Salivary ductal carcinoma.

Stage: IV (distant disease bx confirmed)

ONCOLOGIC HISTORY:
--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2023. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--L axillary node bx confirmed as metastatic disease on 11/29/22

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Cough and breathing much improved since completion of antibx course that I prescribed at initial visit (see that note)
--Clinically he notes increasing fullness of the neck (lymphedema). This has progressed even within the past week
--He notes inability to lay flat otherwise d/t this neck swelling as it makes it hard for him to breathe.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis

- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 | Take 1 Tablet (40 mg) by mouth every morning For: |

| | |
|---|---|
| mg tablet | high cholesterol |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |

Physical Examination:
Performance Status: ECOG: 0
BP 120/90 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 76 | Temp 36.2 °C (97.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.5 kg (232 lb 8 oz) | BMI 30.00 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Neck lymphedema is extensive b/l. Nodules palpated mostly on the left with skin induration and discoloration noted in the region of level II/III
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Cr acceptable for cisplatin. CrCl calculated at 86 given age and weight

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy

Please see the oncologic history, updated by this author through today.

- Here for consent and start of CAP chemotherapy
- Choice of triplet regimen d/t extent and page of aggressive salivary gland histology
- Pt agrees to proceed and consent is obtained. Discussed AE profile including renal/ototoxicity, etc.

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

- Discussed myelosuppression risk. GCSF recommended and prescribed (10 daily injections)
- Discussed echo results (normal), and as such he is a candidate for adriamycin.
- Discussed supportive fluids on Friday and short interval followup with labs in a week
- Discussed 21d cycle length. Can extend to 28 days if needed. Restage with imaging after 3 cycles. Clinical monitoring of his neck throughout of course.
- Attempting to get hospital bed d/t his extensive neck lymphedema that impinges on his breathing if he lays flat.

**PLAN**

1) Treatment Wed
2) IVF 1L on Friday with Aloxi
3) Labs, OV with a PA, and IVF support at infusion for a liter (all next Wed)
4) Labs, OV, and treatment to follow around Jan 3

I recommend a hospital bed to be ordered for Robert based on Face to Face evaluation completed:12/18/22
.

Robert is unable to position self with an ordinary bed due to the following medical condition --neck lymphedema that impinges on airway in the supine position -- that is expected to last 1 month or longer. Body positioning for pain relief is not feasible with an ordinary bed.

He requires the head of bed to be elevated more than 30 degrees because of the aforementioned neck lymphedema caused by extensive regional spread of salivary gland cancer. . A bed that changes height to permit transfers to chair, wheelchair or standing position is not required. Frequent and/or immediate changes in body position is not required.
.
.Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/18/22 0929

**END OF REPORT**

**Clinical Support Note by Stadtler, Cheyenne T, RN at 12/12/22 1230**

| | | |
|---|---|---|
| Author: Stadtler, Cheyenne **T**, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/12/22 1307 | Encounter Date: 12/12/2022 | Status: Signed |
| Editor: Stadtler, Cheyenne T, RN (Registered Nurse) | | |

Bob is met today after his appointment with Dr.Harmon. He is given the Patient Info and the cisplatin, cyclophosphamide, and doxorubicin chemocare.com handouts. The NCI Chemotherapy and You Book was given, as well as Cancer Treatments and Your Cancer Care Team handouts.These are reviewed and discussed. Written consent is signed.

He verbalize understanding of the information discussed today.

Bob is scheduled for RN and treatment on 12/14/2022.

Electronically signed by Stadtler, Cheyenne T, RN at 12/12/22 1307

**END OF REPORT**

**Clinical Support Note by Pfaff, Teresa C, RN at 12/14/22 0815**

Author: Pfaff, Teresa C, RN | Service: — | Author Type: Registered Nurse
Filed: 12/14/22 0848 | Encounter Date: 12/14/2022 | Status: Signed
Editor: Pfaff, Teresa C, RN (Registered Nurse)

**December 2022**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14<br>Cycle 1 Day 1<br><br>Treatment Day | 15<br>Cycle 1 Day 2<br><br>Take 2 tabs dexamethasone in AM with food | 16<br>Cycle 1 Day 3<br><br>2:30pm Fluids/Aloxi Infusion<br><br>Take 2 tabs dexamethasone in AM with food | 17<br>Cycle 1 Day 4<br>Take 2 tabs dexamethasone in AM with food |
| 18<br>Cycle 1 Day 5 | 19<br>Cycle 1 Day 6 | 20<br>Cycle 1 Day 7 | 21<br>Cycle 1 Day 8<br><br>1:00pm Labs<br>2:00pm Appt w/ Lisa Gundersen PA-C<br>2:45pm Fluids | 22<br>Cycle 1 Day 9 | 23<br>Cycle 1 Day 10 | 24<br>Cycle 1 Day 11 |
| 25<br>Cycle 1 Day 12 | 26<br>Cycle 1 Day 13 | 27<br>Cycle 1 Day 14 | 28<br>Cycle 1 Day 15 | 29<br>Cycle 1 Day 16 | 30<br>Cycle 1 Day 17 | 31<br>Cycle 1 Day 18 |

**January 2023**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1<br>Cycle 1 Day 19 | 2<br>Cycle 1 Day 20 | 3<br>Cycle 1 Day 21 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

You will take Dexamethasone 2 tabs (8 mg) with breakfast for 3 days after each chemo treatment.

You can take Prochlorperazine (Compazine) 1 tab every 6 hours as needed for nausea/vomiting

You will receive Aloxi through your port. This medication is in the same family as the Ondansetron. You should wait 48 hours after each chemo treatment to take your Ondansetron.

You can take Ondansetron (Zofran) 1 tab every 8 hours as needed for nausea starting 48 hours after each day 1 chemo treatment.

If you have a lot of nausea you can alternate both of the medicines for nausea. Example: take prochlorperazine (compazine), 4 hours later take ondansetron (zofran), 4 hours later take prochlorperazine (compazine), 4 hours later take ondansetron (zofran) Continue this schedule for a few days to get on top of you nausea.

If these recommendations are not working please call us at 608-775-1200 Monday-Friday 8:00-4:30 and after hours, holidays, and weekends please call 608-782-7300 and ask for the oncologist on call.

Electronically signed by Pfaff, Teresa C, RN at 12/14/22 0848

**END OF REPORT**

**Clinical Support Note by Stadtler, Cheyenne T, RN at 12/14/22 0815**

Author: Stadtler, Cheyenne **T**, RN    Service: —    Author Type: Registered Nurse
Filed: 12/14/22 0848    Encounter Date: 12/14/2022    Status: Signed
Editor: Stadtler, Cheyenne T, RN (Registered Nurse)

Robert is met in clinic today. He is given an updated/highlighted medication list. This are reviewed and discussed.

He verbalize understanding of the information discussed today and will call with any questions or concerns.

Messages are sent to nursing staff to follow up with patient on days 2 and 5 following their chemo treatment.

Electronically signed by Stadtler, Cheyenne T, RN at 12/14/22 0848

**END OF REPORT**

**Clinical Support Note by Stadtler, Cheyenne T, RN at 12/14/22 0815**

Author: Stadtler, Cheyenne **T**, RN    Service: —    Author Type: Registered Nurse
Filed: 12/14/22 0906    Encounter Date: 12/14/2022    Status: Signed
Editor: Stadtler, Cheyenne T, RN (Registered Nurse)

Zarxio will be initiated as out-patient. Patient is able to understand regimen and carry out injections. Teach back has been completed. He is given the How To Give a Subcutaneous Injection Handout and the kit is given and reviewed.

Electronically signed by Stadtler, Cheyenne T, RN at 12/14/22 0906

**END OF REPORT**

**Clinical Support Note by Johnson, Grace E, RN at 12/14/22 0815**

Author: Johnson, Grace E, RN    Service: —    Author Type: Registered Nurse
Filed: 12/14/22 1419    Date of Service: 12/14/22 0815    Status: Addendum
Editor: Johnson, Grace E, RN (Registered Nurse)
Related Notes: Original Note by Johnson, Grace E, RN (Registered Nurse) filed at 12/14/22 0947

Patient presents to infusion services La Crosse for first cycle of chemotherapy. Port site checked. Clean, dry, intact, tender, and ecchymotic. Dried blood present in surgical glue over port incision site. Neck incision clean, dry, and intact. Patient denies concerns with port and declines vascular device education handout.

Patient reports new bruise underneath right nipple since port access. Area is soft, ecchymotic, non-tender, and not warm to the touch. Denies pain or discomfort. Blood return noted. Per PA-C Williams, patient instructed to monitor area for increasing pain, swelling, or growth of ecchymosis. Seek care if concerns develop.

Electronically signed by Johnson, Grace E, RN at 12/14/22 0947
Electronically signed by Johnson, Grace E, RN at 12/14/22 1419

**END OF REPORT**

**Clinical Support Note by Johnson, Grace E, RN at 12/14/22 0815**

Author: Johnson, Grace E, RN | Service: — | Author Type: Registered Nurse
Filed: 12/14/22 1423 | Date of Service: 12/14/22 0815 | Status: Signed
Editor: Johnson, Grace E, RN (Registered Nurse)

Today, Robert J Loper presents to Infusion Services for their first infusion treatment.

Diagnosis: Cancer of the salivary gland
Name of infusion medication(s): Doxorubicin, Cisplatin, Cytoxan
General orientation to Infusion Services completed: YES
Patient education handout, "What to Expect During your Infusion" is provided to the patient. YES
Patient is informed of Infusion Services website GHS Infusion Services
Learning Needs Assessment (LNA) reviewed: YES
Nursing determines patient is ready to learn: YES
Does patient have a supportive care person present? YES, wife Linda
Patient provided medication specific education from: NO
Patient requests disease specific education: NO
Education provided on medications patient can take at home prior to subsequent infusions: YES
Education provided on medication to take after infusion appointment: YES
Vascular access device education provided: NO
Education provided on what to expect during an Adverse Drug Reaction: YES

Verified with patient the next infusion appointment is scheduled:
Date of appointment: 12/16/22
Location: LAX INFUSION
Labs needed prior: NO

The late and no-show policy is reviewed with the patient:YES

Patient is instructed to contact the Infusion Services Schedulers for any infusion appointment related concerns. Patient is instructed to contact the ordering department for any disease or infusion related concerns after treatment today.

Patient has verbalized understanding of the above topics reviewed today during this first infusion appointment.

Electronically signed by Johnson, Grace E, RN at 12/14/22 1423

**END OF REPORT**

**Progress Notes by Gundersen, Lisa, PA-C at 12/21/22 1400**

Author: Gundersen, Lisa, PA-C    Service: —    Author Type: Physician Assistant
Filed: 12/27/22 1501    Encounter Date: 12/21/2022    Status: Signed
Editor: Gundersen, Lisa, PA-C (Physician Assistant)

Robert J Loper    000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 21, 2022

**FOLLOWUP APPOINTMENT:**

**CC**: one week tox check s/p cycle one cisplatin/cyclophosphamide/doxorubicin

DIAGNOSIS: Salivary ductal carcinoma.

Stage: IV (distant disease bx confirmed)

ONCOLOGIC HISTORY:
--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2023. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--L axillary node bx confirmed as metastatic disease on 11/29/22

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

Overall doing pretty well.
Continues to work FT
Appetite is good.
Drinking at least 2 L daily.

No nausea, vomiting.
Bowels - was constipated initially, now using Miralax.
Some PRBPR. No pain.
H/o anal fissures.

No chest pain, SOB, cough.
No dysphagia.
Neck mass already seems smaller.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)

- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For |

**Progress Notes by Gundersen, Lisa, PA-C at 12/21/22 1400 (continued)**

| | |
|---|---|
| | blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

Physical Examination:
Performance Status: ECOG: 0
BP 124/78 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 92 | Temp 36.8 °C (98.2 °F) (Temporal) | Resp 16 | Ht 187.5 cm (6' 1.82") | Wt 105.2 kg (232 lb) | BMI 29.93 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Neck lymphedema is extensive b/l. Nodules palpated mostly on the left with skin induration and discoloration noted in the region of level II/III
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic.
ANC 0.56 - low, c/w chemo sequela.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**

1. **Salivary gland carcinoma (*)**
2. Chemotherapy induced neutropenia (*)

Please see the oncologic history, updated by this author through today.

- S/p cycle one triplet regimen d/t extent and stage of aggressive salivary gland histology
- Pt agrees to proceed and consent is obtained. Discussed AE profile including renal/ototoxicity, etc.
- Myelosuppression risk of triplet regimen. GCSF recommended (10 daily injections)
- Echo normal and he is a candidate for adriamycin.
- Discussed supportive fluids on Friday and short interval followup with labs in a week
- Restage with imaging after 3 cycles.
- Now s/p one cycle and feels neck mass already responding, softer and smaller.
- On drug therapy requiring intensive monitoring for toxicity.
- Chemo induced neutropenia. ANC 0.56. Been consistent with GCSF. Precautions discussed.

**PLAN**
1/3/23 labs, MD visit and chemotherapy.

.Lisa Gundersen, PA-C

Total Time on encounter: 35 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Electronically signed by Gundersen, Lisa, PA-C at 12/27/22 1501

**END OF REPORT**

**Progress Notes by Huber, Heidi R, NP at 01/03/23 1000**

| | | |
|---|---|---|
| Author: Huber, Heidi R, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 01/03/23 1152 | Encounter Date: 1/3/2023 | Status: Signed |
| Editor: Huber, Heidi R, NP (Nurse Practitioner) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
January 03, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Cycle 2 cisplatin/cyclophosphamide/doxorubicin for Salivary ductal carcinoma.

**Impression/Plan:**
**Assessment**
1. **Other long term (current) drug therapy**
2. Salivary gland carcinoma (*)

Please see the oncologic history, updated by this author through today.

- Overall felt he tolerated cycle 1 well. Able to continue working during treatment.
- Proceed with cycle 2 today.
- Continue GCSF 10 daily injections. Script refilled.
- Found benefit from supportive fluids and antinausea last cycle will proceed with this again this cycle.
- Consult OT to help with lymphedema management of neck
- Continue clinical monitoring of his neck throughout course
- Continued blood noted in stool. Some constipation. Straining with bowel movements. Increase miralax use to daily. Monitor bleeding and if worsens consider need for scope.
- Recheck labs in 10 days given significant impact to counts (ANC) last cycle.
- Currently 21d cycle length. Can extend to 28 days if needed. Restage with imaging after 3 cycles.

**PLAN**
1. Treatment today as planned
2. 1L fluids/aloxi Friday afternoon in ONA.
3. Schedule with OT for lymphedema management
4. Lab draw only in 10 days
5. Lab, ov HH, and treatment to follow 1/24/23

**Oncology History**
**Salivary gland carcinoma (*)**

| | |
|---|---|
| 11/25/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br>Plan Provider: Kurt R Oettel, MD<br>Treatment goal: [No plan goal]<br>Line of treatment: Metastatic |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--neck fullness. felt originally improved, but back to pre-treatment swelling. More bruising.
--Breathing improved. Able to lay flat to sleep.
--No chest pain
--Urinary habits normal
--blood in stool. Ongoing since last visit 12/21/22. No frank blood. Constipation. Straining with bowel movements. Miralax helped constipation but not using daily.
--nausea. zofran effective
--Appetite and weight stable.
--Continues working during treatment
--No fever/chills
--tinnitus very mild.

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |

**Progress Notes by Huber, Heidi R, NP at 01/03/23 1000 (continued)**

| | |
|---|---|
| tablet | |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |

Physical Examination:
Performance Status: ECOG: 0
BP 134/86 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 76 | Temp 36.5 °C (97.7 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 107.2 kg (236 lb 4.8 oz) | BMI 30.49 kg/m²
**General**: The patient appears comfortable and in no acute distress.Alert, oriented x3, cooperative
**Psych:** Mood and affect appropriate and congruent.
**HEENT**: There is no scleral icterus. Lymphedema and erythema of bilateral neck. Bruising to left neck.
**Lymphatic**: Nodules palpated on the left.
**Skin:** No significant rashes.
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.
**Abdomen**: The abdomen is soft, non tender, not distended. No masses or hepatosplenomegaly. Bowel sounds are present.
**Extremities:** No significant lower extremity edema.

Laboratory Data: Reviewed in Epic. Liver function normal. Kidney function stable. Blood counts recovered

nicely from last check and stable for treatment.

Imaging: As per oncologic history

Pathology: As per oncologic history

Heidi R Huber, NP

Electronically signed by Huber, Heidi R, NP at 01/03/23 1152

**END OF REPORT**

**ED/UC Note by Trybula, Brittney J, RN at 01/12/23 1239**

| | | |
|---|---|---|
| Author: **T**rybula, Brittney J, RN | Service: — | Author Type: Registered Nurse |
| Filed: 01/12/23 1242 | Date of Service: 01/12/23 1239 | Status: Signed |
| Editor: **T**rybula, Brittney J, RN (Registered Nurse) | | |

Pt reports chest pain that started yesterday. Pt did take two nitro, which "helped a little". Reports that he was probably over exerting himself at work. He had midsternal chest pain with palpitations. Reports it as chest pressure that did not radiate anywhere. Is getting chemo/radiation for salivary gland cancer. Last night reported chest pain at 6/10. Today chest pressure continues but reports it at 2/10. Has a history of GERD. Reports N, but has zolfran for cancer treatment. Also reports diarrhea for past 5 days with intermittent blood in stool. A/Ox4, vitally stable.

Electronically signed by Trybula, Brittney J, RN at 01/12/23 1242

**END OF REPORT**

**ED Provider Notes by Zink, Robert S, MD at 01/12/23 1415**

| | | |
|---|---|---|
| Author: Zink, Robert S, MD | Service: — | Author Type: Physician |
| Filed: 01/16/23 1127 | Date of Service: 01/12/23 1415 | Status: Signed |
| Editor: Zink, Robert S, MD (Physician) | | |

**Robert J Loper 000008828980**

**Assessment & ED/UC Department Course**

**Assessment**

**1. Atypical chest pain**

60-year-old male patient here for evaluation of chest pain. Started yesterday and has been persistent since that time. Describes as a pressure sensation without radiation. Did not have associated abdominal pain. Denies shortness of breath. Pain did not worsen with exertion. Has noticed that he is doing more belching. Denies cough or fevers. Has had some loose stools. Occasionally there is some small streaks of bright red blood. Took a nitroglycerin which seemed to help though he states that the improvement was noted approximately an hour later.

Examination
Vital signs and nurses notes are reviewed
Patient is not ill or distressed
Abdomen is protuberant soft and nontender
Chest wall stable without tenderness

Breath sounds equal and clear
Heart tones are regular
Extremities well-formed with no edema
Skin without rash

EKG obtained at presentation. My interpretation is normal sinus rhythm with upright T-waves and no acute abnormalities of the ST segments. There is no evidence of pericarditis, acute ischemia or infarction

Chest x-ray obtained and as per my interpretation reveals no acute infiltrates or mediastinal abnormalities. Radiologist agrees with interpretation

Multiple laboratory studies obtained and reviewed. White count 5.7 hemoglobin 12 abnormal white cells are present however this consistent with his previous diagnoses. Creatinine mildly elevated from his most recent testing but similar to creatinine from about a month ago. troponin is 19.

This troponin is not consistent with acute ischemia. The persistence of his chest pain for almost a full day would strongly speak against this being ischemic in nature. I do not believe there is any benefit from delayed troponin.

We discussed the uncertain cause of his chest pain. I did do a bedside ultrasound which did not reveal pericardial effusion. Patient will be followed with primary provider but will return to see us should he feel that he has significant worsening of his symptoms. He is on anticoagulation and do not think that this represents pulmonary embolism. I find no evidence of aortic disease. This is not clinically consistent. I do not find any other evidence of intra-abdominal or other intrathoracic disease

**Disposition:** Discharged

**Follow-up Appointment/Instructions/Discharge Medication Summary**
Rayhan, Kazi Z, MD

.

| | Status | . |
|---|---|---|
| **Discharge Follow up with PCP**<br>Comments: Primary Care Providers:<br>Rayhan, Kazi Z, MD<br>1836 SOUTH AVENUE LA CROSSE CLINIC-4TH FL<br>LA CROSSE WI 54601<br>Diagnosis - Atypical chest pain (primary encounter diagnosis)<br>Provider: (Not yet assigned)<br>Question: Reason for Consult: Answer: Nurse Follow-Up Call | Ordered | |



**Lincoln/Loper 1020**

## Discharge Instructions

Return for fevers, coughing blood, abdominal pain, or any other worsening symptoms
Cool packs or Tylenol as needed for this discomfort
I find no evidence this represents any serious heart or lung problems

The Patient Services Department at Gundersen Health System will be coordinating your pending appointments. You will receive your appointment information within the next few business days. If you have not received any information, please contact us at 608-775-8388

**History of Present Illness**
HPI

**Physical Exam**

| Initial Vital Signs | Repeat (last) Vital Signs |
|---|---|
| BP: 123/75 | BP: 117/72 |
| Pulse : 93 | Heart Rate (monitor): 94 |
| Temp: 36.6 °C (97.8 °F) | |
| Resp Rate: 20 | |
| O2 Sat (%): 96 % | O2 Sat (%): 95 % |
| Device (Oxygen Therapy): room air | |

Physical Exam

Procedure

Condition at Discharge: Stable

**E / M Documentation**
MDM
Medications - No data to display
XR Chest 2 Views (PA and Lateral)
**Final Result**

No evidence of acute cardiopulmonary disease.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

Labs Reviewed

**LAB CREATININE - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|
| CREATININE | 1.23 (*) |

All other components within normal limits

**LAB GLUCOSE - Abnormal; Notable for the following components:**

| | |
|---|---|
| GLUCOSE | 159 (*) |

All other components within normal limits

**LAB HS-CTROPONIN, RANDOM - Abnormal; Notable for the following components:**

| | |
|---|---|
| HS-cTnT, RANDOM | 19 (*) |

All other components within normal limits

*Narrative:*

*A high-sensitivity troponin T result is considered normal or ruled out when less than or equal to 10 ng/L (females) or 15 ng/L (males). A result of 100 ng/L or higher is considered ruled in for AMI, with few exceptions (e.g. patient with end stage renal disease.) Results of 11-99 ng/L (female) or 16-99 (males) indicate myocardial injury but are INTERMEDIATE (inconclusive) for AMI and repeat testing in 2 hours is recommended to determine the delta (change from initial baseline test result).*

*Refer to the published testing algorithm for additional guidance. Like all laboratory tests, results should not replace clinical judgment.*

**LAB ELECTRONIC CBC - Abnormal; Notable for the following components:**

| | |
|---|---|
| RBC | 4.26 (*) |
| HEMOGLOBIN | 12.0 (*) |
| HEMATOCRIT | 36.8 (*) |
| PLATELET COUNT | 129 (*) |

All other components within normal limits

**LAB MANUAL DIFF WITH MORPH - Abnormal; Notable for the following components:**

| | |
|---|---|
| META MAN ABS | 0.17 (*) |
| MYELO MAN ABS | 0.06 (*) |
| PROMYELO MAN ABS | 0.06 (*) |
| IMM GRAN ABS MAN | 0.29 (*) |
| NRBC# ABSOLUTE | 0.11 (*) |

All other components within normal limits

**LAB BUN - Normal**

**LAB ELECTROLYTES - Normal**

**LAB CBC W/DIFF**

*Narrative:*

*The following orders were created for panel order CBC with Diff.*

*Procedure Abnormality*
*Status*
*--------- ----------- ------*
*LAB ELECTRONIC CBC[208794944]*
*Abnormal Final result*

*Please view results for these tests on the individual orders.*

**LAB HOLD TUBE FOR BLOOD**

*Narrative:*
*The following orders were created for panel order Extra Tubes.*
*Procedure Abnormality*
*Status*
*--------- ----------- ------*
*LAB BLUE HOLD #1[208795792]*
*Final result*

*Please view results for these tests on the individual orders.*

**LAB BLUE HOLD #1**

Electronically signed by Zink, Robert S, MD at 01/16/23 1127

**END OF REPORT**

**Progress Notes by Oettel, Kurt R, MD at 01/24/23 0900**

Author: Oettel, Kurt R, MD | Service: — | Author Type: Physician
Filed: 01/24/23 1621 | Encounter Date: 1/24/2023 | Status: Signed
Editor: Oettel, Kurt R, MD (Physician)

Robert J Loper 000008828980

Nurse Practitioner Adult Health - LA CROSSE
January 24, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Cycle 3 cisplatin/cyclophosphamide/doxorubicin for salivary ductal carcinoma.

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**

- Patient will receive cycle 3 of cisplatin cyclophosphamide and doxorubicin today and return for re-evaluation with PET imaging on the 9th of February
- Patient will have follow-up with Dr. Harmon on the 14th of February following that PET imaging
- Patient will have G-CSF for 12 injections not the current 10 and will start 2 days after treatment
- Will have supportive fluids following treatment on the 27th with Aloxi in addition to saline
- OT to help with lymphedema management of neck
- Continue clinical monitoring of his neck throughout course
- Continued blood noted in stool. Some constipation. Straining with bowel movements. Increase miralax use to daily. Monitor bleeding and if worsens consider need for scope.
- Recheck labs in 10 days given significant impact to counts (ANC) last cycle.
- Currently 21d cycle length. Can extend to 28 days if needed.

**PLAN**

Return in about 3 weeks (around 2/14/2023) for IMAGING, LAB, Harmon.

1/27- infusion in Onalaska (IVF + aloxi)
PET scan- Pt prefers 2/9 in the afternoon if available.
2/14- f/u with Harmon after PET scan (already scheduled)
2/14- chemotherapy, cycle 4
Labs day prior (2/13) arm draw, pt to present to lab

**Oncology History**
**Salivary gland carcinoma (*)**

| | |
|---|---|
| 11/25/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22 |

C1D1: 12/14/22
C2D1: 1/3/23

**Interval History**: January 24, 2023

- Patient is following up for routine evaluation with cycle 3 of treatment stating that since he was last seen he has been feeling reasonably well
- He is not noticed any worsening symptoms of next swelling however he has noticed a more ecchymosis within the neck
- He continues to do all of his routine daily activities including working full-time
- Appetite remains good and he is having little difficulty with swallowing
- He reports no problems with any infectious complications no fevers chills or night sweats
- Overall patient has tolerated treatment reasonably well

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |

| | |
|---|---|
| tablet | |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

**Physical Examination:**

| Vitals | 1/12/2023 | 1/24/2023 |
|---|---|---|
| **Systolic** | - | 132 |
| **Diastolic** | - | 88 |
| **Pulse** | - | 72 |
| **Heart Rate (Monitor)** | 94 | - |
| **Temperature** | - | 36.6 C |
| **Respiration** | - | 20 |
| **Weight (kg)** | - | 109.226 kg |
| **Weight (lb/oz)** | - | 240 lb 12.8 oz |
| **Height (cm)** | - | 187.5 cm |
| **Height (ft/in)** | - | 6' 1.82" |
| **BMI** | - | 31.07 kg/m2 |
| **BSA** | - | 2.38 m2 |

Some recent data might be hidden

**General**: The patient appears comfortable and in no acute distress.Alert, oriented x3, cooperative
**Psych:** Mood and affect appropriate and congruent.

**HEENT**: There is no scleral icterus, oropharynx is clear. **There is marked bilateral neck swelling and adenopathy with patches of ecchymosis but no skin breakdown or evidence of infection**
**Lymphatic**: There is no cervical, or supraclavicular adenopathy.
**Skin:** No significant rashes.
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.
**Extremities:** No significant lower extremity edema.

Laboratory Data:
**Recent Results (from the past 168 hour(s))**

**Electrolytes**

| Result | Value | Ref Range |
|---|---|---|
| SODIUM | 138 | 135 - 146 mmol/L |
| POTASSIUM | 4.3 | 3.4 - 5.0 mmol/L |
| CARBON DIOXIDE-TOTAL | 23 | 22 - 29 mmol/L |
| CHLORIDE | 105 | 96 - 108 mmol/L |
| ANION GAP | 10 | 6 - 16 mmol/L |

**Calcium**

| Result | Value | Ref Range |
|---|---|---|
| CALCIUM | 9.4 | 8.8 - 10.2 mg/dL |

**Glucose**

| Result | Value | Ref Range |
|---|---|---|
| GLUCOSE | 241 (H) | 70 - 99 mg/dL |
| GLUCOSE HOURS FASTING | Non-Fasting | |

**BUN**

| Result | Value | Ref Range |
|---|---|---|
| BUN | 13 | 8 - 23 mg/dL |

**Creatinine**

| Result | Value | Ref Range |
|---|---|---|
| CREATININE | 0.96 | 0.67 - 1.17 mg/dL |
| ESTIMATED GFR | 90 | mL/min/1.73m2 |

**Albumin**

| Result | Value | Ref Range |
|---|---|---|
| ALBUMIN | 4.2 | 3.4 - 4.8 g/dL |

**Bilirubin,Total**

| Result | Value | Ref Range |
|---|---|---|
| BILIRUBIN, TOTAL | 0.2 | 0.0 - 1.3 mg/dL |

**AST**

| Result | Value | Ref Range |
|---|---|---|
| AST | 38 | 0 - 40 U/L |

**ALT**

| Result | Value | Ref Range |
|---|---|---|
| ALT | 30 | 0 - 41 U/L |

**ALKP**

| Result | Value | Ref Range |
|---|---|---|
| ALKP | 77 | 40 - 129 U/L |

**Magnesium**

| Result | Value | Ref Range |
|---|---|---|

**Progress Notes by Oettel, Kurt R, MD at 01/24/23 0900 (continued)**

| | | |
|---|---|---|
| MAGNESIUM | 1.6 | 1.6 - 2.4 mg/dL |

**LAB HEMG**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 3.58 (L) | 3.70 - 10.40 K/uL |
| RBC | 3.86 (L) | 4.50 - 5.80 M/uL |
| HEMOGLOBIN | 10.9 (L) | 13.6 - 16.7 g/dL |
| HEMATOCRIT | 33.3 (L) | 41.0 - 50.0 % |
| MCV | 86.3 | 82.0 - 99.0 fL |
| MCH | 28.2 | 27.0 - 32.0 pg |
| MCHC | 32.7 | 32.0 - 36.0 g/dL |
| PLATELET COUNT | 138 (L) | 140 - 385 K/uL |
| RDW-CV | 15.9 (H) | 11.8 - 15.6 % |
| RDW-SD | 48.4 | 34.0 - 50.0 fL |
| ABS NEUT ELECTRONIC | 1.45 (L) | 2.00 - 8.70 K/uL |
| ABS IMMATURE GRAN ELECTRONIC | 0.04 | 0.00 - 0.04 K/uL |
| NRBC # ABSOLUTE | 0.00 | 0.00 - 0.05 K/uL |

.

Imaging: As per oncologic history

Pathology: As per oncologic history

Kurt R Oettel, MD

Electronically signed by Oettel, Kurt R, MD at 01/24/23 1621

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 01/26/23 0800**

Author: Betlach, Paula M, OT    Service: —    Author Type: Occupational Therapist
Filed: 01/26/23 1033    Encounter Date: 1/26/2023    Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**Robert J Loper 000008828980**

**OCCUPATIONAL THERAPY - LA CROSSE**
**February 09, 2023**

**REPORT TITLE:**
LYMPHEDEMA INITIAL EVALUATION

**IDENTIFYING DATA:**
Age: 60 y.o.

Gender: Male

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

**SUBJECTIVE**

**History of Present Illness:**
No chief complaint on file.

Prior Level of Function: He has had facial edema since summer 2022.
Mechanism of Injury/History of Present Illness: Salivary gland carcinoma
Precautions : Lymphedema

**Occupational Profile:**
Reason for referral: Lymphedema management
Patient goals: Decrease facial and neck edema, improve neck ROM

Medical history review: Expanded - detailed history.

**Medical History:**
Relevant Medical History/Surgery:
No past medical history on file.

| | **1/26/2023 10:03 AM CST - Filed by Paula M Betlach, OT** |
|---|---|
| I. Physical Concerns | |
| 1. The amount of pain associated with my lymphedema is: (range: 0 [no pain] - 4 [severe pain]) | 1 |
| 2. The amount of limb heaviness associated with my lymphedema is: (range: 0 [no heaviness] - 4 [extremely heavy]) | 1 |
| 3. The amount of skin tightness associated with my lymphedemia is: (range: 0 [no tightness] - 4 [extremely tight]) | 3 |
| 4. The size of my swollen limb(s) seems: (range: 0 [normal size] - 4 [extremely large]) | 3 |
| 5. Lymphedema affects the movement of my swollen limb(s): (range: 0 [no movement] - 4 [extremely limited]) | 3 |
| 6. The strength in my swollen limb(s) is: (range: 0 [normal | 1 |

| | 1/26/2023 10:03 AM CST - Filed by Paula M Betlach, OT |
|---|---|
| strength] - 4 [extremely weak]) | |
| II. Psychosocial Concerns | |
| 7. Lymphedema affects my body image (how I think I look): (range: 0 [not at all] - 4 [completely]) | 4 |
| 8. Lymphedema affects my socializing with others. (range: 0 [no interference] - 4 [interferes completely]) | 2 |
| 9. Lymphedema affects my intimate relations with spouse or partner (rate 0 if not possible). (range: 0 [no interference] - 4 [interferes completely]) | 0 |
| 10. Lymphedema "gets me down" (i.e., I have feelings of depression, frustration, or anger due to the lymphedema). (range: 0 [never] - 4 [constantly]) | 2 |
| 11. I must rely on other for help due to my lymphedema. (range: 0 [not at all] - 4 [completely]) | 0 |
| 12. I know what to do to manage my lymphedema. (range: 0 [good understanding] - 4 [no understanding]) | 3 |
| III. Functional Conerns | |
| 13. Lymphedema affects my ability to perform self-care activities (i.e., eating, dressing, hygiene). (range: 0 [no interference] - 4 [interferes completely]) | 1 |
| 14. Lymphedema affects my ability to perform routine home or work-related activities. (range: 0 [no interference] - 4 [interferes completely]) | 1 |
| 15. Lymphedema affects my performance of preferred leisure activities. (range: 0 [no interference] - 4 [interferes completely]) | 0 |
| 16. Lymphedema affects the proper fit of cloting/shoes. (range: 0 [fits normally] - 4 [unable to wear]) | 0 |
| 17. Lymphedema affects my sleep (range: 0 [no interference] - 4 [interferes completely]) | 1 |
| IV. Infection Occurence | |
| 18. In the past year, I have become ill with an infection in my swollen limb requiring oral antibiotics or hospitalization. | 2X |
| Lymphedema Scale Total Score (range: 0 - 68) | 26 |
| Lymphedema Scale % Impairment (range: 0 - 100) | 38.24 |

History of Falls:  No.
At Risk for Falls:  No.

**Current Work Status:**
Current Work Status:  He is working but having time off for medical appointments, recovery after chemotherapy.

**Employer Information:**
Employer: Gundersen Health System, started in July 2022
Occupation: Orthotist Prosthetist

**Environment:** Lives with wife, Linda in a multi-level home. 4 children and 4 grandchildren

Regular Exercise:
Walking

**PAIN:**
Area/description of pain:
- Swelling in the neck and face (particularly under left eye).
- Left greater than right and submental edema.

Pain intensity currently in sitting: 1/10 at rest Pain with stretching causes pain Left side of neck.

Alleviating factors: Subsides a little when getting up and about

Previous treatment:
Compression bandaging: no
Compression garments: no
Manual lymphatic therapy: no

**Sleep:**
Sleep disturbance/any change in edema:
- Congestion with head and neck edema affects sleep quality.
- He is now sleeping in bed.
- Has a reclining hospital bed on order.
- When he had pneumonia he was sleeping in a recliner.
- Fatigue with chemotherapy treatments

**Activities of Daily Living:**
Activities which patient is having difficulty performing:
DRESSING: okay
EATING: Normal diet. Taste is affected.
BATHROOM NEEDS: Okay
HOMEMAKING: Active with meal prep as endurance allows.
DAILY TASKS: Decreased to look down due to neck edema I.e. computer work
DRIVING: Limited Neck range, Uses trunk ROM to compensate
MOBILITY: No assistive device

**Lymphedema:**
Shortness of Breath: No.
Dizziness: Yes, some after treatment.
Paresthesia: Yes, numbness in left neck after biopsy.

**OBJECTIVE**

**Areas Affected:**

| | Right | Left |
|---|---|---|
| Face | x | x |
| Neck | x | x |
| Trunk | x | x |
| Back | | |
| Abdomen | | |
| Breast | | |
| Axilla | | |
| Upper Arm | | |
| Forearm | | |
| Hand | | |
| Genitalia | | |
| Upper Leg | | |
| Lower Leg | | |
| Foot | | |

**SWELLING SEVERITY:**
Patient exhibits the following swelling severity (International Society of Lymphology clinical classification):

☐ Stage 0: Latent or subclinical condition where swelling is not yet evident despite impaired lymph transport, subtle alterations in tissue fluid/composition and changes in subjective symptoms. It may exist months or years before overt edema occurs (Stages I – III).

☐ Stage I: Early accumulation of fluid relatively high in protein content (e.g., in comparison with 鍖enous” edema) which subsides with limb elevation. Pitting may occur. An increase in various types of proliferating cells may also be seen.

☒ Stage II: Limb elevation alone rarely reduces the tissue swelling and pitting is manifest. Later in Stage II, the limb may not pit as excess subcutaneous fat and fibrosis develop.

☐ Stage III: Lymphostatic elephantiasis where pitting can be absent and trophic skin changes such as acanthosis, alterations in skin character and thickness, further deposition of fat and fibrosis, and warty overgrowths have developed.



**Progress Notes by Betlach, Paula M, OT at 01/26/23 0800 (continued)**





**Tissue Inspection:**
Color:
- Left side of neck hyperpigmentation

Temperature:
- Normal

Skin Condition:
- Spongy, Neck and face
- Significant edema left side of face greater than right

Wound Status:
- Skin Intact - no open wounds

Girth Measurement Table:
**Measurements:**

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 71.5 | |
| Circumference (upper neck) | 56 | |

| | | |
|---|---|---|
| Circumference (lower neck) | 51 | |
| | | |

**Active Range of Motion:**

| Range of Motion | Right | Left |
|---|---|---|
| Mouth opening (cm) | 4 | |
| | | |
| Cervical flexion (degrees) | 20 limited flexion which affects tasks that require looking down I.e. computer work | |
| Cervical extension | | |
| Cervical rotation | 25 Decreased rotation affects turning head/neck with driving | 40 |
| Cervical side bend | | |
| | | |
| Shoulder flexion (degrees) | 165 | 165 |
| | | |
| | | |

Elbow, wrist and finger ROM is WNL

**OT ASSESSMENT**

Based on the above findings, the patient exhibits the following impairment and clinical problems:

- Edema: Spongy edema neck and face left side greater than right side. Worse in the morning. The extensive lymphedema affect neck ROM. The decreased neck ROM affects functional activities such as driving and computer work. Extensive neck and facial lymphedema affects sleep posture. He needs to sleep with head elevated. Edema is worse in the morning.
- Pain: 1-2/10
- Skin Condition: hyperpigmentation left side of neck
- ADL's: Decreased neck flexion affects computer work or task than involves looking down, decreased neck rotation affects view side to side, compensates with trunk.
- Use of compression: Made aware of neck compression, reynolds swell spot

Patient would benefit from skilled Occupational Therapy services including manual lymphatic drainage, implementation of compression system for edema reduction, instruction in skin care, lymphedema precautions and lymph clearing exerise home program to improve skin condition, decrease edema girth, decrease pain to improve functional mobility and ADL performance.

**RECOMMENDATION FOR TACTILE MEDICAL PNEUMATIC HEAD AND NECK COMPRESSION PUMP>**
**DIAGNOSIS:**
**X Secondary Lymphedema [I89.0] due to ______Salivary gland carcinom______________**

**The lymphedema extends from the head/neck to the trunk**
**SYMPTOMS:**

**Patient exhibits the following symptoms despite conservative therapy:**
**x Hyperpigmentation**
**x Progressive edema of the head and neck (see photos)**
**x Unable to control swelling**
**x Impaired Neck ROM**
**x Pain**

**CONSERVATIVE TREATMENT:**
**Patient has tried conservative treatments: yes**
**If YES, specify type of conservative treatment and duration of use:**
**Compression garments: X <4 weeks**
**Elevation: x1-5 months Sleeps with head elevated**
**Exercise: x>1 year**
**Complete Decongestive Therapy (CDT) x<4 weeks started 1/26/23**
**Instructed on self-manual lymphatic drainage techniques (self-MLD): x Yes**
**Instructed on appropriate skin practices: Yes**

RATIONALE FOR SKILLED CARE:
Demonstrates functional limitations and impairments that would benefit from skilled Occupational Therapy services in an outpatient setting in order to improve functional abilities, maximize their level of independence and achieve the established goals for this episode of care. Education was provided that occupational therapy may include performance of a home exercise program; recommendations for behavioral modification, suggestions for lifestyle accommodation, recommendations for resuming life roles; and/or development of techniques for self-management where appropriate. Education included the expectation and importance of active participation in order to obtain the most benefit from the services provided. They indicated a willingness to actively participate in rehabilitation and has expressed or demonstrated an understanding of their role.

**Occupational Performance:**
The following physical, cognitive, or psychosocial performance deficits were identified through standardized and non-standardized tools: mobility/range of motion, endurance/activity tolerance, edema and ADLs.

These performance deficits result in activity limitations and/or participating restrictions.

Occupational analysis is detailed.

**Moderate Complexity Evaluation:**
The following co-morbidities affect patient's occupational performance: impaired circulation and chronicity of other injury/condition/disease.

Other modification of directions, task complexity, environment, or time is minimal or moderate.

Consideration of several treatment options, adaptations, or compensatory activities are needed.

**OT INITIAL TREATMENT**

**Progress Notes by Betlach, Paula M, OT at 01/26/23 0800 (continued)**

- Educated on anatomy of the lymphatic system with written materials and visuals
- Manual Lymphatic Drainage was completed to axilla, abdomen, and Head and Neck
- Reviewed U/E, neck ROM and facial expression exercises including deep breathing exercises. Issued handout
- Lymph Node ClearingTechniques/self massage were reviewed: Issued handout
- Patient was made aware of options for compression garments for the head and neck
- Patient was made aware of Tactile Medical Pneumatic compression pump and is scheduled for a demo on 2/21/23
- Educated on patient participation and commitment required for successful treatment.
- Follow diet recommendations per instructions from MD and Nutrition Services to assist with edema management

**Other:**
Patient agreed to treatment: Yes
Patient was comfortable with treatment and had no adverse effects: Yes.
Discussed self-management strategies with patient

Total time: 100 minutes
Total Billable Time: 90 minutes
Moderate Complexity OT evaluation (97166) 30 minutes
Therapeutic exercise (97110) 15 minutes
Manual therapy (97140) 45 minutes

I certify the need for these services furnished under this plan of treatment and while under my care.

**Robert J Loper**

**OT PLAN OF CARE**

**OT Treatment:**
The patient is receiving or may receive:
Soft tissue mobilization
Range of motion
Education related to diagnosis
Manual lymphatic drainage
Compression garments
Lymphatic clearing techniques
Diaphragmatic breathing
Skin care
Pneumatic compression pump option

**Plan of Care:** Home program , Ongoing patient education , Manual lymphatic therapy , modification and assessment of lymphedema bandaging or compression system based on patient progress and needs, Garment needs assessment and fitting with follow up as needed

Complications/Precautions: radiation may increase neck and facial lymphedema
Age Specific Considerations: none
Barriers to Rehabilitation: none

Rehabilitation Potential: good

Frequency: 1 times per week for 12 weeks.

**Treatment Goals: Goals were mutually agreed upon with the patient.**

1. Pt will be able to complete skin care improve skin hygiene for the face and neck to prevent infection or skin breakdown.
Status: New Goal
To Achieve within: 2-3 weeks

2. Patient will be independent with home exercise program of self ymph clearing exercises, neck and shoulder ROM, facial exercises for lymphedema management.
Status: New Goal
To achieve within: 4 weeks

3. Patient will wear face/neck/chin compression garment and have 2 cm decreased girth in neck circumference to improve neck ROM for ADL's with 1/10 pain level.
Status: New Goal
To achieve within: 8 weeks

4. Patient will complete standard home program and also obtain a Head and neck pneumatic compression pump to use daily to supplement standard lymphedema home program to decrease head and neck edema girth to improve neck ROM for ADL's, decrease head and neck edema girth to improve sleep quality
To Achieve within: 12 week
Status: New goal

**Plan/Recommendations:**

- OT for Lymphedema Management
- **A Pneumatic Compression pump demo is scheduled for 2/21/23 with Ryan Johnson from Tactile Medical. Initial evaluation and demographic/insurance information was faxed to Tactile Medical.**
- Gundersen Therapy no show/cancellation policy has been issued to patient and discussed.

PAULA BETLACH, OTR, CLT
Wisconsin License # 751-26

Electronically signed by Betlach, Paula M, OT at 01/26/23 1033

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 01/30/23 1100**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 01/30/23 1517 | Encounter Date: 1/30/2023 | Status: Addendum
Editor: Betlach, Paula M, OT (Occupational Therapist)
Related Notes: Original Note by Betlach, Paula M, OT (Occupational Therapist) filed at 01/30/23 1241

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**January 30, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 2. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**

- Completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation
- Completing Head, neck, terminus self lymph clearing massage exercises and deep breathing
- Issued a sample Head and neck compression wrap. Instructed how padding could be applied to left side of the face for additional compression.

**OBJECTIVE**

Skin Condition:

- Increased fullness left side of face and neck
- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |

| | | |
|---|---|---|
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 70.5 | |
| Circumference (upper neck) | 53 | |
| Circumference (lower neck) | 51 | |
| | | |

## OT ASSESSMENT

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema which is more pronounced in the morning and lessens somewhat when he is up and about.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- He is working on Neck and facial ROM exercises, deep breathing and lymph clearing massage and elevation. He will also start wearing a neck/face compression.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump. He is scheduled for a demo with Tactile Medical on 2/21/23. He has extensive head and neck lymphedema currently. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep edema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

## TREATMENT

**Treatment Today:**

- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Neck compression garments Reviewed donning technique and wearing schedule for day or night wear. Padding can be applied to left side for additional compression.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 60 minutes
97140 Manual Therapy x 3 units
97535 Self cares x 1 units
**DMEPOS was completed for these products.**

**Clinical Support Note by Betlach, Paula M, OT at 01/30/23 1100 (continued)**

**PLAN**

Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 01/30/23 1241
Electronically signed by Betlach, Paula M, OT at 01/30/23 1517

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 02/09/23 1430**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 02/09/23 1544 | Encounter Date: 2/9/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

Electronically signed by Betlach, Paula M, OT at 02/09/23 1544

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 02/09/23 1430**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 02/09/23 1544 | Encounter Date: 2/9/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**February 09, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis:  Salivary ductal carcinoma.    Neck/face lymphedema

Onset Date of Current Episode:  Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient  Is undergoing chemotherapy.  He reports he may be receiving radiation in the future.

Patient is seen for Visit # 3.  Initial OT Visit: 1/26/23

## SUBJECTIVE

**PATIENT RESPONSE TO TREATMENT**

- Completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation
- Completing Head, neck, terminus self lymph clearing massage exercises and deep breathing
- He is wearing a Head and neck compression wrap but this has not helped with reduction
- **He has noted increased indurated lymphedema anterior neck, submental region. He also feels restriction with swallowing. This has affected eating/drinking.**

## OBJECTIVE

Skin Condition:

- **He has Increased fullness under the chin today. Increased indurated submental lymphedema is noted today.**
- **Tightness neck left side.restricts ROM**
- **Hyperpigmentation left side of neck**

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 72 | |
| Circumference (upper neck) | 53 | |
| Circumference (lower neck) | 48 | |
| | | |

## OT ASSESSMENT

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema which is more pronounced in the morning and lessens somewhat when he is up and about.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- **Since his last visit, he has increased indurated lymphedema in the neck and he reports it feels like a thickness in the neck and internally which affects neck ROM and also affects swallowing.**
- He is working on Neck and facial ROM exercises, deep breathing and lymph clearing massage and elevation and wearing a neck/face compression garment.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump. He is scheduled for a demo with Tactile Medical on 2/21/23. He has extensive head and neck lymphedema currently. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep edema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**

- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Neck compression garments Reviewed donning technique and wearing schedule for day or night wear. Padding can be applied to left side for additional compression.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 65 minutes
97140 Manual Therapy x 4 units

**PLAN**

Continue to see patient per plan of care with a focus on Lymphedema Management.
Pneumatic compression pump demo scheduled for 2/21/23

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 02/09/23 1544

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 02/23/23 1300**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 02/23/23 1402 | Encounter Date: 2/23/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**February 23, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 4. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**

- Completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation
- Completing Head, neck, terminus self lymph clearing massage exercises and deep breathing
- He is wearing a Head and neck compression wrap but this **has not** helped with reduction
- He has noted increased indurated lymphedema anterior neck, submental region. He also feels restriction with swallowing at times. I.e. certain times of the day. He reports that he has to take some water first before eating to work on swallowing before eating solid foods.
- He did have a demo of a Tactile Medical pneumatic compression pump (see photos)
- Due to decreased neck ROM , he does compensate by turning his trunk.

**OBJECTIVE**

Skin Condition:

- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 67 | |
| Circumference (upper neck) | 55.5 | |
| Circumference (lower neck) | 52.5 | |
| | | |

**He did have a demo of a Tactile medical Head/Neck/Trunk Advanced pneumatic compression device. The 32 minute demo was helpful in reducing the indurated neck lymphedema to improve neck ROM, voice quality.**

**Clinical Support Note by Betlach, Paula M, OT at 02/23/23 1300 (continued)**





**OT ASSESSMENT**

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema which is more pronounced in the morning and lessens somewhat when he is up and about.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- He has increased indurated lymphedema in the neck and he reports it feels like a thickness in the neck and internally which affects neck ROM and also affects swallowing.
- He is working on Neck and facial ROM exercises, deep breathing and lymph clearing massage and elevation and wearing a neck/face compression garment.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump and he has completed a demo with Tactile Medical on 2/21/23. The demo session improved skin texture and neck ROM. If he had a home device, it could be used daily. He has extensive head and neck lymphedema currently. His medical treatment plan includes potential radiation in the future. One of the side effects of

radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep edema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**

- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Neck compression garments Reviewed donning technique and wearing schedule for day or night wear. Padding can be applied to left side for additional compression.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 60 minutes
97140 Manual Therapy x 4 units

**PLAN**

Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 02/23/23 1402

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430**

Author: Harmon, Gil E, MD
Filed: 02/23/23 1847
Editor: Harmon, Gil E, MD (Physician)
Service: —
Encounter Date: 2/23/2023
Author Type: Physician
Status: Signed

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
February 23, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging scan results and tox check on CAP chemotherapy.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Tolerating chemotherapy quite well overall. No s/s of current infection

--No s/s of CHF. Breathing reasonably well (unless laying flat). No LE edema.

--Tinnitus noted. This is new with treatment. Has been relatively stable as treatment has gone on. Not a dose prohibitive impairment.
--No numbness/tingling in fingers/toes.
--Eyes watering but this is managed with eye drops reasonably well.

--He did not have as much MSK pain with GCSF with C3. Recall that he had MSK pain (chest) after C2 that in fact led to an ER visit for GCSF related pain.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |

| | |
|---|---|
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 127/72 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 77 | Temp 36.1 °C (97 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 107.9 kg (237 lb 12.8 oz) | SpO2 97% | BMI 30.68 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated with cutaneous involvement of malignancy in L level II
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. Not significantly changed since my last exam.
**LUNGS: Clear to auscultation bilaterally**
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs from 2/13 acceptable for chemo tomorrow. Ca corrected for high albumin is fine. WBC acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET today shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 4 for tomorrow is signed.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**PLAN**
1) Chemo tomorrow.
2) Echo (limited) anytime that works for the patient within the next 4 weeks
3) No Aloxi/fluids after this infusion (nothing to cancel) (just documenting)
4) 3 weeks from tomorrow: labs, OV, and treatment to follow (has port)
5) 6 weeks from tomorrow: labs, OV, and treatment to follow.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 02/23/23 1847

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 03/08/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 03/08/23 1215 | Encounter Date: 3/8/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**March 08, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck Lymphedema
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease. Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 5. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**
- Bob is completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation and self lymphatic massage of the Head, neck, terminus , axilla and deep breathing
- He is wearing a Head and neck compression wrap but this **has not** helped with reduction
- He has noted increased indurated lymphedema anterior neck, submental region.
- He also feels restriction with swallowing due to lymphedema I.e. certain times of the day. He reports that he has to take some water first before eating to work on swallowing before eating solid foods.
- He did have a demo of a Tactile medical Head/Neck/Trunk Advanced pneumatic compression device on 2/21/23. The 32 minute demo was helpful in reducing the indurated neck lymphedema to improve neck ROM, voice quality. He would benefit from daily use of this device.
- Due to decreased neck ROM , he does compensate by turning his trunk.

**OBJECTIVE**

Skin Condition:
- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck







| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 70 | |
| Circumference (upper neck) | 60 | |
| Circumference (lower neck) | 53 | |
| | | |

**Active Range of Motion:**

| Range of Motion | Right | Left |
|---|---|---|
| Mouth opening (cm) | 4 | |
| | | |
| Cervical flexion (degrees) | 20 Has decreased tolerance for neck flexion because of tightness and it feels constricted for swallowing and air flow | |
| Cervical extension | 20 | |
| Cervical rotation | 20 pulling on left side of the neck, Tightness on the left neck restricts motion | 30 |
| | | |
| Shoulder flexion (degrees) | 165 | 165 |
| | | |
| | | |

**OT ASSESSMENT**

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- He reports that the increased indurated lymphedema in the neck feels like a thickness in the neck and internally which is affecting swallowing.
- **Bob has completed 6 weeks of conservative treatment with compliance with wearing compression, elevating head and completing Trunk, Shoulder, neck, face ROM and self lymph massage exercises and deep breathing exercises. He continues to demonstrate Head/Neck Lymphedema with increased neck girth, restricted neck ROM and restrictions in swallowing which affects eating. Due to the failure of conservative lymphedema treatment, a Tactile Head/Neck/Trunk pneumatic compression device is recommended to supplement lymphedema management.**
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump and he has completed a demo with Tactile Medical on 2/21/23. The demo session improved skin texture and neck ROM. If he had a home device, it could be used daily. He currently has extensive head and neck lymphedema which limits Neck ROM and affects swallowing. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep lymphedema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**

- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and

neck. Deep breathing exercises were incorporated during MLD
- Neck compression garments He has a Neck compression garment and wears day and/or night wear as tolerated.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 60 minutes
97140 Manual Therapy x 4 units

**PLAN**
- Continue to see patient per plan of care with a focus on Lymphedema Management.
- OT note faxed to Tactile Medical

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 03/08/23 1215

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830**

Author: Harmon, Gil E, MD　Service: —　Author Type: Physician
Filed: 03/17/23 0903　Encounter Date: 3/17/2023　Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper　000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
March 17, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+

--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Eye watering continues.
--Breathing okay overall. "nothing wrong with breathing"
--Does have some neck obstructive type symptoms but not deep chest issues. Helps to sit up. Has hospital bed now

--No leg swelling.
--No chest pain aside from GCSF discomfort.

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

--Tinnitus stable. Not progressive. Feels that hearing itself is stable. No CIPN.
--No blood in the urine.

--Has some lower back pain (APAP for that). Feels this is likely unrelated.
--Still working. Notes he has gained some weight.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) | Take by mouth 1/2 dosing cup swish and spit |

| | |
|---|---|
| 100,000 unit/mL suspension | |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime (Patient not taking: Reported on 3/17/2023) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 112/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 78 | Temp 36.6 °C (97.9 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 107 kg (236 lb) | BMI 30.45 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. This actually looks a little better today than last cycle in terms of less bruising within the skin itself.
**LUNGS: Clear to auscultation bilaterally**
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Lymphedema**

2. Anemia associated with chemotherapy
3. Other long term (current) drug therapy
4. Encounter for antineoplastic chemotherapy
5. Salivary gland carcinoma (*)
6. Chemotherapy-induced nausea

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before last cycle shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. This is scheduled in 3 days. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 5 is signed. No dose changes.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Aloxi only next week Monday

**PLAN**
1) Chemo today
2) Aloxi only on Monday
3) Labs, OV, and chemo to follow in 3 weeks.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 03/17/23 0903

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 04/05/23 0800**

Author: Betlach, Paula M, OT    Service: —    Author Type: Occupational Therapist
Filed: 04/05/23 0854    Encounter Date: 4/5/2023    Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**April 05, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck Lymphedema
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease. Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 6. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**
- Bob is completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation and self lymphatic massage of the Head, neck, terminus , axilla and deep breathing
- _Head and neck compression wrap has not been helpful with reducing lymphedema
- He has periods of restriction with swallowing due to lymphedema I.e. certain times of the day. He reports that he has to take some water first before eating to work on swallowing before eating solid foods.
- He recently got approved for a hospital bed to keep head raised. Sleeping flat causes increased congestion in the face and neck and he needs to sleep with his head elevated.
- He did have a demo of a Tactile medical Head/Neck/Trunk Advanced pneumatic compression device on 2/21/23. The 32 minute demo was helpful in reducing the indurated neck lymphedema to improve neck ROM, voice quality. He would benefit from daily use of this device.

**OBJECTIVE**

Skin Condition:
- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck

| Swelling Assessment (cm) | Right | Left |
|---|---|---|

| | | |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 71 | |
| Circumference (upper neck) | 59 | |
| Circumference (lower neck) | 52 | |
| | | |

**OT ASSESSMENT**

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema.
- The lymphedema in the head and neck results in congestion in lying flat. He needs to sleep with his head elevated.
- The lymphedema in the neck causes restriction in neck ROM
- The lymphedema in the head/neck causes restriction with swallowing.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump and he has completed a demo with Tactile Medical on 2/21/23. The demo session improved skin texture and neck ROM. If he had a home device, it could be used daily. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep lymphedema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**

- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night

Total billable time: 53 minutes
97140 Manual Therapy x 4 units

**PLAN**

- Continue to see patient per plan of care with a focus on Lymphedema Management.
- MD note from 3/17/23 documenting lymphedema was faxed to Tactile Medical on 3/26/23

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 04/05/23 0854

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 04/07/23 2047 | Encounter Date: 4/7/2023 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
April 07, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy. C6

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Insomnia. Staying aside has been the problem more so than sleep initiation. Not so much a consistent nocturia issue. Some rumination is involved. Not a pain issue. Not consistently an issue with neck swelling/breathing. Is keeping head elevated.

--No new breathing concerns.
--Neck swelling is stable. Skin is about the same.
--Nausea with chemo but responsive to anti-emetics.
--Did have a super-imposed viral issue during last cycle.

--Tinnitus stable.
--No blood in the urine.
--No persistent CIPN

--Low back pain stable (chronic)
--GCSF related bone pain the same.
--On and off HA.
--Does not note axillary nodal growth.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric | Take 1 Tablet (81 mg) by mouth daily . Take with |

| | |
|---|---|
| coated tablet | Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 5 days. Starting 4/16. Ending 4/20 |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) (Patient not taking: Reported on 4/7/2023) |

Physical Examination:

Performance Status: ECOG: 0 - continues to work.
BP 112/84 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 84 | Temp 36.5 °C (97.7 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 105.3 kg (232 lb 3.2 oz) | BMI 29.96 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema is unchanged. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II. This induration is unchanged. There is more bruising about the anterior chest below the area of what is believed to be cutaneous involvement of the malignancy.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. The area of induration looks stable.
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable. Discussed non fasting sugar elevation.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy
4. Insomnia, unspecified type

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before cycle 4 shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.)
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. The one planned last month appears not to have been completed and we will request that it be rescheduled. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle). Complex prescribing given that part of this will be in FL.
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 6 is signed. No dose changes.
- Anti-emetic plan remains home oral regimen as he is able to get by without IV anti-emetics at this point.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Oral regimen at this time.

**Insomnia**
Discussed his insomnia at length. Ultimately elected to try adding melatonin. Did not tolerate Ambien or Ativan previously. Gets some benefit from anti-histamines OTC.

**PLAN**
1) Chemo today as planned
2) May 4th PET scan (wants in the afternoon). Labs that day as well.
3) 11:30 (harmon specifically wants this overbook) on 5/8/23

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 04/07/23 2047

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 05/02/23 1120**

| | | |
|---|---|---|
| Author: Rayhan, Kazi Z, MD | Service: — | Author Type: Physician |
| Filed: 05/02/23 1157 | Encounter Date: 5/2/2023 | Status: Signed |
| Editor: Rayhan, Kazi Z, MD (Physician) | | |

**Robert J Loper 000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**May 02, 2023**

**Chief Complaint**
Patient presents with
- Disease Management

**HPI:**

This is a patient with history of multiple chronic diseases. He had labs drawn earlier today. Today, he wants to talk about lab results and management options of his chronic diseases.

Overall, the patient reports that he is doing well. He finished with chemotherapy several weeks ago for salivary gland cancer. He follows up with his oncologist on a regular basis regarding his cancer.

The patient reports taking all his medications as prescribed. According to the patient, his weight has remained stable.

Today, he did not report having any fever, chills, cough, chest pain or shortness of breath. He did not report having any acute GI or GU symptoms or concerns. He denies having any dizziness or lightheadedness.

The patient did not report having any numbness, tingling or weakness in his extremities.

He did not report having any acute depression or anxiety.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy
- Lymphedema

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |

| | |
|---|---|
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • [DISCONTINUED] dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle (Patient not taking: Reported on 5/2/2023) |
| • [DISCONTINUED] GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 5 days. Starting 4/16. Ending 4/20 (Patient not taking: Reported on 5/2/2023) |
| • [DISCONTINUED] nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) (Patient not taking: Reported on 4/7/2023) |

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release | Take 1 Tablet (25 mg) by mouth every morning For heart |

| | |
|---|---|
| tablet | |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

No past medical history on file.

No Known Drug Allergies

**Review of systems:** Please look at history of illness above for review of systems.

**Physical Exam:**

BP 102/74 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 108

**Gen:** NAD. Very pleasant.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Chest:** Clear to auscultation b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g.
**Extremities:** No edema noted.
**Neuro:** CN II to XII grossly NL, appears to have normal strength and normal gait.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight.

**Assessment & Plan**

| | | |
|---|---|---|
| 1. | Type 2 diabetes mellitus with stage 2 chronic kidney | DAPAgliflozin (FARXIGA) 10 mg tablet |

| | | |
|---|---|---|
| | disease, without long-term current use of insulin (*) | LAB HEMOGLOBIN A1C<br>LAB ALBUMIN CREATININE RATIO |
| 2. | Chronic systolic heart failure (*) | LAB POTASSIUM<br>LAB CREATININE |
| 3. | Mild persistent asthma without complication | |
| 4. | Gastroesophageal reflux disease without esophagitis | |
| 5. | Dyslipidemia | |
| 6. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 7. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | |
| 8. | CKD (chronic kidney disease), stage II | |
| 9. | Vitamin D deficiency | LAB 25-HYDROXY VITAMIN D |
| 10. | Preventative health care | LAB VITAMIN B12<br>LAB MAGNESIUM |
| 11. | Medication monitoring encounter | LAB POTASSIUM<br>LAB CREATININE |
| 12. | Encounter for immunization | PFIZER SARS-COV-2 BIVALENT (12 YRS AND OLDER) VACCINE |

**Elaboration of Assessment & Plan above**:

I have reviewed the patient's chronic diseases, medications and most recent lab test results.

Overall, the patient's chronic diseases have remained stable/well controlled with current medications.

To improve his diabetes control, I have sent a new prescription for Farxiga. He will take 5 mg of Farxiga once daily for about 30 days and then start with 10 mg of Farxiga once daily. He will continue with metformin 1000 mg once daily as well.

We have agreed to recheck hemoglobin A1c level about 6 months later.

I have ordered multiple labs to monitor his chronic diseases and screen for diseases as well.

Preventative care needs were addressed. He received a booster vaccine against COVID-19.

We have agreed to see each other about 6 months later. He was encouraged to contact me if he is any questions or concerns regarding his health care.

**Pre-visit planning (PVP)** for next visit (in Oct, 2023) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 05/02/23 1157

**END OF REPORT**

**Clinical Support Note by Rask, Carissa A, MEDICAL ASSISTANT at 05/02/23 1120**

| | | |
|---|---|---|
| Author: Rask, Carissa A, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 05/02/23 1157 | Encounter Date: 5/2/2023 | Status: Signed |
| Editor: Rask, Carissa A, MEDICAL ASSISTANT (Medical Assistant) | | |

Under the order of Kazi Z Rayhan, MD and supervision of Kazi Z Rayhan, MD the following is given.

**Immunizations Administered Administered**

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **COVID-19 Pfizer Bivalent Booster Vaccine** | 5/2/2023 | 0.3 mL | 4/18/2023 | Intramuscular |

Given in the LD, pt tolerated well and left ambulatory.

Electronically signed by Rask, Carissa A, MEDICAL ASSISTANT at 05/02/23 1157

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 05/08/23 1848 | Encounter Date: 5/8/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
May 08, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging imaging results at completion of 6 cycles of CAP

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Results discussion today
--ROS notable for overall stable neck swelling, though there has been some progress in terms of new compression device.
--Continues to work. No new acute concerns.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg | Take 1 Tablet (5 mg) by mouth daily with breakfast |

| | |
|---|---|
| tablet | For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 100/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 84 | Temp 36.8 °C (98.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.1 kg (231 lb 12.8 oz) | SpO2 99% | BMI 29.91 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.

EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

- Need echo given cardiac hx of anthracycline exposure. Pt cancel from March noted. Due (reschedule) later this week. He has no clinical s/s of CHF at this time.
- Clinically stable in terms of neck lymphedema.
- Imaging discussed at length. His mixed response continues. Level V neck node on the left noted. L axillary nodes noted. Overall burden of disease has decreased, but the fact that disease does persist and in fact has progressed in the L axilla is noted.
- Discussed our options at length today. 1) obs at this time until progression with RECIST measurable disease (which he does not currently have). 2) Radiation to a small field(s) to cover only currently visible sites of disease (ie. Perhaps just the axilla to see what happens in terms of a PFS interval thereafter 3) Radiation to full b/l necks and L axilla (discussed the significant toxicity involved in this in the context of stage IV disease that is almost certainly not curable) 4) Movement straight to Lupron 5) Trial at UW with pembro added to Lupron (no currently measurable disease, so would not be eligible d/t the lack of RECIST measurable lesion, but could wait until one of his nodes is 1.5 cm in size)
- Will start with rad onc followup before finalizing our plan. I honestly would support multiple of the above options. Lupron during radiation as a combination of options could be entertained as well, though this would preclude his enrollment in the pembro/Lupron study in the future. Recall that he has no on label access to ICI.
- I will followup after rad onc followup comes through.

**PLAN**
1) Rad onc followup with Driscoll ASAP

Total Time on encounter: 40 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 05/08/23 1848

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 05/11/23 1600**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 05/11/23 1719 | Encounter Date: 5/11/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**RADIATION ONCOLOGY FOLLOW-UP NOTE May 11, 2023**

Robert J Loper    60 y.o. male    DOB:    MRN: 000008828980

**Oncology History Overview Note**

Cancer Staging

Salivary gland carcinoma (*)

Staging form: Major Salivary Glands, AJCC 8th Edition

- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET

C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Interval History:** Robert J Loper is a 60 y.o. male with the above diagnosis. By initially met him about 6 months ago with his initial diagnosis. He had metastatic disease in the axilla. Since that time he has been getting chemotherapy with Dr. Harmon and he recently finished and had restaging done. He had an excellent response in the neck and then the initially involved axillary lymph node. Surprisingly he has a few new PET avid axillary lymph nodes but they are all small and do not meet recist criteria for progression or for eligibility on clinical trial. We are back today discuss treatment options. He also continues to Have significant neck lymphedema and using lymphedema pump bid to help

I also reviewed prior external notes from Dr. Harmon, and have talked personally with Dr. Harmon

**Imaging: PET 5/4/23** IMPRESSION:
1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.
2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.
3. Additional findings, as described.

**Lab:**
**Lab Only on 05/04/2023**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • ALKP | 05/04/2023 | 89 | 40 - 129 U/L | Final |
| • ALBUMIN | 05/04/2023 | 4.6 | 3.4 - 4.8 g/dL | Final |
| • AST | 05/04/2023 | 44 (H) | 0 - 40 U/L | Final |
| • BILIRUBIN, TOTAL | 05/04/2023 | 0.3 | 0.0 - 1.3 mg/dL | Final |
| • BUN | 05/04/2023 | 20 | 8 - 23 mg/dL | Final |
| • CALCIUM | 05/04/2023 | 9.9 | 8.8 - 10.2 mg/dL | Final |
| • CREATININE | 05/04/2023 | 1.28 (H) | 0.67 - 1.17 mg/dL | Final |
| • ESTIMATED GFR | 05/04/2023 | 64 | mL/min/1.73m2 | Final |
| • ALT | 05/04/2023 | 30 | 0 - 41 U/L | Final |
| • SODIUM | 05/04/2023 | 141 | 135 - 146 mmol/L | Final |
| • POTASSIUM | 05/04/2023 | 4.6 | 3.4 - 5.0 mmol/L | Final |
| • GLUCOSE | 05/04/2023 | 136 (H) | 70 - 99 mg/dL | Final |
| • GLUCOSE HOURS FASTING | 05/04/2023 | >=9 Hours | | Final |
| • WBC | 05/04/2023 | 3.57 (L) | 3.70 - 10.40 K/uL | Final |
| • RBC | 05/04/2023 | 3.70 (L) | 4.50 - 5.80 M/uL | Final |
| • HEMOGLOBIN | 05/04/2023 | 11.6 (L) | 13.6 - 16.7 g/dL | Final |
| • HEMATOCRIT | 05/04/2023 | 34.8 (L) | 41.0 - 50.0 % | Final |
| • MCV | 05/04/2023 | 94.1 | 82.0 - 99.0 fL | Final |
| • MCH | 05/04/2023 | 31.4 | 27.0 - 32.0 pg | Final |
| • MCHC | 05/04/2023 | 33.3 | 32.0 - 36.0 g/dL | Final |
| • PLATELET COUNT | 05/04/2023 | 170 | 140 - 385 K/uL | Final |
| • RDW-CV | 05/04/2023 | 15.8 (H) | 11.8 - 15.6 % | Final |
| • RDW-SD | 05/04/2023 | 54.2 (H) | 34.0 - 50.0 fL | Final |
| • ABS NEUT ELECTRONIC | 05/04/2023 | 1.64 (L) | 2.00 - 8.70 K/uL | Final |
| • ABS IMMATURE GRAN | 05/04/2023 | 0.01 | 0.00 - 0.04 K/uL | Final |

| | | | | |
|---|---|---|---|---|
| ELECTRONIC | | | | |
| • NRBC # ABSOLUTE | 05/04/2023 | 0.00 | 0.00 - 0.05 K/uL | Final |

**PHYSICAL EXAM:**

| | 5/2/2023 11:14 AM | 5/8/2023 11:32 AM |
|---|---|---|
| **Vitals** | | |
| Blood Pressure | 102/74 | 100/70 |
| Pulse | 108 | 84 |
| Temp | | 36.8 C |
| Respiration | | 24 |
| Weight | | 105.1 kg (231 lb 12.8 oz) |
| Height | | 187.5 cm (6' 1.82") |
| BMI (Calculated) | | 29.9 |

**Wt Readings from Last 7 Encounters:**

| | |
|---|---|
| 05/08/23 | 105.1 kg (231 lb 12.8 oz) |
| 04/07/23 | 105.3 kg (232 lb 3.2 oz) |
| 03/17/23 | 107 kg (236 lb) |
| 02/23/23 | 107.9 kg (237 lb 12.8 oz) |
| 01/24/23 | 109.2 kg (240 lb 12.8 oz) |
| 01/03/23 | 107.2 kg (236 lb 4.8 oz) |
| 12/21/22 | 105.2 kg (232 lb) |

KPS: 100

Constitutional: Patient is alert and oriented
Patient is in no acute distress.
Eyes: extra ocular movements intact, sclera anicteric.
Head, Ears, Nose Throat: Normocephalic, atramatic, Moist mucous membranes, no thrush .
Lymphatics: Bilateral necks are firm with notable lymphedema. The left neck visibly worse in the right. There are some violaceous skin color changes in the lower left neck. No discrete lymph nodes palpable. In right and left axilla there are no palpable lymph nodes and no arm lymphedema.

**Assessment:** Robert J Loper is a 60 y.o. male with the above diagnosis. He has had a Decent, but mixed, response to chemotherapy. The vast majority of his disease has responded very nicely in bilateral necks and the initial node in the axilla. However there are still a few lymph nodes that appeared to have progressed over the past several months including proximally for in the axilla and 1 in the left neck.

**Plan:**
- Discussed our options at length today. 1) obs at this time until progression with RECIST measurable disease (which he does not currently have). 2) Radiation to a small field(s) to cover only currently visible sites of disease (ie. Perhaps just the axilla to see what happens in terms of a PFS interval thereafter 3) Radiation to full b/l necks and L axilla (discussed the significant toxicity involved in this in the context of stage IV disease that is almost certainly not curable) 4) Movement straight to Lupron 5) Trial at UW with pembro added to Lupron (no currently measurable disease, so would not be eligible d/t the lack of RECIST measurable lesion, but could wait until one of his nodes is 1.5 cm in size)
- patient was interested in doing local treatment to the currently PET avid lymph nodes in the left axilla and

lymph node in left neck. We discussed various radiation treatment options, I think it would be reasonable to consider a an SBRT approach for oligo metastatic disease paradigm would probably if the treat the left neck with 1 isocenter and following that completion then do left axillary nodes

- we discussed risks benefits and side effects including but not limited to acute effects such as fatigue Skin erythema, skin breakdown, chest wall pain and discomfort, nerve damage (brachial plexus main concern, spinal cord much less so), and lymphedema
- I will arrange for a CT Sim next available

Total Time on encounter: 45 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**This note was partially constructed using the M-Modal fluency direct speech recognition medical dictation system. All attempts have been made to review for accuracy; although, some nonsensical information may persist despite proofreading.**

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 05/11/23 1719

**END OF REPORT**

**Clinical Support Note by Nemeth, Tiffany A, RN at 05/16/23 1300**

Author: Nemeth, Tiffany A, RN　Service: —　Author Type: Registered Nurse
Filed: 05/16/23 1414　Encounter Date: 5/16/2023　Status: Signed
Editor: Nemeth, Tiffany A, RN (Registered Nurse)

Robert J Loper was met today for education for CT simulation planning and radiation therapy. He was accompanied by himself.

Patient education folder is given with the following booklet and handouts discussed:Radiation therapy and You booklet, CT Simulation and What to Expect During Your First and Future Treatments, Creams and Ointments During Radiation Therapy, Control Fatigue During Radiation Therapy, Patient Information-Radiation Oncology and the Radiation Therapy for Head and Neck Cancer ASTRO Pamphlet. Patient information sheet with contact numbers was given.

Opportunity was given to ask questions and clarification. Encouraged to ask questions and let staff know of new or worsening symptoms during therapy, verbalized understanding.
Consent to do CT simulation planning and radiation treatments was obtained.

Electronically signed by Nemeth, Tiffany A, RN at 05/16/23 1414

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 05/16/23 1400**

**Progress Notes by Driscoll, Collin D, MD at 05/16/23 1400 (continued)**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 05/26/23 1759 | Encounter Date: 5/16/2023 | Status: Addendum
Editor: Driscoll, Collin D, MD (Physician)
Related Notes: Original Note by Driscoll, Collin D, MD (Physician) filed at 05/16/23 1446

**May 16, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23

--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**Simulation and Treatment planning note**

**Reason for Simulation:** Initial simulation

**Treatment Site:** Head and Neck and left axilla

**Immobilization:** immobilized in the Supine position using a thermoplastic face and neck mask. Prior to scanning he was straightened and aligned with in-room lasers. A CT scan with 1.0 mm slices of the head, neck and chest was then done for treatment planning.

**Contrast:** No contrast given

**Treatment technique:** a stereotactic radiation plan using VMAT technique. A physcis consult will be obtained as part of the treatmetn planning and QA. MLCs will be needed and created.

**Treatment devices needed for RT:** MLCs

**IGRT:** daily IGRT with cone beam CT to bony anatomy to ensure we are centering on the target every day and reliably predict I am adequately sparing surrounding normal tissues.

**Dose and Number of fractions:** Thirty-five Gy in 5 fractions. to left axilla, and then 35 Gray in 5 fractions to left neck

**TLDs ordered:** no

**Physics Consult:** Physics consult for image fusion with, PET scan 5/4/23

Electronically signed by Driscoll, Collin D, MD at 05/16/23 1446
Electronically signed by Driscoll, Collin D, MD at 05/26/23 1759

**END OF REPORT**

**Progress Notes by Huber, Heidi R, NP at 05/31/23 1400**

Author: Huber, Heidi R, NP    Service: —    Author Type: Nurse Practitioner
Filed: 05/31/23 1626    Encounter Date: 5/31/2023    Status: Signed
Editor: Huber, Heidi R, NP (Nurse Practitioner)

Robert J Loper    000008828980

Nurse Practitioner Adult Health - LA CROSSE
May 31, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Same day visit for complaints of swelling and SOB

**Impression/Plan:**
**Assessment**

1. **Salivary gland carcinoma (*)**
2. Lymphedema
3. Orthopnea

Please see the oncologic history, updated by this author through today.

- **Lymphedema**
- Lymphedema continues to be a main concern for Robert. Despite the mprovement in metastatic disease burden within the neck showed on most recent PET scan, reports that his symptoms of edema continued to worsen.
- This is affecting his range range of motion, voice quality, ability to swallow, and causing him to feel short of breath.
- Reviewed again today that lymphedema will not likely resolve with cancer response especially given no improvement even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
- **I continue to recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**
- Will trial a prednisone taper over the next 9 days to see if this helps with some symptoms he is experiencing.
- I also tried to contact Paula Betlach, with OT to see if she had further recommendations to help with management however she was out of the office today. Robert is scheduled for follow up with her 6/19/23. I plan to reach out to Paula again before my next follow up with Robert to inquire about further suggestions.

- **Shortness of breath**
- Lymphedema worsens and causes difficulty breathing when laying flat. He has been using a hospital bed which has significantly improved his SOB associated with sleeping as he is able to lay with his head elevated in upright position.
- **I continue to recommend the use hospital bed to help with the management of SOB and neck lymphedema.**
- I recommend a hospital bed to be ordered for Robert based on Face to Face evaluation completed:05/31/23
- Robert is able to position self with an ordinary bed due to the following medical condition Salivary gland carcinoma with associated lymphedema that is expected to last 1 month or longer. Body positioning for symptom relief is not feasible with an ordinary bed. He requires the head of bed to be elevated more than

30 degrees because lymphedema related to salivary gland carcinoma and associated orthopnea. . A bed that changes height to permit transfers to chair, wheelchair or standing position is not required. Frequent and/or immediate changes in body position is not required.

**PLAN**
Return 6/12/23 for Heidi at 1pm- recheck of swelling

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23 |

--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up for complaints of swelling and SOB. Please see the oncologic history, updated by this author through today.

- Patient comes in today with complaints of worsening swelling of neck/face and associated SOB
- He has significant neck lymphedema.
- Patient notes swelling and SOB worsens at night specifically when he tries laying flat.
- Reports If not sitting upright SOB/swelling becomes really bad. Swelling L>R side of face. In the morning swelling up to left eye.
- Using recliner or hospital bed for sleeping. Requires at HOB to be elevated 45 degrees or more to sleep.
- Reports in mornings swelling is worse and impairs swallowing as well as breathing.
- In the past has tried a neck compression wrap but this did not help with managing swelling and associated symptoms. He continues to use the pneumatic compression device morning and night and does note some improvement in swelling following use.
- He has been followed by Paula Betlach in OT and has a follow up scheduled 6/19/23.
- No SOB today when sitting upright during visit. No dyspnea with exertion. Symptoms mostly related to edema restriction in throat/neck.

- Echo completed 5/12/23 to monitor heart as he completed treatment with anthracycline. Results showed normal left and right ventricular size and function.

- He completed chemotherapy 4/7/23 and had is scheduled to start radiation treatment today to oligo metastatic disease in left neck and left axilla.
- Last PET CT 5/4/23 showed overall improvement in metastatic disease burden within the neck.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |

| | |
|---|---|
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • predniSONE 20 mg tablet | Take 2 Tablets (40 mg) by mouth daily for 3 days, THEN 1 Tablet (20 mg) daily for 3 days, THEN 0.5 Tablets (10 mg) daily for 3 days. |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

- VIAGRA 100 mg tablet Take 1 Tablet (100 mg) by mouth daily as needed

Physical Examination:
Performance Status: ECOG: 1
BP 118/74 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 92 | Temp 36.6 °C (97.8 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 108 kg (238 lb) | BMI 30.71 kg/m²
**General**: The patient appears comfortable and in no acute distress. Alert, oriented x3, cooperative.
**Psych:** Mood and affect appropriate and congruent.
**HEENT**: There is no scleral icterus
**Lymphatic**: significant neck and submental lymphedema present.
**Skin:** No significant rashes.
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.

**Laboratory Data:** Reviewed in Epic. None new today.

**Imaging:** As per oncologic history
**TTE 5/12/23**
1. Limited study per request.
2. Normal left and right ventricular size and ejection fraction.
3. No significant valvular abnormalities.
4. Compared to previous study 12/6/2022, there is no significant change.

**PET-CT 5/4/23**
IMPRESSION:
1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.
2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.
3. Additional findings, as described.

**Pathology:** As per oncologic history

Heidi R Huber, NP

Dr. Oettel was available for consultation in person or by telephone during today's office visit.

Total Time on encounter: 45 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Electronically signed by Huber, Heidi R, NP at 05/31/23 1626

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 05/31/23 1400**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 05/31/23 1400 (continued)**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 06/02/23 0733 | Encounter Date: 5/31/2023 | Status: Signed |
| Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant) | | |

DME order for hospital bed and office note faxed to Mayo Clinic store.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 06/02/23 0733

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 05/31/23 1500**

| | | |
|---|---|---|
| Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician |
| Filed: 05/31/23 1541 | Encounter Date: 5/31/2023 | Status: Signed |
| Editor: Driscoll, Collin D, MD (Physician) | | |

**May 31, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |

11/29/2022 — **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 1 / 700 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
Patient denies any dysphagia or odynophagia.
He notes "swelling in the throat" when he lay s flat. He now can only sleep elevated (ie in hospital bed elevated to 45 degrees or higher)
There are no new areas of pain.

**Progress Notes by Driscoll, Collin D, MD at 05/31/23 1500 (continued)**

There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
HEENT: NCAT, EOMI, Sclera anicteric, has notabble bilateral neck lymphedema with left worse thatn right and purple/violacious color.
Lungs: CTAB
Heart: RRR
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 05/31/23 1541

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/02/23 1500**

Author: Driscoll, Collin D, MD    Service: —    Author Type: Physician
Filed: 06/02/23 1554    Encounter Date: 6/2/2023    Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 02, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

| | |
|---|---|
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23<br><br>**Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions<br><br>**Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 2 / 1400 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/02/23 1554

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/06/23 1530**

Author: Driscoll, Collin D, MD    Service: —    Author Type: Physician
Filed: 06/06/23 1607    Encounter Date: 6/6/2023    Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 06, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features

| | |
|---|---|
| | consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23<br><br>**Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 3 / 2100 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed,

patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/06/23 1607

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/08/23 1530**

| | | |
|---|---|---|
| Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician |
| Filed: 06/08/23 1551 | Encounter Date: 6/8/2023 | Status: Signed |
| Editor: Driscoll, Collin D, MD (Physician) | | |

**June 08, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 4 / 2800 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/08/23 1551

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/09/23 1500**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 06/09/23 1558 | Encounter Date: 6/9/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 09, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on

clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 5 / 3500 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/09/23 1558

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/09/23 1500**

| | | |
|---|---|---|
| Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician |
| Filed: 06/09/23 1558 | Encounter Date: 6/9/2023 | Status: Signed |
| Editor: Driscoll, Collin D, MD (Physician) | | |

**Radiation Oncology Treatment Summary Note**

Robert J Loper 6/9/2023

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

| | |
|---|---|
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**CURRENT TREATMENT SITE:** Oligo met in left neck

**DOSE TO TREATMENT SITE, NUMBER OF FRACTIONS, AND FRACTION SIZE:** Left neck received 35 Gray in 5 fractions

**RADIATION TREATMENT TECHNIQUE:** SBRT technique using a VMAT with 6 MV photons prescribed to the PTV volume. He was set up with daily image guidance with cone beam CT to bony anatomy and adjustment made to the involved node as needed

**TREATMENT FREQUENCY:** He was treated on May 31, June 2, June 6, June 8, and June 9, 2023

**TOLERANCE/RESPONSE TO THERAPY:**
Robert J Loper is a 60 y.o. male who tolerated treatment well. He had no side effects from the radiation itself. Particularly there is no skin reactions dysphagia or odynophagia. He has some baseline skin discoloration and neck lymphedema this was unchanged during treatment. He continues to do lymphedema massage. His head neck mass was somewhat tight and had some mild impact on his breathing while laying flat

**FOLLOW UP:**
- Follow up in a few days to start his SBRT to the left axillary lymph node oligo mets
- Can call anytime if questions or concerns arise
- He is going to start using some lotion on the left neck

**Cc: to REQUESTING PROVIDER:** Dr. Gil Harmon

Electronically signed by Driscoll, Collin D, MD at 06/09/23 1558

**END OF REPORT**

**Progress Notes by Huber, Heidi R, NP at 06/12/23 0830**

Author: Huber, Heidi R, NP    Service: —    Author Type: Nurse Practitioner
Filed: 06/12/23 0927    Encounter Date: 6/12/2023    Status: Signed
Editor: Huber, Heidi R, NP (Nurse Practitioner)

Robert J Loper    000008828980

Nurse Practitioner Adult Health - LA CROSSE
June 12, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: follow up for swelling and SOB

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

- **Lymphedema**
- Lymphedema continues to be a main concern for Robert. Despite the improvement in metastatic disease burden within the neck showed on most recent PET scan, reports that his symptoms of edema continued to worsen.
- He was seen 5/31/23 as a same day visit for complaints of increasing swelling which was causing symptoms of shortness of breath. Other associated symptoms include affecting his range range of motion, voice quality, and ability to swallow.
- At that time he was started on a prednisone taper. He reports the symptoms of swelling have improved since last seen. He has also started using a new compression sleeve at night that was recommended by Paula Belach, OT. He reports symptoms have improved with the use of this compression sleeve as well.
- I continue to recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.

- **Shortness of breath**
- Lymphedema worsens and causes difficulty breathing when laying flat. He has been using a hospital bed which has significantly improved his SOB associated with sleeping as he is able to lay with his head elevated in upright position.
- I continue to recommend the use hospital bed to help with the management of SOB and neck lymphedema.

- **Cutaneous Neck lesion**
- Reviewed with Dr. Harmon who recommends reaching out to Dr. Ringstrom for possible biopsy

**PLAN**
Lab, ov with Dr. Harmon after completion of radiation 6/22/23

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23 |

C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up for complaints of swelling and SOB. Please see the oncologic history, updated by this author through today.

-Robert reports symptoms of swelling have Improved with prednisone taper and new compression sleeve recommended by Paula Betlach in OT.

-Continues to feel SOB if he lays supine. Hospital bed remains helpful for positioning for sleeping at night as he sleeps with HOB elevated >45 degrees.

-Since new compression sleeve and prednisone notes morning swelling has decreased. No longer extending up to left eye.

-Continues to use pneumatic compression device BID which helps with management of swelling.

-He has follow up with Paula Betlach in OT scheduled for 6/19/23

-Last Radiation treatment to oligo metastatic disease in left neck and left axilla will be 6/22/23.

-Aside from improvement in swelling he notes a firm dark cutaneous lesion to his midline neck which he feels is enlarging. Aside from increasing in size no other associated symptoms.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |

| | |
|---|---|
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • predniSONE 20 mg tablet | Take 2 Tablets (40 mg) by mouth daily for 3 days, THEN 1 Tablet (20 mg) daily for 3 days, THEN 0.5 Tablets (10 mg) daily for 3 days. |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 1

There were no vitals taken for this visit.
**General**: The patient appears comfortable and in no acute distress. Alert, oriented x3, cooperative.
**Psych:** Mood and affect appropriate and congruent.
**HEENT**:  There is no scleral icterus
**Lymphatic**: significant neck and submental lymphedema present.
**Skin: Dark purple lesion to midline anterior neck. See photo below.**
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.

**Progress Notes by Huber, Heidi R, NP at 06/12/23 0830 (continued)**



**Laboratory Data:** Reviewed in Epic. None new today.

**Imaging:** As per oncologic history
**TTE 5/12/23**
1. Limited study per request.
2. Normal left and right ventricular size and ejection fraction.
3. No significant valvular abnormalities.
4. Compared to previous study 12/6/2022, there is no significant change.

**PET-CT 5/4/23**
IMPRESSION:
1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.
2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.
3. Additional findings, as described.

**Pathology:** As per oncologic history

Heidi R Huber, NP

Dr. Harmon was available for consultation in person or by telephone during today's office visit.

Total Time on encounter: 30 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Electronically signed by Huber, Heidi R, NP at 06/12/23 0927

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/13/23 1530**

| | | |
|---|---|---|
| Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician |
| Filed: 06/13/23 1622 | Encounter Date: 6/13/2023 | Status: Signed |
| Editor: Driscoll, Collin D, MD (Physician) | | |

**June 13, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 1 / 700 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/13/23 1622

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/15/23 1500**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 06/15/23 1538 | Encounter Date: 6/15/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 15, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET

| | |
|---|---|
| | C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

T**REATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 2 / 1400 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/15/23 1538

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/16/23 0820**

Author: Driscoll, Collin D, MD
Service: —
Author Type: Physician
Filed: 06/16/23 0854
Encounter Date: 6/16/2023
Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 16, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**

| | |
|---|---|
| | HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 3 / 2100 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**

A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/16/23 0854

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 06/16/23 0930**

Author: Ringstrom, Mark J, MD    Service: —    Author Type: Physician
Filed: 06/19/23 0909    Encounter Date: 6/16/2023    Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper    000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
June 16, 2023

**History of Present Illness:**
Robert J Loper comes in today for check of his neck. He is about halfway through treatment to axillary metastases. He has had a few skin changes over his neck that bring him in for an exam today. He has a small punctate violaceous/dark blebs. There is a dominant one that is about 5 mm in the center of the neck. Nontender or painful or symptomatic in any way. He has smaller scattered ones over the left neck.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Canals are clear. Middle ear is aerated
Oral Cavity/Oropharynx: Oral cavity/oropharynx look good. Mucosa is calm. Reasonable amount of saliva. No worrisome lesions or masses
Neck: The area of skin change looks like a clotted venous lake. He has several other small spiculated venous lake type changes over the left neck treated skin. He has chronic lymphedema. No discrete palpable masses.

**Assessment / Plan:**
Left neck skin changes following treatment of salivary ductal carcinoma.

I gave Robert reassurance. I do not think these areas represent any secondary pathology, and I do not think they indicate progression of disease. I think he is having venous and lymphatic congestion which is resulting in these dermatologic changes. I am glad to hear that he is using a lymphedema pump and managing that as best as he can.

It was good to see Robert again today. We left follow-up open-ended but of course I am happy to see him anytime as needed.

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 06/19/23 0909

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 06/19/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 06/19/23 1030 | Encounter Date: 6/19/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**June 19, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT PROGRESS NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck Lymphedema
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease. Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 7. Initial OT Visit: 1/26/23

**SUBJECTIVE**
6-7/10 pain right side neck, jaw pain (typically starts in the later afternoon and evenings) Takes tylenol

**PATIENT RESPONSE TO TREATMENT**
- Completes ROM and self lymphatic massage.
- Obtained the Sigvaris neck and Mandible foam pad through Paula's purse (ordered through Hilton Medical)

**Progress Notes by Betlach, Paula M, OT at 06/19/23 0800 (continued)**

He can typically wear this all night.
- He uses the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device 1-2x.day

**OBJECTIVE**

Skin Condition:
- Hyperpigmentation left side of neck
- Redness in areas on anterior neck secondary to radiation

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 15.5 | 15.5 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 71 | |
| Circumference (upper neck) | 54 | |
| Circumference (lower neck) | 49 | |
| | | |



Induration submandibular area



Sigvaris neck and mandible foam pad has two velcro closures. Worn at night to soften fibrosis. Recommend to wash and dry regularly to keep the foam padding inflated. Can wear a tshirt over the pad to help hold in place.

**OT ASSESSMENT**

- Robert has completed chemo and is undergoing radiation treatment for salivary gland carcinoma. He has facial and neck lymphedema. During these radiation phase of treatment he has had fluctuating edema in the head/neck. He did have a recent course of prednisone which helped to decrease a significant increase in face and neck lymphedema.
- The lymphedema in the head and neck results in increased congestion whenlying flat. He has been sleeping with his head elevated and he does have an adjustable bed. He is wearing compression pad at night. Uses Flexitouch pneumatic compression pump day time to help with lymphedema management.

**TREATMENT**

**Treatment Today:**
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Continue Self lymph massage and neck ROM
- Reviewed neck compression garment for night wear: Wash regularly. Wear tshirt over the garment to help hold distal portion in place.

**Treatment Goals: Goals were mutually agreed upon with the patient.**

1. Pt will be able to complete skin care improve skin hygiene for the face and neck to prevent infection or skin breakdown.
Status: Achieved
To Achieve within: 2-3 weeks

2. Patient will be independent with home exercise program of self ymph clearing exercises, neck and shoulder

ROM, facial exercises for lymphedema management.
Status: Achieved
To achieve within: 4 weeks

3. Patient will wear face/neck/chin compression garment and have 2 cm decreased girth in neck circumference to improve neck ROM for ADL's with 1/10 pain level.
Status: Girth has fluctuated. Today he does have decreased circumference in upper neck and lower neck measurements.
To achieve within: 8 weeks

4. Patient will complete standard home program and also obtain a Head and neck pneumatic compression pump to use daily to supplement standard lymphedema home program to decrease head and neck edema girth to improve neck ROM for ADL's, decrease head and neck edema girth to improve sleep quality
To Achieve within: 12 week
Status: He did receive the Flexitouch pneumatic compression pump and uses it 1-2x/day.

**Add goal 5.**
**Patient will be see for Manual lymphatic drainage in addition to wearing neck compression garment and using the Flexitouch pneumatic pump to manage post treatment Lymphedema of the Head/Neck and assist with improving neck ROM, skin pliability to allow for functional movements for ADL's with 2-3/10 neck pain**
**Status: New goal**
**To achieve: 8 weeks**

Total billable time: 54 minutes
97140 Manual Therapy x 4 units

**PLAN**

- Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 06/19/23 1030

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/20/23 1500**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 06/20/23 1616 | Encounter Date: 6/20/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 20, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - | **Radiation** |

6/22/2023

Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 4 / 2800 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation. He is starting to feelmore sore in the axilla

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/20/23 1616

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/22/23 1500**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 06/22/23 1624 | Encounter Date: 6/22/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 22, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23

| | |
|---|---|
| | C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 5 / 3500 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
He has been noticing more discomfort under the left axilla, but no visible erythema or desquamation

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation. He is starting to feelmore sore in the axilla

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Finishes radiation today

- He sees Dr. Harmon in follow-up next week
- I will plan for post treatment PET scan in about 1 month
- Patient can call any time if questions or concerns arise

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/22/23 1624

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/22/23 1500**

Author: Driscoll, Collin D, MD    Service: —    Author Type: Physician
Filed: 06/22/23 1624    Encounter Date: 6/22/2023    Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**Radiation Oncology Treatment Summary Note**

Robert J Loper    6/21/2023

**Oncology History Overview Note**

Cancer Staging

Salivary gland carcinoma (*)

Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy** |

L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

6/13/2023 - 6/22/2023 **Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**CURRENT TREATMENT SITE:** Oligo Mets and left axilla

**DOSE TO TREATMENT SITE, NUMBER OF FRACTIONS, AND FRACTION SIZE:** 35 Gy in 5 fractions

**RADIATION TREATMENT TECHNIQUE:** SBRT using a VMAT technique using 6 mV photons prescribed to the PTV volume. He was set up with daily image guidance using cone beam CT to bony anatomy and then adjustment made to GTV/PTV is as-needed

**TREATMENT FREQUENCY:** June 13th, 15th, 16th, 20th, and 22nd of 2023

**TREATMENT DURATION:** See Oncologic History

**TOLERANCE/RESPONSE TO THERAPY:**
Robert J Loper is a 60 y.o. male who tolerated treatment well. Towards end of therapy was noticing a bit more discomfort in the left axillary region, but there is no visible skin erythema or desquamation

**FOLLOW UP:**
- Finishes radiation today
- He sees Dr. Harmon in follow-up next week
- I will plan for post treatment PET scan in about 1 month, but we can move that date if needed based on other appts, etc
- Patient can call any time if questions or concerns arise

**Cc: to REQUESTING PROVIDER:** Dr. Gill Harmon

Electronically signed by Driscoll, Collin D, MD at 06/22/23 1624

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 06/26/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 07/10/23 0907 | Encounter Date: 6/26/2023 | Status: Addendum
Editor: Betlach, Paula M, OT (Occupational Therapist)
Related Notes: Original Note by Betlach, Paula M, OT (Occupational Therapist) filed at 06/26/23 0859

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**June 26, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: 2022.
He has completed chemo and radiation
Patient is seen for Visit # 8. Initial OT Visit: 1/26/23

**SUBJECTIVE**
0-610 pain right side neck, jaw pain , this is sporadic, Takes tylenol

**PATIENT RESPONSE TO TREATMENT**
- Completes ROM and self lymphatic massage.
- He wears the Sigvaris neck and Mandible foam pad through Paula's purse (ordered through Hilton Medical) all night.
- He uses the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device 1-2x.day

**OBJECTIVE**

Skin Condition:
- Hyperpigmentation left side of neck
- Redness in areas on anterior neck secondary to radiation
- Improved pliability in the neck/face

**Active Range of Motion:**

| Range of Motion | Right | Left |
|---|---|---|
| Mouth opening (cm) | 4 | |
| | | |
| Cervical rotation | 50 | 40 |
| Cervical side bend | | |
| | | |
| Shoulder flexion (degrees) | 165 | 165 |
| | | |
| | | |

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 15.5 | 15.5 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 72 | |
| Circumference (upper neck) | 54 | |
| Circumference (lower neck) | 49 | |
| | | |

**OT ASSESSMENT**

- Robert has completed chemo and completed radiation treatment for salivary gland carcinoma.
- He has facial and neck lymphedema. He is wearing SigVariscompression pad at night. Uses Flexitouch pneumatic compression pump day time to help with lymphedema management. The neck pad has helped break up fibrosis in the neck and the skin condition is more pliable.

**TREATMENT**

**Treatment Today:**

- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Continue Self lymph massage and neck ROM
- Continue neck compression garment for night wear: Wash regularly. Wear tshirt over the garment to help hold distal portion in place.
- Continue daily use of the Flexitouch pump

Total billable time: 55 minutes
97140 Manual Therapy x 4 units

**PLAN**

- Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 06/26/23 0859
Electronically signed by Betlach, Paula M, OT at 07/10/23 0907

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 07/07/23 2131 | Encounter Date: 6/30/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
June 30, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Post XRT plan

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent

with salivary duct carcinoma. See comment.

| | |
|---|---|
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Robert tolerated radiation very well
--He is recovering from chemotherapy well. Working. Hair starting to regrow. No evidence of any cardiac injury.
--He continues to use lymphedema management techniques with modest benefit. Persistent neck lymphedema as would be expected
--Was seen recently by ENT. I agree that the midline neck skin lesion is almost certainly benign. It appears to be on the order of a venous lake type of lesion.
--The main issue today, is that in the R neck (level V) has a neck lesion that is nodular and highly concerning for recurrent disease. This is not so much painful as just a palpable nodule that is new within the past several days.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |

| | |
|---|---|
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 120/72 (BP Location: Right arm, Patient Position: Sitting) | Pulse 86 | Wt 108.2 kg (238 lb 8.6 oz) | BMI 30.78 kg/m²
GEN: Alert and oriented x 3. NAD.
NECK: R level V 1 cm nodule, subcutaneous

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

--Discussed that end of tx echo was intact and lacked evidence of chemo-related cardiac injury.
--Discussed that he tolerated chemo and, more recently, EBRT quite well.
--However, he has a new lesion in the R neck on exam today (nothing on the left though) that I fear will represent progressive cancer.
--Discussed SOC options, most notably Lupron monotherapy
--Juxtaposed that with the known trial at UW which combines Lupron with pembro. He favors this trial. I agree.
--I believe he would be a good candidate so long as RECIST measurable disease is found. Namely if a subq nodule hits at least 10 mm in size. This R neck lesion would be close if confirmed.
--We will start with imaging but then move to UW referral. I have previously spoken to the trial PI there, and I believe he would be a good candidate so long as he meets all screening criteria.
--He expresses understanding. CT neck requested. Otherwise we have post XRT PET scheduled at the end of the month.

**PLAN**
1) CT Neck ASAP. Amwell visit with Harmon right after (overbook is fine). Must be Harmon as provider in this case.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 07/07/23 2131

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 07/10/23 0800**

Author: Betlach, Paula M, OT    Service: —    Author Type: Occupational Therapist
Filed: 07/10/23 0905    Encounter Date: 7/10/2023    Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**July 10, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22.
Patient has completed chemotherapy and radiation.

Patient is seen for Visit # 9. Initial OT Visit: 1/26/23

**SUBJECTIVE**

0-610 pain Bilateral neck pain, Firm nodules on both side of neck. Sharp intermittent right neck pain.

**PATIENT RESPONSE TO TREATMENT**

- Completes ROM and self lymphatic massage.
- He wears the Sigvaris neck and Mandible foam pad at night and use the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device 1-2x.day
- Today he feels worse with neck and face Lymphedema and low stamina.
- He reports new nodules in the neck and will be having a CT scan this week.

**OBJECTIVE**

Skin Condition:
- Hyperpigmentation left side of neck
- Redness in areas on anterior neck secondary to radiation
- Improved pliability in the neck/face

| Swelling Assessment (cm) | Right | Left |
|---|---|---|

| | | |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 73 | |
| Circumference (upper neck) | 58 | |
| Circumference (lower neck) | 54 | |
| | | |

**OT ASSESSMENT**

- Robert has completed chemo and completed radiation treatment for salivary gland carcinoma.
- He has increased facial and neck lymphedema today and decreased stamina. He reports he has discovered new nodules and will be having a CT scan this week.
- He continues to wear the SigVariscompression pad at night. He continues to use the Flexitouch pneumatic compression pump day time but these have not been as effective with managing the lymphedema since he noted the presence of increased nodules in the neck region.

**TREATMENT**

**Treatment Today:**

- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Continue Self lymph massage and neck ROM
- Continue neck compression garment for night wear and daily use of the Flexitouch pump

Total billable time: 60 minutes
97140 Manual Therapy x 4 units

**PLAN**

Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 07/10/23 0905

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 08/04/23 1724 | Encounter Date: 7/21/2023 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)
Related Notes: Original Note by Harmon, Gil E, MD (Physician) filed at 08/01/23 2138

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
July 21, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Followup to continue coordination of next steps in care.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

| | |
|---|---|
| | C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/13/2023 | **Progression**<br>In the setting of new palpable neck nodularity (see notes of palpable lesion in R level III/V region)<br><br>CT Neck:<br>Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Significant contact between this author and UW. He appears eligible at UW for Lupron/pembro study.
--He is noting rather rapid increase in the fullness of his b/l neck. Still able to breath freely but has positional issues with sleep as he has before. ROM is decreasing as he tries to turn his head.
--Vascular hemangioma like lesion removed today by ENT given that it had been bothering him (catching on clothing, etc). This would have been a lesion caused by vascular congestion d/t cancer progression in my opinion.
--He has no other discomforts of note (below the neck). No frank pain really. Still working.
--We await his upcoming PET scan.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA | Inhale 2 Puffs into mouth/lungs every 4 hours as |

| | |
|---|---|
| inhaler | needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0

GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. None new today.

Imaging: As per oncologic history. CT neck reviewed with patient.

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

I had a good conversation today with the patient about next steps. He is eligible for the University of Wisconsin trial that uses Lupron and pembrolizumab in combination as a single arm study.

I discussed in frank terms that I have not had easy access to immunotherapy in any other capacity given that there is no FDA label for use in salivary gland carcinoma. Lupron would be the standard of care option that I would have access to, but given our desire to be as aggressive as possible, we favor the clinical trial enrollment as much as can be pursued.

The patient has had more rapid clinical progression in the last couple of weeks. He has a CT neck that shows known progression and does have RECIST measurable disease apparent. He more over has right neck palpable disease that is basically subcutaneous and does also serve as measurable disease. He has already been deemed to likely be eligible for the University of Wisconsin study.

On the patient's behalf, I have reached out to the University of Wisconsin to explain that we do have a PET scan already scheduled and as such that I would hope this would double as his pre-treatment baseline imaging given that we do use iodinated CT contrast as part of our head and neck PET scanning protocols. In as much as I have been able, I have been able to confirm that he is not in need of additional imaging other than the PET scan that we already have planned.

Given the more significant progression that is happening on a clinical basis, I have asked that the most expedited possible appointment scheduling be made available for the patient given his overall concern that his clinical progression will potentially get out of hand. I do agree with him that his clinical pace of disease has increased in the last couple of weeks.

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

In terms of symptoms in need of management, he does have lymphedema of the neck as he has before and this is worsening, but aside from ongoing lymphedema management which is already at maximum at the current time, I do not have any other direct interventions to make on this at this time.

We did have a prognosis discussion today as it relates to goals of care and life decision making. My hope is that we maintain some modicum of palliative control with systemic therapy, but at this point, local therapies are certainly not the right direction to go given rapid progression after cessation of cisplatin-based chemotherapy to extend beyond the areas that we chose to radiate when he had only oligo-residual disease earlier this year.

I remain hopeful that we still have some moderate length of control, perhaps even measured in a 1-2 year time frame with the use of Lupron based therapy, but I was clear to explain that our ability to control his cancer is unknown until he starts this therapy. If there were to be some issue with trial enrollment or the time line there of, we would simply start Lupron therapy here in an expedited fashion in La Crosse.

**PLAN**
--UW clinical trial candidate. He has followup scheduled there. Attempting to expedite and consolidate appointments there as able. Keeping PET scan here.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

ADDENDUM:
PET shows rapid progression, including liver metastatic disease. We are all the more in need of expediting appointments at UW to get him to systemic therapy as quickly as possible.

Electronically signed by Harmon, Gil E, MD at 08/01/23 2138
Electronically signed by Harmon, Gil E, MD at 08/04/23 1724

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 07/31/23 1042**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 07/31/23 1044 | Encounter Date: 7/31/2023 | Status: Signed |
| Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant) | | |

FMLA paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to GHS HR at 51423.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 07/31/23 1044

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 08/14/23 0801**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 08/14/23 0802 | Encounter Date: 8/14/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**OUTPATIENT OCCUPATIONAL THERAPY**

Patient Name: Robert J Loper
000008828980
August 14, 2023
Referring Provider: No ref. provider found

Patient canceled scheduled therapy appointment on this date.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 08/14/23 0802

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1434**

Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 08/17/23 1435 | Encounter Date: 8/17/2023 | Status: Signed
Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant)

Life insurance paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to Mony Life Insurance at 315-234-4201.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1435

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1434**

Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 08/17/23 1435 | Encounter Date: 8/17/2023 | Status: Signed
Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant)

Short Term Disability paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to Lincoln Financial at 877-843-3950.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1435

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 08/28/23 0800**

Author: Betlach, Paula M, OT Service: — Author Type: Occupational Therapist
Filed: 08/28/23 0828 Encounter Date: 8/28/2023 Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**August 28, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT DISCHARGE NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22.
Patient has completed chemotherapy and radiation. He is now in a Clinical Trial at UW Madison due to progression of cancer.

Patient was seen in OT for 10 visits from 1/26/23 - 8/28/23.

**SUBJECTIVE**

Bilateral neck pain, Reports headache posterior head. Decreased Neck ROM due to Neck and face Lymphedema and advancement of cancer. Has voice changes. He has to have small bites for eating due to tightness in throat.

**PATIENT RESPONSE TO TREATMENT**

- He is receiving Clinical trial treatment at UW Madison
- He wears the Sigvaris neck and Mandible foam pad at night and uses the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device as tolerated.
- He needs to sleep siting up due to difficulty breathing.

**OBJECTIVE**

Skin Condition: Induration face and neck. Girth is increased

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16.5 | 18.5 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 72 | |
| Circumference (upper neck) | 63 | |
| Circumference (lower neck) | 55 | |

| | | |
|---|---|---|

Neck Rotation: Right 20 degrees Left 15 degrees.

**OT ASSESSMENT**

- Robert has completed chemo and completed radiation treatment for salivary gland carcinoma. Due to progression of cancer he is now involved in a clinical trial at UW Madison.
- He has decreased neck ROM and increased lymphedema in the face and neck due to progression of cancer and this has decreased his neck ROM and requires him to sleep elevated and eat very small bites of food due to tightness in throat.

**TREATMENT**

**Treatment Today:**
- Recheck
- Continue neck compression garment use of the pneumatic Flexitouch pump as tolerated and if deemed helpful for symptom management.

Total billable time: 20 minutes
Recheck 97168

**Treatment Goals: Goals were mutually agreed upon with the patient.**

1. Pt will be able to complete skin care improve skin hygiene for the face and neck to prevent infection or skin breakdown.
Status: Achieved
To Achieve within: 2-3 weeks

2. Patient will be independent with home exercise program of self ymph clearing exercises, neck and shoulder ROM, facial exercises for lymphedema management.
Status: Achieved
To achieve within: 4 weeks

3. Patient will wear face/neck/chin compression garment and have 2 cm decreased girth in neck circumference to improve neck ROM for ADL's with 1/10 pain level.
Status: Girth increased due to progression of cancer. He wears compression garment as tolerated.
To achieve within: 8 weeks

4. Patient will complete standard home program and also obtain a Head and neck pneumatic compression pump to use daily to supplement standard lymphedema home program to decrease head and neck edema girth to improve neck ROM for ADL's, decrease head and neck edema girth to improve sleep quality
To Achieve within: 12 week
Status: He did receive the Flexitouch pneumatic compression pump. He uses prn for symptom management.

**Clinical Support Note by Betlach, Paula M, OT at 08/28/23 0800 (continued)**

Add goal 5.
Patient will be see for Manual lymphatic drainage in addition to wearing neck compression garment and using the Flexitouch pneumatic pump to manage post treatment Lymphedema of the Head/Neck and assist with improving neck ROM, skin pliability to allow for functional movements for ADL's with 2-3/10 neck pain
Status: Neck ROM is decreased, Neck lymphedema is increased, Has constant headache due to progression of cancer
To achieve: 8 weeks

**PLAN**

Discharge OT with home program as tolerated.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 08/28/23 0828

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 09/18/23 1049**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 09/18/23 1050 | Encounter Date: 9/18/2023 | Status: Signed |

Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant)

Short Term Disability paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to MONY at 315-234-4201.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 09/18/23 1050

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 09/19/23 0912**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 09/19/23 0913 | Encounter Date: 9/19/2023 | Status: Signed |

Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant)

Short Term Disability paperwork completed and signed by Dr. Harmon for patietn.

Completed paperwork faxed to Lincoln Financial at 877-843-3950.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 09/19/23 0913

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 10/24/23 1120**

Author: Rayhan, Kazi Z, MD | Service: — | Author Type: Physician
Filed: 10/24/23 1150 | Encounter Date: 10/24/2023 | Status: Signed
Editor: Rayhan, Kazi Z, MD (Physician)

**Robert J Loper 000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**October 24, 2023**

**Chief Complaint**
Patient presents with
- Annual Exam

**HPI:**

The patient comes to see me for his annual wellness visit. The patient had lab tests done yesterday. Today, he wants to discuss lab test results, management of his chronic medical conditions and preventative healthcare needs.

Overall, the patient reports that he is doing very well. He gets immunotherapy for his salivary gland cancer. He is seeing oncologist at UW health in Madison, Wisconsin.

The patient is taking all medications as prescribed.

He denies any significant weight changes.

The patient does not report any fever, chills, cough, SOB or chest pain. He does not report any light headedness, dizziness, headache or blurry vision.

The patient denies any acute GI/GU complaints.

He does not report any acute numbness, tingling or weakness of extremities.

He denies depression or anxiety.

The patient does not smoke cigarettes.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II

- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy
- Lymphedema

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • lancets 30 gauge Misc | daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • multivitamin-min-iron-FA-vit K (BARIATRIC MULTIVITAMINS) 45 mg iron- 800 mcg-120 mcg Cap | Take 1 Capsule by mouth daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • [DISCONTINUED] ADVAIR HFA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |

| | |
|---|---|
| 45-21 mcg/actuation aerosol | (Patient not taking: Reported on 10/24/2023) |
| • [DISCONTINUED] albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • [DISCONTINUED] budesonide-formoterol 160-4.5 (SYMBICORT) 160-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily |
| • [DISCONTINUED] clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • [DISCONTINUED] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • [DISCONTINUED] fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • [DISCONTINUED] lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • [DISCONTINUED] metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily |
| • [DISCONTINUED] metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • [DISCONTINUED] pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • [DISCONTINUED] POTASSIUM PO | Take 1 Tablet by mouth daily (Patient not taking: Reported on 10/24/2023) |
| • [DISCONTINUED] rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • fluticasone propion-salmeteroL | Inhale 1 Puff into mouth/lungs 2 times daily For: |

| | |
|---|---|
| 250-50 mcg/dose inhaler | controller medication for asthma |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 3 Tablets (1,500 mg) by mouth daily with breakfast For: type 2 diabetes mellitus |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • multivitamin-min-iron-FA-vit K (BARIATRIC MULTIVITAMINS) 45 mg iron- 800 mcg-120 mcg Cap | Take 1 Capsule by mouth daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

**No past medical history on file.**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**No Known Drug Allergies**

## SOCIAL

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Additional pack years: | 0.00 |
| Total pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |

| | |
|---|---|
| Years since quitting: | 31.8 |
| • Smokeless tobacco: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Social History Narrative

*Lives with wife (Linda) in Holmen.*

*4 adult children - 2 biologic.*

**Family History**

| Relation | Problem | Comments |
|---|---|---|
| Sister | Cancer-Melanoma | |

**ROS:** A complete (at least 10 systems) ROS was performed and is negative except as noted above in HPI.

**Physical Exam:**

BP 122/82 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 72 | Ht 188 cm (6' 2.02") | Wt 112.7 kg (248 lb 8 oz) | BMI 31.89 kg/m²

**Gen:** NAD. Very pleasant. Obese man.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Neck:** No thyromegaly noted based on visual inspection, No carotid bruit.
**Chest:** Clear to auscultaion b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g. Apical impulse non-displaced.
**Abdomen:** Soft, Non-tender, Non-distended, No organomegaly, + bowel sound.
**Musculoskeletal:** No obvious deformities noted. Appears to move all extremities normally. No swelling/redness noted in hand joints.
**Extremities:** No edema noted. No varicose veins.
**Neuro:** CN II to XII grossly NL, appears to have normal strength in all major muscle groups of extremities. Normal gait noted.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight. No hallucinations/delusions noted. No SI/HI.

**Health Maintenance:** Reviewed with patient.

PHQ-2:
Q1 Little interest or pleasure in doing things: Not at all
Q2 Feeling down, depressed or hopeless: Not at all

ⓘ **No data to display**

**Labs:** Reviewed and discussed the most recent lab tests results with the patient.

**Assessment & Plan**

| | | |
|---|---|---|
| 1. | Annual physical exam | |
| 2. | Mild persistent asthma without complication | albuterol 90 mcg/actuation HFA inhaler<br>fluticasone propion-salmeteroL 250-50 mcg/dose inhaler |
| 3. | Psoriasis | clobetasol 0.05 % (TEMOVATE) 0.05 % ointment |
| 4. | Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | DAPAgliflozin (FARXIGA) 10 mg tablet<br>metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet<br>LAB CREATININE<br>LAB HEMOGLOBIN A1C |
| 5. | Gastroesophageal reflux disease without esophagitis | pantoprazole (PROTONIX) 40 mg delayed release tablet |
| 6. | Dyslipidemia | fenofibrate (TRICOR) 145 mg tablet<br>rosuvastatin (CRESTOR) 40 mg tablet |
| 7. | Screening for colon cancer | LAB FECAL IMMUNOCHEMICAL TEST |

| | | |
|---|---|---|
| 8. | Chronic systolic heart failure (*) | metoprolol succinate (TOPROL XL) 25 mg extended release tablet |
| 9. | CKD (chronic kidney disease), stage II | |
| 10. | Vitamin D deficiency | |
| 11. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 12. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | metoprolol succinate (TOPROL XL) 25 mg extended release tablet<br><br>rosuvastatin (CRESTOR) 40 mg tablet |
| 13. | Salivary gland carcinoma (*) | |
| 14. | Primary hypertension | lisinopriL 10 mg tablet |
| 15. | Preventative health care | LAB HEMOGRAM |

**Elaboration of Assessment & Plan above**:

The patient and I have reviewed his chronic diseases, medications and most recent lab tests results. Overall, the patient's chronic medical diseases listed above have remained stable/well-controlled with current medications.

Regarding diabetes control, we have agreed to raise the dose of metformin from 1000 mg daily to 1500 mg daily. We will check hemoglobin A1c level again about 6 months later.

I have encouraged the patient to lose weight via diet and exercise. Of course, weight loss will further improve his diabetes and other chronic diseases including hypertension.

Regarding asthma, due to insurance related reasons, I have changed Symbicort to Advair.

No additional medication changes were made today.

Preventative care needs were addressed. At this time, he declines to get COVID-19 vaccine. He plans to talk with his oncologist before getting vaccine against COVID-19.

**Progress Notes by Rayhan, Kazi Z, MD at 10/24/23 1120 (continued)**

The patient and I have agreed to see each other about 6 months later. He was encouraged to contact me if he has any questions or concerns regarding his health care.

**Pre-visit planning (PVP)** for next visit (in April, 2024) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 10/24/23 1150

**END OF REPORT**

**Clinical Support Note by Briggs, Tatianna K at 01/08/24 1124**

| | | |
|---|---|---|
| Author: Briggs, Tatianna K | Service: — | Author Type: Support Staff |
| Filed: 01/08/24 1152 | Encounter Date: 1/8/2024 | Status: Addendum |

Editor: Briggs, Tatianna K (Support Staff)
Related Notes: Original Note by Briggs, Tatianna K (Support Staff) filed at 01/08/24 1125

The patient is referred by Dr. Justine Bruce of Carbone Cancer Center for rash. The patient's referral expires on 12/26/24.

The patient originally stated they would be going to Madison instead but called back and stated they will be scheduling for an appointment at Gundersen Health System instead.

Electronically signed by Briggs, Tatianna K at 01/08/24 1125
Electronically signed by Briggs, Tatianna K at 01/08/24 1152

**END OF REPORT**

**Progress Notes by Farrell, April L, MD at 01/09/24 0930**

| | | |
|---|---|---|
| Author: Farrell, April L, MD | Service: — | Author Type: Physician |
| Filed: 01/09/24 0939 | Encounter Date: 1/9/2024 | Status: Signed |

Editor: Farrell, April L, MD (Physician)

**Robert J Loper 000008828980**

**DERMATOLOGY - ONALASKA**
**January 09, 2024**

**CHIEF COMPLAINT:**
Rash

**HISTORY OF PRESENT ILLNESS:**
Robert is a 61-year-old gentleman new to dermatology clinic seen at the request of Dr. Bruce for evaluation of a fairly acute skin eruption. This began about 4 weeks ago as itchy areas involving his medial thighs predominantly. It spread to his antecubital fossa area as well. He has been treated with clotrimazole cream which seems to be helping the antecubital fossa but really has not made much difference on his thighs. He is also used hydrocortisone cream to help keep the itching to a minimum. He notes no other changes in products or medications. He has been on pembrolizumab since September for salivary gland cancer.

Of note he also has longstanding psoriasis involving predominantly his elbows and knees. More recently it seems to be popping up on his hands. He does have clobetasol cream that he uses every other day or so for that. He has not had systemic therapy for his psoriasis in the past.

No Known Drug Allergies

**PAST DERMATOLOGIC HISTORY:**
Psoriasis

**SOCIAL HISTORY:**
His wife does have a similar rash which seems to be improving with clotrimazole.

**FAMILY HISTORY:**
Notable for melanoma in his sister

**EXAM:**
There are large, thick, well-demarcated pink scaly plaques on the elbows and knees. There are smaller pink scaly plaques on the medial thighs which are also fairly well-demarcated. There are faint pink patches on the antecubital fossa extending onto the bicep which are fairly faint. There are pink scaly plaques on the right dorsal knuckles of the hands. Face and lips appear normal.

**ASSESSMENT/PLAN:**
1. I favor a psoriasis flare on the medial thighs versus a drug eruption secondary to pembrolizumab versus less likely tinea corporis. We did elect to proceed with a 4 mm punch biopsy from the right medial thigh. This was closed with 5.0 fast-absorbing gut suture. A punch biopsy was performed. Prior to the biopsy, the intervention was discussed thoroughly and the patient was directly involved in the decision-making process. The patient´s medical condition and diagnosis were reviewed and were determined to be appropriate for the planned intervention. A description of the proposed biopsy procedure was discussed with the patient. Risks and side effects, including but not limited to infection, bleeding, scarring, lack of confirmed diagnostic result, as well as other potential problems, were discussed with the patient. Benefits, in terms of obtaining a diagnosis, were discussed as well. The entire informed consent process was undertaken in the native language of the patient who indicated full understanding. The area was prepped and draped in a standard manner and anesthetized with 1% lidocaine with epinephrine.
The area was prepped and draped in a standard manner and anesthetized with 1% lidocaine with epinephrine. Punch biopsy technique was collected in the standard manner without complication. The wound was closed with suture as noted above. Specimen was sent to Pathology. Dressings were applied and wound care was discussed. The patient will be notified of results.
He can try clobetasol cream twice daily for up to 2 weeks on the medial thighs to assess for improvements.

2. Longstanding plaque psoriasis, not at treatment goal. He certainly can increase the clobetasol to twice daily

**Progress Notes by Farrell, April L, MD at 01/09/24 0930 (continued)**

on the large plaques. We also discussed intralesional Kenalog. If the biopsy done today shows psoriasis we may want to consider phototherapy or even systemic therapy.

April L Farrell, MD

This note was created partially using Dragon Medical One talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.

Electronically signed by Farrell, April L, MD at 01/09/24 0939

**END OF REPORT**

**Clinical Support Note by Pfaff, Carrie A, MEDICAL ASSISTANT at 01/15/24 1130**

| | | |
|---|---|---|
| Author: Pfaff, Carrie A, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 01/15/24 1138 | Encounter Date: 1/15/2024 | Status: Signed |

Editor: Pfaff, Carrie A, MEDICAL ASSISTANT (Medical Assistant)

Patient was fitted and dispensed 1 pair of Men's size 11 Ped pillows inserts without fill per Dr. Dawson. Written instructions were reviewed and sent with patient. He was instructed to contact us with any questions or concerns.

Patient informed of the required Government standards and has signed the DMEPOS delivery ticket.

Electronically signed by Pfaff, Carrie A, MEDICAL ASSISTANT at 01/15/24 1138

**END OF REPORT**

**Progress Notes by Dawson, David M, DPM at 01/15/24 1130**

| | | |
|---|---|---|
| Author: Dawson, David M, DPM | Service: — | Author Type: DPM |
| Filed: 01/15/24 1214 | Encounter Date: 1/15/2024 | Status: Signed |

Editor: Dawson, David M, DPM (DPM)
Related Notes: Original Note by Dawson, David M, DPM (DPM) filed at 01/15/24 1155

**Robert J Loper** **000008828980**

**ONALASKA - SPORTS MEDICINE - ONALASKA**
**January 15, 2024**

**Requesting Provider:** None None

**Chief Complaint**
Patient presents with
- Evaluation
  *Right ankle*

**SUBJECTIVE:** The patient presents today for evaluation and management of the above chief complaint.
A 61-year-old white male seen secondary to right ankle pain and swelling medially since mid December after walking on uneven ground. Denies any specific injury. Relates intermittent pain up to 4/10 treated with Tylenol.

Patient does have history of diabetes mellitus, chronic kidney disease stage 2, history of NSTEMI, history of salivary gland carcinoma, psoriasis and GERD. Patient is retired from Orthotics and Prosthetics at Gundersen Health System, however, anticipates returning to work part time.

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • fluticasone propion-salmeteroL 250-50 mcg/dose inhaler | Inhale 1 Puff into mouth/lungs 2 times daily For: controller medication for asthma |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 3 Tablets (1,500 mg) by mouth daily with breakfast For: type 2 diabetes mellitus |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • multivitamin-min-iron-FA-vit K (BARIATRIC MULTIVITAMINS) 45 mg iron- 800 mcg-120 mcg Cap | Take 1 Capsule by mouth daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of |

| | |
|---|---|
| | each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

No current facility-administered medications for this visit.

No Known Drug Allergies

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Additional pack years: | 0.00 |
| Total pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |
| Years since quitting: | 32.0 |
| • Smokeless tobacco: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Review of Systems:** The patient denies fever, chills, nausea, vomiting, or calf pain.

**OBJECTIVE:**
There were no vitals filed for this visit.
**General Appearance:** The patient appears their stated age and in no acute distress.
**Dermatologic:** Mild edema medial ankle, right. No erythema or warmth.
**Vascular:** Dorsalis pedis and posterior tibial pulses are readily palpable and graded at 2/4 bilateral feet. Capillary refill is 3 seconds.
**Neurologic:** Deep tendon reflexes are normal and symmetric. Epicritic sensation is intact. .
**Musculoskeletal:** Range of motion is within normal limits without crepitation or pain to AJ and STJ R. No obvious orthopaedic abnormalities appreciated bilateral lower extremities. Overall foot posture and alignment is stable. Muscle strength for all prime movers of the foot and ankle are graded at 5/5 to manual stress bilateral lower extremities including PT tendon R with mild pain on resistance. Mild pain on palpation to the retromalleolar region of PT tendon to insertion at medial midfoot R. Positive single limb heel raise with minimal pain.

**Medical decision making:**

I have reviewed and summarized old records.

## Assessment & Plan:

**Assessment**

1. **Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)**

Discussed the patient's condition in detail. He was dispensed Ped Pillow inserts for attempts at biomechanical control. He will utilize ice as his form of anti-inflammatory on a t.i.d. basis as he is unable to take NSAIDs. He is to avoid barefoot ambulation. Return to clinic in 1 month for possible ankle bracing versus immobilization in a CAM walker if continued symptomatology. May cancel if improved.

David M Dawson, DPM

Electronically signed by Dawson, David M, DPM at 01/15/24 1138
Electronically signed by Dawson, David M, DPM at 01/15/24 1155
Electronically signed by Dawson, David M, DPM at 01/15/24 1214

**END OF REPORT**

**Progress Notes by Whalen, Christopher J, MD at 01/16/24 0815**

| | | |
|---|---|---|
| Author: Whalen, Christopher J, MD | Service: — | Author Type: Physician |
| Filed: 01/16/24 1044 | Encounter Date: 1/16/2024 | Status: Signed |
| Editor: Whalen, Christopher J, MD (Physician) | | |

ORTHOPAEDICS: ADULT RECONSTRUCTION

CC: acute right knee pain

HPI: Robert J Loper is a 61 y.o. male that presents today c/o knee pain as noted above. Pt denies inciting event or history of trauma to the affected knee, maybe injured ankle a few weeks ago. Pt reports pain described as mild-mod. The patient locates the pain: global knee. The patient does not experience groin or hip pain. The patient does not experience instability. The patient does not experience mechanical symptoms about the knee. The pain is affecting the patient's ADLs and ability to sleep through the night. The patient's symptoms/pain have progressed despite attempts at conservative management including: Rest and activity modification. The patient denies any recent fever, chills, night sweats or calf pain. Does not generalized right sided body aches. Wonders if his cancer treatment is causing some of his symptoms. Also history of psoriasis that has flared since starting his cancer treatment.

The past medical history, social history, medications and allergies have all been updated and reviewed in Epic.
Notable for:
CAD s/p stent
CHF
DM
GERD
CKD2
Salivary gland ca
Psoriasis
Asthma

PHYSICAL EXAM:
PT APPEARS IN NAD, A&OX3 .

Estimated body mass index is 31.89 kg/m² as calculated from the following:
Height as of 10/24/23: 188 cm (6' 2.02").
Weight as of 10/24/23: 112.7 kg (248 lb 8 oz).
right KNEE EXAM:
APPEARANCE- No redness, edema, or inflammation. moderate effusion.
ALIGNMENT- Normal alignment
STABILITY- Negative posterior and anterior drawer sign. Minimal varus/ valgus laxity noted.
ROM- Active ROM is 2 to 115 degrees. PROM is 2 to 115 degrees.
STRENGTH/FUNCTION- 5/5 strength with flexion and extension
PERFUSION/SENSATION- Palpable distal pulses, intact sensation and normal capillary refill on the lower extremity.
GAIT- antalgic
OTHER- No joint line TTP noted. negative for crepitus.

IMAGING:
I have independently interpreted the X-rays taken of the right knee(s), my findings: mild-mod medial joint space narrowing. No fractures or bony lesions.

IMPRESSION:
61 y.o. male with right knee pain with mild-mod osteoarthritis. Based on history and exam, I suspect they also have meniscal pathology and/or simply a flare of their arthritis, possibly psoriatic flare.

We reviewed the patient's imaging, diagnosis, and pathology in detail. Discussed that we generally manage this conservatively and reserve arthroscopy for mechanical symptoms with failure of conservative management, as outcomes are not predictable.

We discussed a comprehensive non-operative protocol including activity modification, bracing/compression, ice or heat, acetaminophen, NSAIDs, gait aids, low impact exercise such as walking, stationary bike, and swimming, and the importance of maintaining an appropriate body weight. We also discussed injections for symptomatic relief.

If they fail to improve with above, could consider MRI

May also be beneficial to reestablish w/ rheumatology

At this point, he'd like to hold off on IASI until he discusses w/ cancer team

PLAN:
Conservative measures as above
Follow-up PRN
Call if wants to trial R knee IASI or MRI

______________________________
Christopher J. Whalen, MD
Orthopaedic Surgery

Gundersen Health System

Electronically signed by Whalen, Christopher J, MD at 01/16/24 1044

**END OF REPORT**

## Results

Resulted: 10/23/22 1054, Result status: Final result

**CT Neck Soft Tissue with Contrast [203355843]**

Ordering provider: Deigmann, Tara K, NP 10/23/22 0944
Order status: Completed
Resulted by: Simmons, Lonnie D, MD
Performed: 10/23/22 1019 - 10/23/22 1023
Accession number: 12796542
Resulting lab: IDX RADIOLOGY
Narrative:
CT NECK SOFT TISSUE WITH CONTRAST, obtained on 10/23/2022 10:23 AM

HISTORY: left neck/parotid mass.

COMPARISON: None

TECHNIQUE: Volume acquisition was obtained through the neck during the bolus infusion of intravenous contrast material. Data was reconstructed into the axial, sagittal and coronal planes.

CONTRAST: 68 mL intravenous Omnipaque 350.

FINDINGS:

The examination is most remarkable for a mildly hyperenhancing mass like lesion at the left parotid gland, margins are lobular and irregular with no discernible soft tissue plane between this lesion and the platysma or left sternocleidomastoid muscle. Though ill-defined dimensions are approximately 50 mm AP by 23 mm transverse and 36 mm cephalocaudad. There is diffuse enlargement of the left sternocleidomastoid muscle. Enlarged right level one, level two, level 5A and level 5B, left level one, level 5A and level 5B lymph nodes are seen.

There is left neck skin thickening and diffuse soft tissue stranding and subcutaneous soft tissues. Parapharyngeal, retropharyngeal, infratemporal and buccal spaces appear normal. There is narrowing of the wall buyers ring without discrete tonsillar adenoidal hypertrophy. The glottis is closed, no discrete mass is seen.

There is mild mucosal thickening in anterior ethmoid air cells. Orbital contents and brain parenchyma are unremarkable. There is degenerative cervical spondylosis, no aggressive appearing bone lesion. Calcified lymph nodes are seen in the superior mediastinum. The lung apices are clear.

Impression:

Diffuse cellulitis involving primarily the left neck, no abscess collection.

Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be

enlightening.

RESULTS COMMUNICATED TO: TARA K DEIGMANN, UCON
DATE/TIME CALLED: 10/23/2022 10:50 AM

The provider understood and acknowledged the results.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [205703117]** Resulted: 11/25/22 1708, Result status: Final result

Ordering provider: Ringstrom, Mark J, MD 11/25/22 1405
Order status: Completed
Resulted by: Riherd, Jody M, MD
Performed: 11/25/22 1406 - 11/25/22 1614
Accession number: 12913800
Resulting lab: IDX RADIOLOGY
Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 11/25/2022 4:14 PM

REASON FOR EXAM: malignancy; neck

COMPARISON: CT neck 10/23/2022.

TECHNIQUE:
PET/CT scanning was performed from the vertex through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 11.6 mCi of fluorine 18-FDG.
Preinjection blood glucose was 135 mg/dl.

CONTRAST: IV.

FINDINGS:

Head/neck: Numerous bilateral cervical lymph nodes at all levels with metabolic activity. Left intraparotid nodes with metabolic activity.

There is reticulonodular soft tissue within the cervical level 1 and 2 with metabolic activity.

Infiltrating edema and inflammation with metabolic activity along the left face and submental region

Enlarged left sternocleidomastoid muscle with reticular enhancement and metabolic activity

Asymmetric activity of the left thyroid with decreased enhancement

Asymmetric activity at the right tonsil

Stranding and edema along the left face, submandibular and submental regions with metabolic activity.

Thorax: Metabolically active left axillary node

Abdomen: Unremarkable.

Pelvis: Unremarkable.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:

Extensive bilateral metastatic cervical adenopathy, suspicion of infiltration into the surrounding tissues

Focal activity in the left submandibular gland consistent with malignancy

Probable invasive disease of the left sternocleidomastoid muscle

Activity in the left thyroid, suspicious for metastasis. Primary thyroid malignancy is not entirely excluded

Asymmetric activity in the right tonsil which may be metastatic disease or second primary

Metabolically active left axillary node highly suspicious for metastatic disease

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**CONSULT TO BREAST CENTER [205905278] (Abnormal)** — Resulted: 11/29/22 1408, Result status: Final result

Ordering provider: Driscoll, Collin D, MD 11/29/22 1045 — Order status: Completed
Resulted by: Zbacnik, Anthony P, MD — Performed: 11/29/22 1101 - 11/29/22 1104
Accession number: 12928562
Narrative:
MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL obtained on 11/29/22
LEFT US BREAST LIMITED obtained on 11/29/22
CONSULT TO BREAST CENTER obtained on 11/29/22

INDICATION: Head and neck adenocarcinoma. Hypermetabolic left axillary lymph node identified on recent PET-CT.

COMPARISON: PET-CT 11/25/2022.

FAMILY HISTORY: No known family history of breast or ovarian cancer.

BREAST COMPOSITION: The breasts are almost entirely fatty.

TECHNIQUE: Standard digital mammographic images and digital breast tomographic images are obtained.
Left axilla evaluated with ultrasound.

FINDINGS:

Left

MAMMOGRAPHY: Thickened left axillary lymph node partially included in the field of view. No suspicious findings within the breast.

ULTRASOUND: Left axillary ultrasound performed. At the 1 o'clock position 12 cm from the nipple is left axillary lymph node with abnormal cortical thickening measuring up to 0.6 cm. This corresponds to the lymph node identified on recent PET-CT.

Right

There is no evidence of suspicious masses, calcifications, or other abnormal findings.

Impression:

Ultrasound-guided biopsy recommended for thickened left axillary lymph node. This was performed today.

ASSESSMENT and RECOMMENDATION:

Overall BI-RADS category: 4 - Suspicious

Biopsy is recommended.

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/29/22 at 1410 CST

**END OF REPORT**

## Results

**MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL [205905294] (Abnormal)** Resulted: 11/29/22 1408, Result status: Final result

Ordering provider: Zbacnik, Anthony P, MD 11/29/22 1045 Order status: Completed
Resulted by: Zbacnik, Anthony P, MD Performed: 11/29/22 1104 - 11/29/22 1116
Accession number: 12931135
Narrative:
MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL obtained on 11/29/22
LEFT US BREAST LIMITED obtained on 11/29/22
CONSULT TO BREAST CENTER obtained on 11/29/22

INDICATION: Head and neck adenocarcinoma. Hypermetabolic left axillary lymph node identified on recent PET-CT.

COMPARISON: PET-CT 11/25/2022.

FAMILY HISTORY: No known family history of breast or ovarian cancer.

BREAST COMPOSITION: The breasts are almost entirely fatty.

TECHNIQUE: Standard digital mammographic images and digital breast tomographic images are obtained.
Left axilla evaluated with ultrasound.

FINDINGS:

Left

MAMMOGRAPHY: Thickened left axillary lymph node partially included in the field of view. No suspicious findings within the breast.

ULTRASOUND: Left axillary ultrasound performed. At the 1 o'clock position 12 cm from the nipple is left axillary lymph node with abnormal cortical thickening measuring up to 0.6 cm. This corresponds to the lymph node identified on recent PET-CT.

Right

There is no evidence of suspicious masses, calcifications, or other abnormal findings.

Impression:

Ultrasound-guided biopsy recommended for thickened left axillary lymph node. This was performed today.

ASSESSMENT and RECOMMENDATION:

Overall BI-RADS category: 4 - Suspicious

Biopsy is recommended.

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/29/22 at 1410 CST

**END OF REPORT**

## Results

**LEFT US BREAST LIMITED [205905340] (Abnormal)** Resulted: 11/29/22 1408, Result status: Final result

Ordering provider: Zbacnik, Anthony P, MD 11/29/22 1046 Order status: Completed
Resulted by: Zbacnik, Anthony P, MD Performed: 11/29/22 1124 - 11/29/22 1222
Accession number: 12931141
Narrative:
MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL obtained on 11/29/22
LEFT US BREAST LIMITED obtained on 11/29/22
CONSULT TO BREAST CENTER obtained on 11/29/22

INDICATION: Head and neck adenocarcinoma. Hypermetabolic left axillary lymph node identified on recent PET-CT.

COMPARISON: PET-CT 11/25/2022.

FAMILY HISTORY: No known family history of breast or ovarian cancer.

BREAST COMPOSITION: The breasts are almost entirely fatty.

TECHNIQUE: Standard digital mammographic images and digital breast tomographic images are obtained.
Left axilla evaluated with ultrasound.

FINDINGS:

Left

MAMMOGRAPHY: Thickened left axillary lymph node partially included in the field of view. No suspicious findings within the breast.

ULTRASOUND: Left axillary ultrasound performed. At the 1 o'clock position 12 cm from the nipple is left axillary lymph node with abnormal cortical thickening measuring up to 0.6 cm. This corresponds to the lymph node identified on recent PET-CT.

Right

There is no evidence of suspicious masses, calcifications, or other abnormal findings.

Impression:

Ultrasound-guided biopsy recommended for thickened left axillary lymph node. This was performed today.

ASSESSMENT and RECOMMENDATION:

Overall BI-RADS category: 4 - Suspicious

Biopsy is recommended.

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/29/22 at 1410 CST

**END OF REPORT**

## Results

**LEFT US BREAST AXILLARY LYMPH NODE BIOPSY WITH CLIP [205912356] (Abnormal)** — Resulted: 11/30/22 1601, Result status: Final result

Ordering provider: Zbacnik, Anthony P, MD 11/29/22 1123 — Order status: Completed
Resulted by: Zbacnik, Anthony P, MD — Performed: 11/29/22 1222 - 11/29/22 1223
Accession number: 12932683
Narrative:
LEFT US BREAST AXILLARY LYMPH NODE BIOPSY WITH CLIP obtained on 11/29/22

INDICATION: Thickened, hypermetabolic left axillary lymph node.

COMPARISON: PET-CT 11/25/2022.

PATIENT CONSENT: Signed informed consent was obtained. The procedure, including placement of biopsy tissue marker(s) as needed, was explained to the patient and all questions answered. Risks and benefits discussed. Risks discussed included pain, bleeding, bruising, infection, non-diagnosis and unsuccessful procedure, with the possibility of additional biopsies as needed. Written consent was obtained per GHS Permission for Procedure: Form 65758.

Time out to confirm patient name, date of birth, breast, and lesion location was confirmed

PROCEDURE:

LESION A: An ultrasound guided core needle biopsy was performed for the lymph node located in the left axilla at 1 o'clock, 12 cm from the nipple. The skin was prepped in the usual manner. Local anesthetic was administered to the access site. Using a coaxial technique, five 18 gauge core samples were obtained. A Hydromark type 1 clip was inserted into the biopsy cavity. Two specimens sent in RPMI, three in formalin. A sterile dressing was applied to the access site after hemostasis was obtained with manual pressure. There were no immediate complications.

Post procedure digital mammographic imaging demonstrates:
BIOPSY CLIP: Appropriately positioned.

Impression:

Technically successful ultrasound-guided breast biopsy. The specimens were sent to the laboratory for pathological analysis.

PATHOLOGY REPORT:
DIAGNOSIS:
Lymph node, left axilla 1 o'clock, 12 cm from nipple, ultrasound-guided needle core biopsy:
High-grade adenocarcinoma (see Comment).
No lymph node elements identified.
Comment:
The malignant cells seen in this biopsy show similar morphology to the malignant cell identified
in the prior biopsy of the level 5 left neck mass (S22-31070).

LESION A: CONCLUSION

ACR Defined Complications: None reported

RADIOLOGY-PATHOLOGY CONCORDANCE: Yes
LOCALIZATION: Ultrasound
BIOPSY CLIP: A clip was placed at the time of the biopsy and no migration was observed on post-placement imaging.

DISPOSITION: Follow-up arranged prior to this biopsy.

PATIENT NOTIFICATION: Notified of results and recommendation on 11/30/22.

ASSESSMENT and RECOMMENDATION:

Left breast assessment: 1002 - Pathology Malignant
Overall BI-RADS category: No FDA approved assessment is documented.

Oncology Management is recommended for left

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/30/22 at 1611 CST

**END OF REPORT**

## Results

Resulted: 12/02/22 1931, Result status: Final result

**XR Chest 2 Views (PA and Lateral) [206213582]**

Ordering provider: Harmon, Gil E, MD 12/02/22 1702
Resulted by: Simmons, Lonnie D, MD
Accession number: 12946856
Order status: Completed
Performed: 12/02/22 1702 - 12/02/22 1719
Resulting lab: IDX RADIOLOGY

Narrative:
XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 12/2/2022 5:19 PM

HISTORY: cough. short of breath

COMPARISON: None.

FINDINGS:

Hazy groundglass opacity noted in the peripheral left upper lung. Right lung is clear. The pulmonary vasculature is normal.The heart and the mediastinum are normal. Calcified lymph nodes incidentally seen.
Bony structures are unremarkable.

Impression:

Left upper lung airspace disease suggest pneumonia.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

Resulted: 12/08/22 1442, Result status: Final result

**IR Chest Port Placement [206600870]**

Ordering provider: Harmon, Gil E, MD 12/08/22 1208
Resulted by: Hosmer, Jamie, MD
Accession number: 12957062
Order status: Completed
Performed: 12/08/22 1313 - 12/08/22 1318
Resulting lab: IDX RADIOLOGY

Narrative:
History:

chemo start

Procedures:
1. Ultrasound and fluoroscopic guided access into the RIJ vein.
2. Placement of an 8Fr central venous port.

EBL: Minimal

Specimens: None

MODERATE SEDATION ATTESTATION:
I, Jamie Hosmer, was personally responsible for the administration of moderate sedation services during the procedure performed. I confirm that the requirements described in the CPT section on moderate sedation were followed, including the use of an independent trained observer who had no other duties during the procedure. The drug(s) utilized were midazolam and fentanyl (see nursing log for details). The total face-to-face time was 15 minutes.

Applicable moderate sedation CPT code(s)
1. First 15 minutes: 99152 - Moderate sedation, same physician, first 15 minutes, age 5 or older.
2. Each additional 15 minutes: N/A.

Technique:
Informed consent was obtained prior to the procedure. A time-out was performed prior to the procedure. The right neck and chest were prepped and draped in usual sterile fashion. The right internal jugular vein was used for venous access. Skin overlying the access vein was anesthetized with one percent lidocaine local anesthesia and a small skin incision was performed. Ultrasound was utilized to determine patency of the access vein and was used to directly visualize needle passage into the vein. An ultrasound image was archived. This was followed by placement of a guidewire. The infraclavicular chest was anesthetized with one percent lidocaine local anesthesia and a short infraclavicular skin incision was performed. The port pocket was created utilizing blunt dissection. The catheter was brought through the subcutaneous tunnel using the blunt tunneling device. A peel-away sheath was inserted at the vascular access site. The port was placed, deploying the catheter through the peel-away sheath under fluoroscopic guidance and seating the port within the port pocket. The catheter tip was confirmed to be in the right atrium by fluoroscopy. The port was aspirated and flushed without difficulty. The port pocket was then closed. The patient tolerated the procedure well.

Fluoroscopy time: 0.5 minutes.

Dose: 20 mGy

Impression:
Uncomplicated placement of an 8Fr central venous port. The catheter may be used immediately.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Implants**

**Type Not Specified**
**Port,Power,8f.Clearvue,Isp, Implantable(Bard) - Log751224 - Implanted**

**Implants (continued)**

| | | | |
|---|---|---|---|
| Inventory item: | PORT,POWER,8F.CLEAR VUE,ISP, IMPLANTABLE(BARD) | Model/Cat number: | 1608062 |
| Manufacturer: | LAW-BARD PERIPHERAL VASCULAR | Lot number: | REGT1315 |
| Device identifier: | 00801741026430 | Device identifier type: | GS1 |

**As of 12/8/2022**

Status: **Implanted**

**END OF REPORT**

## Results

Resulted: 01/12/23 1352, Result status: Final result

**XR Chest 2 Views (PA and Lateral) [208802843]**

Ordering provider: Zink, Robert S, MD 01/12/23 1326
Resulted by: Dumitran, Gabriela M, MD
Accession number: 13067977
Order status: Completed
Performed: 01/12/23 1332 - 01/12/23 1343
Resulting lab: IDX RADIOLOGY

Narrative:
XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 1/12/2023 1:43 PM1/12/2023 1:52 PM

HISTORY: short of breath/cp

COMPARISON: 12/02/2022

FINDINGS:
Right chest wall porta cath has the tip in distal SVC.
Calcified granulomas in the left lung. No evidence of acute pulmonary infiltrate or pulmonary edema. No pleural space disease.
Cardiac silhouette and mediastinum are within normal limits. Calcified lymph nodes in the mediastinum.
The visualized osseous structures are unremarkable in appearance.

Impression:

No evidence of acute cardiopulmonary disease.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [210673604]**

Resulted: 02/23/23 1355, Result status: Final result

Ordering provider: Oettel, Kurt R, MD 02/09/23 1118
Resulted by: Bickford, Marcus W, MD
Accession number: 13099101

Order status: Completed
Performed: 02/09/23 1120 - 02/23/23 1106
Resulting lab: IDX RADIOLOGY

Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 2/23/2023 11:06 AM

HISTORY: restaging for cancer

COMPARISON: 11/25/2022.

TECHNIQUE:
PET/CT scanning was performed from the vertex through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 13.08 mCi of fluorine 18-FDG.
Preinjection blood glucose was 111 mg/dl.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Neck/Skull Base: Posttreatment changes are seen in the left neck. There is residual hypermetabolic activity within the left submandibular gland, which has decreased in maximum intensity since the previous examination. Indistinct hypermetabolic soft tissue attenuation extends anteriorly from the submandibular gland toward the platysma and caudally along the sternocleidomastoid muscle, to the base of the neck. Maximum intensity of this soft tissue attenuation is similar to the previous examination. Hypermetabolic lymphadenopathy in the left neck has improved but not resolved since the previous examination. There is persistent hypermetabolic lymphadenopathy in the left parotid gland and within levels 2A, 2B and 3 of the left neck. There is a 1.1 cm right level five node, which has increased in size and hypermetabolic activity since the previous examination. Hypermetabolic lymphadenopathy elsewhere in the right neck has improved since the previous examination. Asymmetric hypermetabolic activity in the right palatine tonsil is nonspecific but unchanged. There is persistent hypermetabolic activity in the left thyroid lobe and new metabolic activity seen in the right thyroid lobe and within a presumed pyramidal lobe.

Thorax: A treated lymph node in the left axilla has significantly decreased in size and hypermetabolic activity since the previous examination. However, there is new hypermetabolic activity within two adjacent nonenlarged left axillary lymph nodes. There is also new hypermetabolic activity within an enlarging 1.0 cm left retropectoral lymph node.

Abdomen and pelvis: No suspicious hypermetabolic activity.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:
1. Mixed response to therapy. Since examination from 11/25/2022, hypermetabolic activity in the left submandibular gland has decreased in conspicuity. Left cervical lymphadenopathy has decreased in size and metabolic activity as well. However, there are new hypermetabolic lymph nodes involving level five of the right neck and left retropectoral region, which have increased in size since the previous examination and now demonstrate hypermetabolic activity.
2. Ill-defined hypermetabolic soft tissue attenuation, which extends from the submandibular gland along the platysma and sternocleidomastoid muscle appears similar to the previous study.
3. A treated lymph node the left axilla has decreased in size and hypermetabolic activity. Metabolic activity within

surrounding nonenlarged left axillary lymph nodes is indeterminate. Attention on follow-up imaging is recommended.
4. Asymmetric hypermetabolic activity in the right palatine tonsil, which is nonspecific but unchanged.
5. Persistent hypermetabolic activity in the left thyroid lobe with new metabolic activity throughout the remainder of the thyroid parenchyma.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [216281750]** Resulted: 05/04/23 1448, Result status: Final result

Ordering provider: Harmon, Gil E, MD 05/04/23 1105
Resulted by: Zorn, Adam P, MD
Accession number: 13295719
Order status: Completed
Performed: 05/04/23 1106 - 05/04/23 1314
Resulting lab: IDX RADIOLOGY
Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 5/4/2023 1:14 PM

REASON FOR EXAM: restaging salivary gland cancer after 3 more cycles of chemo. Looking for response assessment.

COMPARISON: PET scan 02/23/2023

TECHNIQUE:
PET/CT scanning was performed from the vertex of the skull through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 136 mg/dl.

CONTRAST: IV contrast was administered

FINDINGS:

Head and neck:

Fluid within the inferior left mastoid air cells (3/50), similar to prior.

Extensive induration and ill-defined hypermetabolic activity throughout the soft tissues of the left greater than right neck (for example image #74), improved compared to 02/23/2023.

Persistent, although improved hypermetabolic activity within the left submandibular gland.

Hypermetabolic activity medial to the mandible on the left (image #71) appears similar to prior.

Interval improvement of the hypermetabolic cervical lymphadenopathy seen on 02/23/2023, consistent with

regression of metastatic disease. A hypermetabolic lymph node on the left (image #62) persists.

Persistent hypermetabolic activity within the thyroid gland, similar to prior.

Thorax:

Right-sided infusion port, the distal tip of which terminates at the superior cavoatrial junction.

Hypermetabolic left axillary lymphadenopathy, consistent with metastatic disease, demonstrating a mixed interval response, with one lymph node decreased in size and metabolic activity (image #106) and others increased in size and metabolic activity (image #121).

Coronary artery disease.

Calcified mediastinal and left hilar lymph nodes, similar to prior.

Calcified granuloma within the left lower lobe (3/131), unchanged.

Abdomen and pelvis:

Hepatic steatosis.

A non-FDG avid 10 mm focus of increased attenuation within the anterior mesentery of the left lower quadrant (3/239) is not significantly changed and may represent sequela of a previous mesenteric infarct.

Right inguinal canal lipoma, similar to prior.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:

1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.

2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

3. Additional findings, as described.

Interpreting Provider Location: Gundersen Health System, Elm Grove, WI 53122

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**CT Neck Soft Tissue with Contrast [220933429]** — Resulted: 07/14/23 1328, Result status: Final result

Ordering provider: Harmon, Gil E, MD 07/13/23 1343
Resulted by: Schaller, Jedadiah J, DO
Accession number: 13525714

Order status: Completed
Performed: 07/13/23 1349 - 07/13/23 1418
Resulting lab: IDX RADIOLOGY

Narrative:
CT NECK SOFT TISSUE WITH CONTRAST, obtained on 7/13/2023 2:18 PM

HISTORY: restaging neck. concern for recurrent disease in R level V. Otherwise the primary was actually on the L (submandibular). Basically just looking for recurrence

COMPARISON: PET/CT scan 5/4/23 and CT neck 10/23/22

TECHNIQUE: Image data of the neck was acquired. Coronal and sagittal reconstructions were performed. Axial oblique images were obtained through the upper cervical region to avoid dental artifact.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Again seen is an irregular enhancing mass in the left submandibular region which overall is unchanged as compared to the prior study. There is loss of fat plane between thickened platysma and and thickened sternocleidomastoid on the left which is unchanged. There is thickening of the right platysma and right sternocleidomastoid muscle. Subcutaneous nodular reticulation involving the subcutaneous tissues and overlying skin thickening of the face and neck which are unchanged.

Narrowing of the nasopharynx.

The glottis is closed.

The major vessels of the neck enhance normally.

The thyroid gland is normal.

Calcified mediastinal lymph nodes. Mild centrilobular emphysematous changes.

No suspicious osteolytic or osteoblastic lesions.

Impression:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [221743138]**

Resulted: 07/26/23 1226, Result status: Final result

Ordering provider: Driscoll, Collin D, MD 07/26/23 0817
Order status: Completed
Resulted by: Westbrook, Joshua I, MD
Performed: 07/26/23 0834 - 07/26/23 1148
Accession number: 13503556
Resulting lab: IDX RADIOLOGY

Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 7/26/2023 11:48 AM

REASON FOR EXAM: Evaluate response to radiation and left neck and left axilla

COMPARISON: 5/4/2023

TECHNIQUE:
PET/CT scanning was performed from the skull base through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 119 mg/dl.

CONTRAST: IV contrast was administered. Details in EHR.

FINDINGS:
NECK/SKULL BASE:
Treatment changes: Post-radiation changes are evident throughout the neck with skin thickening, inflammatory stranding, edema, and platysmal thickening.

Mucosal space: No enhancing mucosal space lesions are identified. Pharyngeal edema is seen.

Lymph nodes: Extensive interval increase in bilateral hypermetabolic cervical lymphadenopathy

Parotid and submandibular glands: Hypermetabolic right greater than left carotid lymph nodes. Hypermetabolic left greater than right submandibular foci.

Thyroid: Similar nonfocal hypermetabolism.

Vascular structures: The major vascular structures in the neck are patent.

Visualized brain: No acute appearing finding involving the visualized intracranial contents.

Orbits: The orbits and globes are normal and symmetric.

Paranasal sinuses: New focus of hypermetabolism in the left posterior nasal passage (axial fusion image 50). Mild paranasal sinus mucosal thickening and trace fluid left mastoid air cells.

Skull base: No focal skull base abnormality.

THORAX: Interval progression of left greater than right axillary hypermetabolic lymph node adenopathy.

Right-sided chest port in place with tip terminating at the cavoatrial junction. Atherosclerotic ossifications in the coronary arteries are a marker of coronary artery disease. Old calcified granulomatous disease. No acute pulmonary finding.

ABDOMEN: Numerous new hypermetabolic hepatic metastases are seen scattered throughout the liver, numbering greater than 30.

PELVIS: No abnormal radiotracer uptake.

OSSEUS: No abnormal osseous radiotracer uptake.

Impression:
1. Pronounced interval progression in neoplastic disease as evidence for increasing hypermetabolic cervical lymphadenopathy, increasing axillary lymphadenopathy, and numerous new hepatic metastases.

2. Postradiation changes in the neck with findings that may represent superimposed cellulitis in the appropriate clinical context.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**TRAUMACAD XR KNEES BILATERAL (MULTIPLE VIEWS) [233630061]** Resulted: 01/16/24 1647, Result status: Final result

Ordering provider: Whalen, Christopher J, MD 01/16/24 0802
Order status: Completed
Resulted by: Dumitran, Gabriela M, MD
Performed: 01/16/24 0810 - 01/16/24 0836
Accession number: 14050183
Resulting lab: IDX RADIOLOGY
Narrative:
TRAUMACAD XR KNEES BILATERAL (MULTIPLE VIEWS), Bilateral AP, PA standing, merchants and lateral views. On 1/16/2024 8:36 AM

REASON FOR EXAM: eval OA, preop planning

COMPARISON: None.

Impression:

Right knee: Mild narrowing of medial knee compartment.
Soft tissue prominence along medial jointline which can be seen with medial meniscus tear and associated inflammatory changes.

Small joint effusion
Patella is well situated in the femoral groove. Small spur at lateral aspect of patella
Left knee: Minimal narrowing of medial compartment
Patella is well situated in the femoral groove.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

# Exhibit E

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 02/28/2024 - Procedure in UWH CHEMOTHERAPY

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Chief Complaint**
- Oncology Treatment

**Visit Diagnoses**
- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

**Visit Information**

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Clinical Notes**

**Progress Notes**

**Lauren Runde, RN at 2/28/2024 1245**

| | | |
|---|---|---|
| Author: Lauren Runde, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 02/28/24 1336 | Encounter Date: 2/28/2024 | Creation Time: 02/28/24 1332 |
| Status: Signed | Editor: Lauren Runde, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 2/28/2024 for chemotherapy: C10D1 pembrolizumab and goserelin

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

**02/28/2024 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

Injection: He received Study Zoladex today. It was administered in Right lower quad, abdomen. Patient utilized ice prior to injection instead of lidocaine. Patient tolerated injection without complaints, concerns, or complications.

***Education***:
Encouraged to call with questions or concerns.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/19/2024 | 11:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 3/19/2024 | 12:25 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 3/19/2024 | 1:30 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 3/27/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 4/10/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 4/24/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Lauren R, RN - 2/28/2024 - 1:36 PM*

Electronically signed by Lauren Runde, RN at 02/28/24 1336

## 02/28/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy
- Psoriasis
- Hot flash in male
- Encounter for antineoplastic immunotherapy
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

**Encounter Vitals (continued)**

Most recent update: 2/28/2024 10:45 AM by Amy E Moody, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 112/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 100 | 97.8 °F (36.6 °C) (Temporal) | 18 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 239 lb 1.6 oz (108.5 kg) | 97% | 32.21 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 1/10 Number Scale | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Amy E Moody, MA at 2/28/2024 1115**

Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant
Filed: 02/28/24 1041 | Encounter Date: 2/28/2024 | Creation Time: 02/28/24 1036
Status: Signed | Editor: Amy E Moody, MA (Medical Assistant)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: None

**New or worsening symptoms**: Shoulder pain

**Energy level**: Fair

**Appetite**: Fair

**VAD**: Port

**Pain** (Scale 0 -10) Current: 1/10

| | 1/17/2024 10:25 AM | 1/24/2024 10:07 AM | 2/7/2024 10:29 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 112/76 | 129/90 | 104/68 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |
| 01/17/24 | 109 kg (240 lb 3.2 oz) |
| 12/27/23 | 111.6 kg (246 lb) |

***Submitted by:*** *Amy E Moody, MA - 2/28/2024 - 10:36 AM*

Electronically signed by Amy E Moody, MA at 02/28/24 1041

**Carissa M Dolens, APNP at 2/28/2024 1115**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 02/28/24 1902 | Encounter Date: 2/28/2024 | Creation Time: 02/28/24 1109 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (2/6/24) demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in

agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters.

- He meets criteria for cycle 10 pembrolizumab and cycle 8 goserelin today, 02/28/2024 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R this past week as he was painting his rental home. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports that he is doing relatively well per his usual. He reports mild fatigue but this is tolerable. He has been painting at his rental home in FL, now his shoulders are sore L>R for the past week. Tylenol helps with the pain. His R ankle and L wrist are sore sometimes too, but he has injured these in the past. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for appetite change, chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias **(more to shoulders recently L>R from painting)**. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for dizziness, extremity weakness, headaches, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22 |

- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

| | |
|---|---|
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by |

| | |
|---|---|
| | controlling symptoms |
| 2/6/2024 | **Imaging**<br>February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.<br><br>February 6, 2024 CT chest: Stable chest without evidence of metastatic disease. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 112/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 100 | Temp 97.8 °F (36.6 °C) (Temporal) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 108.5 kg (239 lb 1.6 oz) | SpO2 97% | BMI 32.21 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |
| 01/17/24 | 109 kg (240 lb 3.2 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.

Lymphadenopathy:
Cervical: No cervical adenopathy.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 02/28/24 0927 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,360 |
| Hemoglobin | 13.9 |
| Hematocrit | 42 |
| Platelet Count | 180 |
| Sodium | 139 |
| Potassium | 4.4 |
| Chloride | 106 |
| BUN | **23 H** |
| Creatinine | 1.02 |
| Glucose | **143 H** |
| Calcium | 10.0 |
| Albumin | 4.2 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **42 H** |
| ALT/SGPT | **58 H** |
| Alkaline Phosphatase | 101 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 30 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 02/28/24 1902

## 02/07/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy (UW 19060 Study Pembrolizumab)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Callie J Ward, RN at 2/7/2024 1145**

| | | |
|---|---|---|
| Author: Callie J Ward, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 02/07/24 1335 | Encounter Date: 2/7/2024 | Creation Time: 02/07/24 1246 |
| Status: Signed | Editor: Callie J Ward, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 2/7/2024 for chemotherapy: cycle 9 day 1 UW 19060 Study Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Callie W, RN - 2/7/2024 - 1:35 PM*

Electronically signed by Callie J Ward, RN at 02/07/24 1335

## 02/07/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 2/7/2024 10:30 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 104/68 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 70 | 98.4 °F (36.9 °C) (Temporal) | 16 | 6' 0.25" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 241 lb 4.8 oz (109.5 kg) | 96% | 32.50 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 2/7/2024 1040**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 02/07/24 1429 | Encounter Date: 2/7/2024 | Creation Time: 02/01/24 1443 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

I discussed the results of his repeat CT neck/chest (2/6/24) that demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. He is to hear this. Therefore, I recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters.
- He meets criteria for cycle 10 pembrolizumab today, will get cycle 8 goserelin on 02/28/2024 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he is doing relatively well without any significant complaints. He reports mild fatigue but this is tolerable. He is anticipated to travel to Florida for 3 weeks to take care of a rental home. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

Clinical Notes (continued)

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23–Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging** |

| | |
|---|---|
| | 7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 2/6/2024 | **Imaging**<br>February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.<br><br>February 6, 2024 CT chest: Stable chest without evidence of metastatic disease. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 104/68 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 70 | Temp 98.4 °F (36.9 °C) (Temporal) | Resp 16 | Ht 1.835 m (6' 0.25") | Wt 109.5 kg (241 lb 4.8 oz) | SpO2 96% | BMI 32.50 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |
| 01/17/24 | 109 kg (240 lb 3.2 oz) |
| 12/27/23 | 111.6 kg (246 lb) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.

Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 02/07/24 0931 |
|---|---|
| White Cell Count | 4.3 |
| Absolute Neutrophils | 2,400 |
| Hemoglobin | **13.5 L** |
| Hematocrit | 41 |
| Platelet Count | **151 L** |
| Sodium | 138 |
| Potassium | 4.3 |
| Chloride | 107 |
| BUN | 18 |
| Creatinine | 1.14 |
| Glucose | **210 H** |
| Calcium | 9.3 |
| Albumin | 3.9 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **39 H** |
| ALT/SGPT | **64 H** |
| Alkaline Phosphatase | 103 |

Imaging:
CT NECK W IV CONTRAST

Result Date: 2/6/2024
IMPRESSION: Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.

CT CHEST W IV CONTRAST W/CAD

Result Date: 2/6/2024
Impression: Stable chest without evidence of metastatic disease.

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 02/07/24 1429

**Amy E Moody, MA at 2/7/2024 1040**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 02/07/24 1026 | Encounter Date: 2/7/2024 | Creation Time: 02/07/24 1018 |
| Status: Addendum | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: None

**New or worsening symptoms**: Right ankle pain x couple of months; general weakness

**Energy level**: Fair

**Appetite**: Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 12/27/2023 10:22 AM | 1/17/2024 10:25 AM | 1/24/2024 10:07 AM |
|---|---|---|---|
| **Blood Pressure** | | | |

| | 12/27/2023 10:22 AM | 1/17/2024 10:25 AM | 1/24/2024 10:07 AM |
|---|---|---|---|
| BP | 110/66 | 112/76 | 129/90 |

**Wt Readings from Last 3 Encounters:**

01/17/24 109 kg (240 lb 3.2 oz)
12/27/23 111.6 kg (246 lb)
12/06/23 111.3 kg (245 lb 4.8 oz)

***Submitted by:*** *Amy E Moody, MA - 2/7/2024 - 10:18 AM*

Electronically signed by Amy E Moody, MA at 02/07/24 1026

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [617827470] (Final result)**

Electronically signed by: **Saad A Ali, Research on 12/04/23 1141** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 12/04/23 1141 Authorized by: Carissa M Dolens, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Carissa M Dolens, APNP 12/04/23 1218 for Ordering
Frequency: Routine 12/04/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn E Thier 2/6/2024 12:27 PM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.19 mg/dL (0.73 - 1.18 mg/dL) Comment - 11/15/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 247 lbs Comment - 11/15/23 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Release to patient — Immediate

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 1014; Study Team Contact Saad Ali, Phone 608-262-3865 Please don't change or modify this order, Bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Carissa M Dolens, APNP , 608-265-1700 | 2/6/2024 1:40 PM CT 1 OSP 1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peterson,Lori A | 02/06/2024 01:46 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [617827470]** — Resulted: 02/06/24 1455, Result status: Final result

Order status: Completed
Resulted by:
Brian F Mullan, MD
Nancy Ann B Little, MD
Filed by: Interface, Results 02/06/24 1501
Performed: 02/06/24 1315 - 02/06/24 1346
Accession number: UWMF28695404
Resulting lab: UWHC RADIOLOGY
Narrative:
Additional relevant history: Metastatic salivary duct carcinoma on palliative immunotherapy.

Technique:
Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3-D MIPs.
CAD: Computer assisted detection of lung nodules was used.

Comparison: CT chest 11/14/2023, 8/2/2023.

Findings:

Cardiovascular: Normal heart size. No pericardial effusion. Similar coronary artery disease.

Lungs and airways: Calcified granulomas. No new or enlarging nodules. Unchanged minimal paraseptal emphysema.

Pleura: Normal.

Lymph nodes: Unchanged calcified left hilar and mediastinal lymph nodes. No new or enlarging lymph nodes in the chest.

Chest wall: No metastasis.

Other: Similar diffuse hepatic steatosis. No acute intra-abdominal findings.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Nancy Ann B Little and arrived at this interpretation.

Electronically signed by: Dr. Brian Mullan, University of Wisconsin - Madison
Impression:
Impression:

Stable chest without evidence of metastatic disease.
Acknowledged by
Cassondra Schmidt, RN on 02/06/24 1503
Carissa M Dolens, APNP on 02/07/24 0940
Justine Y Bruce, MD on 02/10/24 2125

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [617827470]** Resulted: 02/06/24 1315, Result status: In process

Order status: Completed
Resulted by:
Brian F Mullan, MD
Nancy Ann B Little, MD
Filed by: Lori Peterson, RTT 02/06/24 1315
Performed: 02/06/24 1315 - 02/06/24 1346
Accession number: UWMF28695404

**Reviewed by**

Justine Y Bruce, MD on 02/10/24 2125
Carissa M Dolens, APNP on 02/07/24 0940
Cassondra Schmidt, RN on 02/06/24 1503

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 2/10/2024 21:25
Carissa M Dolens, APNP on 2/7/2024 09:40
Cassondra Schmidt, RN on 2/6/2024 15:03

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [617827469] (Final result)**

Electronically signed by: **Saad A Ali, Research on 12/04/23 1141** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 12/04/23 1141 Authorized by: Carissa M Dolens, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Carissa M Dolens, APNP 12/04/23 1218 for Ordering
Frequency: Routine 12/04/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time-point Instance released by: Fawn E Thier 2/6/2024 12:27 PM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.19 mg/dL (0.73 - 1.18 mg/dL) Comment - 11/15/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 247 lbs Comment - 11/15/23 |
| Appropriate use of contrast per Radiologist? | Yes |

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 1014; Study Team Contact Saad Ali, Phone 608-262-3865 Please don't change or modify this order, Bill to patient's insurance.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Carissa M Dolens, APNP , 608-265-1700 | 2/6/2024 1:00 PM<br>CT 1 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peterson,Lori A | 02/06/2024 01:49 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [617827469]** Resulted: 02/06/24 1539, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Kelly W Capel, MD |
| Filed by: Interface, Results 02/06/24 1545 | Performed: 02/06/24 1316 - 02/06/24 1349 |
| Accession number: UWMF28695403 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 2/6/2024

PROVIDED INDICATION: Examination of participant in clinical trial**Salivary duct carcinoma**Imaging required at this time-point Evaluate for disease and compare to previous imaging

Additional clinical history: T2N3M1 Salivary duct carcinoma of the left submandibular gland status post initial chemoradiation completed 6/22/2023 with metastatic disease on CT neck from 7/14/2023. Patient is currently on

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

COMPARISON: CT chest 2/6/2024; CT neck 11/14/2023 and outside CT neck 7/13/2023

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:
Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Postoperative changes from bilateral uncinectomies, maxillary antrostomies, partial ethmoidectomies and middle turbinectomies. Scattered lobulated mucosal thickening is seen within the paranasal sinuses without air-fluid level.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance. Torus mandibularis is noted. No untreated periapical abscess.

Pharynx: Mild left palatine tonsilliths. Nasopharynx, oropharynx, hypopharynx, palatine and lingual tonsils are normal.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Redemonstration of small slightly hyperenhancing left submandibular gland with posttreatment related changes. Persistent although slightly decreased subcutaneous nodular reticulation along the submental soft tissues and the level 3 and level 4 soft tissues of the neck, consistent with lymphovascular spread . Similar overlying skin thickening. Unchanged appearance of the bilateral parotid glands. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature. Similar slight nodularity tracking along the cervical and mastoid muscles bilaterally, left greater than right.

Thyroid Gland: No pathologic nodules.

Lymph Nodes: Similar appearance of a few small level two and level three lymph nodes. No new or enlarging lymphadenopathy.

Cervical Vascular: Atherosclerosis of the carotid bifurcations without flow-limiting stenosis. Bilateral common and internal carotid arteries, and vertebral arteries demonstrate normal course and caliber. The jugular veins are patent.

Upper Chest: Chest reported separately. Chest Port-A-Cath is present.

Bones: No fractures or osseous lesions are detected. Mild degenerative changes are seen in the cervical spine, including fusion of the C2-C3 vertebral bodies and trace degenerative anterolisthesis of C4 on C5 and C5 on C6.

Electronically signed by: Dr. Kelly Capel, University of Wisconsin - Madison
Impression:
IMPRESSION: Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.

Acknowledged by
Amber R Catterall, RN on 02/06/24 1631
Carissa M Dolens, APNP on 02/07/24 0940
Justine Y Bruce, MD on 02/10/24 2126

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

**02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)**

**Imaging (continued)**

| | | | | |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [617827469]** Resulted: 02/06/24 1316, Result status: In process

Order status: Completed
Filed by: Lori Peterson, RTT 02/06/24 1316
Accession number: UWMF28695403

Resulted by: Kelly W Capel, MD
Performed: 02/06/24 1316 - 02/06/24 1349

**Reviewed by**

Justine Y Bruce, MD on 02/10/24 2126
Carissa M Dolens, APNP on 02/07/24 0940
Amber R Catterall, RN on 02/06/24 1631

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 2/10/2024 21:26
Carissa M Dolens, APNP on 2/7/2024 09:40
Amber R Catterall, RN on 2/6/2024 16:31

## 01/24/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 1/24/2024 10:09 AM by Angela M McKeown, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 129/90 (Site: Left Arm, Position: Sitting, Cuff Size: Regular) | 99 | 97.3 °F (36.3 °C) | 18 | 97% |

### Clinical Notes

**Progress Notes**

**Angela M McKeown, RN at 1/24/2024 1000**

| | | |
|---|---|---|
| Author: Angela M McKeown, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 01/24/24 1041 | Encounter Date: 1/24/2024 | Creation Time: 01/24/24 1039 |
| Status: Signed | Editor: Angela M McKeown, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 1/24/2024 for hormonal injection- Study Zoladex

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received Study Zoladex today. It was administered in Left lower quad, abdomen. We used ice today instead of lidocaine to numb injection site. He tolerated treatment without complaints, concerns or complications.

***Education***:
Discussed option of ice versus lidocaine as numbing option.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/21/2024 | 9:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Angela M, RN - 1/24/2024 - 10:41 AM*

Electronically signed by Angela M McKeown, RN at 01/24/24 1041

## 01/17/2024 - Procedure in UWH CHEMOTHERAPY

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Chief Complaint**

- Oncology Treatment (C8D1 Study pembro)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

**Visit Information**

**Provider Information**

**Referring Provider**

Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Clinical Notes**

**Progress Notes**

**Sarah J Voight, RN at 1/17/2024 1145**

Author: Sarah J Voight, RN
Service: Oncology
Author Type: Registered Nurse
Filed: 01/17/24 1504
Encounter Date: 1/17/2024
Creation Time: 01/17/24 1503
Status: Signed
Editor: Sarah J Voight, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 1/17/2024 for chemotherapy: cycle 8 day 1 UW19060) Study Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.

**01/17/2024 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy. and Throughout the infusion the site remained within normal limits with no swelling, discoloration, leakage or complaints of discomfort or pain at the infusion site.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 1/24/2024 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Sarah V, RN

Electronically signed by Sarah J Voight, RN at 01/17/24 1504

## 01/17/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- Examination of participant in clinical trial
- **Salivary duct carcinoma (primary)**
- Androgen deprivation therapy
- Encounter for antineoplastic immunotherapy
- Hot flash in male
- Psoriasis
- Arthralgia of right lower leg

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

**01/17/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

Most recent update: 1/17/2024 10:28 AM by Amy E Moody, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 112/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 90 | 97.7 °F (36.5 °C) (Oral) | 20 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 240 lb 3.2 oz (109 kg) | 98% | 32.58 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Amy E Moody, MA at 1/17/2024 1040**

Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant
Filed: 01/17/24 1022 | Encounter Date: 1/17/2024 | Creation Time: 01/17/24 1014
Status: Signed | Editor: Amy E Moody, MA (Medical Assistant)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Pain on right side, right knee and right ankle

**New or worsening symptoms**: Pain on right side of body

**Energy level**: Fair

**Appetite:** Okay

**VAD**: Port

**Pain** (Scale 0 -10) Current: 0/10

| | 11/29/2023 12:02 PM | 12/6/2023 10:11 AM | 12/27/2023 10:22 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 122/83 | 108/72 | 110/66 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/27/23 | 111.6 kg (246 lb) |
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |

***Submitted by:*** *Amy E Moody, MA - 1/17/2024 - 10:14 AM*

Electronically signed by Amy E Moody, MA at 01/17/24 1022

**Carissa M Dolens, APNP at 1/17/2024 1040**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 01/18/24 1923 | Encounter Date: 1/17/2024 | Creation Time: 01/18/24 1903 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

CT neck/chest (11/14/2023) demonstrate resolution of his bilateral axillary lymph nodes as well as a decrease in the of

his right neck lymph and left neck skin thickening.

He is clinically stable on exam per his baseline and labs meet treatment parameters.

- He meets criteria for cycle 8 pembrolizumab today, will get goserelin 1/24/24 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he has been doing well. Notes continued intermittent R side/flank discomfort and R knee/ankle pain, tolerable at this time. Notes some increase in psoriasis lesions to both knees, elbows, thighs, and small spots to knuckles. He is using topical steroid creams with some help. Describes mild chest congestion and mild SOB with strenuous activity only. No issues with swallowing. He reports a good appetite and energy level.

Review of Systems
Constitutional: Positive for fatigue (**mild**). Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Positive for shortness of breath (**mild, winded with strenuous activity only**). Negative for cough.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias (**R side, R knee, R ankle**). Negative for back pain and extremity pain.
Skin: Positive for rash (**psoriasis at baseline**).
Neurological: Negative for dizziness, extremity weakness, headaches, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Endocrine: Positive for hot flashes (**stable**).

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health): |

- C1D1: 12/14/22
- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

| | |
|---|---|
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 11/14/2023 | **Imaging**<br>November 14, 2023 CT neck:<br>1. Decreased but persistent reticulation of the submental and lower neck soft tissues.<br>2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph |

nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy

**Objective (Exam/Results)**
**Vital Signs:**
BP 112/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 90 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 20 | Ht 1.829 m (6') | Wt 109 kg (240 lb 3.2 oz) | SpO2 98% | BMI 32.58 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 01/17/24 | 109 kg (240 lb 3.2 oz) |
| 12/27/23 | 111.6 kg (246 lb) |
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Comments: **Decreased range of motion of left neck**
Lymphadenopathy:

Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Flaking erythematous plaques with mild erythema noted to both elbows, knees, thighs, and a few small areas on knuckles.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 01/17/24 0945 |
|---|---|
| White Cell Count | 5.3 |
| Absolute Neutrophils | 2,970 |
| Hemoglobin | 13.7 |
| Hematocrit | 42 |
| Platelet Count | 189 |
| Sodium | 138 |
| Potassium | 4.4 |
| Chloride | 106 |
| BUN | 19 |
| Creatinine | 0.99 |
| Glucose | **260 H** |
| Calcium | **10.4 H** |
| Albumin | 4.1 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **43 H** |
| ALT/SGPT | **75 H** |
| Alkaline Phosphatase | 107 |

Imaging:
CE XR KNEE - BILAT LATERAL

Result Date: 1/16/2024

Right knee: Mild narrowing of medial knee compartment. Soft tissue prominence along medial jointline which can be seen with medial meniscus tear and associated inflammatory changes. Small joint effusion Patella is well situated in the femoral groove. Small spur at lateral aspect of patella Left knee: Minimal narrowing of medial compartment Patella is well situated in the femoral groove. Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continuation of therapy, side effect monitoring/reporting, follow-up plan

Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 01/18/24 1923

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 12/27/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Emily M Venus, RN at 12/27/2023 1345**

| | | |
|---|---|---|
| Author: Emily M Venus, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 12/27/23 1345 | Encounter Date: 12/27/2023 | Creation Time: 12/27/23 1259 |
| Status: Signed | Editor: Emily M Venus, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 12/27/2023 for chemotherapy: Cycle 7, day 1 UW19060/HSC # 2019-0983 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.

**12/27/2023 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes, prior to Study Zoladex injection, today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Study Goserelin today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 1/17/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 1/17/2024 | 10:40 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 1/17/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 1/24/2024 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Emily V, RN - 12/27/2023 - 1:45 PM*

Electronically signed by Emily M Venus, RN at 12/27/23 1345

## 12/27/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy

**Visit Diagnoses**

- **Examination of participant in clinical trial (primary)**
- Salivary duct carcinoma
- Rash

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 12/27/2023 10:25 AM by Alexa E Howell, C-MA

| BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|
| 110/66 | 77 | 97.7 °F (36.5 °C) (Oral) | 18 | 246 lb (111.6 kg) |

| SpO2 | BMI |
|---|---|
| 97% | 33.14 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Low Back | None | None |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 12/27/2023 1020**

Author: Justine Y Bruce, MD    Service: Oncology    Author Type: Physician

Filed: 12/27/23 1216 | Encounter Date: 12/27/2023 | Creation Time: 12/26/23 0745
Status: Signed | Editor: Justine Y Bruce, MD (Physician)

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab.
CT neck/chest (11/14/2023) demonstrate resolution of his bilateral axillary lymph nodes as well as a decrease in the of his right neck lymph and left neck skin thickening.

- He meets criteria for cycle 7 pembrolizumab plus goserelin today as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Anemia: His hemoglobin is noted to be 13.4. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

3. Tinea corporis: I have prescribed clotrimazole 1% cream and hydrocortisone 2.5% cream. I have also submitted a dermatology consult for further evaluation and possible KOH stain/evaluation.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
Consult to Dermatology - INSIDE UW Health
Clotrimazole 1 % cream
Hydrocortisone 2.5 % cream

**Interval History / ROS**
**Interval history:** He reports that he has been doing well and recently returned from his vacation in Florida. However, he has noted a ring-like lesion on his bilateral groin that has moved to his right elbow and 4. In addition, his wife also noted that she also has a rash on her left leg and they believe that this may be due to tinea corporis. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

**12/27/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging** |

| | |
|---|---|
| | 7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/23 cycle 7 pembrolizumab plus goserelin<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 11/14/2023 | **Imaging**<br>November 14, 2023 CT neck:<br>1. Decreased but persistent reticulation of the submental and lower neck soft tissues.<br>2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.<br>3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.<br><br>November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy |

**Objective (Exam/Results)**

**Vital Signs:**

BP 110/66 | Pulse 77 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 18 | Wt 111.6 kg (246 lb) | SpO2 97% | BMI 33.14 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/27/23 | 111.6 kg (246 lb) |
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |

Physical Exam

Labs:

**Recent Labs**

| Result | 12/27/23 0932 |
|---|---|
| White Cell Count | 5.5 |
| Absolute Neutrophils | 3,220 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 41 |
| Platelet Count | 167 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | **108 H** |
| BUN | 16 |
| Creatinine | 1.16 |
| Glucose | **132 H** |
| Calcium | 9.8 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | **46 H** |
| ALT/SGPT | **68 H** |
| Alkaline Phosphatase | 80 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Dermatology consult further evaluation of tinea corporis
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 12/27/23 1216

**Alexa E Howell, C-MA at 12/27/2023 1020**

| | | |
|---|---|---|
| Author: Alexa E Howell, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 12/27/23 1022 | Encounter Date: 12/27/2023 | Creation Time: 12/27/23 0947 |
| Status: Signed | Editor: Alexa E Howell, C-MA (Certified-MA) | |

;Robert J Loper is a 61 year old male here for chemo.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: rash right arm, inner legs noticed 3 weeks ago. Wife has rash on her left leg noticed 4-5 days.

**New or worsening symptoms**:

**Energy level**: kinda low

**Appetite**: good

**VAD**: port right side chest

**Pain** (Scale 0 -10) Current: 2/10 low back

| | 11/15/2023 9:47 AM | 11/29/2023 12:02 PM | 12/6/2023 10:11 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 116/58 | 122/83 | 108/72 |

**Wt Readings from Last 3 Encounters:**
12/06/23 111.3 kg (245 lb 4.8 oz)
11/15/23 112.3 kg (247 lb 9.6 oz)
10/25/23 110 kg (242 lb 8 oz)

***Submitted by:*** *Alexa E Howell, C-MA - 12/27/2023 - 9:47 AM*

Electronically signed by Alexa E Howell, C-MA at 12/27/23 1022

## 12/06/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Carly N Stuessy, RN at 12/6/2023 1330**

| | | |
|---|---|---|
| Author: Carly N Stuessy, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 12/06/23 1330 | Encounter Date: 12/6/2023 | Creation Time: 12/06/23 1240 |
| Status: Signed | Editor: Carly N Stuessy, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 12/6/2023 for chemotherapy: cycle 6 day 1 Study Pembrolizumab(UW19060)

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received study pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 1/17/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 1/17/2024 | 10:40 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 1/17/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 1/24/2024 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:** Carly S, RN - 12/6/2023 - 1:30 PM*

Electronically signed by Carly N Stuessy, RN at 12/06/23 1330

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 12/06/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy
- Encounter for antineoplastic immunotherapy
- Hot flash in male
- Psoriasis

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

## 12/06/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

Most recent update: 12/6/2023 10:13 AM by Amy E Moody, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 108/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 98 °F (36.7 °C) (Oral) | 18 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 245 lb 4.8 oz (111.3 kg) | 95% | 33.04 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 1/10 Number Scale | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Amy E Moody, MA at 12/6/2023 1005**

Author: Amy E Moody, MA | Service: Bone Marrow Transplant | Author Type: Medical Assistant
Filed: 12/06/23 1010 | Encounter Date: 12/6/2023 | Creation Time: 12/06/23 1006
Status: Signed | Editor: Amy E Moody, MA (Medical Assistant)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: None

**New or worsening symptoms**: None

**Energy level**: Fair

**Appetite:** Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 1/10

| | 11/1/2023 11:11 AM | 11/15/2023 9:47 AM | 11/29/2023 12:02 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 143/87 | 116/58 | 122/83 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |

***Submitted by:*** *Amy E Moody, MA - 12/6/2023 - 10:06 AM*

Electronically signed by Amy E Moody, MA at 12/06/23 1010

**Carissa M Dolens, APNP at 12/6/2023 1005**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 12/07/23 1058 | Encounter Date: 12/6/2023 | Creation Time: 12/07/23 1044 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

His most recent CT neck/chest (11/14/2023) demonstrated resolution of his bilateral axillary lymph nodes as well as a decrease in the of his right neck lymph and left neck skin thickening.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab as he has baseline psoriasis for which he uses topical creams. Labs meet treatment parameters.

- He meets criteria for cycle 6 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 6 goserelin planned for 12/27/23
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We also reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Anemia: His hemoglobin is noted to be 13.4. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

3. Psoriasis, baseline: Flared up to both elbows and knees currently, to use his topical creams to these areas as prescribed. Will monitor.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he is doing well without any new, significant complaints. He reports a good appetite and energy level. Stable neuropathy to both feet. Tolerable daily hot flashes, no night sweats. Psoriasis has flared up given the colder weather to both of his elbows and knees, topical creams he has is helping but he hasn't been very regular about using these recently.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.
HENT: Positive for lump/mass. Negative for mouth sores, sore throat, tinnitus, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Positive for rash.
**Psoriasis plaques to both elbows and knees**
Neurological: Positive for numbness and paresthesias. Negative for dizziness, extremity weakness, headaches and seizures.
**Stable baseline N/T to both feet**
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health): |

| | |
|---|---|
| | • C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/23 anticipated cycle 6 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 11/14/2023 | **Imaging**<br>November 14, 2023 CT neck:<br>1. Decreased but persistent reticulation of the submental and lower neck soft tissues.<br>2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target |

for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy

**Objective (Exam/Results)**
**Vital Signs:**
BP 108/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 98 °F (36.7 °C) (Oral) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 111.3 kg (245 lb 4.8 oz) | SpO2 95% | BMI 33.04 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Left neck firmness is decreased from prior**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.

Left lower leg: No edema.
Comments: **Decreased range of motion of left neck**
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 12/06/23 0857 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,440 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 41 |
| Platelet Count | 163 |
| Sodium | 139 |
| Potassium | 4.2 |
| Chloride | **108 H** |
| BUN | **23 H** |
| Creatinine | 1.07 |
| Glucose | **210 H** |
| Calcium | 10.1 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **60 H** |
| ALT/SGPT | **96 H** |
| Alkaline Phosphatase | 108 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 30 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 12/07/23 1058

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 11/29/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 11/29/2023 12:03 PM by Alyshia Sathoff, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 122/83 | 81 | 98.6 °F (37 °C) (Oral) | 16 | 98% |

### Clinical Notes

**Progress Notes**

**Alyshia Sathoff, RN at 11/29/2023 1115**

Author: Alyshia Sathoff, RN | Service: Oncology | Author Type: Registered Nurse
Filed: 11/29/23 1227 | Encounter Date: 11/29/2023 | Creation Time: 11/29/23 1225
Status: Signed | Editor: Alyshia Sathoff, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 11/29/2023 for chemotherapy: C5D1 zoladex

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.

***Pre-medications:***
n/a

***Treatment:***
Injection: He received Zoladex today. He was given 5ml lidocaine subcutaneously at the injection site prior to treatment. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Alyshia S, RN - 11/29/2023 - 12:27 PM*

Electronically signed by Alyshia Sathoff, RN at 11/29/23 1227

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 11/15/2023 - Procedure in UWH CHEMOTHERAPY

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Chief Complaint**

- Chemotherapy (C5D1 study pembro )

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

**Visit Information**

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Clinical Notes**

**Progress Notes**

**Elise C Blust, RN at 11/15/2023 1045**

| | | |
|---|---|---|
| Author: Elise C Blust, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 11/15/23 1723 | Encounter Date: 11/15/2023 | Creation Time: 11/15/23 1719 |
| Status: Signed | Editor: Elise C Blust, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 11/15/2023 for chemotherapy: C5 D1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Treatment:***
Infusion: He received study pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Education***:
Pt encouraged to call with questions or concerns

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 11/29/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Elise B, RN - 11/15/2023 - 5:23 PM*

Electronically signed by Elise C Blust, RN at 11/15/23 1723

## 11/15/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 11/15/2023 9:54 AM by Ganielle M Peterson, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/58 | 93 | 98.7 °F (37.1 °C) (Oral) | 17 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 247 lb 9.6 oz (112.3 kg) | 97% | 33.35 kg/m² |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 11/15/2023 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 11/15/23 2029 | Encounter Date: 11/15/2023 | Creation Time: 11/13/23 1239 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab. I discussed with the patient and his wife regarding his CT neck/chest (11/14/2023) that demonstrate resolution of his bilateral axillary lymph nodes as well as a decrease in the of his right neck lymph and left neck skin thickening. He is happy to hear this.

- He meets criteria for cycle 5 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 5 goserelin planned for 11/29/23
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We also reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Anemia: His hemoglobin is noted to be 13.0. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports that he is doing well without any significant complaints. He has decided that he would like to try eating more healthy in effort to continue to improve his performance status and well-being. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection |

- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 anticipated cycle 5 goserelin injection

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

11/14/2023 **Imaging**
November 14, 2023 CT neck:
1. Decreased but persistent reticulation of the submental and lower neck soft tissues.
2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy

**Objective (Exam/Results)**
**Vital Signs:**
BP 116/58 | Pulse 93 | Temp 98.7 °F (37.1 °C) (Oral) | Resp 17 | Ht 1.835 m (6' 0.24") | Wt 112.3 kg (247 lb 9.6 oz) | SpO2 97% | BMI 33.35 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.

Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Comments: **Decreased range of motion of left neck**

Lymphadenopathy:
Cervical: No cervical adenopathy.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 11/15/23 0846 |
|---|---|
| White Cell Count | 5.3 |
| Absolute Neutrophils | 3,000 |
| Hemoglobin | **13.0 L** |
| Hematocrit | 40 |
| Platelet Count | **150 L** |
| Sodium | 139 |
| Potassium | 4.2 |
| Chloride | **108 H** |
| BUN | **22 H** |
| Creatinine | **1.19 H** |
| Glucose | **178 H** |
| Calcium | 9.9 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **68 H** |
| ALT/SGPT | **103 H** |
| Alkaline Phosphatase | 89 |

Imaging:
BIOPSY ULTRASOUND GUIDED, LYMPH NODE

Result Date: 11/15/2023
Impression: Technically successful ultrasound-guided left axillary lymph node biopsy.

CT NECK W IV CONTRAST

Result Date: 11/14/2023
IMPRESSION: 1. Decreased but persistent reticulation of the submental and lower neck soft tissues. 2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck. 3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

CT CHEST W IV CONTRAST W/CAD

Result Date: 11/14/2023
Impression: 1. Resolution of bilateral axillary with no evidence for chest malignancy.

US AXILLARY LEFT

Result Date: 11/14/2023
IMPRESSION: Sonographically normal-appearing left axillary lymph nodes. No sonographic correlate to the enlarged left axillary lymph node identified on prior CT, therefore biopsy was deferred. Patient is scheduled for CT neck and chest this afternoon. Will reevaluate potential biopsy target following imaging.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 11/15/23 2029

**Ganielle M Peterson, MA at 11/15/2023 0940**

| | | |
|---|---|---|
| Author: Ganielle M Peterson, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 11/15/23 0958 | Encounter Date: 11/15/2023 | Creation Time: 11/15/23 0957 |
| Status: Signed | Editor: Ganielle M Peterson, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for Treatment.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: neck and shoulder pain, level

**Have you received your influenza vaccine? N/A**

**New or worsening symptoms**: No

**Energy level**: Fair

**Appetite**: Good

**VAD**: right chest

**Pain** (Scale 0 -10) Current: 2/10

| | 10/25/2023 9:20 AM | 11/1/2023 11:11 AM | 11/15/2023 9:47 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 122/74 | 143/87 | 116/58 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |

***Submitted by:*** *Ganielle M Peterson, MA - 11/15/2023 - 9:57 AM*

Electronically signed by Ganielle M Peterson, MA at 11/15/23 0958

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [603547446] (Final result)**

Electronically signed by: **Saad A Ali, Research on 10/06/23 1059** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 10/06/23 1059 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 10/07/23 1240 for Ordering
Frequency: Routine 10/06/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn E Thier 11/14/2023 12:58 PM
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.15 mg/dL (0.73 - 1.18 mg/dL) Comment - 10/4/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 240 lbs Comment - 10/4/23 |
| Appropriate use of contrast per Radiologist? | Yes |

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 11/14/2023 1:40 PM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 11/14/2023 01:17 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [603547446]** Resulted: 11/14/23 1545, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by:<br>Gregory D Avey, MD<br>Jessica Perry, MD |
| Filed by: Interface, Results 11/14/23 1551 | Performed: 11/14/23 1314 - 11/14/23 1336 |
| Accession number: UWMF28511226 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 11/14/2023

PROVIDED INDICATION: Salivary duct carcinoma status post initial chemoradiation completed 6/22/2023, with metastatic disease on 7/14/2023 imaging. Currently on chemotherapy as of 8/23/2023

COMPARISON: CT neck 7/13/2023

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:
Salivary Glands: Small, enhancing left submandibular gland with posttreatment related changes. Significantly decreased but persistent subcutaneous nodular reticulation along the submental soft tissues and the level 3 and level 4 soft tissues of the neck, consistent with lymph nodes lymphovascular spread . Significantly decreased overlying skin thickening. Unchanged appearance of the bilateral parotid glands.
Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

Lymph nodes: Decreased size of multiple right-sided lymph nodes. For example:
-Right intraparotid lymph node measuring 3 mm in short axis, previously 9 mm (series 2 image 67).
-Right level 5 node measuring 2 mm in short axis, previously 8 mm.
No new or enlarging lymph nodes.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Mucous retention cyst in the right sphenoid sinus. The paranasal sinuses are otherwise clear. Small amount of fluid in the left mastoid air cells, similar to prior.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, palatine and lingual tonsils are normal.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Thyroid Gland: No pathologic nodules.

Cervical Vascular: Bilateral common and internal carotid arteries, and vertebral arteries demonstrate normal course and caliber. The jugular veins are patent.

Upper Chest: Partially visualized right chest port.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Jessica Perry and arrived at this interpretation.

Electronically signed by: Dr. Gregory Avey, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Decreased but persistent reticulation of the submental and lower neck soft tissues.
2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

Acknowledged by
Laura A Sivertson, RN on 11/16/23 1142
Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

Resulted: 11/14/23 1529, Result status: Preliminary result

**CT NECK W IV CONTRAST [603547446]**

Order status: Completed

Resulted by:
Gregory D Avey, MD
Jessica Perry, MD

Filed by: Interface, Results 11/14/23 1529
Accession number: UWMF28511226

Performed: 11/14/23 1314 - 11/14/23 1336
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 11/14/2023

PROVIDED INDICATION: Salivary duct carcinoma status post initial chemoradiation completed 6/22/2023, with metastatic disease on 7/14/2023 imaging. Currently on chemotherapy as of 8/23/2023

COMPARISON: CT neck 7/13/2023

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:
Salivary Glands: Small, enhancing left submandibular gland with posttreatment related changes. Significantly decreased but persistent subcutaneous nodular reticulation along the submental soft tissues and the level 3 and level 4 soft tissues of the neck, consistent with lymph nodes lymphovascular spread . Significantly decreased overlying skin thickening. Unchanged appearance of the bilateral parotid glands.
Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

Lymph nodes: Decreased size of multiple right-sided lymph nodes. For example:
-Right intraparotid lymph node measuring 3 mm in short axis, previously 9 mm (series 2 image 67).
-Right level 5 node measuring 2 mm in short axis, previously 8 mm.
No new or enlarging lymph nodes.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Mucous retention cyst in the right sphenoid sinus. The paranasal sinuses are otherwise clear. Small amount of fluid in the left mastoid air cells, similar to prior.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, palatine and lingual tonsils are normal.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Thyroid Gland: No pathologic nodules.

Cervical Vascular: Bilateral common and internal carotid arteries, and vertebral arteries demonstrate normal course and caliber. The jugular veins are patent.

Upper Chest: Partially visualized right chest port.

Bones: No fractures or osseous lesions are detected.

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Decreased but persistent reticulation of the submental and lower neck soft tissues.
2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No targeted for sampling is identified.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153
Laura A Sivertson, RN on 11/16/23 1142

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [603547446]** Resulted: 11/14/23 1314, Result status: In process

Order status: Completed

Resulted by:
Gregory D Avey, MD
Jessica Perry, MD

Filed by: Courtney J Goetsch, Imaging Spec 11/14/23 1314
Performed: 11/14/23 1314 - 11/14/23 1336
Accession number: UWMF28511226

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153
Laura A Sivertson, RN on 11/16/23 1142

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 11/27/2023 11:53
Laura A Sivertson, RN on 11/16/2023 11:42

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [603547445] (Final result)**

Electronically signed by: **Saad A Ali, Research on 10/06/23 1059** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 10/06/23 1059 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 10/07/23 1240 for Ordering
Frequency: Routine 10/06/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn E Thier 11/14/2023 12:58 PM
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.15 mg/dL (0.73 - 1.18 mg/dL) Comment - 10/4/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 240 lbs Comment - 10/4/23 |
| Appropriate use of contrast per Radiologist? | Yes |

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 11/14/2023 1:00 PM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 11/14/2023 01:17 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [603547445]** Resulted: 11/14/23 1358, Result status: Final result

Order status: Completed
Filed by: Interface, Results 11/14/23 1404
Accession number: UWMF28511225
Resulted by: Brian F Mullan, MD
Performed: 11/14/23 1314 - 11/14/23 1328
Resulting lab: UWHC RADIOLOGY
Narrative:
Technique: Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3D MIPs
Computed aided detection was used.

History: Salivary duct carcinoma

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Comparison: Chest CT 8/20/2023

Findings:

Supraclavicular/axial/mediastinal/hilar: Normal

Cardiovascular: Stable moderate coronary artery calcifications, most prominent in the LAD.

Upper abdomen: Normal

Lungs/airways/pleura: Mild paraseptal emphysema Scattered benign calcified granulomas.

Chest wall/Musculoskeletal: Normal

Support devices: The right port terminates at the caval atrial junction.

Electronically signed by: Dr. Brian Mullan, University of Wisconsin - Madison
Impression:
Impression:
1. Resolution of bilateral axillary with no evidence for chest malignancy.

Acknowledged by
Laura A Sivertson, RN on 11/16/23 1142
Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [603547445]** Resulted: 11/14/23 1314, Result status: In process

Order status: Completed
Filed by: Courtney J Goetsch, Imaging Spec 11/14/23 1314
Accession number: UWMF28511225

Resulted by: Brian F Mullan, MD
Performed: 11/14/23 1314 - 11/14/23 1328

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153
Laura A Sivertson, RN on 11/16/23 1142

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 11/27/2023 11:53
Laura A Sivertson, RN on 11/16/2023 11:42

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**

Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH ULTRASOUND | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-9729 | 608-263-1094 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023 — Action: Patient not taking

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 3 tabs by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Nystatin 100000 UNIT/ML mouth/throat susp**

Discontinued by: Ganielle M Peterson, MA — Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy — Entered by: Tosha L Napier, MA
Entered on: 7/19/2023 — Start date: 12/21/2022
End date: 11/15/2023 — Action: Patient not taking

**Medication List (continued)**

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**
Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**POTASSIUM PO**
Discontinued by: Ganielle M Peterson, MA — Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 1 tab by mouth as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
End date: 11/15/2023 — Action: Patient not taking

**Ondansetron HCl (Zofran) 8 MG tab**
Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Action: Patient not taking
Quantity: 30 tab — Refill: 5 refills by 8/21/2028

**Stopped in Visit**
None

**Imaging**

**Interventional Rad-Therapeutic**

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454] (Final result)**
Electronically signed by: **Lauren Fralka, ARDMS on 11/14/23 1423** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lauren Fralka, ARDMS 11/14/23 1423 — Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Frequency: Routine Once 11/14/23 1600 - 1 occurrence — Class: Normal
Quantity: 1 — Lab status: Final result
Instance released by: Lauren Fralka, ARDMS 11/14/2023 4:00 PM

Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Obtain required for Clinical trial UW19060 |
| Release to patient | Immediate |

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 3859676 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| BIOPSY ULTRASOUND GUIDED, LYMPH NODE | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 11/14/2023 3:00 PM<br>US 6 |

**Screening Form Questions**

No questions have been answered for this form.

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| Did you return your biopsy guide? | Yes | |

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]** Resulted: 11/15/23 0835, Result status: Final result

Order status: Completed
Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO
Filed by: Interface, Results 11/15/23 0841
Performed: 11/14/23 1512 - 11/14/23 1624
Accession number: UWHC28632650
Resulting lab: UWHC RADIOLOGY
Narrative:
Clinical information: 61 year old male with salivary duct carcinoma. Ultrasound-guided left axillary lymph node biopsy obtained for clinical trial.

Comparison: CT chest 11/14/2023, 8/2/2023.

Technique: Ultrasound-guided biopsy.
Informed consent: Preprocedural laboratory values were reviewed and appropriate, documented in Healthlink. The risks, benefits, and alternatives of the procedure were discussed with the patient. All questions were answered. Verbal and written consent was obtained.
Time-out: Time-out performed to confirm the correct patient, procedure, and site.

Biopsy target and description: Hypoechoic left axillary lymph node measuring 3 mm in short axis corresponding to the previously identified enlarged morphologically abnormal left axillary lymph node on CT dated 8/2/2023.
Preparation: An appropriate biopsy path was chosen, and suitable skin entry site was identified. The patient was prepped and draped in usual sterile fashion.
Local anesthesia: Buffered 1% lidocaine with epinephrine.
Contrast: None.

Biopsy device: 18-gauge Biopince.
Length of cores: 1.3 cm.
Number of passes: 3.
Specimen preparation: Formalin for clinical trial.

Post-procedural imaging/complications: None.
Additional interventions: None.

Procedural sedation: None.

Operator: Leslie Nelson DO.
Supervising Radiologist: Dr. Matthew Lee was present throughout the procedure.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Leslie Nelson and arrived at this interpretation.

Electronically signed by: Dr. Matthew Lee, University of Wisconsin - Madison
Impression:
Impression: Technically successful ultrasound-guided left axillary lymph node biopsy.

Acknowledged by: Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

Resulted: 11/14/23 1635, Result status: Preliminary result

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]**

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Interface, Results 11/14/23 1635
Accession number: UWHC28632650

Performed: 11/14/23 1512 - 11/14/23 1624
Resulting lab: UWHC RADIOLOGY

Narrative:
Clinical information: 61 year old male with salivary duct carcinoma. Ultrasound-guided left axillary lymph node biopsy obtained for clinical trial.

Comparison: CT chest 11/14/2023, 8/2/2023.

Technique: Ultrasound-guided biopsy.
Informed consent: Preprocedural laboratory values were reviewed and appropriate, documented in Healthlink. The risks, benefits, and alternatives of the procedure were discussed with the patient. All questions were answered. Verbal and written consent was obtained.
Time-out: Time-out performed to confirm the correct patient, procedure, and site.

Biopsy target and description: Hypoechoic left axillary lymph node measuring 3 mm in short axis.
Preparation: An appropriate biopsy path was chosen, and suitable skin entry site was identified. The patient was prepped and draped in usual sterile fashion.
Local anesthesia: Buffered 1% lidocaine with epinephrine.
Contrast: None.

Biopsy device: 18-gauge Biopince.
Length of cores: 1.3 cm.
Number of passes: 3.
Specimen preparation: Formalin for clinical trial.

Post-procedural imaging/complications: None.
Additional interventions: None.

Procedural sedation: None.

Operator: Leslie Nelson DO.

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Imaging (continued)**

Supervising Radiologist: Dr. Matthew Lee was present throughout the procedure.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

Impression: Technically successful left axillary lymph node ultrasound-guided biopsy.

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]** Resulted: 11/14/23 1512, Result status: In process

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Lauren Fralka, ARDMS 11/14/23 1600
Accession number: UWHC28632650

Performed: 11/14/23 1512 - 11/14/23 1624
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]** Resulted: 11/14/23 1600, Result status: In process

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Lauren Fralka, ARDMS 11/14/23 1600
Accession number: UWHC28632650

Performed: 11/14/23 1512 - 11/14/23 1624
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Imaging (continued)**

**All Reviewers List**
Justine Y Bruce, MD on 11/27/2023 11:53

**Sonogram**

**US AXILLARY LEFT [603547444] (Final result)**

Electronically signed by: **Ella Carpenter on 10/10/23 1542** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Ella Carpenter 10/10/23 1542 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Frequency: Routine Once 11/14/23 1116 - 1 occurrence Class: Normal
Quantity: 1 Lab status: Final result
Instance released by: Ella Carpenter 11/14/2023 11:16 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Obtain required for Clinical trial UW19060 |
| Release to patient | Immediate |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |

**US AXILLARY LEFT [603547444]** Resulted: 11/14/23 1314, Result status: Final result

Order status: Completed
Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO
Filed by: Interface, Results 11/14/23 1320
Performed: 11/14/23 1012 - 11/14/23 1117
Accession number: UWHC28530931
Resulting lab: UWHC RADIOLOGY
Narrative:
CLINICAL INFORMATION: Salivary duct carcinoma. Participated in clinical trial. Presents for left axillary lymph node biopsy.

COMPARISON: CT chest 8/2/2023

TECHNIQUE: Ultrasound imaging of the left axilla.

FINDINGS:
Few normal appearing left axillary lymph nodes. No suspicious abnormal lymph node identified. Specifically, no sonographic correlate to the enlarged lymph node identified on chest CT from 8/2/2023.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Leslie Nelson and arrived at this interpretation.

Electronically signed by: Dr. Matthew Lee, University of Wisconsin - Madison
Impression:
IMPRESSION:
Sonographically normal-appearing left axillary lymph nodes. No sonographic correlate to the enlarged left axillary lymph node identified on prior CT, therefore biopsy was deferred. Patient is scheduled for CT neck and chest this afternoon. Will reevaluate potential biopsy target following imaging.

Acknowledged by
Laura A Sivertson, RN on 11/16/23 1142

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Imaging (continued)**

Justine Y Bruce, MD on 12/01/23 1119

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**US AXILLARY LEFT [603547444]** Resulted: 11/14/23 1205, Result status: Preliminary result

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Interface, Results 11/14/23 1205
Accession number: UWHC28530931

Performed: 11/14/23 1012 - 11/14/23 1117
Resulting lab: UWHC RADIOLOGY

Narrative:
CLINICAL INFORMATION: Salivary duct carcinoma. Participated in clinical trial. Presents for left axillary lymph node biopsy.

COMPARISON: CT chest 8/2/2023

TECHNIQUE: Ultrasound imaging of the left axilla.

FINDINGS:
Few normal appearing left axillary lymph nodes. No suspicious abnormal lymph node identified, specifically the inferior lateral left axillary lymph node noted on prior CT 8/2/2023.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
No abnormal left axillary lymph node identified on ultrasound, therefore biopsy was deferred. Patient is scheduled for CT neck and chest this afternoon. Will reevaluate potential biopsy target post cross-sectional imaging.

**Reviewed by**

Justine Y Bruce, MD on 12/01/23 1119
Laura A Sivertson, RN on 11/16/23 1142

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**US AXILLARY LEFT [603547444]** Resulted: 11/14/23 1012, Result status: In process

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Ella Carpenter 11/14/23 1116
Accession number: UWHC28530931

Performed: 11/14/23 1012 - 11/14/23 1117
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 12/01/23 1119
Laura A Sivertson, RN on 11/16/23 1142

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**US AXILLARY LEFT [603547444]** Resulted: 11/14/23 1116, Result status: In process

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Ella Carpenter 11/14/23 1116
Accession number: UWHC28530931

Performed: 11/14/23 1012 - 11/14/23 1117
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 12/01/23 1119
Laura A Sivertson, RN on 11/16/23 1142

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 12/1/2023 11:19
Laura A Sivertson, RN on 11/16/2023 11:42

## 11/01/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Hormone Therapy

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

No Pcp Uwnopcp

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 11/1/2023 11:12 AM by Rachel C Mackensen, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 143/87 | 86 | 97.8 °F (36.6 °C) (Oral) | 18 | 95% |

### Clinical Notes

**Progress Notes**

**Rachel C Mackensen, RN at 11/1/2023 1139**

Author: Rachel C Mackensen, RN
Service: Oncology
Author Type: Registered Nurse
Filed: 11/01/23 1139
Encounter Date: 11/1/2023
Creation Time: 11/01/23 1123
Status: Signed
Editor: Rachel C Mackensen, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 11/1/2023 for hormonal injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Treatment:***
Injection: He received study goserelin acetate (UW19060) SQ today, with 4ml of Lidocaine injected prior at injection site. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 11/14/2023 | 10:10 AM | US 5 | UWHRADUS | MADISON 33 |
| 11/14/2023 | 1:00 PM | CT 2 OSP | OSPCT | MADISON |
| 11/14/2023 | 1:40 PM | CT 2 OSP | OSPCT | MADISON |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/29/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Rachel M, RN

Electronically signed by Rachel C Mackensen, RN at 11/01/23 1139

## 10/25/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

No Pcp Uwnopcp

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Ashley M Thomas, RN at 10/25/2023 1100**

Author: Ashley M Thomas, RN  Service: Oncology  Author Type: RN Resident
Filed: 10/25/23 1541  Encounter Date: 10/25/2023  Creation Time: 10/25/23 1137
Status: Attested  Editor: Ashley M Thomas, RN (RN Resident)
Cosigner: Rachel C Mackensen, RN at 10/25/23 1542

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 10/25/2023 for chemotherapy: cyle 4 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling fair today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.

## 10/25/2023 - Procedure in UWH CHEMOTHERAPY (continued)

**Clinical Notes (continued)**

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received study pembrolizumab over 30 min today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/14/2023 | 10:10 AM | US 5 | UWHRADUS | MADISON 33 |
| 11/14/2023 | 1:00 PM | CT 2 OSP | OSPCT | MADISON |
| 11/14/2023 | 1:40 PM | CT 2 OSP | OSPCT | MADISON |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/29/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

**Attestation signed by Rachel C Mackensen, RN at 10/25/23 1542**
This RN administered treatment listed above. Agree with note as stated above.

Electronically signed by Ashley M Thomas, RN at 10/25/23 1541
Electronically signed by Rachel C Mackensen, RN at 10/25/23 1542

## 10/25/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 10/25/2023 9:23 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 91 | 98 °F (36.7 °C) (Oral) | 22 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 242 lb 8 oz (110 kg) | 97% | 32.67 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | Yes |

### Clinical Notes

**Progress Notes**

**Peyton Reves, MD at 10/25/2023 1000**

| | | |
|---|---|---|
| Author: Peyton Reves, MD | Service: Hematology | Author Type: Fellow |
| Filed: 10/25/23 1903 | Encounter Date: 10/25/2023 | Creation Time: 10/25/23 0854 |
| Status: Attested Addendum | Editor: Justine Y Bruce, MD (Physician) | |
| Cosigner: Justine Y Bruce, MD at 10/25/23 1903 | | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Left axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He notes some aches and joint pain that could possibly be related to the pembrolizumab versus known arthralgia that he had experienced prior to treatment, but he currently is able to handle these side effects with acetaminophen. He is anticipated to undergo repeat CT scans in November 2023 to evaluate his disease status.

- He meets criteria for cycle 4 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 4 goserelin planned for 11/1/2023
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 13.3. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

Peyton Reves, M.D.
Hematology/Oncology Fellow, PGY-4

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports he has had worsening joint and muscle aches over the last several weeks. He feels like these may have been present prior to starting pembro and goserelin but he has been noticing it more lately. They are worse in the morning and improve with tylenol and with movement as the day goes on. They do limit how active he can be around his farm but he is still able to work his job otherwise. He has not had any shortness of breath or diarrhea. He is still having daily hot flashes which are tolerable.

Review of Systems
Constitutional: Positive for pain. Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |

| | |
|---|---|
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |

| | |
|---|---|
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified.<br><br>Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.<br><br>Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.<br>August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**
**Vital Signs:**
BP 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 91 | Temp 98 °F (36.7 °C) (Oral) | Resp 22 | Ht 1.835 m (6' 0.24") | Wt 110 kg (242 lb 8 oz) | SpO2 97% | BMI 32.67 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |
| 09/13/23 | 107.7 kg (237 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.

Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Lymphadenopathy on the bilateral neck with no pain on palpation**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 10/25/23 0902 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,500 |
| Hemoglobin | **13.3 L** |
| Hematocrit | 41 |
| Platelet Count | 165 |
| Sodium | 138 |
| Potassium | 4.3 |
| Chloride | **109 H** |
| BUN | **24 H** |
| Creatinine | 1.09 |
| Glucose | **197 H** |
| Calcium | **10.5 H** |
| Albumin | 4.2 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **63 H** |
| ALT/SGPT | **86 H** |
| Alkaline Phosphatase | 80 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with goserelin plus pembrolizumab as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

**Attestation with edits by Justine Y Bruce, MD at 10/25/23 1903**

**Attending Addendum:**
I have seen, examined, and evaluated Mr. Loper in conjunction with Dr. Reves. I have reviewed the note and agree or made changes to the history, exam findings, and overall treatment plan as outlined above.

I personally spent 20 minutes on 10/25/2023 including reviewing the chart, time with the patient, documentation, and coordination of care. Please see details in note above.

Electronically signed by Justine Y Bruce, MD at 10/25/23 1903
Electronically signed by Justine Y Bruce, MD at 10/25/23 1903

**Amy E Moody, MA at 10/25/2023 1000**

Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant
Filed: 10/25/23 0918 | Encounter Date: 10/25/2023 | Creation Time: 10/25/23 0914
Status: Signed | Editor: Amy E Moody, MA (Medical Assistant)

Robert J Loper is a 60 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Can he get the COVID vaccine since he is a research participant?

**Have you received your influenza vaccine? Yes**

**New or worsening symptoms**: Aches and pains increasing

**Energy level**: Fair

**Appetite**: Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 9/6/2023 10:57 AM | 9/13/2023 9:30 AM | 10/4/2023 9:38 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 126/82 | 110/70 | 114/72 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 10/04/23 | 109.1 kg (240 lb 8 oz) |
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |

***Submitted by:*** *Amy E Moody, MA - 10/25/2023 - 9:15 AM*

Electronically signed by Amy E Moody, MA at 10/25/23 0918

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 10/04/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Callie J Ward, RN at 10/4/2023 1100**

| | | |
|---|---|---|
| Author: Callie J Ward, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 10/04/23 1219 | Encounter Date: 10/4/2023 | Creation Time: 10/04/23 1201 |
| Status: Signed | Editor: Callie J Ward, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 10/4/2023 for chemotherapy: C3D1 Pembrolizumab, Zoladex and flu vaccine

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Injection: He received Study Zoladex today. It was administered in Left lower quad, abdomen. Lidocaine utilized prior to Zoladex. He tolerated treatment without complaints, concerns or complications.

Infusion: He received Study Pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

Injection: He received flu vaccine today. It was administered in Left deltoid. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Callie W, RN - 10/4/2023 - 12:18 PM*

Electronically signed by Callie J Ward, RN at 10/04/23 1219

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 10/04/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 10/4/2023 9:40 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 114/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 85 | 98.1 °F (36.7 °C) (Oral) | 20 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 240 lb 8 oz (109.1 kg) | 98% | 32.40 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 1/10 Number Scale | Head | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 10/4/2023 1000**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 10/04/23 1154 | Encounter Date: 10/4/2023 | Creation Time: 09/29/23 1303 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Left axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab. I counseled the patient that his headache most likely secondary to his disease as he has known bilateral lymphadenopathy. He is anticipated to undergo repeat CT scans in November 2023 to evaluate his disease status.

- He meets criteria for cycle 3 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 3 goserelin planned for 10/4/23
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 12.9. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**

Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports that he is tolerating his treatment well with expected toxicities of hot flashes associated with the goserelin. He reports mild neuropathic pain with bilateral neck that may be secondary to his disease. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for pain. Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with |

histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest: |

Intrathoracic metastatic disease not identified.

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis.

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection planned

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

**Objective (Exam/Results)**

**Vital Signs:**
BP 114/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 85 | Temp 98.1 °F (36.7 °C) (Oral) | Resp 20 | Ht 1.835 m (6' 0.24") | Wt 109.1 kg (240 lb 8 oz) | SpO2 98% | BMI 32.40 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 10/04/23 | 109.1 kg (240 lb 8 oz) |
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Lymphadenopathy on the bilateral neck with no pain on palpation, largest measuring 4 cm in size (left level 3).**
Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.

Lymphadenopathy:
Cervical: Cervical adenopathy present.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 10/04/23 0917 |
|---|---|
| White Cell Count | 4.7 |
| Absolute Neutrophils | 2,420 |
| Hemoglobin | **12.9 L** |
| Hematocrit | 40 |
| Platelet Count | 160 |
| Sodium | 141 |
| Potassium | 4.5 |
| Chloride | **112 H** |
| BUN | **23 H** |
| Creatinine | 1.15 |
| Glucose | **128 H** |
| Calcium | 10.0 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **52 H** |
| ALT/SGPT | 54 |
| Alkaline Phosphatase | 81 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with goserelin plus pembrolizumab as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 10/04/23 1154

**Amy E Moody, MA at 10/4/2023 1000**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 10/04/23 0935 | Encounter Date: 10/4/2023 | Creation Time: 10/04/23 0930 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Yes

**Have you received your influenza vaccine? No**

**New or worsening symptoms**: None

**Energy level**: Fair

**Appetite**: Good
**VAD**: Port on right side of chest

**Pain** (Scale 0 -10) Current: 2/10

| | 8/23/2023 9:23 AM | 9/6/2023 10:57 AM | 9/13/2023 9:30 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 106/70 | 126/82 | 110/70 |

**Wt Readings from Last 3 Encounters:**
09/13/23 107.7 kg (237 lb 8 oz)
08/23/23 106.1 kg (233 lb 12.8 oz)
08/09/23 106.6 kg (235 lb)

***Submitted by:*** *Amy E Moody, MA - 10/4/2023 - 9:30 AM*

Electronically signed by Amy E Moody, MA at 10/04/23 0935

## 09/13/2023 - Procedure in UWH CHEMOTHERAPY

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Chief Complaint**
- Oncology Treatment

**Visit Diagnoses**
- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

**Visit Information**

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Clinical Notes**

**Progress Notes**

**Rachel K Welch, RN at 9/13/2023 1100**

| | | |
|---|---|---|
| Author: Rachel K Welch, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 09/13/23 1339 | Encounter Date: 9/13/2023 | Creation Time: 09/13/23 1338 |
| Status: Signed | Editor: Rachel K Welch, RN (Registered Nurse) | |

### UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 9/13/2023 for chemotherapy: cycle 2 day 1 pembrolizumab(UW19060)

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

**Clinical Notes (continued)**

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:** Rachel W, RN - 9/13/2023 - 1:39 PM*

Electronically signed by Rachel K Welch, RN at 09/13/23 1339

## 09/13/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy
- Encounter for antineoplastic immunotherapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 9/13/2023 9:56 AM by Ganielle M Peterson, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 110/70 | 73 | 98.8 °F (37.1 °C) (Oral) | 21 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 237 lb 8 oz (107.7 kg) | 97% | 31.99 kg/m² |

### Clinical Notes

**Progress Notes**

**09/13/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

**Ganielle M Peterson, MA at 9/13/2023 1005**

| | | |
|---|---|---|
| Author: Ganielle M Peterson, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 09/13/23 0957 | Encounter Date: 9/13/2023 | Creation Time: 09/13/23 0956 |
| Status: Signed | Editor: Ganielle M Peterson, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for F/U.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: No

**New or worsening symptoms**: No

**Energy level**: Fair

**Appetite:** Good
**VAD**: Right chest

**Pain** (Scale 0 -10) Current: 0/10

| | 8/23/2023 9:23 AM | 9/6/2023 10:57 AM | 9/13/2023 9:30 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 106/70 | 126/82 | 110/70 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |

***Submitted by:*** *Ganielle M Peterson, MA - 9/13/2023 - 9:56 AM*

Electronically signed by Ganielle M Peterson, MA at 09/13/23 0957

**Carissa M Dolens, APNP at 9/13/2023 1005**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 09/14/23 1314 | Encounter Date: 9/13/2023 | Creation Time: 09/14/23 1303 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with some hot flashes. No immunotherapy toxicity. His labs meet parameters to proceed with cycle 2 pembrolizumab today per clinical trial protocol. His neck swelling and nodularity is much improved, see pictures in media taken today.

- He meets criteria for cycle 2 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Cycle 3 goserelin planned for 10/4/23, testosterone appropriately suppressed on labs today given this therapy
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 12.2. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymphadenopathy, left greater than right
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** The primary encounter diagnosis was Salivary duct carcinoma. Diagnoses of Examination of participant in clinical trial, Androgen deprivation therapy, and Encounter for antineoplastic immunotherapy were also pertinent to this visit. He reports that he is still remaining active at home. Notes significant decrease of bilateral cervical lymph adenopathy, he does not have to sleep in a recliner every night. He has been able to lie in bed for the most part recently. Able to breath well, has less wheezing now. He reports a good energy level and appetite.

Review of Systems
Constitutional: Negative for chills, fatigue, fever and pain.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for neck pain and neck stiffness. Negative for back pain and extremity pain.
**Decreased range of motion in neck secondary to lymphadenopathy bilaterally is improving**
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified. |

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis.

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 goserelin injection planned

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

**Objective (Exam/Results)**

**Vital Signs:**

BP 110/70 | Pulse 73 | Temp 98.8 °F (37.1 °C) (Oral) | Resp 21 | Ht 1.835 m (6' 0.24") | Wt 107.7 kg (237 lb 8 oz) | SpO2 97% | BMI 31.99 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.

Neck:
Comments: **Bilateral cervical adenopathy decreased from prior, see pictures in media today**

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.

Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 09/13/23 0907 |
|---|---|
| White Cell Count | 5.0 |
| Absolute Neutrophils | 2,810 |
| Hemoglobin | **12.2 L** |
| Hematocrit | **38 L** |
| Platelet Count | 160 |
| Sodium | 140 |
| Potassium | 4.1 |
| Chloride | **108 H** |
| BUN | **21 H** |
| Creatinine | 1.14 |
| Glucose | **151 H** |
| Calcium | 9.9 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **35 H** |
| ALT/SGPT | 34 |
| Alkaline Phosphatase | 63 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab cycle 2 today in addition to goserelin 10/4/23 as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 09/14/23 1314

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 09/06/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

No Pcp Uwnopcp

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 9/6/2023 10:59 AM by Alyshia Sathoff, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 126/82 | 86 | 98 °F (36.7 °C) (Oral) | 18 | 95% |

### Clinical Notes

**Progress Notes**

**Alyshia Sathoff, RN at 9/6/2023 1000**

Author: Alyshia Sathoff, RN
Service: Oncology
Author Type: Registered Nurse
Filed: 09/06/23 1346
Encounter Date: 9/6/2023
Creation Time: 09/06/23 1344
Status: Signed
Editor: Alyshia Sathoff, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 9/6/2023 for chemotherapy: C2D1 Study Zoladex

**Clinical Notes (continued)**

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.

***Pre-medications:***
CLINIC: Pre-medications given in clinic include: subcutaneous lidocaine at injection site.

***Treatment:***
Injection: He received Zoladex today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient given AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/13/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/13/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/13/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Alyshia S, RN - 9/6/2023 - 1:46 PM*

Electronically signed by Alyshia Sathoff, RN at 09/06/23 1346

## 08/23/2023 - Procedure in UWH CHEMOTHERAPY

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Chief Complaint**

- Oncology Treatment (C1D1 study pembro)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

**Visit Information**

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Clinical Notes**

**Progress Notes**

**Jessica M McKernan, RPH at 8/23/2023 1030**

| | | |
|---|---|---|
| Author: Jessica M McKernan, RPH | Service: Oncology | Author Type: Pharmacist |
| Filed: 08/23/23 1244 | Encounter Date: 8/23/2023 | Creation Time: 08/23/23 1030 |
| Status: Signed | Editor: Jessica M McKernan, RPH (Pharmacist) | |

**Pharmacist Supportive Care Teaching Note**

Robert J Loper is starting treatment with pembrolizumab (through UW19060 trial) for salivary duct carcinoma under the care of Dr. Bruce.

Reviewed the dose, frequency, and administration of the following supportive care medications: heme onc take home meds: ondansetron

Medications sent to: UW Outpatient Pharmacy

Provided immunotherapy wallet card to patient.

All questions were answered to the patient's satisfaction. Patient was attentive and verbalized understanding during consultation.

***Submitted by:*** *Jessica M Mckernan, RPH - 8/23/2023 - 10:31 AM*

Electronically signed by Jessica M McKernan, RPH at 08/23/23 1244

**Madeline S Flanagan, RN at 8/23/2023 1030**

| | | |
|---|---|---|
| Author: Madeline S Flanagan, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 08/23/23 1239 | Encounter Date: 8/23/2023 | Creation Time: 08/23/23 1230 |
| Status: Signed | Editor: Madeline S Flanagan, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/23/2023 for chemotherapy: cylce 1 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Treatment:***
Infusion: He received pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Education***:
Reviewed side effects of pembro

***Disposition:***
Patient left ambulatory in stable condition.
Patient given AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/6/2023 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 9/13/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/13/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/13/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO | UWHCCCHEMO | MADISON 33 |

**08/23/2023 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

| | | | | |
|---|---|---|---|---|
| | | PRIMARY | | |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Madeline F, RN - 8/23/2023 - 12:39 PM*

Electronically signed by Madeline S Flanagan, RN at 08/23/23 1239

## 08/23/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/23/2023 9:32 AM by Ganielle M Peterson, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 106/70 | 78 | 98.2 °F (36.8 °C) (Oral) | 21 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 233 lb 12.8 oz (106.1 kg) | 98% | 31.50 kg/m² |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 8/23/2023 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/23/23 1010 | Encounter Date: 8/23/2023 | Creation Time: 08/18/23 1530 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chose to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well and is fully intact for cycle 1 pembrolizumab today is 100 clinical trial protocol. We had an extensive discussion regarding the development of new nodularities on the right neck as well as the occipital portion of the scalp, given that the patient continues to have an excellent performance status and energy level, he would like proceed with pembrolizumab as part of a trial protocol.

- He meets criteria for cycle 1 pembrolizumab today as part of a clinical trial protocol.
- Proceed with cycle 1 pembrolizumab today.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 11.8. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymphadenopathy, left greater than right
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** The encounter diagnosis was Salivary duct carcinoma. He reports that he is still remaining active at home, fixing a fence and chopping wood yesterday. Because of the bilateral cervical lymph adenopathy, he does have to sleep in a recliner at night. He reports that the bilateral neck swelling improves when he is more active during the day. He reports a good energy level and appetite. Otherwise, no other complaints. He is ready to get started on his pembrolizumab infusion.

Review of Systems
Constitutional: Negative for chills, fatigue, fever and pain.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for neck pain and neck stiffness. Negative for back pain and extremity pain.
**Decreased range of motion in neck secondary to lymphadenopathy bilaterally**
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified. |

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis.

| | |
|---|---|
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023 (Planned)<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**

**Vital Signs:**

BP 106/70 | Pulse 78 | Temp 98.2 °F (36.8 °C) (Oral) | Resp 21 | Ht 1.835 m (6' 0.24") | Wt 106.1 kg (233 lb 12.8 oz) | SpO2 98% | BMI 31.50 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.

Neck:
Comments: **Right neck cervical lymphadenopathy**
**Right neck level 3 lymph node measures 2 cm in size.**
**Right occipital lymph node measures 1 cm in size**
**Left cervical lymph node conglomerate measures 10 cm in size**
**Left anterior neck with venous congestion and nodularity in the subcutaneous tissue.**
**Anterior neck with 1 cm subcutaneous nodule, firm to palpation.**

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 08/23/23 0836 |
|---|---|
| White Cell Count | 4.0 |
| Absolute Neutrophils | 2,180 |
| Hemoglobin | **11.8 L** |
| Hematocrit | **37 L** |
| Platelet Count | **150 L** |
| Sodium | 139 |
| Potassium | 4.4 |
| Chloride | **108 H** |
| BUN | 18 |
| Creatinine | 1.13 |
| Glucose | 97 |
| Calcium | 10.1 |
| Albumin | 3.9 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **46 H** |
| ALT/SGPT | 31 |
| Alkaline Phosphatase | 58 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab cycle 1 today in addition to goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

Electronically signed by Justine Y Bruce, MD at 08/23/23 1010

**Ganielle M Peterson, MA at 8/23/2023 0940**

| | | |
|---|---|---|
| Author: Ganielle M Peterson, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/23/23 0933 | Encounter Date: 8/23/2023 | Creation Time: 08/23/23 0932 |
| Status: Signed | Editor: Ganielle M Peterson, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for F/U.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Back of head pain, level 2

**New or worsening symptoms**: No

**Energy level**: Fair

**Appetite**: Good
**VAD**: Right Chest

**Pain** (Scale 0 -10) Current: 2/10

| | 8/1/2023 10:52 AM | 8/9/2023 12:29 PM | 8/23/2023 9:23 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 114/72 | 120/72 | 106/70 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |

***Submitted by:*** *Ganielle M Peterson, MA - 8/23/2023 - 9:32 AM*

Electronically signed by Ganielle M Peterson, MA at 08/23/23 0933

## 08/09/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Other (Study Zoladex Injection )

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Madison B Solder, RN at 8/9/2023 1330**

| | | |
|---|---|---|
| Author: Madison B Solder, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 08/09/23 1644 | Encounter Date: 8/9/2023 | Creation Time: 08/09/23 1614 |
| Status: Signed | Editor: Madison B Solder, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/9/2023 for Study Zoladex Injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Treatment:***
Injection: He received Study Zoladex SQ today. It was administered in Left lower quad, abdomen. Lidocaine injection utilized prior to zoladex.He tolerated treatment without complaints, concerns or complications.

***Education***:
Encouraged to call with new questions or concerns.
Medication education

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Submitted by:*** *Madison S, RN - 8/9/2023 - 4:20 PM*

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 8/23/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/23/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/23/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 9/6/2023 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 9/13/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/13/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/13/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Electronically signed by Madison B Solder, RN at 08/09/23 1644

## 08/09/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/9/2023 12:33 PM by Tosha L Napier, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 120/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 92 | 98 °F (36.7 °C) (Oral) | 16 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 235 lb (106.6 kg) | 94% | 31.66 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | Neck | None | None |

**Encounter Vitals (continued)**

**Clinical Notes**

**Progress Notes**

**Tosha L Napier, MA at 8/9/2023 1230**

| | | |
|---|---|---|
| Author: Tosha L Napier, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/09/23 1229 | Encounter Date: 8/9/2023 | Creation Time: 08/09/23 1224 |
| Status: Signed | Editor: Tosha L Napier, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for fOLLOW-UP.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: NONE

**New or worsening symptoms**: pain and numbness ans swelling and unable to sleep and SOB

**Energy level**: poor

**Appetite**: fair
**VAD**: port side

**Pain** (Scale 0 -10) Current: 4/10

| | 7/19/2023 3:55 PM | 8/1/2023 10:52 AM |
|---|---|---|
| **Blood Pressure** | | |
| BP | 122/70 | 114/72 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |
| 07/19/23 | 106.5 kg (234 lb 11.2 oz) |

***Submitted by:*** *Tosha L Napier, MA - 8/9/2023 - 12:24 PM*

Electronically signed by Tosha L Napier, MA at 08/09/23 1229

**Carissa M Dolens, APNP at 8/9/2023 1230**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |

Filed: 08/10/23 1143 | Encounter Date: 8/9/2023 | Creation Time: 08/10/23 1103
Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner)

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**
Mr. Loper is a 60 year old male with Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chose to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

Appears to have continued neck swelling and increased nodularity, especially to R neck, increase left upper chest swelling. Stable orthopnea and SOB on exertion, without respiratory issues at rest and sitting up. Still able to eat/hydrate orally without difficulty. Vitals stable and within appropriate ranges, lab research kit A drawn today.

- Recommend proceeding with cycle 1 day 1 goserelin injection today per clinical trial protocol.
- To continue to monitor for new/worsening symptoms to report sooner or seek care for locally if severe/urgent, pt in agreement
- Return to clinic per thoracic Oncology research group/protocol. Cycle 1 day 1 Pembro scheduled for 8/23/23.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Progressing
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymph node, bilateral cervical neck lymph nodes and soft tissue masses
**Reason for Cancer Treatment Plan Change:** Yes - planned change

**ECOG Performance Status:** 0

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** The primary encounter diagnosis was Salivary duct carcinoma. Diagnoses of Examination of participant in clinical trial and Androgen deprivation therapy were also pertinent to this visit. Reports increased swelling of neck and some new R neck nodules he noticed over the past week or so. These nodules are tender if he presses on them. Notes L upper chest seems to be a bit more puffy as well. His left under arm is numb and has been for several weeks now. Describes a numb sensation to his neck, this is not new since noting progression locally. Some decreased neck ROM given the increased swelling. Hoarse voice, worse in AM and improves a bit as the day goes on. Has occ HAs, trouble breathing with lying down over the past months so he is sleeping in a recliner to keep elevated. He is able to swallow solid foods without issues and denies any breathing trouble while awake and sitting up at rest, mild SOB with strenuous activity. Dry mouth continues. He is ready to get his first goserelin injection today.

Review of Systems
Constitutional: Positive for fatigue **(mild)**. Negative for chills and fever.
HENT: Positive for voice change **(hoarse)**. Negative for mouth sores and trouble swallowing.
**Dry mouth**
Eyes: Negative for icterus.
Respiratory: Positive for shortness of breath **(with lying down to sleep and strenuous activity)**. Negative for cough.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative.
Musculoskeletal: Positive for neck pain **(d/t cancer and decreased ROM from swelling)**. Negative for back pain and extremity pain.
**Left upper underarm with numbness and swelling that goes into left upper chest**
Skin: Negative for rash.
Neurological: Positive for headaches and numbness. Negative for dizziness, extremity weakness and light-headedness.
**Peripheral neuropathy on the bilateral toes**
Psychiatric/Behavioral: Positive for sleep disturbance. Negative for confusion.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**
10/26/2022 **Initial Diagnosis**

**08/09/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| | Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 |

| | |
|---|---|
| | with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified.<br><br>Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.<br><br>Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.<br>August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis. |
| 8/23/2023 - | **Chemotherapy**<br>8/9/23 cycle 1 day 1 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023 (Planned)<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**
**Vital Signs:**
BP 120/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 92 | Temp 98 °F (36.7 °C) (Oral) | Resp 16 | Ht 1.835 m (6' 0.24") | Wt 106.6 kg (235 lb) | SpO2 94% | BMI 31.66 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/09/23 | 106.6 kg (235 lb) |
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |
| 07/19/23 | 106.5 kg (234 lb 11.2 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear.
Eyes:
General: No scleral icterus.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Generalized edema of the bilateral neck. The left neck there are subcentimeter nodules in the submandibular region, no pain on palpation. Left lower neck with vascular skin changes (see Pic in Media today). On the right neck, level 2 cervical lymph node measuring 2 cm in size. On the right neck there are**

**several subcutaneous nodules (at least 3 nodules) level 4 cervical region, mild tenderness on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Normal pulses.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Tenderness present.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Labs: Research Kit A in process

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 40 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continuation of therapy, side effect monitoring/reporting, follow-up plan

Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 08/10/23 1143

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone |
|---|---|---|
| UW Health East Madison Hospital Radiology | 4602 EASTPARK BLVD Madison WI 53718 | 608-263-9729 |

### Medication List

**Medication List**

**ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Medication List (continued)**

Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022
Action: Patient not taking

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 6/30/2023
Action: Patient not taking

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 6/1/2023
Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 11/16/2022
Action: Patient not taking

**Lisinopril 10 MG tab**

Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 3 tabs by mouth one time daily.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022
Action: Patient not taking

**Nystatin 100000 UNIT/ML mouth/throat susp**

Discontinued by: Ganielle M Peterson, MA
Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 12/21/2022
End date: 11/15/2023
Action: Patient not taking

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Medication List (continued)**

**Ondansetron HCl (Zofran) 8 MG tab**
Discontinued by: Jessica M McKeman, RPH — Discontinued on: 8/23/2023
Instructions: Take 1 tab by mouth every 8 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — End date: 8/23/2023

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**
Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**POTASSIUM PO**
Discontinued by: Ganielle M Peterson, MA — Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 1 tab by mouth as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
End date: 11/15/2023 — Action: Patient not taking

**Stopped in Visit**
None

**Imaging**

**CT**

**CT CHEST W IV CONTRAST W/CAD [585431003] (Final result)**
Electronically signed by: **Kristen S Schumacher, Research on 07/28/23 1115** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Kristen S Schumacher, Research 07/28/23 1115 — Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 07/31/23 1126 for Ordering

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

Frequency: ASAP Once 08/02/23 1454 - 1 occurrence
Quantity: 1
Indications comment: HNSCC, AR+
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

Class: Normal
Lab status: Final result
Instance released by: Caryl M Quall 8/2/2023 2:54 PM

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Please evaluate for disease. Imaging for baseline measurement prior to new treatment on study # UW19060 |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | No |
| Last creatinine value? (will auto pull in date and value in comment) | No Creatinine within last 30 days Comment - Pt had Cr level from 7/26 |
| Last patient weight? (will auto pull in value and date in comment) | 234 lbs Comment - 7/19/23 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: TBD; Study Team Contact (Name) Kristen Schumacher, Phone 608-262-8158; Imaging Time-point: Baseline Please do not change or modify this order. Thanks! Billable to patient/insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

Patient Name: Loper, Robert J
Date of Birth:
Legal Sex: Male

MRN: 3859676
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 8/2/2023 4:00 PM<br>CT 1 EMH<br>EMH RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | ----- | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | Yes | New CKD |
| Pre-Meds taken? | | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Longseth,David M | 08/02/2023 03:11 PM CDT |

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [585431003]** Resulted: 08/02/23 1720, Result status: Final result

Order status: Completed
Filed by: Interface, Results 08/02/23 1726
Accession number: UWHC28301893
Resulted by: Mark L Schiebler, MD
Performed: 08/02/23 1628 - 08/02/23 1646
Resulting lab: UWHC RADIOLOGY

Narrative:
Additional relevant history: Salivary duct carcinoma. Clinical trial. Head and neck squamous cell. AR (+)
.

Technique:
Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3-D MIPs
Computer-aided detection (CAD): Yes

Comparison: None

Findings:

Support devices: Right-sided port catheter tip in the right atrium SVC junction.

Cardiovascular: Normal heart size. No pericardial effusion. Coronary calcifications LAD.

Esophagus: Normal

Lungs and airways: Paraseptal emphysema. No suspicious nodules. Scattered calcified granulomata.

Pleura: Normal.

Lymph nodes: Scattered benign calcified hilar and mediastinal lymph nodes. Bilateral axillary lymphadenopathy. There is greater on the left than the right.

Chest wall: Significant induration of the craniocervical junction is seen anterior to the thyroid and superior to the manubrial notch. Sternocleidomastoid muscles are swollen. There is some swelling of the tissue just under the mandible. Swelling of the medial aspect of the pectoralis major muscles are seen bilaterally. Thyroid is swollen.

Upper abdomen: Please see abdominal CT report from today.

Impression:
Impression:

Intrathoracic metastatic disease not identified.

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

Acknowledged by
Justine Y Bruce, MD on 08/03/23 1214
Cassondra Schmidt, RN on 08/03/23 1643

**Testing Performed By**

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [585431003]** Resulted: 08/02/23 1532, Result status: In process

Order status: Completed
Filed by: Kimberly Engel, Rad Technologist 08/02/23 1534
Accession number: UWHC28301893
Resulted by: Mark L Schiebler, MD
Performed: 08/02/23 1628 - 08/02/23 1646
Resulting lab: UWHC POC MAIN

**Reviewed by**

Cassondra Schmidt, RN on 08/03/23 1643
Justine Y Bruce, MD on 08/03/23 1214

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Cassondra Schmidt, RN on 8/3/2023 16:43
Justine Y Bruce, MD on 8/3/2023 12:14

**CT ABDOMEN PELVIS W IV CONTRAST [585431005] (Final result)**

Electronically signed by: **Kristen S Schumacher, Research on 07/28/23 1115** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Kristen S Schumacher, Research 07/28/23 1115 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 07/31/23 1126 for Ordering
Frequency: ASAP Once 08/02/23 1454 - 1 occurrence Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: HNSCC, AR+ Instance released by: Caryl M Quall 8/2/2023 2:54 PM
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| Can pt be given oral contrast? | Yes, Per Protocol |
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Please evaluate for disease. Scan is for patient's baseline measurement for new treatment on study # UW19060 |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | No Creatinine within last 30 days |
| Last patient weight? (will auto pull in value and date in comment) | 234 lbs Comment - 7/19/23 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: TBD; Study Team Contact (Name) Kristen Schumacher, Phone 608-262-8158; Imaging Time-point: Baseline Please do not change or modify this order. Thanks! Billable to research
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 3859676 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT ABDOMEN PELVIS W IV CONTRAST | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 8/2/2023 4:00 PM<br>CT 1 EMH<br>EMH RAD CT |

**Screening Form Questions**

No questions have been answered for this form.

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT ABDOMEN PELVIS W IV CONTRAST [585431005]** Resulted: 08/02/23 1703, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by:<br>Giuseppe Toia V, MD<br>Katharine H Molinarolo, MD |
| Filed by: Interface, Results 08/02/23 1709 | Performed: 08/02/23 1628 - 08/02/23 1646 |
| Accession number: UWHC28301890 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CLINICAL INFORMATION: Salivary duct carcinoma, baseline scan.

COMPARISON: None

TECHNIQUE: CT of the abdomen and pelvis with intravenous contrast.

FINDINGS:

LOWER CHEST: Chest reported separately.

LIVER AND BILIARY: Normal liver contour. No focal liver masses. Normal gallbladder. Nondilated biliary tree.

PANCREAS: Mild fatty infiltration of the pancreatic head and uncinate process.

SPLEEN: Splenule medially.

ADRENALS: Normal

KIDNEYS, URETERS, AND BLADDER: Bilateral renal hypodense lesions, likely cysts. No hydroureteronephrosis. Normal bladder.

GI TRACT AND PERITONEUM: No ascites or pneumoperitoneum. Nonobstructive bowel. Normal appendix. Prior umbilical hernia repair with mesh. Bilateral fat-containing inguinal hernias.

VASCULATURE: Nonaneurysmal mild atherosclerosis. Patent portal vein and hepatic veins.

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

LYMPH NODES: No lymphadenopathy.

REPRODUCTIVE ORGANS: Normal contour of the prostate.

MUSCULOSKELETAL: Multilevel degenerative changes of the spine.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Katharine H Molinarolo and arrived at this interpretation.
Impression:
IMPRESSION:
No metastatic disease in the abdomen or pelvis.

Acknowledged by
Justine Y Bruce, MD on 08/03/23 1214
Cassondra Schmidt, RN on 08/03/23 1643

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT ABDOMEN PELVIS W IV CONTRAST [585431005]** Resulted: 08/02/23 1532, Result status: In process

Order status: Completed

Filed by: Kimberly Engel, Rad Technologist 08/02/23 1534
Accession number: UWHC28301890

Resulted by:
Giuseppe Toia V, MD
Katharine H Molinarolo, MD
Performed: 08/02/23 1628 - 08/02/23 1646
Resulting lab: UWHC POC MAIN

**Reviewed by**

Cassondra Schmidt, RN on 08/03/23 1643
Justine Y Bruce, MD on 08/03/23 1214

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Cassondra Schmidt, RN on 8/3/2023 16:43
Justine Y Bruce, MD on 8/3/2023 12:14

## 08/01/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Chief Complaint

- Cancer F/U

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Toby C Campbell, MD | Toby C Campbell, MD | No Pcp Uwnopcp |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

#### Level of Service

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

#### Vital Signs - Last Recorded

Most recent update: 8/1/2023 10:54 AM by Abigail Serene, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 114/72 | 97 | 97.9 °F (36.6 °C) | 20 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 233 lb 12.8 oz (106.1 kg) | 94% | 31.50 kg/m² |

#### Pain Information (Last Filed)

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | None |

### Clinical Notes

#### Progress Notes

**Abigail Serene, C-MA at 8/1/2023 1100**

Author: Abigail Serene, C-MA Service: Oncology Author Type: Certified-MA

**08/01/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Filed: 08/01/23 1050 Status: Signed | Encounter Date: 8/1/2023 Editor: Abigail Serene, C-MA (Certified-MA) | Creation Time: 08/01/23 1049

Robert J Loper is a 60 year old male here for follow-up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: new nodules and burning in his neck. Missed CT scan, scheduled for tomorrow but wondering if he can get in today.

**New or worsening symptoms**: see above

**Energy level**: low

**Appetite**: doing ok
**VAD**: port right chest

**Pain** (Scale 0 -10) Current: 2/10 headache and back of neck

| | 7/19/2023 3:55 PM |
|---|---|
| **Blood Pressure** | |
| BP | 122/70 |

**Wt Readings from Last 3 Encounters:**
07/19/23 106.5 kg (234 lb 11.2 oz)

***Submitted by:*** *Abigail Serene, C-MA - 8/1/2023 - 10:50 AM*

Electronically signed by Abigail Serene, C-MA at 08/01/23 1050

**Toby C Campbell, MD at 8/1/2023 1100**

Author: Toby C Campbell, MD Filed: 08/01/23 1148 Status: Signed | Service: Oncology Encounter Date: 8/1/2023 Editor: Toby C Campbell, MD (Physician) | Author Type: Physician Creation Time: 08/01/23 1110

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**
Mr. Loper is a 60 year old male with hnscc here for trial required H&P prior to initiating therapy next week on Wednesday. CT c/a/p tomorrow also required. EKG today. His performance status is 1. He does have increasing symptoms in the head/neck area including congestion and neck pain and palpable nodules and tense neck tissues.

No barriers to trial participation. Continue with screening and treatment initiation as planned.

Reviewed immunotherapy toxicity. Reviewed trial considerations and goals. Discussed alternative as urgent start standard of care treatment withDr. Harmon locally. His strong preference is to get on the study. As his request we discussed life expectancy. Without effective therapy I estimated "months." I described that, given how rapidly the cancer is growing, we would likely be able tell how well it's working quickly.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Progressing
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymph node, bilateral cervical neck lymph nodes and soft tissue masses
**Reason for Cancer Treatment Plan Change:** Yes - disease not responding
*Toby C Campbell*
University of Wisconsin-Madison & Carbone Cancer Center

No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** There were no encounter diagnoses. Increasing pressure in the neck and head/neck with congestion. No pain. He is anxious about the disease and highly motivated to get started with therapy as soon as possible .

**Review of Systems - Oncology**

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

Current Treatment Plan: consideration of pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll) |

• PTV left axilla 35 Gy in 5 fractions

| | |
|---|---|
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |

**Objective (Exam/Results)**
**Vital Signs:**
BP 114/72 | Pulse 97 | Temp 97.9 °F (36.6 °C) | Resp 20 | Ht 1.835 m (6' 0.24") | Wt 106.1 kg (233 lb 12.8 oz) | SpO2 94% | BMI 31.50 kg/m²
**Wt Readings from Last 3 Encounters:**
08/01/23 106.1 kg (233 lb 12.8 oz)
07/19/23 106.5 kg (234 lb 11.2 oz)

**Physical Exam**
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance.
HENT:
Head:
Comments: **Tense neck circumferentially. Some palpable nodes scattered but mostly just tight tissues in the neck. See picture.**
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
General: No scleral icterus.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: No wheezing or rales.
Musculoskeletal:
General: No swelling.
Lymphadenopathy:
Cervical:
Right cervical: No superficial cervical adenopathy.
Left cervical: No superficial cervical adenopathy.
Skin:
General: Skin is warm and dry.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Media Information



Document Information

**Misc Administration: Patient Photo**
Screening visit
08/01/2023 11:32
**Attached To:**
Office Visit on 8/1/23 with Toby C Campbell, MD

**Source Information**

Toby C Campbell, MD | Uwh Cc1 Med Onc Carbone Cancer Ctr

Labs:
**Recent Labs**

| Result | 08/01/23 0942 |
|---|---|
| White Cell Count | 5.3 |
| Absolute Neutrophils | 3,310 |
| Hemoglobin | **13.0 L** |
| Hematocrit | **39 L** |
| Platelet Count | 174 |
| Sodium | 139 |
| Potassium | 4.4 |
| Chloride | 106 |
| BUN | **21 H** |
| Creatinine | **1.32 H** |
| Glucose | **110 H** |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **47 H** |
| ALT/SGPT | 33 |
| Alkaline Phosphatase | 61 |

Imaging:
PET CT SKULL BASE TO THIGH

Result Date: 7/26/2023
1. Pronounced interval progression in neoplastic disease as evidence for increasing hypermetabolic cervical lymphadenopathy, increasing axillary lymphadenopathy, and numerous new hepatic metastases. 2. Postradiation changes in the neck with findings that may represent superimposed cellulitis in the appropriate clinical context.
Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 30 minutes.**
**Time spent in direct communication with patient was 22 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Toby C Campbell, MD at 08/01/23 1148

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 07/19/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Establish Care

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT, NEW PATIENT, 60-74 MIN** |

### Encounter Vitals

Most recent update: 7/19/2023 4:02 PM by Tosha L Napier, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/70 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 94 | 98 °F (36.7 °C) (Oral) | 16 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 234 lb 11.2 oz (106.5 kg) | 97% | 31.83 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Head | None | None |

### H&P Notes

**H&P by Justine Y Bruce, MD at 7/19/2023 1545**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 07/19/23 2234 | Encounter Date: 7/19/2023 | Creation Time: 07/19/23 2224 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Consult**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

**Reason for Consult: Discussion regarding potential treatment options for recurrent/metastatic disease and possible enrollment on a clinical trial evaluating pembrolizumab plus goserelin**
**Referring Physician:** Harmon, Gil E, MD

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Progressing
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymph node, bilateral cervical neck lymph nodes and soft tissue masses
**Reason for Cancer Treatment Plan Change:** Yes - disease not responding

**ECOG Performance Status:** 0

**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

Current Treatment Plan: consideration of pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |

**History of Present Illness:** Mr. Robert Loper was seen at the University of Wisconsin Hematology-Oncology Clinics. He presents to clinic for a discussion of potential treatment options for his progressive disease. He is able to tolerate solid foods orally without difficulty. However, he would like to consider enrollment on a trial rather than additional treatment with cytotoxic chemotherapy.

**Past Medical History:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • Coronary artery disease<br>*myocardial infarction* | 03/2021 |
| • Diabetes mellitus | |
| • Hypercholesterolemia | |
| • Hypertension | |
| • Psoriasis<br>*uses cream* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • NECK MASS EXCISION | Right | 11/17/2022 |

**Family History:**
family history includes Cancer Skin in his sister.

**Social History:**
reports that he quit smoking about 31 years ago. His smoking use included cigarettes. He has a 15.00 pack-year smoking history. He has never used smokeless tobacco. He reports current alcohol use of about 12.0 standard drinks of alcohol per week. He reports that he does not currently use drugs.

**Allergies:**
No Known Allergies
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Acetaminophen (Tylenol) 500 MG tab | Take 2 tabs by mouth every 6 hours as needed. | | |
| • Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs every 4 hours as needed. | | |
| • Aspirin EC 81 MG delayed release tab | Take 1 tab by mouth one time daily. | | |
| • Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs 2 times daily. | | |
| • Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap | Take 2,000 units by mouth one time daily. | | |
| • Clobetasol Propionate (Temovate) 0.05 % cream | Apply 2 times daily as needed. | | |
| • Clobetasol Propionate (Temovate) 0.05 % ointment | Apply 2 times daily. | | |
| • Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream | | | |
| • Dapagliflozin Propanediol (Farxiga) 10 MG tab | Take 1 tab by mouth one time daily. | 90 tab | 3 |
| • Fenofibrate (Tricor) 145 MG tab | Take 1 tab by mouth one time daily. | | |
| • FISH OIL PO | Take 500 mg by | | |

| | |
|---|---|
| | mouth one time daily. |
| • Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler | Inhale 2 puffs 2 times daily. |
| • Glucose Blood (Precision QID Test) strip | one time daily. |
| • Lisinopril 10 MG tab | |
| • metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab | Take 2 tabs by mouth one time daily. |
| • Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab | |
| • Multivitamins cap | Take 1 cap by mouth one time daily. |
| • Nitroglycerin (Nitrostat) 0.4 MG sublingual tab | Place 1 tab under tongue one time daily as needed. |
| • Nystatin 100000 UNIT/ML mouth/throat susp | |
| • Ondansetron HCl (Zofran) 8 MG tab | Take 1 tab by mouth every 8 hours as needed. |
| • Pantoprazole Sodium (Protonix) 40 MG delayed release tab | |
| • POTASSIUM PO | Take 1 tab by mouth as needed. |
| • predniSONE 20 MG tab | |
| • Prochlorperazine Maleate 10 MG tab | Take 1 tab by mouth every 6 hours as needed. |
| • Rosuvastatin Calcium (Crestor) 40 MG tab | |
| • Sildenafil Citrate (Viagra) 100 MG tab | Take 1 tab by mouth every 24 hours as needed. |

No current facility-administered medications for this visit.

Review of Systems
Constitutional: Positive for pain. Negative for chills and fever.
HENT: Positive for lump/mass and voice change. Negative for mouth sores and trouble swallowing.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Positive for numbness. Negative for extremity weakness, headaches and seizures.
**Peripheral neuropathy on the bilateral toes**
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

**Vital Signs:**
BP 122/70 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 94 | Temp 98 °F (36.7 °C) (Oral) | Resp 16 | Ht 1.829 m (6') | Wt 106.5 kg (234 lb 11.2 oz) | SpO2 97% | BMI 31.83 kg/m²
**Wt Readings from Last 3 Encounters:**
07/19/23 106.5 kg (234 lb 11.2 oz)

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Generalized edema of the bilateral neck. The left neck there are subcentimeter nodules in the submandibular region, no pain on. On the right neck, level 2 cervical lymph node measuring 2 cm in size. On the right neck there are several subcutaneous nodules (at least 3 nodules) level 4 cervical region, no pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.

Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

**Labs:**

**Diagnostic Studies:**
CT NECK W IV CONTRAST

Result Date: 7/14/2023
Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Assessment & Plan**
Mr. Loper is a 60 year old male with Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
who presents to clinic for discussion of treatment options for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Had an extensive discussion with the patient and his wife regarding the overall natural history of salivary duct carcinoma. Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this. I discussed potential treatment options as follows:
(A) no chemotherapy with a focus on his quality of life.
(B) consideration carboplatin/paclitaxel chemotherapy. I discussed that although he has not received a prior taxane, I would not favor this regimen given his known bilateral peripheral neuropathy
(C) consideration of vinorelbine +/- cisplatin chemotherapy. This data is based on a phase II trial randomizing patients with recurrent salivary gland malignancies [REFERENCE Airoldi et al. Cancer 2001; 91:541-547] that evaluated patients on vinorelbine vs. Vinorelbine plus cisplatin. Based on this clinical trial of 36 patients, 22 patients had adenoid cystic carcinoma. Two patients with adenoid cystic carcinoma on the cisplatin/vinorelbine arm achieved a complete response, with the median CR duration of 15 months (range 6-27 months). In the vinorelbine arm alone, no patients achieved a CR< but 2 patients had a partial response.
(D) consideration of enrollment trial evaluating pembrolizumab plus goserelin. I discussed that we would have to obtain his pathology slides for definitive analysis the androgen receptor expression level (must be greater than 70% for eligibility)

We had an extensive discussion regarding the risks and benefits of each treatment option, and Mr. Loper states that

he would like to pursue enrollment on the clinical trial evaluating pembrolizumab plus goserelin. He was seen by research coordinator today during the clinic and underwent the informed consent form process.

- The patient signed an informed consent form for pembrolizumab plus goserelin as part of a clinical trial protocol.
- Return to clinic per thoracic Oncology research group.

Orders Placed This Encounter
Acetaminophen (Tylenol) 500 MG tab
Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler
Aspirin EC 81 MG delayed release tab
Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler
Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap
Clobetasol Propionate (Temovate) 0.05 % cream
Clobetasol Propionate (Temovate) 0.05 % ointment
Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream
Dapagliflozin Propanediol (Farxiga) 10 MG tab
Fenofibrate (Tricor) 145 MG tab
Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler
Glucose Blood (Precision QID Test) strip
Lisinopril 10 MG tab
metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab
Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab
Nitroglycerin (Nitrostat) 0.4 MG sublingual tab
Nystatin 100000 UNIT/ML mouth/throat susp
Ondansetron HCl (Zofran) 8 MG tab
Pantoprazole Sodium (Protonix) 40 MG delayed release tab
predniSONE 20 MG tab
Prochlorperazine Maleate 10 MG tab
Rosuvastatin Calcium (Crestor) 40 MG tab
Sildenafil Citrate (Viagra) 100 MG tab
FISH OIL PO
Multivitamins cap
POTASSIUM PO

The patient is in agreement with the above plan and had an opportunity to ask questions, which were answered to his satisfaction. He knows to call us if he has any other issues or questions.

**Time:** 60 minutes was spent with the patient. All of this time was spent in direct communication with Mr. Loper to formulate the above care plan. This does not include the time spent, on day of encounter, outside of this direct communication. Specifics noted below.
**Total time spent caring for the patient on the day of the encounter was 90 minutes.**
**Time spent in direct communication with patient was 60 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history

**H&P Notes (continued)**

Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Consideration of enrollment a clinical trial evaluating pembrolizumab plus goserelin. We also discussed obtaining his pathology for further evaluation the androgen receptor
Referring and/or communicating with other health care providers
Documenting in the medical record

*Justine Y Bruce, MD*
University of Wisconsin-Madison & Carbone Cancer Center
**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

No future appointments.

Electronically signed by Justine Y Bruce, MD at 07/19/23 2234

**Clinical Notes**

**Progress Notes**

**Tosha L Napier, MA at 7/19/2023 1545**

| | | |
|---|---|---|
| Author: Tosha L Napier, MA | Service: Gynecology Oncology | Author Type: Medical Assistant |
| Filed: 07/19/23 1557 | Encounter Date: 7/19/2023 | Creation Time: 07/19/23 1546 |
| Status: Signed | Editor: Tosha L Napier, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for New Patient Consultation.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Prefer to discuss with Provider

**New or worsening symptoms**: swelling, headaches, jaw pain, neck pain, stinging surface pain on neck.

**Energy level**: Fair

**Appetite**: good
**VAD**: Port right side

**Pain** (Scale 0 -10) Current: 2/10 Head

**07/19/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

No data to display

**Wt Readings from Last 3 Encounters:**
No data found for Wt

***Submitted by:*** *Tosha L Napier, MA - 7/19/2023 - 3:46 PM*

Electronically signed by Tosha L Napier, MA at 07/19/23 1557

**Jessica Boucher, RN at 7/19/2023 1545**

| | | |
|---|---|---|
| Author: Jessica Boucher, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 07/19/23 1656 | Encounter Date: 7/19/2023 | Creation Time: 07/19/23 1645 |
| Status: Signed | Editor: Jessica Boucher, RN (Registered Nurse) | |

Rn called Gunderson pathology and faxed them a request for them to run AR.
Fax 608-775-6666
I requested a block of tissue as well. If they are not able to added AR for us.

Pathology phone number 608-775-2262

Another option would be having Dr Harmon order AR to be run. RN tired to call again but the office is closed.

***Submitted by:*** *Jessica Boucher, RN - 7/19/2023 - 4:49 PM*

Electronically signed by Jessica Boucher, RN at 07/19/23 1656

# Exhibit F

# Letter Details

**UWHealth**

UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY
600 HIGHLAND AVE
MADISON WI 53792
608-265-1700

March 26, 2024

Robert J Loper

8127

DOB:

To Whom It May Concern:

This is to confirm that Robert J Loper is a patient of UW Health.

Robert is under my care for a medical conditions. At this time he continues to be totally and completely disabled. Due to his medial condition and treatment side effects.

Sincerely,

The office of Justine Y Bruce, MD

NOTE: Questions regarding the patient's care will only be discussed if a HIPAA-compliant *Authorization for Verbal Communication and/or Leave Voice Mail* has been signed by the patient/legally authorized representative and on file with UW Health.

# Exhibit G

I started a position with Gundersen health, as a CPO in July of 2022. Prior to this, for the past 22 years i had managed an orthotic and prosthetic facility in La Crosse. Leaving this position would not have been a consideration if i had any idea i would be diagnosed with salvatory gland cancer later that fall.

As I started chemotherapy and it progressed, I developed weakness and lack of stamina. This directly impacted my ability to keep a full patient workload and provide the level of care required as a CPO.

At the end of chemotherapy and radiation the cancer had progressed to the point that the swelling in my neck was causing breathing and swallowing concerns. With this limitation I was unable to keep a full patient load, fabricate, fit, teach patients, or perform a multitask workload.

I was accepted in a trial study at the university of Wisconsin for palliative care with two drugs that have not been used together before. While these drugs did help reduce the swelling in my neck the side effects provided a new set of limitations for my body. I was made aware that I would lose muscle mass and gain weight. I am also feeling the effects of arthritis from the drugs. I am diagnosed with psoriasis. I was told the drugs make the psoriasis progress and I am breaking out in many new areas. This also can exacerbate psoriatic arthritis.

The neuropathy in my feet has increased to the point that it is painful. Also, my ankles, especially the right, are painful when walking. Stairs are difficult to ascend and descend. Handrails are a must, and it is one step at a time. My knee weakness gives me instability on stairs. I also have limitations with turning my head due to pain in my neck.

I have increased lack of energy and stamina. A lot of pain and weakness in my legs and feet. I have much difficulty in rising from the floor to standing position. These limitations make me unable to fabricate, evaluate, fit, teach and provide quality care for patients.

Also, with these limitation I am limited to the physical requirements of lifting, push/pull up to 50 lbs. I have also found that multitasking and staying focused is more difficult than prior.

I have recommendations from my oncologist about my limitations and for not trying to overdo activity that causes increased pain and decreased ability to function.

Robert J Loper

05/03/2024

# Exhibit H

Job Profile: 2589 - Prosthetist Orthotist

| Job Code | Job Profile Summary | Job Profile Name | Job Description | Work Experience | Education | Responsibilities | Certifications |
|---|---|---|---|---|---|---|---|
| 2589 | The Prosthetist Orthotist is a Board Certified clinician who independently practices and provides prosthetic and orthotic care for a diverse spectrum of patients with a broad range of disabilities.Orthotic care may include, but is not limited to, patient evaluation, orthosis design, fabrication, fitting, and modification to treat a neuro-musculoskeletal disorder, or acquired condition. This includes the provision of partial foot prostheses for trans-metatarsal and more distal amputations.Prosthetic care may include, but is not limited to, patient evaluation, prosthesis design, fabrication, fitting, and modification to treat limb loss for purposes of restoring physiological function and/or cosmesis. | Prosthetist Orthotist | The Prosthetist Orthotist is a Board Certified clinician who independently practices and provides prosthetic and orthotic care for a diverse spectrum of patients with a broad range of disabilities.<br><br>Orthotic care may include, but is not limited to, patient evaluation, orthosis design, fabrication, fitting, and modification to treat a neuro-musculoskeletal disorder, or acquired condition. This includes the provision of partial foot prostheses for trans-metatarsal and more distal amputations.<br><br>Prosthetic care may include, but is not limited to, patient evaluation, prosthesis design, fabrication, fitting, and modification to treat limb loss for purposes of restoring physiological function and/or cosmesis.<br><br>Major Responsibilities:<br>1. Independently provides prosthetic and orthotic care for a full caseload of patients. Consults with and advises referring providers regarding patients' orthotic and prosthetic needs.<br>2. Examines affected area for factors affecting the fitting and placement of orthopedic appliances. Fits and adjusts appliances and devices to give patients maximum possible function. Makes cast of limb or deformity to determine the specifications of appliances and devices to be made. Determines materials from which appliance/device may be fabricated.<br>3. Bills Medicare and other third party payers for the services he/she provides. Acquires and maintains knowledge of current billing and coding practices in the field.<br>4. Keeps abreast of compliance and regulatory issues in the field and complies with the same.<br>5. Markets him/herself and the department to both internal and | | | 1. Independently provides prosthetic and orthotic care for a full caseload of patients. Consults with and advises referring providers regarding patients' orthotic and prosthetic needs.<br>2. Examines affected area for factors affecting the fitting and placement of orthopedic appliances. Fits and adjusts appliances and devices to give patients maximum possible function. Makes cast of limb or deformity to determine the specifications of appliances and devices to be made. Determines materials from which appliance/device may be fabricated.<br>3. Bills Medicare and other third party payers for the services he/she provides. Acquires and maintains knowledge of current billing and coding practices in the field.<br>4. Keeps abreast of compliance and regulatory issues in the field and complies with the same.<br>5. Markets him/herself and the department to both internal and external referral sources to expand referral base.<br>6. Attends orthotic and | |

| Job Code | Job Profile Summary | Job Profile Name | Job Description | Work Experience | Education | Responsibilities | Certifications |
|---|---|---|---|---|---|---|---|
| | | | external referral sources to expand referral base.<br>6. Attends orthotic and prosthetic continued education classes to improve the quality of care to patients.<br>7. Completes a medical chart note for each patient visit or contact.<br>8. Acquires sufficient CEUs to maintain certification in good standing with the American Board for Certification.<br>9. Conducts orthotic and prosthetic clinics for Gundersen Health System staff on care and use issues.<br>10. Performs other job-related duties as assigned.<br><br>Education and Learning:<br>REQUIRED<br>Associate degree in a health related field<br>DESIRED<br>Bachelor's degree in Orthotics or Prosthetics<br><br>Work Experience:<br>DESIRED<br>1 year experience in Orthotic/Prosthetic field.<br><br>License and Certifications:<br>REQUIRED<br>Certified Prosthetist Orthotist (CPO).<br><br>Age Specific Population Served:<br>Infant (less than 1 year)<br>Pediatric (1 - 12 years)<br>Adolescent (13 - 17 years)<br>Adult (18 - 64 years)<br>Geriatric (65 years & older)<br><br>OSHA Category:<br>Category I - All Employees in this job title have a reasonably anticipated risk of occupational exposure to blood and/or other potentially infectious materials. | | | prosthetic continued education classes to improve the quality of care to patients.<br>7. Completes a medical chart note for each patient visit or contact.<br>8. Acquires sufficient CEUs to maintain certification in good standing with the American Board for Certification.<br>9. Conducts orthotic and prosthetic clinics for Gundersen Health System staff on care and use issues.<br>10. Performs other job-related duties as assigned. | |

| Job Code | Job Profile Summary | Job Profile Name | Job Description | Work Experience | Education | Responsibilities | Certifications |
|---|---|---|---|---|---|---|---|
| | | | Environmental Conditions:<br>Exposed to infectious diseases.<br><br>Physical Requirements/Demands Of The Position:<br>Lifting - Floor to Waist Occasionally (6-33% or 3 hours) Number of lbs 25-50<br>Push/Pull (Static Force) Occasionally (6-33% or 3 hours) Number of lbs 25-50 | | | | |

# Exhibit I

**GUNDERSEN**
**HEALTH SYSTEM®**

April 18, 2024

Robert Loper

RE: Unable to Return to Work - Sent via Certified Mail and via Postal Service

Dear Robert,
**On January 17, 2023,** you had requested an accommodation due to some health issues. Based on the letter from your provider, dated January 17, 2023, the accommodation request was:

- Patient receives chemotherapy treatment every 4 weeks with possible radiation after all cycles of chemotherapy are completed, the intent is for a total of 6 cycles of chemotherapy. Please allow Patient intermittent time off work starting 11/25/202- 11/25/2023. Patient is able to work up to 1-5 days per week depending on appointments and treatment side effects.

At that time, we were able to adjust your schedule per the request from your provider.

**On March 10, 2024,** we received an updated letter from your provider dated March 10, 2024:

- This is to certify that this patient is under my professional care. He may work half-time as tolerated.

At that time, we granted you additional time off work as part of your accommodation. As of the date of this letter, your last day of work was **August 11, 2023**. Since that date you have been unable to work.

Based on the most recent letter from your provider dated **March 26, 2024,** due to your medical condition and treatment side effects, you are unable to return to work. At this time, we will consider this as your voluntary resignation, effective May 1, 2024.

You will continue to be eligible to apply for positions that you are eligible for and meet the job expectations.

If you have questions about Gundersen's position in this matter, please contact me at (608) 775-3427 or Jan Balder, HRBP at (608) 775-6312. You should also remember that the Employee Assistance Program is available for you at (608) 782-7300, ext. 54780.

Sincerely,

Cody Nedegaard

Cody Nedegaard, Clinical Manager, Podiatry

cc: Personnel File, Jan Balder, HRBP, EAP
Enc: Benefits – When Your Employment Ends

# Exhibit J

Social Security Administration
# Benefit Verification Letter

Date: April 29, 2024
BNC#: 24YK333B40020
REF: A

*0101BEV3C5LJNPA* CCM.M72.BEV3C.R240429

ROBERT JOSEPH LOPER II

8127

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning February 2024, the full monthly Social Security benefit before any deductions is $3,416.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $3,416.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

We found that you became disabled under our rules on August 14, 2023.

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Date of Birth Information**

The date of birth shown on our records is

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-770-2345**.

SOCIAL SECURITY
STE 100
210 7TH ST S
LA CROSSE WI 54601

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

MAY 2 2 2024

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

quadient
PRIORITY MAIL
IMI
$009.8
05/16/2024 ZIP
043M31232352

UNITED STATES POSTAL SERVICE®

PRIORITY®
MAIL

FROM:

HAWKS QUINDEL, S.C.
P.O. BOX 2155
MADISON, WI 53701-2155

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

## FLAT RATE ENVELOPE

ONE RATE ¤ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

Hawks Quindel, S.C.
P.O. Box 2155
Madison, WI. 53701-2155

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103

## TRACKED ■ INSURED

PS00001000014

EP14F October
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0085 2104 2570 84

Label 400 Jan. 2013
7690-16-000-7948

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

05/22/2024

May 16, 2024

**SENT VIA U.S. MAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated January 26, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. For the reasons stated herein, Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation. Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

## I. DOCUMENTATION IN SUPPORT OF APPEAL

Mr. Loper submits the following evidence in support of his appeal:

| | |
|---|---|
| **Exhibit A:** | Signed Declaration of Robert Loper, dated 4/8/2024 |
| **Exhibit B:** | Medical Questionnaire from Dr. Scorby, dated 3/26/2024 |
| **Exhibit C:** | Medical Records – Neighborhood Family Clinic, dated 8/20/2022 |
| **Exhibit D:** | Medical Records – Gundersen, from 8/23/2022 – 1/16/2024 |
| **Exhibit E:** | Medical Records – UW Health, from 7/19/2023 – 2/28/2024 |
| **Exhibit F:** | Letter from Dr. Bruce, dated 3/26/2024 |
| **Exhibit G:** | Personal Statement of Robert Loper, dated 5/3/2024 |

**Exhibit H:** Job Description - Prosthetist Orthotist
**Exhibit I:** Gundersen Health letter regarding termination of employment, dated 4/18/2024
**Exhibit J:** Benefit Verification Letter from Social Security Administration, dated 4/29/2024

This evidence, coupled with that already submitted in his claim file, shows that Mr. Loper is unable to perform each of the material duties of his own occupation due to his medical conditions and that his condition is not pre-existing under the terms of his policy. Therefore, he meets his Plan's definition of disability.

## II. FACTUAL HISTORY

### A. Employment History

Mr. Loper is 61 years old and resides in Holmen, Wisconsin. He began working as a Prosthetist Orthotist for Gundersen Health System in July 2022. Prior to the onset of his disability, Mr. Loper was earning approximately $9,356.53 per month.

A Prosthetist Orthotist is a medium occupation[1] that entails the following material duties:

1. Independently provides prosthetic and orthotic care for a full caseload of patients. Consults with and advises referring providers regarding patients' orthotic and prosthetic needs.

2. Examines affected area for factors affecting the fitting and placement of orthopedic appliances. Fits and adjusts appliances and devices to give patients maximum possible function. Makes cast of limb or deformity to determine the specifications of appliances and devices to be made. Determines materials from which appliance/device may be fabricated.

3. Bills Medicare and other third-party payers for the services he/she provides. Acquires and maintains knowledge of current billing and coding practices in the field.

4. Keeps abreast of compliance and regulatory issues in the field and complies with the same.

5. Markets him/herself and the department to both internal and external referral sources to expand referral base.

6. Attends orthotic and prosthetic continued education classes to improve the quality of care to patients.

[1] According to the Department of Labor, medium work involves exerting 20 to 50 pounds of force occasionally or 10 to 25 pounds of force frequently or an amount greater than negligible and up to 10 pounds constantly to move objects.

7. Completes a medical chart note for each patient visit or contact.

8. Acquires sufficient CEUs to maintain certification in good standing with the American Board for Certification.

9. Conducts orthotic and prosthetic clinics for Gundersen Health System staff on care and use issues.

(**Exhibit H**.)

In addition to his earnings, Mr. Loper was eligible for certain employee benefits, including participation in the LTD insurance plan. In relevant part, the Plan provides:

> TOTAL DISABILITY or TOTALLY DISABLED will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
>
> PRE-EXISTING CONDITION EXCLUSION. This Policy will not cover any Total or Partial Disability:
> 1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
> 2. which begins in the first 12 months after the Insured Employee's Effective Date.
>
> "Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.
>
> "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Unfortunately, as discussed in more detail below, Mr. Loper was diagnosed with salivary duct carcinoma in November 2022. His condition, associated symptoms, and treatment side effects began significantly interfering with his ability to perform the material duties of a Prosthetist Orthotist and eventually progressed to the point that he was forced to cease working on or about August 11, 2023. To date, he remains unable to resume working in his own or any other occupation.

### B. Medical History and Treatment During Lookback Period[2]

In mid-2021 (approximately a year before he began working for Gundersen), Mr. Loper noticed mild swelling in his neck. (**Exhibit A** at 1.) He consulted with various providers regarding his swelling, but none of them were concerned or recommended further treatment. Instead, they advised Mr. Loper to simply follow up if the swelling worsened. (*Id.*)

Over the course of the next year, Mr. Loper's swelling remained stable. Then, in mid-August 2022 Mr. Loper noticed redness and swelling on his face, for which he sought medical treatment for on August 19, 2022 at Neighborhood Family Clinic. There he was evaluated by Lori Miskell, NP (**Exhibit C** at 4) who administered an antibiotic injection and prescribed a ten-day course of Augmentin (an antibiotic medication). (*Id;* **Exhibit A** at 1.) Mr. Loper's facial redness and swelling improved in the wake of this injection. (**Exhibit A** at 1.)

On August 23, 2022, Mr. Loper sought treatment with Dr. William Scorby for a facial rash, which he suspected may be due to either a chemical exposure at work or spicy food he had eaten. (**Exhibit A** at 2; **Exhibit D** at 1-2.) Dr. Scorby noted that it was "unclear" what brought on this condition, but observed that the swelling was mild. (**Exhibit D** at 2.) Ultimately, Dr. Scorby assessed Mr. Loper to simply be suffering from facial cellulitis. **Importantly, Dr. Scorby did not suspect that Mr. Loper's symptoms were due to cancer.** (**Exhibit B**.) He recommended that Dr. Loper finish out his antibiotics and follow-up with his primary care provided as needed. (*Id.*; **Exhibit A** at 2.)

Subsequently, Mr. Loper's symptoms improved through the rest of August and September 2022 and he did not treat for his facial/neck swelling during this time. (**Exhibit A** at 2.)

### C. Subsequent Medical Treatment

On October 19, 2022, Mr. Loper established care with a new primary care provider, Dr. Kazi Rayhan. On this date, Mr. Loper explained his history of neck swelling and redness, and explained that he recently noticed a mass in the same area. (**Exhibit D** at 3.) Dr. Rayhan referred Mr. Loper for a CT scan of the neck. (*Id.* at 10.) In the meantime, Mr. Loper experienced a flare-up of redness and swelling of the left cheek and neck and went to Urgent Care, where imaging revealed an ill-defined mass in the left side of his neck. Mr. Loper was referred for an otolaryngologic consult. (*Id.* at 13.)

On October 27, 2022, Mr. Loper established care with Dr. Mark Ringstrom in otolaryngology. Dr. Ringstrom noted that this was a "very strange situation" and he could not say for sure what was the cause of Mr. Loper's inflammation and swelling. (**Exhibit D** at 17.) Because Mr. Loper was responding well to antibiotics, Dr. Ringstrom prolonged his course for a total of two

[2] To confirm, Mr. Loper became covered under the LTD Plan on September 1, 2022, thus the "look back period" spans from June 1, 2022 to August 31, 2022.

weeks of Augmentin and noted one of Mr. Loper's lymph nodes may need to be excised. (*Id.* at 17.) The excision took place on November 17th. (*Id.* at 23.) Diagnostic testing of the excised tissue demonstrated high-grade adenocarcinoma with features consistent with salivary duct carcinoma. (*Id.* at 25.)

Following his cancer diagnosis, Mr. Loper began radiation therapy and chemotherapy. (*See* **Exhibit D** at 26-52.) Mr. Loper continued to work during this treatment.

In January 2023, Mr. Loper began undergoing occupational therapy due to the impact of his neck and facial swelling on his ability to perform his activities of daily living. (**Exhibit D** at 72.) At a follow-up appointment with Dr. Gil Harmon on March 17, 2023, Dr. Harmon noted that Mr. Loper's lymphedema "causes difficulty breathing when laying flat" and had caused the need for him to sleep in a hospital bed at home. (*Id.* at 91.) The lymphedema also reduced his range of motion and impacted his voice. (*Id.*)

On May 11, 2023, oncology specialist Collin Driscoll saw Mr. Loper for follow-up. Dr. Driscoll noted that Mr. Loper had a "decent, but mixed, response to chemotherapy," with the vast majority of his disease responding nicely, but with a few lymph nodes that had progressed. (**Exhibit D** at 111.) He also noted that Mr. Loper had "notable lymphedema" in his neck. (*Id.*)

Unfortunately, Mr. Loper's lymphedema continued to worsen. On May 31, 2023, Mr. Loper saw Heidi Huber, NP for follow-up of his lymphedema. NP Huber noted that it was "affecting his range…of motion, voice quality, ability to swallow, and causing him to feel short of breath." (**Exhibit D** at 115.) She also noted that his "lymphedema will not likely resolve with cancer response especially given no improvement even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging." (*Id.*) She continued to recommend a pneumatic compression device and the use of a hospital bed, as well as a prednisone taper.

Over subsequent weeks, Mr. Loper continued with radiation treatment and occupational therapy. (*See* **Exhibit D** at 120-163.)

On July 14, 2023, Mr. Loper underwent an updated CT scan of the neck which demonstrated progressive soft tissue masses and increased size of right level 5 nodes. (**Exhibit D** at 201.)

On July 19, 2023, Mr. Loper saw Dr. Justine Bruce at UW Health for an oncology consult. On physical exam, Dr. Bruce noted generalized edema of the bilateral neck, as well as several nodules on both sides of the neck. (**Exhibit E** at 178.) Dr. Bruce explained that due to Mr. Loper's recurrent/metastatic disease, treatment would not be curative in nature but rather palliative. She discussed multiple treatment options and Mr. Loper elected to pursue enrollment on a clinical trial evaluating pembrolizumab plus goserelin. (*Id.* at 179.)

On July 21, 2023, Dr. Harmon saw Mr. Loper for follow-up and to discuss next steps for his treatment. Mr. Loper noted "rather rapid increase in the fullness of his [bilateral] neck" causing position issues with sleep and decreased range of motion. (**Exhibit D** at 165.) Due to the progression of his neck swelling inhibiting his ability to function and speak, as well as weakness and lack of stamina from his condition and associated treatment, Mr. Loper ceased working on or about August 11, 2023. (**Exhibit G**.) Mr. Loper explains that as his treatment progressed, he "developed weakness and lack of stamina" which "directly impacted [his] ability to keep a full patient workload and provide the level of care required" to perform his occupation. (**Exhibit G**.) Dr. Harmon completed FMLA paperwork for Mr. Loper on July 31, 2023. (**Exhibit D** at 168.)

Mr. Loper began treatment in the clinical trial at UW in early August 2023 and continues treatment to the present day. (*See* **Exhibit E** at 2-156.) Mr. Loper's side effects from this treatment includes hot flashes, fatigue, and shortness of breath. (*See* **Exhibit E** at 39; *see also* **Section D** below.)

On top of his cancer and treatment, Mr. Loper also has medical conditions including right knee pain, right ankle pain, left wrist pain, diabetes, and psoriasis. (*See* **Exhibit E** at 7, 16, 39.)

**D. Activities of Daily Living**

Mr. Loper submits a statement explaining how his condition and treatment side effects have inhibited his ability to function on a day-to-day basis. (**Exhibit G**.) He explains:

> While [the medications from the clinical trial] did help reduce the swelling in my neck the side effects provided a new set of limitations for my body. I was made aware that I would lose muscle mass and gain weight. I am also feeling the effects of arthritis from the drugs. I am diagnosed with psoriasis. I was told the drugs make the psoriasis progress and I am breaking out in many new areas. This also can exacerbate psoriatic arthritis.
>
> The neuropathy in my feet has increased to the point that it is painful. Also, my ankles, especially the right, are painful when walking. Stairs are difficult to ascend and descend. Handrails are a must, and it is one step at a time. My knee weakness gives me instability on stairs. I also have limitations with turning my head due to pain in my neck.
>
> I have increased lack of energy and stamina. A lot of pain and weakness in my legs and feet. I have much difficulty in rising from the floor to standing position. These limitations make me unable to fabricate, evaluation, fit, teach and provide quality care for patients.
>
> Also, with these limitations[s] I am limited [in regard to] the physical requirements of lifting, push/pull up to 50 lbs. I have also found that multitasking and staying focused is more difficult than prior.

## III. BENEFITS HISTORY

### A. Short Term Disability Insurance

Upon his disability's onset, Mr. Loper promptly applied for short-term disability insurance (STDI) benefits. In reviewing that claim, LFG determined Mr. Loper was unable to perform the essential duties of his own occupation and that he therefore met his STDI Plan's definition of disability. LFG accordingly approved his claim for STDI benefits through the maximum benefit period of his policy.

### B. Long Term Disability Insurance

Because Mr. Loper remained disabled (as defined by both his STDI and LTD plans) after the exhaustion of his STDI benefits, he should have transitioned to receiving LTD benefits effective November 11, 2023 in the gross amount of $5,613.92, which is 60 percent of his predisability earnings. Instead, LFG denied Mr. Loper's claim in its entirety, stating that his disabling condition was due to a pre-existing condition as defined by his policy.

### C. Other Sources of Income

Mr. Loper has been approved to receive benefits for an individual disability income policy. In addition, Mr. Loper has also been approved for SSDI benefits in the amount of $3,416.90 per month. (**Exhibit J**.) Accordingly, Mr. Loper's net LTD benefit is worth approximately $2,197.02 per month.

## IV. APPEAL

LFG denied Mr. Loper's claim for LTD benefits because it concluded that his claim was barred by the plan's pre-existing condition exclusion. This determination should be reversed because newly submitted evidence proves that Mr. Loper's disability is not caused by a pre-existing condition and because the medical records confirm he is unable to perform each of the material duties of his own occupation. For these reasons, which are discussed in further detail below, Mr. Loper requests that LFG reverse its decision to deny his claim for LTD benefits.

### A. Mr. Loper's Disability Does Not Result from a Pre-Existing Condition Because During the Lookback Period, Neither Mr. Loper nor His Providers Suspected that his Symptoms were Due to Cancer.

In assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular**

**condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008) ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be considered 'pre-existing'"); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002) (rejecting pre-existing condition denial because "it does not make sense to say that [the plaintiff] received treatment 'for' leukemia when the actual condition was not suspected"); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994) (requiring "some awareness on the part of the physician or the insured that the insured is receiving treatment for the condition itself" in order to qualify as treatment "for" a condition). One court described the distinction between cases in which the pre-existing condition coverage exclusion applies and those in which it does not as follows:

> When a patient seeks advice for a sickness with a specific concern in mind…or when a physician recommends treatment with a specific concern in mind…it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. **But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind**, or when the patient turns out not to have a suspected disease, **it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness**.

*Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted).

During the lookback period relevant to his case, Mr. Loper sought only treatment for facial redness and swelling that was similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, and no provider suspected there was a more sinister condition causing his symptoms. This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. (**Exhibit A**; **Exhibit B**; **Exhibit C** at 4-5). **The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

### B. Medical Evidence Shows that Mr. Loper is Unable to Perform Each of the Material Duties of His Own Occupation.

Due to Mr. Loper's cancer and the treatment he is undergoing for the same, Mr. Loper is unable to perform each of the material duties of his own occupation and therefore meets the definition of disability under his plan. Medical evidence demonstrates (and Mr. Loper's treating providers supports) that Mr. Loper is unable to perform his occupation as a Prosthetist Orthotist due to symptoms including weakness, lack of stamina, decreased mobility, and fatigue. (*See* **Exhibit E** at 22, 37, 53, 150; **Exhibit F**; **Exhibit G**.) On appeal, LFG must give due consideration to the opinion of Mr. Loper's treating provider and must carefully assess the duties of Mr. Loper's **own** occupation, as required by the policy. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834 (2003) (a plan administrator "may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician"); *Elliott v. Metro. Life Ins. Co.*, 473 F.3d 613, 619 (6th Cir. 2006) (physician never discussed a claimant's job duties, "which implies that he did not conduct a reasoned evaluation of her condition to determine whether she could perform those duties"). Furthermore, the fact that Mr. Loper's employer terminated his employment because he was unable to return to work in a sufficient capacity is evidence of Mr. Loper's disability which LFG is required to consider. (**Exhibit I**.) *See Jones v. Aetna U.S. Healthcare,* 136 F. Supp. 2d 1122, 1134 (C.D. Cal. 2001) ("A determination that Jones could perform the material duties of her own occupation is not reasonable where her employer found she could not do so.")

Further, Mr. Loper's limitations are corroborated by the fact that he has been approved by the Social Security Administration to receive Social Security Disability Insurance benefits. (**Exhibit J**.) LFG is required to consider Mr. Loper's SSDI benefits as evidence of his disability and may not reject this finding with a reasoned explanation. *See Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008); *Raybourne v. Cigna Life Ins. Co. of New York,* 700 F.3d 1076, 1087 (7th Cir. 2012) (When a claimant is awarded SSDI benefits, "a plan administrator may not simply ignore this evidence but must address it and provide a reasonable explanation for discounting it, especially when the administrator operates under a structural conflict of interest").

## V. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

---

[3] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.*** Additional payment instructions have been/will be sent in a separate letter.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

# Exhibit A

**DECLARATION OF ROBERT LOPER**

STATE OF WISCONSIN )
): ss
COUNTY OF LA CROSSE)

Pursuant to § 887.015, Stats., the undersigned hereby declares as follows:

- I am an adult resident of the State of Wisconsin and currently reside at
- This declaration is submitted in support of my appeal of the denial of my Long-Term Disability (LTD) benefits.
- I began experiencing some swelling in my neck in or about the middle of 2021.
- I talked to some providers at Mayo Clinic about this swelling and was just told to let them know if it worsened.
- In March 2022, I experienced a cardiac event that resulted in my hospitalization. I mentioned the swelling in my neck to my providers at this time and they did not seem concerned about it.
- On or about August 19, 2022, I noticed facial redness and swelling for which I sought treatment at the Neighborhood Family Clinic in LaCrosse, Wisconsin. I was seen by Nurse Practitioner, Lori Miskell, who administered an antibiotic injection and prescribed a ten-day course of Augmentin (an antibiotic medication).
- In the days after the August 19th appointment, the redness and

swelling on my face improved.

- On about August 22, 2022, I noticed a rash had developed on my face and I was concerned that it was the result of exposure to chemicals in the workplace or even the result of spicy food I had eaten.

- On August 23, 2022, I saw occupational medicine doctor William Scorby at Gundersen Clinic in LaCrosse who noticed on exam some mild swelling and submandibular adenopathy, but noted that the latter condition was being monitored by my primary care provider.

- Ultimately, Dr. Scorby assessed that I had facial cellulitis and advised that I should finish out my antibiotics and follow up with my primary care provider as needed.

- My symptoms improved thereafter and remained improved throughout the rest of August and September, 2022. As such, I received no further treatment for my facial/neck swelling during this time.

- I established care with a new primary care provider, Dr. Kazi Rayhan, on October 19, 2022.

- Dr. Rayhan referred me to otolaryngologist, Dr. Mark Ringstrom.

- In the meantime, and before my appointment with Dr. Ringstrom, I experienced a flare up of my facial symptoms on October 23, 2022 for which I went to urgent care where they conducted a CT scan and again assessed me to have cellulitis.

- Three days later, I treated with Dr. Ringstrom who ordered a biopsy of my affected tissue.

- On November 17, 2022, the biopsy results returned a diagnosis of stage IV salivary ductal carcinoma.

- Prior to my appointment with Dr. Ringstrom, no provider had suggested to me that my symptoms could be due to cancer.

- Prior to my appointment with Dr. Ringstrom, I had no reason to believe, and never imagined, that my symptoms could have been due to cancer.

Signed on this 5th day of April, 2024 at Holmen
(city or other location)

in the County of La Crosse, State of Wisconsin.

Robert Loper

# Exhibit B

# MEDICAL QUESTIONNAIRE

**Patient's Name:** Robert Loper
**Patient's D.O.B.:**

1. What symptoms did Mr. Loper present with when you treated him on August 23, 2022?

Facial swelling under the Left eye and cheek. He also had some submandibular adenopathy.

2. At the time you treated Mr. Loper on August 23, 2023, what did you suspect was the cause of the symptoms?

Facial cellutitis of unknown cause or etiology

3. At the time you treated Mr. Loper on August 23, 2022, did you suspect that Mr. Loper's symptoms were due to cancer?

I did not suspect that his symptoms were due to cancer. However, because he had known adenopathy even before this episode, he was very much encouraged to follow-up with his PCP for persistent adenopathy - something his PCP was already aware of, according to the patient. Unexplained persistent adenopathy always raises some concern, and a cancer diagnosis must be in the differential diagnoses.

*Date* ______ *Signature* WRScorby MD 3-26-2024

*Printed/Typed Name:* ______

*Address:* William R Scorby, M.D.
Gundersen Health System
~~1900 South Ave. C03-005~~
La Crosse, WI 54601

# Exhibit C

PATIENT
**Robert J Loper**
DOB
AGE 61 yrs
SEX Male
PRN LR971664

FACILITY
**NFC North**
T (608) 781-9880
F (608) 783-5426
1526 Rose St, Suite 102
La Crosse, WI 54603

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Robert | SEX | Male | RACE | White |
| MIDDLE NAME | J | DATE OF BIRTH | | ETHNICITY | - |
| LAST NAME | Loper | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | - | PRN | LR971664 | STATUS | Active patient |

CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | - |
| ADDRESS LINE 2 | - | EMAIL | |
| CITY | | | |
| STATE | | HOME PHONE | |
| ZIP CODE | | MOBILE PHONE | |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | Linda Loper | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | Spouse | | |
| PHONE | | | |
| ADDRESS | - | | |

## Diagnoses

| Current | ACUITY | START | STOP |
|---|---|---|---|
| No current diagnoses | | | |

| Historical | ACUITY | START | STOP |
|---|---|---|---|
| No historical diagnoses | | | |

## Drug Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| Active | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

## Medications

| Active | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No active medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Social history

| TOBACCO USE | RECORDED |
|---|---|
| No tobacco use history available for this patient | |
| **ALCOHOL USE** | **RECORDED** |
| No alcohol use history available for this patient | |
| **SOCIAL HISTORY (FREE-TEXT)** | |
| No social history (free-text) recorded for this patient | |
| **FINANCIAL RESOURCES** | **RECORDED** |
| No financial resources recorded for this patient | |
| **EDUCATION** | **RECORDED** |
| No education recorded for this patient | |
| **PHYSICAL ACTIVITY** | **RECORDED** |
| No physical activity available for this patient | |
| **NUTRITION HISTORY** | **RECORDED** |
| No nutrition history available for this patient | |
| **STRESS** | **RECORDED** |
| No stress available for this patient | |
| **SOCIAL ISOLATION AND CONNECTION** | **RECORDED** |
| No social isolation and connection available for this patient | |
| **EXPOSURE TO VIOLENCE** | **RECORDED** |
| No exposure to violence history available for this patient | |
| **GENDER IDENTITY** | |
| No gender identity recorded for this patient | |
| **SEXUAL ORIENTATION** | |
| No sexual orientation recorded for this patient | |

## Past medical history

ONGOING MEDICAL PROBLEMS

high bp
diabetes
rheumatoid arthritis

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

FAMILY HEALTH HISTORY (FREE TEXT)

diabetes
heart trouble

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Robert J Loper** | | **NFC North** | **Office Visit** | |
| DOB | | T (608) 781-9880 | NOTE TYPE | SOAP Note |
| AGE | 61 yrs | F (608) 783-5426 | SEEN BY | Fred Kupfer PA-C |
| SEX | Male | 1526 Rose St, Suite 102 | DATE | 08/22/2022 |
| PRN | LR971664 | La Crosse, WI 54603 | AGE AT DOS | 59 yrs |

Electronically signed by Fred Kupfer PA-C at 08/22/2022 12:17 pm

## Chief complaint

no show/jg

## Vitals for this encounter

No vitals recorded

SUBJECTIVE

no show/jg

OBJECTIVE

ASSESSMENT

PLAN

PATIENT
**Robert J Loper**
DOB
AGE 61 yrs
SEX Male
PRN LR971664

FACILITY
**NFC North**
T (608) 781-9880
F (608) 783-5426
1526 Rose St, Suite 102
La Crosse, WI 54603

ENCOUNTER
**Office Visit**
NOTE TYPE SOAP Note
SEEN BY Lori Miskell NP
DATE 08/20/2022
AGE AT DOS 59 yrs
Electronically signed by Lori Miskell NP at 08/22/2022 03:18 pm

## Chief complaint

NEW PATIENT/face swollen/jg (Appt time: 8/20/2022 7:30:00 AM) (Arrival time: 7:38 AM)

| Vitals for this encounter | |
|---|---|
| | 08/20/22 7:48 AM |
| Height | 72 in |
| Weight | 223.60 lb |
| Temperature | 97.80 °F |
| Pulse | 118 bpm |
| O2 Saturation | 93 % |
| BMI | 30.33 |
| Blood pressure | 118/78 mmHg |

**SUBJECTIVE**

Robert Lobert is a 59 yr old male that presents to the clinic with what appears to be an allergic reaction. /KR

States that he noted redness to left malar area yesterday. The redness then spread to his left eye, ear and neck. He thinks he may have had a fever last evening. He has some pain when he opens his mouth.

No difficulty swallowing, SOB, CP, dizziness, visual disturbances, headache, n/v/d.

**OBJECTIVE**

Administered 500mg of Ceftriaxone into left glute muscle.
Lot: 2A0046A30
Exp: 06/2024 /KR
GEN: WDWN, In NAD. Aferbrile. Swelling and erythema noted to left cheek, eye and neck. Slight tenderness to palpation of face and neck.
Ears: TM's normal bilaterally. Left outer ear with edema and erythema.
Eyes: conjunctivae clear, no discharge. Left eye with swelling. PERRLA.
Nose: nasal mucosa normal.
Pharynx clear. No swelling noted. Uvula midline. Teeth intact.
Neck: Left side of neck with some swelling and ertythema.
Lungs: clear, no rales, rhonchi, wheezes..

**ASSESSMENT**

Cellulitis

**PLAN**

1. Rocephin 500 mg IM. Start Augmentin 875/125 mg po bid for 10 days. SE handout given.
2. Initially discussed UC but patient declined. He is to report to the ER for any worsening symptoms i.e, fever, chills, worsening swelling, difflucity swallowing. He agrees with plan.
3. Follow up on Monday with Fred. K.

practice fusion

# Exhibit D

**Progress Notes by Scorby, William R, MD at 08/23/22 1100**

Author: Scorby, William R, MD    Service: —    Author Type: Physician
Filed: 08/23/22 1140    Encounter Date: 8/23/2022    Status: Signed
Editor: Scorby, William R, MD (Physician)

**Robert J Loper    000008828980**

**OCCUPATIONAL MEDICINE -- LA CROSSE**
**August 23, 2022**

Bob is referred from Employee Health for evaluation of facial swelling.

**Date of illness: 08/19/2022**
**Employer: Gundersen Health System**

On Friday afternoon, 08/19/2022, around 12:30 p.m. he noticed a little puffiness and redness under the left eye. This was just after lunch and he thought he might have rubbed his face with his hand that was handling a hot pepper. However the redness and swelling progressed and he woke the next morning with significant increase in the redness and swelling that involved much of the left side of his face. He also noticed some increased submandibular glandular swelling. He went to the Neighborhood Family Clinic and was evaluated there. He was felt to have a facial infection was given a shot of some antibiotic and then a 10 day course of Augmentin. Over the weekend his redness and swelling of gradually improved significantly.

The morning before developing this facial swelling he was will working with patients in the orthotics Clinic doing his usual work. Measuring and fitting patients with orthotics. He wore mask and use hand sanitizer between patients as usual. He has not been exposed to any new products or chemicals. At lunch she ate his lunch his office and then walked on the treadmill at the on-site exercise facility. In the afternoon he he said his desk doing computer work.

Medical history notable for psoriasis and has multiple patches on elbows and knees.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |

**Progress Notes by Scorby, William R, MD at 08/23/22 1100 (continued)**

| | |
|---|---|
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • PAXLOVID, EUA, tablet | Take by mouth |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

No current facility-administered medications for this visit.

**Exam:** Head/face: There is still some mild swelling, but no redness, on the left side of his face from just below his left eye, cheek to the angle of the mandible. Some submandibular adenopathy, bilaterally, but more so on the left than the right. He says this is back to baseline, as this has been noticed before and is being followed by his PCP. He has a beard and there does not appear to be any breaks in the skin or psoriatic patches on the face.

Eyes ears are clear without discharge.
Neck is supple and nontender.
Skin: Psoriatic patches scattered over the extensor elbows and knees.
**Assessment**
**1. Facial cellulitis**

It is unclear to me what brought on this facial eruption. Does not appear that anything is changing his work environment. He was concerned that he was some our exposed to some infectious agent that got under his skin, possibly through a tiny psoriatic fissure. I am not so sure. I think the work relatedness in this case is unknown.

**Plan:** He will finish out his antibiotics and follow-up with his PCP as needed. I think he definitely should see his PCP for his persistent submandibular adenopathy.

Total Time on encounter: 30 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

William R Scorby, MD
'

Electronically signed by Scorby, William R, MD at 08/23/22 1140

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920**

| | | |
|---|---|---|
| Author: Rayhan, Kazi Z, MD | Service: — | Author Type: Physician |
| Filed: 10/19/22 1154 | Encounter Date: 10/19/2022 | Status: Signed |
| Editor: Rayhan, Kazi Z, MD (Physician) | | |

**59 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**October 19, 2022**

**Chief Complaint**
Patient presents with
- Establish Care

**HPI:**

The patient comes to establish care with me. He is also here for his annual wellness visit.

This patient was getting his care at Mayo Clinic in lacrosse until recently. He had labs drawn at Gundersen Health System on October 14, 2022. Today, he wants to talk about lab results and management options of his chronic diseases.

Overall, the patient reports that his health status has remained stable. He has 1 main acute concern today. The patient reports having neck mass. He has had a large neck circumference for at least several years. However, during the last couple of years, the size of his neck has increased. He has also palpated hard mass on his anterior and upper neck and on both sides of his neck. He denies having any discomfort or pain in his neck. He denies having any swallowing difficulty. He has history of surgery on his neck sometime in 1980 or 1981 for a benign tumor. He has no radiation history in his neck.

The patient today denies having any headaches, dizziness or lightheadedness. He denies having any visual symptoms.

He denies having any fever, chills, cough, chest pain or shortness of breath. He has history of asthma for which he takes Symbicort and albuterol inhaler as needed. He quit smoking about 30 years ago. He smoked for about 15 years and about 1 pack daily. The patient denies having any orthopnea, paroxysmal nocturnal dyspnea or leg swelling.

This gentleman was diagnosed with non ST elevation MI and heart failure in March of 2022 at Mayo Clinic. He has 2 stents coronary arteries. He takes Plavix 75 mg daily and aspirin 81 mg daily along with rosuvastatin 40 mg daily and metoprolol 25 mg once daily in the morning. He denies having any chest pain or dyspnea with exertion.

The patient denies having any acute GI or GU symptoms or concerns. He takes pantoprazole 40 mg daily for acid reflux symptoms.

The patient has a diagnosis of diabetes. He takes 1000 mg of metformin daily for his diabetes.

Regarding his dyslipidemia, he takes both fenofibrate 145 mg daily and rosuvastatin 40 mg daily.

This gentleman has history of psoriasis related rash over his elbows and knee joints. He applies clobetasol cream as needed. He wants me to switch clobetasol cream to clobetasol ointment.

Today, he denies having any numbness, tingling or weakness in his extremities.

He denies any falls.

The patient did not report having any depression or anxiety.

He does report having history of chronic intermittent fatigue and snoring. He has never been diagnosed with sleep apnea.

**Patient Active Problem List**

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia (*)
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication (*)
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris (*)
- Psoriasis (*)
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • blood sugar test strips | daily |
| • lancets 30 gauge Misc | daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • [DISCONTINUED] albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs Every 4 hours as needed |
| • [DISCONTINUED] aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • [DISCONTINUED] budesonide- | Inhale 2 Puffs into mouth/lungs 2 times daily |

| | |
|---|---|
| formoterol 160-4.5 (SYMBICORT) 160-4.5 mcg/actuation HFAA | |
| • [DISCONTINUED] clobetasoL (TEMOVATE) 0.05 % cream | Apply to skin 2 times daily as needed |
| • [DISCONTINUED] clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • [DISCONTINUED] fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • [DISCONTINUED] lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • [DISCONTINUED] metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • [DISCONTINUED] metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • [DISCONTINUED] nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • [DISCONTINUED] pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • [DISCONTINUED] PAXLOVID, EUA, tablet | Take by mouth |
| • [DISCONTINUED] rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

**Current Medications**

| Medication | Sig |
|---|---|
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE- | Take 2 Tablets (1,000 mg) by mouth daily with |

| | |
|---|---|
| XR) 500 mg extended release tablet | breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain.  Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

**No past medical history on file.**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**No Known Drug Allergies**

**SOCIAL**
**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Social History Narrative

*Lives with wife (Linda) in Holmen.*

*4 adult children.*
*2 horses.*

*Exercise: walking on Treadmill. Walks 2 miles/day.*

**Family History**

No family history on file.

**ROS:** A complete (at least 10 systems) ROS was performed and is negative except as noted above in HPI.

**Physical Exam:**

BP 134/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 70 | Ht 187.5 cm (6' 1.82") | Wt 104.8 kg (231 lb) | BMI 29.80 kg/m²

**Gen:** NAD. Very pleasant. Overweight gentleman.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Neck:** No thyromegaly noted based on visual inspection, No carotid bruit. Large neck circumference noted. The patient has indurated area over his anterior and upper neck (over his submental triangle). Lateral and upper aspect of his neck also seemed indurated. No tenderness or increased erythema or increased warmth noted.
**Chest:** Clear to auscultaion b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g. Apical impulse non-displaced.
**Abdomen:** Soft, Non-tender, Non-distended, No organomegaly, + bowel sound.
**Musculoskeletal:** No obvious deformities noted. Appears to move all extremities normally. No swelling/redness noted in hand joints.
**Extremities:** No edema noted. No varicose veins.
**Neuro:** CN II to XII grossly NL, appears to have normal strength in all major muscle groups of extremities. Normal gait noted.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight. No hallucinations/delusions noted. No SI/HI.

**Health Maintenance:** Reviewed with patient.

PHQ-2:
Q1 Little interest or pleasure in doing things: Not at all
Q2 Feeling down, depressed or hopeless: Not at all

No flowsheet data found.

**Labs:** Reviewed and discussed the most recent lab tests results with the patient.

**Assessment & Plan**

| | |
|---|---|
| 1. Encounter to establish care with new doctor | |
| 2. Need for prophylactic vaccination and inoculation against influenza | FLU VACCINE QUADRIVALENT P-FREE IM |
| 3. Vitamin D deficiency | cholecalciferol, VITAMIN D3, 2,000 unit capsule |
| 4. CKD (chronic kidney disease), stage II | |
| 5. Internal hemorrhoids | |
| 6. Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | LAB HEMOGLOBIN A1C |
| | LAB ALBUMIN CREATININE RATIO<br>LAB HEMOGLOBIN A1C<br>LAB CREATININE |
| 7. Dyslipidemia (*) | rosuvastatin (CRESTOR) 40 mg tablet |
| 8. Gastroesophageal reflux disease without | pantoprazole (PROTONIX) 40 mg delayed release tablet |

**Progress Notes by Rayhan, Kazi Z, MD at 10/19/22 0920 (continued)**

| | | |
|---|---|---|
| | esophagitis (*) | |
| 9. | Mild persistent asthma without complication (*) | PFT TESTING |
| | | albuterol 90 mcg/actuation HFA inhaler<br>SYMBICORT 80-4.5 mcg/actuation HFAA |
| 10. | History of non-ST elevation myocardial infarction (NSTEMI) (*) | |
| 11. | Chronic systolic heart failure (*) | |
| 12. | Psoriasis (*) | clobetasol 0.05 % (TEMOVATE) 0.05 % ointment |
| 13. | Coronary artery disease involving native coronary artery of native heart without angina pectoris (*) | |
| 14. | Screening for colorectal cancer | LAB FECAL IMMUNOCHEMICAL TEST |
| 15. | Neck mass | CT NECK SOFT TISSUE WITH CONTRAST |
| 16. | History of smoking | |
| 17. | Need for vaccination against Streptococcus pneumoniae | PNEUMOCOCCAL CONJUGATE PCV20 VACCINE |
| 1 | Risk factors | |

8. for obstructive sleep apnea

**Elaboration of Assessment & Plan above**:

The patient and I have reviewed his chronic diseases, medications and most recent lab tests results. Overall, the patient's chronic medical diseases listed above have remained stable/well-controlled with current medications.

Since he has not been requiring Symbicort 160-4.5 mcg/actuation inhaler on a regular basis, I have lowered the dose of Symbicort. I have advised him to take Symbicort twice daily and albuterol as needed.

Regarding his neck mass, I have ordered CT scan of neck with contrast. I have advised him to remain adequately hydrated on the day when he will be having CT scan of neck.

I have advised him to take 2000 units of vitamin-D daily.

All his other chronic diseases appear to have remained stable/well controlled with current medications. We have not made any other changes to his medication regimen.

I did recommend evaluation for sleep apnea. However, the patient declines to get evaluation for sleep apnea at this time.

He was advised to get additional labs drawn later today and see me about 3 to 4 weeks later in order for me to go over his chronic diseases more thoroughly.

Preventative Health care needs were addressed. He received a fit test kit for colorectal cancer screening. He received influenza and pneumonia vaccines today as well.

We have agreed to see each other about 3 to 4 weeks later. He was encouraged to contact me if he has any questions or concerns.

Total Time on encounter: In addition to time spent for establishment of care and annual wellness visit, at least an additional 45 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**Pre-visit planning (PVP)** for next visit (about 3 to 4 weeks later) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 10/19/22 1154

**END OF REPORT**

**Clinical Support Note by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 0920**

Author: Schoh, Carrie, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 10/19/22 1154 | Encounter Date: 10/19/2022 | Status: Signed
Editor: Schoh, Carrie, MEDICAL ASSISTANT (Medical Assistant)

Under the order of Kazi Z Rayhan, MD and supervision of Kazi Z Rayhan, MD the following is given.

**Immunizations Administered Administered**

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **INFLUENZA VACCINE** | 10/19/2022 | 0.5 mL | 8/6/2021 | Intramuscular |
| **Pneumococcal conjugate PCV20 Vaccine** | 10/19/2022 | 0.5 mL | 2/4/2022 | Intramuscular |

Electronically signed by Schoh, Carrie, MEDICAL ASSISTANT at 10/19/22 1154

**END OF REPORT**

**ED Provider Notes by Deigmann, Tara K, NP at 10/23/22 1334**

Author: Deigmann, Tara K, NP | Service: Medical | Author Type: Nurse Practitioner
Filed: 10/23/22 1403 | Date of Service: 10/23/22 1334 | Status: Signed
Editor: Deigmann, Tara K, NP (Nurse Practitioner)

**Robert J Loper 000008828980**

**ONALASKA - URGENT CARE**
**Date of Service:** 10/23/22

**Encounter Diagnosis**
The primary encounter diagnosis was Mass of left submandibular region. A diagnosis of Cellulitis of face was also pertinent to this visit.

**ED/UC Department Course**
Symptoms and medical history reviewed with patient. Discussed findings of physical exam and IV started for CT with contrast of the soft tissues of the neck which returns per radiology report below. Discussed with ENT on call and per their recommendation, patient was prescribed a course of augmentin for cellulitis and consult placed for evaluation in that department this week. Symptoms reviewed that would need reevaluation. Dr. Chaltry available for consult.

CT Neck Soft Tissue with Contrast
**Final Result**

Diffuse cellulitis involving primarily the left neck, no abscess collection.

Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be enlightening.

RESULTS COMMUNICATED TO: TARA K DEIGMANN, UCON
DATE/TIME CALLED: 10/23/2022 10:50 AM

The provider understood and acknowledged the results.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Physician Follow-up Appointment/Instructions/Discharge Medication Summary**
La Crosse - Otolaryngology

.

| | Status |
|---|---|
| **Otolaryngology Consult**<br>Comments: Order a LIMITED CT SCAN OF THE SINUSES, if the patient has chronic sinus problems.<br><br>Order a CONSULT TO AUDIOLOGY,if the patient has a hearing, balance, or ear problems.<br><br>Order a CONSULT TO SPEECH PATHOLOGY, if the patient has a speech problem.<br>Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) Provider: (Not yet assigned) | Ordered |

| Question | Answer | Comment |
|---|---|---|
| Reason for Consult? | submandibular mass | |
| Follow up in: | 3-4 | |
| Days/Weeks: | Days | |

**Medications At Discharge**

### Start Taking

**amoxicillin-clavulanate** 875-125 mg tablet
Commonly known as: AUGMENTIN
Take 1 Tablet by mouth 2 times daily for 7 days

### Discharge Instructions

Begin your antibiotics today.

Follow up with Otolaryngology next week.

The Patient Services Department at Gundersen Health System will be coordinating your pending appointments. You will receive your appointment information within the next few business days. If you have not received any information, please contact us at 608-775-2374.

### History of Present Illness

Patient presents with concern of increasing redness and swelling of the left cheek and neck. He established care with Internal Medicine on 10/19/22 after previous care had been at MHS. At that visit he expressed concern with enlargement of a mass in the left neck. He reports since earlier this year, the area becomes intermittently red and swollen. He has had surgery in this area for a "benign tumor" in the early 1980's while living in southern Ohio. He has been seen at the Neighborhood Family Clinic and prescribed antibiotics for cellulitis which did improve swelling temporarily. He was scheduled to have a CT with contrast this week, however redness and swelling has worsened over the last two days. He denies any fever or chills at home. He has not had any difficulty swallowing or breathing. He denies any mouth pain.

### Current Outpatient and Patient Reported Medications

Med List Status: Med History Complete ED/UC RN

Reviewed by Deigmann, Tara K, NP on 10/23/22 at 0921

| Medication | Sig |
|---|---|
| albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| blood sugar test strips | daily |
| cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| lancets 30 gauge Misc | daily |
| lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |

| | |
|---|---|
| metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| Multivitamin Cap | Take 1 Capsule by mouth Daily |
| nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |

No Known Drug Allergies
History reviewed. No pertinent past medical history.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.8 |
| • Smokeless tobacco: | Never Used |

Vaping Use

| | |
|---|---|
| • Vaping Use: | Never used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for facial swelling. Negative for sore throat and trouble swallowing.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain.
All other systems reviewed and are negative.

| Vital Signs First Value | Vital Signs Last Value (10/23/22 0828) |
|---|---|
| BP: 153/88<br>Pulse : 86<br>Temp: 36.7 °C (98 °F) | BP: 153/88<br>Pulse: 86 |

| | |
|---|---|
| Resp Rate: 18<br>O2 Sat (%): 98 %<br>Device (Oxygen Therapy): room air | Heart Rate (monitor):<br>Temp: 36.7 °C (98 °F)<br>Resp Rate: 18<br>O2 Sat (%): 98<br>O2 Device (Oxygen Therapy): room air<br>Flow (L/min): |

Physical Exam
General: A pleasant appearing patient who appears in no acute distress sitting erect on the examination table. Alert and oriented. Dressed appropriately. Vital signs and nursing notes reviewed.
Head: Atraumatic
Ears: Bilateral external auditory canals are clear, besides minimal cerumen. TMs are nonretracted and nonerythematous.
Nose: Nasal turbinates are without erythema or discharge.
Oropharynx: No erythema. Uvula rises in the midline. No masses. No exudate. Indurated mass located in the left neck and parotid gland, unable to assess cervical lymph nodes.
Cardiac: Regular rate and rhythm.
Lungs: Clear to auscultation bilaterally, no wheezes or crackles.
Skin: Mild erythema of the left cheek and neck. Difficult to assess through facial hair.

Procedure

Tara K Deigmann, NP

Electronically signed by Deigmann, Tara K, NP at 10/23/22 1403

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500**

Author: Ringstrom, Mark J, MD Service: — Author Type: Physician
Filed: 10/27/22 0700 Encounter Date: 10/26/2022 Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper 000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - ONALASKA**
October 26, 2022

**History of Present Illness:**
Robert J Loper is a 59 y.o. year old male who presents for evaluation of left facial and neck swelling/cellulitis. This is a strange case. Evidently Robert has had issues with left face and neck swelling for about a year. It has been subtle and mostly only noticeable to himself for most of this time, but back in August he had a significant exacerbation where he had significant eyelid edema, redness of the skin of the face neck and submental region as well as cellulitis affecting the pinna. He feels like it all started at once in all of these locations, not necessarily originating from the ear or eye or any other focal wound. He went into the Neighborhood Family Clinic and was treated with course of antibiotics. This rapidly improved his symptoms over first couple of days. The swelling remained, but the redness and intense cellulitis was resolved. This last weekend things took a turn for the worse again. Again it did not seem to occur for any particular reason or start in anyone anatomic site. He went into urgent care and was also given a course of Augmentin, with follow-up here today with me. He also had a CT scan done while he was in urgent care.

He does have a history of a left submandibular mass excision as young man. He is not clear exactly what this was for with the pathology was. He has a metallic foreign body in the midline submental region on his CT scan, and Robert is unaware of but that may be or why it is there.

Medical history significant for prediabetes, overweight/obesity, alcohol use.

Denies any active dental disease.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Bilateral canals clear. TMs intact. Middle ears aerated.
Nose: nares normal, septum midline, mucosa normal, no drainage or sinus tenderness
Oral Cavity/Oropharynx: Several previous dental extractions. No evident active dental or periodontal disease. Oral cavity and oropharynx otherwise are unremarkable. No asymmetric swelling. His parotid is full but the buccal space is otherwise soft
Neck: Significant diffuse asymmetric fullness of the tail of parotid level 2 and 3 neck. He has a small firm level 5 lymph node, perhaps 15 mm diameter on the posterior aspect of the zone of edema. Edema goes into the some and tubular and submental space. Everything below the hyoid is essentially soft without involvement

**Imaging:**
I reviewed his CT scan again. He has a diffuse cellulitis with fat stranding of the left face and neck. There is a bone density or metallic density foreign body in the midline submental subcutaneous space. No focal abscesses. Pharynx unremarkable. Sinuses unremarkable. No sign of dental origin. Multiple reactive lymph nodes throughout the neck

**Assessment / Plan:**
Chronic left facial and neck swelling, with acute cellulitic exacerbation

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

This is very strange situation. I cannot quite say what the cause of the underlying left-sided inflammation and swelling is, or what is leading to these acute exacerbations.

He is responding well to antibiotics. I prolonged this course for a total of 2 weeks of Augmentin since he is going out of town for the next 2 weeks. I would like to see him back in about 3 weeks. He has a lymph node that I think we need to excise to evaluate for any more worrisome underlying pathology.

Mark J Ringstrom, MD

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 10/27/22 0700

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 11/15/22 0840**

Author: Rayhan, Kazi Z, MD | Service: — | Author Type: Physician
Filed: 11/15/22 1020 | Encounter Date: 11/15/2022 | Status: Signed
Editor: Rayhan, Kazi Z, MD (Physician)

**Robert J Loper 000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**November 15, 2022**

**Chief Complaint**
Patient presents with
- Disease Management

**HPI:**

The patient comes to see me regarding management of his chronic diseases. I saw him recently on October 19th. At that time, I have ordered multiple labs and CT scan of soft tissue of neck.

The patient was seen in the Onalaska Urgent Care on October 23rd. At that time, he actually did have CT scan of neck for evaluation. CT scan of neck showed diffuse cellulitis and ill-defined mass in the left side of his neck. Radiologist documented that differential diagnosis include neoplasm or other infiltrating lesions.

The patient was then seen by 1 of our ENT specialists on October 26th. He is now scheduled for a lymph node excision on November 17th.

The patient was given a prescription for Augmentin for 7 days on October 23rd by the provider in the urgent care. Dr. Ringstrom extended the course of antibiotic by another week. The patient finished taking Augmentin on November 6th.

Today, he denies having any acute symptoms. He is quite concerned about his neck mass. Today, he denies having any increased warmth, redness or any acute pain in his neck.

The patient denies having any headaches. He did not report having any difficulty breathing.

He has been taking all his medications as prescribed.

**Patient Active Problem List**

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis (*)
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg | Take 1 Tablet by mouth 2 times daily |

| | |
|---|---|
| tablet | |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

**Current Medications**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, | Take 1 Capsule (2,000 Units) by mouth daily |

| | |
|---|---|
| 2,000 unit capsule | |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • SYMBICORT 80-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma/COPD. Use Daily regarding of sympotms |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Family History**

No family history on file.

**Social History**

Socioeconomic History
- Marital status: Married
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Occupation: Prosthetist

Tobacco Use
- Smoking status: Former Smoker
  - Packs/day: 1.00
  - Years: 15.00
  - Pack years: 15.00
  - Quit date: 1992
  - Years since quitting: 30.8
- Smokeless tobacco: Never Used

Vaping Use
- Vaping Use: Never used

Substance and Sexual Activity
- Alcohol use: Not on file
- Drug use: Not on file
- Sexual activity: Not on file

No Known Drug Allergies

**Review of systems:** Negative except for what is noted in HPI above.

**Physical Exam:**

BP 138/89 | Pulse 80 | Wt 106.6 kg (235 lb 1.6 oz) | BMI 30.33 kg/m²

The patient appears comfortable. No apparent distress noted.

He has a relatively large mass over the entire left side of anterior neck. The mass is firm upon palpation no tenderness noted. No increased warmth or erythema noted.

The patient is breathing comfortably.

Cranial nerves 2-12 are grossly normal.

The patient is fully alert and oriented.

**Assessment & Plan**

| | | |
|---|---|---|
| 1. | Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | |
| 2. | Chronic systolic heart failure (*) | |
| 3. | Gastroesophageal reflux disease without esophagitis (*) | |
| 4. | Mild persistent asthma without complication | |
| 5. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 6. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | |
| 7. | Vitamin D deficiency | LAB 25-HYDROXY VITAMIN D |
| 8. | Preventative health care | LAB MAGNESIUM |

**Elaboration of Assessment & Plan above**:

I have reviewed the patient's chronic diseases, medications and most recent lab test results. I have also reviewed the results of CT scan of neck and notes written by the provider in the urgent care and by the patient's ENT specialist.

At this time, I have advised him to see me about 6 months later. He will get labs drawn again before his appointment.

Blood pressure readings are towards the upper end of normal. I have emphasized the importance of healthier lifestyle to improve blood pressure readings. For now, he will continue with his current medications for blood pressure. He was instructed to get his blood pressure readings checked by 1 of our medical assistants about 4 weeks from now.

I have emphasized the importance of keeping his appointment with his ENT specialist on November 17th.

We have reviewed preventative care needs. He was instructed to get COVID-19 booster vaccine from a pharmacist during the next couple of weeks.

The patient was encouraged to contact me if he has any questions or concerns.

**Pre-visit planning (PVP)** for next visit (in April, 2023) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 11/15/22 1020

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430**

| | | |
|---|---|---|
| Author: Ringstrom, Mark J, MD | Service: — | Author Type: Physician |
| Filed: 11/18/22 1123 | Encounter Date: 11/17/2022 | Status: Signed |
| Editor: Ringstrom, Mark J, MD (Physician) | | |

**OTOLARYNGOLOGY HEAD & NECK SURGERY PROCEDURE NOTE**

11/17/2022
Robert J Loper
000008828980

**PROCEDURE:**
1. Excision of left neck level 5 lymph nodes; CPT 38510

**SURGEON:** Mark J Ringstrom, MD.

**PRE-OPERATIVE DIAGNOSIS:** Diffuse neck swelling.

**POST-OPERATIVE DIAGNOSIS:** same.

**ANESTHESIA:** General

**OPERATIVE FINDINGS:**
Cluster of enlarged lymph nodes left neck level 5

**DESCRIPTION OF PROCEDURE:**
A time-out was performed. Risks and benefits were discussed including the risk for hematoma or bleeding due to his current Plavix use.

In the clinic operating suite the left neck was inspected. There was a palpable node in left neck level 5b, largely behind the area of diffuse cutaneous/subcutaneous swelling which was largely anterior to the sternocleidomastoid. The planned incision was marked, cleansed with alcohol, then injected with lidocaine with epinephrine. Sterile prep and drapes were applied.

A 25 mm incision was made. Dissection was carried down through the platysma. The conglomeration of lymph nodes was dissected. The largest was about 1 cm in size. Bipolar cautery was used throughout to help

insure hemostasis. The majority of the specimen was sent fresh for cytology/pathology with note for potential lymphoma workup. Portion was also sent for tissue culture. The wound was inspected for hemostasis. Closure of the platysma was done with Vicryl. Skin was closed with deep dermal Vicryl followed by Prolene on the skin surface.

**COMPLICATIONS:** None.

**EBL:** 10 mL
**FLUIDS:** See anesthesia record
**CONDITION:** Stable

Mark J Ringstrom, MD

Electronically signed by Ringstrom, Mark J, MD at 11/18/22 1123

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900**

Author: Ringstrom, Mark J, MD | Service: — | Author Type: Physician
Filed: 11/23/22 1606 | Encounter Date: 11/23/2022 | Status: Addendum
Editor: Ringstrom, Mark J, MD (Physician)
Related Notes: Original Note by Ringstrom, Mark J, MD (Physician) filed at 11/23/22 1605

**Robert J Loper 000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
November 23, 2022

**History of Present Illness:**
Robert J Loper comes in today for recheck of his left neck, suture removal, and discussion of pathology. I had talked with him last night to relate the diagnosis.

He tells me the neck surgical site is doing well. No concerns there.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Oral Cavity/Oropharynx: Oral cavity and oropharynx look good. No asymmetric mass effect. No edema
Neck: Diffuse firm pitting edema of the left upper neck, sub mentum and extending over to the right submandibular region. surgical site in the left base of neck looks good. Prolene sutures removed

**Pathology:**

GUNDERSEN
HEALTH SYSTEM

PATHOLOGY REPORT

*Important note to patients: Gundersen Health System believes that sharing your results with you can improve the patient experience. We also know that pathology reports can be complicated. Any questions can be addressed when you are contacted by your health care provider or when you see them in follow-up.*

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **LOPER, ROBERT J** | | | **Pathology #:** | **S22-31070** |
| Med. Record. No.: | 8828980 | Age: | 60 | Date of Procedure: | 11/17/2022 |
| Date of Birth: | | Sex: | M | Date Received: | 11/18/2022 7:49:32 AM |
| Submitted by: | Mark J Ringstrom | | | | |
| Report also to: | Kazi Z. Rayhan | | | | |

**DIAGNOSIS:**

Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a salivary gland tumor nodule that is totally replaced by malignancy,

CLINICAL INFORMATION:
Diffuse neck swelling, concern for lymphoma

SPECIMEN(S) RECEIVED:
Left neck level 5 node

GROSS DESCRIPTION:
Received fresh is a partially fragmented, 1.7 x 1.4 x 0.9 cm, firm, tan-white lymph node. Sectioning reveals focal necrosis. A Touch preparation is performed and stained with Diff-Quik for pathologist review. A portion of the tissue is placed and held in RPMI. Representative tissue submitted for permanent sections in A1 and A2.

**Immunohistochemistry Results**

Formalin-fixed, paraffin-embedded tissue is utilized. Tissue sections are incubated with the following antibodies. Controls stain appropriately. Complete procedural methodology is available upon request. Results indicated below:

Material: Block A1

| Marker For: | Result | Comment |
|---|---|---|
| p40 | Negative | |
| TTF-1 (8G7G3/1) | Negative | |
| Cytokeratin 7 | Positive | |
| Cytokeratin 20 | Negative | |



**Assessment / Plan:**

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900 (continued)**

Salivary ductal carcinoma left neck, likely submandibular origin

I was very sorry to share the diagnosis with Bob. We talked about next steps. I have him on the schedule for PET scan on Friday. I have discussed his case with Colin and Gil. He is set up to see radiation oncology immediately following, and Medical Oncology next week. Dr. Harmon has already requested tumor markers on the specimen to help direct treatment.

Depending on the appearance of PET scan we may want to consider sampling the skin to look for a dermal metastasis type picture. I mentioned this as a possibility to Bob, but we will see with the PET scan shows.

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1605
Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1606

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 11/25/22 1630**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 11/28/22 0807 | Encounter Date: 11/25/2022 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

## RADIATION ONCOLOGY - NEW PATIENT

November 25, 2022
Robert J Loper
000008828980

**REQUESTING PROVIDER:** Ringstrom, Mark J, MD

**REASON FOR NEW PATIENT REFERRAL:** Salivary duct adenocarcinoma

**HISTORY OF PRESENT ILLNESS:**
Robert J Loper is a 60 y.o. male who presented in the late summer because of left facial and neck swelling. It was initially felt to be related to cellulitis and he was placed on antibiotics. And the redness and intense cellulitis resolved but there was some swelling that is still remained. In mid to end of October symptoms again worsened and he went into urgent care and was given an additional course of Augmentin. He had a CT scan done of the neck that showed an ill-defined mildly hyper enhancing masslike lesion in the region of the left

submandibular gland with poorly defined margins and adjacent mildly enlarged platysma and left sternocleidomastoid muscle. There was also cervical lymphadenopathy. Differential included tumor and other infiltrative process and he was referred to ENT, and when symptoms and swelling did not completely resolve on antibiotics he had excision of a left neck lymph node level 5 on November 17, 2022 and it showed adenocarcinoma consistent with salivary duct origin. He was then set up for a PET scan which was done earlier today.

He does not sleep well because of "congestion" in chest and neck and that is worse in AM and gets better as day goes on. No dysphagia or odynophagia.

Smoking History: 15 pack year and quit in 1992

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Family History**

No family history on file.

**Patient Active Problem List**

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking

No Known Drug Allergies

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |

| | |
|---|---|
| | (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • predniSONE 20 mg tablet | Take 3 Tablets (60 mg) by mouth daily for 3 days, THEN 2 Tablets (40 mg) daily for 3 days, THEN 1 Tablet (20 mg) daily for 3 days. |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

No current facility-administered medications for this visit.

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |

| | |
|---|---|
| • Highest education level: | Not on file |
| Occupational History | |
| • Occupation: | Prosthetist |
| Tobacco Use | |
| • Smoking status: | Former Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Quit date: | 1992 |
| Years since quitting: | 30.9 |
| • Smokeless tobacco: | Never Used |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not on file |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Primary Care Provider: Primary Care Providers:
Rayhan, Kazi Z, MD

**REVIEW OF SYSTEMS:**
Complete review of systems was done and is negative except for what is in the history.

**CONTRAINDICATIONS TO RADIATION THERAPY:**
No contraindications to radiation. No history of prior radiation, lupus, scleroderma, chron's disease, ulcerative colitis, or pacemaker/defibrilator.

**PERFORMANCE STATUS:** KPS: 90

**PHYSICAL EXAMINATION:**

| Vitals | 10/23/2022 | 11/15/2022 |
|---|---|---|
| **Systolic** | 153 | 138 |
| **Diastolic** | 88 | 89 |
| **Pulse** | 86 | 80 |
| **Temperature** | 36.7 C | - |
| **Respiration** | 18 | - |
| **Weight (kg)** | - | 106.641 kg |
| **Weight (lb/oz)** | - | 235 lb 1.6 oz |
| **Height (cm)** | - | - |
| **Height (ft/in)** | - | - |
| **BMI** | - | 30.33 kg/m2 |
| **BSA** | - | 2.36 m2 |

Some recent data might be hidden

Constitutional: Patient is alert and oriented
Patient is in no acute distress.

Eyes: extra ocular movements intact, sclera anicteric.
Head, Ears, Nose Throat: Normocephalic, atramatic, Moist mucous membranes, no thrush.
-he has fairly indurated skin of the left neck that crosses midline below chin and and has the appearance of lymphedema versus dermal involvement by carcinoma
Lymphatics: No cervical, supraclavicular, or axillary adenopathy.
Respiratory: Lungs are clear to ausculatation bilaterally.
Cardiovascular: Heart is regular rate and rhythm.
GI: Abdomen is soft, non-tender, non-distended, positive bowel sounds.
Extremeties: warm with no edema.
Neuro exam: EOMI, cranial nerves 2-12 grossly intact.
Psyciatric: mood and affect appropriate

**PATHOLOGY**: **11/17/22 DIAGNOSIS:**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.
COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a salivary gland tumor nodule that is totally replaced by malignancy,

**IMAGING**:
**PET scan November 25, 2022** IMPRESSION:
Extensive bilateral metastatic cervical adenopathy, suspicion of infiltration into the surrounding tissues
Focal activity in the left submandibular gland consistent with malignancy
Probable invasive disease of the left sternocleidomastoid muscle
Activity in the left thyroid, suspicious for metastasis. Primary thyroid malignancy is not entirely excluded
Asymmetric activity in the right tonsil which may be metastatic disease or second primary
Metabolically active left axillary node highly suspicious for metastatic disease

**CT neck October 23, 2022** IMPRESSION:
Diffuse cellulitis involving primarily the left neck, no abscess collection.
Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be enlightening.

**Lab:**
**Lab Only on 11/22/2022**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • CREATININE | 11/22/2022 | 1.13 | 0.67 - 1.17 mg/dL | Final |
| • ESTIMATED GFR | 11/22/2022 | 74 | mL/min/1.73m2 | Final |

**INVESTIGATIONS:**
I have personally reviewed the pertinent pathology and imaging and lab tests. Pertinent findings noted above

**Cancer Staging**
No matching staging information was found for the patient.

**ASSESSMENT:**
Robert J Loper is a 60 y.o. male with the above diagnosis and staging still in process as waiting for PET scan report. I am concerned that the left axilary LN is not simply reactive, but is metastatic disease. But if so it is still only 1 site of metastases could potentially be treated along with head and neck. He will need a biopsy of that lymph node to help clarify. He will meet with Dr. Harmon next week.

**MEDICAL DECISION MAKING/RECOMMENDATIONS:**
- After reviewing the above information and talking with the patient, I recommend radiation treatment as part of his treatment regimen to H&N and then also SBRT or surgery to axillary LN as oligo met.
  He is a candidate for chemotherapy. He will be seeing Dr. Harmon next week. Additional testing has been sent out on his tumor because Chemo selection will be based on molecular testing (her2, androgen receptor status, and NGS) and those results are pending
- I explained that radiation begins with a treatment planning session and would require making a custom immobilization device. XRT involves daily treatment, Monday-Friday, 5 days per week for approximately 7 weeks and each treatment is about 30 minutes long..
- I discussed risks, benefits, alternatives, and side effects of radiation including but not limited to the following acute and late effects:
  - Acute effects may include, but are not limited to, fatigue, dysphagia/odynophagia, cough, chest pain or shortness of breath, xerostomia. He may develop thick secretions that could cause gagging,nausea, vomiting. He is likely so have some radiation skin reactions that could include erythema, dermatits, and/or desquamation.
  - Potential late effects may include, but are not limited to, secondary malignancies, esophageal scarring, long term dysphagia or odynophagia, spinal cord damage and hypothyroidinsm, brachial plexus damage, xerostomia, dental carries and other dental issues, risk of radiation necrosis of soft tissue or bone.
  - He would also likely need supportive care which could include a dental evaluation (and teeth pulled if needed prior to radiation), feeding tube, consult and follow up with dietitian
- pt understands and desires to proceed with biopsy of left axillary LN with either IR or breast center and then go over results.
- -has appt with medonc next week.
- Patient was given my card and told he can call if other questions or concerns arise

**This note was partially constructed using the M-Modal fluency direct speech recognition medical dictation system. All attempts have been made to review for accuracy; although, some nonsensical information may persist despite proofreading.**

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 11/28/22 0807

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 12/04/22 1100 | Encounter Date: 12/2/2022 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 02, 2022

Consulting Provider: Gil E Harmon, MD

Requesting Provider: Mark J Ringstrom, MD

Reason for Consultation: New diagnosis of **salivary ductal carcinoma.**

Stage: IV

History of Present Illness: Robert J Loper is a 60 y.o. male who presents for initial medical oncology consultation.

--Noted about a year ago that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--He notes 2 weeks of cough and dyspnea as well, which is new. He is very active and continues to work.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

| | |
|---|---|
| • Occupation: | Prosthetist |
| Tobacco Use | |
| • Smoking status: | Former |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |
| Years since quitting: | 30.9 |
| • Smokeless tobacco: | Never |
| Vaping Use | |
| • Vaping Use: | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Family History**

| Relation | Problem | Comments |
|---|---|---|
| Sister | Cancer-Melanoma | |

**Current Medications**

| Medication | Sig |
|---|---|
| • levoFLOXacin (LEVAQUIN) 750 mg tablet | Take 1 Tablet (750 mg) by mouth daily for 7 days |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg | Take 1 Tablet (145 mg) by mouth every morning For |

| | |
|---|---|
| tablet | cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

No Known Drug Allergies

Physical Examination:
Performance Status: ECOG: 0
BP 137/65 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 94 | Wt 104.6 kg (230 lb 8 oz) | BMI 29.74 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: L neck lymphadenopathy/enlarged submandibular salivary gland palpable.
SKIN: Area of induration in the L submandibular region noted.
LUNGS: Course breath sounds throughout.

Laboratory Data: Flu/Covid swab negative.

Imaging: CXR today concerning for pna.

Pathology: As above

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**
2. Acute cough

--Pna noted on CXR. Treating with quinolone d/t recent Augmentin exposure just prior to the cough started 2 weeks ago

--Otherwise discussed his new cancer diagnosis. Discussed the nature of salivary ductal ca.
--Discussed incurable nature of the disease at this stage
--Discussed that this is treatable. Tx based on receptor findings
--If Her2 returns positive then will favor Q3 week TCH. 6 cycles followed by maintenance Herceptin.
--If Her2 negative would favor CAP chemo x 6 cycles then obs.
--Each of these is predicated on good echo findings as it relates to LVEF
--Discussed need for port
--Discussed need for full NGS
--Discussed AR+ status and the ability to use ADT, which is regarded as a second line approach.
--Discussed clinical trial referral if he would so desire. He does not favor at this time.
--Discussed prognosis measured in short years on average.

PLAN
--CXR today as above. Treat for pna with levaquin x 7 days.
--HER2 results pending. Will wait on that result and then will coordinate tx from there.
--Needs NGS. Will need port and limited echo.

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/04/22 1100

**END OF REPORT**

**Clinical Support Note by Pfaff, Krista L, RN at 12/02/22 1500**

Author: Pfaff, Krista L, RN    Service: —    Author Type: Registered Nurse
Filed: 12/05/22 1417    Encounter Date: 12/2/2022    Status: Signed
Editor: Pfaff, Krista L, RN (Registered Nurse)

**Nurse Navigator Coordination of Treatment Note**
Robert, along with his wife (Linda), were seen in conjunction with Dr. Robert for treatment of his cancer. Coordination of care has been subsequently initiated to get all appointments arranged for the patient.

The providers would like to have the patient set up for:
-Additional Imaging: No further imaging is needed.
-Additional Testing: ECHO- to assess heart function prior to starting therapy.
-Medical Oncology recommendations: Dr. Harmon has discussed 3 options for treatment for Robert. We will have to wait on HER 2 results before a specific plan is placed. Robert notes that he wishes to be aggressive for his treatments. Pathology is hoping for HER2 results to be back by 12/6 or 12/7.
-Radiation Oncology recommendations: At this time, radiation is not recommended as a first line of treatment.
-Port Placement: Port placement is planned for December 8th.

I will continue to be in contact with the patient regarding all of these appointments and will be their point of contact if they have any questions or concerns (Krista Pfaff, ext: 50683)

Electronically signed by Pfaff, Krista L, RN at 12/05/22 1417

**END OF REPORT**

**Clinical Support Note by Pfaff, Krista L, RN at 12/02/22 2359**

Author: Pfaff, Krista L, RN    Service: —    Author Type: Registered Nurse
Filed: 12/07/22 0814    Encounter Date: 12/2/2022    Status: Signed
Editor: Pfaff, Krista L, RN (Registered Nurse)

**Head and Neck Cancer Conference Summary**
Date of Conference: 12/2/22
We discussed this patient prospectively.
Physicians involved in care: Ringstrom, Harmon, Driscoll

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Additional TESTING, IMAGING, PATHOLOGY, or REFERRALS recommended: ECHO to assess heart function. HER2 testing, PDL1 testing.

**TREATMENT RECOMMENDATIONS**: Recommendations include chemotherapy for systemic control. Will await HER 2 results to decide on chemotherapy regimen.

CLINICAL TRIALS available for this patient: NA

PROGNOSTIC INDICATORS (including: Social, physical, psychological concerns, co morbidities):
Robert presents with a history of some swelling in the neck that was previously treated for cellulitis but returned after treatment. Patient is an employee here at GHS and his hoping to work through much of his treatments. Is married and lives locally in Holmen, WI.

*This summary represents the general consensus from the multidisciplinary conference. The following disciplines are typically represented at this conference: Pulmonary, Cardiothoracic Surgery, Medical Oncology, Radiation Oncology, Pathology, Radiology, Palliative Care, Social Services, and the Clinical Trial team.

Electronically signed by Pfaff, Krista L, RN at 12/07/22 0814

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200**

Author: Harmon, Gil E, MD
Filed: 12/18/22 0929
Editor: Harmon, Gil E, MD (Physician)
Service: —
Encounter Date: 12/12/2022
Author Type: Physician
Status: Signed

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 12, 2022

**FOLLOWUP APPOINTMENT:**

**CC**: Start of therapy for salivary ductal carcinoma. CAP therapy. Consent and tx start today.

DIAGNOSIS: Salivary ductal carcinoma.

Stage: IV (distant disease bx confirmed)

ONCOLOGIC HISTORY:
--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2023. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--L axillary node bx confirmed as metastatic disease on 11/29/22

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Cough and breathing much improved since completion of antibx course that I prescribed at initial visit (see that note)
--Clinically he notes increasing fullness of the neck (lymphedema). This has progressed even within the past week
--He notes inability to lay flat otherwise d/t this neck swelling as it makes it hard for him to breathe.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis

- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 | Take 1 Tablet (40 mg) by mouth every morning For: |

| | |
|---|---|
| mg tablet | high cholesterol |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |

Physical Examination:
Performance Status: ECOG: 0
BP 120/90 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 76 | Temp 36.2 °C (97.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.5 kg (232 lb 8 oz) | BMI 30.00 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Neck lymphedema is extensive b/l. Nodules palpated mostly on the left with skin induration and discoloration noted in the region of level II/III
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Cr acceptable for cisplatin. CrCl calculated at 86 given age and weight

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy

Please see the oncologic history, updated by this author through today.

- Here for consent and start of CAP chemotherapy
- Choice of triplet regimen d/t extent and page of aggressive salivary gland histology
- Pt agrees to proceed and consent is obtained. Discussed AE profile including renal/ototoxicity, etc.

- Discussed myelosuppression risk. GCSF recommended and prescribed (10 daily injections)
- Discussed echo results (normal), and as such he is a candidate for adriamycin.
- Discussed supportive fluids on Friday and short interval followup with labs in a week
- Discussed 21d cycle length. Can extend to 28 days if needed. Restage with imaging after 3 cycles. Clinical monitoring of his neck throughout of course.
- Attempting to get hospital bed d/t his extensive neck lymphedema that impinges on his breathing if he lays flat.

**PLAN**
1) Treatment Wed
2) IVF 1L on Friday with Aloxi
3) Labs, OV with a PA, and IVF support at infusion for a liter (all next Wed)
4) Labs, OV, and treatment to follow around Jan 3

I recommend a hospital bed to be ordered for Robert based on Face to Face evaluation completed:12/18/22
.

Robert is unable to position self with an ordinary bed due to the following medical condition --neck lymphedema that impinges on airway in the supine position -- that is expected to last 1 month or longer. Body positioning for pain relief is not feasible with an ordinary bed.

He requires the head of bed to be elevated more than 30 degrees because of the aforementioned neck lymphedema caused by extensive regional spread of salivary gland cancer. . A bed that changes height to permit transfers to chair, wheelchair or standing position is not required. Frequent and/or immediate changes in body position is not required.
.
.Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/18/22 0929

**END OF REPORT**

**Clinical Support Note by Stadtler, Cheyenne T, RN at 12/12/22 1230**

| | | |
|---|---|---|
| Author: Stadtler, Cheyenne **T**, RN | Service: — | Author Type: Registered Nurse |
| Filed: 12/12/22 1307 | Encounter Date: 12/12/2022 | Status: Signed |
| Editor: Stadtler, Cheyenne T, RN (Registered Nurse) | | |

Bob is met today after his appointment with Dr.Harmon. He is given the Patient Info and the cisplatin, cyclophosphamide, and doxorubicin chemocare.com handouts. The NCI Chemotherapy and You Book was given, as well as Cancer Treatments and Your Cancer Care Team handouts.These are reviewed and discussed. Written consent is signed.

He verbalize understanding of the information discussed today.

Bob is scheduled for RN and treatment on 12/14/2022.

Electronically signed by Stadtler, Cheyenne T, RN at 12/12/22 1307

**END OF REPORT**

**Clinical Support Note by Pfaff, Teresa C, RN at 12/14/22 0815**

Author: Pfaff, Teresa C, RN | Service: — | Author Type: Registered Nurse
Filed: 12/14/22 0848 | Encounter Date: 12/14/2022 | Status: Signed
Editor: Pfaff, Teresa C, RN (Registered Nurse)

**December 2022**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14<br>Cycle 1 Day 1<br><br>Treatment Day | 15<br>Cycle 1 Day 2<br><br>Take 2 tabs dexamethasone in AM with food | 16<br>Cycle 1 Day 3<br><br>2:30pm Fluids/Aloxi Infusion<br><br>Take 2 tabs dexamethasone in AM with food | 17<br>Cycle 1 Day 4<br>Take 2 tabs dexamethasone in AM with food |
| 18<br>Cycle 1 Day 5 | 19<br>Cycle 1 Day 6 | 20<br>Cycle 1 Day 7 | 21<br>Cycle 1 Day 8<br><br>1:00pm Labs<br>2:00pm Appt w/ Lisa Gundersen PA-C<br>2:45pm Fluids | 22<br>Cycle 1 Day 9 | 23<br>Cycle 1 Day 10 | 24<br>Cycle 1 Day 11 |
| 25<br>Cycle 1 Day 12 | 26<br>Cycle 1 Day 13 | 27<br>Cycle 1 Day 14 | 28<br>Cycle 1 Day 15 | 29<br>Cycle 1 Day 16 | 30<br>Cycle 1 Day 17 | 31<br>Cycle 1 Day 18 |

**January 2023**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1<br>Cycle 1 Day 19 | 2<br>Cycle 1 Day 20 | 3<br>Cycle 1 Day 21 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

You will take Dexamethasone 2 tabs (8 mg) with breakfast for 3 days after each chemo treatment.

You can take Prochlorperazine (Compazine) 1 tab every 6 hours as needed for nausea/vomiting

You will receive  Aloxi through your port. This medication is in the same family as the Ondansetron. You should wait 48 hours after each chemo treatment to take your Ondansetron.

You can take Ondansetron (Zofran) 1 tab every 8 hours as needed for nausea starting 48 hours after each day 1 chemo treatment.

If you have a lot of nausea you can alternate both of the medicines for nausea. Example: take prochlorperazine (compazine), 4 hours later take ondansetron (zofran), 4 hours later take prochlorperazine (compazine), 4 hours later take ondansetron (zofran) Continue this schedule for a few days to get on top of you nausea.

If these recommendations are not working please call us at 608-775-1200 Monday-Friday 8:00-4:30 and after hours, holidays, and weekends please call 608-782-7300 and ask for the oncologist on call.

Electronically signed by Pfaff, Teresa C, RN at 12/14/22 0848

**END OF REPORT**

**Clinical Support Note by Stadtler, Cheyenne T, RN at 12/14/22 0815**

Author: Stadtler, Cheyenne **T**, RN | Service: — | Author Type: Registered Nurse
Filed: 12/14/22 0848 | Encounter Date: 12/14/2022 | Status: Signed
Editor: Stadtler, Cheyenne T, RN (Registered Nurse)

Robert is met in clinic today. He is given an updated/highlighted medication list. This are reviewed and discussed.

He verbalize understanding of the information discussed today and will call with any questions or concerns.

Messages are sent to nursing staff to follow up with patient on days 2 and 5 following their chemo treatment.

Electronically signed by Stadtler, Cheyenne T, RN at 12/14/22 0848

**END OF REPORT**

**Clinical Support Note by Stadtler, Cheyenne T, RN at 12/14/22 0815**

Author: Stadtler, Cheyenne **T**, RN | Service: — | Author Type: Registered Nurse
Filed: 12/14/22 0906 | Encounter Date: 12/14/2022 | Status: Signed
Editor: Stadtler, Cheyenne T, RN (Registered Nurse)

Zarxio will be initiated as out-patient. Patient is able to understand regimen and carry out injections. Teach back has been completed. He is given the How To Give a Subcutaneous Injection Handout and the kit is given and reviewed.

Electronically signed by Stadtler, Cheyenne T, RN at 12/14/22 0906

**END OF REPORT**

**Clinical Support Note by Johnson, Grace E, RN at 12/14/22 0815**

Author: Johnson, Grace E, RN | Service: — | Author Type: Registered Nurse
Filed: 12/14/22 1419 | Date of Service: 12/14/22 0815 | Status: Addendum
Editor: Johnson, Grace E, RN (Registered Nurse)
Related Notes: Original Note by Johnson, Grace E, RN (Registered Nurse) filed at 12/14/22 0947

Patient presents to infusion services La Crosse for first cycle of chemotherapy. Port site checked. Clean, dry, intact, tender, and ecchymotic. Dried blood present in surgical glue over port incision site. Neck incision clean, dry, and intact. Patient denies concerns with port and declines vascular device education handout.

Patient reports new bruise underneath right nipple since port access. Area is soft, ecchymotic, non-tender, and not warm to the touch. Denies pain or discomfort. Blood return noted. Per PA-C Williams, patient instructed to monitor area for increasing pain, swelling, or growth of ecchymosis. Seek care if concerns develop.

**Clinical Support Note by Johnson, Grace E, RN at 12/14/22 0815 (continued)**

Electronically signed by Johnson, Grace E, RN at 12/14/22 0947
Electronically signed by Johnson, Grace E, RN at 12/14/22 1419

**END OF REPORT**

**Clinical Support Note by Johnson, Grace E, RN at 12/14/22 0815**

Author: Johnson, Grace E, RN | Service: — | Author Type: Registered Nurse
Filed: 12/14/22 1423 | Date of Service: 12/14/22 0815 | Status: Signed
Editor: Johnson, Grace E, RN (Registered Nurse)

Today, Robert J Loper presents to Infusion Services for their first infusion treatment.

Diagnosis: Cancer of the salivary gland
Name of infusion medication(s): Doxorubicin, Cisplatin, Cytoxan
General orientation to Infusion Services completed: YES
Patient education handout, "What to Expect During your Infusion" is provided to the patient. YES
Patient is informed of Infusion Services website GHS Infusion Services
Learning Needs Assessment (LNA) reviewed: YES
Nursing determines patient is ready to learn: YES
Does patient have a supportive care person present? YES, wife Linda
Patient provided medication specific education from: NO
Patient requests disease specific education: NO
Education provided on medications patient can take at home prior to subsequent infusions: YES
Education provided on medication to take after infusion appointment: YES
Vascular access device education provided: NO
Education provided on what to expect during an Adverse Drug Reaction: YES

Verified with patient the next infusion appointment is scheduled:
Date of appointment: 12/16/22
Location: LAX INFUSION
Labs needed prior: NO

The late and no-show policy is reviewed with the patient:YES

Patient is instructed to contact the Infusion Services Schedulers for any infusion appointment related concerns. Patient is instructed to contact the ordering department for any disease or infusion related concerns after treatment today.

Patient has verbalized understanding of the above topics reviewed today during this first infusion appointment.

Electronically signed by Johnson, Grace E, RN at 12/14/22 1423

**END OF REPORT**

**Progress Notes by Gundersen, Lisa, PA-C at 12/21/22 1400**

Author: Gundersen, Lisa, PA-C | Service: — | Author Type: Physician Assistant
Filed: 12/27/22 1501 | Encounter Date: 12/21/2022 | Status: Signed
Editor: Gundersen, Lisa, PA-C (Physician Assistant)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 21, 2022

**FOLLOWUP APPOINTMENT:**

**CC**: one week tox check s/p cycle one cisplatin/cyclophosphamide/doxorubicin

DIAGNOSIS: Salivary ductal carcinoma.

Stage: IV (distant disease bx confirmed)

ONCOLOGIC HISTORY:
--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2023. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--L axillary node bx confirmed as metastatic disease on 11/29/22

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

Overall doing pretty well.
Continues to work FT
Appetite is good.
Drinking at least 2 L daily.

No nausea, vomiting.
Bowels - was constipated initially, now using Miralax.
Some PRBPR. No pain.
H/o anal fissures.

No chest pain, SOB, cough.
No dysphagia.
Neck mass already seems smaller.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)

- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For |

| | |
|---|---|
| | blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

Physical Examination:
Performance Status: ECOG: 0
BP 124/78 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 92 | Temp 36.8 °C (98.2 °F) (Temporal) | Resp 16 | Ht 187.5 cm (6' 1.82") | Wt 105.2 kg (232 lb) | BMI 29.93 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Neck lymphedema is extensive b/l. Nodules palpated mostly on the left with skin induration and discoloration noted in the region of level II/III
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic.
ANC 0.56 - low, c/w chemo sequela.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**

**Progress Notes by Gundersen, Lisa, PA-C at 12/21/22 1400 (continued)**

1. **Salivary gland carcinoma (*)**
2. Chemotherapy induced neutropenia (*)

Please see the oncologic history, updated by this author through today.

- S/p cycle one triplet regimen d/t extent and stage of aggressive salivary gland histology
- Pt agrees to proceed and consent is obtained. Discussed AE profile including renal/ototoxicity, etc.
- Myelosuppression risk of triplet regimen. GCSF recommended (10 daily injections)
- Echo normal and he is a candidate for adriamycin.
- Discussed supportive fluids on Friday and short interval followup with labs in a week
- Restage with imaging after 3 cycles.
- Now s/p one cycle and feels neck mass already responding, softer and smaller.
- On drug therapy requiring intensive monitoring for toxicity.
- Chemo induced neutropenia. ANC 0.56. Been consistent with GCSF. Precautions discussed.

**PLAN**
1/3/23 labs, MD visit and chemotherapy.

.Lisa Gundersen, PA-C

Total Time on encounter: 35 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Electronically signed by Gundersen, Lisa, PA-C at 12/27/22 1501

**END OF REPORT**

**Progress Notes by Huber, Heidi R, NP at 01/03/23 1000**

Author: Huber, Heidi R, NP Service: — Author Type: Nurse Practitioner
Filed: 01/03/23 1152 Encounter Date: 1/3/2023 Status: Signed
Editor: Huber, Heidi R, NP (Nurse Practitioner)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
January 03, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Cycle 2 cisplatin/cyclophosphamide/doxorubicin for Salivary ductal carcinoma.

**Impression/Plan:**
**Assessment**
1. **Other long term (current) drug therapy**
2. Salivary gland carcinoma (*)

Please see the oncologic history, updated by this author through today.

- Overall felt he tolerated cycle 1 well. Able to continue working during treatment.
- Proceed with cycle 2 today.
- Continue GCSF 10 daily injections. Script refilled.
- Found benefit from supportive fluids and antinausea last cycle will proceed with this again this cycle.
- Consult OT to help with lymphedema management of neck
- Continue clinical monitoring of his neck throughout course
- Continued blood noted in stool. Some constipation. Straining with bowel movements. Increase miralax use to daily. Monitor bleeding and if worsens consider need for scope.
- Recheck labs in 10 days given significant impact to counts (ANC) last cycle.
- Currently 21d cycle length. Can extend to 28 days if needed. Restage with imaging after 3 cycles.

**PLAN**
1. Treatment today as planned
2. 1L fluids/aloxi Friday afternoon in ONA.
3. Schedule with OT for lymphedema management
4. Lab draw only in 10 days
5. Lab, ov HH, and treatment to follow 1/24/23

**Oncology History**
**Salivary gland carcinoma (*)**

| | |
|---|---|
| 11/25/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br>Plan Provider: Kurt R Oettel, MD<br>Treatment goal: [No plan goal]<br>Line of treatment: Metastatic |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--neck fullness. felt originally improved, but back to pre-treatment swelling. More bruising.
--Breathing improved. Able to lay flat to sleep.
--No chest pain
--Urinary habits normal
--blood in stool. Ongoing since last visit 12/21/22. No frank blood. Constipation. Straining with bowel movements. Miralax helped constipation but not using daily.
--nausea. zofran effective
--Appetite and weight stable.
--Continues working during treatment
--No fever/chills
--tinnitus very mild.

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |

| | |
|---|---|
| tablet | |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |

Physical Examination:
Performance Status: ECOG: 0
BP 134/86 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 76 | Temp 36.5 °C (97.7 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 107.2 kg (236 lb 4.8 oz) | BMI 30.49 kg/m²
**General**: The patient appears comfortable and in no acute distress.Alert, oriented x3, cooperative
**Psych:** Mood and affect appropriate and congruent.
**HEENT**: There is no scleral icterus. Lymphedema and erythema of bilateral neck. Bruising to left neck.
**Lymphatic**: Nodules palpated on the left.
**Skin:** No significant rashes.
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.
**Abdomen**: The abdomen is soft, non tender, not distended. No masses or hepatosplenomegaly. Bowel sounds are present.
**Extremities:** No significant lower extremity edema.

Laboratory Data: Reviewed in Epic. Liver function normal. Kidney function stable. Blood counts recovered

nicely from last check and stable for treatment.

Imaging: As per oncologic history

Pathology: As per oncologic history

Heidi R Huber, NP

Electronically signed by Huber, Heidi R, NP at 01/03/23 1152

**END OF REPORT**

**ED/UC Note by Trybula, Brittney J, RN at 01/12/23 1239**

Author: Trybula, Brittney J, RN | Service: — | Author Type: Registered Nurse
Filed: 01/12/23 1242 | Date of Service: 01/12/23 1239 | Status: Signed
Editor: Trybula, Brittney J, RN (Registered Nurse)

Pt reports chest pain that started yesterday. Pt did take two nitro, which "helped a little". Reports that he was probably over exerting himself at work. He had midsternal chest pain with palpitations. Reports it as chest pressure that did not radiate anywhere. Is getting chemo/radiation for salivary gland cancer. Last night reported chest pain at 6/10. Today chest pressure continues but reports it at 2/10. Has a history of GERD. Reports N, but has zolfran for cancer treatment. Also reports diarrhea for past 5 days with intermittent blood in stool. A/Ox4, vitally stable.

Electronically signed by Trybula, Brittney J, RN at 01/12/23 1242

**END OF REPORT**

**ED Provider Notes by Zink, Robert S, MD at 01/12/23 1415**

Author: Zink, Robert S, MD | Service: — | Author Type: Physician
Filed: 01/16/23 1127 | Date of Service: 01/12/23 1415 | Status: Signed
Editor: Zink, Robert S, MD (Physician)

**Robert J Loper 000008828980**

**Assessment & ED/UC Department Course**

**Assessment**

**1. Atypical chest pain**

60-year-old male patient here for evaluation of chest pain. Started yesterday and has been persistent since that time. Describes as a pressure sensation without radiation. Did not have associated abdominal pain. Denies shortness of breath. Pain did not worsen with exertion. Has noticed that he is doing more belching. Denies cough or fevers. Has had some loose stools. Occasionally there is some small streaks of bright red blood. Took a nitroglycerin which seemed to help though he states that the improvement was noted approximately an hour later.

Examination
Vital signs and nurses notes are reviewed
Patient is not ill or distressed
Abdomen is protuberant soft and nontender
Chest wall stable without tenderness

Breath sounds equal and clear
Heart tones are regular
Extremities well-formed with no edema
Skin without rash

EKG obtained at presentation. My interpretation is normal sinus rhythm with upright T-waves and no acute abnormalities of the ST segments. There is no evidence of pericarditis, acute ischemia or infarction

Chest x-ray obtained and as per my interpretation reveals no acute infiltrates or mediastinal abnormalities. Radiologist agrees with interpretation

Multiple laboratory studies obtained and reviewed. White count 5.7 hemoglobin 12 abnormal white cells are present however this consistent with his previous diagnoses. Creatinine mildly elevated from his most recent testing but similar to creatinine from about a month ago. troponin is 19.

This troponin is not consistent with acute ischemia. The persistence of his chest pain for almost a full day would strongly speak against this being ischemic in nature. I do not believe there is any benefit from delayed troponin.

We discussed the uncertain cause of his chest pain. I did do a bedside ultrasound which did not reveal pericardial effusion. Patient will be followed with primary provider but will return to see us should he feel that he has significant worsening of his symptoms. He is on anticoagulation and do not think that this represents pulmonary embolism. I find no evidence of aortic disease. This is not clinically consistent. I do not find any other evidence of intra-abdominal or other intrathoracic disease

**Disposition:** Discharged

**Follow-up Appointment/Instructions/Discharge Medication Summary**
Rayhan, Kazi Z, MD

.

| | Status | . |
|---|---|---|
| **Discharge Follow up with PCP**<br>Comments: Primary Care Providers:<br>Rayhan, Kazi Z, MD<br>1836 SOUTH AVENUE LA CROSSE CLINIC-4TH FL<br>LA CROSSE WI 54601<br>Diagnosis - Atypical chest pain (primary encounter diagnosis)<br>Provider: (Not yet assigned)<br>Question: Reason for Consult: Answer: Nurse Follow-Up Call | Ordered | |

### Discharge Instructions

Return for fevers, coughing blood, abdominal pain, or any other worsening symptoms
Cool packs or Tylenol as needed for this discomfort
I find no evidence this represents any serious heart or lung problems

The Patient Services Department at Gundersen Health System will be coordinating your pending appointments. You will receive your appointment information within the next few business days. If you have not received any information, please contact us at 608-775-8388

**History of Present Illness**
HPI

**Physical Exam**

| Initial Vital Signs | Repeat (last) Vital Signs |
|---|---|
| BP: 123/75 | BP: 117/72 |
| Pulse : 93 | Heart Rate (monitor): 94 |
| Temp: 36.6 °C (97.8 °F) | |
| Resp Rate: 20 | |
| O2 Sat (%): 96 % | O2 Sat (%): 95 % |
| Device (Oxygen Therapy): room air | |

Physical Exam

Procedure

Condition at Discharge: Stable

**E / M Documentation**
MDM
Medications - No data to display
XR Chest 2 Views (PA and Lateral)
**Final Result**

No evidence of acute cardiopulmonary disease.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

Labs Reviewed

**LAB CREATININE - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|
| CREATININE | 1.23 (*) |

All other components within normal limits

**LAB GLUCOSE - Abnormal; Notable for the following components:**

| | |
|---|---|
| GLUCOSE | 159 (*) |

All other components within normal limits

**LAB HS-CTROPONIN, RANDOM - Abnormal; Notable for the following components:**

| | |
|---|---|
| HS-cTnT, RANDOM | 19 (*) |

All other components within normal limits

*Narrative:*

*A high-sensitivity troponin T result is considered normal or ruled out when less than or equal to 10 ng/L (females) or 15 ng/L (males). A result of 100 ng/L or higher is considered ruled in for AMI, with few exceptions (e.g. patient with end stage renal disease.) Results of 11-99 ng/L (female) or 16-99 (males) indicate myocardial injury but are INTERMEDIATE (inconclusive) for AMI and repeat testing in 2 hours is recommended to determine the delta (change from initial baseline test result).*

*Refer to the published testing algorithm for additional guidance. Like all laboratory tests, results should not replace clinical judgment.*

**LAB ELECTRONIC CBC - Abnormal; Notable for the following components:**

| | |
|---|---|
| RBC | 4.26 (*) |
| HEMOGLOBIN | 12.0 (*) |
| HEMATOCRIT | 36.8 (*) |
| PLATELET COUNT | 129 (*) |

All other components within normal limits

**LAB MANUAL DIFF WITH MORPH - Abnormal; Notable for the following components:**

| | |
|---|---|
| META MAN ABS | 0.17 (*) |
| MYELO MAN ABS | 0.06 (*) |
| PROMYELO MAN ABS | 0.06 (*) |
| IMM GRAN ABS MAN | 0.29 (*) |
| NRBC# ABSOLUTE | 0.11 (*) |

All other components within normal limits

**LAB BUN - Normal**

**LAB ELECTROLYTES - Normal**

**LAB CBC W/DIFF**

*Narrative:*

*The following orders were created for panel order CBC with Diff.*

*Procedure Abnormality*
*Status*
--------- ----------- ------
*LAB ELECTRONIC CBC[208794944]*
*Abnormal Final result*

*Please view results for these tests on the individual orders.*

**LAB HOLD TUBE FOR BLOOD**

*Narrative:*
*The following orders were created for panel order Extra Tubes.*
*Procedure Abnormality*
*Status*
--------- ----------- ------
*LAB BLUE HOLD #1[208795792]*
*Final result*

*Please view results for these tests on the individual orders.*

**LAB BLUE HOLD #1**

Electronically signed by Zink, Robert S, MD at 01/16/23 1127

**END OF REPORT**

**Progress Notes by Oettel, Kurt R, MD at 01/24/23 0900**

Author: Oettel, Kurt R, MD Service: — Author Type: Physician
Filed: 01/24/23 1621 Encounter Date: 1/24/2023 Status: Signed
Editor: Oettel, Kurt R, MD (Physician)

Robert J Loper 000008828980

Nurse Practitioner Adult Health - LA CROSSE
January 24, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Cycle 3 cisplatin/cyclophosphamide/doxorubicin for salivary ductal carcinoma.

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**

- Patient will receive cycle 3 of cisplatin cyclophosphamide and doxorubicin today and return for re-evaluation with PET imaging on the 9th of February
- Patient will have follow-up with Dr. Harmon on the 14th of February following that PET imaging
- Patient will have G-CSF for 12 injections not the current 10 and will start 2 days after treatment
- Will have supportive fluids following treatment on the 27th with Aloxi in addition to saline
- OT to help with lymphedema management of neck
- Continue clinical monitoring of his neck throughout course
- Continued blood noted in stool. Some constipation. Straining with bowel movements. Increase miralax use to daily. Monitor bleeding and if worsens consider need for scope.
- Recheck labs in 10 days given significant impact to counts (ANC) last cycle.
- Currently 21d cycle length. Can extend to 28 days if needed.

**PLAN**

Return in about 3 weeks (around 2/14/2023) for IMAGING, LAB, Harmon.

1/27- infusion in Onalaska (IVF + aloxi)
PET scan- Pt prefers 2/9 in the afternoon if available.
2/14- f/u with Harmon after PET scan (already scheduled)
2/14- chemotherapy, cycle 4
Labs day prior (2/13) arm draw, pt to present to lab

**Oncology History**
**Salivary gland carcinoma (*)**

| | |
|---|---|
| 11/25/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22 |

C1D1: 12/14/22
C2D1: 1/3/23

**Interval History**: January 24, 2023

- Patient is following up for routine evaluation with cycle 3 of treatment stating that since he was last seen he has been feeling reasonably well
- He is not noticed any worsening symptoms of next swelling however he has noticed a more ecchymosis within the neck
- He continues to do all of his routine daily activities including working full-time
- Appetite remains good and he is having little difficulty with swallowing
- He reports no problems with any infectious complications no fevers chills or night sweats
- Overall patient has tolerated treatment reasonably well

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |



**Lincoln/Loper 1449**

| | |
|---|---|
| tablet | |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

**Physical Examination:**

| Vitals | 1/12/2023 | 1/24/2023 |
|---|---|---|
| **Systolic** | - | 132 |
| **Diastolic** | - | 88 |
| **Pulse** | - | 72 |
| **Heart Rate (Monitor)** | 94 | - |
| **Temperature** | - | 36.6 C |
| **Respiration** | - | 20 |
| **Weight (kg)** | - | 109.226 kg |
| **Weight (lb/oz)** | - | 240 lb 12.8 oz |
| **Height (cm)** | - | 187.5 cm |
| **Height (ft/in)** | - | 6' 1.82" |
| **BMI** | - | 31.07 kg/m2 |
| **BSA** | - | 2.38 m2 |

Some recent data might be hidden

**General**: The patient appears comfortable and in no acute distress.Alert, oriented x3, cooperative
**Psych:** Mood and affect appropriate and congruent.

**HEENT**: There is no scleral icterus, oropharynx is clear. **There is marked bilateral neck swelling and adenopathy with patches of ecchymosis but no skin breakdown or evidence of infection**
**Lymphatic**: There is no cervical, or supraclavicular adenopathy.
**Skin:** No significant rashes.
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.
**Extremities:** No significant lower extremity edema.

Laboratory Data:
**Recent Results (from the past 168 hour(s))**

**Electrolytes**

| Result | Value | Ref Range |
|---|---|---|
| SODIUM | 138 | 135 - 146 mmol/L |
| POTASSIUM | 4.3 | 3.4 - 5.0 mmol/L |
| CARBON DIOXIDE-TOTAL | 23 | 22 - 29 mmol/L |
| CHLORIDE | 105 | 96 - 108 mmol/L |
| ANION GAP | 10 | 6 - 16 mmol/L |

**Calcium**

| Result | Value | Ref Range |
|---|---|---|
| CALCIUM | 9.4 | 8.8 - 10.2 mg/dL |

**Glucose**

| Result | Value | Ref Range |
|---|---|---|
| GLUCOSE | 241 (H) | 70 - 99 mg/dL |
| GLUCOSE HOURS FASTING | Non-Fasting | |

**BUN**

| Result | Value | Ref Range |
|---|---|---|
| BUN | 13 | 8 - 23 mg/dL |

**Creatinine**

| Result | Value | Ref Range |
|---|---|---|
| CREATININE | 0.96 | 0.67 - 1.17 mg/dL |
| ESTIMATED GFR | 90 | mL/min/1.73m2 |

**Albumin**

| Result | Value | Ref Range |
|---|---|---|
| ALBUMIN | 4.2 | 3.4 - 4.8 g/dL |

**Bilirubin,Total**

| Result | Value | Ref Range |
|---|---|---|
| BILIRUBIN, TOTAL | 0.2 | 0.0 - 1.3 mg/dL |

**AST**

| Result | Value | Ref Range |
|---|---|---|
| AST | 38 | 0 - 40 U/L |

**ALT**

| Result | Value | Ref Range |
|---|---|---|
| ALT | 30 | 0 - 41 U/L |

**ALKP**

| Result | Value | Ref Range |
|---|---|---|
| ALKP | 77 | 40 - 129 U/L |

**Magnesium**

| Result | Value | Ref Range |
|---|---|---|

**Progress Notes by Oettel, Kurt R, MD at 01/24/23 0900 (continued)**

| | | |
|---|---|---|
| MAGNESIUM | 1.6 | 1.6 - 2.4 mg/dL |

**LAB HEMG**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 3.58 (L) | 3.70 - 10.40 K/uL |
| RBC | 3.86 (L) | 4.50 - 5.80 M/uL |
| HEMOGLOBIN | 10.9 (L) | 13.6 - 16.7 g/dL |
| HEMATOCRIT | 33.3 (L) | 41.0 - 50.0 % |
| MCV | 86.3 | 82.0 - 99.0 fL |
| MCH | 28.2 | 27.0 - 32.0 pg |
| MCHC | 32.7 | 32.0 - 36.0 g/dL |
| PLATELET COUNT | 138 (L) | 140 - 385 K/uL |
| RDW-CV | 15.9 (H) | 11.8 - 15.6 % |
| RDW-SD | 48.4 | 34.0 - 50.0 fL |
| ABS NEUT ELECTRONIC | 1.45 (L) | 2.00 - 8.70 K/uL |
| ABS IMMATURE GRAN ELECTRONIC | 0.04 | 0.00 - 0.04 K/uL |
| NRBC # ABSOLUTE | 0.00 | 0.00 - 0.05 K/uL |

.

Imaging: As per oncologic history

Pathology: As per oncologic history

Kurt R Oettel, MD

Electronically signed by Oettel, Kurt R, MD at 01/24/23 1621

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 01/26/23 0800**

Author: Betlach, Paula M, OT    Service: —    Author Type: Occupational Therapist
Filed: 01/26/23 1033    Encounter Date: 1/26/2023    Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**Robert J Loper    000008828980**

**OCCUPATIONAL THERAPY - LA CROSSE**
**February 09, 2023**

**REPORT TITLE:**
LYMPHEDEMA INITIAL EVALUATION

**IDENTIFYING DATA:**
Age: 60 y.o.

Gender: Male

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

**SUBJECTIVE**

**History of Present Illness:**
No chief complaint on file.

Prior Level of Function: He has had facial edema since summer 2022.
Mechanism of Injury/History of Present Illness: Salivary gland carcinoma
Precautions : Lymphedema

**Occupational Profile:**
Reason for referral: Lymphedema management
Patient goals: Decrease facial and neck edema, improve neck ROM

Medical history review: Expanded - detailed history.

**Medical History:**
Relevant Medical History/Surgery:
No past medical history on file.

| | **1/26/2023 10:03 AM CST - Filed by Paula M Betlach, OT** |
|---|---|
| I. Physical Concerns | |
| 1. The amount of pain associated with my lymphedema is: (range: 0 [no pain] - 4 [severe pain]) | 1 |
| 2. The amount of limb heaviness associated with my lymphedema is: (range: 0 [no heaviness] - 4 [extremely heavy]) | 1 |
| 3. The amount of skin tightness associated with my lymphedemia is: (range: 0 [no tightness] - 4 [extremely tight]) | 3 |
| 4. The size of my swollen limb(s) seems: (range: 0 [normal size] - 4 [extremely large]) | 3 |
| 5. Lymphedema affects the movement of my swollen limb(s): (range: 0 [no movement] - 4 [extremely limited]) | 3 |
| 6. The strength in my swollen limb(s) is: (range: 0 [normal | 1 |

| | **1/26/2023 10:03 AM CST - Filed by Paula M Betlach, OT** |
|---|---|
| strength] - 4 [extremely weak]) | |
| II. Psychosocial Concerns | |
| 7. Lymphedema affects my body image (how I think I look): (range: 0 [not at all] - 4 [completely]) | 4 |
| 8. Lymphedema affects my socializing with others. (range: 0 [no interference] - 4 [interferes completely]) | 2 |
| 9. Lymphedema affects my intimate relations with spouse or partner (rate 0 if not possible). (range: 0 [no interference] - 4 [interferes completely]) | 0 |
| 10. Lymphedema "gets me down" (i.e., I have feelings of depression, frustration, or anger due to the lymphedema). (range: 0 [never] - 4 [constantly]) | 2 |
| 11. I must rely on other for help due to my lymphedema. (range: 0 [not at all] - 4 [completely]) | 0 |
| 12. I know what to do to manage my lymphedema. (range: 0 [good understanding] - 4 [no understanding]) | 3 |
| III. Functional Conerns | |
| 13. Lymphedema affects my ability to perform self-care activities (i.e., eating, dressing, hygiene). (range: 0 [no interference] - 4 [interferes completely]) | 1 |
| 14. Lymphedema affects my ability to perform routine home or work-related activities. (range: 0 [no interference] - 4 [interferes completely]) | 1 |
| 15. Lymphedema affects my performance of preferred leisure activities. (range: 0 [no interference] - 4 [interferes completely]) | 0 |
| 16. Lymphedema affects the proper fit of cloting/shoes. (range: 0 [fits normally] - 4 [unable to wear]) | 0 |
| 17. Lymphedema affects my sleep (range: 0 [no interference] - 4 [interferes completely]) | 1 |
| IV. Infection Occurence | |
| 18. In the past year, I have become ill with an infection in my swollen limb requiring oral antibiotics or hospitalization. | 2X |
| Lymphedema Scale Total Score (range: 0 - 68) | 26 |
| Lymphedema Scale % Impairment (range: 0 - 100) | 38.24 |

History of Falls: No.
At Risk for Falls: No.

**Current Work Status:**
Current Work Status: He is working but having time off for medical appointments, recovery after chemotherapy.

**Employer Information:**
Employer: Gundersen Health System, started in July 2022
Occupation: Orthotist Prosthetist

**Environment:** Lives with wife, Linda in a multi-level home. 4 children and 4 grandchildren

Regular Exercise:
Walking

**PAIN:**
Area/description of pain:
- Swelling in the neck and face (particularly under left eye).
- Left greater than right and submental edema.

Pain intensity currently in sitting: 1/10 at rest Pain with stretching causes pain Left side of neck.

Alleviating factors: Subsides a little when getting up and about

Previous treatment:
Compression bandaging: no
Compression garments: no
Manual lymphatic therapy: no

**Sleep:**
Sleep disturbance/any change in edema:
- Congestion with head and neck edema affects sleep quality.
- He is now sleeping in bed.
- Has a reclining hospital bed on order.
- When he had pneumonia he was sleeping in a recliner.
- Fatigue with chemotherapy treatments

**Activities of Daily Living:**
Activities which patient is having difficulty performing:
DRESSING: okay
EATING: Normal diet. Taste is affected.
BATHROOM NEEDS: Okay
HOMEMAKING: Active with meal prep as endurance allows.
DAILY TASKS: Decreased to look down due to neck edema I.e. computer work
DRIVING: Limited Neck range, Uses trunk ROM to compensate
MOBILITY: No assistive device

**Lymphedema:**
Shortness of Breath: No.
Dizziness: Yes, some after treatment.
Paresthesia: Yes, numbness in left neck after biopsy.

**OBJECTIVE**

**Areas Affected:**

| | Right | Left |
|---|---|---|
| Face | x | x |
| Neck | x | x |
| Trunk | x | x |
| Back | | |
| Abdomen | | |
| Breast | | |
| Axilla | | |
| Upper Arm | | |
| Forearm | | |
| Hand | | |
| Genitalia | | |
| Upper Leg | | |
| Lower Leg | | |
| Foot | | |

**SWELLING SEVERITY:**
Patient exhibits the following swelling severity (International Society of Lymphology clinical classification):
☐ Stage 0: Latent or subclinical condition where swelling is not yet evident despite impaired lymph transport, subtle alterations in tissue fluid/composition and changes in subjective symptoms. It may exist months or years before overt edema occurs (Stages I – III).
☐ Stage I: Early accumulation of fluid relatively high in protein content (e.g., in comparison with 鍶enous" edema) which subsides with limb elevation. Pitting may occur. An increase in various types of proliferating cells may also be seen.
☒ Stage II: Limb elevation alone rarely reduces the tissue swelling and pitting is manifest. Later in Stage II, the limb may not pit as excess subcutaneous fat and fibrosis develop.
☐ Stage III: Lymphostatic elephantiasis where pitting can be absent and trophic skin changes such as acanthosis, alterations in skin character and thickness, further deposition of fat and fibrosis, and warty overgrowths have developed.







**Tissue Inspection:**
Color:
- Left side of neck hyperpigmentation

Temperature:
- Normal

Skin Condition:
- Spongy, Neck and face
- Significant edema left side of face greater than right

Wound Status:
- Skin Intact - no open wounds

Girth Measurement Table:
**Measurements:**

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 71.5 | |
| Circumference (upper neck) | 56 | |

**Progress Notes by Betlach, Paula M, OT at 01/26/23 0800 (continued)**

| | | |
|---|---|---|
| Circumference (lower neck) | 51 | |
| | | |

**Active Range of Motion:**

| Range of Motion | Right | Left |
|---|---|---|
| Mouth opening (cm) | 4 | |
| | | |
| Cervical flexion (degrees) | 20 limited flexion which affects tasks that require looking down I.e. computer work | |
| Cervical extension | | |
| Cervical rotation | 25 Decreased rotation affects turning head/neck with driving | 40 |
| Cervical side bend | | |
| | | |
| Shoulder flexion (degrees) | 165 | 165 |
| | | |
| | | |

Elbow, wrist and finger ROM is WNL

**OT ASSESSMENT**

Based on the above findings, the patient exhibits the following impairment and clinical problems:

- Edema: Spongy edema neck and face left side greater than right side. Worse in the morning. The extensive lymphedema affect neck ROM. The decreased neck ROM affects functional activities such as driving and computer work. Extensive neck and facial lymphedema affects sleep posture. He needs to sleep with head elevated. Edema is worse in the morning.
- Pain: 1-2/10
- Skin Condition: hyperpigmentation left side of neck
- ADL's: Decreased neck flexion affects computer work or task than involves looking down, decreased neck rotation affects view side to side, compensates with trunk.
- Use of compression: Made aware of neck compression, reynolds swell spot

Patient would benefit from skilled Occupational Therapy services including manual lymphatic drainage, implementation of compression system for edema reduction, instruction in skin care, lymphedema precautions and lymph clearing exerise home program to improve skin condition, decrease edema girth, decrease pain to improve functional mobility and ADL performance.
**RECOMMENDATION FOR TACTILE MEDICAL PNEUMATIC HEAD AND NECK COMPRESSION PUMP>**
**DIAGNOSIS:**
**X Secondary Lymphedema [I89.0] due to ______Salivary gland carcinom______________**

**The lymphedema extends from the head/neck to the trunk**
**SYMPTOMS:**

**Patient exhibits the following symptoms despite conservative therapy:**
**x Hyperpigmentation**
**x Progressive edema of the head and neck (see photos)**
**x Unable to control swelling**
**x Impaired Neck ROM**
**x Pain**

**CONSERVATIVE TREATMENT:**
**Patient has tried conservative treatments: yes**
**If YES, specify type of conservative treatment and duration of use:**
**Compression garments: X <4 weeks**
**Elevation: x1-5 months Sleeps with head elevated**
**Exercise: x>1 year**
**Complete Decongestive Therapy (CDT) x<4 weeks started 1/26/23**
**Instructed on self-manual lymphatic drainage techniques (self-MLD): x Yes**
**Instructed on appropriate skin practices: Yes**

RATIONALE FOR SKILLED CARE:
Demonstrates functional limitations and impairments that would benefit from skilled Occupational Therapy services in an outpatient setting in order to improve functional abilities, maximize their level of independence and achieve the established goals for this episode of care. Education was provided that occupational therapy may include performance of a home exercise program; recommendations for behavioral modification, suggestions for lifestyle accommodation, recommendations for resuming life roles; and/or development of techniques for self-management where appropriate. Education included the expectation and importance of active participation in order to obtain the most benefit from the services provided. They indicated a willingness to actively participate in rehabilitation and has expressed or demonstrated an understanding of their role.

**Occupational Performance:**
The following physical, cognitive, or psychosocial performance deficits were identified through standardized and non-standardized tools: mobility/range of motion, endurance/activity tolerance, edema and ADLs.

These performance deficits result in activity limitations and/or participating restrictions.

Occupational analysis is detailed.

**Moderate Complexity Evaluation:**
The following co-morbidities affect patient's occupational performance: impaired circulation and chronicity of other injury/condition/disease.

Other modification of directions, task complexity, environment, or time is minimal or moderate.

Consideration of several treatment options, adaptations, or compensatory activities are needed.

**OT INITIAL TREATMENT**

- Educated on anatomy of the lymphatic system with written materials and visuals
- Manual Lymphatic Drainage was completed to axilla, abdomen, and Head and Neck
- Reviewed U/E, neck ROM and facial expression exercises including deep breathing exercises. Issued handout
- Lymph Node ClearingTechniques/self massage were reviewed: Issued handout
- Patient was made aware of options for compression garments for the head and neck
- Patient was made aware of Tactile Medical Pneumatic compression pump and is scheduled for a demo on 2/21/23
- Educated on patient participation and commitment required for successful treatment.
- Follow diet recommendations per instructions from MD and Nutrition Services to assist with edema management

**Other:**
Patient agreed to treatment: Yes
Patient was comfortable with treatment and had no adverse effects: Yes.
Discussed self-management strategies with patient

Total time: 100 minutes
Total Billable Time: 90 minutes
Moderate Complexity OT evaluation (97166) 30 minutes
Therapeutic exercise (97110) 15 minutes
Manual therapy (97140) 45 minutes

I certify the need for these services furnished under this plan of treatment and while under my care.

**Robert J Loper**

**OT PLAN OF CARE**

**OT Treatment:**
The patient is receiving or may receive:
Soft tissue mobilization
Range of motion
Education related to diagnosis
Manual lymphatic drainage
Compression garments
Lymphatic clearing techniques
Diaphragmatic breathing
Skin care
Pneumatic compression pump option

**Plan of Care:** Home program , Ongoing patient education , Manual lymphatic therapy , modification and assessment of lymphedema bandaging or compression system based on patient progress and needs, Garment needs assessment and fitting with follow up as needed

Complications/Precautions: radiation may increase neck and facial lymphedema
Age Specific Considerations: none
Barriers to Rehabilitation: none

Rehabilitation Potential: good

Frequency: 1 times per week for 12 weeks.

**Treatment Goals: Goals were mutually agreed upon with the patient.**

1. Pt will be able to complete skin care improve skin hygiene for the face and neck to prevent infection or skin breakdown.
Status: New Goal
To Achieve within: 2-3 weeks

2. Patient will be independent with home exercise program of self ymph clearing exercises, neck and shoulder ROM, facial exercises for lymphedema management.
Status: New Goal
To achieve within: 4 weeks

3. Patient will wear face/neck/chin compression garment and have 2 cm decreased girth in neck circumference to improve neck ROM for ADL's with 1/10 pain level.
Status: New Goal
To achieve within: 8 weeks

4. Patient will complete standard home program and also obtain a Head and neck pneumatic compression pump to use daily to supplement standard lymphedema home program to decrease head and neck edema girth to improve neck ROM for ADL's, decrease head and neck edema girth to improve sleep quality
To Achieve within: 12 week
Status: New goal

**Plan/Recommendations:**
- OT for Lymphedema Management
- **A Pneumatic Compression pump demo is scheduled for 2/21/23 with Ryan Johnson from Tactile Medical. Initial evaluation and demographic/insurance information was faxed to Tactile Medical.**
- Gundersen Therapy no show/cancellation policy has been issued to patient and discussed.

PAULA BETLACH, OTR, CLT
Wisconsin License # 751-26

Electronically signed by Betlach, Paula M, OT at 01/26/23 1033

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 01/30/23 1100**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 01/30/23 1517 | Encounter Date: 1/30/2023 | Status: Addendum
Editor: Betlach, Paula M, OT (Occupational Therapist)
Related Notes: Original Note by Betlach, Paula M, OT (Occupational Therapist) filed at 01/30/23 1241

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**January 30, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 2. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**
- Completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation
- Completing Head, neck, terminus self lymph clearing massage exercises and deep breathing
- Issued a sample Head and neck compression wrap. Instructed how padding could be applied to left side of the face for additional compression.

**OBJECTIVE**

Skin Condition:
- Increased fullness left side of face and neck
- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |

| | | |
|---|---|---|
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 70.5 | |
| Circumference (upper neck) | 53 | |
| Circumference (lower neck) | 51 | |
| | | |

**OT ASSESSMENT**

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema which is more pronounced in the morning and lessens somewhat when he is up and about.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- He is working on Neck and facial ROM exercises, deep breathing and lymph clearing massage and elevation. He will also start wearing a neck/face compression.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump. He is scheduled for a demo with Tactile Medical on 2/21/23. He has extensive head and neck lymphedema currently. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep edema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**

- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Neck compression garments Reviewed donning technique and wearing schedule for day or night wear. Padding can be applied to left side for additional compression.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 60 minutes
97140 Manual Therapy x 3 units
97535 Self cares x 1 units
**DMEPOS was completed for these products.**

**Clinical Support Note by Betlach, Paula M, OT at 01/30/23 1100 (continued)**

**PLAN**

Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 01/30/23 1241
Electronically signed by Betlach, Paula M, OT at 01/30/23 1517

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 02/09/23 1430**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 02/09/23 1544 | Encounter Date: 2/9/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

Electronically signed by Betlach, Paula M, OT at 02/09/23 1544

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 02/09/23 1430**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 02/09/23 1544 | Encounter Date: 2/9/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**February 09, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 3. Initial OT Visit: 1/26/23

## SUBJECTIVE

### PATIENT RESPONSE TO TREATMENT

- Completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation
- Completing Head, neck, terminus self lymph clearing massage exercises and deep breathing
- He is wearing a Head and neck compression wrap but this has not helped with reduction
- **He has noted increased indurated lymphedema anterior neck, submental region. He also feels restriction with swallowing. This has affected eating/drinking.**

## OBJECTIVE

Skin Condition:

- **He has Increased fullness under the chin today. Increased indurated submental lymphedema is noted today.**
- **Tightness neck left side.restricts ROM**
- **Hyperpigmentation left side of neck**

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 72 | |
| Circumference (upper neck) | 53 | |
| Circumference (lower neck) | 48 | |
| | | |

## OT ASSESSMENT

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema which is more pronounced in the morning and lessens somewhat when he is up and about.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- **Since his last visit, he has increased indurated lymphedema in the neck and he reports it feels like a thickness in the neck and internally which affects neck ROM and also affects swallowing.**
- He is working on Neck and facial ROM exercises, deep breathing and lymph clearing massage and elevation and wearing a neck/face compression garment.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump. He is scheduled for a demo with Tactile Medical on 2/21/23. He has extensive head and neck lymphedema currently. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep edema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**Clinical Support Note by Betlach, Paula M, OT at 02/09/23 1430 (continued)**

**TREATMENT**

**Treatment Today:**

- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Neck compression garments Reviewed donning technique and wearing schedule for day or night wear. Padding can be applied to left side for additional compression.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 65 minutes
97140 Manual Therapy x 4 units

**PLAN**

Continue to see patient per plan of care with a focus on Lymphedema Management.
Pneumatic compression pump demo scheduled for 2/21/23

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 02/09/23 1544

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 02/23/23 1300**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 02/23/23 1402 | Encounter Date: 2/23/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**February 23, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck swelling.
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease.
Had biopsy in neck and left axilla
Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 4. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**
- Completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation
- Completing Head, neck, terminus self lymph clearing massage exercises and deep breathing
- He is wearing a Head and neck compression wrap but this **has not** helped with reduction
- He has noted increased indurated lymphedema anterior neck, submental region. He also feels restriction with swallowing at times. I.e. certain times of the day. He reports that he has to take some water first before eating to work on swallowing before eating solid foods.
- He did have a demo of a Tactile Medical pneumatic compression pump (see photos)
- Due to decreased neck ROM , he does compensate by turning his trunk.

**OBJECTIVE**

Skin Condition:
- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 67 | |
| Circumference (upper neck) | 55.5 | |
| Circumference (lower neck) | 52.5 | |
| | | |

**He did have a demo of a Tactile medical Head/Neck/Trunk Advanced pneumatic compression device. The 32 minute demo was helpful in reducing the indurated neck lymphedema to improve neck ROM, voice quality.**





**OT ASSESSMENT**

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema which is more pronounced in the morning and lessens somewhat when he is up and about.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- He has increased indurated lymphedema in the neck and he reports it feels like a thickness in the neck and internally which affects neck ROM and also affects swallowing.
- He is working on Neck and facial ROM exercises, deep breathing and lymph clearing massage and elevation and wearing a neck/face compression garment.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump and he has completed a demo with Tactile Medical on 2/21/23. The demo session improved skin texture and neck ROM. If he had a home device, it could be used daily. He has extensive head and neck lymphedema currently. His medical treatment plan includes potential radiation in the future. One of the side effects of

**Clinical Support Note by Betlach, Paula M, OT at 02/23/23 1300 (continued)**

radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep edema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**

- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Neck compression garments Reviewed donning technique and wearing schedule for day or night wear. Padding can be applied to left side for additional compression.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 60 minutes
97140 Manual Therapy x 4 units

**PLAN**

Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 02/23/23 1402

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 02/23/23 1847 | Encounter Date: 2/23/2023 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
February 23, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging scan results and tox check on CAP chemotherapy.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Tolerating chemotherapy quite well overall. No s/s of current infection

--No s/s of CHF. Breathing reasonably well (unless laying flat). No LE edema.

--Tinnitus noted. This is new with treatment. Has been relatively stable as treatment has gone on. Not a dose prohibitive impairment.
--No numbness/tingling in fingers/toes.
--Eyes watering but this is managed with eye drops reasonably well.

--He did not have as much MSK pain with GCSF with C3. Recall that he had MSK pain (chest) after C2 that in fact led to an ER visit for GCSF related pain.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |

| | |
|---|---|
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 127/72 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 77 | Temp 36.1 °C (97 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 107.9 kg (237 lb 12.8 oz) | SpO2 97% | BMI 30.68 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated with cutaneous involvement of malignancy in L level II
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. Not significantly changed since my last exam.
**LUNGS: Clear to auscultation bilaterally**
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs from 2/13 acceptable for chemo tomorrow. Ca corrected for high albumin is fine. WBC acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET today shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 4 for tomorrow is signed.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**PLAN**
1) Chemo tomorrow.
2) Echo (limited) anytime that works for the patient within the next 4 weeks
3) No Aloxi/fluids after this infusion (nothing to cancel) (just documenting)
4) 3 weeks from tomorrow: labs, OV, and treatment to follow (has port)
5) 6 weeks from tomorrow: labs, OV, and treatment to follow.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 02/23/23 1847

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 03/08/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 03/08/23 1215 | Encounter Date: 3/8/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**March 08, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck Lymphedema
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease. Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 5. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**

- Bob is completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation and self lymphatic massage of the Head, neck, terminus , axilla and deep breathing
- He is wearing a Head and neck compression wrap but this **has not** helped with reduction
- He has noted increased indurated lymphedema anterior neck, submental region.
- He also feels restriction with swallowing due to lymphedema I.e. certain times of the day. He reports that he has to take some water first before eating to work on swallowing before eating solid foods.
- He did have a demo of a Tactile medical Head/Neck/Trunk Advanced pneumatic compression device on 2/21/23. The 32 minute demo was helpful in reducing the indurated neck lymphedema to improve neck ROM, voice quality. He would benefit from daily use of this device.
- Due to decreased neck ROM , he does compensate by turning his trunk.

**OBJECTIVE**

Skin Condition:

- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck







| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 70 | |
| Circumference (upper neck) | 60 | |
| Circumference (lower neck) | 53 | |
| | | |

**Active Range of Motion:**

| Range of Motion | Right | Left |
|---|---|---|
| Mouth opening (cm) | 4 | |
| | | |
| Cervical flexion (degrees) | 20 Has decreased tolerance for neck flexion because of tightness and it feels constricted for swallowing and air flow | |
| Cervical extension | 20 | |
| Cervical rotation | 20 pulling on left side of the neck, Tightness on the left neck restricts motion | 30 |
| | | |
| Shoulder flexion (degrees) | 165 | 165 |
| | | |
| | | |

**OT ASSESSMENT**

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema.
- Overall the lymphedema in the neck and face is extensive and affects the left side more than the right side. It restricts neck ROM which affects ADL's and the need to compensate with trunk ROM.
- He reports that the increased indurated lymphedema in the neck feels like a thickness in the neck and internally which is affecting swallowing.
- **Bob has completed 6 weeks of conservative treatment with compliance with wearing compression, elevating head and completing Trunk, Shoulder, neck, face ROM and self lymph massage exercises and deep breathing exercises. He continues to demonstrate Head/Neck Lymphedema with increased neck girth, restricted neck ROM and restrictions in swallowing which affects eating. Due to the failure of conservative lymphedema treatment, a Tactile Head/Neck/Trunk pneumatic compression device is recommended to supplement lymphedema management.**
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump and he has completed a demo with Tactile Medical on 2/21/23. The demo session improved skin texture and neck ROM. If he had a home device, it could be used daily. He currently has extensive head and neck lymphedema which limits Neck ROM and affects swallowing. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep lymphedema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**
- Education related to diagnosis Reviewed Lymphatic Anatomy and rationale for compression garments and Manual Lymph Drainage/Self lymph massage exercises.
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and

neck. Deep breathing exercises were incorporated during MLD

- Neck compression garments He has a Neck compression garment and wears day and/or night wear as tolerated.
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night
- Skin care Recommend mild soap for hygiene, non-perfume lotion for skin care. Non perfume laundry soap is less irritating to the skin. Recommend avoid using fabric softeners with laundry especially with compression garments

Total billable time: 60 minutes
97140 Manual Therapy x 4 units

**PLAN**

- Continue to see patient per plan of care with a focus on Lymphedema Management.
- OT note faxed to Tactile Medical

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 03/08/23 1215

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 03/17/23 0903 | Encounter Date: 3/17/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
March 17, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+

--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Eye watering continues.
--Breathing okay overall. "nothing wrong with breathing"
--Does have some neck obstructive type symptoms but not deep chest issues. Helps to sit up. Has hospital bed now

--No leg swelling.
--No chest pain aside from GCSF discomfort.

--Tinnitus stable. Not progressive. Feels that hearing itself is stable. No CIPN.
--No blood in the urine.

--Has some lower back pain (APAP for that). Feels this is likely unrelated.
--Still working. Notes he has gained some weight.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) | Take by mouth 1/2 dosing cup swish and spit |

| | |
|---|---|
| 100,000 unit/mL suspension | |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime (Patient not taking: Reported on 3/17/2023) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 112/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 78 | Temp 36.6 °C (97.9 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 107 kg (236 lb) | BMI 30.45 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. This actually looks a little better today than last cycle in terms of less bruising within the skin itself.
**LUNGS: Clear to auscultation bilaterally**
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Lymphedema**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

2. Anemia associated with chemotherapy
3. Other long term (current) drug therapy
4. Encounter for antineoplastic chemotherapy
5. Salivary gland carcinoma (*)
6. Chemotherapy-induced nausea

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before last cycle shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. This is scheduled in 3 days. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 5 is signed. No dose changes.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Aloxi only next week Monday

**PLAN**
1) Chemo today
2) Aloxi only on Monday
3) Labs, OV, and chemo to follow in 3 weeks.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 03/17/23 0903

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 04/05/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 04/05/23 0854 | Encounter Date: 4/5/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**April 05, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck Lymphedema
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease. Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 6. Initial OT Visit: 1/26/23

**SUBJECTIVE**

**PATIENT RESPONSE TO TREATMENT**
- Bob is completing Shoulder rolls, scapular retraction, Facial exercises and Neck ROM to promote circulation and self lymphatic massage of the Head, neck, terminus , axilla and deep breathing
- _Head and neck compression wrap has not been helpful with reducing lymphedema
- He has periods of restriction with swallowing due to lymphedema I.e. certain times of the day. He reports that he has to take some water first before eating to work on swallowing before eating solid foods.
- He recently got approved for a hospital bed to keep head raised. Sleeping flat causes increased congestion in the face and neck and he needs to sleep with his head elevated.
- He did have a demo of a Tactile medical Head/Neck/Trunk Advanced pneumatic compression device on 2/21/23. The 32 minute demo was helpful in reducing the indurated neck lymphedema to improve neck ROM, voice quality. He would benefit from daily use of this device.

**OBJECTIVE**

Skin Condition:
- Tightness neck left side.restricts ROM
- Hyperpigmentation left side of neck

| Swelling Assessment (cm) | Right | Left |
| --- | --- | --- |

| | | |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 71 | |
| Circumference (upper neck) | 59 | |
| Circumference (lower neck) | 52 | |
| | | |

**OT ASSESSMENT**

- Robert is undergoing chemotherapy for salivary gland carcinoma. He has facial and neck lymphedema.
- The lymphedema in the head and neck results in congestion in lying flat. He needs to sleep with his head elevated.
- The lymphedema in the neck causes restriction in neck ROM
- The lymphedema in the head/neck causes restriction with swallowing.
- He would benefit greatly from daily use of a Head/Neck/Trunk pneumatic compression pump and he has completed a demo with Tactile Medical on 2/21/23. The demo session improved skin texture and neck ROM. If he had a home device, it could be used daily. His medical treatment plan includes potential radiation in the future. One of the side effects of radiation is possible increased lymphedema. The daily use of a pneumatic compression pump would help keep lymphedema supple and stimulate lymphatic movement instead of congestion leading to potential fibrosis.

**TREATMENT**

**Treatment Today:**

- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Self lymph massage techniques were demonstrated and reviewed, Neck ROM and facial exercises/ deep breathing exercises for Home Program were reviewed, demonstrated and modified as needed.
- Elevation: Head elevation at night

Total billable time: 53 minutes
97140 Manual Therapy x 4 units

**PLAN**

- Continue to see patient per plan of care with a focus on Lymphedema Management.
- MD note from 3/17/23 documenting lymphedema was faxed to Tactile Medical on 3/26/23

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 04/05/23 0854

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830**

Author: Harmon, Gil E, MD
Filed: 04/07/23 2047
Editor: Harmon, Gil E, MD (Physician)
Service: —
Encounter Date: 4/7/2023
Author Type: Physician
Status: Signed

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
April 07, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy. C6

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

| | |
|---|---|
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Insomnia. Staying aside has been the problem more so than sleep initiation. Not so much a consistent nocturia issue. Some rumination is involved. Not a pain issue. Not consistently an issue with neck swelling/breathing. Is keeping head elevated.

--No new breathing concerns.
--Neck swelling is stable. Skin is about the same.
--Nausea with chemo but responsive to anti-emetics.
--Did have a super-imposed viral issue during last cycle.

--Tinnitus stable.
--No blood in the urine.
--No persistent CIPN

--Low back pain stable (chronic)
--GCSF related bone pain the same.
--On and off HA.
--Does not note axillary nodal growth.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric | Take 1 Tablet (81 mg) by mouth daily . Take with |

| | |
|---|---|
| coated tablet | Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 5 days. Starting 4/16. Ending 4/20 |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) (Patient not taking: Reported on 4/7/2023) |

Physical Examination:

Performance Status: ECOG: 0 - continues to work.
BP 112/84 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 84 | Temp 36.5 °C (97.7 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 105.3 kg (232 lb 3.2 oz) | BMI 29.96 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema is unchanged. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II. This induration is unchanged. There is more bruising about the anterior chest below the area of what is believed to be cutaneous involvement of the malignancy.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. The area of induration looks stable.
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable. Discussed non fasting sugar elevation.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy
4. Insomnia, unspecified type

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before cycle 4 shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.)
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. The one planned last month appears not to have been completed and we will request that it be rescheduled. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle). Complex prescribing given that part of this will be in FL.
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 6 is signed. No dose changes.
- Anti-emetic plan remains home oral regimen as he is able to get by without IV anti-emetics at this point.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Oral regimen at this time.

**Insomnia**
Discussed his insomnia at length. Ultimately elected to try adding melatonin. Did not tolerate Ambien or Ativan previously. Gets some benefit from anti-histamines OTC.

**PLAN**
1) Chemo today as planned
2) May 4th PET scan (wants in the afternoon). Labs that day as well.
3) 11:30 (harmon specifically wants this overbook) on 5/8/23

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 04/07/23 2047

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 05/02/23 1120**

| | | |
|---|---|---|
| Author: Rayhan, Kazi Z, MD | Service: — | Author Type: Physician |
| Filed: 05/02/23 1157 | Encounter Date: 5/2/2023 | Status: Signed |
| Editor: Rayhan, Kazi Z, MD (Physician) | | |

**Robert J Loper 000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**May 02, 2023**

**Chief Complaint**
Patient presents with
- Disease Management

**HPI:**

This is a patient with history of multiple chronic diseases. He had labs drawn earlier today. Today, he wants to talk about lab results and management options of his chronic diseases.

Overall, the patient reports that he is doing well. He finished with chemotherapy several weeks ago for salivary gland cancer. He follows up with his oncologist on a regular basis regarding his cancer.

The patient reports taking all his medications as prescribed. According to the patient, his weight has remained stable.

Today, he did not report having any fever, chills, cough, chest pain or shortness of breath. He did not report having any acute GI or GU symptoms or concerns. He denies having any dizziness or lightheadedness.

The patient did not report having any numbness, tingling or weakness in his extremities.

He did not report having any acute depression or anxiety.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy
- Lymphedema

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees.  Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain.  Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |

| | |
|---|---|
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • [DISCONTINUED] dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle (Patient not taking: Reported on 5/2/2023) |
| • [DISCONTINUED] GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 5 days. Starting 4/16. Ending 4/20 (Patient not taking: Reported on 5/2/2023) |
| • [DISCONTINUED] nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) (Patient not taking: Reported on 4/7/2023) |

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release | Take 1 Tablet (25 mg) by mouth every morning For heart |

| | |
|---|---|
| tablet | |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

No past medical history on file.

No Known Drug Allergies

**Review of systems:** Please look at history of illness above for review of systems.

**Physical Exam:**

BP 102/74 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 108

**Gen:** NAD. Very pleasant.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Chest:** Clear to auscultation b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g.
**Extremities:** No edema noted.
**Neuro:** CN II to XII grossly NL, appears to have normal strength and normal gait.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight.

**Assessment & Plan**

| | | |
|---|---|---|
| 1. | Type 2 diabetes mellitus with stage 2 chronic kidney | DAPAgliflozin (FARXIGA) 10 mg tablet |

| | | |
|---|---|---|
| | disease, without long-term current use of insulin (*) | |
| | | LAB HEMOGLOBIN A1C<br>LAB ALBUMIN CREATININE RATIO |
| 2. | Chronic systolic heart failure (*) | LAB POTASSIUM<br>LAB CREATININE |
| 3. | Mild persistent asthma without complication | |
| 4. | Gastroesophageal reflux disease without esophagitis | |
| 5. | Dyslipidemia | |
| 6. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 7. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | |
| 8. | CKD (chronic kidney disease), stage II | |
| 9. | Vitamin D deficiency | LAB 25-HYDROXY VITAMIN D |
| 10. | Preventative health care | LAB VITAMIN B12<br>LAB MAGNESIUM |
| 11. | Medication monitoring encounter | LAB POTASSIUM<br>LAB CREATININE |
| 12. | Encounter for immunization | PFIZER SARS-COV-2 BIVALENT (12 YRS AND OLDER) VACCINE |

**Elaboration of Assessment & Plan above**:

**Progress Notes by Rayhan, Kazi Z, MD at 05/02/23 1120 (continued)**

I have reviewed the patient's chronic diseases, medications and most recent lab test results.

Overall, the patient's chronic diseases have remained stable/well controlled with current medications.

To improve his diabetes control, I have sent a new prescription for Farxiga. He will take 5 mg of Farxiga once daily for about 30 days and then start with 10 mg of Farxiga once daily. He will continue with metformin 1000 mg once daily as well.

We have agreed to recheck hemoglobin A1c level about 6 months later.

I have ordered multiple labs to monitor his chronic diseases and screen for diseases as well.

Preventative care needs were addressed. He received a booster vaccine against COVID-19.

We have agreed to see each other about 6 months later. He was encouraged to contact me if he is any questions or concerns regarding his health care.

**Pre-visit planning (PVP)** for next visit (in Oct, 2023) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 05/02/23 1157

**END OF REPORT**

**Clinical Support Note by Rask, Carissa A, MEDICAL ASSISTANT at 05/02/23 1120**

Author: Rask, Carissa A, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 05/02/23 1157 | Encounter Date: 5/2/2023 | Status: Signed
Editor: Rask, Carissa A, MEDICAL ASSISTANT (Medical Assistant)

Under the order of Kazi Z Rayhan, MD and supervision of Kazi Z Rayhan, MD the following is given.

**Immunizations Administered Administered**

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **COVID-19 Pfizer Bivalent Booster Vaccine** | 5/2/2023 | 0.3 mL | 4/18/2023 | Intramuscular |

Given in the LD, pt tolerated well and left ambulatory.

**Clinical Support Note by Rask, Carissa A, MEDICAL ASSISTANT at 05/02/23 1120 (continued)**

Electronically signed by Rask, Carissa A, MEDICAL ASSISTANT at 05/02/23 1157

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130**

Author: Harmon, Gil E, MD    Service: —    Author Type: Physician
Filed: 05/08/23 1848    Encounter Date: 5/8/2023    Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper    000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
May 08, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging imaging results at completion of 6 cycles of CAP

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

| | |
|---|---|
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Results discussion today
--ROS notable for overall stable neck swelling, though there has been some progress in terms of new compression device.
--Continues to work. No new acute concerns.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg | Take 1 Tablet (5 mg) by mouth daily with breakfast |

| | |
|---|---|
| tablet | For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 100/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 84 | Temp 36.8 °C (98.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.1 kg (231 lb 12.8 oz) | SpO2 99% | BMI 29.91 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

- Need echo given cardiac hx of anthracycline exposure. Pt cancel from March noted. Due (reschedule) later this week. He has no clinical s/s of CHF at this time.
- Clinically stable in terms of neck lymphedema.
- Imaging discussed at length. His mixed response continues. Level V neck node on the left noted. L axillary nodes noted. Overall burden of disease has decreased, but the fact that disease does persist and in fact has progressed in the L axilla is noted.
- Discussed our options at length today. 1) obs at this time until progression with RECIST measurable disease (which he does not currently have). 2) Radiation to a small field(s) to cover only currently visible sites of disease (ie. Perhaps just the axilla to see what happens in terms of a PFS interval thereafter 3) Radiation to full b/l necks and L axilla (discussed the significant toxicity involved in this in the context of stage IV disease that is almost certainly not curable) 4) Movement straight to Lupron 5) Trial at UW with pembro added to Lupron (no currently measurable disease, so would not be eligible d/t the lack of RECIST measurable lesion, but could wait until one of his nodes is 1.5 cm in size)
- Will start with rad onc followup before finalizing our plan. I honestly would support multiple of the above options. Lupron during radiation as a combination of options could be entertained as well, though this would preclude his enrollment in the pembro/Lupron study in the future. Recall that he has no on label access to ICI.
- I will followup after rad onc followup comes through.

**PLAN**
1) Rad onc followup with Driscoll ASAP

Total Time on encounter: 40 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 05/08/23 1848

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 05/11/23 1600**

Author: Driscoll, Collin D, MD    Service: —    Author Type: Physician
Filed: 05/11/23 1719    Encounter Date: 5/11/2023    Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**RADIATION ONCOLOGY FOLLOW-UP NOTE May 11, 2023**

Robert J Loper    60 y.o. male    DOB:    MRN: 000008828980

**Oncology History Overview Note**

Cancer Staging

Salivary gland carcinoma (*)

Staging form: Major Salivary Glands, AJCC 8th Edition

- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET |

C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Interval History:** Robert J Loper is a 60 y.o. male with the above diagnosis. By initially met him about 6 months ago with his initial diagnosis. He had metastatic disease in the axilla. Since that time he has been getting chemotherapy with Dr. Harmon and he recently finished and had restaging done. He had an excellent response in the neck and then the initially involved axillary lymph node. Surprisingly he has a few new PET avid axillary lymph nodes but they are all small and do not meet recist criteria for progression or for eligibility on clinical trial. We are back today discuss treatment options. He also continues to Have significant neck lymphedema and using lymphedema pump bid to help

I also reviewed prior external notes from Dr. Harmon, and have talked personally with Dr. Harmon

**Imaging: PET 5/4/23** IMPRESSION:
1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.
2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.
3. Additional findings, as described.

**Lab:**
**Lab Only on 05/04/2023**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • ALKP | 05/04/2023 | 89 | 40 - 129 U/L | Final |
| • ALBUMIN | 05/04/2023 | 4.6 | 3.4 - 4.8 g/dL | Final |
| • AST | 05/04/2023 | 44 (H) | 0 - 40 U/L | Final |
| • BILIRUBIN, TOTAL | 05/04/2023 | 0.3 | 0.0 - 1.3 mg/dL | Final |
| • BUN | 05/04/2023 | 20 | 8 - 23 mg/dL | Final |
| • CALCIUM | 05/04/2023 | 9.9 | 8.8 - 10.2 mg/dL | Final |
| • CREATININE | 05/04/2023 | 1.28 (H) | 0.67 - 1.17 mg/dL | Final |
| • ESTIMATED GFR | 05/04/2023 | 64 | mL/min/1.73m2 | Final |
| • ALT | 05/04/2023 | 30 | 0 - 41 U/L | Final |
| • SODIUM | 05/04/2023 | 141 | 135 - 146 mmol/L | Final |
| • POTASSIUM | 05/04/2023 | 4.6 | 3.4 - 5.0 mmol/L | Final |
| • GLUCOSE | 05/04/2023 | 136 (H) | 70 - 99 mg/dL | Final |
| • GLUCOSE HOURS FASTING | 05/04/2023 | >=9 Hours | | Final |
| • WBC | 05/04/2023 | 3.57 (L) | 3.70 - 10.40 K/uL | Final |
| • RBC | 05/04/2023 | 3.70 (L) | 4.50 - 5.80 M/uL | Final |
| • HEMOGLOBIN | 05/04/2023 | 11.6 (L) | 13.6 - 16.7 g/dL | Final |
| • HEMATOCRIT | 05/04/2023 | 34.8 (L) | 41.0 - 50.0 % | Final |
| • MCV | 05/04/2023 | 94.1 | 82.0 - 99.0 fL | Final |
| • MCH | 05/04/2023 | 31.4 | 27.0 - 32.0 pg | Final |
| • MCHC | 05/04/2023 | 33.3 | 32.0 - 36.0 g/dL | Final |
| • PLATELET COUNT | 05/04/2023 | 170 | 140 - 385 K/uL | Final |
| • RDW-CV | 05/04/2023 | 15.8 (H) | 11.8 - 15.6 % | Final |
| • RDW-SD | 05/04/2023 | 54.2 (H) | 34.0 - 50.0 fL | Final |
| • ABS NEUT ELECTRONIC | 05/04/2023 | 1.64 (L) | 2.00 - 8.70 K/uL | Final |
| • ABS IMMATURE GRAN | 05/04/2023 | 0.01 | 0.00 - 0.04 K/uL | Final |

| | | | | |
|---|---|---|---|---|
| ELECTRONIC | | | | |
| • NRBC # ABSOLUTE | 05/04/2023 | 0.00 | 0.00 - 0.05 K/uL | Final |

**PHYSICAL EXAM:**

| | 5/2/2023 11:14 AM | 5/8/2023 11:32 AM |
|---|---|---|
| **Vitals** | | |
| Blood Pressure | 102/74 | 100/70 |
| Pulse | 108 | 84 |
| Temp | | 36.8 C |
| Respiration | | 24 |
| Weight | | 105.1 kg (231 lb 12.8 oz) |
| Height | | 187.5 cm (6' 1.82") |
| BMI (Calculated) | | 29.9 |

**Wt Readings from Last 7 Encounters:**

| | |
|---|---|
| 05/08/23 | 105.1 kg (231 lb 12.8 oz) |
| 04/07/23 | 105.3 kg (232 lb 3.2 oz) |
| 03/17/23 | 107 kg (236 lb) |
| 02/23/23 | 107.9 kg (237 lb 12.8 oz) |
| 01/24/23 | 109.2 kg (240 lb 12.8 oz) |
| 01/03/23 | 107.2 kg (236 lb 4.8 oz) |
| 12/21/22 | 105.2 kg (232 lb) |

KPS: 100

Constitutional: Patient is alert and oriented
Patient is in no acute distress.
Eyes: extra ocular movements intact, sclera anicteric.
Head, Ears, Nose Throat: Normocephalic, atramatic, Moist mucous membranes, no thrush .
Lymphatics: Bilateral necks are firm with notable lymphedema. The left neck visibly worse in the right. There are some violaceous skin color changes in the lower left neck. No discrete lymph nodes palpable. In right and left axilla there are no palpable lymph nodes and no arm lymphedema.

**Assessment:** Robert J Loper is a 60 y.o. male with the above diagnosis. He has had a Decent, but mixed, response to chemotherapy. The vast majority of his disease has responded very nicely in bilateral necks and the initial node in the axilla. However there are still a few lymph nodes that appeared to have progressed over the past several months including proximally for in the axilla and 1 in the left neck.

**Plan:**
- Discussed our options at length today. 1) obs at this time until progression with RECIST measurable disease (which he does not currently have). 2) Radiation to a small field(s) to cover only currently visible sites of disease (ie. Perhaps just the axilla to see what happens in terms of a PFS interval thereafter 3) Radiation to full b/l necks and L axilla (discussed the significant toxicity involved in this in the context of stage IV disease that is almost certainly not curable) 4) Movement straight to Lupron 5) Trial at UW with pembro added to Lupron (no currently measurable disease, so would not be eligible d/t the lack of RECIST measurable lesion, but could wait until one of his nodes is 1.5 cm in size)
- patient was interested in doing local treatment to the currently PET avid lymph nodes in the left axilla and

lymph node in left neck. We discussed various radiation treatment options, I think it would be reasonable to consider a an SBRT approach for oligo metastatic disease paradigm would probably if the treat the left neck with 1 isocenter and following that completion then do left axillary nodes

- we discussed risks benefits and side effects including but not limited to acute effects such as fatigue Skin erythema, skin breakdown, chest wall pain and discomfort, nerve damage (brachial plexus main concern, spinal cord much less so), and lymphedema
- I will arrange for a CT Sim next available

Total Time on encounter: 45 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**This note was partially constructed using the M-Modal fluency direct speech recognition medical dictation system. All attempts have been made to review for accuracy; although, some nonsensical information may persist despite proofreading.**

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 05/11/23 1719

**END OF REPORT**

**Clinical Support Note by Nemeth, Tiffany A, RN at 05/16/23 1300**

Author: Nemeth, Tiffany A, RN | Service: — | Author Type: Registered Nurse
Filed: 05/16/23 1414 | Encounter Date: 5/16/2023 | Status: Signed
Editor: Nemeth, Tiffany A, RN (Registered Nurse)

Robert J Loper was met today for education for CT simulation planning and radiation therapy. He was accompanied by himself.

Patient education folder is given with the following booklet and handouts discussed:Radiation therapy and You booklet, CT Simulation and What to Expect During Your First and Future Treatments, Creams and Ointments During Radiation Therapy, Control Fatigue During Radiation Therapy, Patient Information-Radiation Oncology and the Radiation Therapy for Head and Neck Cancer ASTRO Pamphlet. Patient information sheet with contact numbers was given.

Opportunity was given to ask questions and clarification. Encouraged to ask questions and let staff know of new or worsening symptoms during therapy, verbalized understanding.
Consent to do CT simulation planning and radiation treatments was obtained.

Electronically signed by Nemeth, Tiffany A, RN at 05/16/23 1414

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 05/16/23 1400**

**Progress Notes by Driscoll, Collin D, MD at 05/16/23 1400 (continued)**

Author: Driscoll, Collin D, MD Service: — Author Type: Physician
Filed: 05/26/23 1759 Encounter Date: 5/16/2023 Status: Addendum
Editor: Driscoll, Collin D, MD (Physician)
Related Notes: Original Note by Driscoll, Collin D, MD (Physician) filed at 05/16/23 1446

**May 16, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23 |

--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**Simulation and Treatment planning note**

**Reason for Simulation:** Initial simulation

**Treatment Site:** Head and Neck and left axilla

**Immobilization:** immobilized in the Supine position using a thermoplastic face and neck mask. Prior to scanning he was straightened and aligned with in-room lasers. A CT scan with 1.0 mm slices of the head, neck and chest was then done for treatment planning.

**Contrast:** No contrast given

**Treatment technique:** a stereotactic radiation plan using VMAT technique. A physcis consult will be obtained as part of the treatmetn planning and QA. MLCs will be needed and created.

**Treatment devices needed for RT:** MLCs

**IGRT:** daily IGRT with cone beam CT to bony anatomy to ensure we are centering on the target every day and reliably predict I am adequately sparing surrounding normal tissues.

**Dose and Number of fractions:** Thirty-five Gy in 5 fractions. to left axilla, and then 35 Gray in 5 fractions to left neck

**TLDs ordered:** no

**Physics Consult:** Physics consult for image fusion with, PET scan 5/4/23

Electronically signed by Driscoll, Collin D, MD at 05/16/23 1446
Electronically signed by Driscoll, Collin D, MD at 05/26/23 1759

**END OF REPORT**

**Progress Notes by Huber, Heidi R, NP at 05/31/23 1400**

Author: Huber, Heidi R, NP    Service: —    Author Type: Nurse Practitioner
Filed: 05/31/23 1626    Encounter Date: 5/31/2023    Status: Signed
Editor: Huber, Heidi R, NP (Nurse Practitioner)

Robert J Loper    000008828980

Nurse Practitioner Adult Health - LA CROSSE
May 31, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Same day visit for complaints of swelling and SOB

**Impression/Plan:**
**Assessment**
1. **Salivary gland carcinoma (*)**
2. Lymphedema
3. Orthopnea

Please see the oncologic history, updated by this author through today.

- **Lymphedema**
- Lymphedema continues to be a main concern for Robert. Despite the mprovement in metastatic disease burden within the neck showed on most recent PET scan, reports that his symptoms of edema continued to worsen.
- This is affecting his range range of motion, voice quality, ability to swallow, and causing him to feel short of breath.
- Reviewed again today that lymphedema will not likely resolve with cancer response especially given no improvement even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
- **I continue to recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**
- Will trial a prednisone taper over the next 9 days to see if this helps with some symptoms he is experiencing.
- I also tried to contact Paula Betlach, with OT to see if she had further recommendations to help with management however she was out of the office today. Robert is scheduled for follow up with her 6/19/23. I plan to reach out to Paula again before my next follow up with Robert to inquire about further suggestions.

- **Shortness of breath**
- Lymphedema worsens and causes difficulty breathing when laying flat. He has been using a hospital bed which has significantly improved his SOB associated with sleeping as he is able to lay with his head elevated in upright position.
- **I continue to recommend the use hospital bed to help with the management of SOB and neck lymphedema.**
- I recommend a hospital bed to be ordered for Robert based on Face to Face evaluation completed:05/31/23
- Robert is able to position self with an ordinary bed due to the following medical condition Salivary gland carcinoma with associated lymphedema that is expected to last 1 month or longer. Body positioning for symptom relief is not feasible with an ordinary bed. He requires the head of bed to be elevated more than

30 degrees because lymphedema related to salivary gland carcinoma and associated orthopnea. . A bed that changes height to permit transfers to chair, wheelchair or standing position is not required. Frequent and/or immediate changes in body position is not required.

**PLAN**
Return 6/12/23 for Heidi at 1pm- recheck of swelling

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23

--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up for complaints of swelling and SOB. Please see the oncologic history, updated by this author through today.

- Patient comes in today with complaints of worsening swelling of neck/face and associated SOB
- He has significant neck lymphedema.
- Patient notes swelling and SOB worsens at night specifically when he tries laying flat.
- Reports If not sitting upright SOB/swelling becomes really bad. Swelling L>R side of face. In the morning swelling up to left eye.
- Using recliner or hospital bed for sleeping. Requires at HOB to be elevated 45 degrees or more to sleep.
- Reports in mornings swelling is worse and impairs swallowing as well as breathing.
- In the past has tried a neck compression wrap but this did not help with managing swelling and associated symptoms. He continues to use the pneumatic compression device morning and night and does note some improvement in swelling following use.
- He has been followed by Paula Betlach in OT and has a follow up scheduled 6/19/23.
- No SOB today when sitting upright during visit. No dyspnea with exertion. Symptoms mostly related to edema restriction in throat/neck.

- Echo completed 5/12/23 to monitor heart as he completed treatment with anthracycline. Results showed normal left and right ventricular size and function.

- He completed chemotherapy 4/7/23 and had is scheduled to start radiation treatment today to oligo metastatic disease in left neck and left axilla.
- Last PET CT 5/4/23 showed overall improvement in metastatic disease burden within the neck.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |

| | |
|---|---|
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • predniSONE 20 mg tablet | Take 2 Tablets (40 mg) by mouth daily for 3 days, THEN 1 Tablet (20 mg) daily for 3 days, THEN 0.5 Tablets (10 mg) daily for 3 days. |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

- VIAGRA 100 mg tablet    Take 1 Tablet (100 mg) by mouth daily as needed

Physical Examination:
Performance Status: ECOG: 1
BP 118/74 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 92 | Temp 36.6 °C (97.8 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 108 kg (238 lb) | BMI 30.71 kg/m²
**General**: The patient appears comfortable and in no acute distress. Alert, oriented x3, cooperative.
**Psych:** Mood and affect appropriate and congruent.
**HEENT**: There is no scleral icterus
**Lymphatic**: significant neck and submental lymphedema present.
**Skin:** No significant rashes.
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.

**Laboratory Data:** Reviewed in Epic. None new today.

**Imaging:** As per oncologic history
**TTE 5/12/23**
1. Limited study per request.
2. Normal left and right ventricular size and ejection fraction.
3. No significant valvular abnormalities.
4. Compared to previous study 12/6/2022, there is no significant change.

**PET-CT 5/4/23**
IMPRESSION:
1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.
2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.
3. Additional findings, as described.

**Pathology:** As per oncologic history

Heidi R Huber, NP

Dr. Oettel was available for consultation in person or by telephone during today's office visit.

Total Time on encounter: 45 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Electronically signed by Huber, Heidi R, NP at 05/31/23 1626

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 05/31/23 1400**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 05/31/23 1400 (continued)**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 06/02/23 0733 | Encounter Date: 5/31/2023 | Status: Signed |
| Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant) | | |

DME order for hospital bed and office note faxed to Mayo Clinic store.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 06/02/23 0733

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 05/31/23 1500**

| | | |
|---|---|---|
| Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician |
| Filed: 05/31/23 1541 | Encounter Date: 5/31/2023 | Status: Signed |
| Editor: Driscoll, Collin D, MD (Physician) | | |

**May 31, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**

Cancer Staging

Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 1 / 700 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
Patient denies any dysphagia or odynophagia.
He notes "swelling in the throat" when he lay s flat. He now can only sleep elevated (ie in hospital bed elevated to 45 degrees or higher)
There are no new areas of pain.

There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
HEENT: NCAT, EOMI, Sclera anicteric, has notabble bilateral neck lymphedema with left worse thatn right and purple/violacious color.
Lungs: CTAB
Heart: RRR
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 05/31/23 1541

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/02/23 1500**

Author: Driscoll, Collin D, MD　Service: —　Author Type: Physician
Filed: 06/02/23 1554　Encounter Date: 6/2/2023　Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 02, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**
10/26/2022　**Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

| | |
|---|---|
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23<br><br>**Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions<br><br>**Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 2 / 1400 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/02/23 1554

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/06/23 1530**

Author: Driscoll, Collin D, MD　Service: —　Author Type: Physician
Filed: 06/06/23 1607　Encounter Date: 6/6/2023　Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 06, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features |

| | |
|---|---|
| | consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23<br><br>**Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 3 / 2100 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed,

patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/06/23 1607

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/08/23 1530**

| | | |
|---|---|---|
| Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician |
| Filed: 06/08/23 1551 | Encounter Date: 6/8/2023 | Status: Signed |
| Editor: Driscoll, Collin D, MD (Physician) | | |

**June 08, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 4 / 2800 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/08/23 1551

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/09/23 1500**

Author: Driscoll, Collin D, MD   Service: —   Author Type: Physician
Filed: 06/09/23 1558   Encounter Date: 6/9/2023   Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 09, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on

clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**TREATMENT SITE: Left neck LN**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 5 / 3500 Out of a planned 5 / 3500

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined
- Continue lymphedema message and neck pump for lymphedema

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/09/23 1558

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/09/23 1500**

Author: Driscoll, Collin D, MD  Service: —  Author Type: Physician
Filed: 06/09/23 1558  Encounter Date: 6/9/2023  Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**Radiation Oncology Treatment Summary Note**

Robert J Loper  6/9/2023

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

| | |
|---|---|
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**CURRENT TREATMENT SITE:** Oligo met in left neck

**DOSE TO TREATMENT SITE, NUMBER OF FRACTIONS, AND FRACTION SIZE:** Left neck received 35 Gray in 5 fractions

**RADIATION TREATMENT TECHNIQUE:** SBRT technique using a VMAT with 6 MV photons prescribed to the PTV volume. He was set up with daily image guidance with cone beam CT to bony anatomy and adjustment made to the involved node as needed

**TREATMENT FREQUENCY:** He was treated on May 31, June 2, June 6, June 8, and June 9, 2023

**TOLERANCE/RESPONSE TO THERAPY:**
Robert J Loper is a 60 y.o. male who tolerated treatment well. He had no side effects from the radiation itself. Particularly there is no skin reactions dysphagia or odynophagia. He has some baseline skin discoloration and neck lymphedema this was unchanged during treatment. He continues to do lymphedema massage. His head neck mass was somewhat tight and had some mild impact on his breathing while laying flat

**FOLLOW UP:**
- Follow up in a few days to start his SBRT to the left axillary lymph node oligo mets
- Can call anytime if questions or concerns arise
- He is going to start using some lotion on the left neck

**Cc: to REQUESTING PROVIDER:** Dr. Gil Harmon

Electronically signed by Driscoll, Collin D, MD at 06/09/23 1558

**END OF REPORT**

**Progress Notes by Huber, Heidi R, NP at 06/12/23 0830**

Author: Huber, Heidi R, NP
Service: —
Author Type: Nurse Practitioner
Filed: 06/12/23 0927
Encounter Date: 6/12/2023
Status: Signed
Editor: Huber, Heidi R, NP (Nurse Practitioner)

Robert J Loper 000008828980

Nurse Practitioner Adult Health - LA CROSSE
June 12, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: follow up for swelling and SOB

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

- **Lymphedema**
- Lymphedema continues to be a main concern for Robert. Despite the improvement in metastatic disease burden within the neck showed on most recent PET scan, reports that his symptoms of edema continued to worsen.
- He was seen 5/31/23 as a same day visit for complaints of increasing swelling which was causing symptoms of shortness of breath. Other associated symptoms include affecting his range range of motion, voice quality, and ability to swallow.
- At that time he was started on a prednisone taper. He reports the symptoms of swelling have improved since last seen. He has also started using a new compression sleeve at night that was recommended by Paula Belach, OT. He reports symptoms have improved with the use of this compression sleeve as well.
- I continue to recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.

- **Shortness of breath**
- Lymphedema worsens and causes difficulty breathing when laying flat. He has been using a hospital bed which has significantly improved his SOB associated with sleeping as he is able to lay with his head elevated in upright position.
- I continue to recommend the use hospital bed to help with the management of SOB and neck lymphedema.

- **Cutaneous Neck lesion**
- Reviewed with Dr. Harmon who recommends reaching out to Dr. Ringstrom for possible biopsy

**PLAN**
Lab, ov with Dr. Harmon after completion of radiation 6/22/23

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23 |

C5D1: 3/17/23
C6D1: 4/7/23

**Radiation**
Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up for complaints of swelling and SOB. Please see the oncologic history, updated by this author through today.

-Robert reports symptoms of swelling have Improved with prednisone taper and new compression sleeve recommended by Paula Betlach in OT.

-Continues to feel SOB if he lays supine. Hospital bed remains helpful for positioning for sleeping at night as he sleeps with HOB elevated >45 degrees.

-Since new compression sleeve and prednisone notes morning swelling has decreased. No longer extending up to left eye.

-Continues to use pneumatic compression device BID which helps with management of swelling.

-He has follow up with Paula Betlach in OT scheduled for 6/19/23

-Last Radiation treatment to oligo metastatic disease in left neck and left axilla will be 6/22/23.

-Aside from improvement in swelling he notes a firm dark cutaneous lesion to his midline neck which he feels is enlarging. Aside from increasing in size no other associated symptoms.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |

| | |
|---|---|
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • predniSONE 20 mg tablet | Take 2 Tablets (40 mg) by mouth daily for 3 days, THEN 1 Tablet (20 mg) daily for 3 days, THEN 0.5 Tablets (10 mg) daily for 3 days. |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 1

There were no vitals taken for this visit.
**General**: The patient appears comfortable and in no acute distress. Alert, oriented x3, cooperative.
**Psych:** Mood and affect appropriate and congruent.
**HEENT**: There is no scleral icterus
**Lymphatic**: significant neck and submental lymphedema present.
**Skin: Dark purple lesion to midline anterior neck. See photo below.**
**Cardiovascular**: Heart is regular rate and rhythm. Normal S1 and S2 are present. Free of murmurs.
**Respiratory**: The lungs are clear to auscultation bilaterally. No wheezes, rales or rhonchi.



**Laboratory Data:** Reviewed in Epic. None new today.

**Progress Notes by Huber, Heidi R, NP at 06/12/23 0830 (continued)**

**Imaging:** As per oncologic history
**TTE 5/12/23**
1. Limited study per request.
2. Normal left and right ventricular size and ejection fraction.
3. No significant valvular abnormalities.
4. Compared to previous study 12/6/2022, there is no significant change.

**PET-CT 5/4/23**
IMPRESSION:
1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.
2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.
3. Additional findings, as described.

**Pathology:** As per oncologic history

Heidi R Huber, NP

Dr. Harmon was available for consultation in person or by telephone during today's office visit.

Total Time on encounter: 30 minutes were spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Electronically signed by Huber, Heidi R, NP at 06/12/23 0927

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/13/23 1530**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 06/13/23 1622 | Encounter Date: 6/13/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 13, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br><u>Left neck mass, level 5, excision:</u><br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 1 / 700 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/13/23 1622

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/15/23 1500**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 06/15/23 1538 | Encounter Date: 6/15/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 15, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET

| | |
|---|---|
| | C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 2 / 1400 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/15/23 1538

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/16/23 0820**

Author: Driscoll, Collin D, MD | Service: — | Author Type: Physician
Filed: 06/16/23 0854 | Encounter Date: 6/16/2023 | Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 16, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**

| | |
|---|---|
| | HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 3 / 2100 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**

A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/16/23 0854

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 06/16/23 0930**

Author: Ringstrom, Mark J, MD    Service: —    Author Type: Physician
Filed: 06/19/23 0909    Encounter Date: 6/16/2023    Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper    000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
June 16, 2023

**History of Present Illness:**
Robert J Loper comes in today for check of his neck. He is about halfway through treatment to axillary metastases. He has had a few skin changes over his neck that bring him in for an exam today. He has a small punctate violaceous/dark blebs. There is a dominant one that is about 5 mm in the center of the neck. Nontender or painful or symptomatic in any way. He has smaller scattered ones over the left neck.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Canals are clear. Middle ear is aerated
Oral Cavity/Oropharynx: Oral cavity/oropharynx look good. Mucosa is calm. Reasonable amount of saliva. No worrisome lesions or masses
Neck: The area of skin change looks like a clotted venous lake. He has several other small spiculated venous lake type changes over the left neck treated skin. He has chronic lymphedema. No discrete palpable masses.

**Assessment / Plan:**
Left neck skin changes following treatment of salivary ductal carcinoma.

I gave Robert reassurance. I do not think these areas represent any secondary pathology, and I do not think they indicate progression of disease. I think he is having venous and lymphatic congestion which is resulting in these dermatologic changes. I am glad to hear that he is using a lymphedema pump and managing that as best as he can.

It was good to see Robert again today. We left follow-up open-ended but of course I am happy to see him anytime as needed.

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 06/19/23 0909

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 06/19/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 06/19/23 1030 | Encounter Date: 6/19/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**June 19, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT PROGRESS NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22. Late summer 2022 was have left facial and neck Lymphedema
PET scan on 11/25/22 shows metastatic disease to the left axillary region with extensive regional disease. Patient Is undergoing chemotherapy. He reports he may be receiving radiation in the future.

Patient is seen for Visit # 7. Initial OT Visit: 1/26/23

**SUBJECTIVE**
6-7/10 pain right side neck, jaw pain (typically starts in the later afternoon and evenings) Takes tylenol

**PATIENT RESPONSE TO TREATMENT**
- Completes ROM and self lymphatic massage.
- Obtained the Sigvaris neck and Mandible foam pad through Paula's purse (ordered through Hilton Medical)

He can typically wear this all night.
- He uses the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device 1-2x.day

**OBJECTIVE**

Skin Condition:
- Hyperpigmentation left side of neck
- Redness in areas on anterior neck secondary to radiation

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 15.5 | 15.5 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 71 | |
| Circumference (upper neck) | 54 | |
| Circumference (lower neck) | 49 | |
| | | |



Induration submandibular area



Sigvaris neck and mandible foam pad has two velcro closures. Worn at night to soften fibrosis. Recommend to wash and dry regularly to keep the foam padding inflated. Can wear a tshirt over the pad to help hold in place.

**OT ASSESSMENT**

- Robert has completed chemo and is undergoing radiation treatment for salivary gland carcinoma. He has facial and neck lymphedema. During these radiation phase of treatment he has had fluctuating edema in the head/neck. He did have a recent course of prednisone which helped to decrease a significant increase in face and neck lymphedema.
- The lymphedema in the head and neck results in increased congestion whenlying flat. He has been sleeping with his head elevated and he does have an adjustable bed. He is wearing compression pad at night. Uses Flexitouch pneumatic compression pump day time to help with lymphedema management.

**TREATMENT**

**Treatment Today:**

- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Continue Self lymph massage and neck ROM
- Reviewed neck compression garment for night wear: Wash regularly. Wear tshirt over the garment to help hold distal portion in place.

**Treatment Goals: Goals were mutually agreed upon with the patient.**

1. Pt will be able to complete skin care improve skin hygiene for the face and neck to prevent infection or skin breakdown.
Status: Achieved
To Achieve within: 2-3 weeks

2. Patient will be independent with home exercise program of self ymph clearing exercises, neck and shoulder

ROM, facial exercises for lymphedema management.
Status: Achieved
To achieve within: 4 weeks

3. Patient will wear face/neck/chin compression garment and have 2 cm decreased girth in neck circumference to improve neck ROM for ADL's with 1/10 pain level.
Status: Girth has fluctuated. Today he does have decreased circumference in upper neck and lower neck measurements.
To achieve within: 8 weeks

4. Patient will complete standard home program and also obtain a Head and neck pneumatic compression pump to use daily to supplement standard lymphedema home program to decrease head and neck edema girth to improve neck ROM for ADL's, decrease head and neck edema girth to improve sleep quality
To Achieve within: 12 week
Status: He did receive the Flexitouch pneumatic compression pump and uses it 1-2x/day.

**Add goal 5.**
**Patient will be see for Manual lymphatic drainage in addition to wearing neck compression garment and using the Flexitouch pneumatic pump to manage post treatment Lymphedema of the Head/Neck and assist with improving neck ROM, skin pliability to allow for functional movements for ADL's with 2-3/10 neck pain**
**Status: New goal**
**To achieve: 8 weeks**

Total billable time: 54 minutes
97140 Manual Therapy x 4 units

**PLAN**

- Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 06/19/23 1030

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/20/23 1500**

Author: Driscoll, Collin D, MD — Service: — — Author Type: Physician
Filed: 06/20/23 1616 — Encounter Date: 6/20/2023 — Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 20, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent
with salivary duct carcinoma. See comment.

11/25/2022 **Cancer Staged**
Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

11/29/2022 **Biopsy**
L axillary node bx confirmed as metastatic disease on 11/29/22

12/14/2022 - **Chemotherapy**
HEAD/NECK
CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

5/31/2023 - 6/9/2023 **Radiation**
Oligo met radiation to left neck (Driscoll)
- PTV left neck 35 Gy 5 fractions

6/13/2023 - **Radiation**

6/22/2023

Oligo met radiation to left axilla (Driscoll)
- PTV left axilla 35 Gy in 5 fractions

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 4 / 2800 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
There are no skin complaints.

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation. He is starting to feelmore sore in the axilla

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Continue radiation as previously outlined

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/20/23 1616

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/22/23 1500**

Author: Driscoll, Collin D, MD    Service: —    Author Type: Physician
Filed: 06/22/23 1624    Encounter Date: 6/22/2023    Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**June 22, 2023**
**Robert J Loper**
**000008828980**

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23 |

| | |
|---|---|
| | C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**TREATMENT SITE: Left axilla**

**CURRENT NUMBER OF FRACTIONS / CURRENT DOSE (cGy):** 5 / 3500 cGy out of a planned 5 / 3500 cGy

**Reason for Simulation:** Confirmation simulation prior to SBRT treatment

**Simulation Note:**

Robert J Loper was brought to the Treatment Machine where he was set up in his Previously fashoned immobilization device(s). Prior to imaging he was straightened and aligned to his localization and leveling marks using in-room lasers.

Isocenter Confirmation: Patient was moved to isocenter using image guidance with cone beam CT to bony anatomy And then adjustment made to GTV I reviewed and confirmed images, confirming we were at isocenter. After isocenter was confirmed, patient was treated.

**INTERVAL HISTORY:**
There is no treatment related fatigue.
There is no new cough, chest pain or shortness of breath.
There are no new areas of pain.
He has been noticing more discomfort under the left axilla, but no visible erythema or desquamation

**PHYSICAL EXAM:**
A&Ox3, NAD
Lungs: CTAB
Skin: In treatment field there is no radiation erythema, dermatitis, or desquamation. He is starting to feelmore sore in the axilla

**ASSESMENT:** Robert J Loper is an 60 y.o. who is undergoing radiation for the above diagnosis

**PLAN:**
- Finishes radiation today

**Progress Notes by Driscoll, Collin D, MD at 06/22/23 1500 (continued)**

- He sees Dr. Harmon in follow-up next week
- I will plan for post treatment PET scan in about 1 month
- Patient can call any time if questions or concerns arise

Collin D Driscoll, MD

Electronically signed by Driscoll, Collin D, MD at 06/22/23 1624

**END OF REPORT**

**Progress Notes by Driscoll, Collin D, MD at 06/22/23 1500**

Author: Driscoll, Collin D, MD    Service: —    Author Type: Physician
Filed: 06/22/23 1624    Encounter Date: 6/22/2023    Status: Signed
Editor: Driscoll, Collin D, MD (Physician)

**Radiation Oncology Treatment Summary Note**

Robert J Loper    6/21/2023

**Oncology History Overview Note**

Cancer Staging

Salivary gland carcinoma (*)

Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy** |

| | |
|---|---|
| | L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**CURRENT TREATMENT SITE:** Oligo Mets and left axilla

**DOSE TO TREATMENT SITE, NUMBER OF FRACTIONS, AND FRACTION SIZE:** 35 Gy in 5 fractions

**RADIATION TREATMENT TECHNIQUE:** SBRT using a VMAT technique using 6 mV photons prescribed to the PTV volume. He was set up with daily image guidance using cone beam CT to bony anatomy and then adjustment made to GTV/PTV is as-needed

**TREATMENT FREQUENCY:** June 13th, 15th, 16th, 20th, and 22nd of 2023

**TREATMENT DURATION:** See Oncologic History

**TOLERANCE/RESPONSE TO THERAPY:**
Robert J Loper is a 60 y.o. male who tolerated treatment well. Towards end of therapy was noticing a bit more discomfort in the left axillary region, but there is no visible skin erythema or desquamation

**FOLLOW UP:**
- Finishes radiation today
- He sees Dr. Harmon in follow-up next week
- I will plan for post treatment PET scan in about 1 month, but we can move that date if needed based on other appts, etc
- Patient can call any time if questions or concerns arise

**Cc: to REQUESTING PROVIDER:** Dr. Gill Harmon

Electronically signed by Driscoll, Collin D, MD at 06/22/23 1624

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 06/26/23 0800**

Author: Betlach, Paula M, OT Service: — Author Type: Occupational Therapist
Filed: 07/10/23 0907 Encounter Date: 6/26/2023 Status: Addendum
Editor: Betlach, Paula M, OT (Occupational Therapist)
Related Notes: Original Note by Betlach, Paula M, OT (Occupational Therapist) filed at 06/26/23 0859

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**June 26, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: 2022.
He has completed chemo and radiation
Patient is seen for Visit # 8. Initial OT Visit: 1/26/23

**SUBJECTIVE**

0-610 pain right side neck, jaw pain , this is sporadic, Takes tylenol

**PATIENT RESPONSE TO TREATMENT**
- Completes ROM and self lymphatic massage.
- He wears the Sigvaris neck and Mandible foam pad through Paula's purse (ordered through Hilton Medical) all night.
- He uses the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device 1-2x.day

**OBJECTIVE**

Skin Condition:
- Hyperpigmentation left side of neck
- Redness in areas on anterior neck secondary to radiation
- Improved pliability in the neck/face

**Active Range of Motion:**

| Range of Motion | Right | Left |
|---|---|---|
| Mouth opening (cm) | 4 | |
| | | |
| Cervical rotation | 50 | 40 |
| Cervical side bend | | |
| | | |
| Shoulder flexion (degrees) | 165 | 165 |
| | | |
| | | |

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 15.5 | 15.5 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 72 | |
| Circumference (upper neck) | 54 | |
| Circumference (lower neck) | 49 | |
| | | |

**OT ASSESSMENT**

- Robert has completed chemo and completed radiation treatment for salivary gland carcinoma.
- He has facial and neck lymphedema. He is wearing SigVariscompression pad at night. Uses Flexitouch pneumatic compression pump day time to help with lymphedema management. The neck pad has helped break up fibrosis in the neck and the skin condition is more pliable.

**TREATMENT**

**Treatment Today:**

- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Continue Self lymph massage and neck ROM
- Continue neck compression garment for night wear: Wash regularly. Wear tshirt over the garment to help hold distal portion in place.
- Continue daily use of the Flexitouch pump

Total billable time: 55 minutes
97140 Manual Therapy x 4 units

**PLAN**

- Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 06/26/23 0859
Electronically signed by Betlach, Paula M, OT at 07/10/23 0907

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 07/07/23 2131 | Encounter Date: 6/30/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
June 30, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Post XRT plan

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

10/26/2022 **Initial Diagnosis**
Salivary gland carcinoma (*)

--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis)

11/17/2022 **Biopsy**
Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent

| | |
|---|---|
| | with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Robert tolerated radiation very well
--He is recovering from chemotherapy well. Working. Hair starting to regrow. No evidence of any cardiac injury.
--He continues to use lymphedema management techniques with modest benefit. Persistent neck lymphedema as would be expected
--Was seen recently by ENT. I agree that the midline neck skin lesion is almost certainly benign. It appears to be on the order of a venous lake type of lesion.
--The main issue today, is that in the R neck (level V) has a neck lesion that is nodular and highly concerning for recurrent disease. This is not so much painful as just a palpable nodule that is new within the past several days.

No past medical history on file.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |

| | |
|---|---|
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 120/72 (BP Location: Right arm, Patient Position: Sitting) | Pulse 86 | Wt 108.2 kg (238 lb 8.6 oz) | BMI 30.78 kg/m²
GEN: Alert and oriented x 3. NAD.
NECK: R level V 1 cm nodule, subcutaneous

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

--Discussed that end of tx echo was intact and lacked evidence of chemo-related cardiac injury.
--Discussed that he tolerated chemo and, more recently, EBRT quite well.
--However, he has a new lesion in the R neck on exam today (nothing on the left though) that I fear will represent progressive cancer.
--Discussed SOC options, most notably Lupron monotherapy
--Juxtaposed that with the known trial at UW which combines Lupron with pembro. He favors this trial. I agree.
--I believe he would be a good candidate so long as RECIST measurable disease is found. Namely if a subq nodule hits at least 10 mm in size. This R neck lesion would be close if confirmed.
--We will start with imaging but then move to UW referral. I have previously spoken to the trial PI there, and I believe he would be a good candidate so long as he meets all screening criteria.
--He expresses understanding. CT neck requested. Otherwise we have post XRT PET scheduled at the end of the month.

**PLAN**
1) CT Neck ASAP. Amwell visit with Harmon right after (overbook is fine). Must be Harmon as provider in this case.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 07/07/23 2131

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 07/10/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 07/10/23 0905 | Encounter Date: 7/10/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**July 10, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT DAILY NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22.
Patient has completed chemotherapy and radiation.

Patient is seen for Visit # 9. Initial OT Visit: 1/26/23

**SUBJECTIVE**

0-610 pain Bilateral neck pain, Firm nodules on both side of neck. Sharp intermittent right neck pain.

**PATIENT RESPONSE TO TREATMENT**

- Completes ROM and self lymphatic massage.
- He wears the Sigvaris neck and Mandible foam pad at night and use the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device 1-2x.day
- Today he feels worse with neck and face Lymphedema and low stamina.
- He reports new nodules in the neck and will be having a CT scan this week.

**OBJECTIVE**

Skin Condition:

- Hyperpigmentation left side of neck
- Redness in areas on anterior neck secondary to radiation
- Improved pliability in the neck/face

| Swelling Assessment (cm) | Right | Left |
|---|---|---|

| | | |
|---|---|---|
| TMJ to midline of chin | 16 | 17 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 73 | |
| Circumference (upper neck) | 58 | |
| Circumference (lower neck) | 54 | |
| | | |

**OT ASSESSMENT**

- Robert has completed chemo and completed radiation treatment for salivary gland carcinoma.
- He has increased facial and neck lymphedema today and decreased stamina. He reports he has discovered new nodules and will be having a CT scan this week.
- He continues to wear the SigVariscompression pad at night. He continues to use the Flexitouch pneumatic compression pump day time but these have not been as effective with managing the lymphedema since he noted the presence of increased nodules in the neck region.

**TREATMENT**

**Treatment Today:**
- Manual lymphatic drainage: MLD was completed to terminus, axillary lymph nodes abdomen,head and neck. Deep breathing exercises were incorporated during MLD
- Lymphatic clearing techniques/ Range of Motion exercises, and Diaphragmatic breathing: Continue Self lymph massage and neck ROM
- Continue neck compression garment for night wear and daily use of the Flexitouch pump

Total billable time: 60 minutes
97140 Manual Therapy x 4 units

**PLAN**
Continue to see patient per plan of care with a focus on Lymphedema Management.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 07/10/23 0905

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530**

Author: Harmon, Gil E, MD    Service: —    Author Type: Physician
Filed: 08/04/23 1724    Encounter Date: 7/21/2023    Status: Signed
Editor: Harmon, Gil E, MD (Physician)
Related Notes: Original Note by Harmon, Gil E, MD (Physician) filed at 08/01/23 2138

Robert J Loper    000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
July 21, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Followup to continue coordination of next steps in care.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22 |

| | |
|---|---|
| | C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/13/2023 | **Progression**<br>In the setting of new palpable neck nodularity (see notes of palpable lesion in R level III/V region)<br><br>CT Neck:<br>Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Significant contact between this author and UW. He appears eligible at UW for Lupron/pembro study.
--He is noting rather rapid increase in the fullness of his b/l neck. Still able to breath freely but has positional issues with sleep as he has before. ROM is decreasing as he tries to turn his head.
--Vascular hemangioma like lesion removed today by ENT given that it had been bothering him (catching on clothing, etc). This would have been a lesion caused by vascular congestion d/t cancer progression in my opinion.
--He has no other discomforts of note (below the neck). No frank pain really. Still working.
--We await his upcoming PET scan.

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA | Inhale 2 Puffs into mouth/lungs every 4 hours as |

| | |
|---|---|
| inhaler | needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0

GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. None new today.

Imaging: As per oncologic history. CT neck reviewed with patient.

Pathology: As per oncologic history

**Impression/Plan:**
**Assessment**
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

I had a good conversation today with the patient about next steps. He is eligible for the University of Wisconsin trial that uses Lupron and pembrolizumab in combination as a single arm study.

I discussed in frank terms that I have not had easy access to immunotherapy in any other capacity given that there is no FDA label for use in salivary gland carcinoma. Lupron would be the standard of care option that I would have access to, but given our desire to be as aggressive as possible, we favor the clinical trial enrollment as much as can be pursued.

The patient has had more rapid clinical progression in the last couple of weeks. He has a CT neck that shows known progression and does have RECIST measurable disease apparent. He more over has right neck palpable disease that is basically subcutaneous and does also serve as measurable disease. He has already been deemed to likely be eligible for the University of Wisconsin study.

On the patient's behalf, I have reached out to the University of Wisconsin to explain that we do have a PET scan already scheduled and as such that I would hope this would double as his pre-treatment baseline imaging given that we do use iodinated CT contrast as part of our head and neck PET scanning protocols. In as much as I have been able, I have been able to confirm that he is not in need of additional imaging other than the PET scan that we already have planned.

Given the more significant progression that is happening on a clinical basis, I have asked that the most expedited possible appointment scheduling be made available for the patient given his overall concern that his clinical progression will potentially get out of hand. I do agree with him that his clinical pace of disease has increased in the last couple of weeks.

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

In terms of symptoms in need of management, he does have lymphedema of the neck as he has before and this is worsening, but aside from ongoing lymphedema management which is already at maximum at the current time, I do not have any other direct interventions to make on this at this time.

We did have a prognosis discussion today as it relates to goals of care and life decision making. My hope is that we maintain some modicum of palliative control with systemic therapy, but at this point, local therapies are certainly not the right direction to go given rapid progression after cessation of cisplatin-based chemotherapy to extend beyond the areas that we chose to radiate when he had only oligo-residual disease earlier this year.

I remain hopeful that we still have some moderate length of control, perhaps even measured in a 1-2 year time frame with the use of Lupron based therapy, but I was clear to explain that our ability to control his cancer is unknown until he starts this therapy. If there were to be some issue with trial enrollment or the time line there of, we would simply start Lupron therapy here in an expedited fashion in La Crosse.

**PLAN**
--UW clinical trial candidate. He has followup scheduled there. Attempting to expedite and consolidate appointments there as able. Keeping PET scan here.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

ADDENDUM:
PET shows rapid progression, including liver metastatic disease. We are all the more in need of expediting appointments at UW to get him to systemic therapy as quickly as possible.

Electronically signed by Harmon, Gil E, MD at 08/01/23 2138
Electronically signed by Harmon, Gil E, MD at 08/04/23 1724

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 07/31/23 1042**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 07/31/23 1044 | Encounter Date: 7/31/2023 | Status: Signed |

Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant)

FMLA paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to GHS HR at 51423.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 07/31/23 1044

**END OF REPORT**

**Progress Notes by Betlach, Paula M, OT at 08/14/23 0801**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 08/14/23 0802 | Encounter Date: 8/14/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**OUTPATIENT OCCUPATIONAL THERAPY**

Patient Name: Robert J Loper
000008828980
August 14, 2023
Referring Provider: No ref. provider found

Patient canceled scheduled therapy appointment on this date.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 08/14/23 0802

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1434**

Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 08/17/23 1435 | Encounter Date: 8/17/2023 | Status: Signed
Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant)

Life insurance paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to Mony Life Insurance at 315-234-4201.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1435

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1434**

Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant
Filed: 08/17/23 1435 | Encounter Date: 8/17/2023 | Status: Signed
Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant)

Short Term Disability paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to Lincoln Financial at 877-843-3950.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 08/17/23 1435

**END OF REPORT**

**Clinical Support Note by Betlach, Paula M, OT at 08/28/23 0800**

Author: Betlach, Paula M, OT | Service: — | Author Type: Occupational Therapist
Filed: 08/28/23 0828 | Encounter Date: 8/28/2023 | Status: Signed
Editor: Betlach, Paula M, OT (Occupational Therapist)

**000008828980**
**Robert J Loper**
**OUTPATIENT OCCUPATIONAL THERAPY LACROSSE**
**August 28, 2023**

**REFERRING PROVIDER:**
Huber, Heidi R, NP

**REPORT TITLE:**
OT DISCHARGE NOTE

**DIAGNOSIS:**
Medical Diagnosis: Salivary ductal carcinoma. Trunk/Neck/face lymphedema

Onset Date of Current Episode: Diagnosed 11/25/22.
Patient has completed chemotherapy and radiation. He is now in a Clinical Trial at UW Madison due to progression of cancer.

Patient was seen in OT for 10 visits from 1/26/23 - 8/28/23.

**SUBJECTIVE**

Bilateral neck pain, Reports headache posterior head. Decreased Neck ROM due to Neck and face Lymphedema and advancement of cancer. Has voice changes. He has to have small bites for eating due to tightness in throat.

**PATIENT RESPONSE TO TREATMENT**

- He is receiving Clinical trial treatment at UW Madison
- He wears the Sigvaris neck and Mandible foam pad at night and uses the Tactile medical Flexitiouch Head/Neck/Trunk Advanced pneumatic compression device as tolerated.
- He needs to sleep siting up due to difficulty breathing.

**OBJECTIVE**

Skin Condition: Induration face and neck. Girth is increased

| Swelling Assessment (cm) | Right | Left |
|---|---|---|
| TMJ to midline of chin | 16.5 | 18.5 |
| TMJ to base of nose | 15 | 16 |
| TMJ to lateral corner of eye | | |
| Circumference (apex of head to waddle) | 72 | |
| Circumference (upper neck) | 63 | |
| Circumference (lower neck) | 55 | |

| | | |
|---|---|---|

Neck Rotation: Right 20 degrees Left 15 degrees.

**OT ASSESSMENT**

- Robert has completed chemo and completed radiation treatment for salivary gland carcinoma. Due to progression of cancer he is now involved in a clinical trial at UW Madison.
- He has decreased neck ROM and increased lymphedema in the face and neck due to progression of cancer and this has decreased his neck ROM and requires him to sleep elevated and eat very small bites of food due to tightness in throat.

**TREATMENT**

**Treatment Today:**
- Recheck
- Continue neck compression garment use of the pneumatic Flexitouch pump as tolerated and if deemed helpful for symptom management.

Total billable time: 20 minutes
Recheck 97168

**Treatment Goals: Goals were mutually agreed upon with the patient.**

1. Pt will be able to complete skin care improve skin hygiene for the face and neck to prevent infection or skin breakdown.
Status: Achieved
To Achieve within: 2-3 weeks

2. Patient will be independent with home exercise program of self ymph clearing exercises, neck and shoulder ROM, facial exercises for lymphedema management.
Status: Achieved
To achieve within: 4 weeks

3. Patient will wear face/neck/chin compression garment and have 2 cm decreased girth in neck circumference to improve neck ROM for ADL's with 1/10 pain level.
Status: Girth increased due to progression of cancer. He wears compression garment as tolerated.
To achieve within: 8 weeks

4. Patient will complete standard home program and also obtain a Head and neck pneumatic compression pump to use daily to supplement standard lymphedema home program to decrease head and neck edema girth to improve neck ROM for ADL's, decrease head and neck edema girth to improve sleep quality
To Achieve within: 12 week
Status: He did receive the Flexitouch pneumatic compression pump. He uses prn for symptom management.

**Clinical Support Note by Betlach, Paula M, OT at 08/28/23 0800 (continued)**

Add goal 5.

Patient will be see for Manual lymphatic drainage in addition to wearing neck compression garment and using the Flexitouch pneumatic pump to manage post treatment Lymphedema of the Head/Neck and assist with improving neck ROM, skin pliability to allow for functional movements for ADL's with 2-3/10 neck pain

Status: Neck ROM is decreased, Neck lymphedema is increased, Has constant headache due to progression of cancer

To achieve: 8 weeks

**PLAN**

Discharge OT with home program as tolerated.

Paula Betlach, OTR, CLT

Electronically signed by Betlach, Paula M, OT at 08/28/23 0828

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 09/18/23 1049**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 09/18/23 1050 | Encounter Date: 9/18/2023 | Status: Signed |
| Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant) | | |

Short Term Disability paperwork completed and signed by Dr. Harmon for patient.

Completed paperwork faxed to MONY at 315-234-4201.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 09/18/23 1050

**END OF REPORT**

**Clinical Support Note by Jelinek, Amber R, MEDICAL ASSISTANT at 09/19/23 0912**

| | | |
|---|---|---|
| Author: Jelinek, Amber R, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 09/19/23 0913 | Encounter Date: 9/19/2023 | Status: Signed |
| Editor: Jelinek, Amber R, MEDICAL ASSISTANT (Medical Assistant) | | |

Short Term Disability paperwork completed and signed by Dr. Harmon for patietn.

Completed paperwork faxed to Lincoln Financial at 877-843-3950.

Copy sent to scanning.

Electronically signed by Jelinek, Amber R, MEDICAL ASSISTANT at 09/19/23 0913

**END OF REPORT**

**Progress Notes by Rayhan, Kazi Z, MD at 10/24/23 1120**

Author: Rayhan, Kazi Z, MD    Service: —    Author Type: Physician
Filed: 10/24/23 1150    Encounter Date: 10/24/2023    Status: Signed
Editor: Rayhan, Kazi Z, MD (Physician)

**Robert J Loper    000008828980**
**60 y.o.male**

**Primary Care Providers:**
**Rayhan, Kazi Z, MD**

**LA CROSSE - INTERNAL MEDICINE LA CROSSE**
**October 24, 2023**

**Chief Complaint**
Patient presents with
- Annual Exam

**HPI:**

The patient comes to see me for his annual wellness visit. The patient had lab tests done yesterday. Today, he wants to discuss lab test results, management of his chronic medical conditions and preventative healthcare needs.

Overall, the patient reports that he is doing very well. He gets immunotherapy for his salivary gland cancer. He is seeing oncologist at UW health in Madison, Wisconsin.

The patient is taking all medications as prescribed.

He denies any significant weight changes.

The patient does not report any fever, chills, cough, SOB or chest pain. He does not report any light headedness, dizziness, headache or blurry vision.

The patient denies any acute GI/GU complaints.

He does not report any acute numbness, tingling or weakness of extremities.

He denies depression or anxiety.

The patient does not smoke cigarettes.

**Patient Active Problem List**
Diagnosis
- Vitamin D deficiency
- CKD (chronic kidney disease), stage II

- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy
- Lymphedema

**Outpatient Medications Prior to Visit**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • lancets 30 gauge Misc | daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • multivitamin-min-iron-FA-vit K (BARIATRIC MULTIVITAMINS) 45 mg iron- 800 mcg-120 mcg Cap | Take 1 Capsule by mouth daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • [DISCONTINUED] ADVAIR HFA | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |

| | |
|---|---|
| 45-21 mcg/actuation aerosol | (Patient not taking: Reported on 10/24/2023) |
| • [DISCONTINUED] albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • [DISCONTINUED] budesonide-formoterol 160-4.5 (SYMBICORT) 160-4.5 mcg/actuation HFAA | Inhale 2 Puffs into mouth/lungs 2 times daily |
| • [DISCONTINUED] clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • [DISCONTINUED] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • [DISCONTINUED] fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • [DISCONTINUED] lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • [DISCONTINUED] metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily |
| • [DISCONTINUED] metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • [DISCONTINUED] pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • [DISCONTINUED] POTASSIUM PO | Take 1 Tablet by mouth daily (Patient not taking: Reported on 10/24/2023) |
| • [DISCONTINUED] rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

**Current Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • fluticasone propion-salmeteroL | Inhale 1 Puff into mouth/lungs 2 times daily For: |

| | |
|---|---|
| 250-50 mcg/dose inhaler | controller medication for asthma |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 3 Tablets (1,500 mg) by mouth daily with breakfast For: type 2 diabetes mellitus |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • multivitamin-min-iron-FA-vit K (BARIATRIC MULTIVITAMINS) 45 mg iron- 800 mcg-120 mcg Cap | Take 1 Capsule by mouth daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

**No past medical history on file.**

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**No Known Drug Allergies**

## SOCIAL

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Additional pack years: | 0.00 |
| Total pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |

| | |
|---|---|
| Years since quitting: | 31.8 |
| • Smokeless tobacco: | Never |

Vaping Use

| | |
|---|---|
| • Vaping Use: | Never used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Social History Narrative

*Lives with wife (Linda) in Holmen.*

*4 adult children - 2 biologic.*

**Family History**

| Relation | Problem | Comments |
|---|---|---|
| Sister | Cancer-Melanoma | |

**ROS:** A complete (at least 10 systems) ROS was performed and is negative except as noted above in HPI.

**Physical Exam:**

BP 122/82 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 72 | Ht 188 cm (6' 2.02") | Wt 112.7 kg (248 lb 8 oz) | BMI 31.89 kg/m²

**Gen:** NAD. Very pleasant. Obese man.
**Skin:** No rash/jaundice/ulcer noted.
**HEENT:** Conjunctiva not injected, No scleral icterus, MMM.
**Neck:** No thyromegaly noted based on visual inspection, No carotid bruit.
**Chest:** Clear to auscultaion b/l, No r/r/w.
**Cardiovascular:** NL S1,S2, RRR, No m/r/g. Apical impulse non-displaced.
**Abdomen:** Soft, Non-tender, Non-distended, No organomegaly, + bowel sound.
**Musculoskeletal:** No obvious deformities noted. Appears to move all extremities normally. No swelling/redness noted in hand joints.
**Extremities:** No edema noted. No varicose veins.
**Neuro:** CN II to XII grossly NL, appears to have normal strength in all major muscle groups of extremities. Normal gait noted.
**Psyh:** Well groomed, maintains good eye contact, friendly, cooperative and has normal affect. Appears to have good insight. No hallucinations/delusions noted. No SI/HI.

**Health Maintenance:** Reviewed with patient.

PHQ-2:
Q1 Little interest or pleasure in doing things: Not at all
Q2 Feeling down, depressed or hopeless: Not at all

ⓘ **No data to display**

**Labs:** Reviewed and discussed the most recent lab tests results with the patient.

**Assessment & Plan**

| | | |
|---|---|---|
| 1. | Annual physical exam | |
| 2. | Mild persistent asthma without complication | albuterol 90 mcg/actuation HFA inhaler<br>fluticasone propion-salmeteroL 250-50 mcg/dose inhaler |
| 3. | Psoriasis | clobetasol 0.05 % (TEMOVATE) 0.05 % ointment |
| 4. | Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) | DAPAgliflozin (FARXIGA) 10 mg tablet<br>metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet<br>LAB CREATININE<br>LAB HEMOGLOBIN A1C |
| 5. | Gastroesophageal reflux disease without esophagitis | pantoprazole (PROTONIX) 40 mg delayed release tablet |
| 6. | Dyslipidemia | fenofibrate (TRICOR) 145 mg tablet<br>rosuvastatin (CRESTOR) 40 mg tablet |
| 7. | Screening for colon cancer | LAB FECAL IMMUNOCHEMICAL TEST |

| | | |
|---|---|---|
| 8. | Chronic systolic heart failure (*) | metoprolol succinate (TOPROL XL) 25 mg extended release tablet |
| 9. | CKD (chronic kidney disease), stage II | |
| 10. | Vitamin D deficiency | |
| 11. | History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, | |
| 12. | Coronary artery disease involving native coronary artery of native heart without angina pectoris | metoprolol succinate (TOPROL XL) 25 mg extended release tablet<br><br>rosuvastatin (CRESTOR) 40 mg tablet |
| 13. | Salivary gland carcinoma (*) | |
| 14. | Primary hypertension | lisinopriL 10 mg tablet |
| 15. | Preventative health care | LAB HEMOGRAM |

**Elaboration of Assessment & Plan above**:

The patient and I have reviewed his chronic diseases, medications and most recent lab tests results. Overall, the patient's chronic medical diseases listed above have remained stable/well-controlled with current medications.

Regarding diabetes control, we have agreed to raise the dose of metformin from 1000 mg daily to 1500 mg daily. We will check hemoglobin A1c level again about 6 months later.

I have encouraged the patient to lose weight via diet and exercise. Of course, weight loss will further improve his diabetes and other chronic diseases including hypertension.

Regarding asthma, due to insurance related reasons, I have changed Symbicort to Advair.

No additional medication changes were made today.

Preventative care needs were addressed. At this time, he declines to get COVID-19 vaccine. He plans to talk with his oncologist before getting vaccine against COVID-19.

**Progress Notes by Rayhan, Kazi Z, MD at 10/24/23 1120 (continued)**

The patient and I have agreed to see each other about 6 months later. He was encouraged to contact me if he has any questions or concerns regarding his health care.

**Pre-visit planning (PVP)** for next visit (in April, 2024) was done today.

Kazi Z Rayhan, MD

**Note: This note was partially created using Fluency Direct talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.**

Electronically signed by Rayhan, Kazi Z, MD at 10/24/23 1150

**END OF REPORT**

**Clinical Support Note by Briggs, Tatianna K at 01/08/24 1124**

| | | |
|---|---|---|
| Author: Briggs, Tatianna K | Service: — | Author Type: Support Staff |
| Filed: 01/08/24 1152 | Encounter Date: 1/8/2024 | Status: Addendum |

Editor: Briggs, Tatianna K (Support Staff)
Related Notes: Original Note by Briggs, Tatianna K (Support Staff) filed at 01/08/24 1125

The patient is referred by Dr. Justine Bruce of Carbone Cancer Center for rash. The patient's referral expires on 12/26/24.

The patient originally stated they would be going to Madison instead but called back and stated they will be scheduling for an appointment at Gundersen Health System instead.

Electronically signed by Briggs, Tatianna K at 01/08/24 1125
Electronically signed by Briggs, Tatianna K at 01/08/24 1152

**END OF REPORT**

**Progress Notes by Farrell, April L, MD at 01/09/24 0930**

| | | |
|---|---|---|
| Author: Farrell, April L, MD | Service: — | Author Type: Physician |
| Filed: 01/09/24 0939 | Encounter Date: 1/9/2024 | Status: Signed |

Editor: Farrell, April L, MD (Physician)

**Robert J Loper 000008828980**

**DERMATOLOGY - ONALASKA**
**January 09, 2024**

**CHIEF COMPLAINT:**
Rash

**HISTORY OF PRESENT ILLNESS:**
Robert is a 61-year-old gentleman new to dermatology clinic seen at the request of Dr. Bruce for evaluation of a fairly acute skin eruption. This began about 4 weeks ago as itchy areas involving his medial thighs predominantly. It spread to his antecubital fossa area as well. He has been treated with clotrimazole cream which seems to be helping the antecubital fossa but really has not made much difference on his thighs. He is also used hydrocortisone cream to help keep the itching to a minimum. He notes no other changes in products or medications. He has been on pembrolizumab since September for salivary gland cancer.

Of note he also has longstanding psoriasis involving predominantly his elbows and knees. More recently it seems to be popping up on his hands. He does have clobetasol cream that he uses every other day or so for that. He has not had systemic therapy for his psoriasis in the past.

No Known Drug Allergies

**PAST DERMATOLOGIC HISTORY:**
Psoriasis

**SOCIAL HISTORY:**
His wife does have a similar rash which seems to be improving with clotrimazole.

**FAMILY HISTORY:**
Notable for melanoma in his sister

**EXAM:**
There are large, thick, well-demarcated pink scaly plaques on the elbows and knees. There are smaller pink scaly plaques on the medial thighs which are also fairly well-demarcated. There are faint pink patches on the antecubital fossa extending onto the bicep which are fairly faint. There are pink scaly plaques on the right dorsal knuckles of the hands. Face and lips appear normal.

**ASSESSMENT/PLAN:**
1. I favor a psoriasis flare on the medial thighs versus a drug eruption secondary to pembrolizumab versus less likely tinea corporis. We did elect to proceed with a 4 mm punch biopsy from the right medial thigh. This was closed with 5.0 fast-absorbing gut suture. A punch biopsy was performed. Prior to the biopsy, the intervention was discussed thoroughly and the patient was directly involved in the decision-making process. The patient´s medical condition and diagnosis were reviewed and were determined to be appropriate for the planned intervention. A description of the proposed biopsy procedure was discussed with the patient. Risks and side effects, including but not limited to infection, bleeding, scarring, lack of confirmed diagnostic result, as well as other potential problems, were discussed with the patient. Benefits, in terms of obtaining a diagnosis, were discussed as well. The entire informed consent process was undertaken in the native language of the patient who indicated full understanding. The area was prepped and draped in a standard manner and anesthetized with 1% lidocaine with epinephrine.
The area was prepped and draped in a standard manner and anesthetized with 1% lidocaine with epinephrine. Punch biopsy technique was collected in the standard manner without complication. The wound was closed with suture as noted above. Specimen was sent to Pathology. Dressings were applied and wound care was discussed. The patient will be notified of results.
He can try clobetasol cream twice daily for up to 2 weeks on the medial thighs to assess for improvements.

2. Longstanding plaque psoriasis, not at treatment goal. He certainly can increase the clobetasol to twice daily

on the large plaques. We also discussed intralesional Kenalog. If the biopsy done today shows psoriasis we may want to consider phototherapy or even systemic therapy.

April L Farrell, MD

This note was created partially using Dragon Medical One talk-to-text software, and although edited in real-time, may occasionally contain grammatical or semantic errors.

Electronically signed by Farrell, April L, MD at 01/09/24 0939

**END OF REPORT**

**Clinical Support Note by Pfaff, Carrie A, MEDICAL ASSISTANT at 01/15/24 1130**

| | | |
|---|---|---|
| Author: Pfaff, Carrie A, MEDICAL ASSISTANT | Service: — | Author Type: Medical Assistant |
| Filed: 01/15/24 1138 | Encounter Date: 1/15/2024 | Status: Signed |

Editor: Pfaff, Carrie A, MEDICAL ASSISTANT (Medical Assistant)

Patient was fitted and dispensed 1 pair of Men's size 11 Ped pillows inserts without fill per Dr. Dawson. Written instructions were reviewed and sent with patient. He was instructed to contact us with any questions or concerns.

Patient informed of the required Government standards and has signed the DMEPOS delivery ticket.

Electronically signed by Pfaff, Carrie A, MEDICAL ASSISTANT at 01/15/24 1138

**END OF REPORT**

**Progress Notes by Dawson, David M, DPM at 01/15/24 1130**

| | | |
|---|---|---|
| Author: Dawson, David M, DPM | Service: — | Author Type: DPM |
| Filed: 01/15/24 1214 | Encounter Date: 1/15/2024 | Status: Signed |

Editor: Dawson, David M, DPM (DPM)
Related Notes: Original Note by Dawson, David M, DPM (DPM) filed at 01/15/24 1155

**Robert J Loper** **000008828980**

**ONALASKA - SPORTS MEDICINE - ONALASKA**
**January 15, 2024**

**Requesting Provider:** None None

**Chief Complaint**
Patient presents with
- Evaluation
  *Right ankle*

**SUBJECTIVE:** The patient presents today for evaluation and management of the above chief complaint.
A 61-year-old white male seen secondary to right ankle pain and swelling medially since mid December after walking on uneven ground. Denies any specific injury. Relates intermittent pain up to 4/10 treated with Tylenol.

**Progress Notes by Dawson, David M, DPM at 01/15/24 1130 (continued)**

Patient does have history of diabetes mellitus, chronic kidney disease stage 2, history of NSTEMI, history of salivary gland carcinoma, psoriasis and GERD. Patient is retired from Orthotics and Prosthetics at Gundersen Health System, however, anticipates returning to work part time.

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • fluticasone propion-salmeteroL 250-50 mcg/dose inhaler | Inhale 1 Puff into mouth/lungs 2 times daily For: controller medication for asthma |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 3 Tablets (1,500 mg) by mouth daily with breakfast For: type 2 diabetes mellitus |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • multivitamin-min-iron-FA-vit K (BARIATRIC MULTIVITAMINS) 45 mg iron- 800 mcg-120 mcg Cap | Take 1 Capsule by mouth daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of |

| | |
|---|---|
| | each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

No current facility-administered medications for this visit.

No Known Drug Allergies

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Former |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Additional pack years: | 0.00 |
| Total pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |
| Years since quitting: | 32.0 |
| • Smokeless tobacco: | Never |

Vaping Use

| | |
|---|---|
| • Vaping Use: | Never used |

Substance and Sexual Activity

| | |
|---|---|
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

**Review of Systems:** The patient denies fever, chills, nausea, vomiting, or calf pain.

**OBJECTIVE:**
There were no vitals filed for this visit.
**General Appearance:** The patient appears their stated age and in no acute distress.
**Dermatologic:** Mild edema medial ankle, right. No erythema or warmth.
**Vascular:** Dorsalis pedis and posterior tibial pulses are readily palpable and graded at 2/4 bilateral feet. Capillary refill is 3 seconds.
**Neurologic:** Deep tendon reflexes are normal and symmetric. Epicritic sensation is intact. .
**Musculoskeletal:** Range of motion is within normal limits without crepitation or pain to AJ and STJ R. No obvious orthopaedic abnormalities appreciated bilateral lower extremities. Overall foot posture and alignment is stable. Muscle strength for all prime movers of the foot and ankle are graded at 5/5 to manual stress bilateral lower extremities including PT tendon R with mild pain on resistance. Mild pain on palpation to the retromalleolar region of PT tendon to insertion at medial midfoot R. Positive single limb heel raise with minimal pain.

**Medical decision making:**

I have reviewed and summarized old records.

**Progress Notes by Dawson, David M, DPM at 01/15/24 1130 (continued)**

## Assessment & Plan:

**Assessment**

1. **Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)**

Discussed the patient's condition in detail. He was dispensed Ped Pillow inserts for attempts at biomechanical control. He will utilize ice as his form of anti-inflammatory on a t.i.d. basis as he is unable to take NSAIDs. He is to avoid barefoot ambulation. Return to clinic in 1 month for possible ankle bracing versus immobilization in a CAM walker if continued symptomatology. May cancel if improved.

David M Dawson, DPM

Electronically signed by Dawson, David M, DPM at 01/15/24 1138
Electronically signed by Dawson, David M, DPM at 01/15/24 1155
Electronically signed by Dawson, David M, DPM at 01/15/24 1214

**END OF REPORT**

**Progress Notes by Whalen, Christopher J, MD at 01/16/24 0815**

Author: Whalen, Christopher J, MD | Service: — | Author Type: Physician
Filed: 01/16/24 1044 | Encounter Date: 1/16/2024 | Status: Signed
Editor: Whalen, Christopher J, MD (Physician)

ORTHOPAEDICS: ADULT RECONSTRUCTION

CC: acute right knee pain

HPI: Robert J Loper is a 61 y.o. male that presents today c/o knee pain as noted above. Pt denies inciting event or history of trauma to the affected knee, maybe injured ankle a few weeks ago. Pt reports pain described as mild-mod. The patient locates the pain: global knee. The patient does not experience groin or hip pain. The patient does not experience instability. The patient does not experience mechanical symptoms about the knee. The pain is affecting the patient's ADLs and ability to sleep through the night. The patient's symptoms/pain have progressed despite attempts at conservative management including: Rest and activity modification. The patient denies any recent fever, chills, night sweats or calf pain. Does not generalized right sided body aches. Wonders if his cancer treatment is causing some of his symptoms. Also history of psoriasis that has flared since starting his cancer treatment.

The past medical history, social history, medications and allergies have all been updated and reviewed in Epic.
Notable for:
CAD s/p stent
CHF
DM
GERD
CKD2
Salivary gland ca
Psoriasis
Asthma

PHYSICAL EXAM:
PT APPEARS IN NAD, A&OX3 .

Estimated body mass index is 31.89 kg/m² as calculated from the following:
Height as of 10/24/23: 188 cm (6' 2.02").
Weight as of 10/24/23: 112.7 kg (248 lb 8 oz).
right KNEE EXAM:
APPEARANCE- No redness, edema, or inflammation. moderate effusion.
ALIGNMENT- Normal alignment
STABILITY- Negative posterior and anterior drawer sign. Minimal varus/ valgus laxity noted.
ROM- Active ROM is 2 to 115 degrees. PROM is 2 to 115 degrees.
STRENGTH/FUNCTION- 5/5 strength with flexion and extension
PERFUSION/SENSATION- Palpable distal pulses, intact sensation and normal capillary refill on the lower extremity.
GAIT- antalgic
OTHER- No joint line TTP noted. negative for crepitus.

IMAGING:
I have independently interpreted the X-rays taken of the right knee(s), my findings: mild-mod medial joint space narrowing. No fractures or bony lesions.

IMPRESSION:
61 y.o. male with right knee pain with mild-mod osteoarthritis. Based on history and exam, I suspect they also have meniscal pathology and/or simply a flare of their arthritis, possibly psoriatic flare.

We reviewed the patient's imaging, diagnosis, and pathology in detail. Discussed that we generally manage this conservatively and reserve arthroscopy for mechanical symptoms with failure of conservative management, as outcomes are not predictable.

We discussed a comprehensive non-operative protocol including activity modification, bracing/compression, ice or heat, acetaminophen, NSAIDs, gait aids, low impact exercise such as walking, stationary bike, and swimming, and the importance of maintaining an appropriate body weight. We also discussed injections for symptomatic relief.

If they fail to improve with above, could consider MRI

May also be beneficial to reestablish w/ rheumatology

At this point, he'd like to hold off on IASI until he discusses w/ cancer team

PLAN:
Conservative measures as above
Follow-up PRN
Call if wants to trial R knee IASI or MRI

Christopher J. Whalen, MD
Orthopaedic Surgery

Gundersen Health System

Electronically signed by Whalen, Christopher J, MD at 01/16/24 1044

**END OF REPORT**

## Results

**CT Neck Soft Tissue with Contrast [203355843]** Resulted: 10/23/22 1054, Result status: Final result

Ordering provider: Deigmann, Tara K, NP 10/23/22 0944
Order status: Completed
Resulted by: Simmons, Lonnie D, MD
Performed: 10/23/22 1019 - 10/23/22 1023
Accession number: 12796542
Resulting lab: IDX RADIOLOGY

Narrative:
CT NECK SOFT TISSUE WITH CONTRAST, obtained on 10/23/2022 10:23 AM

HISTORY: left neck/parotid mass.

COMPARISON: None

TECHNIQUE: Volume acquisition was obtained through the neck during the bolus infusion of intravenous contrast material. Data was reconstructed into the axial, sagittal and coronal planes.

CONTRAST: 68 mL intravenous Omnipaque 350.

FINDINGS:

The examination is most remarkable for a mildly hyperenhancing mass like lesion at the left parotid gland, margins are lobular and irregular with no discernible soft tissue plane between this lesion and the platysma or left sternocleidomastoid muscle. Though ill-defined dimensions are approximately 50 mm AP by 23 mm transverse and 36 mm cephalocaudad. There is diffuse enlargement of the left sternocleidomastoid muscle. Enlarged right level one, level two, level 5A and level 5B, left level one, level 5A and level 5B lymph nodes are seen.

There is left neck skin thickening and diffuse soft tissue stranding and subcutaneous soft tissues. Parapharyngeal, retropharyngeal, infratemporal and buccal spaces appear normal. There is narrowing of the wall buyers ring without discrete tonsillar adenoidal hypertrophy. The glottis is closed, no discrete mass is seen.

There is mild mucosal thickening in anterior ethmoid air cells. Orbital contents and brain parenchyma are unremarkable. There is degenerative cervical spondylosis, no aggressive appearing bone lesion. Calcified lymph nodes are seen in the superior mediastinum. The lung apices are clear.

Impression:

Diffuse cellulitis involving primarily the left neck, no abscess collection.

Ill-defined mildly hyperenhancing mass like lesion in the region of the left submandibular gland region with poorly defined margins with adjacent mildly enlarged platysma and left sternocleidomastoid muscle, cervical lymphadenopathy as detailed above. Differential considerations include neoplasm and other infiltrating lesions. Otolaryngology consultation suggested. The patient does has a history of prior neck surgery for "benign tumor." Pathologic records and prior imaging are not available in the electronic medical record but certainly would be

enlightening.

RESULTS COMMUNICATED TO: TARA K DEIGMANN, UCON
DATE/TIME CALLED: 10/23/2022 10:50 AM

The provider understood and acknowledged the results.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [205703117]** Resulted: 11/25/22 1708, Result status: Final result

Ordering provider: Ringstrom, Mark J, MD 11/25/22 1405
Order status: Completed
Resulted by: Riherd, Jody M, MD
Performed: 11/25/22 1406 - 11/25/22 1614
Accession number: 12913800
Resulting lab: IDX RADIOLOGY
Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 11/25/2022 4:14 PM

REASON FOR EXAM: malignancy; neck

COMPARISON: CT neck 10/23/2022.

TECHNIQUE:
PET/CT scanning was performed from the vertex through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 11.6 mCi of fluorine 18-FDG.
Preinjection blood glucose was 135 mg/dl.

CONTRAST: IV.

FINDINGS:

Head/neck: Numerous bilateral cervical lymph nodes at all levels with metabolic activity. Left intraparotid nodes with metabolic activity.

There is reticulonodular soft tissue within the cervical level 1 and 2 with metabolic activity.

Infiltrating edema and inflammation with metabolic activity along the left face and submental region

Enlarged left sternocleidomastoid muscle with reticular enhancement and metabolic activity

Asymmetric activity of the left thyroid with decreased enhancement

Asymmetric activity at the right tonsil

Stranding and edema along the left face, submandibular and submental regions with metabolic activity.

Thorax: Metabolically active left axillary node

Abdomen: Unremarkable.

Pelvis: Unremarkable.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:

Extensive bilateral metastatic cervical adenopathy, suspicion of infiltration into the surrounding tissues

Focal activity in the left submandibular gland consistent with malignancy

Probable invasive disease of the left sternocleidomastoid muscle

Activity in the left thyroid, suspicious for metastasis. Primary thyroid malignancy is not entirely excluded

Asymmetric activity in the right tonsil which may be metastatic disease or second primary

Metabolically active left axillary node highly suspicious for metastatic disease

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**CONSULT TO BREAST CENTER [205905278] (Abnormal)** — Resulted: 11/29/22 1408, Result status: Final result

Ordering provider: Driscoll, Collin D, MD 11/29/22 1045 — Order status: Completed
Resulted by: Zbacnik, Anthony P, MD — Performed: 11/29/22 1101 - 11/29/22 1104
Accession number: 12928562
Narrative:
MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL obtained on 11/29/22
LEFT US BREAST LIMITED obtained on 11/29/22
CONSULT TO BREAST CENTER obtained on 11/29/22

INDICATION: Head and neck adenocarcinoma. Hypermetabolic left axillary lymph node identified on recent PET-CT.

COMPARISON: PET-CT 11/25/2022.

FAMILY HISTORY: No known family history of breast or ovarian cancer.

BREAST COMPOSITION: The breasts are almost entirely fatty.

TECHNIQUE: Standard digital mammographic images and digital breast tomographic images are obtained.
Left axilla evaluated with ultrasound.

FINDINGS:

Left

MAMMOGRAPHY: Thickened left axillary lymph node partially included in the field of view. No suspicious findings within the breast.

ULTRASOUND: Left axillary ultrasound performed. At the 1 o'clock position 12 cm from the nipple is left axillary lymph node with abnormal cortical thickening measuring up to 0.6 cm. This corresponds to the lymph node identified on recent PET-CT.

Right

There is no evidence of suspicious masses, calcifications, or other abnormal findings.

Impression:

Ultrasound-guided biopsy recommended for thickened left axillary lymph node. This was performed today.

ASSESSMENT and RECOMMENDATION:

Overall BI-RADS category: 4 - Suspicious

Biopsy is recommended.

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/29/22 at 1410 CST

**END OF REPORT**

## Results

**MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL [205905294] (Abnormal)** Resulted: 11/29/22 1408, Result status: Final result

Ordering provider: Zbacnik, Anthony P, MD 11/29/22 1045 Order status: Completed
Resulted by: Zbacnik, Anthony P, MD Performed: 11/29/22 1104 - 11/29/22 1116
Accession number: 12931135
Narrative:
MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL obtained on 11/29/22
LEFT US BREAST LIMITED obtained on 11/29/22
CONSULT TO BREAST CENTER obtained on 11/29/22

INDICATION: Head and neck adenocarcinoma. Hypermetabolic left axillary lymph node identified on recent PET-CT.

COMPARISON: PET-CT 11/25/2022.

FAMILY HISTORY: No known family history of breast or ovarian cancer.

BREAST COMPOSITION: The breasts are almost entirely fatty.

TECHNIQUE: Standard digital mammographic images and digital breast tomographic images are obtained.
Left axilla evaluated with ultrasound.

FINDINGS:

Left

MAMMOGRAPHY: Thickened left axillary lymph node partially included in the field of view. No suspicious findings within the breast.

ULTRASOUND: Left axillary ultrasound performed. At the 1 o'clock position 12 cm from the nipple is left axillary lymph node with abnormal cortical thickening measuring up to 0.6 cm. This corresponds to the lymph node identified on recent PET-CT.

Right

There is no evidence of suspicious masses, calcifications, or other abnormal findings.

Impression:

Ultrasound-guided biopsy recommended for thickened left axillary lymph node. This was performed today.

ASSESSMENT and RECOMMENDATION:

Overall BI-RADS category: 4 - Suspicious

Biopsy is recommended.

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/29/22 at 1410 CST

**END OF REPORT**

## Results

**LEFT US BREAST LIMITED [205905340] (Abnormal)**

Resulted: 11/29/22 1408, Result status: Final result

Ordering provider: Zbacnik, Anthony P, MD 11/29/22 1046
Order status: Completed
Resulted by: Zbacnik, Anthony P, MD
Performed: 11/29/22 1124 - 11/29/22 1222
Accession number: 12931141
Narrative:
MAMMO DIGITAL TOMOSYNTHESIS DIAGNOSTIC BILATERAL obtained on 11/29/22
LEFT US BREAST LIMITED obtained on 11/29/22
CONSULT TO BREAST CENTER obtained on 11/29/22

INDICATION: Head and neck adenocarcinoma. Hypermetabolic left axillary lymph node identified on recent PET-CT.

COMPARISON: PET-CT 11/25/2022.

FAMILY HISTORY: No known family history of breast or ovarian cancer.

BREAST COMPOSITION: The breasts are almost entirely fatty.

TECHNIQUE: Standard digital mammographic images and digital breast tomographic images are obtained.
Left axilla evaluated with ultrasound.

FINDINGS:

Left

MAMMOGRAPHY: Thickened left axillary lymph node partially included in the field of view. No suspicious findings within the breast.

ULTRASOUND: Left axillary ultrasound performed. At the 1 o'clock position 12 cm from the nipple is left axillary lymph node with abnormal cortical thickening measuring up to 0.6 cm. This corresponds to the lymph node identified on recent PET-CT.

Right

There is no evidence of suspicious masses, calcifications, or other abnormal findings.

Impression:

Ultrasound-guided biopsy recommended for thickened left axillary lymph node. This was performed today.

ASSESSMENT and RECOMMENDATION:

Overall BI-RADS category: 4 - Suspicious

Biopsy is recommended.

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/29/22 at 1410 CST

**END OF REPORT**

## Results

**LEFT US BREAST AXILLARY LYMPH NODE BIOPSY WITH CLIP [205912356] (Abnormal)** — Resulted: 11/30/22 1601, Result status: Final result

Ordering provider: Zbacnik, Anthony P, MD 11/29/22 1123 — Order status: Completed
Resulted by: Zbacnik, Anthony P, MD — Performed: 11/29/22 1222 - 11/29/22 1223
Accession number: 12932683
Narrative:
LEFT US BREAST AXILLARY LYMPH NODE BIOPSY WITH CLIP obtained on 11/29/22

INDICATION: Thickened, hypermetabolic left axillary lymph node.

COMPARISON: PET-CT 11/25/2022.

PATIENT CONSENT: Signed informed consent was obtained. The procedure, including placement of biopsy tissue marker(s) as needed, was explained to the patient and all questions answered. Risks and benefits discussed. Risks discussed included pain, bleeding, bruising, infection, non-diagnosis and unsuccessful procedure, with the possibility of additional biopsies as needed. Written consent was obtained per GHS Permission for Procedure: Form 65758.

Time out to confirm patient name, date of birth, breast, and lesion location was confirmed

PROCEDURE:

LESION A: An ultrasound guided core needle biopsy was performed for the lymph node located in the left axilla at 1 o'clock, 12 cm from the nipple. The skin was prepped in the usual manner. Local anesthetic was administered to the access site. Using a coaxial technique, five 18 gauge core samples were obtained. A Hydromark type 1 clip was inserted into the biopsy cavity. Two specimens sent in RPMI, three in formalin. A sterile dressing was applied to the access site after hemostasis was obtained with manual pressure. There were no immediate complications.

Post procedure digital mammographic imaging demonstrates:
BIOPSY CLIP: Appropriately positioned.

Impression:

Technically successful ultrasound-guided breast biopsy. The specimens were sent to the laboratory for pathological analysis.

PATHOLOGY REPORT:
DIAGNOSIS:
Lymph node, left axilla 1 o’clock, 12 cm from nipple, ultrasound-guided needle core biopsy:
High-grade adenocarcinoma (see Comment).
No lymph node elements identified.
Comment:
The malignant cells seen in this biopsy show similar morphology to the malignant cell identified
in the prior biopsy of the level 5 left neck mass (S22-31070).

LESION A: CONCLUSION

ACR Defined Complications: None reported

RADIOLOGY-PATHOLOGY CONCORDANCE: Yes
LOCALIZATION: Ultrasound
BIOPSY CLIP: A clip was placed at the time of the biopsy and no migration was observed on post-placement imaging.

DISPOSITION: Follow-up arranged prior to this biopsy.

PATIENT NOTIFICATION: Notified of results and recommendation on 11/30/22.

ASSESSMENT and RECOMMENDATION:

Left breast assessment: 1002 - Pathology Malignant
Overall BI-RADS category: No FDA approved assessment is documented.

Oncology Management is recommended for left

Interpreting Radiologist Location: Gundersen Health System, East Building, La Crosse, WI

**Signed**

Electronically signed by Zbacnik, Anthony P, MD on 11/30/22 at 1611 CST

**END OF REPORT**

## Results

Resulted: 12/02/22 1931, Result status: Final result

**XR Chest 2 Views (PA and Lateral) [206213582]**

Ordering provider: Harmon, Gil E, MD 12/02/22 1702
Resulted by: Simmons, Lonnie D, MD
Accession number: 12946856
Order status: Completed
Performed: 12/02/22 1702 - 12/02/22 1719
Resulting lab: IDX RADIOLOGY

Narrative:
XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 12/2/2022 5:19 PM

HISTORY: cough. short of breath

COMPARISON: None.

FINDINGS:

Hazy groundglass opacity noted in the peripheral left upper lung. Right lung is clear. The pulmonary vasculature is normal.The heart and the mediastinum are normal. Calcified lymph nodes incidentally seen.
Bony structures are unremarkable.

Impression:

Left upper lung airspace disease suggest pneumonia.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

Resulted: 12/08/22 1442, Result status: Final result

**IR Chest Port Placement [206600870]**

Ordering provider: Harmon, Gil E, MD 12/08/22 1208
Resulted by: Hosmer, Jamie, MD
Accession number: 12957062
Order status: Completed
Performed: 12/08/22 1313 - 12/08/22 1318
Resulting lab: IDX RADIOLOGY

Narrative:
History:

chemo start

Procedures:
1. Ultrasound and fluoroscopic guided access into the RIJ vein.
2. Placement of an 8Fr central venous port.

EBL: Minimal

Specimens: None

MODERATE SEDATION ATTESTATION:
I, Jamie Hosmer, was personally responsible for the administration of moderate sedation services during the procedure performed. I confirm that the requirements described in the CPT section on moderate sedation were followed, including the use of an independent trained observer who had no other duties during the procedure. The drug(s) utilized were midazolam and fentanyl (see nursing log for details). The total face-to-face time was 15 minutes.

Applicable moderate sedation CPT code(s)
1. First 15 minutes: 99152 - Moderate sedation, same physician, first 15 minutes, age 5 or older.
2. Each additional 15 minutes: N/A.

Technique:
Informed consent was obtained prior to the procedure. A time-out was performed prior to the procedure. The right neck and chest were prepped and draped in usual sterile fashion. The right internal jugular vein was used for venous access. Skin overlying the access vein was anesthetized with one percent lidocaine local anesthesia and a small skin incision was performed. Ultrasound was utilized to determine patency of the access vein and was used to directly visualize needle passage into the vein. An ultrasound image was archived. This was followed by placement of a guidewire. The infraclavicular chest was anesthetized with one percent lidocaine local anesthesia and a short infraclavicular skin incision was performed. The port pocket was created utilizing blunt dissection. The catheter was brought through the subcutaneous tunnel using the blunt tunneling device. A peel-away sheath was inserted at the vascular access site. The port was placed, deploying the catheter through the peel-away sheath under fluoroscopic guidance and seating the port within the port pocket. The catheter tip was confirmed to be in the right atrium by fluoroscopy. The port was aspirated and flushed without difficulty. The port pocket was then closed. The patient tolerated the procedure well.

Fluoroscopy time: 0.5 minutes.

Dose: 20 mGy

Impression:
Uncomplicated placement of an 8Fr central venous port. The catheter may be used immediately.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Implants**

**Type Not Specified**
**Port,Power,8f.Clearvue,Isp, Implantable(Bard) - Log751224 - Implanted**

**Implants (continued)**

| | | | |
|---|---|---|---|
| Inventory item: | PORT,POWER,8F.CLEAR VUE,ISP, IMPLANTABLE(BARD) | Model/Cat number: | 1608062 |
| Manufacturer: | LAW-BARD PERIPHERAL VASCULAR | Lot number: | REGT1315 |
| Device identifier: | 00801741026430 | Device identifier type: | GS1 |

**As of 12/8/2022**

| | |
|---|---|
| Status: | **Implanted** |

**END OF REPORT**

## Results

Resulted: 01/12/23 1352, Result status: Final result

**XR Chest 2 Views (PA and Lateral) [208802843]**

Ordering provider: Zink, Robert S, MD 01/12/23 1326
Resulted by: Dumitran, Gabriela M, MD
Accession number: 13067977
Order status: Completed
Performed: 01/12/23 1332 - 01/12/23 1343
Resulting lab: IDX RADIOLOGY

Narrative:
XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 1/12/2023 1:43 PM1/12/2023 1:52 PM

HISTORY: short of breath/cp

COMPARISON: 12/02/2022

FINDINGS:
Right chest wall porta cath has the tip in distal SVC.
Calcified granulomas in the left lung. No evidence of acute pulmonary infiltrate or pulmonary edema. No pleural space disease.
Cardiac silhouette and mediastinum are within normal limits. Calcified lymph nodes in the mediastinum.
The visualized osseous structures are unremarkable in appearance.

Impression:

No evidence of acute cardiopulmonary disease.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [210673604]** Resulted: 02/23/23 1355, Result status: Final result

Ordering provider: Oettel, Kurt R, MD 02/09/23 1118
Order status: Completed
Resulted by: Bickford, Marcus W, MD
Performed: 02/09/23 1120 - 02/23/23 1106
Accession number: 13099101
Resulting lab: IDX RADIOLOGY

Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 2/23/2023 11:06 AM

HISTORY: restaging for cancer

COMPARISON: 11/25/2022.

TECHNIQUE:
PET/CT scanning was performed from the vertex through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 13.08 mCi of fluorine 18-FDG.
Preinjection blood glucose was 111 mg/dl.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Neck/Skull Base: Posttreatment changes are seen in the left neck. There is residual hypermetabolic activity within the left submandibular gland, which has decreased in maximum intensity since the previous examination. Indistinct hypermetabolic soft tissue attenuation extends anteriorly from the submandibular gland toward the platysma and caudally along the sternocleidomastoid muscle, to the base of the neck. Maximum intensity of this soft tissue attenuation is similar to the previous examination. Hypermetabolic lymphadenopathy in the left neck has improved but not resolved since the previous examination. There is persistent hypermetabolic lymphadenopathy in the left parotid gland and within levels 2A, 2B and 3 of the left neck. There is a 1.1 cm right level five node, which has increased in size and hypermetabolic activity since the previous examination. Hypermetabolic lymphadenopathy elsewhere in the right neck has improved since the previous examination. Asymmetric hypermetabolic activity in the right palatine tonsil is nonspecific but unchanged. There is persistent hypermetabolic activity in the left thyroid lobe and new metabolic activity seen in the right thyroid lobe and within a presumed pyramidal lobe.

Thorax: A treated lymph node in the left axilla has significantly decreased in size and hypermetabolic activity since the previous examination. However, there is new hypermetabolic activity within two adjacent nonenlarged left axillary lymph nodes. There is also new hypermetabolic activity within an enlarging 1.0 cm left retropectoral lymph node.

Abdomen and pelvis: No suspicious hypermetabolic activity.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:
1. Mixed response to therapy. Since examination from 11/25/2022, hypermetabolic activity in the left submandibular gland has decreased in conspicuity. Left cervical lymphadenopathy has decreased in size and metabolic activity as well. However, there are new hypermetabolic lymph nodes involving level five of the right neck and left retropectoral region, which have increased in size since the previous examination and now demonstrate hypermetabolic activity.
2. Ill-defined hypermetabolic soft tissue attenuation, which extends from the submandibular gland along the platysma and sternocleidomastoid muscle appears similar to the previous study.
3. A treated lymph node the left axilla has decreased in size and hypermetabolic activity. Metabolic activity within

surrounding nonenlarged left axillary lymph nodes is indeterminate. Attention on follow-up imaging is recommended.
4. Asymmetric hypermetabolic activity in the right palatine tonsil, which is nonspecific but unchanged.
5. Persistent hypermetabolic activity in the left thyroid lobe with new metabolic activity throughout the remainder of the thyroid parenchyma.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [216281750]** Resulted: 05/04/23 1448, Result status: Final result

Ordering provider: Harmon, Gil E, MD 05/04/23 1105
Resulted by: Zorn, Adam P, MD
Accession number: 13295719
Order status: Completed
Performed: 05/04/23 1106 - 05/04/23 1314
Resulting lab: IDX RADIOLOGY
Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 5/4/2023 1:14 PM

REASON FOR EXAM: restaging salivary gland cancer after 3 more cycles of chemo. Looking for response assessment.

COMPARISON: PET scan 02/23/2023

TECHNIQUE:
PET/CT scanning was performed from the vertex of the skull through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 136 mg/dl.

CONTRAST: IV contrast was administered

FINDINGS:

Head and neck:

Fluid within the inferior left mastoid air cells (3/50), similar to prior.

Extensive induration and ill-defined hypermetabolic activity throughout the soft tissues of the left greater than right neck (for example image #74), improved compared to 02/23/2023.

Persistent, although improved hypermetabolic activity within the left submandibular gland.

Hypermetabolic activity medial to the mandible on the left (image #71) appears similar to prior.

Interval improvement of the hypermetabolic cervical lymphadenopathy seen on 02/23/2023, consistent with

regression of metastatic disease. A hypermetabolic lymph node on the left (image #62) persists.

Persistent hypermetabolic activity within the thyroid gland, similar to prior.

Thorax:

Right-sided infusion port, the distal tip of which terminates at the superior cavoatrial junction.

Hypermetabolic left axillary lymphadenopathy, consistent with metastatic disease, demonstrating a mixed interval response, with one lymph node decreased in size and metabolic activity (image #106) and others increased in size and metabolic activity (image #121).

Coronary artery disease.

Calcified mediastinal and left hilar lymph nodes, similar to prior.

Calcified granuloma within the left lower lobe (3/131), unchanged.

Abdomen and pelvis:

Hepatic steatosis.

A non-FDG avid 10 mm focus of increased attenuation within the anterior mesentery of the left lower quadrant (3/239) is not significantly changed and may represent sequela of a previous mesenteric infarct.

Right inguinal canal lipoma, similar to prior.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:

1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.

2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

3. Additional findings, as described.

Interpreting Provider Location: Gundersen Health System, Elm Grove, WI 53122

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**CT Neck Soft Tissue with Contrast [220933429]** — Resulted: 07/14/23 1328, Result status: Final result

Ordering provider: Harmon, Gil E, MD 07/13/23 1343
Resulted by: Schaller, Jedadiah J, DO
Accession number: 13525714

Order status: Completed
Performed: 07/13/23 1349 - 07/13/23 1418
Resulting lab: IDX RADIOLOGY

Narrative:
CT NECK SOFT TISSUE WITH CONTRAST, obtained on 7/13/2023 2:18 PM

HISTORY: restaging neck. concern for recurrent disease in R level V. Otherwise the primary was actually on the L (submandibular). Basically just looking for recurrence

COMPARISON: PET/CT scan 5/4/23 and CT neck 10/23/22

TECHNIQUE: Image data of the neck was acquired. Coronal and sagittal reconstructions were performed. Axial oblique images were obtained through the upper cervical region to avoid dental artifact.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Again seen is an irregular enhancing mass in the left submandibular region which overall is unchanged as compared to the prior study. There is loss of fat plane between thickened platysma and and thickened sternocleidomastoid on the left which is unchanged. There is thickening of the right platysma and right sternocleidomastoid muscle. Subcutaneous nodular reticulation involving the subcutaneous tissues and overlying skin thickening of the face and neck which are unchanged.

Narrowing of the nasopharynx.

The glottis is closed.

The major vessels of the neck enhance normally.

The thyroid gland is normal.

Calcified mediastinal lymph nodes. Mild centrilobular emphysematous changes.

No suspicious osteolytic or osteoblastic lesions.

Impression:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [221743138]** Resulted: 07/26/23 1226, Result status: Final result

Ordering provider: Driscoll, Collin D, MD 07/26/23 0817
Order status: Completed
Resulted by: Westbrook, Joshua I, MD
Performed: 07/26/23 0834 - 07/26/23 1148
Accession number: 13503556
Resulting lab: IDX RADIOLOGY

Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 7/26/2023 11:48 AM

REASON FOR EXAM: Evaluate response to radiation and left neck and left axilla

COMPARISON: 5/4/2023

TECHNIQUE:
PET/CT scanning was performed from the skull base through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 119 mg/dl.

CONTRAST: IV contrast was administered. Details in EHR.

FINDINGS:
NECK/SKULL BASE:
Treatment changes: Post-radiation changes are evident throughout the neck with skin thickening, inflammatory stranding, edema, and platysmal thickening.

Mucosal space: No enhancing mucosal space lesions are identified. Pharyngeal edema is seen.

Lymph nodes: Extensive interval increase in bilateral hypermetabolic cervical lymphadenopathy

Parotid and submandibular glands: Hypermetabolic right greater than left carotid lymph nodes. Hypermetabolic left greater than right submandibular foci.

Thyroid: Similar nonfocal hypermetabolism.

Vascular structures: The major vascular structures in the neck are patent.

Visualized brain: No acute appearing finding involving the visualized intracranial contents.

Orbits: The orbits and globes are normal and symmetric.

Paranasal sinuses: New focus of hypermetabolism in the left posterior nasal passage (axial fusion image 50). Mild paranasal sinus mucosal thickening and trace fluid left mastoid air cells.

Skull base: No focal skull base abnormality.

THORAX: Interval progression of left greater than right axillary hypermetabolic lymph node adenopathy.

Right-sided chest port in place with tip terminating at the cavoatrial junction. Atherosclerotic ossifications in the coronary arteries are a marker of coronary artery disease. Old calcified granulomatous disease. No acute pulmonary finding.

ABDOMEN: Numerous new hypermetabolic hepatic metastases are seen scattered throughout the liver, numbering greater than 30.

PELVIS: No abnormal radiotracer uptake.

OSSEUS: No abnormal osseous radiotracer uptake.

Impression:
1. Pronounced interval progression in neoplastic disease as evidence for increasing hypermetabolic cervical lymphadenopathy, increasing axillary lymphadenopathy, and numerous new hepatic metastases.

2. Postradiation changes in the neck with findings that may represent superimposed cellulitis in the appropriate clinical context.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

## Results

**TRAUMACAD XR KNEES BILATERAL (MULTIPLE VIEWS) [233630061]** Resulted: 01/16/24 1647, Result status: Final result

Ordering provider: Whalen, Christopher J, MD 01/16/24 0802
Order status: Completed
Resulted by: Dumitran, Gabriela M, MD
Performed: 01/16/24 0810 - 01/16/24 0836
Accession number: 14050183
Resulting lab: IDX RADIOLOGY
Narrative:
TRAUMACAD XR KNEES BILATERAL (MULTIPLE VIEWS), Bilateral AP, PA standing, merchants and lateral views. On 1/16/2024 8:36 AM

REASON FOR EXAM: eval OA, preop planning

COMPARISON: None.

Impression:

Right knee: Mild narrowing of medial knee compartment.
Soft tissue prominence along medial jointline which can be seen with medial meniscus tear and associated inflammatory changes.

Small joint effusion
Patella is well situated in the femoral groove. Small spur at lateral aspect of patella
Left knee: Minimal narrowing of medial compartment
Patella is well situated in the femoral groove.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**END OF REPORT**

# Exhibit E

## 02/28/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Lauren Runde, RN at 2/28/2024 1245**

| | | |
|---|---|---|
| Author: Lauren Runde, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 02/28/24 1336 | Encounter Date: 2/28/2024 | Creation Time: 02/28/24 1332 |
| Status: Signed | Editor: Lauren Runde, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 2/28/2024 for chemotherapy: C10D1 pembrolizumab and goserelin

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

Injection: He received Study Zoladex today. It was administered in Right lower quad, abdomen. Patient utilized ice prior to injection instead of lidocaine. Patient tolerated injection without complaints, concerns, or complications.

***Education***:
Encouraged to call with questions or concerns.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 3/19/2024 | 11:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 3/19/2024 | 12:25 PM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 3/19/2024 | 1:30 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 3/27/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 4/10/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 4/10/2024 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 4/24/2024 | 1:15 PM | UWHC CC MED ONC RN | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 10:00 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 10:40 AM | CT 1 OSP | OSPCT | MADISON |
| 5/1/2024 | 2:00 PM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/1/2024 | 3:20 PM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/1/2024 | 4:00 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 5/22/2024 | 8:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 5/22/2024 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 5/22/2024 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Lauren R, RN - 2/28/2024 - 1:36 PM*

Electronically signed by Lauren Runde, RN at 02/28/24 1336

## 02/28/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy
- Psoriasis
- Hot flash in male
- Encounter for antineoplastic immunotherapy
- Arthralgia, unspecified joint

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

## 02/28/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded** — Most recent update: 2/28/2024 10:45 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 112/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 100 | 97.8 °F (36.6 °C) (Temporal) | 18 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 239 lb 1.6 oz (108.5 kg) | 97% | 32.21 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 1/10 Number Scale | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Amy E Moody, MA at 2/28/2024 1115**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 02/28/24 1041 | Encounter Date: 2/28/2024 | Creation Time: 02/28/24 1036 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: None

**New or worsening symptoms**: Shoulder pain

**Energy level**: Fair

**Appetite**: Fair

**VAD**: Port

**Pain** (Scale 0 -10) Current: 1/10

| | 1/17/2024 10:25 AM | 1/24/2024 10:07 AM | 2/7/2024 10:29 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 112/76 | 129/90 | 104/68 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |
| 01/17/24 | 109 kg (240 lb 3.2 oz) |
| 12/27/23 | 111.6 kg (246 lb) |

***Submitted by:*** *Amy E Moody, MA - 2/28/2024 - 10:36 AM*

Electronically signed by Amy E Moody, MA at 02/28/24 1041

**Carissa M Dolens, APNP at 2/28/2024 1115**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 02/28/24 1902 | Encounter Date: 2/28/2024 | Creation Time: 02/28/24 1109 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**

Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

Repeat CT neck/chest (2/6/24) demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. Therefore, we recommended that he continue with treatment as part of the clinical trial. He is in

agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters.

- He meets criteria for cycle 10 pembrolizumab and cycle 8 goserelin today, 02/28/2024 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. L wrist at times d/t prior injury. Shoulder L>R this past week as he was painting his rental home. Tylenol helps, so can continue this PRN. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he is doing relatively well per his usual. He reports mild fatigue but this is tolerable. He has been painting at his rental home in FL, now his shoulders are sore L>R for the past week. Tylenol helps with the pain. His R ankle and L wrist are sore sometimes too, but he has injured these in the past. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for appetite change, chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias **(more to shoulders recently L>R from painting)**. Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for dizziness, extremity weakness, headaches, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22 |

- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

| | |
|---|---|
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.<br><br>***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.*** |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>• 2/7/24 cycle 9 pembrolizumab<br>• 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by |

| | |
|---|---|
| | controlling symptoms |
| 2/6/2024 | **Imaging**<br>February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.<br><br>February 6, 2024 CT chest: Stable chest without evidence of metastatic disease. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 112/78 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 100 | Temp 97.8 °F (36.6 °C) (Temporal) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 108.5 kg (239 lb 1.6 oz) | SpO2 97% | BMI 32.21 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 02/28/24 | 108.5 kg (239 lb 1.6 oz) |
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |
| 01/17/24 | 109 kg (240 lb 3.2 oz) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.

Neck:
Comments: **Mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination.**

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 02/28/24 0927 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,360 |
| Hemoglobin | 13.9 |
| Hematocrit | 42 |
| Platelet Count | 180 |
| Sodium | 139 |
| Potassium | 4.4 |
| Chloride | 106 |
| BUN | **23 H** |
| Creatinine | 1.02 |
| Glucose | **143 H** |
| Calcium | 10.0 |
| Albumin | 4.2 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **42 H** |
| ALT/SGPT | **58 H** |
| Alkaline Phosphatase | 101 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 30 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 02/28/24 1902

## 02/07/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy (UW 19060 Study Pembrolizumab)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Callie J Ward, RN at 2/7/2024 1145**

| | | |
|---|---|---|
| Author: Callie J Ward, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 02/07/24 1335 | Encounter Date: 2/7/2024 | Creation Time: 02/07/24 1246 |
| Status: Signed | Editor: Callie J Ward, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 2/7/2024 for chemotherapy: cycle 9 day 1 UW 19060 Study Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Callie W, RN - 2/7/2024 - 1:35 PM*

Electronically signed by Callie J Ward, RN at 02/07/24 1335

## 02/07/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 2/7/2024 10:30 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 104/68 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 70 | 98.4 °F (36.9 °C) (Temporal) | 16 | 6' 0.25" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 241 lb 4.8 oz (109.5 kg) | 96% | 32.50 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 2/7/2024 1040**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 02/07/24 1429 | Encounter Date: 2/7/2024 | Creation Time: 02/01/24 1443 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Bilateral axillary lymph nodes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

I discussed the results of his repeat CT neck/chest (2/6/24) that demonstrated continued disease response with decreased skin thickening in the left anterior lateral neck. He is to hear this. Therefore, I recommended that he continue with treatment as part of the clinical trial. He is in agreement with this plan.

He is clinically stable on exam per his baseline and labs meet treatment parameters.
- He meets criteria for cycle 10 pembrolizumab today, will get cycle 8 goserelin on 02/28/2024 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

Interval History / ROS
**Interval history:** He reports that he is doing relatively well without any significant complaints. He reports mild fatigue but this is tolerable. He is anticipated to travel to Florida for 3 weeks to take care of a rental home. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for fatigue. Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

Heme Onc History
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23–Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging** |

7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged.

***We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.***

8/23/2023 - **Chemotherapy**

- 8/9/23 cycle 1 day 1 goserelin injection
- 08/23/2023 cycle 1 pembrolizumab
- 9/6/23 cycle 2 goserelin injection
- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 cycle 5 goserelin injection
- 12/6/2023 cycle 6 pembrolizumab
- 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection
- 1/17/2024 cycle 8 pembrolizumab
- 1/24/2024 cycle 7 goserelin injection
- 2/7/24 cycle 9 pembrolizumab
- 2/28/24 cycle 10 pembrolizumab/ cycle 8 goserelin

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

2/6/2024 **Imaging**

February 6, 2024 CT neck:Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.

February 6, 2024 CT chest: Stable chest without evidence of metastatic disease.

**Objective (Exam/Results)**

**Vital Signs:**
BP 104/68 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 70 | Temp 98.4 °F (36.9 °C) (Temporal) | Resp 16 | Ht 1.835 m (6' 0.25") | Wt 109.5 kg (241 lb 4.8 oz) | SpO2 96% | BMI 32.50 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 02/07/24 | 109.5 kg (241 lb 4.8 oz) |
| 01/17/24 | 109 kg (240 lb 3.2 oz) |
| 12/27/23 | 111.6 kg (246 lb) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Mild soft tissue firmness on the left neck, no cervical lymph nodes are appreciated on physical examination.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.

Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 02/07/24 0931 |
|---|---|
| White Cell Count | 4.3 |
| Absolute Neutrophils | 2,400 |
| Hemoglobin | **13.5 L** |
| Hematocrit | 41 |
| Platelet Count | **151 L** |
| Sodium | 138 |
| Potassium | 4.3 |
| Chloride | 107 |
| BUN | 18 |
| Creatinine | 1.14 |
| Glucose | **210 H** |
| Calcium | 9.3 |
| Albumin | 3.9 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **39 H** |
| ALT/SGPT | **64 H** |
| Alkaline Phosphatase | 103 |

Imaging:
CT NECK W IV CONTRAST

Result Date: 2/6/2024
IMPRESSION: Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.

CT CHEST W IV CONTRAST W/CAD

Result Date: 2/6/2024
Impression: Stable chest without evidence of metastatic disease.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin as part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 02/07/24 1429

**Amy E Moody, MA at 2/7/2024 1040**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 02/07/24 1026 | Encounter Date: 2/7/2024 | Creation Time: 02/07/24 1018 |
| Status: Addendum | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: None

**New or worsening symptoms**: Right ankle pain x couple of months; general weakness

**Energy level**: Fair

**Appetite**: Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 12/27/2023 10:22 AM | 1/17/2024 10:25 AM | 1/24/2024 10:07 AM |
|---|---|---|---|
| **Blood Pressure** | | | |

| | 12/27/2023 10:22 AM | 1/17/2024 10:25 AM | 1/24/2024 10:07 AM |
|---|---|---|---|
| BP | 110/66 | 112/76 | 129/90 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 01/17/24 | 109 kg (240 lb 3.2 oz) |
| 12/27/23 | 111.6 kg (246 lb) |
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |

***Submitted by:*** *Amy E Moody, MA - 2/7/2024 - 10:18 AM*

Electronically signed by Amy E Moody, MA at 02/07/24 1026

UW Health
University of Wisconsin Hospitals and Clinics Authority
UW Health Affiliates

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [617827470] (Final result)**

Electronically signed by: **Saad A Ali, Research on 12/04/23 1141** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 12/04/23 1141 Authorized by: Carissa M Dolens, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Carissa M Dolens, APNP 12/04/23 1218 for Ordering
Frequency: Routine 12/04/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn E Thier 2/6/2024 12:27 PM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.19 mg/dL (0.73 - 1.18 mg/dL) Comment - 11/15/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 247 lbs Comment - 11/15/23 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 1014; Study Team Contact Saad Ali, Phone 608-262-3865 Please don't change or modify this order, Bill to patient's insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Carissa M Dolens, APNP , 608-265-1700 | 2/6/2024 1:40 PM<br>CT 1 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peterson,Lori A | 02/06/2024 01:46 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [617827470]** Resulted: 02/06/24 1455, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by:<br>Brian F Mullan, MD<br>Nancy Ann B Little, MD |
| Filed by: Interface, Results 02/06/24 1501 | Performed: 02/06/24 1315 - 02/06/24 1346 |
| Accession number: UWMF28695404 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Additional relevant history: Metastatic salivary duct carcinoma on palliative immunotherapy.

Technique:
Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3-D MIPs.
CAD: Computer assisted detection of lung nodules was used.

Comparison: CT chest 11/14/2023, 8/2/2023.

Findings:

Cardiovascular: Normal heart size. No pericardial effusion. Similar coronary artery disease.

Lungs and airways: Calcified granulomas. No new or enlarging nodules. Unchanged minimal paraseptal emphysema.

Pleura: Normal.

Lymph nodes: Unchanged calcified left hilar and mediastinal lymph nodes. No new or enlarging lymph nodes in the chest.

Chest wall: No metastasis.

Other: Similar diffuse hepatic steatosis. No acute intra-abdominal findings.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Nancy Ann B Little and arrived at this interpretation.

Electronically signed by: Dr. Brian Mullan, University of Wisconsin - Madison
Impression:
Impression:

Stable chest without evidence of metastatic disease.
Acknowledged by
Cassondra Schmidt, RN on 02/06/24 1503
Carissa M Dolens, APNP on 02/07/24 0940
Justine Y Bruce, MD on 02/10/24 2125

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [617827470]** Resulted: 02/06/24 1315, Result status: In process

Order status: Completed

Resulted by:
Brian F Mullan, MD
Nancy Ann B Little, MD

Filed by: Lori Peterson, RTT 02/06/24 1315
Accession number: UWMF28695404

Performed: 02/06/24 1315 - 02/06/24 1346

**Reviewed by**

Justine Y Bruce, MD on 02/10/24 2125
Carissa M Dolens, APNP on 02/07/24 0940
Cassondra Schmidt, RN on 02/06/24 1503

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 2/10/2024 21:25
Carissa M Dolens, APNP on 2/7/2024 09:40
Cassondra Schmidt, RN on 2/6/2024 15:03

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Carissa M Dolens, APNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [617827469] (Final result)**

Electronically signed by: **Saad A Ali, Research on 12/04/23 1141** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 12/04/23 1141 Authorized by: Carissa M Dolens, APNP
Ordering mode: Standard
Cosigning events
Electronically cosigned by Carissa M Dolens, APNP 12/04/23 1218 for Ordering
Frequency: Routine 12/04/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time-point Instance released by: Fawn E Thier 2/6/2024 12:27 PM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.19 mg/dL (0.73 - 1.18 mg/dL) Comment - 11/15/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 247 lbs Comment - 11/15/23 |
| Appropriate use of contrast per Radiologist? | Yes |

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 1014; Study Team Contact Saad Ali, Phone 608-262-3865 Please don't change or modify this order, Bill to patient's insurance.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Carissa M Dolens, APNP , 608-265-1700 | 2/6/2024 1:00 PM<br>CT 1 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peterson,Lori A | 02/06/2024 01:49 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [617827469]** Resulted: 02/06/24 1539, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Kelly W Capel, MD |
| Filed by: Interface, Results 02/06/24 1545 | Performed: 02/06/24 1316 - 02/06/24 1349 |
| Accession number: UWMF28695403 | Resulting lab: UWHC RADIOLOGY |

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 2/6/2024

PROVIDED INDICATION: Examination of participant in clinical trial**Salivary duct carcinoma**Imaging required at this time-point Evaluate for disease and compare to previous imaging

Additional clinical history: T2N3M1 Salivary duct carcinoma of the left submandibular gland status post initial chemoradiation completed 6/22/2023 with metastatic disease on CT neck from 7/14/2023. Patient is currently on

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

COMPARISON: CT chest 2/6/2024; CT neck 11/14/2023 and outside CT neck 7/13/2023

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:
Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Postoperative changes from bilateral uncinectomies, maxillary antrostomies, partial ethmoidectomies and middle turbinectomies. Scattered lobulated mucosal thickening is seen within the paranasal sinuses without air-fluid level.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance. Torus mandibularis is noted. No untreated periapical abscess.

Pharynx: Mild left palatine tonsilliths. Nasopharynx, oropharynx, hypopharynx, palatine and lingual tonsils are normal.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Salivary Glands: Redemonstration of small slightly hyperenhancing left submandibular gland with posttreatment related changes. Persistent although slightly decreased subcutaneous nodular reticulation along the submental soft tissues and the level 3 and level 4 soft tissues of the neck, consistent with lymphovascular spread . Similar overlying skin thickening. Unchanged appearance of the bilateral parotid glands. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature. Similar slight nodularity tracking along the cervical and mastoid muscles bilaterally, left greater than right.

Thyroid Gland: No pathologic nodules.

Lymph Nodes: Similar appearance of a few small level two and level three lymph nodes. No new or enlarging lymphadenopathy.

Cervical Vascular: Atherosclerosis of the carotid bifurcations without flow-limiting stenosis. Bilateral common and internal carotid arteries, and vertebral arteries demonstrate normal course and caliber. The jugular veins are patent.

Upper Chest: Chest reported separately. Chest Port-A-Cath is present.

Bones: No fractures or osseous lesions are detected. Mild degenerative changes are seen in the cervical spine, including fusion of the C2-C3 vertebral bodies and trace degenerative anterolisthesis of C4 on C5 and C5 on C6.

Electronically signed by: Dr. Kelly Capel, University of Wisconsin - Madison
Impression:
IMPRESSION: Redemonstration of posttreatment changes with persistent although slightly decreased skin thickening and reticulation in the left anterolateral neck. No new or enlarging lymphadenopathy. No new areas of soft tissue nodularity to suggest local recurrence or progression.

Acknowledged by
Amber R Catterall, RN on 02/06/24 1631
Carissa M Dolens, APNP on 02/07/24 0940
Justine Y Bruce, MD on 02/10/24 2126

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

## 02/06/2024 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

**59 - UWHCRADIANT** UWHC RADIOLOGY Unknown Unknown 07/01/11 0820 - Present

**CT NECK W IV CONTRAST [617827469]** Resulted: 02/06/24 1316, Result status: In process

Order status: Completed
Filed by: Lori Peterson, RTT 02/06/24 1316
Accession number: UWMF28695403
Resulted by: Kelly W Capel, MD
Performed: 02/06/24 1316 - 02/06/24 1349

**Reviewed by**

Justine Y Bruce, MD on 02/10/24 2126
Carissa M Dolens, APNP on 02/07/24 0940
Amber R Catterall, RN on 02/06/24 1631

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 2/10/2024 21:26
Carissa M Dolens, APNP on 2/7/2024 09:40
Amber R Catterall, RN on 2/6/2024 16:31

## 01/24/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 1/24/2024 10:09 AM by Angela M McKeown, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 129/90 (Site: Left Arm, Position: Sitting, Cuff Size: Regular) | 99 | 97.3 °F (36.3 °C) | 18 | 97% |

### Clinical Notes

**Progress Notes**

**Angela M McKeown, RN at 1/24/2024 1000**

Author: Angela M McKeown, RN
Service: Oncology
Author Type: Registered Nurse
Filed: 01/24/24 1041
Encounter Date: 1/24/2024
Creation Time: 01/24/24 1039
Status: Signed
Editor: Angela M McKeown, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

**01/24/2024 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

Mr. Robert Loper was seen 1/24/2024 for hormonal injection- Study Zoladex

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.
- **Blood return:** n/a
- **Discontinue access:** n/a

***Pre-medications:***
n/a

***Treatment:***
Injection: He received Study Zoladex today. It was administered in Left lower quad, abdomen. We used ice today instead of lidocaine to numb injection site. He tolerated treatment without complaints, concerns or complications.

***Education***:
Discussed option of ice versus lidocaine as numbing option.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/21/2024 | 9:00 AM | UWINF CHAIR 8 | UWHINFUS | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Angela M, RN - 1/24/2024 - 10:41 AM*

Electronically signed by Angela M McKeown, RN at 01/24/24 1041

## 01/17/2024 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment (C8D1 Study pembro)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Sarah J Voight, RN at 1/17/2024 1145**

| | | |
|---|---|---|
| Author: Sarah J Voight, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 01/17/24 1504 | Encounter Date: 1/17/2024 | Creation Time: 01/17/24 1503 |
| Status: Signed | Editor: Sarah J Voight, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 1/17/2024 for chemotherapy: cycle 8 day 1 UW19060) Study Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy. and Throughout the infusion the site remained within normal limits with no swelling, discoloration, leakage or complaints of discomfort or pain at the infusion site.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 1/24/2024 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Sarah V, RN

Electronically signed by Sarah J Voight, RN at 01/17/24 1504

## 01/17/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnoses**

- Examination of participant in clinical trial
- **Salivary duct carcinoma (primary)**
- Androgen deprivation therapy
- Encounter for antineoplastic immunotherapy
- Hot flash in male
- Psoriasis
- Arthralgia of right lower leg

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

## 01/17/2024 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 1/17/2024 10:28 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 112/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 90 | 97.7 °F (36.5 °C) (Oral) | 20 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 240 lb 3.2 oz (109 kg) | 98% | 32.58 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 0 - No Pain | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Amy E Moody, MA at 1/17/2024 1040**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 01/17/24 1022 | Encounter Date: 1/17/2024 | Creation Time: 01/17/24 1014 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Pain on right side, right knee and right ankle

**New or worsening symptoms**: Pain on right side of body

**Energy level**: Fair

**Appetite**: Okay

**VAD**: Port

**Pain** (Scale 0 -10) Current: 0/10

| | 11/29/2023 12:02 PM | 12/6/2023 10:11 AM | 12/27/2023 10:22 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 122/83 | 108/72 | 110/66 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/27/23 | 111.6 kg (246 lb) |
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |

***Submitted by:*** *Amy E Moody, MA - 1/17/2024 - 10:14 AM*

Electronically signed by Amy E Moody, MA at 01/17/24 1022

**Carissa M Dolens, APNP at 1/17/2024 1040**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 01/18/24 1923 | Encounter Date: 1/17/2024 | Creation Time: 01/18/24 1903 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of significant immune mediated adverse events associated with pembrolizumab, although will have to monitor closely given his baseline arthralgias and psoriasis.

CT neck/chest (11/14/2023) demonstrate resolution of his bilateral axillary lymph nodes as well as a decrease in the of

his right neck lymph and left neck skin thickening.

He is clinically stable on exam per his baseline and labs meet treatment parameters.

- He meets criteria for cycle 8 pembrolizumab today, will get goserelin 1/24/24 as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Psoriasis: baseline, uses clobetasol 2xdaily PRN to rash areas. Some increase of plaques to inner thighs, knees, elbows, small areas on knuckles. Controlled with topical cream at this time, will monitor. Pt in agreement.

3. Arthralgias: R knee and ankle, occ R side discomfort. Has had since before starting therapy, intermittently. Exploring possible rheumatology consult locally with his PCP given his long standing psoriasis as well.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports that he has been doing well. Notes continued intermittent R side/flank discomfort and R knee/ankle pain, tolerable at this time. Notes some increase in psoriasis lesions to both knees, elbows, thighs, and small spots to knuckles. He is using topical steroid creams with some help. Describes mild chest congestion and mild SOB with strenuous activity only. No issues with swallowing. He reports a good appetite and energy level.

Review of Systems
Constitutional: Positive for fatigue **(mild)**. Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Positive for shortness of breath **(mild, winded with strenuous activity only)**. Negative for cough.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Positive for arthralgias **(R side, R knee, R ankle)**. Negative for back pain and extremity pain.
Skin: Positive for rash **(psoriasis at baseline)**.
Neurological: Negative for dizziness, extremity weakness, headaches, numbness and seizures.
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Endocrine: Positive for hot flashes **(stable)**.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health): |

- C1D1: 12/14/22
- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

| | |
|---|---|
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/2023 cycle 7 pembrolizumab plus cycle 6 goserelin injection<br>• 1/17/2024 cycle 8 pembrolizumab<br>• 1/24/2024 cycle 7 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 11/14/2023 | **Imaging**<br>November 14, 2023 CT neck:<br>1. Decreased but persistent reticulation of the submental and lower neck soft tissues.<br>2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph |

nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy

**Objective (Exam/Results)**
**Vital Signs:**
BP 112/76 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 90 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 20 | Ht 1.829 m (6') | Wt 109 kg (240 lb 3.2 oz) | SpO2 98% | BMI 32.58 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 01/17/24 | 109 kg (240 lb 3.2 oz) |
| 12/27/23 | 111.6 kg (246 lb) |
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Comments: **Decreased range of motion of left neck**
Lymphadenopathy:

Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: Rash present.
Comments: **Flaking erythematous plaques with mild erythema noted to both elbows, knees, thighs, and a few small areas on knuckles.**
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 01/17/24 0945 |
|---|---|
| White Cell Count | 5.3 |
| Absolute Neutrophils | 2,970 |
| Hemoglobin | 13.7 |
| Hematocrit | 42 |
| Platelet Count | 189 |
| Sodium | 138 |
| Potassium | 4.4 |
| Chloride | 106 |
| BUN | 19 |
| Creatinine | 0.99 |
| Glucose | **260 H** |
| Calcium | **10.4 H** |
| Albumin | 4.1 |
| Bilirubin, Total | 0.3 |
| AST/SGOT | **43 H** |
| ALT/SGPT | **75 H** |
| Alkaline Phosphatase | 107 |

Imaging:
CE XR KNEE - BILAT LATERAL

Result Date: 1/16/2024

Right knee: Mild narrowing of medial knee compartment. Soft tissue prominence along medial jointline which can be seen with medial meniscus tear and associated inflammatory changes. Small joint effusion Patella is well situated in the femoral groove. Small spur at lateral aspect of patella Left knee: Minimal narrowing of medial compartment Patella is well situated in the femoral groove. Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continuation of therapy, side effect monitoring/reporting, follow-up plan

Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 01/18/24 1923

## 12/27/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Emily M Venus, RN at 12/27/2023 1345**

Author: Emily M Venus, RN    Service: Oncology    Author Type: Registered Nurse
Filed: 12/27/23 1345    Encounter Date: 12/27/2023    Creation Time: 12/27/23 1259
Status: Signed    Editor: Emily M Venus, RN (Registered Nurse)

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 12/27/2023 for chemotherapy: Cycle 7, day 1 UW19060/HSC # 2019-0983 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Study Pembrolizumab over 30 minutes, prior to Study Zoladex injection, today. He tolerated treatment without complaints, concerns or complications.
Injection: He received Study Goserelin today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 1/17/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 1/17/2024 | 10:40 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 1/17/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 1/24/2024 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Emily V, RN - 12/27/2023 - 1:45 PM*

Electronically signed by Emily M Venus, RN at 12/27/23 1345

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 12/27/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy

**Visit Diagnoses**

- **Examination of participant in clinical trial (primary)**
- Salivary duct carcinoma
- Rash

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

Most recent update: 12/27/2023 10:25 AM by Alexa E Howell, C-MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|
| 110/66 | 77 | 97.7 °F (36.5 °C) (Oral) | 18 | 246 lb (111.6 kg) |

| SpO2 | BMI |
|---|---|
| 97% | 33.14 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Low Back | None | None |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 12/27/2023 1020**

Author: Justine Y Bruce, MD    Service: Oncology    Author Type: Physician

Filed: 12/27/23 1216
Status: Signed

Encounter Date: 12/27/2023
Editor: Justine Y Bruce, MD (Physician)

Creation Time: 12/26/23 0745

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: bilateral axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab.
CT neck/chest (11/14/2023) demonstrate resolution of his bilateral axillary lymph nodes as well as a decrease in the of his right neck lymph and left neck skin thickening.

- He meets criteria for cycle 7 pembrolizumab plus goserelin today as part of a clinical trial protocol and will proceed as planned.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Anemia: His hemoglobin is noted to be 13.4. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

3. Tinea corporis: I have prescribed clotrimazole 1% cream and hydrocortisone 2.5% cream. I have also submitted a dermatology consult for further evaluation and possible KOH stain/evaluation.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
Orders Placed This Encounter
Consult to Dermatology - INSIDE UW Health
Clotrimazole 1 % cream
Hydrocortisone 2.5 % cream

**Interval History / ROS**
**Interval history:** He reports that he has been doing well and recently returned from his vacation in Florida. However, he has noted a ring-like lesion on his bilateral groin that has moved to his right elbow and 4. In addition, his wife also noted that she also has a rash on her left leg and they believe that this may be due to tinea corporis. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging** |

| | |
|---|---|
| | 7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/23 cycle 7 pembrolizumab plus goserelin<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 11/14/2023 | **Imaging**<br>November 14, 2023 CT neck:<br>1. Decreased but persistent reticulation of the submental and lower neck soft tissues.<br>2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.<br>3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.<br><br>November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy |

**Objective (Exam/Results)**

**Vital Signs:**
BP 110/66 | Pulse 77 | Temp 97.7 °F (36.5 °C) (Oral) | Resp 18 | Wt 111.6 kg (246 lb) | SpO2 97% | BMI 33.14 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/27/23 | 111.6 kg (246 lb) |
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |

Physical Exam

Labs:

**Recent Labs**

| Result | 12/27/23 0932 |
|---|---|
| White Cell Count | 5.5 |
| Absolute Neutrophils | 3,220 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 41 |
| Platelet Count | 167 |
| Sodium | 140 |
| Potassium | 4.2 |
| Chloride | **108 H** |
| BUN | 16 |
| Creatinine | 1.16 |
| Glucose | **132 H** |
| Calcium | 9.8 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.5 |
| AST/SGOT | **46 H** |
| ALT/SGPT | **68 H** |
| Alkaline Phosphatase | 80 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Dermatology consult further evaluation of tinea corporis
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 12/27/23 1216

**Alexa E Howell, C-MA at 12/27/2023 1020**

| | | |
|---|---|---|
| Author: Alexa E Howell, C-MA | Service: Oncology | Author Type: Certified-MA |
| Filed: 12/27/23 1022 | Encounter Date: 12/27/2023 | Creation Time: 12/27/23 0947 |
| Status: Signed | Editor: Alexa E Howell, C-MA (Certified-MA) | |

;Robert J Loper is a 61 year old male here for chemo.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: rash right arm, inner legs noticed 3 weeks ago. Wife has rash on her left leg noticed 4-5 days.

**New or worsening symptoms**:

**Energy level**: kinda low

**Appetite**: good

**VAD**: port right side chest

**Pain** (Scale 0 -10) Current: 2/10 low back

| | 11/15/2023 9:47 AM | 11/29/2023 12:02 PM | 12/6/2023 10:11 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 116/58 | 122/83 | 108/72 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |

***Submitted by:*** *Alexa E Howell, C-MA - 12/27/2023 - 9:47 AM*

Electronically signed by Alexa E Howell, C-MA at 12/27/23 1022

## 12/06/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Carly N Stuessy, RN at 12/6/2023 1330**

| | | |
|---|---|---|
| Author: Carly N Stuessy, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 12/06/23 1330 | Encounter Date: 12/6/2023 | Creation Time: 12/06/23 1240 |
| Status: Signed | Editor: Carly N Stuessy, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 12/6/2023 for chemotherapy: cycle 6 day 1 Study Pembrolizumab(UW19060)

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received study pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 1/17/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 1/17/2024 | 10:40 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 1/17/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 1/24/2024 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/6/2024 | 1:00 PM | CT 1 OSP | OSPCT | MADISON |
| 2/6/2024 | 1:40 PM | CT 1 OSP | OSPCT | MADISON |
| 2/7/2024 | 9:30 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/7/2024 | 10:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 2/7/2024 | 11:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 2/28/2024 | 10:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 2/28/2024 | 11:15 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 2/28/2024 | 12:45 PM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Carly S, RN - 12/6/2023 - 1:30 PM*

Electronically signed by Carly N Stuessy, RN at 12/06/23 1330

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 12/06/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

#### Chief Complaint

- Follow-up

#### Visit Diagnoses

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy
- Encounter for antineoplastic immunotherapy
- Hot flash in male
- Psoriasis

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | Gil E Harmon, MD |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

#### Follow-up and Dispositions

- Return for RTC per protocol per Lung/H&N study coordinator.

#### Level of Service

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

## 12/06/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)

**Encounter Vitals (continued)**

**Vital Signs - Last Recorded**

Most recent update: 12/6/2023 10:13 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 108/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 75 | 98 °F (36.7 °C) (Oral) | 18 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 245 lb 4.8 oz (111.3 kg) | 95% | 33.04 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 1/10 Number Scale | None | None | Yes |

**Clinical Notes**

**Progress Notes**

**Amy E Moody, MA at 12/6/2023 1005**

Author: Amy E Moody, MA Service: Bone Marrow Transplant Author Type: Medical Assistant
Filed: 12/06/23 1010 Encounter Date: 12/6/2023 Creation Time: 12/06/23 1006
Status: Signed Editor: Amy E Moody, MA (Medical Assistant)

Robert J Loper is a 61 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: None

**New or worsening symptoms**: None

**Energy level**: Fair

**Appetite:** Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 1/10

| | 11/1/2023 11:11 AM | 11/15/2023 9:47 AM | 11/29/2023 12:02 PM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 143/87 | 116/58 | 122/83 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |

***Submitted by:*** *Amy E Moody, MA - 12/6/2023 - 10:06 AM*

Electronically signed by Amy E Moody, MA at 12/06/23 1010

**Carissa M Dolens, APNP at 12/6/2023 1005**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 12/07/23 1058 | Encounter Date: 12/6/2023 | Creation Time: 12/07/23 1044 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

His most recent CT neck/chest (11/14/2023) demonstrated resolution of his bilateral axillary lymph nodes as well as a decrease in the of his right neck lymph and left neck skin thickening.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab as he has baseline psoriasis for which he uses topical creams. Labs meet treatment parameters.

- He meets criteria for cycle 6 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 6 goserelin planned for 12/27/23
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We also reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Anemia: His hemoglobin is noted to be 13.4. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

3. Psoriasis, baseline: Flared up to both elbows and knees currently, to use his topical creams to these areas as prescribed. Will monitor.

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he is doing well without any new, significant complaints. He reports a good appetite and energy level. Stable neuropathy to both feet. Tolerable daily hot flashes, no night sweats. Psoriasis has flared up given the colder weather to both of his elbows and knees, topical creams he has is helping but he hasn't been very regular about using these recently.

Review of Systems
Constitutional: Negative for chills, fatigue and fever.
HENT: Positive for lump/mass. Negative for mouth sores, sore throat, tinnitus, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Positive for rash.
**Psoriasis plaques to both elbows and knees**
Neurological: Positive for numbness and paresthesias. Negative for dizziness, extremity weakness, headaches and seizures.
**Stable baseline N/T to both feet**
Psychiatric/Behavioral: Negative for confusion and sleep disturbance.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Endocrine: Positive for hot flashes.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health): |

- C1D1: 12/14/22
- C2D1: 1/3/23
- C3D1: 1/24/23--Mixed response PET
- C4D1: 2/14/23
- C5D1: 3/17/23
- C6D1: 4/7/23
- 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

| | |
|---|---|
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>• 11/15/2023 cycle 5 pembrolizumab<br>• 11/29/2023 cycle 5 goserelin injection<br>• 12/6/2023 cycle 6 pembrolizumab<br>• 12/27/23 anticipated cycle 6 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |
| 11/14/2023 | **Imaging**<br>November 14, 2023 CT neck:<br>1. Decreased but persistent reticulation of the submental and lower neck soft tissues.<br>2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target |

for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy

**Objective (Exam/Results)**
**Vital Signs:**
BP 108/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 75 | Temp 98 °F (36.7 °C) (Oral) | Resp 18 | Ht 1.835 m (6' 0.24") | Wt 111.3 kg (245 lb 4.8 oz) | SpO2 95% | BMI 33.04 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 12/06/23 | 111.3 kg (245 lb 4.8 oz) |
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Left neck firmness is decreased from prior**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.

Left lower leg: No edema.
Comments: **Decreased range of motion of left neck**

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:
**Recent Labs**

| Result | 12/06/23 0857 |
|---|---|
| White Cell Count | 4.9 |
| Absolute Neutrophils | 2,440 |
| Hemoglobin | **13.4 L** |
| Hematocrit | 41 |
| Platelet Count | 163 |
| Sodium | 139 |
| Potassium | 4.2 |
| Chloride | **108 H** |
| BUN | **23 H** |
| Creatinine | 1.07 |
| Glucose | **210 H** |
| Calcium | 10.1 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **60 H** |
| ALT/SGPT | **96 H** |
| Alkaline Phosphatase | 108 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 30 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 12/07/23 1058

## 11/29/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

Gil E Harmon, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 11/29/2023 12:03 PM by Alyshia Sathoff, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 122/83 | 81 | 98.6 °F (37 °C) (Oral) | 16 | 98% |

### Clinical Notes

**Progress Notes**

**Alyshia Sathoff, RN at 11/29/2023 1115**

Author: Alyshia Sathoff, RN
Service: Oncology
Author Type: Registered Nurse
Filed: 11/29/23 1227
Encounter Date: 11/29/2023
Creation Time: 11/29/23 1225
Status: Signed
Editor: Alyshia Sathoff, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 11/29/2023 for chemotherapy: C5D1 zoladex

**11/29/2023 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.

***Pre-medications:***
n/a

***Treatment:***
Injection: He received Zoladex today. He was given 5ml lidocaine subcutaneously at the injection site prior to treatment. It was administered in Left lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Alyshia S, RN - 11/29/2023 - 12:27 PM*

Electronically signed by Alyshia Sathoff, RN at 11/29/23 1227

## 11/15/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Chemotherapy (C5D1 study pembro )

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Elise C Blust, RN at 11/15/2023 1045**

| | | |
|---|---|---|
| Author: Elise C Blust, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 11/15/23 1723 | Encounter Date: 11/15/2023 | Creation Time: 11/15/23 1719 |
| Status: Signed | Editor: Elise C Blust, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 11/15/2023 for chemotherapy: C5 D1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

Clinical Notes (continued)

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Treatment:***
Infusion: He received study pembrolizumab over 30 minutes today. He tolerated treatment without complaints, concerns or complications.

***Education***:
Pt encouraged to call with questions or concerns

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 11/29/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Elise B, RN - 11/15/2023 - 5:23 PM*

Electronically signed by Elise C Blust, RN at 11/15/23 1723

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 11/15/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

Most recent update: 11/15/2023 9:54 AM by Ganielle M Peterson, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 116/58 | 93 | 98.7 °F (37.1 °C) (Oral) | 17 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 247 lb 9.6 oz (112.3 kg) | 97% | 33.35 kg/m² |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 11/15/2023 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 11/15/23 2029 | Encounter Date: 11/15/2023 | Creation Time: 11/13/23 1239 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Responding
**Distant Metastatic Disease Ever:** Yes
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 61 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab. I discussed with the patient and his wife regarding his CT neck/chest (11/14/2023) that demonstrate resolution of his bilateral axillary lymph nodes as well as a decrease in the of his right neck lymph and left neck skin thickening. He is happy to hear this.

- He meets criteria for cycle 5 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 5 goserelin planned for 11/29/23
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.
- We also reviewed his repeat CT abdomen/pelvis (08/02/2023) and PET/CT scan (07/26/2023) with Radiology. The hypermetabolic lesions noted in the liver are most with physiologic changes as no evidence of liver metastases were noted on the CT abdomen and pelvis.

2. Anemia: His hemoglobin is noted to be 13.0. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports that he is doing well without any significant complaints. He has decided that he would like to try eating more healthy in effort to continue to improve his performance status and well-being. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- bilateral axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection |

- 9/13/23 cycle 2 pembrolizumab
- 10/4/23 cycle 3 pembrolizumab plus goserelin injection
- 10/25/2023 cycle 4 pembrolizumab
- 11/01/2023 cycle 4 goserelin injection
- 11/15/2023 cycle 5 pembrolizumab
- 11/29/2023 anticipated cycle 5 goserelin injection

CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

Planned Start Date: 8/23/2023
Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms

11/14/2023 **Imaging**
November 14, 2023 CT neck:
1. Decreased but persistent reticulation of the submental and lower neck soft tissues.
2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

November 14, 2023 CT chest: Resolution of bilateral axillary with no evidence for chest malignancy

**Objective (Exam/Results)**
**Vital Signs:**
BP 116/58 | Pulse 93 | Temp 98.7 °F (37.1 °C) (Oral) | Resp 17 | Ht 1.835 m (6' 0.24") | Wt 112.3 kg (247 lb 9.6 oz) | SpO2 97% | BMI 33.35 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.

Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Comments: **Decreased range of motion of left neck**

Lymphadenopathy:
Cervical: No cervical adenopathy.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 11/15/23 0846 |
|---|---|
| White Cell Count | 5.3 |
| Absolute Neutrophils | 3,000 |
| Hemoglobin | **13.0 L** |
| Hematocrit | 40 |
| Platelet Count | **150 L** |
| Sodium | 139 |
| Potassium | 4.2 |
| Chloride | **108 H** |
| BUN | **22 H** |
| Creatinine | **1.19 H** |
| Glucose | **178 H** |
| Calcium | 9.9 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **68 H** |
| ALT/SGPT | **103 H** |
| Alkaline Phosphatase | 89 |

Imaging:
BIOPSY ULTRASOUND GUIDED, LYMPH NODE

Result Date: 11/15/2023
Impression: Technically successful ultrasound-guided left axillary lymph node biopsy.

CT NECK W IV CONTRAST

Result Date: 11/14/2023
IMPRESSION: 1. Decreased but persistent reticulation of the submental and lower neck soft tissues. 2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck. 3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

CT CHEST W IV CONTRAST W/CAD

Result Date: 11/14/2023
Impression: 1. Resolution of bilateral axillary with no evidence for chest malignancy.

US AXILLARY LEFT

Result Date: 11/14/2023
IMPRESSION: Sonographically normal-appearing left axillary lymph nodes. No sonographic correlate to the enlarged left axillary lymph node identified on prior CT, therefore biopsy was deferred. Patient is scheduled for CT neck and chest this afternoon. Will reevaluate potential biopsy target following imaging.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab plus goserelin part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 11/15/23 2029

**Ganielle M Peterson, MA at 11/15/2023 0940**

| | | |
|---|---|---|
| Author: Ganielle M Peterson, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 11/15/23 0958 | Encounter Date: 11/15/2023 | Creation Time: 11/15/23 0957 |
| Status: Signed | Editor: Ganielle M Peterson, MA (Medical Assistant) | |

Robert J Loper is a 61 year old male here for Treatment.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: neck and shoulder pain, level

**Have you received your influenza vaccine? N/A**

**New or worsening symptoms**: No

**Energy level**: Fair

**Appetite**: Good

**VAD**: right chest

**Pain** (Scale 0 -10) Current: 2/10

| | 10/25/2023 9:20 AM | 11/1/2023 11:11 AM | 11/15/2023 9:47 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 122/74 | 143/87 | 116/58 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 11/15/23 | 112.3 kg (247 lb 9.6 oz) |
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |

***Submitted by:*** *Ganielle M Peterson, MA - 11/15/2023 - 9:57 AM*

Electronically signed by Ganielle M Peterson, MA at 11/15/23 0958

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT NECK W IV CONTRAST [603547446] (Final result)**

Electronically signed by: **Saad A Ali, Research on 10/06/23 1059** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 10/06/23 1059 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 10/07/23 1240 for Ordering
Frequency: Routine 10/06/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn E Thier 11/14/2023 12:58 PM
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.15 mg/dL (0.73 - 1.18 mg/dL) Comment - 10/4/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 240 lbs Comment - 10/4/23 |
| Appropriate use of contrast per Radiologist? | Yes |

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone: |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT NECK W IV CONTRAST | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 11/14/2023 1:40 PM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 11/14/2023 01:17 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT NECK W IV CONTRAST [603547446]** Resulted: 11/14/23 1545, Result status: Final result

Order status: Completed

Resulted by:
Gregory D Avey, MD
Jessica Perry, MD

Filed by: Interface, Results 11/14/23 1551
Accession number: UWMF28511226

Performed: 11/14/23 1314 - 11/14/23 1336
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 11/14/2023

PROVIDED INDICATION: Salivary duct carcinoma status post initial chemoradiation completed 6/22/2023, with metastatic disease on 7/14/2023 imaging. Currently on chemotherapy as of 8/23/2023

COMPARISON: CT neck 7/13/2023

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:
Salivary Glands: Small, enhancing left submandibular gland with posttreatment related changes. Significantly decreased but persistent subcutaneous nodular reticulation along the submental soft tissues and the level 3 and level 4 soft tissues of the neck, consistent with lymph nodes lymphovascular spread . Significantly decreased overlying skin thickening. Unchanged appearance of the bilateral parotid glands.
Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

Lymph nodes: Decreased size of multiple right-sided lymph nodes. For example:
-Right intraparotid lymph node measuring 3 mm in short axis, previously 9 mm (series 2 image 67).
-Right level 5 node measuring 2 mm in short axis, previously 8 mm.
No new or enlarging lymph nodes.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Mucous retention cyst in the right sphenoid sinus. The paranasal sinuses are otherwise clear. Small amount of fluid in the left mastoid air cells, similar to prior.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, palatine and lingual tonsils are normal.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Thyroid Gland: No pathologic nodules.

Cervical Vascular: Bilateral common and internal carotid arteries, and vertebral arteries demonstrate normal course and caliber. The jugular veins are patent.

Upper Chest: Partially visualized right chest port.

Bones: No fractures or osseous lesions are detected.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Jessica Perry and arrived at this interpretation.

Electronically signed by: Dr. Gregory Avey, University of Wisconsin - Madison
Impression:
IMPRESSION:
1. Decreased but persistent reticulation of the submental and lower neck soft tissues.
2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No solid focus of residual tumor is identified which might represent a target for tissue sampling in the neck.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

Acknowledged by
Laura A Sivertson, RN on 11/16/23 1142
Justine Y Bruce, MD on 11/27/23 1153

**11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)**

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [603547446]**

Resulted: 11/14/23 1529, Result status: Preliminary result

Order status: Completed

Resulted by:
Gregory D Avey, MD
Jessica Perry, MD

Filed by: Interface, Results 11/14/23 1529
Accession number: UWMF28511226

Performed: 11/14/23 1314 - 11/14/23 1336
Resulting lab: UWHC RADIOLOGY

Narrative:
CT OF THE NECK WITH INTRAVENOUS CONTRAST 11/14/2023

PROVIDED INDICATION: Salivary duct carcinoma status post initial chemoradiation completed 6/22/2023, with metastatic disease on 7/14/2023 imaging. Currently on chemotherapy as of 8/23/2023

COMPARISON: CT neck 7/13/2023

TECHNIQUE: CT was obtained from the skull base through the upper chest after the uneventful administration of intravenous contrast in the axial plane, reconstructed using bone and soft tissue algorithms and reformatted in coronal and sagittal planes.

FINDINGS:
Salivary Glands: Small, enhancing left submandibular gland with posttreatment related changes. Significantly decreased but persistent subcutaneous nodular reticulation along the submental soft tissues and the level 3 and level 4 soft tissues of the neck, consistent with lymph nodes lymphovascular spread . Significantly decreased overlying skin thickening. Unchanged appearance of the bilateral parotid glands.
Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

Lymph nodes: Decreased size of multiple right-sided lymph nodes. For example:
-Right intraparotid lymph node measuring 3 mm in short axis, previously 9 mm (series 2 image 67).
-Right level 5 node measuring 2 mm in short axis, previously 8 mm.
No new or enlarging lymph nodes.

Orbits: Normal.

Nasal Cavity: The nasal cavity is normal in appearance.

Sinuses and Mastoid Air Cells: Mucous retention cyst in the right sphenoid sinus. The paranasal sinuses are otherwise clear. Small amount of fluid in the left mastoid air cells, similar to prior.

Masticator and Parapharyngeal Spaces: No abnormality detected within muscles of mastication, parapharyngeal spaces, masticator spaces, and pterygopalatine fossa.

Oral Cavity: The oral cavity, oral tongue, hard palate, and floor of mouth have a normal appearance. The sublingual glands are normal in appearance.

Pharynx: The nasopharynx, oropharynx, hypopharynx, palatine and lingual tonsils are normal.

Larynx: The supraglottic, glottic, and subglottic larynx are normal in appearance. The thyroid, arytenoid, and cricoid cartilages are within normal limits. The vocal cords are in normal position.

Thyroid Gland: No pathologic nodules.

Cervical Vascular: Bilateral common and internal carotid arteries, and vertebral arteries demonstrate normal course and caliber. The jugular veins are patent.

Upper Chest: Partially visualized right chest port.

Bones: No fractures or osseous lesions are detected.

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
1. Decreased but persistent reticulation of the submental and lower neck soft tissues.
2. Decreased size of multiple right-sided lymph nodes. No new or enlarging lymph nodes. No targeted for sampling is identified.
3. Interval resolution of the soft tissue nodularity involving the left paravertebral musculature.

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153
Laura A Sivertson, RN on 11/16/23 1142

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT NECK W IV CONTRAST [603547446]** Resulted: 11/14/23 1314, Result status: In process

Order status: Completed

Resulted by:
Gregory D Avey, MD
Jessica Perry, MD

Filed by: Courtney J Goetsch, Imaging Spec 11/14/23 1314
Performed: 11/14/23 1314 - 11/14/23 1336
Accession number: UWMF28511226

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153
Laura A Sivertson, RN on 11/16/23 1142

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 11/27/2023 11:53
Laura A Sivertson, RN on 11/16/2023 11:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 54930811 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UW Health 1 S Park St Medical Center Radiology CT | 1 S PARK ST Madison WI 53715 | 608-287-2050 | 608-287-2088 |

### Imaging

**CT**

**CT CHEST W IV CONTRAST W/CAD [603547445] (Final result)**

Electronically signed by: **Saad A Ali, Research on 10/06/23 1059** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Saad A Ali, Research 10/06/23 1059 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 10/07/23 1240 for Ordering
Frequency: Routine 10/06/23 - Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: Imaging reqiured at this time point Instance released by: Fawn E Thier 11/14/2023 12:58 PM
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Evaluate for disease and compare to previous imaging |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | 1.15 mg/dL (0.73 - 1.18 mg/dL) Comment - 10/4/2023 |
| Last patient weight? (will auto pull in value and date in comment) | 240 lbs Comment - 10/4/23 |
| Appropriate use of contrast per Radiologist? | Yes |

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

| | |
|---|---|
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: 111-1014; Study Team Contact Saad Ali, Phone 262-3865 Please don't change or modify this order, bill to patient's insurance.
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Loper, Robert J | MRN: 54930811 |
| Date of Birth: | Home Phone |
| Legal Sex: Male | Mobile: |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 11/14/2023 1:00 PM<br>CT 2 OSP<br>1 S PARK ST RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | No | |
| Oral Medication Containing Metformin? | | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | No | |
| Pre-Meds taken? | No | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Peters,Brooke | 11/14/2023 01:17 PM CST |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [603547445]** Resulted: 11/14/23 1358, Result status: Final result

| | |
|---|---|
| Order status: Completed | Resulted by: Brian F Mullan, MD |
| Filed by: Interface, Results 11/14/23 1404 | Performed: 11/14/23 1314 - 11/14/23 1328 |
| Accession number: UWMF28511225 | Resulting lab: UWHC RADIOLOGY |

Narrative:
Technique: Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3D MIPs
Computed aided detection was used.

History: Salivary duct carcinoma

## 11/14/2023 - Imaging in UW Health 1 S Park St Medical Center Radiology CT (continued)

**Imaging (continued)**

Comparison: Chest CT 8/20/2023

Findings:

Supraclavicular/axial/mediastinal/hilar: Normal

Cardiovascular: Stable moderate coronary artery calcifications, most prominent in the LAD.

Upper abdomen: Normal

Lungs/airways/pleura: Mild paraseptal emphysema Scattered benign calcified granulomas.

Chest wall/Musculoskeletal: Normal

Support devices: The right port terminates at the caval atrial junction.

Electronically signed by: Dr. Brian Mullan, University of Wisconsin - Madison
Impression:
Impression:
1. Resolution of bilateral axillary with no evidence for chest malignancy.

Acknowledged by
Laura A Sivertson, RN on 11/16/23 1142
Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [603547445]** Resulted: 11/14/23 1314, Result status: In process

Order status: Completed
Filed by: Courtney J Goetsch, Imaging Spec 11/14/23 1314
Accession number: UWMF28511225

Resulted by: Brian F Mullan, MD
Performed: 11/14/23 1314 - 11/14/23 1328

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153
Laura A Sivertson, RN on 11/16/23 1142

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 11/27/2023 11:53
Laura A Sivertson, RN on 11/16/2023 11:42

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Examination of participant in clinical trial
- Salivary duct carcinoma

### Visit Information

**Provider Information**

**Referring Provider**
Justine Y Bruce, MD

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH ULTRASOUND | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-263-9729 | 608-263-1094 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**
Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**
Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**
Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**
Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**
Instructions: Take 2,000 units by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Medication List (continued)**

Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/30/2023 — Action: Patient not taking

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/1/2023 — Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 11/16/2022 — Action: Patient not taking

**Lisinopril 10 MG tab**

Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 3 tabs by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Nystatin 100000 UNIT/ML mouth/throat susp**

Discontinued by: Ganielle M Peterson, MA — Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy — Entered by: Tosha L Napier, MA
Entered on: 7/19/2023 — Start date: 12/21/2022
End date: 11/15/2023 — Action: Patient not taking

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Medication List (continued)**

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**

Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**

Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**

Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**

Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**

Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**

Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**POTASSIUM PO**

Discontinued by: Ganielle M Peterson, MA — Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 1 tab by mouth as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
End date: 11/15/2023 — Action: Patient not taking

**Ondansetron HCl (Zofran) 8 MG tab**

Instructions: Take 1 tab by mouth every 8 hours as needed for nausea/vomiting. Purpose: NAUSEA/VOMITING
Authorized by: Justine Y Bruce, MD — Ordered on: 8/23/2023
Start date: 8/23/2023 — Action: Patient not taking
Quantity: 30 tab — Refill: 5 refills by 8/21/2028

**Stopped in Visit**

None

**Imaging**

**Interventional Rad-Therapeutic**

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454] (Final result)**

Electronically signed by: **Lauren Fralka, ARDMS on 11/14/23 1423** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lauren Fralka, ARDMS 11/14/23 1423 — Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Frequency: Routine Once 11/14/23 1600 - 1 occurrence — Class: Normal
Quantity: 1 — Lab status: Final result
Instance released by: Lauren Fralka, ARDMS 11/14/2023 4:00 PM

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Imaging (continued)**

Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Obtain required for Clinical trial UW19060 |
| Release to patient | Immediate |

**Screening Form**

**General Information**

Patient Name: Loper, Robert J
Date of Birth:
Legal Sex: Male

MRN: 3859676
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| BIOPSY ULTRASOUND GUIDED, LYMPH NODE | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 11/14/2023 3:00 PM<br>US 6 |

**Screening Form Questions**

No questions have been answered for this form.

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| Did you return your biopsy guide? | Yes | |

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]** Resulted: 11/15/23 0835, Result status: Final result

Order status: Completed
Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO
Filed by: Interface, Results 11/15/23 0841
Performed: 11/14/23 1512 - 11/14/23 1624
Accession number: UWHC28632650
Resulting lab: UWHC RADIOLOGY
Narrative:
Clinical information: 61 year old male with salivary duct carcinoma. Ultrasound-guided left axillary lymph node biopsy obtained for clinical trial.

Comparison: CT chest 11/14/2023, 8/2/2023.

Technique: Ultrasound-guided biopsy.
Informed consent: Preprocedural laboratory values were reviewed and appropriate, documented in Healthlink. The risks, benefits, and alternatives of the procedure were discussed with the patient. All questions were answered. Verbal and written consent was obtained.
Time-out: Time-out performed to confirm the correct patient, procedure, and site.

Biopsy target and description: Hypoechoic left axillary lymph node measuring 3 mm in short axis corresponding to the previously identified enlarged morphologically abnormal left axillary lymph node on CT dated 8/2/2023.
Preparation: An appropriate biopsy path was chosen, and suitable skin entry site was identified. The patient was prepped and draped in usual sterile fashion.
Local anesthesia: Buffered 1% lidocaine with epinephrine.
Contrast: None.

Biopsy device: 18-gauge Biopince.
Length of cores: 1.3 cm.
Number of passes: 3.
Specimen preparation: Formalin for clinical trial.

Post-procedural imaging/complications: None.
Additional interventions: None.

Procedural sedation: None.

Operator: Leslie Nelson DO.
Supervising Radiologist: Dr. Matthew Lee was present throughout the procedure.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Leslie Nelson and arrived at this interpretation.

Electronically signed by: Dr. Matthew Lee, University of Wisconsin - Madison
Impression:
Impression: Technically successful ultrasound-guided left axillary lymph node biopsy.

Acknowledged by: Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

Resulted: 11/14/23 1635, Result status: Preliminary result

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]**

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Interface, Results 11/14/23 1635
Accession number: UWHC28632650

Performed: 11/14/23 1512 - 11/14/23 1624
Resulting lab: UWHC RADIOLOGY

Narrative:
Clinical information: 61 year old male with salivary duct carcinoma. Ultrasound-guided left axillary lymph node biopsy obtained for clinical trial.

Comparison: CT chest 11/14/2023, 8/2/2023.

Technique: Ultrasound-guided biopsy.
Informed consent: Preprocedural laboratory values were reviewed and appropriate, documented in Healthlink. The risks, benefits, and alternatives of the procedure were discussed with the patient. All questions were answered. Verbal and written consent was obtained.
Time-out: Time-out performed to confirm the correct patient, procedure, and site.

Biopsy target and description: Hypoechoic left axillary lymph node measuring 3 mm in short axis.
Preparation: An appropriate biopsy path was chosen, and suitable skin entry site was identified. The patient was prepped and draped in usual sterile fashion.
Local anesthesia: Buffered 1% lidocaine with epinephrine.
Contrast: None.

Biopsy device: 18-gauge Biopince.
Length of cores: 1.3 cm.
Number of passes: 3.
Specimen preparation: Formalin for clinical trial.

Post-procedural imaging/complications: None.
Additional interventions: None.

Procedural sedation: None.

Operator: Leslie Nelson DO.

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Imaging (continued)**

Supervising Radiologist: Dr. Matthew Lee was present throughout the procedure.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

Impression: Technically successful left axillary lymph node ultrasound-guided biopsy.

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]** Resulted: 11/14/23 1512, Result status: In process

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Lauren Fralka, ARDMS 11/14/23 1600
Accession number: UWHC28632650

Performed: 11/14/23 1512 - 11/14/23 1624
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**BIOPSY ULTRASOUND GUIDED, LYMPH NODE [603547454]** Resulted: 11/14/23 1600, Result status: In process

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Lauren Fralka, ARDMS 11/14/23 1600
Accession number: UWHC28632650

Performed: 11/14/23 1512 - 11/14/23 1624
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 11/27/23 1153

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 11/27/2023 11:53

**Sonogram**

**US AXILLARY LEFT [603547444] (Final result)**

Electronically signed by: **Ella Carpenter on 10/10/23 1542** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Ella Carpenter 10/10/23 1542 — Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Frequency: Routine Once 11/14/23 1116 - 1 occurrence — Class: Normal
Quantity: 1 — Lab status: Final result
Instance released by: Ella Carpenter 11/14/2023 11:16 AM
Diagnoses
Examination of participant in clinical trial [Z00.6]
Salivary duct carcinoma [C08.9]

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Obtain reqiured for Clinical trial UW19060 |
| Release to patient | Immediate |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |

**US AXILLARY LEFT [603547444]** — Resulted: 11/14/23 1314, Result status: Final result

Order status: Completed — Resulted by: Matthew H Lee, MD; Leslie W Nelson, DO
Filed by: Interface, Results 11/14/23 1320 — Performed: 11/14/23 1012 - 11/14/23 1117
Accession number: UWHC28530931 — Resulting lab: UWHC RADIOLOGY
Narrative:
CLINICAL INFORMATION: Salivary duct carcinoma. Participated in clinical trial. Presents for left axillary lymph node biopsy.

COMPARISON: CT chest 8/2/2023

TECHNIQUE: Ultrasound imaging of the left axilla.

FINDINGS:
Few normal appearing left axillary lymph nodes. No suspicious abnormal lymph node identified. Specifically, no sonographic correlate to the enlarged lymph node identified on chest CT from 8/2/2023.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Leslie Nelson and arrived at this interpretation.

Electronically signed by: Dr. Matthew Lee, University of Wisconsin - Madison
Impression:
IMPRESSION:
Sonographically normal-appearing left axillary lymph nodes. No sonographic correlate to the enlarged left axillary lymph node identified on prior CT, therefore biopsy was deferred. Patient is scheduled for CT neck and chest this afternoon. Will reevaluate potential biopsy target following imaging.

Acknowledged by
Laura A Sivertson, RN on 11/16/23 1142

Justine Y Bruce, MD on 12/01/23 1119

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**US AXILLARY LEFT [603547444]** Resulted: 11/14/23 1205, Result status: Preliminary result

Order status: Completed
Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO
Filed by: Interface, Results 11/14/23 1205
Performed: 11/14/23 1012 - 11/14/23 1117
Accession number: UWHC28530931
Resulting lab: UWHC RADIOLOGY
Narrative:
CLINICAL INFORMATION: Salivary duct carcinoma. Participated in clinical trial. Presents for left axillary lymph node biopsy.

COMPARISON: CT chest 8/2/2023

TECHNIQUE: Ultrasound imaging of the left axilla.

FINDINGS:
Few normal appearing left axillary lymph nodes. No suspicious abnormal lymph node identified, specifically the inferior lateral left axillary lymph node noted on prior CT 8/2/2023.

Impression:

PRELIMINARY REPORT: This preliminary read is an unsigned final read of images that have been reviewed by the radiology staff in conjunction with the radiology resident/fellow and reflects the impressions of the attending radiology staff. The attending radiology staff will sign this report expeditiously.

IMPRESSION:
No abnormal left axillary lymph node identified on ultrasound, therefore biopsy was deferred. Patient is scheduled for CT neck and chest this afternoon. Will reevaluate potential biopsy target post cross-sectional imaging.

**Reviewed by**

Justine Y Bruce, MD on 12/01/23 1119
Laura A Sivertson, RN on 11/16/23 1142

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - UWHCRADIANT | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**US AXILLARY LEFT [603547444]** Resulted: 11/14/23 1012, Result status: In process

Order status: Completed
Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO
Filed by: Ella Carpenter 11/14/23 1116
Performed: 11/14/23 1012 - 11/14/23 1117
Accession number: UWHC28530931
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 12/01/23 1119
Laura A Sivertson, RN on 11/16/23 1142

## 11/14/2023 - Medical Imaging Visit in UWH ULTRASOUND (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**US AXILLARY LEFT [603547444]** Resulted: 11/14/23 1116, Result status: In process

Order status: Completed

Resulted by:
Matthew H Lee, MD
Leslie W Nelson, DO

Filed by: Ella Carpenter 11/14/23 1116
Accession number: UWHC28530931

Performed: 11/14/23 1012 - 11/14/23 1117
Resulting lab: UWHC POC MAIN

**Reviewed by**

Justine Y Bruce, MD on 12/01/23 1119
Laura A Sivertson, RN on 11/16/23 1142

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]
Salivary duct carcinoma [C08.9 (ICD-10-CM)]

**All Reviewers List**

Justine Y Bruce, MD on 12/1/2023 11:19
Laura A Sivertson, RN on 11/16/2023 11:42

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 11/01/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Hormone Therapy

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**
No Pcp Uwnopcp

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 11/1/2023 11:12 AM by Rachel C Mackensen, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 143/87 | 86 | 97.8 °F (36.6 °C) (Oral) | 18 | 95% |

### Clinical Notes

**Progress Notes**

**Rachel C Mackensen, RN at 11/1/2023 1139**

Author: Rachel C Mackensen, RN
Service: Oncology
Author Type: Registered Nurse
Filed: 11/01/23 1139
Encounter Date: 11/1/2023
Creation Time: 11/01/23 1123
Status: Signed
Editor: Rachel C Mackensen, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 61 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 11/1/2023 for hormonal injection

**11/01/2023 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Treatment:***
Injection: He received study goserelin acetate (UW19060) SQ today, with 4ml of Lidocaine injected prior at injection site. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 11/14/2023 | 10:10 AM | US 5 | UWHRADUS | MADISON 33 |
| 11/14/2023 | 1:00 PM | CT 2 OSP | OSPCT | MADISON |
| 11/14/2023 | 1:40 PM | CT 2 OSP | OSPCT | MADISON |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/29/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Rachel M, RN

Electronically signed by Rachel C Mackensen, RN at 11/01/23 1139

## 10/25/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

No Pcp Uwnopcp

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Ashley M Thomas, RN at 10/25/2023 1100**

| | | |
|---|---|---|
| Author: Ashley M Thomas, RN | Service: Oncology | Author Type: RN Resident |
| Filed: 10/25/23 1541 | Encounter Date: 10/25/2023 | Creation Time: 10/25/23 1137 |
| Status: Attested | Editor: Ashley M Thomas, RN (RN Resident) | |

Cosigner: Rachel C Mackensen, RN at 10/25/23 1542

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 10/25/2023 for chemotherapy: cyle 4 day 1 pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling fair today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.

10/25/2023 - Procedure in UWH CHEMOTHERAPY (continued)

Clinical Notes (continued)

- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received study pembrolizumab over 30 min today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/14/2023 | 10:10 AM | US 5 | UWHRADUS | MADISON 33 |
| 11/14/2023 | 1:00 PM | CT 2 OSP | OSPCT | MADISON |
| 11/14/2023 | 1:40 PM | CT 2 OSP | OSPCT | MADISON |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/29/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/6/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/6/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 12/6/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 12/27/2023 | 9:15 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 12/27/2023 | 10:20 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 12/27/2023 | 11:15 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

**Attestation signed by Rachel C Mackensen, RN at 10/25/23 1542**

This RN administered treatment listed above. Agree with note as stated above.

Electronically signed by Ashley M Thomas, RN at 10/25/23 1541
Electronically signed by Rachel C Mackensen, RN at 10/25/23 1542

## 10/25/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 10/25/2023 9:23 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 91 | 98 °F (36.7 °C) (Oral) | 22 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 242 lb 8 oz (110 kg) | 97% | 32.67 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | Yes |

### Clinical Notes

**Progress Notes**

**Peyton Reves, MD at 10/25/2023 1000**

Author: Peyton Reves, MD | Service: Hematology | Author Type: Fellow
Filed: 10/25/23 1903 | Encounter Date: 10/25/2023 | Creation Time: 10/25/23 0854
Status: Attested Addendum | Editor: Justine Y Bruce, MD (Physician)
Cosigner: Justine Y Bruce, MD at 10/25/23 1903

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Left axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He notes some aches and joint pain that could possibly be related to the pembrolizumab versus known arthralgia that he had experienced prior to treatment, but he currently is able to handle these side effects with acetaminophen. He is anticipated to undergo repeat CT scans in November 2023 to evaluate his disease status.

- He meets criteria for cycle 4 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 4 goserelin planned for 11/1/2023
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 13.3. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

Peyton Reves, M.D.
Hematology/Oncology Fellow, PGY-4

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** He reports he has had worsening joint and muscle aches over the last several weeks. He feels like these may have been present prior to starting pembro and goserelin but he has been noticing it more lately. They are worse in the morning and improve with tylenol and with movement as the day goes on. They do limit how active he can be around his farm but he is still able to work his job otherwise. He has not had any shortness of breath or diarrhea. He is still having daily hot flashes which are tolerable.

Review of Systems
Constitutional: Positive for pain. Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |

| | | |
|---|---|
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |

| | |
|---|---|
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified.<br><br>Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.<br><br>Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.<br>August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis. |
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection<br>• 10/25/2023 cycle 4 pembrolizumab<br>• 11/01/2023 cycle 4 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**
**Vital Signs:**
BP 122/74 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 91 | Temp 98 °F (36.7 °C) (Oral) | Resp 22 | Ht 1.835 m (6' 0.24") | Wt 110 kg (242 lb 8 oz) | SpO2 97% | BMI 32.67 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 10/25/23 | 110 kg (242 lb 8 oz) |
| 10/04/23 | 109.1 kg (240 lb 8 oz) |
| 09/13/23 | 107.7 kg (237 lb 8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.

Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Lymphadenopathy on the bilateral neck with no pain on palpation**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 10/25/23 0902 |
|---|---|
| White Cell Count | 5.6 |
| Absolute Neutrophils | 3,500 |
| Hemoglobin | **13.3 L** |
| Hematocrit | 41 |
| Platelet Count | 165 |
| Sodium | 138 |
| Potassium | 4.3 |
| Chloride | **109 H** |
| BUN | **24 H** |
| Creatinine | 1.09 |
| Glucose | **197 H** |
| Calcium | **10.5 H** |
| Albumin | 4.2 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **63 H** |
| ALT/SGPT | **86 H** |
| Alkaline Phosphatase | 80 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with goserelin plus pembrolizumab as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

**Attestation with edits by Justine Y Bruce, MD at 10/25/23 1903**

**Attending Addendum:**
I have seen, examined, and evaluated Mr. Loper in conjunction with Dr. Reves. I have reviewed the note and agree or made changes to the history, exam findings, and overall treatment plan as outlined above.

I personally spent 20 minutes on 10/25/2023 including reviewing the chart, time with the patient, documentation, and coordination of care. Please see details in note above.

Electronically signed by Justine Y Bruce, MD at 10/25/23 1903
Electronically signed by Justine Y Bruce, MD at 10/25/23 1903

**Amy E Moody, MA at 10/25/2023 1000**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 10/25/23 0918 | Encounter Date: 10/25/2023 | Creation Time: 10/25/23 0914 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Can he get the COVID vaccine since he is a research participant?

**Have you received your influenza vaccine? Yes**

**New or worsening symptoms**: Aches and pains increasing

**Energy level**: Fair

**Appetite**: Good

**VAD**: Port

**Pain** (Scale 0 -10) Current: 2/10

| | 9/6/2023 10:57 AM | 9/13/2023 9:30 AM | 10/4/2023 9:38 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 126/82 | 110/70 | 114/72 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 10/04/23 | 109.1 kg (240 lb 8 oz) |
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |

***Submitted by:*** *Amy E Moody, MA - 10/25/2023 - 9:15 AM*

Electronically signed by Amy E Moody, MA at 10/25/23 0918

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 10/04/2023 - Procedure in UWH CHEMOTHERAPY

**Patient Information**

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

**Reason for Visit**

**Chief Complaint**
- Oncology Treatment

**Visit Diagnoses**
- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

**Visit Information**

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Clinical Notes**

**Progress Notes**

**Callie J Ward, RN at 10/4/2023 1100**

Author: Callie J Ward, RN | Service: Oncology | Author Type: Registered Nurse
Filed: 10/04/23 1219 | Encounter Date: 10/4/2023 | Creation Time: 10/04/23 1201
Status: Signed | Editor: Callie J Ward, RN (Registered Nurse)

### UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 10/4/2023 for chemotherapy: C3D1 Pembrolizumab, Zoladex and flu vaccine

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

## 10/04/2023 - Procedure in UWH CHEMOTHERAPY (continued)

**Clinical Notes (continued)**

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Injection: He received Study Zoladex today. It was administered in Left lower quad, abdomen. Lidocaine utilized prior to Zoladex. He tolerated treatment without complaints, concerns or complications.

Infusion: He received Study Pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

Injection: He received flu vaccine today. It was administered in Left deltoid. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Callie W, RN - 10/4/2023 - 12:18 PM*

Electronically signed by Callie J Ward, RN at 10/04/23 1219

## 10/04/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Follow-up

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded** Most recent update: 10/4/2023 9:40 AM by Amy E Moody, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 114/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 85 | 98.1 °F (36.7 °C) (Oral) | 20 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 240 lb 8 oz (109.1 kg) | 98% | 32.40 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 1/10 Number Scale | Head | None | Yes |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 10/4/2023 1000**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 10/04/23 1154 | Encounter Date: 10/4/2023 | Creation Time: 09/29/23 1303 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes **Site:** Other: Left axillary lymph node
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 1

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with daily hot flashes that are tolerable. He does not have any evidence of immune mediated adverse events associated with pembrolizumab. I counseled the patient that his headache most likely secondary to his disease as he has known bilateral lymphadenopathy. He is anticipated to undergo repeat CT scans in November 2023 to evaluate his disease status.

- He meets criteria for cycle 3 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Continue with cycle 3 goserelin planned for 10/4/23
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 12.9. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**

Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** He reports that he is tolerating his treatment well with expected toxicities of hot flashes associated with the goserelin. He reports mild neuropathic pain with bilateral neck that may be secondary to his disease. He reports a good appetite and energy level. Otherwise, no other complaints.

Review of Systems
Constitutional: Positive for pain. Negative for chills and fever.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with |

| | |
|---|---|
| | histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest: |

Intrathoracic metastatic disease not identified.

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis.

| | |
|---|---|
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 pembrolizumab plus goserelin injection planned<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**
**Vital Signs:**
BP 114/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 85 | Temp 98.1 °F (36.7 °C) (Oral) | Resp 20 | Ht 1.835 m (6' 0.24") | Wt 109.1 kg (240 lb 8 oz) | SpO2 98% | BMI 32.40 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 10/04/23 | 109.1 kg (240 lb 8 oz) |
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Lymphadenopathy on the bilateral neck with no pain on palpation, largest measuring 4 cm in size (left level 3).**
Cardiovascular:

Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.

Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.

Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.

Lymphadenopathy:
Cervical: Cervical adenopathy present.

Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 10/04/23 0917 |
|---|---|
| White Cell Count | 4.7 |
| Absolute Neutrophils | 2,420 |
| Hemoglobin | **12.9 L** |
| Hematocrit | 40 |
| Platelet Count | 160 |
| Sodium | 141 |
| Potassium | 4.5 |
| Chloride | **112 H** |
| BUN | **23 H** |
| Creatinine | 1.15 |
| Glucose | **128 H** |
| Calcium | 10.0 |
| Albumin | 4.1 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **52 H** |
| ALT/SGPT | 54 |
| Alkaline Phosphatase | 81 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with goserelin plus pembrolizumab as part of a clinical trial protocol
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Justine Y Bruce, MD at 10/04/23 1154

**Amy E Moody, MA at 10/4/2023 1000**

| | | |
|---|---|---|
| Author: Amy E Moody, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 10/04/23 0935 | Encounter Date: 10/4/2023 | Creation Time: 10/04/23 0930 |
| Status: Signed | Editor: Amy E Moody, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for follow up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Yes

**Have you received your influenza vaccine? No**

**New or worsening symptoms**: None

**Energy level**: Fair

**Appetite**: Good
**VAD**: Port on right side of chest

**Pain** (Scale 0 -10) Current: 2/10

| | 8/23/2023 9:23 AM | 9/6/2023 10:57 AM | 9/13/2023 9:30 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 106/70 | 126/82 | 110/70 |

**Wt Readings from Last 3 Encounters:**
09/13/23 107.7 kg (237 lb 8 oz)
08/23/23 106.1 kg (233 lb 12.8 oz)
08/09/23 106.6 kg (235 lb)

***Submitted by:*** *Amy E Moody, MA - 10/4/2023 - 9:30 AM*

Electronically signed by Amy E Moody, MA at 10/04/23 0935

## 09/13/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Rachel K Welch, RN at 9/13/2023 1100**

Author: Rachel K Welch, RN | Service: Oncology | Author Type: Registered Nurse
Filed: 09/13/23 1339 | Encounter Date: 9/13/2023 | Creation Time: 09/13/23 1338
Status: Signed | Editor: Rachel K Welch, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 9/13/2023 for chemotherapy: cycle 2 day 1 pembrolizumab(UW19060)

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***

- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.

**Clinical Notes (continued)**

- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Pre-medications:***
n/a

***Treatment:***
Infusion: He received Pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient declined AVS.

***Follow-up Plan:***
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:** Rachel W, RN - 9/13/2023 - 1:39 PM*

Electronically signed by Rachel K Welch, RN at 09/13/23 1339

## 09/13/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy
- Encounter for antineoplastic immunotherapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 9/13/2023 9:56 AM by Ganielle M Peterson, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 110/70 | 73 | 98.8 °F (37.1 °C) (Oral) | 21 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 237 lb 8 oz (107.7 kg) | 97% | 31.99 kg/m² |

### Clinical Notes

**Progress Notes**

**Ganielle M Peterson, MA at 9/13/2023 1005**

| | | |
|---|---|---|
| Author: Ganielle M Peterson, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 09/13/23 0957 | Encounter Date: 9/13/2023 | Creation Time: 09/13/23 0956 |
| Status: Signed | Editor: Ganielle M Peterson, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for F/U.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: No

**New or worsening symptoms**: No

**Energy level**: Fair

**Appetite:** Good
**VAD**: Right chest

**Pain** (Scale 0 -10) Current: 0/10

| | 8/23/2023 9:23 AM | 9/6/2023 10:57 AM | 9/13/2023 9:30 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 106/70 | 126/82 | 110/70 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |

***Submitted by:*** *Ganielle M Peterson, MA - 9/13/2023 - 9:56 AM*

Electronically signed by Ganielle M Peterson, MA at 09/13/23 0957

**Carissa M Dolens, APNP at 9/13/2023 1005**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |
| Filed: 09/14/23 1314 | Encounter Date: 9/13/2023 | Creation Time: 09/14/23 1303 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chosen to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well with some hot flashes. No immunotherapy toxicity. His labs meet parameters to proceed with cycle 2 pembrolizumab today per clinical trial protocol. His neck swelling and nodularity is much improved, see pictures in media taken today.

- He meets criteria for cycle 2 pembrolizumab today as part of a clinical trial protocol and will proceed as planned.
- Cycle 3 goserelin planned for 10/4/23, testosterone appropriately suppressed on labs today given this therapy
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 12.2. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymphadenopathy, left greater than right
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** The primary encounter diagnosis was Salivary duct carcinoma. Diagnoses of Examination of participant in clinical trial, Androgen deprivation therapy, and Encounter for antineoplastic immunotherapy were also pertinent to this visit. He reports that he is still remaining active at home. Notes significant decrease of bilateral cervical lymph adenopathy, he does not have to sleep in a recliner every night. He has been able to lie in bed for the most part recently. Able to breath well, has less wheezing now. He reports a good energy level and appetite.

Review of Systems
Constitutional: Negative for chills, fatigue, fever and pain.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for neck pain and neck stiffness. Negative for back pain and extremity pain.
**Decreased range of motion in neck secondary to lymphadenopathy bilaterally is improving**
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified. |

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis.

| | |
|---|---|
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>• 9/6/23 cycle 2 goserelin injection<br>• 9/13/23 cycle 2 pembrolizumab<br>• 10/4/23 cycle 3 goserelin injection planned<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**
**Vital Signs:**
BP 110/70 | Pulse 73 | Temp 98.8 °F (37.1 °C) (Oral) | Resp 21 | Ht 1.835 m (6' 0.24") | Wt 107.7 kg (237 lb 8 oz) | SpO2 97% | BMI 31.99 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 09/13/23 | 107.7 kg (237 lb 8 oz) |
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Bilateral cervical adenopathy decreased from prior, see pictures in media today**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.

Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 09/13/23 0907 |
|---|---|
| White Cell Count | 5.0 |
| Absolute Neutrophils | 2,810 |
| Hemoglobin | **12.2 L** |
| Hematocrit | **38 L** |
| Platelet Count | 160 |
| Sodium | 140 |
| Potassium | 4.1 |
| Chloride | **108 H** |
| BUN | **21 H** |
| Creatinine | 1.14 |
| Glucose | **151 H** |
| Calcium | 9.9 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **35 H** |
| ALT/SGPT | 34 |
| Alkaline Phosphatase | 63 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 35 minutes.**
**Time spent in direct communication with patient was 20 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab cycle 2 today in addition to goserelin 10/4/23 as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 09/14/23 1314

## 09/06/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

**Referring Provider**

No Pcp Uwnopcp

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 9/6/2023 10:59 AM by Alyshia Sathoff, RN

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 126/82 | 86 | 98 °F (36.7 °C) (Oral) | 18 | 95% |

### Clinical Notes

**Progress Notes**

**Alyshia Sathoff, RN at 9/6/2023 1000**

Author: Alyshia Sathoff, RN | Service: Oncology | Author Type: Registered Nurse
Filed: 09/06/23 1346 | Encounter Date: 9/6/2023 | Creation Time: 09/06/23 1344
Status: Signed | Editor: Alyshia Sathoff, RN (Registered Nurse)

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 9/6/2023 for chemotherapy: C2D1 Study Zoladex

## 09/06/2023 - Procedure in UWH CHEMOTHERAPY (continued)

**Clinical Notes (continued)**

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: n/a.

***Pre-medications:***
CLINIC: Pre-medications given in clinic include: subcutaneous lidocaine at injection site.

***Treatment:***
Injection: He received Zoladex today. It was administered in Right lower quad, abdomen. He tolerated treatment without complaints, concerns or complications.

***Disposition:***
Patient left ambulatory in stable condition.
Patient given AVS.

***Follow-up Plan*:**
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/13/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/13/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/13/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Alyshia S, RN - 9/6/2023 - 1:46 PM*

Electronically signed by Alyshia Sathoff, RN at 09/06/23 1346

## 08/23/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Oncology Treatment (C1D1 study pembro)

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Jessica M McKernan, RPH at 8/23/2023 1030**

| | | |
|---|---|---|
| Author: Jessica M McKernan, RPH | Service: Oncology | Author Type: Pharmacist |
| Filed: 08/23/23 1244 | Encounter Date: 8/23/2023 | Creation Time: 08/23/23 1030 |
| Status: Signed | Editor: Jessica M McKernan, RPH (Pharmacist) | |

**Pharmacist Supportive Care Teaching Note**

Robert J Loper is starting treatment with pembrolizumab (through UW19060 trial) for salivary duct carcinoma under the care of Dr. Bruce.

Reviewed the dose, frequency, and administration of the following supportive care medications: heme onc take home meds: ondansetron

Medications sent to: UW Outpatient Pharmacy

Provided immunotherapy wallet card to patient.

All questions were answered to the patient's satisfaction. Patient was attentive and verbalized understanding during consultation.

***Submitted by:*** *Jessica M Mckernan, RPH - 8/23/2023 - 10:31 AM*

Electronically signed by Jessica M McKernan, RPH at 08/23/23 1244

**Madeline S Flanagan, RN at 8/23/2023 1030**

| | | |
|---|---|---|
| Author: Madeline S Flanagan, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 08/23/23 1239 | Encounter Date: 8/23/2023 | Creation Time: 08/23/23 1230 |
| Status: Signed | Editor: Madeline S Flanagan, RN (Registered Nurse) | |

## UW Health Infusion Treatment Note

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/23/2023 for chemotherapy: cylce 1 day 1 Pembrolizumab

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Access:***
- **Venous access used for infusion administration**: Port.
- **Blood return:** Blood return for central venous access device confirmed prior to and at end of therapy.
- **Discontinue access:** Port de-accessed per UW Health Nursing and Patient Care policy 1.56

***Treatment:***
Infusion: He received pembrolizumab today. He tolerated treatment without complaints, concerns or complications.

***Education***:
Reviewed side effects of pembro

***Disposition:***
Patient left ambulatory in stable condition.
Patient given AVS.

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 9/6/2023 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 9/13/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/13/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/13/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO | UWHCCCHEMO | MADISON 33 |

**08/23/2023 - Procedure in UWH CHEMOTHERAPY (continued)**

**Clinical Notes (continued)**

| | | | | |
|---|---|---|---|---|
| | | PRIMARY | | |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

***Submitted by:*** *Madeline F, RN - 8/23/2023 - 12:39 PM*

Electronically signed by Madeline S Flanagan, RN at 08/23/23 1239

## 08/23/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/23/2023 9:32 AM by Ganielle M Peterson, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 106/70 | 78 | 98.2 °F (36.8 °C) (Oral) | 21 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 233 lb 12.8 oz (106.1 kg) | 98% | 31.50 kg/m² |

### Clinical Notes

**Progress Notes**

**Justine Y Bruce, MD at 8/23/2023 0940**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 08/23/23 1010 | Encounter Date: 8/23/2023 | Creation Time: 08/18/23 1530 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**
Mr. Loper is a 60 year old male who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chose to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

He is tolerating the goserelin injection well and is fully intact for cycle 1 pembrolizumab today is 100 clinical trial protocol. We had an extensive discussion regarding the development of new nodularities on the right neck as well as the occipital portion of the scalp, given that the patient continues to have an excellent performance status and energy level, he would like proceed with pembrolizumab as part of a trial protocol.

- He meets criteria for cycle 1 pembrolizumab today as part of a clinical trial protocol.
- Proceed with cycle 1 pembrolizumab today.
- He will continue to monitor for new/worsening symptoms and will report to the clinic if there are worsening symptoms.
- Return to clinic per thoracic Oncology research group/protocol.

2. Anemia: His hemoglobin is noted to be 11.8. He remains asymptomatic and does not meet criteria for a blood transfusion. We will continue to monitor him closely.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Not evaluated
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymphadenopathy, left greater than right
**Reason for Cancer Treatment Plan Change:** No change in treatment plan

**ECOG Performance Status:** 0

*Justine Y Bruce*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** The encounter diagnosis was Salivary duct carcinoma. He reports that he is still remaining active at home, fixing a fence and chopping wood yesterday. Because of the bilateral cervical lymph adenopathy, he does have to sleep in a recliner at night. He reports that the bilateral neck swelling improves when he is more active during the day. He reports a good energy level and appetite. Otherwise, no other complaints. He is ready to get started on his pembrolizumab infusion.

Review of Systems
Constitutional: Negative for chills, fatigue, fever and pain.
HENT: Positive for lump/mass. Negative for mouth sores, trouble swallowing and voice change.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Positive for neck pain and neck stiffness. Negative for back pain and extremity pain.
**Decreased range of motion in neck secondary to lymphadenopathy bilaterally**
Skin: Negative for rash.
Neurological: Negative for extremity weakness, headaches, numbness and seizures.
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
- Left axillary lymph node (11/29/22)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br><br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br><br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified. |

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis.

| | |
|---|---|
| 8/23/2023 - | **Chemotherapy**<br>• 8/9/23 cycle 1 day 1 goserelin injection<br>• 08/23/2023 cycle 1 pembrolizumab<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023 (Planned)<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**

**Vital Signs:**

BP 106/70 | Pulse 78 | Temp 98.2 °F (36.8 °C) (Oral) | Resp 21 | Ht 1.835 m (6' 0.24") | Wt 106.1 kg (233 lb 12.8 oz) | SpO2 98% | BMI 31.50 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |

**Physical Exam**

Vitals and nursing note reviewed.

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.

HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.

Eyes:
General: No scleral icterus.
Pupils: Pupils are equal, round, and reactive to light.

Neck:
Comments: **Right neck cervical lymphadenopathy**
**Right neck level 3 lymph node measures 2 cm in size.**
**Right occipital lymph node measures 1 cm in size**
**Left cervical lymph node conglomerate measures 10 cm in size**
**Left anterior neck with venous congestion and nodularity in the subcutaneous tissue.**
**Anterior neck with 1 cm subcutaneous nodule, firm to palpation.**

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

Labs:

**Recent Labs**

| Result | 08/23/23 0836 |
|---|---|
| White Cell Count | 4.0 |
| Absolute Neutrophils | 2,180 |
| Hemoglobin | **11.8 L** |
| Hematocrit | **37 L** |
| Platelet Count | **150 L** |
| Sodium | 139 |
| Potassium | 4.4 |
| Chloride | **108 H** |
| BUN | 18 |
| Creatinine | 1.13 |
| Glucose | 97 |
| Calcium | 10.1 |
| Albumin | 3.9 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **46 H** |
| ALT/SGPT | 31 |
| Alkaline Phosphatase | 58 |

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 45 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continue with pembrolizumab cycle 1 today in addition to goserelin as a part of a clinical trial protocol.
Referring and/or communicating with other health care providers
Documenting in the medical record

Electronically signed by Justine Y Bruce, MD at 08/23/23 1010

**Ganielle M Peterson, MA at 8/23/2023 0940**

| | | |
|---|---|---|
| Author: Ganielle M Peterson, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/23/23 0933 | Encounter Date: 8/23/2023 | Creation Time: 08/23/23 0932 |
| Status: Signed | Editor: Ganielle M Peterson, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for F/U.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Back of head pain, level 2

**New or worsening symptoms**: No

**Energy level**: Fair

**Appetite**: Good
**VAD**: Right Chest

**Pain** (Scale 0 -10) Current: 2/10

| | 8/1/2023 10:52 AM | 8/9/2023 12:29 PM | 8/23/2023 9:23 AM |
|---|---|---|---|
| **Blood Pressure** | | | |
| BP | 114/72 | 120/72 | 106/70 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/23/23 | 106.1 kg (233 lb 12.8 oz) |
| 08/09/23 | 106.6 kg (235 lb) |
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |

***Submitted by:*** *Ganielle M Peterson, MA - 8/23/2023 - 9:32 AM*

Electronically signed by Ganielle M Peterson, MA at 08/23/23 0933

## 08/09/2023 - Procedure in UWH CHEMOTHERAPY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Other (Study Zoladex Injection )

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CHEMOTHERAPY | 600 HIGHLAND AVE<br>Madison WI 53792 | 608-265-1700 | 608-266-6020 |

### Clinical Notes

**Progress Notes**

**Madison B Solder, RN at 8/9/2023 1330**

| | | |
|---|---|---|
| Author: Madison B Solder, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 08/09/23 1644 | Encounter Date: 8/9/2023 | Creation Time: 08/09/23 1614 |
| Status: Signed | Editor: Madison B Solder, RN (Registered Nurse) | |

**UW Health Infusion Treatment Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Mr. Robert Loper was seen 8/9/2023 for Study Zoladex Injection

***Pretreatment assessment:***
Mr. Robert Loper reports feeling well today. He reports no complaints, concerns or pain.

***Treatment:***
Injection: He received Study Zoladex SQ today. It was administered in Left lower quad, abdomen. Lidocaine injection utilized prior to zoladex.He tolerated treatment without complaints, concerns or complications.

***Education***:
Encouraged to call with new questions or concerns.
Medication education

***Disposition:***
Patient left ambulatory and accompanied by family in stable condition.
Patient declined AVS.

***Submitted by:*** *Madison S, RN - 8/9/2023 - 4:20 PM*

***Follow-up Plan***:
**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 8/23/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 8/23/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 8/23/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 9/6/2023 | 10:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 9/13/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 9/13/2023 | 10:05 AM | Carissa M Dolens, APNP | UWHCCMEDONC | MADISON 33 |
| 9/13/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/4/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/4/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/4/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 10/25/2023 | 9:00 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 10/25/2023 | 10:00 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 10/25/2023 | 11:00 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/1/2023 | 10:30 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |
| 11/15/2023 | 8:45 AM | UWCC LAB | UWHCCLAB | MADISON 33 |
| 11/15/2023 | 9:40 AM | Justine Y Bruce, MD | UWHCCMEDONC | MADISON 33 |
| 11/15/2023 | 10:45 AM | UWH CC CHEMO PRIMARY | UWHCCCHEMO | MADISON 33 |

Electronically signed by Madison B Solder, RN at 08/09/23 1644

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/09/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial
- Androgen deprivation therapy

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Carissa M Dolens, APNP | Carissa M Dolens, APNP | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Follow-up and Dispositions**

- Return for RTC per protocol per Lung/H&N study coordinator.

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT ESTABLISHED HIGH MDM 40-54 MIN** |

### Encounter Vitals

Most recent update: 8/9/2023 12:33 PM by Tosha L Napier, MA

**Vital Signs - Last Recorded**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 120/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 92 | 98 °F (36.7 °C) (Oral) | 16 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 235 lb (106.6 kg) | 94% | 31.66 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 4/10 Number Scale | Neck | None | None |

**08/09/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Encounter Vitals (continued)**

**Clinical Notes**

**Progress Notes**

**Tosha L Napier, MA at 8/9/2023 1230**

| | | |
|---|---|---|
| Author: Tosha L Napier, MA | Service: Oncology | Author Type: Medical Assistant |
| Filed: 08/09/23 1229 | Encounter Date: 8/9/2023 | Creation Time: 08/09/23 1224 |
| Status: Signed | Editor: Tosha L Napier, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for fOLLOW-UP.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: NONE

**New or worsening symptoms**: pain and numbness ans swelling and unable to sleep and SOB

**Energy level**: poor

**Appetite**: fair
**VAD**: port side

**Pain** (Scale 0 -10) Current: 4/10

| | 7/19/2023 3:55 PM | 8/1/2023 10:52 AM |
|---|---|---|
| **Blood Pressure** | | |
| BP | 122/70 | 114/72 |

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |
| 07/19/23 | 106.5 kg (234 lb 11.2 oz) |

***Submitted by:*** *Tosha L Napier, MA - 8/9/2023 - 12:24 PM*

Electronically signed by Tosha L Napier, MA at 08/09/23 1229

**Carissa M Dolens, APNP at 8/9/2023 1230**

| | | |
|---|---|---|
| Author: Carissa M Dolens, APNP | Service: Oncology | Author Type: Nurse Practitioner |

| | | |
|---|---|---|
| Filed: 08/10/23 1143 | Encounter Date: 8/9/2023 | Creation Time: 08/10/23 1103 |
| Status: Signed | Editor: Carissa M Dolens, APNP (Nurse Practitioner) | |

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**

Mr. Loper is a 60 year old male with Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
who presents to clinic for evaluation during clinical trial therapy for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this and has chose to enroll on trial UW19060, evaluating pembrolizumab plus goserelin.

Appears to have continued neck swelling and increased nodularity, especially to R neck, increase left upper chest swelling. Stable orthopnea and SOB on exertion, without respiratory issues at rest and sitting up. Still able to eat/hydrate orally without difficulty. Vitals stable and within appropriate ranges, lab research kit A drawn today.

- Recommend proceeding with cycle 1 day 1 goserelin injection today per clinical trial protocol.
- To continue to monitor for new/worsening symptoms to report sooner or seek care for locally if severe/urgent, pt in agreement
- Return to clinic per thoracic Oncology research group/protocol. Cycle 1 day 1 Pembro scheduled for 8/23/23.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Progressing
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymph node, bilateral cervical neck lymph nodes and soft tissue masses
**Reason for Cancer Treatment Plan Change:** Yes - planned change

**ECOG Performance Status:** 0

*Carissa M Dolens*
University of Wisconsin-Madison & Carbone Cancer Center

**Active beacon treatment plan(s):**
CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20

**Active beacon supportive/secondary treatment plan(s):**
Primary: CSC-R SC UW19060 GOSERELIN(28D:1) VER: 8-19-20

Secondary: [No matching plan found]
No orders of the defined types were placed in this encounter.

**Interval History / ROS**

**Interval history:** The primary encounter diagnosis was Salivary duct carcinoma. Diagnoses of Examination of participant in clinical trial and Androgen deprivation therapy were also pertinent to this visit. Reports increased swelling of neck and some new R neck nodules he noticed over the past week or so. These nodules are tender if he presses on them. Notes L upper chest seems to be a bit more puffy as well. His left under arm is numb and has been for several weeks now. Describes a numb sensation to his neck, this is not new since noting progression locally. Some decreased neck ROM given the increased swelling. Hoarse voice, worse in AM and improves a bit as the day goes on. Has occ HAs, trouble breathing with lying down over the past months so he is sleeping in a recliner to keep elevated. He is able to swallow solid foods without issues and denies any breathing trouble while awake and sitting up at rest, mild SOB with strenuous activity. Dry mouth continues. He is ready to get his first goserelin injection today.

Review of Systems
Constitutional: Positive for fatigue **(mild)**. Negative for chills and fever.
HENT: Positive for voice change **(hoarse)**. Negative for mouth sores and trouble swallowing.
**Dry mouth**
Eyes: Negative for icterus.
Respiratory: Positive for shortness of breath **(with lying down to sleep and strenuous activity)**. Negative for cough.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative.
Musculoskeletal: Positive for neck pain **(d/t cancer and decreased ROM from swelling)**. Negative for back pain and extremity pain.
**Left upper underarm with numbness and swelling that goes into left upper chest**
Skin: Negative for rash.
Neurological: Positive for headaches and numbness. Negative for dizziness, extremity weakness and light-headedness.
**Peripheral neuropathy on the bilateral toes**
Psychiatric/Behavioral: Positive for sleep disturbance. Negative for confusion.
Hematological: Positive for adenopathy.

Reviewed and updated this visit:

**Heme Onc History**

**Heme Onc History Overview Note**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

Current Treatment Plan: pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis** |

**08/09/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| | Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 |

| | |
|---|---|
| | with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |
| 8/2/2023 | **Imaging**<br>August 2, 2023 CT chest:<br>Intrathoracic metastatic disease not identified.<br><br>Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.<br><br>Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.<br>August 2, 2023 CT AP: No metastatic disease in the abdomen or pelvis. |
| 8/23/2023 - | **Chemotherapy**<br>8/9/23 cycle 1 day 1 goserelin injection<br>CSC-R UW19060 PEMBROLIZUMAB(21D:1) VER: 8-19-20<br><br>Planned Start Date: 8/23/2023 (Planned)<br>Treatment Goal: Slow the progression of disease and improve quality of life by controlling symptoms |

**Objective (Exam/Results)**
**Vital Signs:**
BP 120/72 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 92 | Temp 98 °F (36.7 °C) (Oral) | Resp 16 | Ht 1.835 m (6' 0.24") | Wt 106.6 kg (235 lb) | SpO2 94% | BMI 31.66 kg/m²
**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/09/23 | 106.6 kg (235 lb) |
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |
| 07/19/23 | 106.5 kg (234 lb 11.2 oz) |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear.
Eyes:
General: No scleral icterus.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Generalized edema of the bilateral neck. The left neck there are subcentimeter nodules in the submandibular region, no pain on palpation. Left lower neck with vascular skin changes (see Pic in Media today). On the right neck, level 2 cervical lymph node measuring 2 cm in size. On the right neck there are**

**several subcutaneous nodules (at least 3 nodules) level 4 cervical region, mild tenderness on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate.
Pulses: Normal pulses.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling.
Cervical back: Tenderness present.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Labs: Research Kit A in process

Imaging:
No results found.

Pathology:

**Attestation**
**Total time spent caring for the patient on the day of the encounter was 40 minutes.**
**Time spent in direct communication with patient was 25 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Continuation of therapy, side effect monitoring/reporting, follow-up plan

Referring and/or communicating with other health care providers
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Carissa M Dolens, APNP at 08/10/23 1143

**UW Health**
**University of Wisconsin Hospitals and Clinics Authority**
**UW Health Affiliates**

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Visit Diagnoses**

- Salivary duct carcinoma
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Referring Provider |
|---|
| Justine Y Bruce, MD |

**Department**

| Name | Address | Phone |
|---|---|---|
| UW Health East Madison Hospital Radiology | 4602 EASTPARK BLVD<br>Madison WI 53718 | 608-263-9729 |

### Medication List

**Medication List**

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

**Active at the End of Visit**

**Acetaminophen (Tylenol) 500 MG tab**

Instructions: Take 2 tabs by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs every 4 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Aspirin EC 81 MG delayed release tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 6/2/2022

**Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 9/26/2022 — Action: Patient not taking

**Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap**

Instructions: Take 2,000 units by mouth one time daily.

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Medication List (continued)**

Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 10/19/2022

**Clobetasol Propionate (Temovate) 0.05 % cream**

Instructions: Apply 2 times daily as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022
Action: Patient not taking

**Clobetasol Propionate (Temovate) 0.05 % ointment**

Instructions: Apply as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 10/19/2022

**Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream**

Instructions: as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 6/30/2023
Action: Patient not taking

**Dapagliflozin Propanediol (Farxiga) 10 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 6/1/2023
Quantity: 90 tab

**Fenofibrate (Tricor) 145 MG tab**

Instructions: Take 1 tab by mouth one time daily.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022

**Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler**

Instructions: Inhale 2 puffs as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 11/16/2022
Action: Patient not taking

**Lisinopril 10 MG tab**

Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 5/11/2023

**metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab**

Instructions: Take 3 tabs by mouth one time daily.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022

**Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab**

Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 5/11/2023

**Nitroglycerin (Nitrostat) 0.4 MG sublingual tab**

Instructions: Place 1 tab under tongue one time daily as needed.
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 9/26/2022
Action: Patient not taking

**Nystatin 100000 UNIT/ML mouth/throat susp**

Discontinued by: Ganielle M Peterson, MA
Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy
Entered by: Tosha L Napier, MA
Entered on: 7/19/2023
Start date: 12/21/2022
End date: 11/15/2023
Action: Patient not taking

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Medication List (continued)**

**Ondansetron HCl (Zofran) 8 MG tab**
Discontinued by: Jessica M McKernan, RPH — Discontinued on: 8/23/2023
Instructions: Take 1 tab by mouth every 8 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — End date: 8/23/2023

**Pantoprazole Sodium (Protonix) 40 MG delayed release tab**
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Prochlorperazine Maleate 10 MG tab**
Instructions: Take 1 tab by mouth every 6 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/13/2022 — Action: Patient not taking

**Rosuvastatin Calcium (Crestor) 40 MG tab**
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 5/11/2023

**Sildenafil Citrate (Viagra) 100 MG tab**
Instructions: Take 1 tab by mouth every 24 hours as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
Start date: 12/21/2022

**FISH OIL PO**
Instructions: Take 500 mg by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**Multivitamins cap**
Instructions: Take 1 cap by mouth one time daily.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023

**POTASSIUM PO**
Discontinued by: Ganielle M Peterson, MA — Discontinued on: 11/15/2023
Reason for discontinuation: Completion of Therapy *Send Cancel Msg to Pharmacy
Instructions: Take 1 tab by mouth as needed.
Entered by: Tosha L Napier, MA — Entered on: 7/19/2023
End date: 11/15/2023 — Action: Patient not taking

**Stopped in Visit**
None

**Imaging**

**CT**

**CT CHEST W IV CONTRAST W/CAD [585431003] (Final result)**
Electronically signed by: **Kristen S Schumacher, Research on 07/28/23 1115** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Kristen S Schumacher, Research 07/28/23 1115 — Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 07/31/23 1126 for Ordering

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

Frequency: ASAP Once 08/02/23 1454 - 1 occurrence
Quantity: 1
Indications comment: HNSCC, AR+
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

Class: Normal
Lab status: Final result
Instance released by: Caryl M Quall 8/2/2023 2:54 PM

**Questionnaire**

| Question | Answer |
|---|---|
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Please evaluate for disease. Imaging for baseline measurement prior to new treatment on study # UW19060 |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | No |
| Last creatinine value? (will auto pull in date and value in comment) | No Creatinine within last 30 days Comment - Pt had Cr level from 7/26 |
| Last patient weight? (will auto pull in value and date in comment) | 234 lbs Comment - 7/19/23 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: TBD; Study Team Contact (Name) Kristen Schumacher, Phone 608-262-8158; Imaging Time-point: Baseline Please do not change or modify this order. Thanks! Billable to patient/insurance
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

Patient Name: Loper, Robert J
Date of Birth:
Legal Sex: Male

MRN: 3859676
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT CHEST W IV CONTRAST W/CAD | | Justine Y Bruce, MD<br>, 608-265-1700<br>265-7000 x4339 | 8/2/2023 4:00 PM<br>CT 1 EMH<br>EMH RAD CT |

**Screening Form Questions**

| | Answer | Comment |
|---|---|---|
| Previous CT Scans? | Yes | |
| Most Recent Date | | |
| Previous IV Contrast? | Yes | |
| Problems? | ----- | |
| Recent Barium, IVP, Angiogram, Cardiac Cath Studies | | |
| Oral Medication Containing Metformin? | Metformin | |
| Insulin Pump or Continuous Glucose Monitor (CGM)? | No | |
| Kidney Disease? | Yes | New CKD |
| Pre-Meds taken? | | |
| Specify Meds taken | | |

**Proceed with Exam**

| Proceed? | User | Time |
|---|---|---|
| Proceed | Longseth,David M | 08/02/2023 03:11 PM CDT |

**08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)**

**Imaging (continued)**

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT CHEST W IV CONTRAST W/CAD [585431003]** Resulted: 08/02/23 1720, Result status: Final result

Order status: Completed
Filed by: Interface, Results 08/02/23 1726
Accession number: UWHC28301893
Resulted by: Mark L Schiebler, MD
Performed: 08/02/23 1628 - 08/02/23 1646
Resulting lab: UWHC RADIOLOGY

Narrative:
Additional relevant history: Salivary duct carcinoma. Clinical trial. Head and neck squamous cell. AR (+)
.

Technique:
Helical CT acquisition through the chest
Contrast: IV
Reconstructions: Multiplanar reformations and 3-D MIPs
Computer-aided detection (CAD): Yes

Comparison: None

Findings:

Support devices: Right-sided port catheter tip in the right atrium SVC junction.

Cardiovascular: Normal heart size. No pericardial effusion. Coronary calcifications LAD.

Esophagus: Normal

Lungs and airways: Paraseptal emphysema. No suspicious nodules. Scattered calcified granulomata.

Pleura: Normal.

Lymph nodes: Scattered benign calcified hilar and mediastinal lymph nodes. Bilateral axillary lymphadenopathy. There is greater on the left than the right.

Chest wall: Significant induration of the craniocervical junction is seen anterior to the thyroid and superior to the manubrial notch. Sternocleidomastoid muscles are swollen. There is some swelling of the tissue just under the mandible. Swelling of the medial aspect of the pectoralis major muscles are seen bilaterally. Thyroid is swollen.

Upper abdomen: Please see abdominal CT report from today.

Impression:
Impression:

Intrathoracic metastatic disease not identified.

Bilateral axillary lymphadenopathy which is somewhat bulky particularly on the left.

Extensive swelling of the anterior neck soft tissues, incompletely evaluated on this exam.

Acknowledged by
Justine Y Bruce, MD on 08/03/23 1214
Cassondra Schmidt, RN on 08/03/23 1643

**Testing Performed By**

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT CHEST W IV CONTRAST W/CAD [585431003]** Resulted: 08/02/23 1532, Result status: In process

Order status: Completed
Filed by: Kimberly Engel, Rad Technologist 08/02/23 1534
Accession number: UWHC28301893
Resulted by: Mark L Schiebler, MD
Performed: 08/02/23 1628 - 08/02/23 1646
Resulting lab: UWHC POC MAIN

**Reviewed by**

Cassondra Schmidt, RN on 08/03/23 1643
Justine Y Bruce, MD on 08/03/23 1214

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Cassondra Schmidt, RN on 8/3/2023 16:43
Justine Y Bruce, MD on 8/3/2023 12:14

**CT ABDOMEN PELVIS W IV CONTRAST [585431005] (Final result)**

Electronically signed by: **Kristen S Schumacher, Research on 07/28/23 1115** Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Kristen S Schumacher, Research 07/28/23 1115 Authorized by: Justine Y Bruce, MD
Ordering mode: Standard
Cosigning events
Electronically cosigned by Justine Y Bruce, MD 07/31/23 1126 for Ordering
Frequency: ASAP Once 08/02/23 1454 - 1 occurrence Class: Normal
Quantity: 1 Lab status: Final result
Indications comment: HNSCC, AR+ Instance released by: Caryl M Quall 8/2/2023 2:54 PM
Diagnoses
Salivary duct carcinoma [C08.9]
Examination of participant in clinical trial [Z00.6]

**Questionnaire**

| Question | Answer |
|---|---|
| Can pt be given oral contrast? | Yes, Per Protocol |
| What specific question(s) would you like answered by this exam? Please include relevant recent/past history. | Please evaluate for disease. Scan is for patient's baseline measurement for new treatment on study # UW19060 |
| Pt needs creatinine level w/in 30 days of exam? (Diabetes managed w/ meds [optional], using metformin combinations, hist of renal disease [incl tumor, surg, kidney transplant, dialysis]) | Yes |
| Last creatinine value? (will auto pull in date and value in comment) | No Creatinine within last 30 days |
| Last patient weight? (will auto pull in value and date in comment) | 234 lbs Comment - 7/19/23 |
| Appropriate use of contrast per Radiologist? | Yes |
| Order Whole Blood Creatinine (HCWBCRET) per "Prevention of Contrast Induced Nephropathy" Clinical Practice Guideline? | Yes |

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

| | |
|---|---|
| Release to patient | Immediate |

Order comments: A tumor response assessment reading is requested with this order. Study Number: UW19060; Subject ID Number: TBD; Study Team Contact (Name) Kristen Schumacher, Phone 608-262-8158; Imaging Time-point: Baseline Please do not change or modify this order. Thanks! Billable to research
Research studies
2019-0983 (UW19060) Ph 2 Trial of ADT Pembrolizumab for Adv. Stage Andgrogen Receptor+ Salivary Gland Carcinoma

**Screening Form**

**General Information**

Patient Name: Loper, Robert J
Date of Birth:
Legal Sex: Male

MRN: 3859676
Home Phone
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT ABDOMEN PELVIS W IV CONTRAST | | Justine Y Bruce, MD<br>608-265-1700<br>265-7000 x4339 | 8/2/2023 4:00 PM<br>CT 1 EMH<br>EMH RAD CT |

**Screening Form Questions**

No questions have been answered for this form.

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Does patient have an insulin pump? | | |
| CT DLP | | |

**CT ABDOMEN PELVIS W IV CONTRAST [585431005]** Resulted: 08/02/23 1703, Result status: Final result

Order status: Completed
Filed by: Interface, Results 08/02/23 1709
Accession number: UWHC28301890

Resulted by:
Giuseppe Toia V, MD
Katharine H Molinarolo, MD
Performed: 08/02/23 1628 - 08/02/23 1646
Resulting lab: UWHC RADIOLOGY

Narrative:
CLINICAL INFORMATION: Salivary duct carcinoma, baseline scan.

COMPARISON: None

TECHNIQUE: CT of the abdomen and pelvis with intravenous contrast.

FINDINGS:

LOWER CHEST: Chest reported separately.

LIVER AND BILIARY: Normal liver contour. No focal liver masses. Normal gallbladder. Nondilated biliary tree.

PANCREAS: Mild fatty infiltration of the pancreatic head and uncinate process.

SPLEEN: Splenule medially.

ADRENALS: Normal

KIDNEYS, URETERS, AND BLADDER: Bilateral renal hypodense lesions, likely cysts. No hydroureteronephrosis. Normal bladder.

GI TRACT AND PERITONEUM: No ascites or pneumoperitoneum. Nonobstructive bowel. Normal appendix. Prior umbilical hernia repair with mesh. Bilateral fat-containing inguinal hernias.

VASCULATURE: Nonaneurysmal mild atherosclerosis. Patent portal vein and hepatic veins.

## 08/02/2023 - Medical Imaging Visit in UW Health East Madison Hospital Radiology (continued)

**Imaging (continued)**

LYMPH NODES: No lymphadenopathy.

REPRODUCTIVE ORGANS: Normal contour of the prostate.

MUSCULOSKELETAL: Multilevel degenerative changes of the spine.

As the teaching physician, I personally examined the radiologic study, reviewed the findings with Dr. Katharine H Molinarolo and arrived at this interpretation.
Impression:
IMPRESSION:
No metastatic disease in the abdomen or pelvis.

Acknowledged by
Justine Y Bruce, MD on 08/03/23 1214
Cassondra Schmidt, RN on 08/03/23 1643

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - UWHCRADIANT** | UWHC RADIOLOGY | Unknown | Unknown | 07/01/11 0820 - Present |

**CT ABDOMEN PELVIS W IV CONTRAST [585431005]** Resulted: 08/02/23 1532, Result status: In process

Order status: Completed

Resulted by:
Giuseppe Toia V, MD
Katharine H Molinarolo, MD

Filed by: Kimberly Engel, Rad Technologist 08/02/23 1534
Accession number: UWHC28301890

Performed: 08/02/23 1628 - 08/02/23 1646
Resulting lab: UWHC POC MAIN

**Reviewed by**

Cassondra Schmidt, RN on 08/03/23 1643
Justine Y Bruce, MD on 08/03/23 1214

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **24 - POCMAIN** | UWHC POC MAIN | Unknown | 600 Highland Ave<br>Madison WI 53729 | 05/13/19 1959 - Present |

**Indications**

Salivary duct carcinoma [C08.9 (ICD-10-CM)]
Examination of participant in clinical trial [Z00.6 (ICD-10-CM)]

**All Reviewers List**

Cassondra Schmidt, RN on 8/3/2023 16:43
Justine Y Bruce, MD on 8/3/2023 12:14

## 08/01/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Cancer F/U

**Visit Diagnoses**

- **Salivary duct carcinoma (primary)**
- Examination of participant in clinical trial

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Toby C Campbell, MD | Toby C Campbell, MD | No Pcp Uwnopcp |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT EST PT MOD MDM 30-39 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 8/1/2023 10:54 AM by Abigail Serene, C-MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 114/72 | 97 | 97.9 °F (36.6 °C) | 20 | 6' 0.24" (1.835 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 233 lb 12.8 oz (106.1 kg) | 94% | 31.50 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | None | None | None |

### Clinical Notes

**Progress Notes**

**Abigail Serene, C-MA at 8/1/2023 1100**

Author: Abigail Serene, C-MA    Service: Oncology    Author Type: Certified-MA

**08/01/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**Clinical Notes (continued)**

Filed: 08/01/23 1050 | Encounter Date: 8/1/2023 | Creation Time: 08/01/23 1049
Status: Signed | Editor: Abigail Serene, C-MA (Certified-MA)

Robert J Loper is a 60 year old male here for follow-up.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: new nodules and burning in his neck. Missed CT scan, scheduled for tomorrow but wondering if he can get in today.

**New or worsening symptoms**: see above

**Energy level**: low

**Appetite**: doing ok
**VAD**: port right chest

**Pain** (Scale 0 -10) Current: 2/10 headache and back of neck

| | 7/19/2023 3:55 PM |
|---|---|
| **Blood Pressure** | |
| BP | 122/70 |

**Wt Readings from Last 3 Encounters:**
07/19/23 106.5 kg (234 lb 11.2 oz)

***Submitted by:*** *Abigail Serene, C-MA - 8/1/2023 - 10:50 AM*

Electronically signed by Abigail Serene, C-MA at 08/01/23 1050

**Toby C Campbell, MD at 8/1/2023 1100**

Author: Toby C Campbell, MD | Service: Oncology | Author Type: Physician
Filed: 08/01/23 1148 | Encounter Date: 8/1/2023 | Creation Time: 08/01/23 1110
Status: Signed | Editor: Toby C Campbell, MD (Physician)

**Oncology Progress Note**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Assessment and Plan**
Mr. Loper is a 60 year old male with hnscc here for trial required H&P prior to initiating therapy next week on Wednesday. CT c/a/p tomorrow also required. EKG today. His performance status is 1. He does have increasing symptoms in the head/neck area including congestion and neck pain and palpable nodules and tense neck tissues.

No barriers to trial participation. Continue with screening and treatment initiation as planned.

Reviewed immunotherapy toxicity. Reviewed trial considerations and goals. Discussed alternative as urgent start standard of care treatment withDr. Harmon locally. His strong preference is to get on the study. As his request we discussed life expectancy. Without effective therapy I estimated "months." I described that, given how rapidly the cancer is growing, we would likely be able tell how well it's working quickly.

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Progressing
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymph node, bilateral cervical neck lymph nodes and soft tissue masses
**Reason for Cancer Treatment Plan Change:** Yes - disease not responding
*Toby C Campbell*
University of Wisconsin-Madison & Carbone Cancer Center

No orders of the defined types were placed in this encounter.

**Interval History / ROS**
**Interval history:** There were no encounter diagnoses. Increasing pressure in the neck and head/neck with congestion. No pain. He is anxious about the disease and highly motivated to get started with therapy as soon as possible .

**Review of Systems - Oncology**

Reviewed and updated this visit:

**Heme Onc History**
**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

Current Treatment Plan: consideration of pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/12/2022 | **Tumor Genomics**<br>Blood/Plasma<br>Tempus<br>**No alterations**<br>**MS-Stable** |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll) |

- PTV left axilla 35 Gy in 5 fractions

| | | |
|---|---|---|
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |

**Objective (Exam/Results)**

**Vital Signs:**

BP 114/72 | Pulse 97 | Temp 97.9 °F (36.6 °C) | Resp 20 | Ht 1.835 m (6' 0.24") | Wt 106.1 kg (233 lb 12.8 oz) | SpO2 94% | BMI 31.50 kg/m²

**Wt Readings from Last 3 Encounters:**

| | |
|---|---|
| 08/01/23 | 106.1 kg (233 lb 12.8 oz) |
| 07/19/23 | 106.5 kg (234 lb 11.2 oz) |

**Physical Exam**

Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance.

HENT:
Head:
Comments: **Tense neck circumferentially. Some palpable nodes scattered but mostly just tight tissues in the neck. See picture.**
Mouth/Throat:
Mouth: Mucous membranes are moist.

Eyes:
General: No scleral icterus.

Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: No wheezing or rales.

Musculoskeletal:
General: No swelling.

Lymphadenopathy:
Cervical:
Right cervical: No superficial cervical adenopathy.
Left cervical: No superficial cervical adenopathy.

Skin:
General: Skin is warm and dry.
Findings: No rash.

Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time.

Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.

Media Information



Document Information

**Misc Administration: Patient Photo**
Screening visit
08/01/2023 11:32
**Attached To:**
Office Visit on 8/1/23 with Toby C Campbell, MD

**Source Information**

Toby C Campbell, MD | Uwh Cc1 Med Onc Carbone Cancer Ctr

Labs:
**Recent Labs**

| Result | 08/01/23 0942 |
|---|---|
| White Cell Count | 5.3 |
| Absolute Neutrophils | 3,310 |
| Hemoglobin | **13.0 L** |
| Hematocrit | **39 L** |
| Platelet Count | 174 |
| Sodium | 139 |
| Potassium | 4.4 |
| Chloride | 106 |
| BUN | **21 H** |
| Creatinine | **1.32 H** |
| Glucose | **110 H** |
| Calcium | 10.0 |
| Albumin | 4.0 |
| Bilirubin, Total | 0.4 |
| AST/SGOT | **47 H** |
| ALT/SGPT | 33 |
| Alkaline Phosphatase | 61 |

Imaging:
PET CT SKULL BASE TO THIGH

Result Date: 7/26/2023
1. Pronounced interval progression in neoplastic disease as evidence for increasing hypermetabolic cervical lymphadenopathy, increasing axillary lymphadenopathy, and numerous new hepatic metastases. 2. Postradiation changes in the neck with findings that may represent superimposed cellulitis in the appropriate clinical context. Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

Pathology:

**Attestation**

**Total time spent caring for the patient on the day of the encounter was 30 minutes.**
**Time spent in direct communication with patient was 22 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history
Performing an exam
Reviewing labs
Ordering medications, tests and/or procedures
Documenting in the medical record

**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

Electronically signed by Toby C Campbell, MD at 08/01/23 1148

## 07/19/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY

### Patient Information

| Patient Name | MRN | Legal Sex | DOB |
|---|---|---|---|
| Robert J Loper | 3859676 | M | |

Epic MRN: 54930811

### Reason for Visit

**Chief Complaint**

- Establish Care

**Visit Diagnosis**

- **Salivary duct carcinoma (primary)**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider | Referring Provider |
|---|---|---|
| Justine Y Bruce, MD | Justine Y Bruce, MD | Gil E Harmon, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY | 600 HIGHLAND AVE Madison WI 53792 | 608-265-1700 | 608-266-6020 |

**Level of Service**

| Level of Service |
|---|
| **OFFICE OR OTHER OUTPATIENT VISIT, NEW PATIENT, 60-74 MIN** |

### Encounter Vitals

**Vital Signs - Last Recorded**

Most recent update: 7/19/2023 4:02 PM by Tosha L Napier, MA

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 122/70 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | 94 | 98 °F (36.7 °C) (Oral) | 16 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|---|---|---|
| 234 lb 11.2 oz (106.5 kg) | 97% | 31.83 kg/m² |

**Pain Information (Last Filed)**

| Score | Location | Comments | Edu? |
|---|---|---|---|
| 2/10 Number Scale | Head | None | None |

### H&P Notes

**H&P by Justine Y Bruce, MD at 7/19/2023 1545**

| | | |
|---|---|---|
| Author: Justine Y Bruce, MD | Service: Oncology | Author Type: Physician |
| Filed: 07/19/23 2234 | Encounter Date: 7/19/2023 | Creation Time: 07/19/23 2224 |
| Status: Signed | Editor: Justine Y Bruce, MD (Physician) | |

**Oncology Consult**

**Patient:** Robert J Loper; 60 year old **MRN:** 3859676 **Date of Birth:**

**Reason for Consult: Discussion regarding potential treatment options for recurrent/metastatic disease and possible enrollment on a clinical trial evaluating pembrolizumab plus goserelin**
**Referring Physician:** Harmon, Gil E, MD

Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

**Phase of Treatment:** Palliative;
**Intent of Treatment:** Slow the growth or spread of the patient's illness
**Current Disease Status:** Progressing
**Distant Metastatic Disease Ever:** Yes
**Site:** Other; Axillary lymph node, bilateral cervical neck lymph nodes and soft tissue masses
**Reason for Cancer Treatment Plan Change:** Yes - disease not responding

**ECOG Performance Status:** 0

**Heme Onc History Overview Note**
Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)

Current Treatment Plan: consideration of pembrolizumab plus goserelin as part of a clinical trial protocol.

Please refer to the oncology note dated July 19, 2023 for the past medical history, past surgical history, family history, and social history. I have reviewed the past, family, and social history with the patient and have updated the information in EPIC. Except as mentioned above, the history is unchanged since then.

**Salivary duct carcinoma**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary duct carcinoma<br>• 2021, initially noted swelling in the left submandibular region<br>• August 2022 increased swelling and cellulitis of the left submandibular region |
| 11/17/2022 | **Biopsy/Pathology**<br>11/17/2022 left neck mass, level 5, excision: High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment. |

| | |
|---|---|
| 11/17/2022 | **Cancer Staging**<br>Staging form: Major Salivary Glands, AJCC 8th Edition<br>- Clinical stage from 11/17/2022: Stage IVC (cT3, cN3, cM1) - Signed by Justine Y Bruce, MD on 7/19/2023<br>Stage prefix: Initial diagnosis |
| 11/29/2022 | **Biopsy/Pathology**<br>11/29/2022 left axillary lymph node biopsy: Metastatic disease |
| 12/14/2022 - 4/7/2023 | **Chemotherapy**<br>Palliative systemic chemotherapy with CAP, (cisplatin, cyclophosphamide, doxorubicin) (Dr. Gil Harmon, Gundersen Health):<br>• C1D1: 12/14/22<br>• C2D1: 1/3/23<br>• C3D1: 1/24/23--Mixed response PET<br>• C4D1: 2/14/23<br>• C5D1: 3/17/23<br>• C6D1: 4/7/23<br>• 5/4/23 PET/CT: 1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up. 2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response. |
| 5/31/2023 - 6/9/2023 | **Radiation Therapy**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation Therapy**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/14/2023 | **Imaging**<br>7/14/23 CT neck: Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Irregular enhancing mass in the left submandibular region is overall unchanged. |

**History of Present Illness:** Mr. Robert Loper was seen at the University of Wisconsin Hematology-Oncology Clinics. He presents to clinic for a discussion of potential treatment options for his progressive disease. He is able to tolerate solid foods orally without difficulty. However, he would like to consider enrollment on a trial rather than additional treatment with cytotoxic chemotherapy.

**Past Medical History:**
**Past Medical History:**

**07/19/2023 - Office Visit in UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY (continued)**

**H&P Notes (continued)**

| Diagnosis | Date |
|---|---|
| • Asthma | |
| • Coronary artery disease *myocardial infarction* | 03/2021 |
| • Diabetes mellitus | |
| • Hypercholesterolemia | |
| • Hypertension | |
| • Psoriasis *uses cream* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • NECK MASS EXCISION | Right | 11/17/2022 |

**Family History:**
family history includes Cancer Skin in his sister.

**Social History:**
reports that he quit smoking about 31 years ago. His smoking use included cigarettes. He has a 15.00 pack-year smoking history. He has never used smokeless tobacco. He reports current alcohol use of about 12.0 standard drinks of alcohol per week. He reports that he does not currently use drugs.

**Allergies:**
No Known Allergies

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Acetaminophen (Tylenol) 500 MG tab | Take 2 tabs by mouth every 6 hours as needed. | | |
| • Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs every 4 hours as needed. | | |
| • Aspirin EC 81 MG delayed release tab | Take 1 tab by mouth one time daily. | | |
| • Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs 2 times daily. | | |
| • Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap | Take 2,000 units by mouth one time daily. | | |
| • Clobetasol Propionate (Temovate) 0.05 % cream | Apply 2 times daily as needed. | | |
| • Clobetasol Propionate (Temovate) 0.05 % ointment | Apply 2 times daily. | | |
| • Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream | | | |
| • Dapagliflozin Propanediol (Farxiga) 10 MG tab | Take 1 tab by mouth one time daily. | 90 tab | 3 |
| • Fenofibrate (Tricor) 145 MG tab | Take 1 tab by mouth one time daily. | | |
| • FISH OIL PO | Take 500 mg by | | |

| | |
|---|---|
| | mouth one time daily. |
| • Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler | Inhale 2 puffs 2 times daily. |
| • Glucose Blood (Precision QID Test) strip | one time daily. |
| • Lisinopril 10 MG tab | |
| • metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab | Take 2 tabs by mouth one time daily. |
| • Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab | |
| • Multivitamins cap | Take 1 cap by mouth one time daily. |
| • Nitroglycerin (Nitrostat) 0.4 MG sublingual tab | Place 1 tab under tongue one time daily as needed. |
| • Nystatin 100000 UNIT/ML mouth/throat susp | |
| • Ondansetron HCl (Zofran) 8 MG tab | Take 1 tab by mouth every 8 hours as needed. |
| • Pantoprazole Sodium (Protonix) 40 MG delayed release tab | |
| • POTASSIUM PO | Take 1 tab by mouth as needed. |
| • predniSONE 20 MG tab | |
| • Prochlorperazine Maleate 10 MG tab | Take 1 tab by mouth every 6 hours as needed. |
| • Rosuvastatin Calcium (Crestor) 40 MG tab | |
| • Sildenafil Citrate (Viagra) 100 MG tab | Take 1 tab by mouth every 24 hours as needed. |

No current facility-administered medications for this visit.

Review of Systems
Constitutional: Positive for pain. Negative for chills and fever.
HENT: Positive for lump/mass and voice change. Negative for mouth sores and trouble swallowing.
Eyes: Negative for icterus.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for frequency and hematuria.
Musculoskeletal: Negative for back pain and extremity pain.
Skin: Negative for rash.
Neurological: Positive for numbness. Negative for extremity weakness, headaches and seizures.
**Peripheral neuropathy on the bilateral toes**
All other systems reviewed and are negative.
Hematological: Positive for adenopathy.

**Vital Signs:**
BP 122/70 (Site: Right Arm, Position: Sitting, Cuff Size: Large) | Pulse 94 | Temp 98 °F (36.7 °C) (Oral) | Resp 16 | Ht 1.829 m (6') | Wt 106.5 kg (234 lb 11.2 oz) | SpO2 97% | BMI 31.83 kg/m²
**Wt Readings from Last 3 Encounters:**
07/19/23 106.5 kg (234 lb 11.2 oz)

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: Normal appearance. He is normal weight. He is not ill-appearing or diaphoretic.
HENT:
Head: Normocephalic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
General: No scleral icterus.
Extraocular Movements: Extraocular movements intact.
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Neck:
Comments: **Generalized edema of the bilateral neck. The left neck there are subcentimeter nodules in the submandibular region, no pain on. On the right neck, level 2 cervical lymph node measuring 2 cm in size. On the right neck there are several subcutaneous nodules (at least 3 nodules) level 4 cervical region, no pain on palpation.**
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.
No friction rub. No gallop.
Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No stridor. No wheezing or rales.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No rigidity.
Right lower leg: No edema.
Left lower leg: No edema.
Lymphadenopathy:
Cervical: Cervical adenopathy present.
Skin:
General: Skin is warm and dry.
Coloration: Skin is not jaundiced.

Findings: No rash.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Motor: No weakness.
Gait: Gait normal.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.

**Labs:**

**Diagnostic Studies:**
CT NECK W IV CONTRAST

Result Date: 7/14/2023
Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Assessment & Plan**
Mr. Loper is a 60 year old male with Cancer Diagnosis/Staging:
Salivary duct carcinoma
- Clinical: Stage IVC (cT3, cN3, cM1)
who presents to clinic for discussion of treatment options for his recurrent/metastatic disease.

1. AJCC 8 stage IVC (cT3 cN3 cM1) salivary duct carcinoma:
Had an extensive discussion with the patient and his wife regarding the overall natural history of salivary duct carcinoma. Given that he has recurrent/metastatic disease, treatment would not be curative in nature but strictly palliative. He understands this. I discussed potential treatment options as follows:
(A) no chemotherapy with a focus on his quality of life.
(B) consideration carboplatin/paclitaxel chemotherapy. I discussed that although he has not received a prior taxane, I would not favor this regimen given his known bilateral peripheral neuropathy
(C) consideration of vinorelbine +/- cisplatin chemotherapy. This data is based on a phase II trial randomizing patients with recurrent salivary gland malignancies [REFERENCE Airoldi et al. Cancer 2001; 91:541-547] that evaluated patients on vinorelbine vs. Vinorelbine plus cisplatin. Based on this clinical trial of 36 patients, 22 patients had adenoid cystic carcinoma. Two patients with adenoid cystic carcinoma on the cisplatin/vinorelbine arm achieved a complete response, with the median CR duration of 15 months (range 6-27 months). In the vinorelbine arm alone, no patients achieved a CR< but 2 patients had a partial response.
(D) consideration of enrollment trial evaluating pembrolizumab plus goserelin. I discussed that we would have to obtain his pathology slides for definitive analysis the androgen receptor expression level (must be greater than 70% for eligibility)

We had an extensive discussion regarding the risks and benefits of each treatment option, and Mr. Loper states that

he would like to pursue enrollment on the clinical trial evaluating pembrolizumab plus goserelin. He was seen by research coordinator today during the clinic and underwent the informed consent form process.

- The patient signed an informed consent form for pembrolizumab plus goserelin as part of a clinical trial protocol.
- Return to clinic per thoracic Oncology research group.

Orders Placed This Encounter
Acetaminophen (Tylenol) 500 MG tab
Albuterol Sulfate HFA 108 (90 Base) MCG/ACT inhaler
Aspirin EC 81 MG delayed release tab
Budesonide-Formoterol Fumarate (Symbicort) 160-4.5 MCG/ACT inhaler
Cholecalciferol (Vitamin D3) 50 MCG (2000 UT) cap
Clobetasol Propionate (Temovate) 0.05 % cream
Clobetasol Propionate (Temovate) 0.05 % ointment
Clotrimazole-Betamethasone (Lotrisone) 1-0.05 % cream
Dapagliflozin Propanediol (Farxiga) 10 MG tab
Fenofibrate (Tricor) 145 MG tab
Fluticasone-Salmeterol (Advair HFA) 45-21 MCG/ACT Inhaler
Glucose Blood (Precision QID Test) strip
Lisinopril 10 MG tab
metFORMIN HCl (Glucophage XR) 500 MG 24hr ER tab
Metoprolol Succinate (Toprol XL) 25 MG 24hr ER tab
Nitroglycerin (Nitrostat) 0.4 MG sublingual tab
Nystatin 100000 UNIT/ML mouth/throat susp
Ondansetron HCl (Zofran) 8 MG tab
Pantoprazole Sodium (Protonix) 40 MG delayed release tab
predniSONE 20 MG tab
Prochlorperazine Maleate 10 MG tab
Rosuvastatin Calcium (Crestor) 40 MG tab
Sildenafil Citrate (Viagra) 100 MG tab
FISH OIL PO
Multivitamins cap
POTASSIUM PO

The patient is in agreement with the above plan and had an opportunity to ask questions, which were answered to his satisfaction. He knows to call us if he has any other issues or questions.

**Time:** 60 minutes was spent with the patient. All of this time was spent in direct communication with Mr. Loper to formulate the above care plan. This does not include the time spent, on day of encounter, outside of this direct communication. Specifics noted below.
**Total time spent caring for the patient on the day of the encounter was 90 minutes.**
**Time spent in direct communication with patient was 60 minutes.**

**I spent time performing the following for this patient:**
Reviewing the patient's medical records
Obtaining medically appropriate history

**H&P Notes (continued)**

Performing an exam
Reviewing labs
Reviewing radiology reports/scans
Ordering medications, tests and/or procedures
Educating patient and/or family
Topic discussed: Consideration of enrollment a clinical trial evaluating pembrolizumab plus goserelin. We also discussed obtaining his pathology for further evaluation the androgen receptor
Referring and/or communicating with other health care providers
Documenting in the medical record

*Justine Y Bruce, MD*
University of Wisconsin-Madison & Carbone Cancer Center
**Access Center (Provider-to-Provider communication only)**: 608-263-3260 (800-472-0111)
**Nurse Triage (for patient use)**: 608-265-1700

No future appointments.

Electronically signed by Justine Y Bruce, MD at 07/19/23 2234

**Clinical Notes**

**Progress Notes**

**Tosha L Napier, MA at 7/19/2023 1545**

| | | |
|---|---|---|
| Author: Tosha L Napier, MA | Service: Gynecology Oncology | Author Type: Medical Assistant |
| Filed: 07/19/23 1557 | Encounter Date: 7/19/2023 | Creation Time: 07/19/23 1546 |
| Status: Signed | Editor: Tosha L Napier, MA (Medical Assistant) | |

Robert J Loper is a 60 year old male here for New Patient Consultation.

Medications reviewed to reflect current knowledge of medications.
The provider will be informed of any abnormal vitals via verbal or written on encounter sheet.
Robert reports problems/concerns as follows:

Patient reports the following:

**Questions/Concerns**: Prefer to discuss with Provider

**New or worsening symptoms**: swelling, headaches, jaw pain, neck pain, stinging surface pain on neck.

**Energy level**: Fair

**Appetite**: good
**VAD**: Port right side

**Pain** (Scale 0 -10) Current: 2/10 Head

No data to display

**Wt Readings from Last 3 Encounters:**
No data found for Wt

***Submitted by:*** *Tosha L Napier, MA - 7/19/2023 - 3:46 PM*

Electronically signed by Tosha L Napier, MA at 07/19/23 1557

**Jessica Boucher, RN at 7/19/2023 1545**

| | | |
|---|---|---|
| Author: Jessica Boucher, RN | Service: Oncology | Author Type: Registered Nurse |
| Filed: 07/19/23 1656 | Encounter Date: 7/19/2023 | Creation Time: 07/19/23 1645 |
| Status: Signed | Editor: Jessica Boucher, RN (Registered Nurse) | |

Rn called Gunderson pathology and faxed them a request for them to run AR.
Fax 608-775-6666
I requested a block of tissue as well. If they are not able to added AR for us.

Pathology phone number 608-775-2262

Another option would be having Dr Harmon order AR to be run. RN tired to call again but the office is closed.

***Submitted by:*** *Jessica Boucher, RN - 7/19/2023 - 4:49 PM*

Electronically signed by Jessica Boucher, RN at 07/19/23 1656

# Exhibit F

# Letter Details

**UWHealth**

UWH CARBONE CANCER CENTER MEDICAL ONCOLOGY
600 HIGHLAND AVE
MADISON WI 53792
608-265-1700

March 26, 2024

Robert J Loper

8127

DOB:

To Whom It May Concern:

This is to confirm that Robert J Loper is a patient of UW Health.

Robert is under my care for a medical conditions. At this time he continues to be totally and completely disabled. Due to his medial condition and treatment side effects.

Sincerely,

The office of Justine Y Bruce, MD

NOTE: Questions regarding the patient's care will only be discussed if a HIPAA-compliant *Authorization for Verbal Communication and/or Leave Voice Mail* has been signed by the patient/legally authorized representative and on file with UW Health.

# Exhibit G

I started a position with Gundersen health, as a CPO in July of 2022. Prior to this, for the past 22 years i had managed an orthotic and prosthetic facility in La Crosse. Leaving this position would not have been a consideration if i had any idea i would be diagnosed with salvatory gland cancer later that fall.

As I started chemotherapy and it progressed, I developed weakness and lack of stamina. This directly impacted my ability to keep a full patient workload and provide the level of care required as a CPO.

At the end of chemotherapy and radiation the cancer had progressed to the point that the swelling in my neck was causing breathing and swallowing concerns. With this limitation I was unable to keep a full patient load, fabricate, fit, teach patients, or perform a multitask workload.

I was accepted in a trial study at the university of Wisconsin for palliative care with two drugs that have not been used together before. While these drugs did help reduce the swelling in my neck the side effects provided a new set of limitations for my body. I was made aware that I would lose muscle mass and gain weight. I am also feeling the effects of arthritis from the drugs. I am diagnosed with psoriasis. I was told the drugs make the psoriasis progress and I am breaking out in many new areas. This also can exacerbate psoriatic arthritis.

The neuropathy in my feet has increased to the point that it is painful. Also, my ankles, especially the right, are painful when walking. Stairs are difficult to ascend and descend. Handrails are a must, and it is one step at a time. My knee weakness gives me instability on stairs. I also have limitations with turning my head due to pain in my neck.

I have increased lack of energy and stamina. A lot of pain and weakness in my legs and feet. I have much difficulty in rising from the floor to standing position. These limitations make me unable to fabricate, evaluate, fit, teach and provide quality care for patients.

Also, with these limitation I am limited to the physical requirements of lifting, push/pull up to 50 lbs. I have also found that multitasking and staying focused is more difficult than prior.

I have recommendations from my oncologist about my limitations and for not trying to overdo activity that causes increased pain and decreased ability to function.

Robert J Loper

05/03/2024

# Exhibit H

Job Profile: 2589 - Prosthetist Orthotist

| Job Code | Job Profile Summary | Job Profile Name | Job Description | Work Experience | Education | Responsibilities | Certifications |
|---|---|---|---|---|---|---|---|
| 2589 | The Prosthetist Orthotist is a Board Certified clinician who independently practices and provides prosthetic and orthotic care for a diverse spectrum of patients with a broad range of disabilities.Orthotic care may include, but is not limited to, patient evaluation, orthosis design, fabrication, fitting, and modification to treat a neuro-musculoskeletal disorder, or acquired condition. This includes the provision of partial foot prostheses for trans-metatarsal and more distal amputations.Prosthetic care may include, but is not limited to, patient evaluation, prosthesis design, fabrication, fitting, and modification to treat limb loss for purposes of restoring physiological function and/or cosmesis. | Prosthetist Orthotist | The Prosthetist Orthotist is a Board Certified clinician who independently practices and provides prosthetic and orthotic care for a diverse spectrum of patients with a broad range of disabilities.<br><br>Orthotic care may include, but is not limited to, patient evaluation, orthosis design, fabrication, fitting, and modification to treat a neuro-musculoskeletal disorder, or acquired condition. This includes the provision of partial foot prostheses for trans-metatarsal and more distal amputations.<br><br>Prosthetic care may include, but is not limited to, patient evaluation, prosthesis design, fabrication, fitting, and modification to treat limb loss for purposes of restoring physiological function and/or cosmesis.<br><br>Major Responsibilities:<br>1. Independently provides prosthetic and orthotic care for a full caseload of patients. Consults with and advises referring providers regarding patients' orthotic and prosthetic needs.<br>2. Examines affected area for factors affecting the fitting and placement of orthopedic appliances. Fits and adjusts appliances and devices to give patients maximum possible function. Makes cast of limb or deformity to determine the specifications of appliances and devices to be made. Determines materials from which appliance/device may be fabricated.<br>3. Bills Medicare and other third party payers for the services he/she provides. Acquires and maintains knowledge of current billing and coding practices in the field.<br>4. Keeps abreast of compliance and regulatory issues in the field and complies with the same.<br>5. Markets him/herself and the department to both internal and | | | 1. Independently provides prosthetic and orthotic care for a full caseload of patients. Consults with and advises referring providers regarding patients' orthotic and prosthetic needs.<br>2. Examines affected area for factors affecting the fitting and placement of orthopedic appliances. Fits and adjusts appliances and devices to give patients maximum possible function. Makes cast of limb or deformity to determine the specifications of appliances and devices to be made. Determines materials from which appliance/device may be fabricated.<br>3. Bills Medicare and other third party payers for the services he/she provides. Acquires and maintains knowledge of current billing and coding practices in the field.<br>4. Keeps abreast of compliance and regulatory issues in the field and complies with the same.<br>5. Markets him/herself and the department to both internal and external referral sources to expand referral base.<br>6. Attends orthotic and | |

| Job Code | Job Profile Summary | Job Profile Name | Job Description | Work Experience | Education | Responsibilities | Certifications |
|---|---|---|---|---|---|---|---|
| | | | external referral sources to expand referral base.<br>6. Attends orthotic and prosthetic continued education classes to improve the quality of care to patients.<br>7. Completes a medical chart note for each patient visit or contact.<br>8. Acquires sufficient CEUs to maintain certification in good standing with the American Board for Certification.<br>9. Conducts orthotic and prosthetic clinics for Gundersen Health System staff on care and use issues.<br>10. Performs other job-related duties as assigned.<br><br>Education and Learning:<br>REQUIRED<br>Associate degree in a health related field<br>DESIRED<br>Bachelor's degree in Orthotics or Prosthetics<br><br>Work Experience:<br>DESIRED<br>1 year experience in Orthotic/Prosthetic field.<br><br>License and Certifications:<br>REQUIRED<br>Certified Prosthetist Orthotist (CPO).<br><br>Age Specific Population Served:<br>Infant (less than 1 year)<br>Pediatric (1 - 12 years)<br>Adolescent (13 - 17 years)<br>Adult (18 - 64 years)<br>Geriatric (65 years & older)<br><br>OSHA Category:<br>Category I - All Employees in this job title have a reasonably anticipated risk of occupational exposure to blood and/or other potentially infectious materials. | | | prosthetic continued education classes to improve the quality of care to patients.<br>7. Completes a medical chart note for each patient visit or contact.<br>8. Acquires sufficient CEUs to maintain certification in good standing with the American Board for Certification.<br>9. Conducts orthotic and prosthetic clinics for Gundersen Health System staff on care and use issues.<br>10. Performs other job-related duties as assigned. | |

| Job Code | Job Profile Summary | Job Profile Name | Job Description | Work Experience | Education | Responsibilities | Certifications |
|---|---|---|---|---|---|---|---|
| | | | Environmental Conditions:<br>Exposed to infectious diseases.<br><br>Physical Requirements/Demands Of The Position:<br>Lifting - Floor to Waist Occasionally (6-33% or 3 hours) Number of lbs 25-50<br>Push/Pull (Static Force) Occasionally (6-33% or 3 hours) Number of lbs 25-50 | | | | |

# Exhibit I

# GUNDERSEN
## HEALTH SYSTEM®

April 18, 2024

Robert Loper

RE: Unable to Return to Work - Sent via Certified Mail and via Postal Service

Dear Robert,

**On January 17, 2023,** you had requested an accommodation due to some health issues. Based on the letter from your provider, dated January 17, 2023, the accommodation request was:

- Patient receives chemotherapy treatment every 4 weeks with possible radiation after all cycles of chemotherapy are completed, the intent is for a total of 6 cycles of chemotherapy. Please allow Patient intermittent time off work starting 11/25/202-11/25/2023. Patient is able to work up to 1-5 days per week depending on appointments and treatment side effects.

At that time, we were able to adjust your schedule per the request from your provider.

**On March 10, 2024,** we received an updated letter from your provider dated March 10, 2024:

- This is to certify that this patient is under my professional care. He may work half-time as tolerated.

At that time, we granted you additional time off work as part of your accommodation. As of the date of this letter, your last day of work was **August 11, 2023**. Since that date you have been unable to work.

Based on the most recent letter from your provider dated **March 26, 2024,** due to your medical condition and treatment side effects, you are unable to return to work. At this time, we will consider this as your voluntary resignation, effective May 1, 2024.

You will continue to be eligible to apply for positions that you are eligible for and meet the job expectations.

If you have questions about Gundersen's position in this matter, please contact me at (608) 775-3427 or Jan Balder, HRBP at (608) 775-6312. You should also remember that the Employee Assistance Program is available for you at (608) 782-7300, ext. 54780.

Sincerely,

Cody Nedegaard

Cody Nedegaard, Clinical Manager, Podiatry

cc: Personnel File, Jan Balder, HRBP, EAP
Enc: Benefits – When Your Employment Ends

**Gundersen Lutheran Medical Center, Inc. | Gundersen Clinic, Ltd.**
1900 South Avenue • La Crosse, Wisconsin 54601 • (608) 782-7300 • (800) 362-9567 •

# Exhibit J

*0101BEV3C5LJNPA* CCM.M72.BEV3C.R240429

# Social Security Administration
# Benefit Verification Letter

Date: April 29, 2024
BNC#: 24YK333B40020
REF: A

ROBERT JOSEPH LOPER II

8127

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning February 2024, the full monthly Social Security benefit before any deductions is $3,416.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $3,416.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

We found that you became disabled under our rules on August 14, 2023.

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

**Date of Birth Information**

The date of birth shown on our records is

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-770-2345**.

SOCIAL SECURITY
STE 100
210 7TH ST S
LA CROSSE WI 54601

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (800) 922-3503 |
| | |
| **From:** | Matt Vieth |
| **Company:** | |
| **Phone:** | (608) 960-4005 * 8204 |
| **Fax:** | 16088672501 |
| | |
| **Date:** | 05/16/2024 |
| **Pages including this cover sheet:** | 11 |

## Comments:

Exhibits are being sent separately via priority mail on a CD.

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

May 16, 2024

**SENT VIA U.S. MAIL & FAX**
Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

| | | |
|---|---|---|
| Re: | Claimant: | Robert Loper |
| | LTD Claim No.: | 1230085140 |
| | Group Policy: | 00001008256700000 |
| | Group Policyholder: | Gundersen Health System |

To Whom It May Concern:

We represent Robert Loper regarding his claim for long-term disability (LTD) insurance benefits with Lincoln Financial Group (LFG). We write in response to LFG's letter dated January 26, 2024, which denies Mr. Loper's claim for LTD benefits in its entirety. This letter constitutes Mr. Loper's formal appeal of that determination, and also constitutes his appeal for Life Insurance Waiver of Premium benefits.

The central issue in this appeal is whether Mr. Loper is able to perform each of the material duties of his own occupation and whether his condition is subject to his plan's pre-existing condition exclusion. For the reasons stated herein, Mr. Loper's medical conditions—including stage IV salivary ductal carcinoma—render him unable to perform each of the material duties of his own occupation. Furthermore, his disability is not due to a pre-existing condition because his disability does not result from a condition for which he received consultation, care, or services provided by a Physician prescribed in the three months before his insurance took effect. As such, LFG must overturn its decision to deny his claim for LTD benefits.

## I. DOCUMENTATION IN SUPPORT OF APPEAL

Mr. Loper submits the following evidence in support of his appeal:

**Exhibit A:** Signed Declaration of Robert Loper, dated 4/8/2024
**Exhibit B:** Medical Questionnaire from Dr. Scorby, dated 3/26/2024
**Exhibit C:** Medical Records – Neighborhood Family Clinic, dated 8/20/2022
**Exhibit D:** Medical Records – Gundersen, from 8/23/2022 – 1/16/2024
**Exhibit E:** Medical Records – UW Health, from 7/19/2023 – 2/28/2024
**Exhibit F:** Letter from Dr. Bruce, dated 3/26/2024
**Exhibit G:** Personal Statement of Robert Loper, dated 5/3/2024

**Exhibit H:** Job Description - Prosthetist Orthotist
**Exhibit I:** Gundersen Health letter regarding termination of employment, dated 4/18/2024
**Exhibit J:** Benefit Verification Letter from Social Security Administration, dated 4/29/2024

This evidence, coupled with that already submitted in his claim file, shows that Mr. Loper is unable to perform each of the material duties of his own occupation due to his medical conditions and that his condition is not pre-existing under the terms of his policy. Therefore, he meets his Plan's definition of disability.

## II. FACTUAL HISTORY

### A. Employment History

Mr. Loper is 61 years old and resides in Holmen, Wisconsin. He began working as a Prosthetist Orthotist for Gundersen Health System in July 2022. Prior to the onset of his disability, Mr. Loper was earning approximately $9,356.53 per month.

A Prosthetist Orthotist is a medium occupation[1] that entails the following material duties:

1. Independently provides prosthetic and orthotic care for a full caseload of patients. Consults with and advises referring providers regarding patients' orthotic and prosthetic needs.

2. Examines affected area for factors affecting the fitting and placement of orthopedic appliances. Fits and adjusts appliances and devices to give patients maximum possible function. Makes cast of limb or deformity to determine the specifications of appliances and devices to be made. Determines materials from which appliance/device may be fabricated.

3. Bills Medicare and other third-party payers for the services he/she provides. Acquires and maintains knowledge of current billing and coding practices in the field.

4. Keeps abreast of compliance and regulatory issues in the field and complies with the same.

5. Markets him/herself and the department to both internal and external referral sources to expand referral base.

6. Attends orthotic and prosthetic continued education classes to improve the quality of care to patients.

[1] According to the Department of Labor, medium work involves exerting 20 to 50 pounds of force occasionally or 10 to 25 pounds of force frequently or an amount greater than negligible and up to 10 pounds constantly to move objects.

7. Completes a medical chart note for each patient visit or contact.

8. Acquires sufficient CEUs to maintain certification in good standing with the American Board for Certification.

9. Conducts orthotic and prosthetic clinics for Gundersen Health System staff on care and use issues.

(**Exhibit H**.)

In addition to his earnings, Mr. Loper was eligible for certain employee benefits, including participation in the LTD insurance plan. In relevant part, the Plan provides:

> TOTAL DISABILITY or TOTALLY DISABLED will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
>
> PRE-EXISTING CONDITION EXCLUSION. This Policy will not cover any Total or Partial Disability:
> 1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
> 2. which begins in the first 12 months after the Insured Employee's Effective Date.
>
> "Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.
>
> "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

Unfortunately, as discussed in more detail below, Mr. Loper was diagnosed with salivary duct carcinoma in November 2022. His condition, associated symptoms, and treatment side effects began significantly interfering with his ability to perform the material duties of a Prosthetist Orthotist and eventually progressed to the point that he was forced to cease working on or about August 11, 2023. To date, he remains unable to resume working in his own or any other occupation.

### B. Medical History and Treatment During Lookback Period[2]

In mid-2021 (approximately a year before he began working for Gundersen), Mr. Loper noticed mild swelling in his neck. (**Exhibit A** at 1.) He consulted with various providers regarding his swelling, but none of them were concerned or recommended further treatment. Instead, they advised Mr. Loper to simply follow up if the swelling worsened. (*Id.*)

Over the course of the next year, Mr. Loper's swelling remained stable. Then, in mid-August 2022 Mr. Loper noticed redness and swelling on his face, for which he sought medical treatment for on August 19, 2022 at Neighborhood Family Clinic. There he was evaluated by Lori Miskell, NP (**Exhibit C** at 4) who administered an antibiotic injection and prescribed a ten-day course of Augmentin (an antibiotic medication). (*Id;* **Exhibit A** at 1.) Mr. Loper's facial redness and swelling improved in the wake of this injection. (**Exhibit A** at 1.)

On August 23, 2022, Mr. Loper sought treatment with Dr. William Scorby for a facial rash, which he suspected may be due to either a chemical exposure at work or spicy food he had eaten. (**Exhibit A** at 2; **Exhibit D** at 1-2.) Dr. Scorby noted that it was "unclear" what brought on this condition, but observed that the swelling was mild. (**Exhibit D** at 2.) Ultimately, Dr. Scorby assessed Mr. Loper to simply be suffering from facial cellulitis. **Importantly, Dr. Scorby did not suspect that Mr. Loper's symptoms were due to cancer.** (**Exhibit B**.) He recommended that Dr. Loper finish out his antibiotics and follow-up with his primary care provided as needed. (*Id.*; **Exhibit A** at 2.)

Subsequently, Mr. Loper's symptoms improved through the rest of August and September 2022 and he did not treat for his facial/neck swelling during this time. (**Exhibit A** at 2.)

### C. Subsequent Medical Treatment

On October 19, 2022, Mr. Loper established care with a new primary care provider, Dr. Kazi Rayhan. On this date, Mr. Loper explained his history of neck swelling and redness, and explained that he recently noticed a mass in the same area. (**Exhibit D** at 3.) Dr. Rayhan referred Mr. Loper for a CT scan of the neck. (*Id.* at 10.) In the meantime, Mr. Loper experienced a flare-up of redness and swelling of the left cheek and neck and went to Urgent Care, where imaging revealed an ill-defined mass in the left side of his neck. Mr. Loper was referred for an otolaryngologic consult. (*Id.* at 13.)

On October 27, 2022, Mr. Loper established care with Dr. Mark Ringstrom in otolaryngology. Dr. Ringstrom noted that this was a "very strange situation" and he could not say for sure what was the cause of Mr. Loper's inflammation and swelling. (**Exhibit D** at 17.) Because Mr. Loper was responding well to antibiotics, Dr. Ringstrom prolonged his course for a total of two

---

[2] To confirm, Mr. Loper became covered under the LTD Plan on September 1, 2022, thus the "look back period" spans from June 1, 2022 to August 31, 2022.

weeks of Augmentin and noted one of Mr. Loper's lymph nodes may need to be excised. (*Id.* at 17.) The excision took place on November 17th. (*Id.* at 23.) Diagnostic testing of the excised tissue demonstrated high-grade adenocarcinoma with features consistent with salivary duct carcinoma. (*Id.* at 25.)

Following his cancer diagnosis, Mr. Loper began radiation therapy and chemotherapy. (*See* **Exhibit D** at 26-52.) Mr. Loper continued to work during this treatment.

In January 2023, Mr. Loper began undergoing occupational therapy due to the impact of his neck and facial swelling on his ability to perform his activities of daily living. (**Exhibit D** at 72.) At a follow-up appointment with Dr. Gil Harmon on March 17, 2023, Dr. Harmon noted that Mr. Loper's lymphedema "causes difficulty breathing when laying flat" and had caused the need for him to sleep in a hospital bed at home. (*Id.* at 91.) The lymphedema also reduced his range of motion and impacted his voice. (*Id.*)

On May 11, 2023, oncology specialist Collin Driscoll saw Mr. Loper for follow-up. Dr. Driscoll noted that Mr. Loper had a "decent, but mixed, response to chemotherapy," with the vast majority of his disease responding nicely, but with a few lymph nodes that had progressed. (**Exhibit D** at 111.) He also noted that Mr. Loper had "notable lymphedema" in his neck. (*Id.*)

Unfortunately, Mr. Loper's lymphedema continued to worsen. On May 31, 2023, Mr. Loper saw Heidi Huber, NP for follow-up of his lymphedema. NP Huber noted that it was "affecting his range…of motion, voice quality, ability to swallow, and causing him to feel short of breath." (**Exhibit D** at 115.) She also noted that his "lymphedema will not likely resolve with cancer response especially given no improvement even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging." (*Id.*) She continued to recommend a pneumatic compression device and the use of a hospital bed, as well as a prednisone taper.

Over subsequent weeks, Mr. Loper continued with radiation treatment and occupational therapy. (*See* **Exhibit D** at 120-163.)

On July 14, 2023, Mr. Loper underwent an updated CT scan of the neck which demonstrated progressive soft tissue masses and increased size of right level 5 nodes. (**Exhibit D** at 201.)

On July 19, 2023, Mr. Loper saw Dr. Justine Bruce at UW Health for an oncology consult. On physical exam, Dr. Bruce noted generalized edema of the bilateral neck, as well as several nodules on both sides of the neck. (**Exhibit E** at 178.) Dr. Bruce explained that due to Mr. Loper's recurrent/metastatic disease, treatment would not be curative in nature but rather palliative. She discussed multiple treatment options and Mr. Loper elected to pursue enrollment on a clinical trial evaluating pembrolizumab plus goserelin. (*Id.* at 179.)

On July 21, 2023, Dr. Harmon saw Mr. Loper for follow-up and to discuss next steps for his treatment. Mr. Loper noted "rather rapid increase in the fullness of his [bilateral] neck" causing position issues with sleep and decreased range of motion. (**Exhibit D** at 165.) Due to the progression of his neck swelling inhibiting his ability to function and speak, as well as weakness and lack of stamina from his condition and associated treatment, Mr. Loper ceased working on or about August 11, 2023. (**Exhibit G**.) Mr. Loper explains that as his treatment progressed, he "developed weakness and lack of stamina" which "directly impacted [his] ability to keep a full patient workload and provide the level of care required" to perform his occupation. (**Exhibit G**.) Dr. Harmon completed FMLA paperwork for Mr. Loper on July 31, 2023. (**Exhibit D** at 168.)

Mr. Loper began treatment in the clinical trial at UW in early August 2023 and continues treatment to the present day. (*See* **Exhibit E** at 2-156.) Mr. Loper's side effects from this treatment includes hot flashes, fatigue, and shortness of breath. (*See* **Exhibit E** at 39; *see also* **Section D** below.)

On top of his cancer and treatment, Mr. Loper also has medical conditions including right knee pain, right ankle pain, left wrist pain, diabetes, and psoriasis. (*See* **Exhibit E** at 7, 16, 39.)

### D. Activities of Daily Living

Mr. Loper submits a statement explaining how his condition and treatment side effects have inhibited his ability to function on a day-to-day basis. (**Exhibit G**.) He explains:

> While [the medications from the clinical trial] did help reduce the swelling in my neck the side effects provided a new set of limitations for my body. I was made aware that I would lose muscle mass and gain weight. I am also feeling the effects of arthritis from the drugs. I am diagnosed with psoriasis. I was told the drugs make the psoriasis progress and I am breaking out in many new areas. This also can exacerbate psoriatic arthritis.
>
> The neuropathy in my feet has increased to the point that it is painful. Also, my ankles, especially the right, are painful when walking. Stairs are difficult to ascend and descend. Handrails are a must, and it is one step at a time. My knee weakness gives me instability on stairs. I also have limitations with turning my head due to pain in my neck.
>
> I have increased lack of energy and stamina. A lot of pain and weakness in my legs and feet. I have much difficulty in rising from the floor to standing position. These limitations make me unable to fabricate, evaluation, fit, teach and provide quality care for patients.
>
> Also, with these limitations[s] I am limited [in regard to] the physical requirements of lifting, push/pull up to 50 lbs. I have also found that multitasking and staying focused is more difficult than prior.

## III. BENEFITS HISTORY

### A. Short Term Disability Insurance

Upon his disability's onset, Mr. Loper promptly applied for short-term disability insurance (STDI) benefits. In reviewing that claim, LFG determined Mr. Loper was unable to perform the essential duties of his own occupation and that he therefore met his STDI Plan's definition of disability. LFG accordingly approved his claim for STDI benefits through the maximum benefit period of his policy.

### B. Long Term Disability Insurance

Because Mr. Loper remained disabled (as defined by both his STDI and LTD plans) after the exhaustion of his STDI benefits, he should have transitioned to receiving LTD benefits effective November 11, 2023 in the gross amount of $5,613.92, which is 60 percent of his predisability earnings. Instead, LFG denied Mr. Loper's claim in its entirety, stating that his disabling condition was due to a pre-existing condition as defined by his policy.

### C. Other Sources of Income

Mr. Loper has been approved to receive benefits for an individual disability income policy. In addition, Mr. Loper has also been approved for SSDI benefits in the amount of $3,416.90 per month. (**Exhibit J**.) Accordingly, Mr. Loper's net LTD benefit is worth approximately $2,197.02 per month.

## IV. APPEAL

LFG denied Mr. Loper's claim for LTD benefits because it concluded that his claim was barred by the plan's pre-existing condition exclusion. This determination should be reversed because newly submitted evidence proves that Mr. Loper's disability is not caused by a pre-existing condition and because the medical records confirm he is unable to perform each of the material duties of his own occupation. For these reasons, which are discussed in further detail below, Mr. Loper requests that LFG reverse its decision to deny his claim for LTD benefits.

### A. Mr. Loper's Disability Does Not Result from a Pre-Existing Condition Because During the Lookback Period, Neither Mr. Loper nor His Providers Suspected that his Symptoms were Due to Cancer.

In assessing denials based on a pre-existing condition exclusion, courts in the Seventh Circuit (among other circuits) have concluded that: "although a plaintiff need not be definitely diagnosed with a condition during the [look-back] period[,] **there at least must have been some concern or suspicion at that time that the observed symptoms were caused by the particular**

**condition in order for the patient to be considered as being treated or seen for the particular condition**." *Goerig v. Phoenix Home Life Mut. Ins. Co.*, No. 97 C 1890, 1998 U.S. Dist. LEXIS 18208, at *7 (N.D. Ill. Nov. 13, 1998); *see also LoCoco v. Med. Savings Ins.*, 530 F.3d 442, (6th Cir. 2008) ("[C]ourts have concluded that the ultimate condition need only have been suspected with a reasonable degree of likelihood in order to be considered 'pre-existing'"); *Lawson v. Fortis Ins. Co.*, 301 F.3d 159, (3d Cir. 2002) (rejecting pre-existing condition denial because "it does not make sense to say that [the plaintiff] received treatment 'for' leukemia when the actual condition was not suspected"); *Hughes v. Boston Mut. Life Ins. Co.*, 26 F.3d 264, 269 (1st Cir. 1994) (requiring "some awareness on the part of the physician or the insured that the insured is receiving treatment for the condition itself" in order to qualify as treatment "for" a condition). One court described the distinction between cases in which the pre-existing condition coverage exclusion applies and those in which it does not as follows:

> When a patient seeks advice for a sickness with a specific concern in mind…or when a physician recommends treatment with a specific concern in mind…it can be argued that an intent to seek or provide treatment or advice "for" a particular disease has been manifested. **But when the patient exhibits only non-specific symptoms and neither the patient nor the physician has a particular concern in mind**, or when the patient turns out not to have a suspected disease, **it is awkward at best to suggest that the patient sought or received treatment for the disease because there is no connection between the treatment or advice received and the sickness**.

*Lawson v. Fortis Ins. Co.*, 301 F.3d 159, 166 (3d Cir. 2002) (internal citations omitted).

During the lookback period relevant to his case, Mr. Loper sought only treatment for facial redness and swelling that was similar to symptoms he had experienced over prior months. Indeed, he was assessed only to be suffering from facial cellulitis, and no provider suspected there was a more sinister condition causing his symptoms. This is supported by the fact that during the lookback period, no physician recommended that Mr. Loper undergo further diagnostic testing or that his symptoms might be due to cancer. Furthermore, the providers that he treated with during the lookback period did not suspect Mr. Loper's symptoms were due to cancer, nor did they refer him to additional diagnostic testing or a specialist who would test him for cancer. (**Exhibit A**; **Exhibit B**; **Exhibit C** at 4-5). **The fact that Mr. Loper "was eventually diagnosed with cancer" and that his symptoms "in retrospect" were caused by cancer "is not material to a determination of whether [his] medical care providers at the time of the medical treatment suspected cancer**." *Kaiser v. United of Omaha Life Ins. Co.*, No. 14-cv-762-wmc, 2016 U.S. Dist. LEXIS 10648, at *23 (W.D. Wis. Jan. 29, 2016). The medical evidence demonstrates that no provider suspected that Mr. Loper's symptoms were due to cancer during the lookback period of his policy and thus LFG may not conclude that he sought treatment "for" cancer during this time period.

### B. Medical Evidence Shows that Mr. Loper is Unable to Perform Each of the Material Duties of His Own Occupation.

Due to Mr. Loper's cancer and the treatment he is undergoing for the same, Mr. Loper is unable to perform each of the material duties of his own occupation and therefore meets the definition of disability under his plan. Medical evidence demonstrates (and Mr. Loper's treating providers supports) that Mr. Loper is unable to perform his occupation as a Prosthetist Orthotist due to symptoms including weakness, lack of stamina, decreased mobility, and fatigue. (*See* **Exhibit E** at 22, 37, 53, 150; **Exhibit F**; **Exhibit G**.) On appeal, LFG must give due consideration to the opinion of Mr. Loper's treating provider and must carefully assess the duties of Mr. Loper's **own** occupation, as required by the policy. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 834 (2003) (a plan administrator "may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician"); *Elliott v. Metro. Life Ins. Co.*, 473 F.3d 613, 619 (6th Cir. 2006) (physician never discussed a claimant's job duties, "which implies that he did not conduct a reasoned evaluation of her condition to determine whether she could perform those duties"). Furthermore, the fact that Mr. Loper's employer terminated his employment because he was unable to return to work in a sufficient capacity is evidence of Mr. Loper's disability which LFG is required to consider. (**Exhibit I**.) *See Jones v. Aetna U.S. Healthcare,* 136 F. Supp. 2d 1122, 1134 (C.D. Cal. 2001) ("A determination that Jones could perform the material duties of her own occupation is not reasonable where her employer found she could not do so.")

Further, Mr. Loper's limitations are corroborated by the fact that he has been approved by the Social Security Administration to receive Social Security Disability Insurance benefits. (**Exhibit J**.) LFG is required to consider Mr. Loper's SSDI benefits as evidence of his disability and may not reject this finding with a reasoned explanation. *See Metropolitan Life Ins. Co. v. Glenn*, 554 U.S. 105, 118 (2008); *Raybourne v. Cigna Life Ins. Co. of New York,* 700 F.3d 1076, 1087 (7th Cir. 2012) (When a claimant is awarded SSDI benefits, "a plan administrator may not simply ignore this evidence but must address it and provide a reasonable explanation for discounting it, especially when the administrator operates under a structural conflict of interest").

## V. <u>CONCLUSION</u>

For aforementioned reasons, Mr. Loper respectfully requests that LFG reverse its decision to deny his claim for LTD benefits in its entirety.[3] If there is any additional information that may be of use in your review of this appeal, please do not hesitate to contact me at (608) 257-0040. Thank you in advance for your time and careful consideration of Mr. Loper's appeal.

[3] Once disability benefits are approved, checks should be issued to "Robert Loper, c/o Hawks Quindel, S.C." and ***mailed directly to our office.*** Additional payment instructions have been/will be sent in a separate letter.

Very truly yours,

**HAWKS QUINDEL, S.C.**
*Attorneys for Claimant, Robert Loper*

Jessa L. Victor
Brook E. Tylka

BET/heb
Enc.
Cc: Mr. Robert Loper (via email w/ enc.)

01081722

# AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: [signature]

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

March 12, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1]29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
[2] *See* The U.S. Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

Hawks Quindel s.c.

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155

MILWAUKEE WI 530
12 MAR 2024PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.64 º
03/12/2024 ZIP 53703
043M31232352
US POSTAGE

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

68114-406699

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

March 12, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** | Claimant: | Robert Loper |
| | Claim No.: | 1230085410 |
| | Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1] 29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
[2] *See* The U.S. Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

**AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY**

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: [signature]

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Hawks Quindel s.c.
MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155

MILWAUKEE WI 530
12 MAR 2024PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.64 º
03/12/2024 ZIP 53703
043M31232352
US POSTAGE

The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066

68114-406699

# Facsimile Cover Sheet

**To:**
**Company:**
**Phone:**
**Fax:** (877) 843-3950

**From:** Matt Vieth
**Company:**
**Phone:** (608) 960-4005 * 8204
**Fax:** 16088672501

**Date:** 03/12/2024
**Pages including this cover sheet:** 4

**Comments:**

Hawks Quindel S.C.
ATTORNEYS AT LAW

MADISON OFFICE
P.O. Box 2155
Madison, WI 53701-2155
PH: 608-257-0040 FAX: 608-256-0236

March 12, 2024

**VIA U.S. MAIL & FACSIMILE**
The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114-4066
Fax: 877-843-3950

| | | |
|---|---|---|
| **Re:** Claimant: | Robert Loper |
| Claim No.: | 1230085410 |
| Policy No.: | 00001008256700000 |

To Whom It May Concern:

Robert Loper has engaged our firm to represent him regarding his Long-Term Disability ("LTD") benefit claim in connection with his employment with Gundersen Health System. **I write now to ask that you kindly send me a copy of your entire file in this matter.**

I have enclosed a signed Authorization to Release Information – Third Party which will permit you to release information to me. **Please note that all communications regarding Mr. Loper's LTD claim should come through our office.**

**Please send to our office copies of all the following documents:**[1]

- The Plan Documents and Summary Plan Description;
- All medical records and notes;
- All surveillance videos;
- All internal rules, guidelines, protocols, etc. referenced or relied upon in making the decision in the claimant's case, including any claims procedure manuals;
- All records, notes and summaries of phone calls;
- All audio recordings and transcripts of telephone conversations relating to the claimant, including but not limited to audio recordings and transcripts of telephone conversations with the claimant and with the claimant's treating physicians;
- All communications regarding the claimant, including but not limited to emails;
- All correspondence relating to the claimant, including but not limited to correspondence to and from the claimant's treating physicians;

[1] 29 U.S.C. §1132 provides for penalties to be assessed against an administrator who fails to comply with a request for any information required by ERISA within 30 days after such request has been made. A court may assess penalties in the amount of **$110** a day, payable to the participant, from the date of such failure, and other relief as it deems proper.
[2] *See* The U.S Department of Labor, Employee Benefits Security Administration's June 14, 2021 information letter confirming such recordings and transcripts are considered "documents, records, and other information relevant to the claimant's claim for benefits", which 29 CFR 2560.503-1(h)(2)(iii) requires be produced to the claimant.

- All information from third-party sources, such as consultants, investigators, third party reviewers and reviewing companies;
- All reviews conducted by your medical, vocational and investigative personnel;
- All medical, vocational and/or investigative reviews conducted at the request of the insurer;
- Any and all documents, including billing records, reflecting any compensation paid to medical, vocational and/or investigative reviews conducted at the request of the insurer;
- All reports produced at your request regarding the claimant or the claimant's claim for benefits;
- The identity, credentials and notes of all reviewers, including medical personnel;
- Any and all other documented information that may have influenced your decision to deny the claimant's claim for benefits.

If you have any questions in connection with this request, please do not hesitate to contact me and thank you for your attention to same.

Sincerely,

**HAWKS QUINDEL, S.C.**

Jessa L. Victor
Brook E. Tylka

/mtv
Enc.

01124469

## AUTHORIZATION TO RELEASE INFORMATION TO A THIRD PARTY

I, Robert Loper, hereby authorize, Lincoln Financial, or any affiliated companies to furnish to Hawks Quindel, S.C., or any of their agents working on behalf of myself, any and all information with respect to my insurance claim. A copy of this authorization shall be considered as effective and valid as the original. I understand that I, or my authorized representative, will receive a copy of this authorization upon request.

I understand that this information will be used for the purpose of a Short and/or Long-Term Disability claim.

I understand that this authorization is valid up to two years from the date of the signature and that I may be asked to complete an additional authorization for after that date, I or my authorized representative may revoke this authorization at any time as it applies to future disclosures by writing the Company.

Dated: 3/12/2024 Signed: Robert J Loper

If claimant is under 18 years of age or incapacitated, the parent or guardian must sign. If claimant is deceased, the personal representative or executor of the estate must sign.

01124469

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

January 26, 2024

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Robert:

We have completed our review of your Long Term Disability claim.

In order to be eligible for benefits under the policy issued to your employer, an individual must satisfy all of the provisions of the policy. This includes, but is not limited to the following:

**PRE-EXISTING CONDITION EXCLUSION.** This Policy will not cover any Total or Partial Disability:

1. which is caused or contributed to by, or results from a Pre-Existing Condition; and
2. which begins in the first 12 months after the Insured Employee's Effective Date.

"Pre-Existing Condition" means a Sickness or Injury for which the Insured Employee received treatment within 3 months prior to the Insured Employee's Effective Date.

"Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines.

You became insured under this policy on 09/01/2022. Since you stopped working during the first 12 months after that date, we investigated whether or not you received treatment during the 3 months prior to your effective date. The time frame for the pre-existing period would have been from 06/01/2022 to 09/01/2022.

©2024 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Information reviewed and action taken**

In our review process, all information previously submitted as well as any new documentation is used to make a determination. The documentation contained in your claim file includes, but is not limited to, the following:

- Attending Physician Statement completed by Dr. Gil Harmon dated 08/17/2023
- Medical Records from Gundersen Health System – Dr. William Scorby dated 08/23/2022
- Medical Records from Dr. Mark Ringstrom dated 10/26/2022
- Biopsy Report Dated 11/17/2022

According to the information contained in your claim file, you stopped working on 08/11/2023 due to a diagnosis of Salivary Gland Carcinoma. Our investigation concluded you received treatment for this condition during the pre-existing timeframe, as outlined above.

An attending physician statement was completed by Dr. Gil Harmon dated 08/17/2023. Dr. Harmon indicated you were unable to work due to Salivary Gland Carcinoma and that you were first treated for this on 10/23/2022 and diagnosed on 11/17/2022.

On 08/23/2022, you presented to Dr. William Scorby. It was noted that on 08/19/2022 you went to a family clinic for symptoms significant redness and swelling on the left side of your face as well as submandibular glandular swelling. An antibiotic was delivered via syringe on 8/19/22 and you were started on oral Augmentin. It was noted that you had psoriasis and presented to Dr. Scorby in the Gundersen Occupational Medicine department for concern of relatedness to your work (i.e. exposure to a chemical or infectious agent). Dr. Scorby's assessment was that work relatedness was unknown at that point but was not related to the psoriasis. The etiology / origin of the swelling and redness were unknown. The examination included the assessment for submandibular adenopathy (disease process relating to lymph nodes). Dr. Scorby's assessment of the condition was facial cellulitis during this visit; it was recommended that you finish your antibiotics. You were directed to follow up with your primary care physician as Dr. Scorby expressed concern over the persistent submandibular adenopathy.

On 10/26/2022 you saw Dr. Ringstrom, presenting for continued left facial swelling and redness for which you had presented to urgent care on 10/23/2022. You relayed the history of the symptoms, especially detailing that although you had been experiencing the symptoms for about the past year, the most significant exacerbation had been the events in August 2022. Dr. Ringstrom evaluated the documentation from the urgent care visit as well as a CT that had been performed. Dr. Ringstrom expressed concern about a lymph node that he believed needed to be excised and biopsied.

An Excision / biopsy of left neck lymph nodes occurred 11/17/22, at which you were diagnosed with high-grade salivary duct adenocarcinoma.

**Summary**

In summary, the medical documentation contained in your claim file indicates your condition is pre-existing, as defined by this policy. As noted in the medical documentation above, you were initially seen on 08/23/2022 for chronic redness and swelling on the left side of your face. During this visit you were advised to follow up with your primary care physician as Dr. Scorby

expressed concern over your symptoms and persistent submandibular adenopathy. You then presented to Dr. Ringstrom on 10/26/2022 and noted continued left facial swelling and redness at this visit. Imaging had been performed within a short time prior to that visit. You were referred for excision and biopsy of left submandibular lymph nodes on 11/17/2022, at which time the results indicated a high-grade salivary duct adenocarcinoma.

As such, the medical documentation shows you were treated during the pre-existing look back period of 06/01/2022 to 09/01/2022, for conditions / symptoms causing, contributing to, or resulting in your current disabling condition. Therefore, your condition is considered pre-existing and your claim has been denied with no benefits payable.

Please note, your claim was reviewed for the pre-existing provision only. In the event the claim would be overturned and reopened upon appeal, a full investigation into eligibility of benefits including Total or Partial Disability would need to be completed.

We evaluated this claim by applying the provisions of the policy to the facts and opinions contained in the claim file. Other than what is set out in the policy, we did not rely upon any guidelines, internal rules, protocols, standards or other similar criteria in reaching this claim determination.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Once we receive your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. You may also request copies of records and other information relevant to your claim free of charge.

REF #22039155

If your policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency.

In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under law.

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Andrew Lieswald
Assisting on behalf of Crystal Gallo
855-818-2883 x8129
Specialist, LTD Claims
The Lincoln National Life Insurance Company

REF #22039155

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló̜. Kojį' hódíílnih áǫį́óóǫéąą́ǫąíę́ę.

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Gunderson Health System | Robert Loper | 1230085410 |

| | | | |
|---|---|---|---|
| **Report Date:** | 1/8/2024 | | |
| **Referred By:** | Karryn Nettell | **Claimant DOB:** | |
| **Referral Date:** | 12/22/2023 | **Job Title:** | PROSTHETIST (medical ser.) |
| **Due Date:** | 01/06/2024 | **Medical/ Surgical Condition:** | Malignant neoplasm of major salivary gland |
| **Referral Type:** | Standard File Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 08/11/2023 |
| | | **DOD:** | 08/12/2023 |
| **Physical Demands:** | | **BBD:** | 11/11/2023 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)**
Response:

C08.0 Submandibular ductal carcinoma (liver metastasis)

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**
Response:
N/A

**3. Taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 8/12/23 to the present and ongoing, and comment on the expected duration.**

Response:

- There is reasonably supported R&Ls from 8/12/2023 to 8/11/2024:
- No more than ADLs

The claimant recently diagnosed with progressive metastatic disease and now involving the liver based upon follow up with medical oncologist, Dr. Harmon on 7/13/2023, started clinical trial with pembrolizimab and Goferlin therapy at University of Wisconsin on 8/9/2023. Discussion with Dr. Harmon's staff confirms ongoing therapy. There is reasonably supported R&Ls from 8/12/2023 to 8/11/2024: no more than ADLs.

**4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).**

Response: Yes

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).**

Response: Yes

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

Response:
N/A

**Additional Questions**

**Other Specific Medical Question: " Is the claimant's claimed disability related to a new onset or is there a history of the impairment found in the records. (PRE-EX) " Is the claimants current impairment caused by or contributed by a condition that he/she received treatment for the lookback period of 08/01/2022 to 11/01/2022. Please consider that "Treatment" means consultation, care or services provided by a Physician. It includes diagnostic measures and the prescription, refill of prescription, or taking of any prescribed drugs or medicines. (PRE-EX) If not preex**

Response: 8/1/2022 to 11/1/2022:
Based upon occupation medicine follow up on 8/23/2022, the claimant was treated for facial cellulitis/infection with antibiotic therapy presenting as redness and swelling.

Based upon the otolaryngology consultation report on 10/26/2022 with Dr. Mark Ringstrom, the claimant had left facial and neck swelling/cellulitis for about a year. He was recently treated with antibiotics Augmentin for concern of skin infection. He also was noted that the claimant had history of prior left submandibular mass excision as a young man but unaware of the etiology. On physical examination, the claimant had asymmetric fullness on the tail of the parotid gland and palpable lymph nodes on the neck. Prior diagnostic imaging CT scan demonstrating diffuse cellulitis of the left face and neck with multiple reactive lymph nodes and foreign body in the midline of submental subcutaneous space. The claimant was noted at the time to have left facial and neck swelling with acute infectious exacerbation. Dr. Ringstrom noted "cannot quite say what the cause of underlying left sided inflammation and swelling is or what is leading to acute exacerbations." He

recommended to prolong course of Augmentin antibiotic therapy at the time. The otolaryngologist also recommended excising of lymph node for any “worrisome” pathology.

The enlarged lymph nodes could be caused by infection but also underlying malignancy. The otolaryngologist recommended excision of lymph nodes on 10/26/2022 due to concern for “worrisome pathology” for malignancy. Diagnostic excision of the neck lymph nodes related to the current impairing diagnosis of metastatic submandibular ductal carcinoma was conducted on 11/17/2022.

**Other 7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence: Dr Gil Harmon oncology p 608-775-1200 f 608-775-6627**

Call 1/5/2024: spoke to Dr. Harmon’s team – Shayan

Dear Dr. Harmon,

As the physician who was asked by Lincoln Financial Group to review the medical records your patient records, thank you having your staff speak with me today.

The medical records indicate the primary impairing diagnoses of your patient are: Metastatic liver cancer; salivary gland primary. Based upon the medical records your patient has metastatic liver cancer and referred to university of Wisconsin for clinical trial. Upon discussion with your staff today your patient started pembrolizimab and Goferlin therapy on 8/9/2023 and is scheduled for cycle 5 on 11/29/2023. Based upon extent of disease involving the liver and active therapy, there is reasonably supported R&Ls: no more than activities of daily living from 8/11/2023 to 8/11/2024.

Your patient’s medical condition would not preclude participation in their usual activities which are within the above noted restrictions and limitations. Please clarify if any further R/Ls are warranted at this time.

Your patient’s disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

The claimant is 61 y/o with progressive metastatic salivary gland carcinoma with initial diagnosis on 11/17/2022 with left neck mass lymph node dissection followed by shortly thereafter with biopsy of the left axillary lymph node on 11/29/2022 treated with cisplatin based chemotherapy on starting 12/14/2022 followed by radiation to the left neck on 5/31/2023-6/9/2023 and left axilla 6/13/2023 to 6/22/2023. Based upon Gunderson Health System medical oncology follow up with Dr. Gil Harmon on 7/21/2023, the claimant underwent recent progression of disease with recurrence in the head and neck and liver metastases. The claimant was recommended to undergo clinical trial at University of Wisconsin due to limited options and uncertain nature of ability to control the cancer.

Based upon discussion with Dr. Gil Harmon on 1/5/2024, the claimant is undergoing therapy with University of Wisconsin Madison and undergoing pembrolizumab and Goferlin 8/9/2023 started and due cycle 5 on 11/29/2023.

The claimant recently diagnosed with progressive metastatic disease and now involving the liver based upon follow up with medical oncologist, Dr. Harmon on 7/13/2023, started clinical trial with pembrolizimab and Goferlin therapy at University of Wisconsin on 8/9/2023. Discussion with Dr. Harmon's staff confirms ongoing. There is reasonably supported R&Ls from 8/12/2023 to 8/11/2024: no more than ADLs

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

7/21/2023: medical oncology f/u Gundersen Health Dr. Gil Harmon
11/15/2022: Iris prescription summary

**Electronically Signed:**

Nisha Word, M.D. Medicine/Oncology
Board Certified Radiation Oncology

GUNDERSEN
HEALTH SYSTEM®

1900 South Avenue, AVS-001 • La Crosse, WI 54601
Telephone: (608) 775-3199 • FAX: (608) 775-4706

# *Fax Transmission*

**Number of Pages:** (not including this page)

**Date:** 12/20/23
**Time:** 8:41 AM

**To:**
**At:** LINCOLN FINANCIAL GROUP
**Fax Number:** 877-843-3950

**From:** Betty
**Phone Number:** (608) 7753460

---

Following are copies of health care records on:

Patient Name: Robert J Loper
DOB:
Medical Record Number: 000008828980

**Comments:**

---

**CONFIDENTIALITY NOTICE:** This telefaxed correspondence is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication by mistake, please call the sender immediately by telephone and mail the original message to us at the above address. Thank you for your assistance.

Gundersen Lutheran Medical Center, Inc. | Gundersen Clinic, Ltd.

Lincoln
Financial Group®

**To:** **GIL E HARMON MD**
Company:
Fax: (608)775-4706
Phone:

**From:** **KaDe Krueger**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, December 20, 2023 9:00:02 AM
**Number of pages including this cover sheet:** 05

1. Patient Name: Robert Loper

Maiden/Former Name: ______

Date of Birth: ______

Address: ______

______

Phone Number: ______

Clinic Number (if known): 8828980

**GUNDERSEN HEALTH SYSTEM®**

**La Crosse, WI 54601**

1900 South Avenue, AVS-001, La Crosse, WI 54601

PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199

FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548

**FAX MEDICAL RECORDS TO: (608) 775-4706**

EMAIL: medicalrecords@gundersenhealth.org

HOURS: Monday - Friday, 8:00 am – 5:00 pm

**I hereby Authorize:** Written Communication Between 2 & 3? ☒ Yes ☐ No
Verbal Communication Between 2 & 3? ☒ Yes ☐ No

| **2. Information Disclosed From:** | | | **3. Information Disclosed To:** | | |
|---|---|---|---|---|---|
| Gundersen Health | | | Lincoln Financial | | |
| Name of Person or Organization(Gundersen Health System) | | | Name of Person or Organization(Gundersen Health System) | | |
| 1900 South Ave | | | | | |
| Street Address | | | Street Address | | |
| La Crosse Wi, 54601 | | | | | |
| City | State | Zip | City | State | Zip |
| 608-782-7300 | | | 855-818-2883 | | |
| Phone Number | Fax Number | | Phone Number | Fax Number | |

4. Please **CHECK ONLY ONE BOX**:
- ☐ Mail Records
- ☐ Fax Records (provide fax number above)
- ☐ Email: ______ ****FOR PATIENT REQUESTS ONLY****
  (Please Print Email Address)
- ☐ Will Pick Up Records (**La Crosse Campus ONLY**)
- ☐ **No records needed at this time. File in patient's medical record for future use.**

5. **Format for Records:** ☐ Paper **OR** ☐ CD/DVD (requires PDF viewer). Please check only one box.
***Please note, if a format is not selected, records will be in paper format**

6. **Type of Information to Be Disclosed:** ☒ Medical Records ☐ Behavioral Health (#7 required) ☐ Both (#7 required)
2 year history unless specified: ______ to ______,

______

______

7. **State and Federal Laws require specific authorization prior to disclosing certain information. Please check if you would like any or all of the following information disclosed:**
☐ Mental Health ☐ Alcohol/Drug Abuse ☐ Developmental Disability ☐ HIV Testing

8. **Purpose or need for disclosure (check one):** ☐ Further Medical Care ☐ Insurance Claim ☐ Personal
☐ Legal Investigation ☐ Insurance Application ☒ Disability Determination ☐ Other ______

9. **Expiration Date:** This authorization is valid for 1 year from date of signature or until ______ (specific date up to 2 years) and covers records that were created or existing on or before the date this authorization was signed, as well as records that are created after the date this authorization is signed, up until the expiration date.

1. Patient Name: ______________________

Maiden/Former Name: ______________________

Date of Birth: ______________________

Address: ______________________

______________________

Phone Number: ______________________

Clinic Number (if known): 8828980

GUNDERSEN
HEALTH SYSTEM®
**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm

## Your Rights With Respect To This Authorization

General Statement of Rights: Federal and state laws protect the confidentiality of my PHI including but not limited to: Mental Health – Sec 51.30, Wis. Stats; & HFS 92, Wis. Admin. Code. Alcohol & Other Drug Abuse – Sec. 51.30 Wis. Stats, HFS 92, Wis. Admin. Code; and 42 CFR Part 2 Final Rule governing confidentiality of alcohol and drug abuse patient records and that recipients of this information may re-disclose it only in connection with their official duties. Prohibition on redisclosure. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further redisclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164. Right to Receive a Copy of this Authorization: I have a right to receive a copy of this form after I sign it. Right to Refuse to Sign This Authorization: I am under no legal obligation to sign this form, however, under certain circumstances permitted under applicable law; refusal to sign may result in denial of services. Right to Withdraw This Authorization: I have the right to withdraw this authorization at any time by providing a written statement of withdrawal to the individual/agency authorized to disclose PHI. My withdrawal of consent will not be effective until the individual/agency authorized to disclose PHI receives it, and will not be effective regarding the uses and/or disclosures of my PHI made prior to receipt of my withdrawal statement. Re-disclosure: If I authorize release of PHI to an individual or agency not covered by federal or state laws that prohibit re-disclosure, my PHI may not remain confidential. Right to Inspect and/or Copy PHI: I have the right to inspect and receive copies of my PHI as permitted by law. I may be charged a reasonable fee for these copies.

**In accordance with the conditions listed on the first page of this form and above, I authorize the use and disclosure of my medical information.** By signing this authorization, you understand that treatment, payment, enrollment or eligibility of benefits may not be conditioned on you signing this authorization. This authorization may be revoked in writing at any time by submitting a request to Release of Information at the address above. This form must be legible and the first page must be completed in full (numbers 1 – 9) in order to be valid.

***Copies of records may be obtained with reasonable notice and payment of copying costs. Fees may apply.***

**Signature of Patient:** Robert J Loper **Date:** 9/14/2023

**Signature of Parent/Guardian:** ______________________ **Date:** ________

(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order **establishing the person's authority.**)

**Legal Authority:**
- ☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased
- ☐ Personal Representative/Domestic Partner of Deceased
- ☐ Health Care Agent ______________________
- ☐ Other: ______________________

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 20, 2023

GIL E HARMON MD
RELEASE OF INFORMATION
1900 SOUTH AVE
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 06/01/2022 to present |
| Diagnostic Test Results | 06/01/2022 to present |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

KaDe Krueger
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 12/04/22 1100 | Encounter Date: 12/2/2022 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 02, 2022

Consulting Provider: Gil E Harmon, MD

Requesting Provider: Mark J Ringstrom, MD

Reason for Consultation: New diagnosis of s**alivary ductal carcinoma.**

Stage: IV

History of Present Illness: Robert J Loper is a 60 y.o. male who presents for initial medical oncology consultation.

--Noted about a year ago that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--He notes 2 weeks of cough and dyspnea as well, which is new. He is very active and continues to work.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

No past medical history on file.

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Occupation: | Prosthetist |
| **Tobacco Use** | |
| • Smoking status: | Former |

GUNDERSEN HEALTH SYSTEM

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Note

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 12/2/2022

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

| | |
|---|---|
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |
| Years since quitting: | 30.9 |
| • Smokeless tobacco: | Never |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Family History

| Relation | Problem | Comments |
|---|---|---|
| Sister | Cancer-Melanoma | |

Current Medications

| Medication | Sig |
|---|---|
| • levoFLOXacin (LEVAQUIN) 750 mg tablet | Take 1 Tablet (750 mg) by mouth daily for 7 days |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For |

| | |
|---|---|
| | blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

No Known Drug Allergies

Physical Examination:
Performance Status: ECOG: 0
BP 137/65 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 94 | Wt 104.6 kg (230 lb 8 oz) | BMI 29.74 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: L neck lymphadenopathy/enlarged submandibular salivary gland palpable.
SKIN: Area of induration in the L submandibular region noted.
LUNGS: Course breath sounds throughout.

Laboratory Data: Flu/Covid swab negative.

Imaging: CXR today concerning for pna.

Pathology: As above

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**
2. Acute cough

--Pna noted on CXR. Treating with quinolone d/t recent Augmentin exposure just prior to the cough started 2 weeks ago
--Otherwise discussed his new cancer diagnosis. Discussed the nature of salivary ductal ca.
--Discussed incurable nature of the disease at this stage
--Discussed that this is treatable. Tx based on receptor findings

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

--If Her2 returns positive then will favor Q3 week TCH. 6 cycles followed by maintenance Herceptin.
--If Her2 negative would favor CAP chemo x 6 cycles then obs.
--Each of these is predicated on good echo findings as it relates to LVEF
--Discussed need for port
--Discussed need for full NGS
--Discussed AR+ status and the ability to use ADT, which is regarded as a second line approach.
--Discussed clinical trial referral if he would so desire. He does not favor at this time.
--Discussed prognosis measured in short years on average.

PLAN
--CXR today as above. Treat for pna with levaquin x 7 days.
--HER2 results pending. Will wait on that result and then will coordinate tx from there.
--Needs NGS. Will need port and limited echo.

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/04/22 1100

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 12/18/22 0929 | Encounter Date: 12/12/2022 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 12, 2022

**FOLLOWUP APPOINTMENT:**

**CC**: Start of therapy for salivary ductal carcinoma. CAP therapy. Consent and tx start today.

DIAGNOSIS: Salivary ductal carcinoma.

Stage: IV (distant disease bx confirmed)

ONCOLOGIC HISTORY:
--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2023. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

--L axillary node bx confirmed as metastatic disease on 11/29/22

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Cough and breathing much improved since completion of antibx course that I prescribed at initial visit (see that note)
--Clinically he notes increasing fullness of the neck (lymphedema). This has progressed even within the past week
--He notes inability to lay flat otherwise d/t this neck swelling as it makes it hard for him to breathe.

Patient Active Problem List

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia
- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy

Current Medications

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

| | |
|---|---|
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |

Physical Examination:
Performance Status: ECOG: 0
BP 120/90 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 76 | Temp 36.2 °C (97.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.5 kg (232 lb 8 oz) | BMI 30.00 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal

EYES: Anciteric.
LYMPH: Neck lymphedema is extensive b/l. Nodules palpated mostly on the left with skin induration and discoloration noted in the region of level II/III
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Cr acceptable for cisplatin. CrCl calculated at 86 given age and weight

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy

Please see the oncologic history, updated by this author through today.

- Here for consent and start of CAP chemotherapy
- Choice of triplet regimen d/t extent and page of aggressive salivary gland histology
- Pt agrees to proceed and consent is obtained. Discussed AE profile including renal/ototoxicity, etc.
- Discussed myelosuppression risk. GCSF recommended and prescribed (10 daily injections)
- Discussed echo results (normal), and as such he is a candidate for adriamycin.
- Discussed supportive fluids on Friday and short interval followup with labs in a week
- Discussed 21d cycle length. Can extend to 28 days if needed. Restage with imaging after 3 cycles. Clinical monitoring of his neck throughout of course.
- Attempting to get hospital bed d/t his extensive neck lymphedema that impinges on his breathing if he lays flat.

**PLAN**
1) Treatment Wed
2) IVF 1L on Friday with Aloxi
3) Labs, OV with a PA, and IVF support at infusion for a liter (all next Wed)
4) Labs, OV, and treatment to follow around Jan 3

I recommend a hospital bed to be ordered for Robert based on Face to Face evaluation completed:12/18/22
.

Robert is unable to position self with an ordinary bed due to the following medical condition --neck lymphedema that impinges on airway in the supine position -- that is expected to last 1 month or longer. Body positioning for pain relief is not feasible with an ordinary bed.

He requires the head of bed to be elevated more than 30 degrees because of the aforementioned neck

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

lymphedema caused by extensive regional spread of salivary gland cancer. . A bed that changes height to permit transfers to chair, wheelchair or standing position is not required. Frequent and/or immediate changes in body position is not required.

.

.Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/18/22 0929

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 02/23/23 1847 | Encounter Date: 2/23/2023 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
February 23, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging scan results and tox check on CAP chemotherapy.

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged** |

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

| | |
|---|---|
| | Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Tolerating chemotherapy quite well overall. No s/s of current infection
--No s/s of CHF. Breathing reasonably well (unless laying flat). No LE edema.

--Tinnitus noted. This is new with treatment. Has been relatively stable as treatment has gone on. Not a dose prohibitive impairment.
--No numbness/tingling in fingers/toes.
--Eyes watering but this is managed with eye drops reasonably well.

--He did not have as much MSK pain with GCSF with C3. Recall that he had MSK pain (chest) after C2 that in fact led to an ER visit for GCSF related pain.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week |

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

| | |
|---|---|
| | before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 127/72 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 77 | Temp 36.1 °C (97 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 107.9 kg (237 lb 12.8 oz) | SpO2 97% | BMI 30.68 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated with cutaneous involvement of malignancy in L level II
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. Not significantly changed since my last exam.
**LUNGS: Clear to auscultation bilaterall**y
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs from 2/13 acceptable for chemo tomorrow. Ca corrected for high albumin is fine. WBC acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET today shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 4 for tomorrow is signed.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**PLAN**
1) Chemo tomorrow.
2) Echo (limited) anytime that works for the patient within the next 4 weeks
3) No Aloxi/fluids after this infusion (nothing to cancel) (just documenting)
4) 3 weeks from tomorrow: labs, OV, and treatment to follow (has port)
5) 6 weeks from tomorrow: labs, OV, and treatment to follow.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 02/23/23 1847

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 03/17/23 0903 Encounter Date: 3/17/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
March 17, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**
10/26/2022 **Initial Diagnosis**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

| | |
|---|---|
| | Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Eye watering continues.
--Breathing okay overall. "nothing wrong with breathing"
--Does have some neck obstructive type symptoms but not deep chest issues. Helps to sit up. Has hospital bed now

--No leg swelling.
--No chest pain aside from GCSF discomfort.

--Tinnitus stable. Not progressive. Feels that hearing itself is stable. No CIPN.
--No blood in the urine.

--Has some lower back pain (APAP for that). Feels this is likely unrelated.

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

--Still working. Notes he has gained some weight.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60- | Take 1,000 mg by mouth Daily |

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

| | |
|---|---|
| 90-500 60-90-500 mg caspule | |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime (Patient not taking: Reported on 3/17/2023) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 112/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 78 | Temp 36.6 °C (97.9 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 107 kg (236 lb) | BMI 30.45 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. This actually looks a little better today than last cycle in terms of less bruising within the skin itself.
**LUNGS: Clear to auscultation bilaterall**y
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Lymphedema**
2. Anemia associated with chemotherapy
3. Other long term (current) drug therapy
4. Encounter for antineoplastic chemotherapy
5. Salivary gland carcinoma (*)

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

6. Chemotherapy-induced nausea

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before last cycle shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. This is scheduled in 3 days. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 5 is signed. No dose changes.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Aloxi only next week Monday

**PLAN**
1) Chemo today
2) Aloxi only on Monday
3) Labs, OV, and chemo to follow in 3 weeks.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 03/17/23 0903

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 04/07/23 2047 Encounter Date: 4/7/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
April 07, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy. C6

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22 |

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Insomnia. Staying aside has been the problem more so than sleep initiation. Not so much a consistent nocturia issue. Some rumination is involved. Not a pain issue. Not consistently an issue with neck swelling/breathing. Is keeping head elevated.

--No new breathing concerns.
--Neck swelling is stable. Skin is about the same.
--Nausea with chemo but responsive to anti-emetics.
--Did have a super-imposed viral issue during last cycle.

--Tinnitus stable.
--No blood in the urine.
--No persistent CIPN

--Low back pain stable (chronic)
--GCSF related bone pain the same.
--On and off HA.
--Does not note axillary nodal growth.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % | Apply to skin 2 times daily Over rash on elbows and |

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

| | |
|---|---|
| (TEMOVATE) 0.05 % ointment | knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 5 days. Starting 4/16. Ending 4/20 |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) (Patient not taking: Reported on 4/7/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 112/84 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 84 | Temp 36.5 °C (97.7 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 105.3 kg (232 lb 3.2 oz) | BMI 29.96 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema is unchanged. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II. This induration is unchanged. There is more bruising about the anterior chest below the area of what is believed to be cutaneous involvement of the malignancy.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. The area of induration looks stable.
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable. Discussed non fasting sugar elevation.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy
4. Insomnia, unspecified type

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before cycle 4 shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.)
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. The one planned last month appears not to have been completed and we will request that it be rescheduled. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle). Complex prescribing given that part of this will be in FL.
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 6 is signed. No dose changes.
- Anti-emetic plan remains home oral regimen as he is able to get by without IV anti-emetics at this point.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Oral regimen at this time.

**Insomnia**
Discussed his insomnia at length. Ultimately elected to try adding melatonin. Did not tolerate Ambien or Ativan previously. Gets some benefit from anti-histamines OTC.

**PLAN**
1) Chemo today as planned
2) May 4th PET scan (wants in the afternoon). Labs that day as well.
3) 11:30 (harmon specifically wants this overbook) on 5/8/23

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 04/07/23 2047

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130**

Author: Harmon, Gil E, MD
Filed: 05/08/23 1848
Editor: Harmon, Gil E, MD (Physician)
Service: —
Encounter Date: 5/8/2023
Author Type: Physician
Status: Signed

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
May 08, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging imaging results at completion of 6 cycles of CAP

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Results discussion today
--ROS notable for overall stable neck swelling, though there has been some progress in terms of new compression device.
--Continues to work. No new acute concerns.

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on |

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

| | |
|---|---|
| | Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 100/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 84 | Temp 36.8 °C (98.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.1 kg (231 lb 12.8 oz) | SpO2 99% | BMI 29.91 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

- Need echo given cardiac hx of anthracycline exposure. Pt cancel from March noted. Due (reschedule) later this week. He has no clinical s/s of CHF at this time.
- Clinically stable in terms of neck lymphedema.
- Imaging discussed at length. His mixed response continues. Level V neck node on the left noted. L axillary nodes noted. Overall burden of disease has decreased, but the fact that disease does persist and in fact has progressed in the L axilla is noted.
- Discussed our options at length today. 1) obs at this time until progression with RECIST measurable disease (which he does not currently have). 2) Radiation to a small field(s) to cover only currently visible sites of disease (ie. Perhaps just the axilla to see what happens in terms of a PFS interval thereafter 3)

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

Radiation to full b/l necks and L axilla (discussed the significant toxicity involved in this in the context of stage IV disease that is almost certainly not curable) 4) Movement straight to Lupron 5) Trial at UW with pembro added to Lupron (no currently measurable disease, so would not be eligible d/t the lack of RECIST measurable lesion, but could wait until one of his nodes is 1.5 cm in size)

- Will start with rad onc followup before finalizing our plan. I honestly would support multiple of the above options. Lupron during radiation as a combination of options could be entertained as well, though this would preclude his enrollment in the pembro/Lupron study in the future. Recall that he has no on label access to ICI.
- I will followup after rad onc followup comes through.

**PLAN**
1) Rad onc followup with Driscoll ASAP

Total Time on encounter: 40 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 05/08/23 1848

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 07/07/23 2131 | Encounter Date: 6/30/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
June 30, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Post XRT plan

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br><u>Left neck mass, level 5, excision:</u><br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Note

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 6/30/2023

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

--Robert tolerated radiation very well
--He is recovering from chemotherapy well. Working. Hair starting to regrow. No evidence of any cardiac injury.
--He continues to use lymphedema management techniques with modest benefit. Persistent neck lymphedema as would be expected
--Was seen recently by ENT. I agree that the midline neck skin lesion is almost certainly benign. It appears to be on the order of a venous lake type of lesion.
--The main issue today, is that in the R neck (level V) has a neck lesion that is nodular and highly concerning for recurrent disease. This is not so much painful as just a palpable nodule that is new within the past several days.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) | Place 1 Tablet (0.4 mg) under tongue as needed |

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

| | |
|---|---|
| 0.4 mg tablet | For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 120/72 (BP Location: Right arm, Patient Position: Sitting) | Pulse 86 | Wt 108.2 kg (238 lb 8.6 oz) | BMI 30.78 kg/m²
GEN: Alert and oriented x 3. NAD.
NECK: R level V 1 cm nodule, subcutaneous

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
**1. Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

--Discussed that end of tx echo was intact and lacked evidence of chemo-related cardiac injury.
--Discussed that he tolerated chemo and, more recently, EBRT quite well.
--However, he has a new lesion in the R neck on exam today (nothing on the left though) that I fear will represent progressive cancer.
--Discussed SOC options, most notably Lupron monotherapy
--Juxtaposed that with the known trial at UW which combines Lupron with pembro. He favors this trial. I agree.
--I believe he would be a good candidate so long as RECIST measurable disease is found. Namely if a subq nodule hits at least 10 mm in size. This R neck lesion would be close if confirmed.
--We will start with imaging but then move to UW referral. I have previously spoken to the trial PI there, and I believe he would be a good candidate so long as he meets all screening criteria.
--He expresses understanding. CT neck requested. Otherwise we have post XRT PET scheduled at the end of

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

the month.

**PLAN**
1) CT Neck ASAP. Amwell visit with Harmon right after (overbook is fine). Must be Harmon as provider in this case.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 07/07/23 2131

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 08/04/23 1724 Encounter Date: 7/21/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)
Related Notes: Original Note by Harmon, Gil E, MD (Physician) filed at 08/01/23 2138

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
July 21, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Followup to continue coordination of next steps in care.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

| | |
|---|---|
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/13/2023 | **Progression**<br>In the setting of new palpable neck nodularity (see notes of palpable lesion in R level III/V region)<br><br>CT Neck:<br>Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. |

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Significant contact between this author and UW. He appears eligible at UW for Lupron/pembro study.
--He is noting rather rapid increase in the fullness of his b/l neck. Still able to breath freely but has positional issues with sleep as he has before. ROM is decreasing as he tries to turn his head.
--Vascular hemangioma like lesion removed today by ENT given that it had been bothering him (catching on clothing, etc). This would have been a lesion caused by vascular congestion d/t cancer progression in my opinion.
--He has no other discomforts of note (below the neck). No frank pain really. Still working.
--We await his upcoming PET scan.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) | Take by mouth 1/2 dosing cup swish and spit |

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

| | |
|---|---|
| 100,000 unit/mL suspension | |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0

GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. None new today.

Imaging: As per oncologic history. CT neck reviewed with patient.

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

I had a good conversation today with the patient about next steps. He is eligible for the University of Wisconsin trial that uses Lupron and pembrolizumab in combination as a single arm study.

I discussed in frank terms that I have not had easy access to immunotherapy in any other capacity given that there is no FDA label for use in salivary gland carcinoma. Lupron would be the standard of care option that I

would have access to, but given our desire to be as aggressive as possible, we favor the clinical trial enrollment as much as can be pursued.

The patient has had more rapid clinical progression in the last couple of weeks. He has a CT neck that shows known progression and does have RECIST measurable disease apparent. He more over has right neck palpable disease that is basically subcutaneous and does also serve as measurable disease. He has already been deemed to likely be eligible for the University of Wisconsin study.

On the patient's behalf, I have reached out to the University of Wisconsin to explain that we do have a PET scan already scheduled and as such that I would hope this would double as his pre-treatment baseline imaging given that we do use iodinated CT contrast as part of our head and neck PET scanning protocols. In as much as I have been able, I have been able to confirm that he is not in need of additional imaging other than the PET scan that we already have planned.

Given the more significant progression that is happening on a clinical basis, I have asked that the most expedited possible appointment scheduling be made available for the patient given his overall concern that his clinical progression will potentially get out of hand. I do agree with him that his clinical pace of disease has increased in the last couple of weeks.

In terms of symptoms in need of management, he does have lymphedema of the neck as he has before and this is worsening, but aside from ongoing lymphedema management which is already at maximum at the current time, I do not have any other direct interventions to make on this at this time.

We did have a prognosis discussion today as it relates to goals of care and life decision making. My hope is that we maintain some modicum of palliative control with systemic therapy, but at this point, local therapies are certainly not the right direction to go given rapid progression after cessation of cisplatin-based chemotherapy to extend beyond the areas that we chose to radiate when he had only oligo-residual disease earlier this year.

I remain hopeful that we still have some moderate length of control, perhaps even measured in a 1-2 year time frame with the use of Lupron based therapy, but I was clear to explain that our ability to control his cancer is unknown until he starts this therapy. If there were to be some issue with trial enrollment or the time line there of, we would simply start Lupron therapy here in an expedited fashion in La Crosse.

**PLAN**

--UW clinical trial candidate. He has followup scheduled there. Attempting to expedite and consolidate appointments there as able. Keeping PET scan here.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

ADDENDUM:
PET shows rapid progression, including liver metastatic disease. We are all the more in need of expediting appointments at UW to get him to systemic therapy as quickly as possible.

Electronically signed by Harmon, Gil E, MD at 08/01/23 2138
Electronically signed by Harmon, Gil E, MD at 08/04/23 1724

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

**END OF REPORT**

## Results

**LAB COVID-19, INFLUENZA A, B & RSV RAPID RT-PCR [206213371] (Normal)** Resulted: 12/02/22 1745, Result status: Final result

Ordering provider: Harmon, Gil E, MD 12/02/22 1655 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Narrative:

RT-PCR testing was performed using the Gene Xpert SARS-CoV-2 plus assay (Cepheid, Sunnyvale, CA).

The Cepheid Xpert Xpress CoV-2 plus Letter of Authorization, along with the authorized Fact Sheet for Healthcare Providers, the authorized Fact Sheet for Patients and authorized labeling are available on the FDA website:

https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Respiratory | Nose/NP | 12/02/22 1655 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| COVID-19 PCR | Negative | Negative | — | GLHL |
| Comment: Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. | | | | |
| Influenza A PCR | Negative | Negative | — | GLHL |
| Comment: Flu A viral RNA not detected. | | | | |
| Influenza B PCR | Negative | Negative | — | GLHL |
| Comment: Flu B viral RNA not detected. | | | | |
| RSV PCR | Negative | Negative | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**Interpretation Summary**

RT-PCR testing was performed using the Gene Xpert SARS-CoV-2 plus assay (Cepheid, Sunnyvale, CA).

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 12/2/2022

**Interpretation Summary (continued)**

The Cepheid Xpert Xpress CoV-2 plus Letter of Authorization, along with the authorized Fact Sheet for Healthcare Providers, the authorized Fact Sheet for Patients and authorized labeling are available on the FDA website:

https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas

**END OF REPORT**

## Results

**Hemogram [206820334]**

Resulted: 12/12/22 1518, Result status: Final result

LAB HEMG [206820405] (Abnormal)

Ordering provider: Harmon, Gil E, MD 12/12/22 1309
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Order status: Completed
Reflex ID: 206820334

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.31 | 3.70 - 10.40 K/uL | — | GLHL |
| RBC | 4.88 | 4.50 - 5.80 M/uL | — | GLHL |
| HEMOGLOBIN | 13.5 | 13.6 - 16.7 g/dL | L ˅ | GLHL |
| HEMATOCRIT | 41.8 | 41.0 - 50.0 % | — | GLHL |
| MCV | 85.7 | 82.0 - 99.0 fL | — | GLHL |
| MCH | 27.7 | 27.0 - 32.0 pg | — | GLHL |
| MCHC | 32.3 | 32.0 - 36.0 g/dL | — | GLHL |
| PLATELET COUNT | 292 | 140 - 385 K/uL | — | GLHL |
| RDW-CV | 13.5 | 11.8 - 15.6 % | — | GLHL |
| RDW-SD | 42.4 | 34.0 - 50.0 fL | — | GLHL |
| ABS NEUT ELECTRONIC | 6.04 | 2.00 - 8.70 K/uL | — | GLHL |
| ABS IMMATURE GRAN ELECTRONIC | 0.05 | 0.00 - 0.04 K/uL | H ^ | GLHL |
| NRBC # ABSOLUTE | 0.00 | <=0.00 K/uL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**Hemogram [206820334] (continued)**

**Interpretation Summary**

The following orders were created for panel order Hemogram.

| Procedure | Abnormality | Status |
|---|---|---|
| --------- | ----------- | ------ |
| LAB HEMG[206820405] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Calcium [206820345] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CALCIUM | 11.0 | 8.8 - 10.2 mg/dL | H ^ | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Glucose [206820348] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE | 127 | 70 - 99 mg/dL | H ^ | GLHL |
| GLUCOSE HOURS FASTING | Non-Fasting | — | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**BUN [206820354] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BUN | 17 | 8 - 23 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

Resulted: 12/12/22 1612, Result status: Final result

**Creatinine [206820360] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CREATININE | 1.36 | 0.67 - 1.17 mg/dL | H ^ | GLHL |
| ESTIMATED GFR | 60 | mL/min/1.73m2 | — | GLHL |

Comment:
Estimated GFR calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Albumin [206820365] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.4 | 3.4 - 4.8 g/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN | Unknown | 1900 South Avenue | 03/13/14 1545 - Present |

| | | | | |
|---|---|---|---|---|
| | LUTHERAN MEDICAL CENTER INC-HOSPITA | | La Crosse WI 54601 | |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Bilirubin,Total [206820368] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BILIRUBIN, TOTAL | 0.2 | 0.0 - 1.3 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**ALKP [206820383] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALKP | 75 | 40 - 129 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Magnesium [206820387] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| MAGNESIUM | 2.1 | 1.6 - 2.4 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 01/05/23 1103, Result status: Final result

**LAB OTHER [206820392]**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: NON INTERFACED REFERRAL LABS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Other | — | 12/12/22 1507 |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| OTHER | SCANNED REPORT | — | — | REB2 |

Scan on 12/12/2022 1507 by Scott, Jennifer J: \22NI346R0026\ (below)

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022



Robert Loper

Diagnosis
Malignant neoplasm of major salivary gland

Accession No.
TL-22-UTGE726J

xF

Date of Birth

Sex
Male

Physician
Gil Harmon

Institution
Gundersen Lutheran Medical Center
8828980

TEMPUS | xF
105 gene liquid biopsy

cfDNA specimen:
Peripheral Blood
Collected 12/12/2022
Received 12/13/2022

**Notes**
The patient does not currently qualify for any clinical trials in our database.

## GENOMIC VARIANTS

**Potentially Actionable / Biologically Relevant**

No reportable pathogenic variants were found.

## IMMUNOTHERAPY MARKERS

**Microsatellite Instability Status**

MSI-High not detected

## TREATMENT IMPLICATIONS

No reportable treatment options found.

22NI346R0026
Loper,Robert J
MRN:08828980
12/12/22

22NI346R0026
Loper,Robert J
MRN:08828980
OTHER
12/12/22 JB

## VARIANTS OF UNKNOWN SIGNIFICANCE

Robert Loper | TL-22-UTGE726J

| Gene | Mutation effect | Variant allele fraction |
|---|---|---|
| CDKN2A | c.301C>T p.P101S Missense variant NM_058195 | 1.6% |
| RET | c.1483C>A p.Q495K Missense variant NM_020975 | 0.9% |

## LOW COVERAGE REGIONS

| | | | | | |
|---|---|---|---|---|---|
| ERRFI1 | FBXW7 | JAK1 | SMAD4 | SPOP | TERT |

**Assay Description**

The Tempus xF assay is a next-generation sequencing (NGS) cell-free DNA liquid biopsy tumor profiling assay for identifying genomic alterations derived from solid tumors but circulating in the blood. The 105 gene panel includes single nucleotide variants (SNVs), insertions and deletions (indels), copy number variants (CNVs) and chromosomal rearrangements (translocations) detected by hybrid capture NGS using custom designed IDT probes. The assay typically uses 30 to 50 ng of input DNA, and at 30 ng of input material, the technical sensitivity is >99% for SNVs and CNV amplifications at ≥0.5% variant allele fraction (VAF), and >93% for indels and >97% for translocations at ≥0.5% VAF. The assay spans clinically relevant coding exons for 35 genes and covers recurrent hotspot mutations in 70 genes. Insertions and deletions will be reported down to the lower limit of detection (LLOD) in clinically relevant regions in 97 genes (list available upon request). BRCA1 and BRCA2 copy number losses are reported when detected. At the discretion of the attending pathologists, the assay may be run at 10 to <30 ng of input DNA, but in such a case, the report will indicate reduced sensitivity and consideration should be given to additional testing. Please see the Tempus website for a complete gene list and performance specifications.

**Potentially Actionable** variants have associated therapeutic, prognostic or diagnostic evidence from the medical literature. **Biologically Relevant** variants have functional significance or an association with the disease state in the medical literature, but do not have relevant therapeutic, prognostic or diagnostic evidence in the Tempus knowledge database. **Variants of Unknown Significance (VUSs)** exhibit an unclear effect on function and/or do not have sufficient evidence to determine their pathogenicity. **Benign variants** are not reported. **Low Coverage Regions** are included when mean coverage over any region(s) of a gene falls below a threshold of 1000x. The absence of alterations in genes with low coverage should be interpreted carefully in the context of the patient's diagnosis with consideration for retesting. Variants are identified through aligning the patient's DNA sequence to the human genome reference sequence version hg19 (GRCh37). The clinical summary shows actionable and biologically relevant variants. Because sequencing is performed without a matched normal sample, it is not possible to distinguish whether reported variants are germline or somatic.

**Microsatellite instability (MSI)** refers to hypermutability caused by genetic or acquired defects in the DNA mismatch repair pathway. **MSI-high (MSI-H)** tumors have changes in microsatellite repeat lengths due to defective DNA mismatch repair activity. MSI-H status is reported when detected. If MSI status will affect clinical management, immunohistochemical staining for DNA mismatch repair proteins, or another method of ascertaining MSI status, is recommended.

**xF provides insights into the clinically relevant biomarkers incorporated in OncoKB, NCCN and other oncology guidelines for:**

**Bladder cancer:** FGFR2, FGFR3

**Breast cancer:** BRCA1, BRCA2, ERBB2 (HER2), ESR1, PIK3CA

**Cholangiocarcinoma:** FGFR2, IDH1

**Colorectal cancer:** BRAF, ERBB2 (HER2), KRAS, NRAS

**Gastroesophageal adenocarcinoma:** ERBB2 (HER2)

**Gastrointestinal stromal tumor:** KIT, PDGFRA

**Melanoma:** BRAF, KIT, NRAS

**Non-small cell lung cancer:** ALK, BRAF, EGFR, ERBB2 (HER2), KRAS, MET, RET, ROS1

**Complete Gene List**

**Assay Description (continued)**

A-C
AKT1, AKT2, ALK, APC, AR, ARAF, ARID1A, ATM, ATR, B2M, BAP1, BRAF, BRCA1, BRCA2, BTK, CCND1, CCND2, CCND3, CCNE1, CD274 (PD-L1), CDH1, CDK4, CDK6, CDKN2A, CTNNB1

D-F
DDR2, DPYD, EGFR, ERBB2 (HER2), ERRFI1, ESR1, EZH2, FBXW7, FGFR1, FGFR2, FGFR3, FGFR4, FLT3, FOXL2

G-M
GATA3, GNA11, GNAQ, GNAS, HNF1A, HRAS, IDH1, IDH2, JAK1, JAK2, JAK3, KDR, KEAP1, KIT, KMT2A, KRAS, MAP2K1, MAP2K2, MAPK1, MET, MLH1, MPL, MSH2, MSH3, MSH6, MTOR, MYC, MYCN N-R
NF1, NF2, NFE2L2, NOTCH1, NPM1, NRAS, NTRK1, PALB2, PBRM1, PDCD1LG2, PDGFRA, PDGFRB, PIK3CA, PIK3R1, PMS2, PTCH1, PTEN, PTPN11, RAD51C, RAF1, RB1, RET, RHEB, RHOA, RIT1, RNF43, ROS1

S-Z
SDHA, SMAD4, SMO, SPOP, STK11, TERT, TP53, TSC1, TSC2, UGT1A1, VHL

Gene Rearrangements
ALK, BRAF, FGFR2, FGFR3, NTRK1, RET, ROS1

Copy Number Gains
CCNE1, CD274 (PD-L1), EGFR, ERBB2 (HER2), MET, MYC

Copy Number Losses
BRCA1 and BRCA2

**Tempus Disclaimer**

The analysis of nucleic acids by next-generation sequencing (NGS) can be affected by multiple factors including DNA quality, hemolysis of the peripheral blood sample, and low amounts of circulating cell-free DNA limiting sensitivity. Tempus may report findings below our sensitivity threshold due to reduced sample quality and/or quantity. For samples flagged as falling below this threshold, Tempus advises resequencing in order to provide more accurate results. Additionally, the chance of detecting genetic alterations may be reduced in regions of the genome which are structurally difficult to sequence, in homologous genes, or due to sequencing errors.

Genetic alterations are defined as clinically significant based on peer-reviewed published literature and other authoritative sources such as NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®). These references are not comprehensive, therefore clinically unknown findings may occur.

These test results and information contained within the report are current as of the report date. Tempus will not update reports or send notification regarding reclassification of genomic alterations. This test was developed and its performance characteristics determined by Tempus Labs, Inc. It has not been cleared or approved by the US Food and Drug Administration. The laboratory is CLIA certified to perform high-complexity testing. Any decisions related to patient care and treatment choices should be based on the independent judgment of the treating physician and should take into account all information related to the patient, including without limitation, the patient and family history, direct physical examination and other tests. Tempus is not liable for medical judgment with regards to diagnosis, prognosis or treatment in connection with the test results.

Note that certain tumor type-, sample- or variant-related characteristics, such as low cell-free DNA concentration, may result in reduced analytic sensitivity of the xF test for detection of alterations in the covered genes, including the above mentioned guideline-recommended genes.

Dostarlimab is indicated for the treatment of patients with mismatch repair deficient (dMMR) endometrial cancer or solid tumors. Although patients with MSI-H cancers are likely dMMR, confirmatory testing is recommended.

Dates and times are represented in the coordinated universal time zone (UTC) unless otherwise specified. However, dates that are provided to Tempus without a timestamp (e.g., sample collection date) are listed as provided.

This assay cannot distinguish whether cell-free variants detected in plasma are derived from a patient's solid tumor or from clonal blood cells. Variants associated with clonal hematopoietic processes may be detected in a high percentage of older individuals and are especially common in the following genes:

ATM, BRAF, BRCA1, BRCA2, EZH2, FLT3, GNAS, IDH1, IDH2, JAK2, KIT, KRAS, NOTCH1, NPM1, NRAS, PALB2, PTPN11, RAD51C, RHOA, TP53

Correlation with tumor and/or blood sequencing results may be helpful in clarifying the origin of variants in some cases.

1. Genovese G, Kahler AK, Handsaker RE, et al. Clonal hematopoiesis and blood-cancer risk inferred from blood DNA sequence. N Engl J Med. 2014;371:2477-2487

**Tempus Disclaimer (continued)**

2. Jaiswal S, Fontanillas P, Flannick J, et al. Age related clonal hematopoiesis associated with adverse outcomes. N Engl J Med. 2014;371:2488-2498.

3. Chan HT, Chin YM, Nakamura Y, et al. Clonal Hematopoiesis in Liquid Biopsy: From Biological Noise to Valuable Clinical Implications. Cancers 2020, 12, 2277. https://doi.org/10.3390/cancers12082277

Referenced with permission from the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®) for Acute Lymphoblastic Leukemia Version: 1.2022 Acute Myeloid Leukemia Version: 2.2022 Ampullary Adenocarcinoma Version: 1.2022 Anal Carcinoma Version: 2.2022 Basal Cell Skin Cancer Version: 2.2022 B-Cell Lymphomas Version: 5.2022 Bladder Cancer Version: 2.2022 Bone Cancer Version: 2.2023 Breast Cancer Version: 4.2022 Central Nervous System Cancers Version: 2.2022 Cervical Cancer Version: 1.2022 Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma Version: 1.2023 Chronic Myeloid Leukemia Version: 1.2023 Colon Cancer Version: 1.2022 Dermatofibrosarcoma Protuberans Version: 2.2022 Esophageal and Esophagogastric Junction Cancers Version: 4.2022 Gastric Cancer Version: 2.2022 Gastrointestinal Stromal Tumors (GIST) Version: 2.2022 Gestational Trophoblastic Neoplasia Version: 1.2022 Hairy Cell Leukemia Version: 1.2023 Head and Neck Cancers Version: 2.2022 Hepatobiliary Cancers Version: 3.2022 Histiocytic Neoplasms Version: 1.2022 Hodgkin Lymphoma Version: 1.2023 Kaposi Sarcoma Version: 1.2022 Kidney Cancer Version: 3.2023 Malignant Peritoneal Mesothelioma Version: 2.2022 Malignant Pleural Mesothelioma Version: 1.2022 Melanoma: Cutaneous Version: 3.2022 Melanoma: Uveal Version: 2.2022 Merkel Cell Carcinoma Version: 2.2022 Multiple Myeloma Version: 1.2023 Myelodysplastic Syndromes Version: 1.2023 Myeloid/Lymphoid Neoplasms with Eosinophilia and Tyrosine Kinase Fusion Genes Version: 1.2022 Myeloproliferative Neoplasms Version: 3.2022 Neuroendocrine and Adrenal Tumors Version: 1.2022 Non-Small Cell Lung Cancer Version: 5.2022 Occult Primary Version: 1.2023 Ovarian Cancer/Fallopian Tube Cancer/Primary Peritoneal Cancer Version: 5.2022 Pancreatic Adenocarcinoma Version: 1.2022 Pediatric Acute Lymphoblastic Leukemia Version: 1.2022 Pediatric Aggressive Mature B-Cell Lymphomas Version: 2.2022 Pediatric Central Nervous System Cancers Version: 1.2023 Pediatric Hodgkin Lymphoma Version: 1.2022 Penile Cancer Version: 2.2022 Primary Cutaneous Lymphomas Version: 2.2022 Prostate Cancer Version: 1.2023 Rectal Cancer Version: 2.2022 Small Bowel Adenocarcinoma Version: 1.2022 Small Cell Lung Cancer Version: 1.2023 Soft Tissue Sarcoma Version: 2.2022 Squamous Cell Skin Cancer Version: 2.2022 Systemic Light Chain Amyloidosis Version: 1.2022 Systemic Mastocytosis Version: 1.2022 T-Cell Lymphomas Version: 2.2022 Testicular Cancer Version: 2.2022 Thymomas and Thymic Carcinomas Version: 2.2022 Thyroid Carcinoma Version: 2.2022 Uterine Neoplasms Version: 1.2022 Vulvar Cancer Version: 2.2022 Waldenström Macroglobulinemia / Lymphoplasmacytic Lymphoma Version: 1.2023 Wilms Tumor (Nephroblastoma) Version: 2.2022 © National Comprehensive Cancer Network, Inc. 2021. All rights reserved. Accessed October 14, 2022. To view the most recent and complete version of the guideline, go online to NCCN.org. The NCCN Guidelines® and other content provided by NCCN are works in progress that may be refined as often as new significant data becomes available. They are statements of consensus of its authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult any NCCN Guidelines® or other NCCN Content is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. NCCN makes no warranties of any kind whatsoever regarding their content, use or application and disclaims any responsibility for their application or use in any way. Therapeutic options are not applicable in all disease settings.

The OncoKB™ precision oncology knowledge base was made available under license from Memorial Sloan Kettering Cancer Center. See terms here.

**GUNDERSEN HEALTH SYSTEM**

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**TEMPUS** REQUISITION FORM STANDARD – 012122
Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com

Associated Study

22N1346R0026 LOPER, ROBERT J MRN: 08828980 Routine SPC OTHER Date: 12/12/22 Time: 1507 MX 45117827

**A. PATIENT INFORMATION (REQUIRED)**

| | | |
|---|---|---|
| Last Name: Loper | First Name: Robert | Middle Name: J. |
| DOB (MM/DD/YYYY): | Patient Medical Record #: 8828980 | Sex: ☒ M ☐ F |
| Race / Ethnicity: White | Email Address: | |

**B. ORDERING PHYSICIAN**

| | |
|---|---|
| Office / Practice / Institution: Gundersen Health S | |
| Street Address, Unit: 1900 South Ave | |
| State: WI | Zip: 54601 / Country: USA |
| Phone: 608-775-1200 | Fax: 608-775-6627 |
| Ordering Physician: Dr. Harmon | NPI #: 1104265339 |
| Email Address (required for report delivery): gcharmon@gundersenhealth.org | |

**C. TESTING OPTIONS**

Optional add-on tests: MMR IHC, PD-L1 IHC*, HRD, Tumor Origin, DPYD

- ☒ xT Solid Tumor + Normal* – 648 genes ☐ MMR IHC ☐ PD-L1 IHC ☐ HRD ☐ Tumor Origin ☐ DPYD
  - ☒ Add Concurrent xF Liquid Biopsy* – 105 genes (Uses normal match blood sample)
- ☐ xT Solid Tumor Only* – 648 genes ☐ ☐ ☐ ☐
- ☐ xT Hematologic Malignancy – 648 genes (Blood, FFPE, or Bone Marrow Aspirate)
- ☐ xF Liquid Biopsy* – 105 genes (Non-hematologic malignancies only)
- ☐ xG+ (extended hereditary cancers) – 88 genes (Powered by GeneDx)
- ☐ xG (common hereditary cancers) – 52 genes

Conversion to xF Liquid Biopsy 105 genes – If concurrent testing is not selected, you can opt-in to one of the following:
☐ Convert to xF Immediately
☐ Convert to xF after tissue exhausted

*PD-L1 clone 22C3 is the default. For different clones, please select only one:
☐ 22C3 ☐ 28-8 ☐ SP142

*For cancers determined to be ovarian, breast, prostate or pancreatic (at pathology review), this includes an order for a separate BRCA1/2 – Tumor Analysis.

**D. SPECIMEN RETRIEVAL**

Solid Tumor: ☐ Option 1 – Specific specimen requested (Please provide specimen details below) ☐ Option 2 – Let the ordering pathologist choose specimen. ☐ Option 3 – Biopsy to be scheduled for:

Pathology Lab Name:
Case Number: | Block #: | Solid Tumor Collection Date: | ☐ Check here if the pathology lab is not part of the treatment team

| | | | | |
|---|---|---|---|---|
| Normal | ☐ Blood ☐ Saliva | Date of Collection: 12/12/22 | Section A must be completed for these options. | ☐ Mobile phlebotomy ☐ Send saliva kit to patient for xT Normal only ☐ Previously submitted |
| Liquid Biopsy | ☒ Blood | | | |
| Hematologic Malignancy | ☐ Blood (EDTA) ☐ FFPE (Bone Marrow Biopsy, Bone Marrow Clot, Lymph Node, or other involved tissue) ☐ Bone Marrow Aspirate (EDTA) | Date of Collection | Section A must be completed for these options. Please see specimen instructions for details. | ☐ Mobile phlebotomy ☐ Send saliva kit to patient |
| Hereditary Cancer Panel | ☐ Blood ☐ Buccal Swab | Date of Collection | Section A must be completed for these options. | ☐ Mobile phlebotomy ☐ Send buccal swab kit to patient |

**E. CURRENT DIAGNOSIS**

☐ NSCLC ☐ Melanoma ☐ Prostate ☐ Colorectal Carcinoma ☐ Ovarian ☐ Breast ☒ Other: Salivary gland

Disease Status (select all that apply): ☐ Metastatic ☐ Refractory ☐ Relapse ☐ Other:

ICD-10 Primary Diagnosis Code(s): C08.9 | Additional Details: | Stage:

**F. BILLING INFORMATION**

| | | |
|---|---|---|
| Primary Insurance: Quartz | Policy #: | Group #: |
| Policy Holder Name: | Policy Holder DOB: | Patient Relationship to Policy Holder: ☐ Self ☐ Spouse ☐ Child ☐ Other |
| Bill Type: ☐ Insurance (must attach copy of card) ☐ Medicare - Part B | ☐ Hospital/Institution ☐ Self Pay/International Patient | Patient Status (for Medicare patients): ☐ Hospital Inpatient Date of Discharge: |

**PHYSICIAN SIGNATURE** I certify that I have explained to the patient the purpose, risks and benefits of the test being ordered. My signature below is my certification of medical necessity for the test and further certifies that I have obtained from the patient informed consent that meets the requirements of applicable law for Tempus to: (a) perform the test described in this form; (b) obtain, receive, and release, test results and any corresponding medical information as necessary for reimbursement or the processing of insurance claims; (c) retain samples and information obtained from the patient, including the test results, for an indefinite period of time; (d) use information obtained from the patient and the test results in accordance with applicable law, including de-identifying such information and disclosing the de-identified information for other purposes.

**G. PHYSICIAN SIGNATURE**

Ordering Physician's Signature: [signature] | Date (MM/DD/YYYY): 12/12/2022
Printed Name: Gil Harmon, MD

**H. FORM COMPLETED BY**

Name: Cheyenne Stadtler, RN
Email: ctstadtl@gundersenhealth.org

requisition-form_with-consent_012122 PAGE 1/2 Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com 600 West Chicago Avenue Suite 510, Chicago, IL 60654 | tempus.com

**GUNDERSEN HEALTH SYSTEM®**

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **74 - REB2** | NON INTERFACED REFERRAL LABS | Unknown | Misc Labs | 03/26/14 0843 - Present |

**Order-Level Documents:**

Lab Managed Result Scan - Scan on 1/5/2023 1103 by Scott, Jennifer J: \22NI346R0026\ (below)

GUNDERSEN HEALTH SYSTEM

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Order-Level Documents: (continued)**

Jan/5/2023 9:05:43 AM East 2nd Floor Check In 7751214 2/6

Robert Loper

Diagnosis
Malignant neoplasm of major salivary gland

Accession No.
TL-22-UTGE726J

xF

Date of Birth

Sex
**Male**

Physician
**Gil Harman**

Institution
**Gundersen Lutheran Medical Center 8828980**

**TEMPUS | xF**
105 gene liquid biopsy

cfDNA specimen:
Peripheral Blood
Collected 12/12/2022
Received 12/13/2022

**Notes**
The patient does not currently qualify for any clinical trials in our database.

**GENOMIC VARIANTS**

**Potentially Actionable / Biologically Relevant**

No reportable pathogenic variants were found.

**IMMUNOTHERAPY MARKERS**

**Microsatellite Instability Status**

MSI-High not detected

**TREATMENT IMPLICATIONS**

No reportable treatment options found.

22NI346R0026
Loper,Robert J
MRN:08828980
12/12/22

22NI346R0026
Loper,Robert J
MRN:08828980
OTHER
12/12/22

| TEMPUS | Electronically Signed By | CLIA Number | Date Signed/Reported | Laboratory Medical Director | Tempus ID # | Pipeline Version | |
|---|---|---|---|---|---|---|---|
| | Maryam Shirazi, MD | 14D2114007 | 12/26/2022 | Brett Mahon, MD, FCAP | TL-22-UTGE726J | 2.10.0 | 1/4 |

Tempus Labs, Inc. • 600 West Chicago Avenue, Ste 510 • Chicago, IL • 60654 • tempus.com • support@tempus.com

GUNDERSEN HEALTH SYSTEM

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Order-Level Documents: (continued)**



**VARIANTS OF UNKNOWN SIGNIFICANCE** — Robert Loper | TL-22-UTGE726J

| Gene | Mutation effect | Variant allele fraction |
|---|---|---|
| CDKN2A | c.301C>T p.P101S Missense variant NM_058195 | 1.6% |
| RET | c.1483C>A p.Q495K Missense variant NM_020975 | 0.9% |

**LOW COVERAGE REGIONS**

| | | | | | |
|---|---|---|---|---|---|
| ERRFI1 | FBXW7 | JAK1 | SMAD4 | SPOP | TERT |

**Assay Description**

The Tempus xF assay is a next-generation sequencing (NGS) cell-free DNA liquid biopsy tumor profiling assay for identifying genomic alterations derived from solid tumors but circulating in the blood. The 105 gene panel includes single nucleotide variants (SNVs), insertions and deletions (indels), copy number variants (CNVs) and chromosomal rearrangements (translocations) detected by hybrid capture NGS using custom designed IDT probes. The assay typically uses 30 to 50 ng of input DNA, and at 30 ng of input material, the technical sensitivity is >99% for SNVs and CNV amplifications at ≥0.5% variant allele fraction (VAF), and >98% for indels and >97% for translocations at ≥0.5% VAF. The assay spans clinically relevant coding exons for 35 genes and covers recurrent hotspot mutations in 70 genes. Insertions and deletions will be reported down to the lower limit of detection (LLOD) in clinically relevant regions in 97 genes (list available upon request). BRCA1 and BRCA2 copy number losses are reported when detected. At the discretion of the attending pathologists, the assay may be run at 10 to <30 ng of input DNA, but in such a case, the report will indicate reduced sensitivity and consideration should be given to additional testing. Please see the Tempus website for a complete gene list and performance specifications.

**Potentially Actionable** variants have associated therapeutic, prognostic or diagnostic evidence from the medical literature. **Biologically Relevant** variants have functional significance or an association with the disease state in the medical literature, but do not have relevant therapeutic, prognostic or diagnostic evidence in the Tempus knowledge database. **Variants of Unknown Significance (VUSs)** exhibit an unclear effect on function and/or do not have sufficient evidence to determine their pathogenicity. **Benign variants** are not reported. **Low Coverage Regions** are included when mean coverage over any region(s) of a gene falls below a threshold of 1000x. The absence of alterations in genes with low coverage should be interpreted carefully in the context of the patient's diagnosis with consideration for retesting. Variants are identified through aligning the patient's DNA sequence to the human genome reference sequence version hg19 (GRCh37). The clinical summary shows actionable and biologically relevant variants. Because sequencing is performed without a matched normal sample, it is not possible to distinguish whether reported variants are germline or somatic.

**Microsatellite instability (MSI)** refers to hypermutability caused by genetic or acquired defects in the DNA mismatch repair pathway. MSI-high (MSI-H) tumors have changes in microsatellite repeat lengths due to defective DNA mismatch repair activity. MSI-H status is reported when detected. If MSI status will affect clinical management, immunohistochemical staining for DNA mismatch repair proteins, or another method of ascertaining MSI status, is recommended.

**xF provides insights into the clinically relevant biomarkers incorporated in OncoKB, NCCN and other oncology guidelines for:**

**Bladder cancer:** FGFR2, FGFR3

**Breast cancer:** BRCA1, BRCA2, ERBB2 (HER2), ESR1, PIK3CA

**Cholangiocarcinoma:** FGFR2, IDH1

**Colorectal cancer:** BRAF, ERBB2 (HER2), KRAS, NRAS

**Gastroesophageal adenocarcinoma:** ERBB2 (HER2)

**Gastrointestinal stromal tumor:** KIT, PDGFRA

**Melanoma:** BRAF, KIT, NRAS

**Non-small cell lung cancer:** ALK, BRAF, EGFR, ERBB2 (HER2), KRAS, MET, RET, ROS1

**Complete Gene List**

## Order-Level Documents: (continued)



**Assay Description (continued)**

A-C
AKT1, AKT2, ALK, APC, AR, ARAF, ARID1A, ATM, ATR, B2M, BAP1, BRAF, BRCA1, BRCA2, BTK, CCND1, CCND2, CCND3, CCNE1, CD274 (PD-L1), CDH1, CDK4, CDK6, CDKN2A, CTNNB1

D-F
DDR2, DPYD, EGFR, ERBB2 (HER2), ERRFI1, ESR1, EZH2, FBXW7, FGFR1, FGFR2, FGFR3, FGFR4, FLT3, FOXL2

G-M
GATA3, GNA11, GNAQ, GNAS, HNF1A, HRAS, IDH1, IDH2, JAK1, JAK2, JAK3, KDR, KEAP1, KIT, KMT2A, KRAS, MAP2K1, MAP2K2, MAPK1, MET, MLH1, MPL, MSH2, MSH3, MSH6, MTOR, MYC, MYCN
N-R
NF1, NF2, NFE2L2, NOTCH1, NPM1, NRAS, NTRK1, PALB2, PBRM1, PDCD1LG2, PDGFRA, PDGFRB, PIK3CA, PIK3R1, PMS2, PTCH1, PTEN, PTPN11, RAD51C, RAF1, RB1, RET, RHEB, RHOA, RIT1, RNF43, ROS1

S-Z
SDHA, SMAD4, SMO, SPOP, STK11, TERT, TP53, TSC1, TSC2, UGT1A1, VHL

Gene Rearrangements
ALK, BRAF, FGFR2, FGFR3, NTRK1, RET, ROS1

Copy Number Gains
CCNE1, CD274 (PD-L1), EGFR, ERBB2 (HER2), MET, MYC

Copy Number Losses
BRCA1 and BRCA2

**Tempus Disclaimer**

The analysis of nucleic acids by next-generation sequencing (NGS) can be affected by multiple factors including DNA quality, hemolysis of the peripheral blood sample, and low amounts of circulating cell-free DNA limiting sensitivity. Tempus may report findings below our sensitivity threshold due to reduced sample quality and/or quantity. For samples flagged as falling below this threshold, Tempus advises resequencing in order to provide more accurate results. Additionally, the chance of detecting genetic alterations may be reduced in regions of the genome which are structurally difficult to sequence, in homologous genes, or due to sequencing errors.

Genetic alterations are defined as clinically significant based on peer-reviewed published literature and other authoritative sources such as NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®). These references are not comprehensive, therefore clinically unknown findings may occur.

These test results and information contained within the report are current as of the report date. Tempus will not update reports or send notification regarding reclassification of genomic alterations. This test was developed and its performance characteristics determined by Tempus Labs, Inc. It has not been cleared or approved by the US Food and Drug Administration. The laboratory is CLIA certified to perform high-complexity testing. Any decisions related to patient care and treatment choices should be based on the independent judgment of the treating physician and should take into account all information related to the patient, including without limitation, the patient and family history, direct physical examination and other tests. Tempus is not liable for medical judgment with regards to diagnosis, prognosis or treatment in connection with the test results.

Note that certain tumor type-, sample- or variant-related characteristics, such as low cell-free DNA concentration, may result in reduced analytic sensitivity of the xF test for detection of alterations in the covered genes, including the above mentioned guideline-recommended genes.

Dostarlimab is indicated for the treatment of patients with mismatch repair deficient (dMMR) endometrial cancer or solid tumors. Although patients with MSI-H cancers are likely dMMR, confirmatory testing is recommended.

Dates and times are represented in the coordinated universal time zone (UTC) unless otherwise specified. However, dates that are provided to Tempus without a timestamp (e.g., sample collection date) are listed as provided.

This assay cannot distinguish whether cell-free variants detected in plasma are derived from a patient's solid tumor or from clonal blood cells. Variants associated with clonal hematopoietic processes may be detected in a high percentage of older individuals and are especially common in the following genes:

ATM, BRAF, BRCA1, BRCA2, EZH2, FLT3, GNAS, IDH1, IDH2, JAK2, KIT, KRAS, NOTCH1, NPM1, NRAS, PALB2, PTPN11, RAD51C, RHOA, TP53

Correlation with tumor and/or blood sequencing results may be helpful in clarifying the origin of variants in some cases.

1. Genovese G, Kahler AK, Handsaker RE, et al. Clonal hematopoiesis and blood-cancer risk inferred from blood DNA sequence. N Engl J Med. 2014;371:2477-2487

## Order-Level Documents: (continued)



**Tempus Disclaimer (continued)**

2. Jaiswal S, Fontanillas P, Flannick J, et al. Age-related clonal hematopoiesis associated with adverse outcomes. N Engl J Med. 2014;371:2488-2498.

3. Chan HT, Chin YM, Nakamura Y, et al. Clonal Hematopoiesis in Liquid Biopsy: From Biological Noise to Valuable Clinical Implications. Cancers 2020, 12, 2277. https://doi.org/10.3390/cancers12082277

Referenced with permission from the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®) for Acute Lymphoblastic Leukemia Version: 1.2022 Acute Myeloid Leukemia Version: 2.2022 Ampullary Adenocarcinoma Version: 1.2022 Anal Carcinoma Version: 2.2022 Basal Cell Skin Cancer Version: 2.2022 B-Cell Lymphomas Version: 5.2022 Bladder Cancer Version: 2.2022 Bone Cancer Version: 2.2023 Breast Cancer Version: 4.2022 Central Nervous System Cancers Version: 2.2022 Cervical Cancer Version: 1.2022 Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma Version: 1.2023 Chronic Myeloid Leukemia Version: 1.2023 Colon Cancer Version: 1.2022 Dermatofibrosarcoma Protuberans Version: 2.2022 Esophageal and Esophagogastric Junction Cancers Version: 4.2022 Gastric Cancer Version: 2.2022 Gastrointestinal Stromal Tumors (GIST) Version: 2.2022 Gestational Trophoblastic Neoplasia Version: 1.2022 Hairy Cell Leukemia Version: 1.2023 Head and Neck Cancers Version: 2.2022 Hepatobiliary Cancers Version: 3.2022 Histiocytic Neoplasms Version: 1.2022 Hodgkin Lymphoma Version: 1.2023 Kaposi Sarcoma Version: 1.2022 Kidney Cancer Version: 3.2023 Malignant Peritoneal Mesothelioma Version: 2.2023 Malignant Pleural Mesothelioma Version: 1.2022 Melanoma: Cutaneous Version: 3.2022 Melanoma: Uveal Version: 2.2022 Merkel Cell Carcinoma Version: 2.2022 Multiple Myeloma Version: 1.2023 Myelodysplastic Syndromes Version: 1.2023 Myeloid/Lymphoid Neoplasms with Eosinophilia and Tyrosine Kinase Fusion Genes Version: 1.2022 Myeloproliferative Neoplasms Version: 3.2022 Neuroendocrine and Adrenal Tumors Version: 1.2022 Non-Small Cell Lung Cancer Version: 5.2022 Occult Primary Version: 1.2023 Ovarian Cancer/Fallopian Tube Cancer/Primary Peritoneal Cancer Version: 5.2022 Pancreatic Adenocarcinoma Version: 2.2022 Pediatric Acute Lymphoblastic Leukemia Version: 1.2022 Pediatric Aggressive Mature B-Cell Lymphomas Version: 2.2022 Pediatric Central Nervous System Cancers Version: 1.2023 Pediatric Hodgkin Lymphoma Version: 1.2022 Penile Cancer Version: 2.2022 Primary Cutaneous Lymphomas Version: 2.2022 Prostate Cancer Version: 1.2023 Rectal Cancer Version: 2.2022 Small Bowel Adenocarcinoma Version: 1.2022 Small Cell Lung Cancer Version: 1.2023 Soft Tissue Sarcoma Version: 2.2022 Squamous Cell Skin Cancer Version: 2.2022 Systemic Light Chain Amyloidosis Version: 1.2023 Systemic Mastocytosis Version: 1.2022 T-Cell Lymphomas Version: 2.2022 Testicular Cancer Version: 2.2022 Thymomas and Thymic Carcinomas Version: 2.2022 Thyroid Carcinoma Version: 2.2022 Uterine Neoplasms Version: 1.2022 Vulvar Cancer Version: 2.2023 Waldenström Macroglobulinemia / Lymphoplasmacytic Lymphoma Version: 1.2023 Wilms Tumor (Nephroblastoma) Version: 2.2022 © National Comprehensive Cancer Network, Inc. 2021. All rights reserved. Accessed October 14, 2022. To view the most recent and complete version of the guideline, go online to NCCN.org. The NCCN Guidelines® and other content provided by NCCN are works in progress that may be refined as often as new significant data becomes available. They are statements of consensus of its authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult any NCCN Guidelines® or other NCCN Content is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. NCCN makes no warranties of any kind whatsoever regarding their content, use or application and disclaims any responsibility for their application or use in any way. Therapeutic options are not applicable in all disease settings.

The OncoKB™ precision oncology knowledge base was made available under license from Memorial Sloan Kettering Cancer Center. See terms here.

**Order-Level Documents: (continued)**

TEMPUS REQUISITION FORM STANDARD – 012122
Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com

22NI346R0026 LOPER, ROBERT J MRN: 08828980 Routine OTHER

**A. PATIENT INFORMATION (REQUIRED)**
Last Name: Loper | First Name: Robert | Middle Name: J.
Patient Medical Record #: 8828980 | Sex: M
Race / Ethnicity: White

**B. ORDERING PHYSICIAN**
Office / Practice / Institution: Gundersen Health S
Street Address, Unit: 1900 South Ave
Date: 12/12/22 | 1507 MX 45117927
State: WI | 54601 | Country: USA
Phone: 608-775-1200 | Fax: 608-775-6627
Ordering Physician: Dr. Harmon | NPI#: 1104265339
Email Address (required for report delivery): gebarmon@gundersenhealth.org

**C. TESTING OPTIONS**
Optional add-on tests: MMR/IHC, PD-L1 IHC, HRD, Tumor Origin, DPYD
xT Solid Tumor + Normal* – 648 genes
Add Concurrent xF Liquid Biopsy* – 105 genes
xT Solid Tumor Only* – 648 genes
xT Hematologic Malignancy – 648 genes
xF Liquid Biopsy* – 105 genes
xE+ (extended hereditary cancers) – 88 genes
xG (common hereditary cancers) – 52 genes
*For cancers determined to be ovarian, breast, prostate or pancreatic (at pathology review), this includes an order for a separate BRCA1/2 - Tumor Analysis.

**D. SPECIMEN RETRIEVAL**
Solid Tumor: Option 1 – Specific specimen requested; Option 2 – Let the submitting pathologist choose specimen; Option 3 – Biopsy to be scheduled for
Pathology Lab Name | Case Number | Block # | Solid Tumor Collection Date
Normal: Blood / Saliva
Liquid Biopsy: [X] Blood | Date of Collection: 12/12/22 | Section A must be completed for these options. Mobile phlebotomy / Send saliva kit to patient
Hematologic Malignancy: Blood (EDTA) / Bone Marrow / Bone Marrow Aspirate (EDTA) | Date of Collection
Hereditary Cancer Panel: Blood / Buccal Swab | Date of Collection

**E. CURRENT DIAGNOSIS**
NSCLC / Melanoma / Prostate / Colorectal Carcinoma / Ovarian / Breast / [X] Other: Salivary gland
Disease Status: Metastatic / Refractory / Relapse / Other
ICD-10 Primary Diagnosis Code(s): C08.9 | Additional Details | Stage

**F. BILLING INFORMATION**
Primary Insurance: Quartz | Policy # | Group #
Policy Holder Name | Policy Holder DOB | Patient Relationship to Policy Holder: Self / Spouse / Child / Other
Bill Type: Insurance / Medicare - Part B / Hospital/Institution / Self Pay/International Patient
Patient Status (for Medicare patients): Hospital Inpatient | Date of Discharge

PHYSICIAN SIGNATURE: I certify that I have explained to the patient the purpose, risks and benefits of the test being ordered...

**G. PHYSICIAN SIGNATURE**
Ordering Physician Signature: [signature] | Date (MM/DD/YYYY): 12/12/2022
Printed Name: Gil Harmon, MD

**H. FORM COMPLETED BY**
Name: Cheyenne Stadtler, RN
Email: ctstadtl@gundersenhealth.org

requisition-form_with-consent_012122 | PAGE 1/2 | Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com 600 West Chicago Avenue Suite 510, Chicago, IL 60654 | tempus.com

**END OF REPORT**

## Results

**LAB ALT [206859277] (Normal)** Resulted: 12/13/22 0804, Result status: Final

result

Ordering provider: Harmon, Gil E, MD 12/13/22 0709 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/13/22 0711 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALT | 27 | 0 - 41 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/13/22 0804, Result status: Final

**LAB AST [206859278] (Normal)** result

Ordering provider: Harmon, Gil E, MD 12/13/22 0709 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/13/22 0711 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AST | 36 | 0 - 40 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**END OF REPORT**

## Results

**Hemogram [207466922]**

Resulted: 12/21/22 1415, Result status: Final result

LAB HEMG [207466928] (Abnormal)

Ordering provider: Harmon, Gil E, MD 12/21/22 1258
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Order status: Completed
Reflex ID: 207466922

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/21/22 1300 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.28 | 3.70 - 10.40 K/uL | L ˅ | GLHL |
| RBC | 4.42 | 4.50 - 5.80 M/uL | L ˅ | GLHL |
| HEMOGLOBIN | 12.2 | 13.6 - 16.7 g/dL | L ˅ | GLHL |
| HEMATOCRIT | 37.7 | 41.0 - 50.0 % | L ˅ | GLHL |
| MCV | 85.3 | 82.0 - 99.0 fL | — | GLHL |
| MCH | 27.6 | 27.0 - 32.0 pg | — | GLHL |
| MCHC | 32.4 | 32.0 - 36.0 g/dL | — | GLHL |
| PLATELET COUNT | 140 | 140 - 385 K/uL | — | GLHL |
| RDW-CV | 13.2 | 11.8 - 15.6 % | — | GLHL |
| RDW-SD | 41.8 | 34.0 - 50.0 fL | — | GLHL |
| ABS NEUT ELECTRONIC | 0.56 | 2.00 - 8.70 K/uL | L ˅ | GLHL |
| ABS IMMATURE GRAN ELECTRONIC | 0.04 | 0.00 - 0.04 K/uL | — | GLHL |
| NRBC # ABSOLUTE | 0.00 | 0.00 - 0.05 K/uL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**Interpretation Summary**

The following orders were created for panel order Hemogram.

| Procedure | Abnormality | Status |
|---|---|---|
| --------- | ----------- | ------ |
| LAB HEMG[207466928] | Abnormal | Final result |

**Interpretation Summary (continued)**

Please view results for these tests on the individual orders.

**END OF REPORT**

## Results

Resulted: 12/21/22 1447, Result status: Final result

**Creatinine [207466924]**

Ordering provider: Harmon, Gil E, MD 12/21/22 1258 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/21/22 1300 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CREATININE | 0.91 | 0.67 - 1.17 mg/dL | — | GLHL |
| ESTIMATED GFR | 96 | mL/min/1.73m2 | — | GLHL |

Comment
Estimated GFR calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/21/22 1447, Result status: Final result

**Electrolytes [207466926] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/21/22 1258 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/21/22 1300 |

**Components**

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/21/2022, D/C: 12/21/2022

| | Result | Range | | |
|---|---|---|---|---|
| SODIUM | 139 | 135 - 146 mmol/L | — | GLHL |
| POTASSIUM | 4.5 | 3.4 - 5.0 mmol/L | — | GLHL |
| CARBON DIOXIDE-TOTAL | 24 | 22 - 29 mmol/L | — | GLHL |
| CHLORIDE | 105 | 96 - 108 mmol/L | — | GLHL |
| ANION GAP | 10 | 6 - 16 mmol/L | — | GLHL |

Comment:
Anion gap is calculated from Sodium minus the sum of the Chloride and Carbon Dioxide.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

**LAB HEMOGRAM [216250628]**

Resulted: 05/04/23 0731, Result status: Final result

LAB HEMG [216250640] (Abnormal)

Ordering provider: Harmon, Gil E, MD 05/04/23 0714
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Order status: Completed
Reflex ID: 216250628

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 3.57 | 3.70 - 10.40 K/uL | L ˅ | GLHL |
| RBC | 3.70 | 4.50 - 5.80 M/uL | L ˅ | GLHL |
| HEMOGLOBIN | 11.6 | 13.6 - 16.7 g/dL | L ˅ | GLHL |
| HEMATOCRIT | 34.8 | 41.0 - 50.0 % | L ˅ | GLHL |
| MCV | 94.1 | 82.0 - 99.0 fL | — | GLHL |
| MCH | 31.4 | 27.0 - 32.0 pg | — | GLHL |
| MCHC | 33.3 | 32.0 - 36.0 g/dL | — | GLHL |
| PLATELET COUNT | 170 | 140 - 385 K/uL | — | GLHL |
| RDW-CV | 15.8 | 11.8 - 15.6 % | H ˄ | GLHL |
| RDW-SD | 54.2 | 34.0 - 50.0 fL | | GLHL |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 5/4/2023

**LAB HEMOGRAM [216250628] (continued)**

| | | | | |
|---|---|---|---|---|
| | | | H ^ | |
| ABS NEUT ELECTRONIC | 1.64 | 2.00 - 8.70 K/uL | L ˅ | GLHL |
| ABS IMMATURE GRAN ELECTRONIC | 0.01 | 0.00 - 0.04 K/uL | — | GLHL |
| NRBC # ABSOLUTE | 0.00 | 0.00 - 0.05 K/uL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**Interpretation Summary**

The following orders were created for panel order LAB HEMOGRAM.

| Procedure | Abnormality | Status |
|---|---|---|
| LAB HEMG[216250640] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB ALKALINE PHOSPHATASE [216250629] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALKP | 89 | 40 - 129 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

## END OF REPORT

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB ALBUMIN [216250630] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.6 | 3.4 - 4.8 g/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

## END OF REPORT

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB AST [216250631] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AST | 44 | 0 - 40 U/L | H ^ | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB BILIRUBIN, TOTAL [216250632] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BILIRUBIN, TOTAL | 0.3 | 0.0 - 1.3 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB BUN [216250633] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

| | | Range | | |
|---|---|---|---|---|
| BUN | 20 | 8 - 23 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB CALCIUM [216250634] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CALCIUM | 9.9 | 8.8 - 10.2 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB CREATININE [216250635] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CREATININE | 1.28 | 0.67 - 1.17 mg/dL | H ^ | GLHL |
| ESTIMATED GFR | 64 | mL/min/1.73m2 | — | GLHL |

Comment:
Estimated GFR calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB ALT [216250636] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALT | 30 | 0 - 41 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB SODIUM [216250637] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SODIUM | 141 | 135 - 146 mmol/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB POTASSIUM [216250638] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POTASSIUM | 4.6 | 3.4 - 5.0 mmol/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB GLUCOSE [216250638] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE | 136 | 70 - 99 mg/dL | H ^ | GLHL |
| GLUCOSE HOURS FASTING | >=9 Hours | — | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/02/22 1931, Result status: Final result

**XR Chest 2 Views (PA and Lateral) [206213582]**

Ordering provider: Harmon, Gil E, MD 12/02/22 1702 Order status: Completed
Resulted by: Simmons, Lonnie D, MD Performed: 12/02/22 1702 - 12/02/22 1719
Accession number: 12946856 Resulting lab: IDX RADIOLOGY
Narrative:
XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 12/2/2022 5:19 PM

HISTORY: cough. short of breath

COMPARISON: None.

FINDINGS:

Hazy groundglass opacity noted in the peripheral left upper lung. Right lung is clear. The pulmonary vasculature is normal.The heart and the mediastinum are normal. Calcified lymph nodes incidentally seen.
Bony structures are unremarkable.

Impression:

Left upper lung airspace disease suggest pneumonia.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Interpretation Summary**

XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 12/2/2022 5:19 PM

HISTORY: cough. short of breath

COMPARISON: None.

FINDINGS:

Hazy groundglass opacity noted in the peripheral left upper lung. Right lung is clear. The pulmonary vasculature is normal.The heart and the mediastinum are normal. Calcified lymph nodes incidentally seen.
Bony structures are unremarkable.

IMPRESSION:

Left upper lung airspace disease suggest pneumonia.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**END OF REPORT**

## Results

Resulted: 12/08/22 1442, Result status: Final result

**IR Chest Port Placement [206600870]**

Ordering provider: Harmon, Gil E, MD 12/08/22 1208
Resulted by: Hosmer, Jamie, MD
Accession number: 12957062
Order status: Completed
Performed: 12/08/22 1313 - 12/08/22 1318
Resulting lab: IDX RADIOLOGY
Narrative:
History:
chemo start

Procedures:
1. Ultrasound and fluoroscopic guided access into the RIJ vein.
2. Placement of an 8Fr central venous port.

EBL: Minimal

Specimens: None

MODERATE SEDATION ATTESTATION:
I, Jamie Hosmer, was personally responsible for the administration of moderate sedation services during the procedure performed. I confirm that the requirements described in the CPT section on moderate sedation were followed, including the use of an independent trained observer who had no other duties during the procedure. The drug(s) utilized were midazolam and fentanyl (see nursing log for details). The total face-to-face time was 15 minutes.

Applicable moderate sedation CPT code(s)
1. First 15 minutes: 99152 - Moderate sedation, same physician, first 15 minutes, age 5 or older.
2. Each additional 15 minutes: N/A.

Technique:
Informed consent was obtained prior to the procedure. A time-out was performed prior to the procedure. The right neck and chest were prepped and draped in usual sterile fashion. The right internal jugular vein was used for venous access. Skin overlying the access vein was anesthetized with one percent lidocaine local anesthesia and a small skin incision was performed. Ultrasound was utilized to determine patency of the access vein and was used to directly visualize needle passage into the vein. An ultrasound image was archived. This was followed by placement of a guidewire. The infraclavicular chest was anesthetized with one percent lidocaine local anesthesia and a short infraclavicular skin incision was performed. The port pocket was created utilizing blunt dissection. The catheter was brought through the subcutaneous tunnel using the blunt tunneling device. A peel-away sheath was inserted at the vascular access site. The port was placed, deploying the catheter through the peel-away sheath under fluoroscopic guidance and seating the port within the port pocket. The catheter tip was confirmed to be in the right atrium by fluoroscopy. The port was aspirated and flushed without difficulty. The port pocket was then closed. The patient tolerated the procedure well.

Fluoroscopy time: 0.5 minutes.

Dose: 20 mGy

Impression:
Uncomplicated placement of an 8Fr central venous port. The catheter may be used immediately.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Interpretation Summary**

History:
chemo start

Procedures:
1. Ultrasound and fluoroscopic guided access into the RIJ vein.

**Interpretation Summary (continued)**

2. Placement of an 8Fr central venous port.

EBL: Minimal

Specimens: None

MODERATE SEDATION ATTESTATION:
I, Jamie Hosmer, was personally responsible for the administration of moderate sedation services during the procedure performed. I confirm that the requirements described in the CPT section on moderate sedation were followed, including the use of an independent trained observer who had no other duties during the procedure. The drug(s) utilized were midazolam and fentanyl (see nursing log for details). The total face-to-face time was 15 minutes.

Applicable moderate sedation CPT code(s)
1. First 15 minutes: 99152 - Moderate sedation, same physician, first 15 minutes, age 5 or older.
2. Each additional 15 minutes: N/A.

Technique:
Informed consent was obtained prior to the procedure. A time-out was performed prior to the procedure. The right neck and chest were prepped and draped in usual sterile fashion. The right internal jugular vein was used for venous access. Skin overlying the access vein was anesthetized with one percent lidocaine local anesthesia and a small skin incision was performed. Ultrasound was utilized to determine patency of the access vein and was used to directly visualize needle passage into the vein. An ultrasound image was archived. This was followed by placement of a guidewire. The infraclavicular chest was anesthetized with one percent lidocaine local anesthesia and a short infraclavicular skin incision was performed. The port pocket was created utilizing blunt dissection. The catheter was brought through the subcutaneous tunnel using the blunt tunneling device. A peel-away sheath was inserted at the vascular access site. The port was placed, deploying the catheter through the
peel-away sheath under fluoroscopic guidance and seating the port within the port pocket. The catheter tip was confirmed to be in the right atrium by fluoroscopy. The port was aspirated and flushed without difficulty. The port pocket was then closed. The patient tolerated the procedure well.

Fluoroscopy time: 0.5 minutes.

Dose: 20 mGy

IMPRESSION:
Uncomplicated placement of an 8Fr central venous port. The catheter may be used immediately.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Implants**

**Type Not Specified**
**Port,Power,8f.Clearvue,Isp, Implantable(Bard) - Log751224 - Implanted**

| | | | |
|---|---|---|---|
| Inventory item: | PORT,POWER,8F.CLEAR VUE,ISP, IMPLANTABLE(BARD) | Model/Cat number: | 1608062 |
| Manufacturer: | LAW-BARD PERIPHERAL VASCULAR | Lot number: | REGT1315 |
| Device identifier: | 00801741026430 | Device identifier type: | GS1 |

**As of 12/8/2022**

| | |
|---|---|
| Status: | **Implanted** |

**Implants (continued)**

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [216281750]** Resulted: 05/04/23 1448, Result status: Final result

Ordering provider: Harmon, Gil E, MD 05/04/23 1105
Order status: Completed
Resulted by: Zorn, Adam P, MD
Performed: 05/04/23 1106 - 05/04/23 1314
Accession number: 13295719
Resulting lab: IDX RADIOLOGY
Narrative:

NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 5/4/2023 1:14 PM

REASON FOR EXAM: restaging salivary gland cancer after 3 more cycles of chemo. Looking for response assessment.

COMPARISON: PET scan 02/23/2023

TECHNIQUE:
PET/CT scanning was performed from the vertex of the skull through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 136 mg/dl.

CONTRAST: IV contrast was administered

FINDINGS:

Head and neck:

Fluid within the inferior left mastoid air cells (3/50), similar to prior.

Extensive induration and ill-defined hypermetabolic activity throughout the soft tissues of the left greater than right neck (for example image #74), improved compared to 02/23/2023.

Persistent, although improved hypermetabolic activity within the left submandibular gland.

Hypermetabolic activity medial to the mandible on the left (image #71) appears similar to prior.

Interval improvement of the hypermetabolic cervical lymphadenopathy seen on 02/23/2023, consistent with regression of metastatic disease. A hypermetabolic lymph node on the left (image #62) persists.

Persistent hypermetabolic activity within the thyroid gland, similar to prior.

Thorax:

Right-sided infusion port, the distal tip of which terminates at the superior cavoatrial junction.

Hypermetabolic left axillary lymphadenopathy, consistent with metastatic disease, demonstrating a mixed interval response, with one lymph node decreased in size and metabolic activity (image #106) and others increased in size and metabolic activity (image #121).

Coronary artery disease.

Calcified mediastinal and left hilar lymph nodes, similar to prior.

Calcified granuloma within the left lower lobe (3/131), unchanged.

Abdomen and pelvis:

Hepatic steatosis.

A non-FDG avid 10 mm focus of increased attenuation within the anterior mesentery of the left lower quadrant (3/239) is not significantly changed and may represent sequela of a previous mesenteric infarct.

Right inguinal canal lipoma, similar to prior.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:

1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.

2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

3. Additional findings, as described.

Interpreting Provider Location: Gundersen Health System, Elm Grove, WI 53122

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Interpretation Summary**

NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 5/4/2023 1:14 PM

REASON FOR EXAM: restaging salivary gland cancer after 3 more cycles of chemo. Looking for response assessment.

COMPARISON: PET scan 02/23/2023

TECHNIQUE:
PET/CT scanning was performed from the vertex of the skull through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 136 mg/dl.

CONTRAST: IV contrast was administered

FINDINGS:

Head and neck:

**Interpretation Summary (continued)**

Fluid within the inferior left mastoid air cells (3/50), similar to prior.

Extensive induration and ill-defined hypermetabolic activity throughout the soft tissues of the left greater than right neck (for example image #74), improved compared to 02/23/2023.

Persistent, although improved hypermetabolic activity within the left submandibular gland.

Hypermetabolic activity medial to the mandible on the left (image #71) appears similar to prior.

Interval improvement of the hypermetabolic cervical lymphadenopathy seen on 02/23/2023, consistent with regression of metastatic disease. A hypermetabolic lymph node on the left (image #62) persists.

Persistent hypermetabolic activity within the thyroid gland, similar to prior.

Thorax:

Right-sided infusion port, the distal tip of which terminates at the superior cavoatrial junction.

Hypermetabolic left axillary lymphadenopathy, consistent with metastatic disease, demonstrating a mixed interval response, with one lymph node decreased in size and metabolic activity (image #106) and others increased in size and metabolic activity (image #121).

Coronary artery disease.

Calcified mediastinal and left hilar lymph nodes, similar to prior.

Calcified granuloma within the left lower lobe (3/131), unchanged.

Abdomen and pelvis:

Hepatic steatosis.

A non-FDG avid 10 mm focus of increased attenuation within the anterior mesentery of the left lower quadrant (3/239) is not significantly changed and may represent sequela of a previous mesenteric infarct.

Right inguinal canal lipoma, similar to prior.

Osseus: Appropriate age-related changes, otherwise unremarkable.

IMPRESSION:

1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.

2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

3. Additional findings, as described.

Interpreting Provider Location: Gundersen Health System, Elm Grove, WI 53122

**END OF REPORT**

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 5/4/2023, D/C: 5/4/2023

## Results

Resulted: 07/14/23 1328, Result status: Final result

**CT Neck Soft Tissue with Contrast [220933429]**

Ordering provider: Harmon, Gil E, MD 07/13/23 1343
Order status: Completed
Resulted by: Schaller, Jedadiah J, DO
Performed: 07/13/23 1349 - 07/13/23 1418
Accession number: 13525714
Resulting lab: IDX RADIOLOGY
Narrative:

CT NECK SOFT TISSUE WITH CONTRAST, obtained on 7/13/2023 2:18 PM

HISTORY: restaging neck. concern for recurrent disease in R level V. Otherwise the primary was actually on the L (submandibular). Basically just looking for recurrence

COMPARISON: PET/CT scan 5/4/23 and CT neck 10/23/22

TECHNIQUE: Image data of the neck was acquired. Coronal and sagittal reconstructions were performed. Axial oblique images were obtained through the upper cervical region to avoid dental artifact.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Again seen is an irregular enhancing mass in the left submandibular region which overall is unchanged as compared to the prior study. There is loss of fat plane between thickened platysma and and thickened sternocleidomastoid on the left which is unchanged. There is thickening of the right platysma and right sternocleidomastoid muscle. Subcutaneous nodular reticulation involving the subcutaneous tissues and overlying skin thickening of the face and neck which are unchanged.

Narrowing of the nasopharynx.

The glottis is closed.

The major vessels of the neck enhance normally.

The thyroid gland is normal.

Calcified mediastinal lymph nodes. Mild centrilobular emphysematous changes.

No suspicious osteolytic or osteoblastic lesions.

Impression:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 5/4/2023, D/C: 5/4/2023

**Interpretation Summary**

CT NECK SOFT TISSUE WITH CONTRAST, obtained on 7/13/2023 2:18 PM

HISTORY: restaging neck. concern for recurrent disease in R level V. Otherwise the primary was actually on the L (submandibular). Basically just looking for recurrence

COMPARISON: PET/CT scan 5/4/23 and CT neck 10/23/22

TECHNIQUE: Image data of the neck was acquired. Coronal and sagittal reconstructions were performed. Axial oblique images were obtained through the upper cervical region to avoid dental artifact.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Again seen is an irregular enhancing mass in the left submandibular region which overall is unchanged as compared to the prior study. There is loss of fat plane between thickened platysma and and thickened sternocleidomastoid on the left which is unchanged. There is thickening of the right platysma and right sternocleidomastoid muscle. Subcutaneous nodular reticulation involving the subcutaneous tissues and overlying skin thickening of the face and neck which are unchanged.

Narrowing of the nasopharynx.

The glottis is closed.

The major vessels of the neck enhance normally.

The thyroid gland is normal.

Calcified mediastinal lymph nodes. Mild centrilobular emphysematous changes.

No suspicious osteolytic or osteoblastic lesions.

IMPRESSION:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**END OF REPORT**

1. Patient Name: Robert Loper
Maiden/Former Name: ____________________
Date of Birth: ____________________
Address: ____________________
____________________
Phone Number: ____________________
Clinic Number (if known): 8828980

**GUNDERSEN HEALTH SYSTEM®**
**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm

**I hereby Authorize:** Written Communication Between 2 & 3? ☒ Yes ☐ No
Verbal Communication Between 2 & 3? ☒ Yes ☐ No

| 2. Information Disclosed From: | | | 3. Information Disclosed To: | | |
|---|---|---|---|---|---|
| Gundersen Health | | | Lincoln Financial | | |
| Name of Person or Organization(Gundersen Health System) | | | Name of Person or Organization(Gundersen Health System) | | |
| 1900 South Ave | | | | | |
| Street Address | | | Street Address | | |
| La Crosse Wi, 54601 | | | | | |
| City | State | Zip | City | State | Zip |
| 608-782-7300 | | | 855-818-2883 | | |
| Phone Number | Fax Number | | Phone Number | Fax Number | |

4. Please **CHECK ONLY ONE BOX**:
- ☐ Mail Records
- ☐ Fax Records (provide fax number above)
- ☐ Email: ____________________ ****FOR PATIENT REQUESTS ONLY****
  (Please Print Email Address)
- ☐ Will Pick Up Records **(La Crosse Campus ONLY)**
- ☐ **No records needed at this time. File in patient's medical record for future use.**

5. **Format for Records:** ☐ Paper **OR** ☐ CD/DVD (requires PDF viewer). Please check only one box.
***Please note, if a format is not selected, records will be in paper format**

6. **Type of Information to Be Disclosed:** ☒ Medical Records ☐ Behavioral Health (#7 required) ☐ Both (#7 required)
2 year history unless specified: ____________________ to ____________________,

7. **State and Federal Laws require specific authorization prior to disclosing certain information. Please check if you would like any or all of the following information disclosed:**
☐ Mental Health ☐ Alcohol/Drug Abuse ☐ Developmental Disability ☐ HIV Testing

8. **Purpose or need for disclosure (check one):** ☐ Further Medical Care ☐ Insurance Claim ☐ Personal ☐ Legal Investigation ☐ Insurance Application ☒ Disability Determination ☐ Other ____________________

9. **Expiration Date:** This authorization is valid for 1 year from date of signature or until ____________ (specific date up to 2 years) and covers records that were created or existing on or before the date this authorization was signed, as well as records that are created after the date this authorization is signed, up until the expiration date.

1. Patient Name: Robert Loper
Maiden/Former Name: ____________________
Date of Birth: ____________________
Address: ____________________
____________________
Phone Number: ____________________
Clinic Number (if known): 8828980


GUNDERSEN HEALTH SYSTEM®
La Crosse, WI 54601
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
FAX MEDICAL RECORDS TO: (608) 775-4706
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm


**I hereby Authorize:** Written Communication Between 2 & 3? ☒ Yes ☐ No
Verbal Communication Between 2 & 3? ☒ Yes ☐ No

| 2. Information Disclosed From: | | | 3. Information Disclosed To: | | |
|---|---|---|---|---|---|
| Gundersen Health | | | Lincoln Financial | | |
| Name of Person or Organization(Gundersen Health System) | | | Name of Person or Organization(Gundersen Health System) | | |
| 1900 South Ave | | | | | |
| Street Address | | | Street Address | | |
| La Crosse Wi, 54601 | | | | | |
| City | State | Zip | City | State | Zip |
| 608-782-7300 | | | 855-818-2883 | | |
| Phone Number | Fax Number | | Phone Number | Fax Number | |

4. **Please CHECK ONLY ONE BOX:**
- ☐ Mail Records
- ☐ Fax Records (provide fax number above)
- ☐ Email: ____________________ ******FOR PATIENT REQUESTS ONLY******
  (Please Print Email Address)
- ☐ Will Pick Up Records **(La Crosse Campus ONLY)**
- ☐ **No records needed at this time. File in patient's medical record for future use.**

5. **Format for Records:** ☐ Paper **OR** ☐ CD/DVD (requires PDF viewer). Please check only one box.
***Please note, if a format is not selected, records will be in paper format**

6. **Type of Information to Be Disclosed:** ☒ Medical Records ☐ Behavioral Health (#7 required) ☐ Both (#7 required)
2 year history unless specified: ____________________ to ____________________,

7. **State and Federal Laws require specific authorization prior to disclosing certain information. Please check if you would like any or all of the following information disclosed:**
☐ Mental Health ☐ Alcohol/Drug Abuse ☐ Developmental Disability ☐ HIV Testing

8. **Purpose or need for disclosure (check one):** ☐ Further Medical Care ☐ Insurance Claim ☐ Personal
☐ Legal Investigation ☐ Insurance Application ☒ Disability Determination ☐ Other ____________________

9. **Expiration Date:** This authorization is valid for 1 year from date of signature or until ____________ (specific date up to 2 years) and covers records that were created or existing on or before the date this authorization was signed, as well as records that are created after the date this authorization is signed, up until the expiration date.

1. Patient Name: [illegible]

Maiden/Former Name: ______

Date of Birth: ______

Address: ______

______

Phone Number: ______

Clinic Number (if known): 8828980

GUNDERSEN HEALTH SYSTEM®

La Crosse, WI 54601

1900 South Avenue, AVS-001, La Crosse, WI 54601

PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199

FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548

FAX MEDICAL RECORDS TO: (608) 775-4706

EMAIL: medicalrecords@gundersenhealth.org

HOURS: Monday - Friday, 8:00 am – 5:00 pm

## Your Rights With Respect To This Authorization

General Statement of Rights: Federal and state laws protect the confidentiality of my PHI including but not limited to: Mental Health – Sec 51.30, Wis. Stats; & HFS 92, Wis. Admin. Code. Alcohol & Other Drug Abuse – Sec. 51.30 Wis. Stats, HFS 92, Wis. Admin. Code; and 42 CFR Part 2 Final Rule governing confidentiality of alcohol and drug abuse patient records and that recipients of this information may re-disclose it only in connection with their official duties. Prohibition on redisclosure. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further redisclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164. Right to Receive a Copy of this Authorization: I have a right to receive a copy of this form after I sign it. Right to Refuse to Sign This Authorization: I am under no legal obligation to sign this form, however, under certain circumstances permitted under applicable law; refusal to sign may result in denial of services. Right to Withdraw This Authorization: I have the right to withdraw this authorization at any time by providing a written statement of withdrawal to the individual/agency authorized to disclose PHI. My withdrawal of consent will not be effective until the individual/agency authorized to disclose PHI receives it, and will not be effective regarding the uses and/or disclosures of my PHI made prior to receipt of my withdrawal statement. Re-disclosure: If I authorize release of PHI to an individual or agency not covered by federal or state laws that prohibit re-disclosure, my PHI may not remain confidential. Right to Inspect and/or Copy PHI: I have the right to inspect and receive copies of my PHI as permitted by law. I may be charged a reasonable fee for these copies.

**In accordance with the conditions listed on the first page of this form and above, I authorize the use and disclosure of my medical information.** By signing this authorization, you understand that treatment, payment, enrollment or eligibility of benefits may not be conditioned on you signing this authorization. This authorization may be revoked in writing at any time by submitting a request to Release of Information at the address above. This form must be legible and the first page must be completed in full (numbers 1– 9) in order to be valid.

***Copies of records may be obtained with reasonable notice and payment of copying costs. Fees may apply.***

**Signature of Patient:** Robert J Loper **Date:** 9/14/2023

**Signature of Parent/Guardian:** ______ **Date:** ______

(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order **establishing the person's authority.**)

**Legal Authority:**

- ☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased
- ☐ Personal Representative/Domestic Partner of Deceased
- ☐ Health Care Agent ______
- ☐ Other: ______

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 20, 2023

GIL E HARMON MD
RELEASE OF INFORMATION
1900 SOUTH AVE
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 06/01/2022 to present |
| Diagnostic Test Results | 06/01/2022 to present |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________________

☐ ***Checks Only*** (Please note that pre payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

KaDe Krueger
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Note

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 12/2/2022

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 12/04/22 1100 | Encounter Date: 12/2/2022 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 02, 2022

Consulting Provider: Gil E Harmon, MD

Requesting Provider: Mark J Ringstrom, MD

Reason for Consultation: New diagnosis of s**alivary ductal carcinoma.**

Stage: IV

History of Present Illness: Robert J Loper is a 60 y.o. male who presents for initial medical oncology consultation.

--Noted about a year ago that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--He notes 2 weeks of cough and dyspnea as well, which is new. He is very active and continues to work.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

No past medical history on file.

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

Social History

| | |
|---|---|
| **Socioeconomic History** | |
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Occupation: | Prosthetist |
| **Tobacco Use** | |
| • Smoking status: | Former |

GUNDERSEN HEALTH SYSTEM

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Note

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 12/2/2022

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

| | |
|---|---|
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |
| Years since quitting: | 30.9 |
| • Smokeless tobacco: | Never |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Family History

| Relation | Problem | Comments |
|---|---|---|
| Sister | Cancer-Melanoma | |

Current Medications

| Medication | Sig |
|---|---|
| • levoFLOXacin (LEVAQUIN) 750 mg tablet | Take 1 Tablet (750 mg) by mouth daily for 7 days |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For |

| | |
|---|---|
| | blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

No Known Drug Allergies

Physical Examination:
Performance Status: ECOG: 0
BP 137/65 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 94 | Wt 104.6 kg (230 lb 8 oz) | BMI 29.74 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: L neck lymphadenopathy/enlarged submandibular salivary gland palpable.
SKIN: Area of induration in the L submandibular region noted.
LUNGS: Course breath sounds throughout.

Laboratory Data: Flu/Covid swab negative.

Imaging: CXR today concerning for pna.

Pathology: As above

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**
2. Acute cough

--Pna noted on CXR. Treating with quinolone d/t recent Augmentin exposure just prior to the cough started 2 weeks ago
--Otherwise discussed his new cancer diagnosis. Discussed the nature of salivary ductal ca.
--Discussed incurable nature of the disease at this stage
--Discussed that this is treatable. Tx based on receptor findings

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

--If Her2 returns positive then will favor Q3 week TCH. 6 cycles followed by maintenance Herceptin.
--If Her2 negative would favor CAP chemo x 6 cycles then obs.
--Each of these is predicated on good echo findings as it relates to LVEF
--Discussed need for port
--Discussed need for full NGS
--Discussed AR+ status and the ability to use ADT, which is regarded as a second line approach.
--Discussed clinical trial referral if he would so desire. He does not favor at this time.
--Discussed prognosis measured in short years on average.

PLAN
--CXR today as above. Treat for pna with levaquin x 7 days.
--HER2 results pending. Will wait on that result and then will coordinate tx from there.
--Needs NGS. Will need port and limited echo.

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/04/22 1100

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 12/18/22 0929 | Encounter Date: 12/12/2022 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 12, 2022

**FOLLOWUP APPOINTMENT:**

**CC**: Start of therapy for salivary ductal carcinoma. CAP therapy. Consent and tx start today.

DIAGNOSIS: Salivary ductal carcinoma.

Stage: IV (distant disease bx confirmed)

ONCOLOGIC HISTORY:
--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2023. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

--L axillary node bx confirmed as metastatic disease on 11/29/22

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Cough and breathing much improved since completion of antibx course that I prescribed at initial visit (see that note)
--Clinically he notes increasing fullness of the neck (lymphedema). This has progressed even within the past week
--He notes inability to lay flat otherwise d/t this neck swelling as it makes it hard for him to breathe.

Patient Active Problem List

| Diagnosis |
|---|
| • Vitamin D deficiency |
| • CKD (chronic kidney disease), stage II |
| • Internal hemorrhoids |
| • Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*) |
| • Dyslipidemia |
| • Gastroesophageal reflux disease without esophagitis |
| • Mild persistent asthma without complication |
| • History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22, |
| • Coronary artery disease involving native coronary artery of native heart without angina pectoris |
| • Psoriasis |
| • Chronic systolic heart failure (*) |
| • Risk factors for obstructive sleep apnea |
| • Neck mass |
| • History of smoking |
| • Salivary gland carcinoma (*) |
| • Other long term (current) drug therapy |
| • Encounter for antineoplastic chemotherapy |

Current Medications

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

| | |
|---|---|
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |

Physical Examination:
Performance Status: ECOG: 0
BP 120/90 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 76 | Temp 36.2 °C (97.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.5 kg (232 lb 8 oz) | BMI 30.00 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

EYES: Anciteric.
LYMPH: Neck lymphedema is extensive b/l. Nodules palpated mostly on the left with skin induration and discoloration noted in the region of level II/III
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Cr acceptable for cisplatin. CrCl calculated at 86 given age and weight

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy

Please see the oncologic history, updated by this author through today.

- Here for consent and start of CAP chemotherapy
- Choice of triplet regimen d/t extent and page of aggressive salivary gland histology
- Pt agrees to proceed and consent is obtained. Discussed AE profile including renal/ototoxicity, etc.
- Discussed myelosuppression risk. GCSF recommended and prescribed (10 daily injections)
- Discussed echo results (normal), and as such he is a candidate for adriamycin.
- Discussed supportive fluids on Friday and short interval followup with labs in a week
- Discussed 21d cycle length. Can extend to 28 days if needed. Restage with imaging after 3 cycles. Clinical monitoring of his neck throughout of course.
- Attempting to get hospital bed d/t his extensive neck lymphedema that impinges on his breathing if he lays flat.

**PLAN**
1) Treatment Wed
2) IVF 1L on Friday with Aloxi
3) Labs, OV with a PA, and IVF support at infusion for a liter (all next Wed)
4) Labs, OV, and treatment to follow around Jan 3

I recommend a hospital bed to be ordered for Robert based on Face to Face evaluation completed:12/18/22
.

Robert is unable to position self with an ordinary bed due to the following medical condition --neck lymphedema that impinges on airway in the supine position -- that is expected to last 1 month or longer. Body positioning for pain relief is not feasible with an ordinary bed.

He requires the head of bed to be elevated more than 30 degrees because of the aforementioned neck

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

lymphedema caused by extensive regional spread of salivary gland cancer. . A bed that changes height to permit transfers to chair, wheelchair or standing position is not required. Frequent and/or immediate changes in body position is not required.

.

.Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/18/22 0929

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430**

Author: Harmon, Gil E, MD
Filed: 02/23/23 1847
Editor: Harmon, Gil E, MD (Physician)
Service: —
Encounter Date: 2/23/2023
Author Type: Physician
Status: Signed

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
February 23, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging scan results and tox check on CAP chemotherapy.

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | | |
|---|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged** |

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

| | |
|---|---|
| | Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Tolerating chemotherapy quite well overall. No s/s of current infection
--No s/s of CHF. Breathing reasonably well (unless laying flat). No LE edema.

--Tinnitus noted. This is new with treatment. Has been relatively stable as treatment has gone on. Not a dose prohibitive impairment.
--No numbness/tingling in fingers/toes.
--Eyes watering but this is managed with eye drops reasonably well.

--He did not have as much MSK pain with GCSF with C3. Recall that he had MSK pain (chest) after C2 that in fact led to an ER visit for GCSF related pain.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week |

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

| | |
|---|---|
| | before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 127/72 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 77 | Temp 36.1 °C (97 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 107.9 kg (237 lb 12.8 oz) | SpO2 97% | BMI 30.68 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated with cutaneous involvement of malignancy in L level II
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. Not significantly changed since my last exam.
**LUNGS: Clear to auscultation bilaterall**y
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs from 2/13 acceptable for chemo tomorrow. Ca corrected for high albumin is fine. WBC acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET today shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 4 for tomorrow is signed.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**PLAN**
1) Chemo tomorrow.
2) Echo (limited) anytime that works for the patient within the next 4 weeks
3) No Aloxi/fluids after this infusion (nothing to cancel) (just documenting)
4) 3 weeks from tomorrow: labs, OV, and treatment to follow (has port)
5) 6 weeks from tomorrow: labs, OV, and treatment to follow.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 02/23/23 1847

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 03/17/23 0903 | Encounter Date: 3/17/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
March 17, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**
10/26/2022 **Initial Diagnosis**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

| | |
|---|---|
| | Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Eye watering continues.
--Breathing okay overall. "nothing wrong with breathing"
--Does have some neck obstructive type symptoms but not deep chest issues. Helps to sit up. Has hospital bed now

--No leg swelling.
--No chest pain aside from GCSF discomfort.

--Tinnitus stable. Not progressive. Feels that hearing itself is stable. No CIPN.
--No blood in the urine.

--Has some lower back pain (APAP for that). Feels this is likely unrelated.

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

--Still working. Notes he has gained some weight.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60- | Take 1,000 mg by mouth Daily |

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

| | |
|---|---|
| 90-500 60-90-500 mg caspule | |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime (Patient not taking: Reported on 3/17/2023) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 112/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 78 | Temp 36.6 °C (97.9 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 107 kg (236 lb) | BMI 30.45 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. This actually looks a little better today than last cycle in terms of less bruising within the skin itself.
**LUNGS: Clear to auscultation bilaterall**y
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Lymphedema**
2. Anemia associated with chemotherapy
3. Other long term (current) drug therapy
4. Encounter for antineoplastic chemotherapy
5. Salivary gland carcinoma (*)

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

6. Chemotherapy-induced nausea

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**

- PET from just before last cycle shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. This is scheduled in 3 days. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 5 is signed. No dose changes.

**Lymphedema**

--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**

No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**

Aloxi only next week Monday

**PLAN**

1) Chemo today
2) Aloxi only on Monday
3) Labs, OV, and chemo to follow in 3 weeks.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 03/17/23 0903

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830**

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 04/07/23 2047 | Encounter Date: 4/7/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
April 07, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy. C6

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22 |

GUNDERSEN HEALTH SYSTEM

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Note

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 4/7/2023

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

C1D1: 12/14/22
C2D1: 1/3/23
C3D1: 1/24/23
--Mixed response PET
C4D1: 2/14/23
C5D1: 3/17/23
C6D1: 4/7/23

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Insomnia. Staying aside has been the problem more so than sleep initiation. Not so much a consistent nocturia issue. Some rumination is involved. Not a pain issue. Not consistently an issue with neck swelling/breathing. Is keeping head elevated.

--No new breathing concerns.
--Neck swelling is stable. Skin is about the same.
--Nausea with chemo but responsive to anti-emetics.
--Did have a super-imposed viral issue during last cycle.

--Tinnitus stable.
--No blood in the urine.
--No persistent CIPN

--Low back pain stable (chronic)
--GCSF related bone pain the same.
--On and off HA.
--Does not note axillary nodal growth.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % | Apply to skin 2 times daily Over rash on elbows and |

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

| | |
|---|---|
| (TEMOVATE) 0.05 % ointment | knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 5 days. Starting 4/16. Ending 4/20 |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) (Patient not taking: Reported on 4/7/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 112/84 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 84 | Temp 36.5 °C (97.7 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 105.3 kg (232 lb 3.2 oz) | BMI 29.96 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema is unchanged. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II. This induration is unchanged. There is more bruising about the anterior chest below the area of what is believed to be cutaneous involvement of the malignancy.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. The area of induration looks stable.
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable. Discussed non fasting sugar elevation.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy
4. Insomnia, unspecified type

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before cycle 4 shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.)
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. The one planned last month appears not to have been completed and we will request that it be rescheduled. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle). Complex prescribing given that part of this will be in FL.
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 6 is signed. No dose changes.
- Anti-emetic plan remains home oral regimen as he is able to get by without IV anti-emetics at this point.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Oral regimen at this time.

**Insomnia**
Discussed his insomnia at length. Ultimately elected to try adding melatonin. Did not tolerate Ambien or Ativan previously. Gets some benefit from anti-histamines OTC.

**PLAN**
1) Chemo today as planned
2) May 4th PET scan (wants in the afternoon). Labs that day as well.
3) 11:30 (harmon specifically wants this overbook) on 5/8/23

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 04/07/23 2047

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 05/08/23 1848 Encounter Date: 5/8/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
May 08, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging imaging results at completion of 6 cycles of CAP

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Results discussion today
--ROS notable for overall stable neck swelling, though there has been some progress in terms of new compression device.
--Continues to work. No new acute concerns.

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on |

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

| | |
|---|---|
| | Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 100/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 84 | Temp 36.8 °C (98.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.1 kg (231 lb 12.8 oz) | SpO2 99% | BMI 29.91 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

- Need echo given cardiac hx of anthracycline exposure. Pt cancel from March noted. Due (reschedule) later this week. He has no clinical s/s of CHF at this time.
- Clinically stable in terms of neck lymphedema.
- Imaging discussed at length. His mixed response continues. Level V neck node on the left noted. L axillary nodes noted. Overall burden of disease has decreased, but the fact that disease does persist and in fact has progressed in the L axilla is noted.
- Discussed our options at length today. 1) obs at this time until progression with RECIST measurable disease (which he does not currently have). 2) Radiation to a small field(s) to cover only currently visible sites of disease (ie. Perhaps just the axilla to see what happens in terms of a PFS interval thereafter 3)

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

Radiation to full b/l necks and L axilla (discussed the significant toxicity involved in this in the context of stage IV disease that is almost certainly not curable) 4) Movement straight to Lupron 5) Trial at UW with pembro added to Lupron (no currently measurable disease, so would not be eligible d/t the lack of RECIST measurable lesion, but could wait until one of his nodes is 1.5 cm in size)

- Will start with rad onc followup before finalizing our plan. I honestly would support multiple of the above options. Lupron during radiation as a combination of options could be entertained as well, though this would preclude his enrollment in the pembro/Lupron study in the future. Recall that he has no on label access to ICI.
- I will followup after rad onc followup comes through.

**PLAN**

1) Rad onc followup with Driscoll ASAP

Total Time on encounter: 40 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 05/08/23 1848

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 07/07/23 2131 Encounter Date: 6/30/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
June 30, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Post XRT plan

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

--Robert tolerated radiation very well
--He is recovering from chemotherapy well. Working. Hair starting to regrow. No evidence of any cardiac injury.
--He continues to use lymphedema management techniques with modest benefit. Persistent neck lymphedema as would be expected
--Was seen recently by ENT. I agree that the midline neck skin lesion is almost certainly benign. It appears to be on the order of a venous lake type of lesion.
--The main issue today, is that in the R neck (level V) has a neck lesion that is nodular and highly concerning for recurrent disease. This is not so much painful as just a palpable nodule that is new within the past several days.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) | Place 1 Tablet (0.4 mg) under tongue as needed |

| | |
|---|---|
| 0.4 mg tablet | For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 120/72 (BP Location: Right arm, Patient Position: Sitting) | Pulse 86 | Wt 108.2 kg (238 lb 8.6 oz) | BMI 30.78 kg/m²
GEN: Alert and oriented x 3. NAD.
NECK: R level V 1 cm nodule, subcutaneous

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

--Discussed that end of tx echo was intact and lacked evidence of chemo-related cardiac injury.
--Discussed that he tolerated chemo and, more recently, EBRT quite well.
--However, he has a new lesion in the R neck on exam today (nothing on the left though) that I fear will represent progressive cancer.
--Discussed SOC options, most notably Lupron monotherapy
--Juxtaposed that with the known trial at UW which combines Lupron with pembro. He favors this trial. I agree.
--I believe he would be a good candidate so long as RECIST measurable disease is found. Namely if a subq nodule hits at least 10 mm in size. This R neck lesion would be close if confirmed.
--We will start with imaging but then move to UW referral. I have previously spoken to the trial PI there, and I believe he would be a good candidate so long as he meets all screening criteria.
--He expresses understanding. CT neck requested. Otherwise we have post XRT PET scheduled at the end of

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

the month.

**PLAN**
1) CT Neck ASAP. Amwell visit with Harmon right after (overbook is fine). Must be Harmon as provider in this case.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 07/07/23 2131

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 08/04/23 1724 Encounter Date: 7/21/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)
Related Notes: Original Note by Harmon, Gil E, MD (Physician) filed at 08/01/23 2138

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
July 21, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Followup to continue coordination of next steps in care.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

| | |
|---|---|
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/13/2023 | **Progression**<br>In the setting of new palpable neck nodularity (see notes of palpable lesion in R level III/V region)<br><br>CT Neck:<br>Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. |

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Significant contact between this author and UW. He appears eligible at UW for Lupron/pembro study.
--He is noting rather rapid increase in the fullness of his b/l neck. Still able to breath freely but has positional issues with sleep as he has before. ROM is decreasing as he tries to turn his head.
--Vascular hemangioma like lesion removed today by ENT given that it had been bothering him (catching on clothing, etc). This would have been a lesion caused by vascular congestion d/t cancer progression in my opinion.
--He has no other discomforts of note (below the neck). No frank pain really. Still working.
--We await his upcoming PET scan.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) | Take by mouth 1/2 dosing cup swish and spit |

| | |
|---|---|
| 100,000 unit/mL suspension | |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0

GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. None new today.

Imaging: As per oncologic history. CT neck reviewed with patient.

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

I had a good conversation today with the patient about next steps. He is eligible for the University of Wisconsin trial that uses Lupron and pembrolizumab in combination as a single arm study.

I discussed in frank terms that I have not had easy access to immunotherapy in any other capacity given that there is no FDA label for use in salivary gland carcinoma. Lupron would be the standard of care option that I



PAGE 38/77 * RCVD AT 12/20/2023 9:42:14 AM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:8778433950 * CSID:GHS Fax Server * ANI:6087759139 * DURATION (mm-ss):67-25

would have access to, but given our desire to be as aggressive as possible, we favor the clinical trial enrollment as much as can be pursued.

The patient has had more rapid clinical progression in the last couple of weeks. He has a CT neck that shows known progression and does have RECIST measurable disease apparent. He more over has right neck palpable disease that is basically subcutaneous and does also serve as measurable disease. He has already been deemed to likely be eligible for the University of Wisconsin study.

On the patient's behalf, I have reached out to the University of Wisconsin to explain that we do have a PET scan already scheduled and as such that I would hope this would double as his pre-treatment baseline imaging given that we do use iodinated CT contrast as part of our head and neck PET scanning protocols. In as much as I have been able, I have been able to confirm that he is not in need of additional imaging other than the PET scan that we already have planned.

Given the more significant progression that is happening on a clinical basis, I have asked that the most expedited possible appointment scheduling be made available for the patient given his overall concern that his clinical progression will potentially get out of hand. I do agree with him that his clinical pace of disease has increased in the last couple of weeks.

In terms of symptoms in need of management, he does have lymphedema of the neck as he has before and this is worsening, but aside from ongoing lymphedema management which is already at maximum at the current time, I do not have any other direct interventions to make on this at this time.

We did have a prognosis discussion today as it relates to goals of care and life decision making. My hope is that we maintain some modicum of palliative control with systemic therapy, but at this point, local therapies are certainly not the right direction to go given rapid progression after cessation of cisplatin-based chemotherapy to extend beyond the areas that we chose to radiate when he had only oligo-residual disease earlier this year.

I remain hopeful that we still have some moderate length of control, perhaps even measured in a 1-2 year time frame with the use of Lupron based therapy, but I was clear to explain that our ability to control his cancer is unknown until he starts this therapy. If there were to be some issue with trial enrollment or the time line there of, we would simply start Lupron therapy here in an expedited fashion in La Crosse.

**PLAN**
--UW clinical trial candidate. He has followup scheduled there. Attempting to expedite and consolidate appointments there as able. Keeping PET scan here.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

ADDENDUM:
PET shows rapid progression, including liver metastatic disease. We are all the more in need of expediting appointments at UW to get him to systemic therapy as quickly as possible.

Electronically signed by Harmon, Gil E, MD at 08/01/23 2138
Electronically signed by Harmon, Gil E, MD at 08/04/23 1724

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

**END OF REPORT**

## Results

**LAB COVID-19, INFLUENZA A, B & RSV RAPID RT-PCR [206213371] (Normal)**

Resulted: 12/02/22 1745, Result status: Final result

Ordering provider: Harmon, Gil E, MD 12/02/22 1655 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Narrative:

RT-PCR testing was performed using the Gene Xpert SARS-CoV-2 plus assay (Cepheid, Sunnyvale, CA).

The Cepheid Xpert Xpress CoV-2 plus Letter of Authorization, along with the authorized Fact Sheet for Healthcare Providers, the authorized Fact Sheet for Patients and authorized labeling are available on the FDA website:

https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Respiratory | Nose/NP | 12/02/22 1655 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| COVID-19 PCR | Negative | Negative | — | GLHL |
| Comment: Negative results do not preclude SARS-CoV-2 infection and should not be used as the sole basis for treatment or other patient management decisions. | | | | |
| Influenza A PCR | Negative | Negative | — | GLHL |
| Comment: Flu A viral RNA not detected. | | | | |
| Influenza B PCR | Negative | Negative | — | GLHL |
| Comment: Flu B viral RNA not detected. | | | | |
| RSV PCR | Negative | Negative | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**Interpretation Summary**

RT-PCR testing was performed using the Gene Xpert SARS-CoV-2 plus assay (Cepheid, Sunnyvale, CA).

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 12/2/2022

**Interpretation Summary (continued)**

The Cepheid Xpert Xpress CoV-2 plus Letter of Authorization, along with the authorized Fact Sheet for Healthcare Providers, the authorized Fact Sheet for Patients and authorized labeling are available on the FDA website:

https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas

**END OF REPORT**

## Results

**Hemogram [206820334]**

Resulted: 12/12/22 1518, Result status: Final result

LAB HEMG [206820405] (Abnormal)

Ordering provider: Harmon, Gil E, MD 12/12/22 1309
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

Order status: Completed
Reflex ID: 206820334

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.31 | 3.70 - 10.40 K/uL | — | GLHL |
| RBC | 4.88 | 4.50 - 5.80 M/uL | — | GLHL |
| HEMOGLOBIN | 13.5 | 13.6 - 16.7 g/dL | L ˅ | GLHL |
| HEMATOCRIT | 41.8 | 41.0 - 50.0 % | — | GLHL |
| MCV | 85.7 | 82.0 - 99.0 fL | — | GLHL |
| MCH | 27.7 | 27.0 - 32.0 pg | — | GLHL |
| MCHC | 32.3 | 32.0 - 36.0 g/dL | — | GLHL |
| PLATELET COUNT | 292 | 140 - 385 K/uL | — | GLHL |
| RDW-CV | 13.5 | 11.8 - 15.6 % | — | GLHL |
| RDW-SD | 42.4 | 34.0 - 50.0 fL | — | GLHL |
| ABS NEUT ELECTRONIC | 6.04 | 2.00 - 8.70 K/uL | — | GLHL |
| ABS IMMATURE GRAN ELECTRONIC | 0.05 | 0.00 - 0.04 K/uL | H ^ | GLHL |
| NRBC # ABSOLUTE | 0.00 | <=0.00 K/uL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Hemogram [206820334] (continued)**

**Interpretation Summary**

The following orders were created for panel order Hemogram.

| Procedure | Abnormality | Status |
|---|---|---|
| --------- | ----------- | ------ |
| LAB HEMG[206820405] | Abnormal | Final result |

Please view results for these tests on the individual orders.

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Calcium [206820345] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CALCIUM | 11.0 | 8.8 - 10.2 mg/dL | H ^ | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Glucose [206820348] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE | 127 | 70 - 99 mg/dL | H ^ | GLHL |
| GLUCOSE HOURS FASTING | Non-Fasting | — | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**BUN [206820354] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BUN | 17 | 8 - 23 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Creatinine [206820360] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CREATININE | 1.36 | 0.67 - 1.17 mg/dL | H ^ | GLHL |
| ESTIMATED GFR | 60 | mL/min/1.73m2 | — | GLHL |

Comment:
Estimated GFR calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Albumin [206820365] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.4 | 3.4 - 4.8 g/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN | Unknown | 1900 South Avenue | 03/13/14 1545 - Present |

| | | | | |
|---|---|---|---|---|
| | LUTHERAN MEDICAL CENTER INC-HOSPITA | | La Crosse WI 54601 | |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Bilirubin,Total [206820368] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BILIRUBIN, TOTAL | 0.2 | 0.0 - 1.3 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**ALKP [206820383] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALKP | 75 | 40 - 129 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/12/22 1612, Result status: Final result

**Magnesium [206820387] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/12/22 1507 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| MAGNESIUM | 2.1 | 1.6 - 2.4 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 01/05/23 1103, Result status: Final result

**LAB OTHER [206820392]**

Ordering provider: Harmon, Gil E, MD 12/12/22 1309 Order status: Completed
Resulting lab: NON INTERFACED REFERRAL LABS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Other | — | 12/12/22 1507 |

GUNDERSEN
HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| OTHER | SCANNED REPORT | — | — | REB2 |

Scan on 12/12/2022 1507 by Scott, Jennifer J: \22NI346R0026\ (below)

**GUNDERSEN HEALTH SYSTEM®**

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

Jan/5/2023 9:05:43 AM East 2nd Floor Check In 7751214 2/6

Robert Loper

Diagnosis
Malignant neoplasm of major salivary gland

Accession No.
TL-22-UTGE726J

xF

Date of Birth

Sex
Male

Physician
Gil Harmon

Institution
Gundersen Lutheran Medical Center
8828980

**TEMPUS** | xF
105 gene liquid biopsy

cfDNA specimen:
Peripheral Blood
Collected 12/12/2022
Received 12/13/2022

**Notes**
The patient does not currently qualify for any clinical trials in our database.

## GENOMIC VARIANTS

**Potentially Actionable / Biologically Relevant**

No reportable pathogenic variants were found.

## IMMUNOTHERAPY MARKERS

**Microsatellite Instability Status**

MSI-High not detected

## TREATMENT IMPLICATIONS

No reportable treatment options found.

22NI346R0026
Loper,Robert J
MRN:08828980
12/12/22

22NI346R0026
Loper,Robert J
MRN:08828980
OTHER
12/12/22

**TEMPUS**

| Electronically Signed By | CLIA Number | Date Signed/Reported | Laboratory Medical Director | Tempus ID # | Pipeline Version | |
|---|---|---|---|---|---|---|
| Maryam Shirazi, MD | 14D2114007 | 12/26/2022 | Brett Mahon, MD, FCAP | TL-22-UTGE726J | 2.10.0 | 1/4 |

Tempus Labs, Inc • 600 West Chicago Avenue, Ste 510 • Chicago, IL • 60654 • tempus.com • support@tempus.com

## VARIANTS OF UNKNOWN SIGNIFICANCE

Robert Loper | TL-22-UTGE726J

| Gene | Mutation effect | Variant allele fraction |
|---|---|---|
| CDKN2A | c.301C>T p.P101S Missense variant NM_058195 | 1.6% |
| RET | c.1483C>A p.Q495K Missense variant NM_020975 | 0.9% |

## LOW COVERAGE REGIONS

| | | | | | |
|---|---|---|---|---|---|
| ERRFI1 | FBXW7 | JAK1 | SMAD4 | SPOP | TERT |

**Assay Description**

The Tempus xF assay is a next-generation sequencing (NGS) cell-free DNA liquid biopsy tumor profiling assay for identifying genomic alterations derived from solid tumors but circulating in the blood. The 105 gene panel includes single nucleotide variants (SNVs), insertions and deletions (indels), copy number variants (CNVs) and chromosomal rearrangements (translocations) detected by hybrid capture NGS using custom designed IDT probes. The assay typically uses 30 to 50 ng of input DNA, and at 30 ng of input material, the technical sensitivity is >99% for SNVs and CNV amplifications at ≥0.5% variant allele fraction (VAF), and >94% for indels and >97% for translocations at ≥0.5% VAF. The assay spans clinically relevant coding exons for 35 genes and covers recurrent hotspot mutations in 70 genes. Insertions and deletions will be reported down to the lower limit of detection (LLOD) in clinically relevant regions in 97 genes (list available upon request). BRCA1 and BRCA2 copy number losses are reported when detected. At the discretion of the attending pathologists, the assay may be run at 10 to <30 ng of input DNA, but in such a case, the report will indicate reduced sensitivity and consideration should be given to additional testing. Please see the Tempus website for a complete gene list and performance specifications.

**Potentially Actionable** variants have associated therapeutic, prognostic or diagnostic evidence from the medical literature. **Biologically Relevant** variants have functional significance or an association with the disease state in the medical literature, but do not have relevant therapeutic, prognostic or diagnostic evidence in the Tempus knowledge database. **Variants of Unknown Significance (VUSs)** exhibit an unclear effect on function and/or do not have sufficient evidence to determine their pathogenicity. **Benign variants** are not reported. **Low Coverage Regions** are included when mean coverage over any region(s) of a gene falls below a threshold of 1000x. The absence of alterations in genes with low coverage should be interpreted carefully in the context of the patient's diagnosis with consideration for retesting. Variants are identified through aligning the patient's DNA sequence to the human genome reference sequence version hg19 (GRCh37). The clinical summary shows actionable and biologically relevant variants. Because sequencing is performed without a matched normal sample, it is not possible to distinguish whether reported variants are germline or somatic.

**Microsatellite instability (MSI)** refers to hypermutability caused by genetic or acquired defects in the DNA mismatch repair pathway. **MSI-high (MSI-H)** tumors have changes in microsatellite repeat lengths due to defective DNA mismatch repair activity. MSI-H status is reported when detected. If MSI status will affect clinical management, immunohistochemical staining for DNA mismatch repair proteins, or another method of ascertaining MSI status, is recommended.

**xF provides insights into the clinically relevant biomarkers incorporated in OncoKB, NCCN and other oncology guidelines for:**

**Bladder cancer:** FGFR2, FGFR3

**Breast cancer:** BRCA1, BRCA2, ERBB2 (HER2), ESR1, PIK3CA

**Cholangiocarcinoma:** FGFR2, IDH1

**Colorectal cancer:** BRAF, ERBB2 (HER2), KRAS, NRAS

**Gastroesophageal adenocarcinoma:** ERBB2 (HER2)

**Gastrointestinal stromal tumor:** KIT, PDGFRA

**Melanoma:** BRAF, KIT, NRAS

**Non-small cell lung cancer:** ALK, BRAF, EGFR, ERBB2 (HER2), KRAS, MET, RET, ROS1

**Complete Gene List**

**Assay Description (continued)**

A-C
AKT1, AKT2, ALK, APC, AR, ARAF, ARID1A, ATM, ATR, B2M, BAP1, BRAF, BRCA1, BRCA2, BTK, CCND1, CCND2, CCND3, CCNE1, CD274 (PD-L1), CDH1, CDK4, CDK6, CDKN2A, CTNNB1

D-F
DDR2, DPYD, EGFR, ERBB2 (HER2), ERRFI1, ESR1, EZH2, FBXW7, FGFR1, FGFR2, FGFR3, FGFR4, FLT3, FOXL2

G-M
GATA3, GNA11, GNAQ, GNAS, HNF1A, HRAS, IDH1, IDH2, JAK1, JAK2, JAK3, KDR, KEAP1, KIT, KMT2A, KRAS, MAP2K1, MAP2K2, MAPK1, MET, MLH1, MPL, MSH2, MSH3, MSH6, MTOR, MYC, MYCN N-R
NF1, NF2, NFE2L2, NOTCH1, NPM1, NRAS, NTRK1, PALB2, PBRM1, PDCD1LG2, PDGFRA, PDGFRB, PIK3CA, PIK3R1, PMS2, PTCH1, PTEN, PTPN11, RAD51C, RAF1, RB1, RET, RHEB, RHOA, RIT1, RNF43, ROS1

S-Z
SDHA, SMAD4, SMO, SPOP, STK11, TERT, TP53, TSC1, TSC2, UGT1A1, VHL

Gene Rearrangements
ALK, BRAF, FGFR2, FGFR3, NTRK1, RET, ROS1

Copy Number Gains
CCNE1, CD274 (PD-L1), EGFR, ERBB2 (HER2), MET, MYC

Copy Number Losses
BRCA1 and BRCA2

**Tempus Disclaimer**

The analysis of nucleic acids by next-generation sequencing (NGS) can be affected by multiple factors including DNA quality, hemolysis of the peripheral blood sample, and low amounts of circulating cell-free DNA limiting sensitivity. Tempus may report findings below our sensitivity threshold due to reduced sample quality and/or quantity. For samples flagged as falling below this threshold, Tempus advises resequencing in order to provide more accurate results. Additionally, the chance of detecting genetic alterations may be reduced in regions of the genome which are structurally difficult to sequence, in homologous genes, or due to sequencing errors.

Genetic alterations are defined as clinically significant based on peer-reviewed published literature and other authoritative sources such as NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®). These references are not comprehensive, therefore clinically unknown findings may occur.

These test results and information contained within the report are current as of the report date. Tempus will not update reports or send notification regarding reclassification of genomic alterations. This test was developed and its performance characteristics determined by Tempus Labs, Inc. It has not been cleared or approved by the US Food and Drug Administration. The laboratory is CLIA certified to perform high-complexity testing. Any decisions related to patient care and treatment choices should be based on the independent judgment of the treating physician and should take into account all information related to the patient, including without limitation, the patient and family history, direct physical examination and other tests. Tempus is not liable for medical judgment with regards to diagnosis, prognosis or treatment in connection with the test results.

Note that certain tumor type-, sample- or variant-related characteristics, such as low cell-free DNA concentration, may result in reduced analytic sensitivity of the xF test for detection of alterations in the covered genes, including the above mentioned guideline-recommended genes.

Dostarlimab is indicated for the treatment of patients with mismatch repair deficient (dMMR) endometrial cancer or solid tumors. Although patients with MSI-H cancers are likely dMMR, confirmatory testing is recommended.

Dates and times are represented in the coordinated universal time zone (UTC) unless otherwise specified. However, dates that are provided to Tempus without a timestamp (e.g., sample collection date) are listed as provided.

This assay cannot distinguish whether cell-free variants detected in plasma are derived from a patient's solid tumor or from clonal blood cells. Variants associated with clonal hematopoietic processes may be detected in a high percentage of older individuals and are especially common in the following genes:

ATM, BRAF, BRCA1, BRCA2, EZH2, FLT3, GNAS, IDH1, IDH2, JAK2, KIT, KRAS, NOTCH1, NPM1, NRAS, PALB2, PTPN11, RAD51C, RHOA, TP53

Correlation with tumor and/or blood sequencing results may be helpful in clarifying the origin of variants in some cases.

1. Genovese G, Kahler AK, Handsaker RE, et al. Clonal hematopoiesis and blood-cancer risk inferred from blood DNA sequence. N Engl J Med. 2014;371:2477-2487

**Tempus Disclaimer (continued)**

2. Jaiswal S, Fontanillas P, Flannick J, et al. Age related clonal hematopoiesis associated with adverse outcomes. N Engl J Med. 2014;371:2488-2498.

3. Chan HT, Chin YM, Nakamura Y, et al. Clonal Hematopoiesis in Liquid Biopsy: From Biological Noise to Valuable Clinical Implications. Cancers 2020, 12, 2277. https://doi.org/10.3390/cancers12082277

Referenced with permission from the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®) for Acute Lymphoblastic Leukemia Version: 1.2022 Acute Myeloid Leukemia Version. 2.2022 Ampullary Adenocarcinoma Version: 1.2022 Anal Carcinoma Version: 2.2022 Basal Cell Skin Cancer Version: 2.2022 B-Cell Lymphomas Version: 5.2022 Bladder Cancer Version: 2.2022 Bone Cancer Version: 2.2023 Breast Cancer Version: 4.2022 Central Nervous System Cancers Version: 2.2022 Cervical Cancer Version: 1.2022 Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma Version: 1.2023 Chronic Myeloid Leukemia Version: 1.2023 Colon Cancer Version: 1.2022 Dermatofibrosarcoma Protuberans Version: 2.2022 Esophageal and Esophagogastric Junction Cancers Version: 4.2022 Gastric Cancer Version: 2.2022 Gastrointestinal Stromal Tumors (GIST) Version: 2.2022 Gestational Trophoblastic Neoplasia Version: 1.2022 Hairy Cell Leukemia Version. 1.2023 Head and Neck Cancers Version. 2.2022 Hepatobiliary Cancers Version: 3.2022 Histiocytic Neoplasms Version: 1.2022 Hodgkin Lymphoma Version: 1.2023 Kaposi Sarcoma Version: 1.2022 Kidney Cancer Version: 3.2023 Malignant Peritoneal Mesothelioma Version: 2.2022 Malignant Pleural Mesothelioma Version: 1.2022 Melanoma. Cutaneous Version: 3.2022 Melanoma: Uveal Version: 2.2022 Merkel Cell Carcinoma Version: 2.2022 Multiple Myeloma Version: 1.2023 Myelodysplastic Syndromes Version: 1.2023 Myeloid/Lymphoid Neoplasms with Eosinophilia and Tyrosine Kinase Fusion Genes Version: 1.2022 Myeloproliferative Neoplasms Version: 3.2022 Neuroendocrine and Adrenal Tumors Version: 1.2022 Non-Small Cell Lung Cancer Version: 5.2022 Occult Primary Version 1.2023 Ovarian Cancer/Fallopian Tube Cancer/Primary Peritoneal Cancer Version: 5.2022 Pancreatic Adenocarcinoma Version: 1.2022 Pediatric Acute Lymphoblastic Leukemia Version: 1.2022 Pediatric Aggressive Mature B-Cell Lymphomas Version: 2.2022 Pediatric Central Nervous System Cancers Version: 1.2023 Pediatric Hodgkin Lymphoma Version: 1.2022 Penile Cancer Version: 2.2022 Primary Cutaneous Lymphomas Version: 2.2022 Prostate Cancer Version: 1.2023 Rectal Cancer Version: 2.2022 Small Bowel Adenocarcinoma Version: 1.2022 Small Cell Lung Cancer Version: 1.2023 Soft Tissue Sarcoma Version: 2.2022 Squamous Cell Skin Cancer Version: 2.2022 Systemic Light Chain Amyloidosis Version: 1.2022 Systemic Mastocytosis Version: 1.2022 T-Cell Lymphomas Version: 2.2022 Testicular Cancer Version: 2.2022 Thymomas and Thymic Carcinomas Version. 2.2022 Thyroid Carcinoma Version: 2.2022 Uterine Neoplasms Version: 1.2022 Vulvar Cancer Version: 2.2022 Waldenström Macroglobulinemia / Lymphoplasmacytic Lymphoma Version: 1.2023 Wilms Tumor (Nephroblastoma) Version: 2.2022 © National Comprehensive Cancer Network, Inc. 2021. All rights reserved. Accessed October 14, 2022. To view the most recent and complete version of the guideline, go online to NCCN.org. The NCCN Guidelines® and other content provided by NCCN are works in progress that may be refined as often as new significant data becomes available. They are statements of consensus of its authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult any NCCN Guidelines® or other NCCN Content is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. NCCN makes no warranties of any kind whatsoever regarding their content, use or application and disclaims any responsibility for their application or use in any way. Therapeutic options are not applicable in all disease settings.

The OncoKB™ precision oncology knowledge base was made available under license from Memorial Sloan Kettering Cancer Center. See terms here.

GUNDERSEN HEALTH SYSTEM

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**TEMPUS** REQUISITION FORM STANDARD – 012122
Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com

22N1346R0026 LOPER, ROBERT J MRN: 08828980 OTHER Date: 12/12/22 Routine SPC 1507 45117827

**A. PATIENT INFORMATION (REQUIRED)**

| | | |
|---|---|---|
| Last Name: Loper | First Name: Robert | Middle Name: J. |
| DOB (MM/DD/YYYY): | Patient Medical Record #: 8828980 | Sex: [X] M [ ] F |
| Race / Ethnicity: White | Email Address: | |

**B. ORDERING PHYSICIAN**

| | |
|---|---|
| Office / Practice / Institution: Gundersen Health S | |
| Street Address, Unit: 1900 South Ave | |
| State: WI | Zip: 54601 / Country: USA |
| Phone: 608-775-1200 | Fax: 608-775-6627 |
| Ordering Physician: Dr. Harmon | NPI #: 1104265339 |
| Email Address (required for report delivery): gcharmon@gundersenhealth.org | |

Associated Study: ____

**C. TESTING OPTIONS**

Optional add-on tests: MMR IHC | PD-L1 IHC | HRD | Tumor Origin | DPYD

- [X] xT Solid Tumor + Normal* – 648 genes
  - [X] Add Concurrent xF Liquid Biopsy* – 105 genes (Uses normal match blood sample)
- [ ] xT Solid Tumor Only* – 648 genes
- [ ] xT Hematologic Malignancy – 648 genes (Blood, FFPE, or Bone Marrow Aspirate)
- [ ] xF Liquid Biopsy* – 105 genes (Non-hematologic malignancies only)
- [ ] xG+ (extended hereditary cancers) – 88 genes (Powered by GeneDx)
- [ ] xG (common hereditary cancers) – 52 genes

Conversion to xF Liquid Biopsy 105 genes – if concurrent testing is not selected, you can opt-in to one of the following:
- [ ] Convert to xF Immediately
- [ ] Convert to xF after solid specimen exhausted

PD-L1 clone 22c3 is the default. For different clones please select all that apply:
[ ] 22c3 [ ] 28-8 [ ] SP142

*For cancers determined to be ovarian, breast, prostate or pancreatic (at pathology review), this includes an order for a separate BRCA1/2 - Tumor Analysis.

**D. SPECIMEN RETRIEVAL**

Solid Tumor:
- [ ] Option 1 – Specific specimen requested (Please provide specimen details below)
- [ ] Option 2 – Let treating pathologist choose specimen.
- [ ] Option 3 – Biopsy to be scheduled for: ____

Pathology Lab Name: ____
Case Number: ____ Block #: ____ Solid Tumor Collection Date: ____
[ ] Check here if the pathology lab is not part of the treatment team

| Specimen | Type | Date of Collection | Section A | Options |
|---|---|---|---|---|
| Normal | [ ] Blood [ ] Saliva | 12/12/22 | Section A must be completed for these options. | [ ] Mobile phlebotomy [ ] Send saliva kit to patient for xT Normal only [ ] Previously submitted |
| Liquid Biopsy | [X] Blood | | | |
| Hematologic Malignancy | [ ] Blood (EDTA) [ ] FFPE (Bone Marrow Biopsy, Bone Marrow Clot, Lymph Node, or other involved tissue) [ ] Bone Marrow Aspirate (EDTA) | | Section A must be completed for these options. Please see specimen instructions for details. | [ ] Mobile phlebotomy [ ] Send saliva kit to patient |
| Hereditary Cancer Panel | [ ] Blood [ ] Buccal Swab | | Section A must be completed for these options. | [ ] Mobile phlebotomy [ ] Send buccal swab kit to patient |

**E. CURRENT DIAGNOSIS**

[ ] NSCLC [ ] Melanoma [ ] Prostate [ ] Colorectal Carcinoma [ ] Ovarian [ ] Breast [X] Other: Salivary gland

Disease Status (select all that apply): [ ] Metastatic [ ] Refractory [ ] Relapse [ ] Other: ____

ICD-10 Primary Diagnosis Code(s): C08.9
Additional Details: ____
Stage: ____

**F. BILLING INFORMATION**

| | | |
|---|---|---|
| Primary Insurance: Quartz | Policy #: | Group #: |
| Policy Holder Name: | Policy Holder DOB: | Patient Relationship to Policy Holder: [ ] Self [ ] Spouse [ ] Child [ ] Other |
| Bill Type: [ ] Insurance (must attach copy of card) [ ] Medicare - Part B | [ ] Hospital/Institution [ ] Self Pay/International Patient | Patient Status (for Medicare patients): [ ] Hospital Inpatient Date of Discharge: ____ |

**PHYSICIAN SIGNATURE** I certify that I have explained to the patient the purpose, risks and benefits of the test being ordered. My signature below is my certification of medical necessity for the test and further certifies that I have obtained from the patient informed consent that meets the requirements of applicable law for Tempus to: (a) perform the test described in this form; (b) obtain, receive, and release, test results and any corresponding medical information as necessary for reimbursement or the processing of insurance claims; (c) retain samples and information obtained from the patient, including the test results, for an indefinite period of time; (d) use information obtained from the patient and the test results in accordance with applicable law, including de-identifying such information and disclosing the de-identified information for other purposes.

**G. PHYSICIAN SIGNATURE**
Ordering Physician's Signature: [signature] Date (MM/DD/YYYY): 12/12/2022
Printed Name: Gil Harmon, MD

**H. FORM COMPLETED BY**
Name: Cheyenne Stadtler, RN
Email: ctstadtl@gundersenhealth.org

requisition-form_with-consent_012122 PAGE 1/2
Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com
600 West Chicago Avenue Suite 510, Chicago, IL 60654 | tempus.com

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **74 - REB2** | NON INTERFACED REFERRAL LABS | Unknown | Misc Labs | 03/26/14 0843 - Present |

**Order-Level Documents:**

Lab Managed Result Scan - Scan on 1/5/2023 1103 by Scott, Jennifer J: \22NI346R0026\ (below)

**GUNDERSEN HEALTH SYSTEM®**

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**Order-Level Documents: (continued)**

Jan/5/2023 9:05:43 AM East 2nd Floor Check In 7751214 2/6

| Robert Loper | Diagnosis<br>Malignant neoplasm of major salivary gland | Accession No.<br>TL-22-UTGE726J | xF |
|---|---|---|---|

Date of Birth

Sex
**Male**

Physician
**Gil Harmon**

Institution
**Gundersen Lutheran Medical Center**
**8828980**

**TEMPUS | xF**
105 gene liquid biopsy

cfDNA specimen:
Peripheral Blood
Collected 12/12/2022
Received 12/13/2022

**Notes**
The patient does not currently qualify for any clinical trials in our database.

**GENOMIC VARIANTS**

**Potentially Actionable / Biologically Relevant**
No reportable pathogenic variants were found.

**IMMUNOTHERAPY MARKERS**

**Microsatellite Instability Status**
MSI-High not detected

**TREATMENT IMPLICATIONS**

No reportable treatment options found.

22NI346R0026
Loper,Robert J
MRN:08828980
12/12/22

22NI346R0026
Loper,Robert J
MRN:08828980
OTHER
12/12/22 JB

| TEMPUS | Electronically Signed By | CLIA Number | Date Signed/Reported | Laboratory Medical Director | Tempus ID # | Pipeline Version | 1/4 |
|---|---|---|---|---|---|---|---|
| | Maryam Shirazi, MD | 14D2114007 | 12/26/2022 | Brett Mahon, MD, FCAP | TL-22-UTGE726J | 2.10.0 | |

Tempus Labs, Inc. • 600 West Chicago Avenue, Ste 510 • Chicago, IL • 60654 • tempus.com • support@tempus.com

## Order-Level Documents: (continued)

Jan/5/2023 9:05:43 AM East 2nd Floor Check In 7751214 3/6

**VARIANTS OF UNKNOWN SIGNIFICANCE** — Robert Loper | TL-22-UTGE726J

| Gene | Mutation effect | Variant allele fraction |
| --- | --- | --- |
| CDKN2A | c.301C>T p.P101S Missense variant NM_058195 | 1.6% |
| RET | c.1483C>A p.Q495K Missense variant NM_020975 | 0.9% |

**LOW COVERAGE REGIONS**

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ERRFI1 | FBXW7 | JAK1 | SMAD4 | SPOP | TERT |

**Assay Description**

The Tempus xF assay is a next-generation sequencing (NGS) cell-free DNA liquid biopsy tumor profiling assay for identifying genomic alterations derived from solid tumors but circulating in the blood. The 105 gene panel includes single nucleotide variants (SNVs), insertions and deletions (indels), copy number variants (CNVs) and chromosomal rearrangements (translocations) detected by hybrid capture NGS using custom designed IDT probes. The assay typically uses 30 to 50 ng of input DNA, and at 30 ng of input material, the technical sensitivity is >99% for SNVs and CNV amplifications at ≥0.5% variant allele fraction (VAF), and >98% for indels and >97% for translocations at ≥0.5% VAF. The assay spans clinically relevant coding exons for 35 genes and covers recurrent hotspot mutations in 70 genes. Insertions and deletions will be reported down to the lower limit of detection (LLOD) in clinically relevant regions in 97 genes (list available upon request). BRCA1 and BRCA2 copy number losses are reported when detected. At the discretion of the attending pathologists, the assay may be run at 10 to <30 ng of input DNA, but in such a case, the report will indicate reduced sensitivity and consideration should be given to additional testing. Please see the Tempus website for a complete gene list and performance specifications.

**Potentially Actionable** variants have associated therapeutic, prognostic or diagnostic evidence from the medical literature. **Biologically Relevant** variants have functional significance or an association with the disease state in the medical literature, but do not have relevant therapeutic, prognostic or diagnostic evidence in the Tempus knowledge database. **Variants of Unknown Significance (VUSs)** exhibit an unclear effect on function and/or do not have sufficient evidence to determine their pathogenicity. **Benign variants** are not reported. **Low Coverage Regions** are included when mean coverage over any region(s) of a gene falls below a threshold of 1000x. The absence of alterations in genes with low coverage should be interpreted carefully in the context of the patient's diagnosis with consideration for retesting. Variants are identified through aligning the patient's DNA sequence to the human genome reference sequence version hg19 (GRCh37). The clinical summary shows actionable and biologically relevant variants. Because sequencing is performed without a matched normal sample, it is not possible to distinguish whether reported variants are germline or somatic.

**Microsatellite instability (MSI)** refers to hypermutability caused by genetic or acquired defects in the DNA mismatch repair pathway. MSI-high (MSI-H) tumors have changes in microsatellite repeat lengths due to defective DNA mismatch repair activity. MSI-H status is reported when detected. If MSI status will affect clinical management, immunohistochemical staining for DNA mismatch repair proteins, or another method of ascertaining MSI status, is recommended.

**xF provides insights into the clinically relevant biomarkers incorporated in OncoKB, NCCN and other oncology guidelines for:**

**Bladder cancer:** FGFR2, FGFR3

**Breast cancer:** BRCA1, BRCA2, ERBB2 (HER2), ESR1, PIK3CA

**Cholangiocarcinoma:** FGFR2, IDH1

**Colorectal cancer:** BRAF, ERBB2 (HER2), KRAS, NRAS

**Gastroesophageal adenocarcinoma:** ERBB2 (HER2)

**Gastrointestinal stromal tumor:** KIT, PDGFRA

**Melanoma:** BRAF, KIT, NRAS

**Non-small cell lung cancer:** ALK, BRAF, EGFR, ERBB2 (HER2), KRAS, MET, RET, ROS1

**Complete Gene List**

## Order-Level Documents: (continued)





**Assay Description (continued)**

A-C
AKT1, AKT2, ALK, APC, AR, ARAF, ARID1A, ATM, ATR, B2M, BAP1, BRAF, BRCA1, BRCA2, BTK, CCND1, CCND2, CCND3, CCNE1, CD274 (PD-L1), CDH1, CDK4, CDK6, CDKN2A, CTNNB1

D-F
DDR2, DPYD, EGFR, ERBB2 (HER2), ERRFI1, ESR1, EZH2, FBXW7, FGFR1, FGFR2, FGFR3, FGFR4, FLT3, FOXL2

G-M
GATA3, GNA11, GNAQ, GNAS, HNF1A, HRAS, IDH1, IDH2, JAK1, JAK2, JAK3, KDR, KEAP1, KIT, KMT2A, KRAS, MAP2K1, MAP2K2, MAPK1, MET, MLH1, MPL, MSH2, MSH3, MSH6, MTOR, MYC, MYCNN-R
NF1, NF2, NFE2L2, NOTCH1, NPM1, NRAS, NTRK1, PALB2, PBRM1, PDCD1LG2, PDGFRA, PDGFRB, PIK3CA, PIK3R1, PMS2, PTCH1, PTEN, PTPN11, RAD51C, RAF1, RB1, RET, RHEB, RHOA, RIT1, RNF43, ROS1

S-Z
SDHA, SMAD4, SMO, SPOP, STK11, TERT, TP53, TSC1, TSC2, UGT1A1, VHL

Gene Rearrangements
ALK, BRAF, FGFR2, FGFR3, NTRK1, RET, ROS1

Copy Number Gains
CCNE1, CD274 (PD-L1), EGFR, ERBB2 (HER2), MET, MYC

Copy Number Losses
BRCA1 and BRCA2

**Tempus Disclaimer**

The analysis of nucleic acids by next-generation sequencing (NGS) can be affected by multiple factors including DNA quality, hemolysis of the peripheral blood sample, and low amounts of circulating cell-free DNA limiting sensitivity. Tempus may report findings below our sensitivity threshold due to reduced sample quality and/or quantity. For samples flagged as falling below this threshold, Tempus advises resequencing in order to provide more accurate results. Additionally, the chance of detecting genetic alterations may be reduced in regions of the genome which are structurally difficult to sequence, in homologous genes, or due to sequencing errors.

Genetic alterations are defined as clinically significant based on peer-reviewed published literature and other authoritative sources such as NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®). These references are not comprehensive, therefore clinically unknown findings may occur.

These test results and information contained within the report are current as of the report date. Tempus will not update reports or send notification regarding reclassification of genomic alterations. This test was developed and its performance characteristics determined by Tempus Labs, Inc. It has not been cleared or approved by the US Food and Drug Administration. The laboratory is CLIA certified to perform high-complexity testing. Any decisions related to patient care and treatment choices should be based on the independent judgment of the treating physician and should take into account all information related to the patient, including without limitation, the patient and family history, direct physical examination and other tests. Tempus is not liable for medical judgment with regards to diagnosis, prognosis or treatment in connection with the test results.

Note that certain tumor type-, sample- or variant-related characteristics, such as low cell-free DNA concentration, may result in reduced analytic sensitivity of the xF test for detection of alterations in the covered genes, including the above mentioned guideline-recommended genes.

Dostarlimab is indicated for the treatment of patients with mismatch repair deficient (dMMR) endometrial cancer or solid tumors. Although patients with MSI-H cancers are likely dMMR, confirmatory testing is recommended.

Dates and times are represented in the coordinated universal time zone (UTC) unless otherwise specified. However, dates that are provided to Tempus without a timestamp (e.g., sample collection date) are listed as provided.

This assay cannot distinguish whether cell-free variants detected in plasma are derived from a patient's solid tumor or from clonal blood cells. Variants associated with clonal hematopoietic processes may be detected in a high percentage of older individuals and are especially common in the following genes:

ATM, BRAF, BRCA1, BRCA2, EZH2, FLT3, GNAS, IDH1, IDH2, JAK2, KIT, KRAS, NOTCH1, NPM1, NRAS, PALB2, PTPN11, RAD51C, RHOA, TP53

Correlation with tumor and/or blood sequencing results may be helpful in clarifying the origin of variants in some cases.

1. Genovese G, Kahler AK, Handsaker RE, et al. Clonal hematopoiesis and blood-cancer risk inferred from blood DNA sequence. N Engl J Med. 2014;371:2477-2487

**Order-Level Documents: (continued)**

Jan/5/2023 9:05:43 AM East 2nd Floor Check In 7751214 5/6

Robert Loper | TL-22-UTGE726J

**Tempus Disclaimer (continued)**

2. Jaiswal S, Fontanillas P, Flannick J, et al. Age-related clonal hematopoiesis associated with adverse outcomes. N Engl J Med, 2014;371:2488-2498.

3. Chan HT, Chin YM, Nakamura Y, et al. Clonal Hematopoiesis in Liquid Biopsy: From Biological Noise to Valuable Clinical Implications. Cancers 2020, 12, 2277. https://doi.org/10.3390/cancers12082277

Referenced with permission from the NCCN Clinical Practice Guidelines in Oncology (NCCN Guidelines®) for Acute Lymphoblastic Leukemia Version: 1.2022 Acute Myeloid Leukemia Version. 2.2022 Ampullary Adenocarcinoma Version: 1.2022 Anal Carcinoma Version: 2.2022 Basal Cell Skin Cancer Version: 2.2022 B-Cell Lymphomas Version: 5.2022 Bladder Cancer Version: 2.2022 Bone Cancer Version: 2.2023 Breast Cancer Version: 4.2022 Central Nervous System Cancers Version: 2.2022 Cervical Cancer Version: 1.2022 Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma Version: 1.2023 Chronic Myeloid Leukemia Version: 1.2023 Colon Cancer Version: 1.2022 Dermatofibrosarcoma Protuberans Version: 2.2022 Esophageal and Esophagogastric Junction Cancers Version: 4.2022 Gastric Cancer Version: 2.2022 Gastrointestinal Stromal Tumors (GIST) Version: 2.2022 Gestational Trophoblastic Neoplasia Version: 1.2022 Hairy Cell Leukemia Version. 1.2023 Head and Neck Cancers Version. 2.2022 Hepatobiliary Cancers Version: 3.2022 Histiocytic Neoplasms Version: 1.2022 Hodgkin Lymphoma Version: 1.2023 Kaposi Sarcoma Version: 1.2022 Kidney Cancer Version: 3.2023 Malignant Peritoneal Mesothelioma Version: 2.2022 Malignant Pleural Mesothelioma Version: 1.2022 Melanoma. Cutaneous Version: 3.2022 Melanoma: Uveal Version: 2.2022 Merkel Cell Carcinoma Version: 2.2022 Multiple Myeloma Version: 1.2023 Myelodysplastic Syndromes Version: 1.2023 Myeloid/Lymphoid Neoplasms with Eosinophilia and Tyrosine Kinase Fusion Genes Version: 1.2022 Myeloproliferative Neoplasms Version: 3.2022 Neuroendocrine and Adrenal Tumors Version: 1.2022 Non-Small Cell Lung Cancer Version: 5.2022 Occult Primary Version: 1.2023 Ovarian Cancer/Fallopian Tube Cancer/Primary Peritoneal Cancer Version: 5.2022 Pancreatic Adenocarcinoma Version: 1.2022 Pediatric Acute Lymphoblastic Leukemia Version: 1.2022 Pediatric Aggressive Mature B-Cell Lymphomas Version: 2.2022 Pediatric Central Nervous System Cancers Version: 1.2023 Pediatric Hodgkin Lymphoma Version: 1.2022 Penile Cancer Version: 2.2023 Primary Cutaneous Lymphomas Version: 2.2022 Prostate Cancer Version: 1.2023 Rectal Cancer Version: 2.2022 Small Bowel Adenocarcinoma Version: 1.2022 Small Cell Lung Cancer Version: 1.2023 Soft Tissue Sarcoma Version: 2.2022 Squamous Cell Skin Cancer Version: 2.2022 Systemic Light Chain Amyloidosis Version: 1.2023 Systemic Mastocytosis Version: 1.2022 T-Cell Lymphomas Version: 2.2022 Testicular Cancer Version: 2.2022 Thymomas and Thymic Carcinomas Version. 2.2022 Thyroid Carcinoma Version: 2.2022 Uterine Neoplasms Version: 1.2022 Vulvar Cancer Version: 2.2023 Waldenström Macroglobulinemia / Lymphoplasmacytic Lymphoma Version: 1.2023 Wilms Tumor (Nephroblastoma) Version: 2.2022 © National Comprehensive Cancer Network, Inc. 2021. All rights reserved. Accessed October 14, 2022. To view the most recent and complete version of the guideline, go online to NCCN.org. The NCCN Guidelines® and other content provided by NCCN are works in progress that may be refined as often as new significant data becomes available. They are statements of consensus of its authors regarding their views of currently accepted approaches to treatment. Any clinician seeking to apply or consult any NCCN Guidelines® or other NCCN Content is expected to use independent medical judgment in the context of individual clinical circumstances to determine any patient's care or treatment. NCCN makes no warranties of any kind whatsoever regarding their content, use or application and disclaims any responsibility for their application or use in any way. Therapeutic options are not applicable in all disease settings.

The OncoKB™ precision oncology knowledge base was made available under license from Memorial Sloan Kettering Cancer Center. See terms here.

**Order-Level Documents: (continued)**

TEMPUS REQUISITION FORM STANDARD – 012122
Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com

22NI346R0026 Routine
LOPER, ROBERT J
MRN: 08828980
OTHER
Date: 12/12/22
54601
1501 MX 45117927

Associated Study

**A. PATIENT INFORMATION (REQUIRED)**

| Last Name | First Name | Middle Name |
|---|---|---|
| Loper | Robert | J. |
| | Patient Medical Record # 8828980 | Sex: [X] M [ ] F |
| Race / Ethnicity: White | Email Address | |

**B. ORDERING PHYSICIAN**

| | |
|---|---|
| Office / Practice / Institution: Gundersen Health S | |
| Street Address, Unit: 1900 South Ave | |
| State: WI | Zip: 54601 · Country: USA |
| Phone: 608-775-1200 | Fax: 608-775-6627 |
| Ordering Physician: Dr. Harmon | NPI #: 1104265339 |
| Email Address (required for report delivery): gebarmon@gundersenhealth.org | |

**C. TESTING OPTIONS**

| | | Optional add-on tests: | MMR IHC | PD-L1 IHC | HRD | Tumor Origin | DPYD |
|---|---|---|---|---|---|---|---|
| [X] | xT Solid Tumor + Normal* – 648 genes | | [ ] | [ ] | [ ] | [ ] | [ ] |
| [X] | Add Concurrent xF Liquid Biopsy* – 105 genes | (Uses normal match blood sample) | | | | | |
| [ ] | xT Solid Tumor Only* – 648 genes | | [ ] | [ ] | [ ] | [ ] | |
| [ ] | xT Hematologic Malignancy – 648 genes | (Blood, FFPE, or Bone Marrow Aspirate) | | | | | |
| [ ] | xF Liquid Biopsy* – 105 genes | (Non-hematologic malignancies only) | | | | | |
| [ ] | xG+ (extended hereditary cancers) – 88 genes | (Powered by GeneDx) | | | | | |
| [ ] | xG (common hereditary cancers) – 52 genes | | | | | | |

Conversion to xF Liquid Biopsy 105 genes – If concurrent testing is not selected, you can opt-in to one of the following:
[ ] Convert to xF immediately
[ ] Convert to xF after ...

*PD-L1 clone 22c3 is the default. For ... please select alternat...: [ ] 22c3 [ ] 28-8 [ ] SP142

*For cancers determined to be ovarian, breast, prostate or pancreatic (at pathology review), this includes an order for a separate BRCA1/2 – Tumor Analysis.

**D. SPECIMEN RETRIEVAL**

Solid Tumor: [ ] Option 1 – Specific specimen requested (Please provide specimen details below) [ ] Option 2 – Let the ... pathologist choose specimen. [ ] Option 3 – Biopsy to be scheduled for: ___
Pathology Lab Name
Case Number | Block # | Solid Tumor Collection Date | [ ] Check here if the pathology lab is not part of the treatment team

| | | Date of Collection | | | |
|---|---|---|---|---|---|
| Normal | [ ] Blood [ ] Saliva | 12/12/22 | Section A must be completed for these options. | [ ] Mobile phlebotomy | [ ] Send saliva kit to patient for xT Normal only; [ ] Previously submitted |
| Liquid Biopsy | [X] Blood | | | | |
| Hematologic Malignancy | [ ] Blood (EDTA) [ ] FFPE (Bone Marrow Biopsy, Bone Marrow Clot, Lymph Node, or other involved tissue) [ ] Bone Marrow Aspirate (EDTA) | Date of Collection | Section A must be completed for these options. Please see specimen instructions for details. | [ ] Mobile phlebotomy | [ ] Send saliva kit to patient |
| Hereditary Cancer Panel | [ ] Blood [ ] Buccal Swab | Date of Collection | Section A must be completed for these options. | [ ] Mobile phlebotomy | [ ] Send buccal swab kit to patient |

**E. CURRENT DIAGNOSIS**

[ ] NSCLC [ ] Melanoma [ ] Prostate [ ] Colorectal Carcinoma [ ] Ovarian [ ] Breast [X] Other: Salivary gland
Disease Status (select all that apply): [ ] Metastatic [ ] Refractory [ ] Relapse [ ] Other: ___
ICD-10 Primary Diagnosis Code(s): C08.9 | Additional Details | Stage

**F. BILLING INFORMATION**

Primary Insurance: Quartz | Policy # | Group #
Policy Holder Name | Policy Holder DOB | Patient Relationship to Policy Holder: [ ] Self [ ] Spouse [ ] Child [ ] Other
Bill Type: [ ] Insurance (must attach copy of card) [ ] Medicare - Part B [ ] Hospital/Institution [ ] Self Pay/International Patient
Patient Status (for Medicare patients): [ ] Hospital Inpatient Date of Discharge: ___

PHYSICIAN SIGNATURE: I certify that I have explained to the patient the purpose, risks and benefits of the test being ordered. My signature below is my certification of medical necessity for the test and further certifies that I have obtained from the patient informed consent that meets the requirements of applicable law for Tempus to: (a) perform the test described in this form; (b) obtain, receive, and release test results and any corresponding medical information as necessary for reimbursement or the processing of insurance claims; (c) retain samples and information obtained from the patient, including the test results, for an indefinite period of time; (d) use information obtained from the patient and the test results in accordance with applicable law, including de-identifying such information and disclosing the de-identified information for other purposes.

**G. PHYSICIAN SIGNATURE**
Ordering Physician's Signature: [signature] | Date (MM/DD/YYYY): 12/12/2022
Printed Name: Gil Harmon, MD

**H. FORM COMPLETED BY**
Name: Cheyenne Stadtler, RN
Email: ctstadtl@gundersenhealth.org

requisition-form_with-consent_012122 PAGE 1/2
Phone: 800.739.4137 | Fax: 800.893.0276 | support@tempus.com
600 West Chicago Avenue Suite 510, Chicago, IL 60654 | tempus.com

**END OF REPORT**

## Results

**LAB ALT [206859277] (Normal)** Resulted: 12/13/22 0804, Result status: Final

result

Ordering provider: Harmon, Gil E, MD 12/13/22 0709 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/13/22 0711 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALT | 27 | 0 - 41 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/13/22 0804, Result status: Final

**LAB AST [206859278] (Normal)**

result

Ordering provider: Harmon, Gil E, MD 12/13/22 0709 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/13/22 0711 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AST | 36 | 0 - 40 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/12/2022, D/C: 12/12/2022

**END OF REPORT**

## Results

**Hemogram [207466922]**

Resulted: 12/21/22 1415, Result status: Final result

LAB HEMG [207466928] (Abnormal)

Ordering provider: Harmon, Gil E, MD 12/21/22 1258
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Order status: Completed
Reflex ID: 207466922

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/21/22 1300 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.28 | 3.70 - 10.40 K/uL | L ˅ | GLHL |
| RBC | 4.42 | 4.50 - 5.80 M/uL | L ˅ | GLHL |
| HEMOGLOBIN | 12.2 | 13.6 - 16.7 g/dL | L ˅ | GLHL |
| HEMATOCRIT | 37.7 | 41.0 - 50.0 % | L ˅ | GLHL |
| MCV | 85.3 | 82.0 - 99.0 fL | — | GLHL |
| MCH | 27.6 | 27.0 - 32.0 pg | — | GLHL |
| MCHC | 32.4 | 32.0 - 36.0 g/dL | — | GLHL |
| PLATELET COUNT | 140 | 140 - 385 K/uL | — | GLHL |
| RDW-CV | 13.2 | 11.8 - 15.6 % | — | GLHL |
| RDW-SD | 41.8 | 34.0 - 50.0 fL | — | GLHL |
| ABS NEUT ELECTRONIC | 0.56 | 2.00 - 8.70 K/uL | L ˅ | GLHL |
| ABS IMMATURE GRAN ELECTRONIC | 0.04 | 0.00 - 0.04 K/uL | — | GLHL |
| NRBC # ABSOLUTE | 0.00 | 0.00 - 0.05 K/uL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**Interpretation Summary**

The following orders were created for panel order Hemogram.

| Procedure | Abnormality | Status |
|---|---|---|
| --------- | ----------- | ------ |
| LAB HEMG[207466928] | Abnormal | Final result |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/21/2022, D/C: 12/21/2022

**Interpretation Summary (continued)**

Please view results for these tests on the individual orders.

**END OF REPORT**

## Results

Resulted: 12/21/22 1447, Result status: Final result

**Creatinine [207466924]**

Ordering provider: Harmon, Gil E, MD 12/21/22 1258 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/21/22 1300 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CREATININE | 0.91 | 0.67 - 1.17 mg/dL | — | GLHL |
| ESTIMATED GFR | 96 | mL/min/1.73m2 | — | GLHL |

Comment:
Estimated GFR calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/21/22 1447, Result status: Final result

**Electrolytes [207466926] (Normal)**

Ordering provider: Harmon, Gil E, MD 12/21/22 1258 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 12/21/22 1300 |

**Components**

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 12/21/2022, D/C: 12/21/2022

| Result | | Range | | |
|---|---|---|---|---|
| SODIUM | 139 | 135 - 146 mmol/L | — | GLHL |
| POTASSIUM | 4.5 | 3.4 - 5.0 mmol/L | — | GLHL |
| CARBON DIOXIDE-TOTAL | 24 | 22 - 29 mmol/L | — | GLHL |
| CHLORIDE | 105 | 96 - 108 mmol/L | — | GLHL |
| ANION GAP | 10 | 6 - 16 mmol/L | — | GLHL |

Comment:
Anion gap is calculated from Sodium minus the sum of the Chloride and Carbon Dioxide.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

**LAB HEMOGRAM [216250628]**

LAB HEMG [216250640] (Abnormal) — Resulted: 05/04/23 0731, Result status: Final result

Ordering provider: Harmon, Gil E, MD 05/04/23 0714
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Order status: Completed
Reflex ID: 216250628

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 3.57 | 3.70 - 10.40 K/uL | L ˅ | GLHL |
| RBC | 3.70 | 4.50 - 5.80 M/uL | L ˅ | GLHL |
| HEMOGLOBIN | 11.6 | 13.6 - 16.7 g/dL | L ˅ | GLHL |
| HEMATOCRIT | 34.8 | 41.0 - 50.0 % | L ˅ | GLHL |
| MCV | 94.1 | 82.0 - 99.0 fL | — | GLHL |
| MCH | 31.4 | 27.0 - 32.0 pg | — | GLHL |
| MCHC | 33.3 | 32.0 - 36.0 g/dL | — | GLHL |
| PLATELET COUNT | 170 | 140 - 385 K/uL | — | GLHL |
| RDW-CV | 15.8 | 11.8 - 15.6 % | H ˄ | GLHL |
| RDW-SD | 54.2 | 34.0 - 50.0 fL | | GLHL |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 5/4/2023

**LAB HEMOGRAM [216250628] (continued)**

| | | | | |
|---|---|---|---|---|
| | | | H ^ | |
| ABS NEUT ELECTRONIC | 1.64 | 2.00 - 8.70 K/uL | L v | GLHL |
| ABS IMMATURE GRAN ELECTRONIC | 0.01 | 0.00 - 0.04 K/uL | — | GLHL |
| NRBC # ABSOLUTE | 0.00 | 0.00 - 0.05 K/uL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**Interpretation Summary**

The following orders were created for panel order LAB HEMOGRAM.
Procedure Abnormality Status
--------- ----------- ------
LAB HEMG[216250640] Abnormal Final result

Please view results for these tests on the individual orders.

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB ALKALINE PHOSPHATASE [216250629] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALKP | 89 | 40 - 129 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB ALBUMIN [216250630] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALBUMIN | 4.6 | 3.4 - 4.8 g/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB AST [216250631] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AST | 44 | 0 - 40 U/L | H ^ | GLHL |

**Testing Performed By**

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 5/4/2023

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB BILIRUBIN, TOTAL [216250632] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BILIRUBIN, TOTAL | 0.3 | 0.0 - 1.3 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB BUN [216250633] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 5/4/2023

| | | Result Range | | |
|---|---|---|---|---|
| BUN | 20 | 8 - 23 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB CALCIUM [216250634] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CALCIUM | 9.9 | 8.8 - 10.2 mg/dL | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB CREATININE [216250635] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CREATININE | 1.28 | 0.67 - 1.17 mg/dL | H ^ | GLHL |
| ESTIMATED GFR | 64 | mL/min/1.73m2 | — | GLHL |

Comment:
Estimated GFR calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB ALT [216250636] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ALT | 30 | 0 - 41 U/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB SODIUM [216250637] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SODIUM | 141 | 135 - 146 mmol/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB POTASSIUM [216250638] (Normal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POTASSIUM | 4.6 | 3.4 - 5.0 mmol/L | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 05/04/23 0800, Result status: Final result

**LAB GLUCOSE [216250638] (Abnormal)**

Ordering provider: Harmon, Gil E, MD 05/04/23 0714 Order status: Completed
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | — | 05/04/23 0716 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| GLUCOSE | 136 | 70 - 99 mg/dL | H ^ | GLHL |
| GLUCOSE HOURS FASTING | >=9 Hours | — | — | GLHL |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **12 - GLHL** | GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA | Unknown | 1900 South Avenue La Crosse WI 54601 | 03/13/14 1545 - Present |

**END OF REPORT**

## Results

Resulted: 12/02/22 1931, Result status: Final result

**XR Chest 2 Views (PA and Lateral) [206213582]**

Ordering provider: Harmon, Gil E, MD 12/02/22 1702 Order status: Completed
Resulted by: Simmons, Lonnie D, MD Performed: 12/02/22 1702 - 12/02/22 1719
Accession number: 12946856 Resulting lab: IDX RADIOLOGY
Narrative:
XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 12/2/2022 5:19 PM

HISTORY: cough. short of breath

COMPARISON: None.

FINDINGS:

Hazy groundglass opacity noted in the peripheral left upper lung. Right lung is clear. The pulmonary vasculature is normal.The heart and the mediastinum are normal. Calcified lymph nodes incidentally seen.
Bony structures are unremarkable.

Impression:

Left upper lung airspace disease suggest pneumonia.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Interpretation Summary**

XR CHEST 2 VIEWS (PA AND LATERAL), obtained on 12/2/2022 5:19 PM

HISTORY: cough. short of breath

COMPARISON: None.

FINDINGS:

Hazy groundglass opacity noted in the peripheral left upper lung. Right lung is clear. The pulmonary vasculature is normal.The heart and the mediastinum are normal. Calcified lymph nodes incidentally seen.
Bony structures are unremarkable.

IMPRESSION:

Left upper lung airspace disease suggest pneumonia.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**END OF REPORT**

## Results

Resulted: 12/08/22 1442, Result status: Final result

**IR Chest Port Placement [206600870]**

Ordering provider: Harmon, Gil E, MD 12/08/22 1208
Resulted by: Hosmer, Jamie, MD
Accession number: 12957062
Order status: Completed
Performed: 12/08/22 1313 - 12/08/22 1318
Resulting lab: IDX RADIOLOGY
Narrative:
History:
chemo start

Procedures:
1. Ultrasound and fluoroscopic guided access into the RIJ vein.
2. Placement of an 8Fr central venous port.

EBL: Minimal

Specimens: None

MODERATE SEDATION ATTESTATION:
I, Jamie Hosmer, was personally responsible for the administration of moderate sedation services during the procedure performed. I confirm that the requirements described in the CPT section on moderate sedation were followed, including the use of an independent trained observer who had no other duties during the procedure. The drug(s) utilized were midazolam and fentanyl (see nursing log for details). The total face-to-face time was 15 minutes.

Applicable moderate sedation CPT code(s)
1. First 15 minutes: 99152 - Moderate sedation, same physician, first 15 minutes, age 5 or older.
2. Each additional 15 minutes: N/A.

Technique:
Informed consent was obtained prior to the procedure. A time-out was performed prior to the procedure. The right neck and chest were prepped and draped in usual sterile fashion. The right internal jugular vein was used for venous access. Skin overlying the access vein was anesthetized with one percent lidocaine local anesthesia and a small skin incision was performed. Ultrasound was utilized to determine patency of the access vein and was used to directly visualize needle passage into the vein. An ultrasound image was archived. This was followed by placement of a guidewire. The infraclavicular chest was anesthetized with one percent lidocaine local anesthesia and a short infraclavicular skin incision was performed. The port pocket was created utilizing blunt dissection. The catheter was brought through the subcutaneous tunnel using the blunt tunneling device. A peel-away sheath was inserted at the vascular access site. The port was placed, deploying the catheter through the peel-away sheath under fluoroscopic guidance and seating the port within the port pocket. The catheter tip was confirmed to be in the right atrium by fluoroscopy. The port was aspirated and flushed without difficulty. The port pocket was then closed. The patient tolerated the procedure well.

Fluoroscopy time: 0.5 minutes.

Dose: 20 mGy

Impression:
Uncomplicated placement of an 8Fr central venous port. The catheter may be used immediately.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Interpretation Summary**

History:
chemo start

Procedures:
1. Ultrasound and fluoroscopic guided access into the RIJ vein.

**Interpretation Summary (continued)**

2. Placement of an 8Fr central venous port.

EBL: Minimal

Specimens: None

MODERATE SEDATION ATTESTATION:
I, Jamie Hosmer, was personally responsible for the administration of moderate sedation services during the procedure performed. I confirm that the requirements described in the CPT section on moderate sedation were followed, including the use of an independent trained observer who had no other duties during the procedure. The drug(s) utilized were midazolam and fentanyl (see nursing log for details). The total face-to-face time was 15 minutes.

Applicable moderate sedation CPT code(s)
1. First 15 minutes: 99152 - Moderate sedation, same physician, first 15 minutes, age 5 or older.
2. Each additional 15 minutes: N/A.

Technique:
Informed consent was obtained prior to the procedure. A time-out was performed prior to the procedure. The right neck and chest were prepped and draped in usual sterile fashion. The right internal jugular vein was used for venous access. Skin overlying the access vein was anesthetized with one percent lidocaine local anesthesia and a small skin incision was performed. Ultrasound was utilized to determine patency of the access vein and was used to directly visualize needle passage into the vein. An ultrasound image was archived. This was followed by placement of a guidewire. The infraclavicular chest was anesthetized with one percent lidocaine local anesthesia and a short infraclavicular skin incision was performed. The port pocket was created utilizing blunt dissection. The catheter was brought through the subcutaneous tunnel using the blunt tunneling device. A peel-away sheath was inserted at the vascular access site. The port was placed, deploying the catheter through the
peel-away sheath under fluoroscopic guidance and seating the port within the port pocket. The catheter tip was confirmed to be in the right atrium by fluoroscopy. The port was aspirated and flushed without difficulty. The port pocket was then closed. The patient tolerated the procedure well.

Fluoroscopy time: 0.5 minutes.

Dose: 20 mGy

IMPRESSION:
Uncomplicated placement of an 8Fr central venous port. The catheter may be used immediately.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Implants**

**Type Not Specified**
**Port,Power,8f.Clearvue,Isp, Implantable(Bard) - Log751224 - Implanted**

| | | | |
|---|---|---|---|
| Inventory item: | PORT,POWER,8F.CLEAR VUE,ISP, IMPLANTABLE(BARD) | Model/Cat number: | 1608062 |
| Manufacturer: | LAW-BARD PERIPHERAL VASCULAR | Lot number: | REGT1315 |
| Device identifier: | 00801741026430 | Device identifier type: | GS1 |

**As of 12/8/2022**

Status: **Implanted**

**Implants (continued)**

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [216281750]** Resulted: 05/04/23 1448, Result status: Final result

Ordering provider: Harmon, Gil E, MD 05/04/23 1105 | Order status: Completed
Resulted by: Zorn, Adam P, MD | Performed: 05/04/23 1106 - 05/04/23 1314
Accession number: 13295719 | Resulting lab: IDX RADIOLOGY
Narrative:
NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 5/4/2023 1:14 PM

REASON FOR EXAM: restaging salivary gland cancer after 3 more cycles of chemo. Looking for response assessment.

COMPARISON: PET scan 02/23/2023

TECHNIQUE:
PET/CT scanning was performed from the vertex of the skull through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 136 mg/dl.

CONTRAST: IV contrast was administered

FINDINGS:

Head and neck:

Fluid within the inferior left mastoid air cells (3/50), similar to prior.

Extensive induration and ill-defined hypermetabolic activity throughout the soft tissues of the left greater than right neck (for example image #74), improved compared to 02/23/2023.

Persistent, although improved hypermetabolic activity within the left submandibular gland.

Hypermetabolic activity medial to the mandible on the left (image #71) appears similar to prior.

Interval improvement of the hypermetabolic cervical lymphadenopathy seen on 02/23/2023, consistent with regression of metastatic disease. A hypermetabolic lymph node on the left (image #62) persists.

Persistent hypermetabolic activity within the thyroid gland, similar to prior.

Thorax:

Right-sided infusion port, the distal tip of which terminates at the superior cavoatrial junction.

Hypermetabolic left axillary lymphadenopathy, consistent with metastatic disease, demonstrating a mixed interval response, with one lymph node decreased in size and metabolic activity (image #106) and others increased in size and metabolic activity (image #121).

Coronary artery disease.

Calcified mediastinal and left hilar lymph nodes, similar to prior.

Calcified granuloma within the left lower lobe (3/131), unchanged.

Abdomen and pelvis:

Hepatic steatosis.

A non-FDG avid 10 mm focus of increased attenuation within the anterior mesentery of the left lower quadrant (3/239) is not significantly changed and may represent sequela of a previous mesenteric infarct.

Right inguinal canal lipoma, similar to prior.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:

1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.

2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

3. Additional findings, as described.

Interpreting Provider Location: Gundersen Health System, Elm Grove, WI 53122

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Interpretation Summary**

NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 5/4/2023 1:14 PM

REASON FOR EXAM: restaging salivary gland cancer after 3 more cycles of chemo. Looking for response assessment.

COMPARISON: PET scan 02/23/2023

TECHNIQUE:
PET/CT scanning was performed from the vertex of the skull through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 10.9 mCi of fluorine 18-FDG.
Preinjection blood glucose was 136 mg/dl.

CONTRAST: IV contrast was administered

FINDINGS:

Head and neck:

**Interpretation Summary (continued)**

Fluid within the inferior left mastoid air cells (3/50), similar to prior.

Extensive induration and ill-defined hypermetabolic activity throughout the soft tissues of the left greater than right neck (for example image #74), improved compared to 02/23/2023.

Persistent, although improved hypermetabolic activity within the left submandibular gland.

Hypermetabolic activity medial to the mandible on the left (image #71) appears similar to prior.

Interval improvement of the hypermetabolic cervical lymphadenopathy seen on 02/23/2023, consistent with regression of metastatic disease. A hypermetabolic lymph node on the left (image #62) persists.

Persistent hypermetabolic activity within the thyroid gland, similar to prior.

Thorax:

Right-sided infusion port, the distal tip of which terminates at the superior cavoatrial junction.

Hypermetabolic left axillary lymphadenopathy, consistent with metastatic disease, demonstrating a mixed interval response, with one lymph node decreased in size and metabolic activity (image #106) and others increased in size and metabolic activity (image #121).

Coronary artery disease.

Calcified mediastinal and left hilar lymph nodes, similar to prior.

Calcified granuloma within the left lower lobe (3/131), unchanged.

Abdomen and pelvis:

Hepatic steatosis.

A non-FDG avid 10 mm focus of increased attenuation within the anterior mesentery of the left lower quadrant (3/239) is not significantly changed and may represent sequela of a previous mesenteric infarct.

Right inguinal canal lipoma, similar to prior.

Osseus: Appropriate age-related changes, otherwise unremarkable.

IMPRESSION:

1. Findings consistent with regression of metastatic disease within the neck. Recommend continued follow-up.

2. Metastatic disease to the left axillary lymph nodes demonstrating a mixed interval response.

3. Additional findings, as described.

Interpreting Provider Location: Gundersen Health System, Elm Grove, WI 53122

**END OF REPORT**

GUNDERSEN HEALTH SYSTEM® | Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 5/4/2023, D/C: 5/4/2023

## Results

Resulted: 07/14/23 1328, Result status: Final result

**CT Neck Soft Tissue with Contrast [220933429]**

Ordering provider: Harmon, Gil E, MD 07/13/23 1343
Order status: Completed
Resulted by: Schaller, Jedadiah J, DO
Performed: 07/13/23 1349 - 07/13/23 1418
Accession number: 13525714
Resulting lab: IDX RADIOLOGY
Narrative:

CT NECK SOFT TISSUE WITH CONTRAST, obtained on 7/13/2023 2:18 PM

HISTORY: restaging neck. concern for recurrent disease in R level V. Otherwise the primary was actually on the L (submandibular). Basically just looking for recurrence

COMPARISON: PET/CT scan 5/4/23 and CT neck 10/23/22

TECHNIQUE: Image data of the neck was acquired. Coronal and sagittal reconstructions were performed. Axial oblique images were obtained through the upper cervical region to avoid dental artifact.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Again seen is an irregular enhancing mass in the left submandibular region which overall is unchanged as compared to the prior study. There is loss of fat plane between thickened platysma and and thickened sternocleidomastoid on the left which is unchanged. There is thickening of the right platysma and right sternocleidomastoid muscle. Subcutaneous nodular reticulation involving the subcutaneous tissues and overlying skin thickening of the face and neck which are unchanged.

Narrowing of the nasopharynx.

The glottis is closed.

The major vessels of the neck enhance normally.

The thyroid gland is normal.

Calcified mediastinal lymph nodes. Mild centrilobular emphysematous changes.

No suspicious osteolytic or osteoblastic lesions.

Impression:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Result

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Adm: 5/4/2023, D/C: 5/4/2023

**Interpretation Summary**

CT NECK SOFT TISSUE WITH CONTRAST, obtained on 7/13/2023 2:18 PM

HISTORY: restaging neck. concern for recurrent disease in R level V. Otherwise the primary was actually on the L (submandibular). Basically just looking for recurrence

COMPARISON: PET/CT scan 5/4/23 and CT neck 10/23/22

TECHNIQUE: Image data of the neck was acquired. Coronal and sagittal reconstructions were performed. Axial oblique images were obtained through the upper cervical region to avoid dental artifact.

CONTRAST: Intravenous contrast was administered.

FINDINGS:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Again seen is an irregular enhancing mass in the left submandibular region which overall is unchanged as compared to the prior study. There is loss of fat plane between thickened platysma and and thickened sternocleidomastoid on the left which is unchanged. There is thickening of the right platysma and right sternocleidomastoid muscle. Subcutaneous nodular reticulation involving the subcutaneous tissues and overlying skin thickening of the face and neck which are unchanged.

Narrowing of the nasopharynx.

The glottis is closed.

The major vessels of the neck enhance normally.

The thyroid gland is normal.

Calcified mediastinal lymph nodes. Mild centrilobular emphysematous changes.

No suspicious osteolytic or osteoblastic lesions.

IMPRESSION:

Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3.

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**END OF REPORT**

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 20, 2023

GIL E HARMON MD
RELEASE OF INFORMATION
1900 SOUTH AVE
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 06/01/2022 to present |
| Diagnostic Test Results | 06/01/2022 to present |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ___________________________________________________ Date: _______________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

KaDe Krueger
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

1. Patient Name: Robert Loper
Maiden/Former Name: ____
Date of Birth: ____
Address: ____
____
Phone Number: ____
Clinic Number (if known): 8828980

**GUNDERSEN HEALTH SYSTEM®**


**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm


**I hereby Authorize:** Written Communication Between 2 & 3? ☒ Yes ☐ No
Verbal Communication Between 2 & 3? ☒ Yes ☐ No

| 2. **Information Disclosed From**: | 3. **Information Disclosed To**: |
|---|---|
| Gundersen Health | Lincoln Financial |
| Name of Person or Organization(Gundersen Health System) | Name of Person or Organization(Gundersen Health System) |
| 1900 South Ave | |
| Street Address | Street Address |
| La Crosse Wi, 54601 | |
| City / State / Zip | City / State / Zip |
| 608-782-7300 | 855-818-2883 |
| Phone Number / Fax Number | Phone Number / Fax Number |

4. **Please CHECK ONLY ONE BOX:**
☐ Mail Records
☐ Fax Records (provide fax number above)
☐ Email: ____ ******FOR PATIENT REQUESTS ONLY******
(Please Print Email Address)
☐ Will Pick Up Records **(La Crosse Campus ONLY)**
☐ No records needed at this time. File in patient's medical record for future use.

5. **Format for Records:** ☐ Paper **OR** ☐ CD/DVD (requires PDF viewer). Please check only one box.
***Please note, if a format is not selected, records will be in paper format**

6. **Type of Information to Be Disclosed:** ☒ Medical Records ☐ Behavioral Health (#7 required) ☐ Both (#7 required)
2 year history unless specified: ____ to ____,

7. **State and Federal Laws require specific authorization prior to disclosing certain information. Please check if you would like any or all of the following information disclosed:**
☐ Mental Health ☐ Alcohol/Drug Abuse ☐ Developmental Disability ☐ HIV Testing

8. **Purpose or need for disclosure (check one):** ☐ Further Medical Care ☐ Insurance Claim ☐ Personal ☐ Legal Investigation ☐ Insurance Application ☒ Disability Determination ☐ Other ____

9. **Expiration Date:** This authorization is valid for 1 year from date of signature or until ____ (specific date up to 2 years) and covers records that were created or existing on or before the date this authorization was signed, as well as records that are created after the date this authorization is signed, up until the expiration date.

1. Patient Name: Robert Loper
Maiden/Former Name: ____________
Date of Birth: __ ____________
Address:___ I ____________
Holmen Wi 54636
Phone Number: __ ____________
Clinic Number (if known): 8828980

**GUNDERSEN HEALTH SYSTEM®**

**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm

## Your Rights With Respect To This Authorization

General Statement of Rights: Federal and state laws protect the confidentiality of my PHI including but not limited to: Mental Health – Sec 51.30, Wis. Stats; & HFS 92, Wis. Admin. Code. Alcohol & Other Drug Abuse – Sec. 51.30 Wis. Stats, HFS 92, Wis. Admin. Code; and 42 CFR Part 2 Final Rule governing confidentiality of alcohol and drug abuse patient records and that recipients of this information may re-disclose it only in connection with their official duties. Prohibition on redisclosure. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further redisclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164. Right to Receive a Copy of this Authorization: I have a right to receive a copy of this form after I sign it. Right to Refuse to Sign This Authorization: I am under no legal obligation to sign this form, however, under certain circumstances permitted under applicable law; refusal to sign may result in denial of services. Right to Withdraw This Authorization: I have the right to withdraw this authorization at any time by providing a written statement of withdrawal to the individual/agency authorized to disclose PHI. My withdrawal of consent will not be effective until the individual/agency authorized to disclose PHI receives it, and will not be effective regarding the uses and/or disclosures of my PHI made prior to receipt of my withdrawal statement. Re-disclosure: If I authorize release of PHI to an individual or agency not covered by federal or state laws that prohibit re-disclosure, my PHI may not remain confidential. Right to Inspect and/or Copy PHI: I have the right to inspect and receive copies of my PHI as permitted by law. I may be charged a reasonable fee for these copies.

**In accordance with the conditions listed on the first page of this form and above, I authorize the use and disclosure of my medical information**. By signing this authorization, you understand that treatment, payment, enrollment or eligibility of benefits may not be conditioned on you signing this authorization. This authorization may be revoked in writing at any time by submitting a request to Release of Information at the address above. This form must be legible and the first page must be completed in full (numbers 1– 9) in order to be valid.

***Copies of records may be obtained with reasonable notice and payment of copying costs. Fees may apply.***

**Signature of Patient:** Robert J Loper **Date:** 9/14/2023

**Signature of Parent/Guardian:** ____________ **Date:** ____________

(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order establishing the person's authority.)

**Legal Authority:**
☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased
☐ Personal Representative/Domestic Partner of Deceased
☐ Health Care Agent ____________
☐ Other: ____________

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)



**Lincoln/Loper 1978**

From: Production Primary 18666747481 2023-12-18 12:45:39 EST Page: 1 of 8 To: ,

10D7B1ADB36740CE8E1F, LOPER, 1

PAGE 1/8 * RCVD AT 12/18/2023 12:45:47 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:8778433950 * CSID:18666747481 * ANI:3054023144 * DURATION (mm-ss):06-26

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial Group , the authorized requestor. MAYO CLINIC - MN RBD 012 - 3280 contracts with Verisma Systems or one of its affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).**

**Verisma and its affiliates provide service only at the discretion and instruction of MAYO CLINIC - MN RBD 012 - 3280. All authorized requests must be made directly to MAYO CLINIC - MN RBD 012 - 3280.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

ATTN: .
LINCOLN FINANCIAL GROUP
PO BOX 2609

OMAHA, NE 68103

10D7B1ADB36740CE8E1F

Lincoln
Financial Group®

**To:** **MARK BRUMM, M.D.**
Company:
Fax: (715)838-3058
Phone:

**From:** **Sydney Pecka**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Friday, December 15, 2023 12:24:52 PM
**Number of pages including this cover sheet:** 04

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2023

MARK BRUMM, M.D.
RELEASE OF INFORMATION
800 WEST AVE. S
LA CROSSE, WI 54601

Re: Policy Number: 000010008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 09/01/2022 to Present |
| Diagnostic Test Results | 09/01/2022 to Present |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Crystal Galio
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance, group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper ______ Robert (First) ______ Joseph (Middle)

Date of Birth ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE Robert J Loper DATE 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDR ______

______ (Zip Code)

PHON ______

December 15, 2023

LINCOLN FINANCIAL GROUP
PO BOX 2609

Omaha, NE 68103

Patient: ROBERT JOSEPH SR. LOPER

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- We have no record of treatment for the **date(s) of service** you request.

If appropriate, please re-submit your request to:

Mayo Clinic - MN RBD 012 - 3280
200 First Street, SW
Rochester, MN 55905
**FAX 5072840161**

Thank you,

Release of Information Services
Mayo Clinic - MN RBD 012 - 3280

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

## IMPORTANT INFORMATION

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

MAYO
CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

December 18, 2023

LINCOLN FINANCIAL
Po Box 2609
Omaha, NE 68103-2609

RE: Request for Records of: Robert Joseph Sr. Loper
Date of Birth:
Date request received: 12/15/2023
Release ID: 386153988

Dear LINCOLN FINANCIAL,

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

- Other (see below)
No Dates of Service as Requested

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**CVS pharmacy**

Prescription Records Service Center
One CVS Drive
Woonsocket, RI 02895
Mail Code B120

**Private and Confidential**
**Intended for Addressee Only**

5183253
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2609
OMAHA, NE 68103-2609

12/12/2023

5183253

Re: CLAIM: 1230085410

LOPER, ROBERT

Enclosed, please find the patient prescription profile obtained using the information as specified per your request. This report reflects all prescriptions that were filled at CVS Pharmacy, during the time frame from 06/01/2022 to 09/01/2022. Filled prescriptions are made available for pick-up by the patient for a number of weeks afterwards. Prescriptions that are not picked up are returned to stock and are then deleted from the patient's medication record. Accordingly, in some cases, a later report of filled prescriptions may reflect that some medications have been removed from the patient's medication record.

*14000077*

If you have questions regarding this report you may contact the Prescription Records Service Center at 1-800-287-2414 or email us at PrescriptionRecordSvcCenter@CVSCaremark.com.

Sincerely,
CVS/pharmacy Prescription Records Service Center

Lincoln/Loper 1988

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 06/01/2022 AND 09/01/2022


RUN DATE: 12/11/2023 TIME: 16:24:14
REQUEST NBR: 5183253

PATIENT NAME: ROBERT LOPER
ADDRESS:
CITY, STATE, ZIP: 0

TELEPHONE:
BIRTHDATE:

THIS REPORT REFLECTS A GRAND TOTAL OF PRESCRIPTIONS AND THE GRAND TOTAL PATIENT PAID AMOUNT COMBINED FOR ALL CVS PHARMACY LOCATIONS DURING THE TIME FRAME 06/01/2022 TO 09/01/2022

GRAND TOTAL SCRIPT COUNT: 1

GRAND TOTAL PT PAID AMOUNT: $1.63

**Lincoln/Loper 1990**

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 06/01/2022 AND 09/01/2022
PHARMACY# 16164

PHARMACY NAME:
ADDRESS: 9400 STATE ROAD 16
CITY, ST, ZIP: ONALASKA WI 54650

PATIENT KEY: 16164415570
PATIENT NAME: LOPER ROBERT
ADDRESS:
CITY, ST, ZIP

TELEPHONE:
BIRTHDATE:

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP. | PATIENT PD AMT | PAYER # | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 234877 | 0 | 68180098003 | LISINOPRIL 10 MG TABLET | BRUMM,MARK R | 06/03/2022 | 90 | 1.63 | 2619 | 221540349552182999 |

**Lincoln/Loper 1992**

RUN DATE: 12/12/2023 TIME: 11:36:38
Request NBR: 5183253

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 06/01/2022 AND 09/01/2022
PHARMACY# 16164

PHARMACY NAME:
ADDRESS: 9400 STATE ROAD 16
CITY, ST, ZIP: ONALASKA WI 54650

PATIENT KEY: 16164415570
PATIENT NAME: LOPER ROBERT
ADDRESS:
CITY, ST, ZIP
TELEPHONE:
BIRTHDATE:

SCRIPT COUNT: 1 TOTAL PATIENT PAID AMOUNT: 1.63

PITNEY BOWES
US POSTAGE
$00.87⁰
DEC 14 2023
ZIP 02062
000597
21 3010276

Private and Confidential
Intended for Addressee Only

6810382609 B050

**CVS pharmacy**

Prescription Records Service Center
One CVS Drive
Woonsocket, RI 02895
Mail Code B120

**Private and Confidential**
**Intended for Addressee Only**

5183253
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
PO BOX 2609
OMAHA, NE 68103-2609

12/12/2023

5183253

Re: CLAIM: 1230085410

LOPER, ROBERT

Enclosed, please find the patient prescription profile obtained using the information as specified per your request. This report reflects all prescriptions that were filled at CVS Pharmacy, during the time frame from 06/01/2022 to 09/01/2022. Filled prescriptions are made available for pick-up by the patient for a number of weeks afterwards. Prescriptions that are not picked up are returned to stock and are then deleted from the patient's medication record. Accordingly, in some cases, a later report of filled prescriptions may reflect that some medications have been removed from the patient's medication record.

*14000077*

If you have questions regarding this report you may contact the Prescription Records Service Center at 1-800-287-2414 or email us at PrescriptionRecordSvcCenter@CVSCaremark.com.

Sincerely,
CVS/pharmacy Prescription Records Service Center

**Lincoln/Loper 1997**

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 06/01/2022 AND 09/01/2022


RUN DATE: 12/11/2023 TIME: 16:24:14
REQUEST NBR: 5183253

PATIENT NAME: ROBERT LOPER
TELEPHONE:
ADDRESS:
BIRTHDATE:
CITY, STATE, ZIP: 0

THIS REPORT REFLECTS A GRAND TOTAL OF PRESCRIPTIONS AND THE GRAND TOTAL PATIENT PAID AMOUNT COMBINED FOR ALL CVS PHARMACY LOCATIONS DURING THE TIME FRAME 06/01/2022 TO 09/01/2022

GRAND TOTAL SCRIPT COUNT: 1
GRAND TOTAL PT PAID AMOUNT: $1.63

**Lincoln/Loper 1999**

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 06/01/2022 AND 09/01/2022
PHARMACY# 16164

PHARMACY NAME:
ADDRESS: 9400 STATE ROAD 16
CITY, ST, ZIP: ONALASKA WI 54650

PATIENT KEY: 16164415570
PATIENT NAME: LOPER ROBERT
ADDRESS:
CITY, ST, ZIP

TELEPHONE:
BIRTHDATE:

| RX NUMBER | REF. | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | QUANT DISP. | PATIENT PD AMT | PAYER # | TP AUTHORIZATION # |
|---|---|---|---|---|---|---|---|---|---|
| 234877 | 0 | 68180098003 | LISINOPRIL 10 MG TABLET | BRUMM,MARK R | 06/03/2022 | 90 | 1.63 | 2619 | 221540349552182999 |

**Lincoln/Loper 2001**

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 06/01/2022 AND 09/01/2022
PHARMACY# 16164


RUN DATE: 12/12/2023 TIME: 11:36:38
Request NBR: 5183253

PHARMACY NAME:
ADDRESS: 9400 STATE ROAD 16
CITY, ST, ZIP: ONALASKA WI 54650

PATIENT KEY: 16164415570
PATIENT NAME: LOPER ROBERT
ADDRESS:
CITY, ST, ZIP

TELEPHONE:
BIRTHDATE:

SCRIPT COUNT: 1 TOTAL PATIENT PAID AMOUNT: 1.63

**Lincoln/Loper 2003**

GUNDERSEN
HEALTH SYSTEM®

1900 South Avenue, AVS-001 • La Crosse, WI 54601
Telephone: (608) 775-3199 • FAX: (608) 775-4706

# *Fax Transmission*

**Number of Pages:** (not including this page)

**Date:** 12/15/23
**Time:** 11:42 AM

**To:** CL#: 1230085410
**At:** LINCOLN FINANCIAL GROUP
**Fax Number:** 800-922-3503

**From:** Kate
**Phone Number:** (608) 7754533

---

Following are copies of health care records on:

Patient Name: Robert J Loper
DOB:
Medical Record Number: 000008828980

**Comments:**

---

**CONFIDENTIALITY NOTICE:** This telefaxed correspondence is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication by mistake, please call the sender immediately by telephone and mail the original message to us at the above address. Thank you for your assistance.

Gundersen Lutheran Medical Center, Inc. | Gundersen Clinic, Ltd.

Lincoln
Financial Group®

**To:** **MARK J. RINGSTROM, MD**
Company:
Fax: (608)775-4706
Phone:

**From:** **Sydney Pecka**
Fax: 1-877-843-3950
Phone: 1-800-423-2765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Friday, December 15, 2023 12:26:52 PM
**Number of pages including this cover sheet:** 04

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2023

MARK J. RINGSTROM, MD
RELEASE OF INFORMATION
1900 SOUTH AVENUE
LA CROSSE, WI 54601

Re: Policy Number: 000010082567000000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 09/01/2022 to Present |
| Diagnostic Test Results | 09/01/2022 to Present |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company, government agency, department of labor; acquaintance, group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE Robert J Loper DATE 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDRESS: ______

PHONE NO ______

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Amb Abstract Report

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 10/26/2022

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 10/26/2022 3:00 PM | Ringstrom, Mark J, MD | OTOLARYNGOLOGY ONA | 151985289 | |

## Reason for Call/Visit

**New Patient** Left facial swelling, seen in ER 10/23/2022 rx augmentin, He has had surgery in this area for a "benign tumor" in the early 1980's while living in southern Ohio.

## Diagnoses

| | Comments |
|---|---|
| **Cellulitis of neck** - Primary | |

## Nursing Assessment

No Nursing Assessment available for this encounter.

## Progress Notes - Notes

### Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500

Author: Ringstrom, Mark J, MD Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT), Referral Author Type: Physician
Filed: 10/27/22 0700 Encounter Date: 10/26/2022 Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper** **000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - ONALASKA**
October 26, 2022

**History of Present Illness:**
Robert J Loper is a 59 y.o. year old male who presents for evaluation of left facial and neck swelling/cellulitis. This is a strange case. Evidently Robert has had issues with left face and neck swelling for about a year. It has been subtle and mostly only noticeable to himself for most of this time, but back in August he had a significant exacerbation where he had significant eyelid edema, redness of the skin of the face neck and submental region as well as cellulitis affecting the pinna. He feels like it all started at once in all of these locations, not necessarily originating from the ear or eye or any other focal wound. He went into the Neighborhood Family Clinic and was treated with course of antibiotics. This rapidly improved his symptoms over first couple of days. The swelling remained, but the redness and intense cellulitis was resolved. This last weekend things took a turn for the worse again. Again it did not seem to occur for any particular reason or start in anyone anatomic site. He went into urgent care and was also given a course of Augmentin, with follow-up here today with me. He also had a CT scan done while he was in urgent care.

He does have a history of a left submandibular mass excision as young man. He is not clear exactly what this was for with the pathology was. He has a metallic foreign body in the midline submental region on his CT scan, and Robert is unaware of but that may be or why it is there.

Medical history significant for prediabetes, overweight/obesity, alcohol use.

## Progress Notes - Notes (continued)

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

Denies any active dental disease.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Bilateral canals clear. TMs intact. Middle ears aerated.
Nose: nares normal, septum midline, mucosa normal, no drainage or sinus tenderness
Oral Cavity/Oropharynx: Several previous dental extractions. No evident active dental or periodontal disease. Oral cavity and oropharynx otherwise are unremarkable. No asymmetric swelling. His parotid is full but the buccal space is otherwise soft
Neck: Significant diffuse asymmetric fullness of the tail of parotid level 2 and 3 neck. He has a small firm level 5 lymph node, perhaps 15 mm diameter on the posterior aspect of the zone of edema. Edema goes into the some and tubular and submental space. Everything below the hyoid is essentially soft without involvement

**Imaging:**
I reviewed his CT scan again. He has a diffuse cellulitis with fat stranding of the left face and neck. There is a bone density or metallic density foreign body in the midline submental subcutaneous space. No focal abscesses. Pharynx unremarkable. Sinuses unremarkable. No sign of dental origin. Multiple reactive lymph nodes throughout the neck

**Assessment / Plan:**
Chronic left facial and neck swelling, with acute cellulitic exacerbation

This is very strange situation. I cannot quite say what the cause of the underlying left-sided inflammation and swelling is, or what is leading to these acute exacerbations.

He is responding well to antibiotics. I prolonged this course for a total of 2 weeks of Augmentin since he is going out of town for the next 2 weeks. I would like to see him back in about 3 weeks. He has a lymph node that I think we need to excise to evaluate for any more worrisome underlying pathology.

Mark J Ringstrom, MD

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 10/27/22 0700

**Encounter Messages**

No messages in this encounter

**Encounter Status**

Signed by Ringstrom, Mark J, MD on 10/27/22 at 07:00

**END OF REPORT**

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Amb Abstract Report

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 11/17/2022

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 11/17/2022 2:30 PM | Ringstrom, Mark J, MD | OTOLARYNGOLOGY LAX | 152022073 | |

**Reason for Call/Visit**

| | |
|---|---|
| **Procedure** | Pt feels the swelling on his left neck has gotten larger since stopping Augmentin 11/2/2022. Pt feels the swelling is starting to go under his jaw/crossing midline. |

**Diagnoses**

| | Comments |
|---|---|
| **Cellulitis of neck** - Primary | |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

## Progress Notes - Notes

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430**

| | | |
|---|---|---|
| Author: Ringstrom, Mark J, MD | Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT), Referral | Author Type: Physician |
| Filed: 11/18/22 1123 | Encounter Date: 11/17/2022 | Status: Signed |
| Editor: Ringstrom, Mark J, MD (Physician) | | |

**OTOLARYNGOLOGY HEAD & NECK SURGERY PROCEDURE NOTE**

11/17/2022
Robert J Loper
000008828980

**PROCEDURE:**
1. Excision of left neck level 5 lymph nodes; CPT 38510

**SURGEON:** Mark J Ringstrom, MD.

**PRE-OPERATIVE DIAGNOSIS:** Diffuse neck swelling.

**POST-OPERATIVE DIAGNOSIS:** same.

**ANESTHESIA:** General

**OPERATIVE FINDINGS:**
Cluster of enlarged lymph nodes left neck level 5

**DESCRIPTION OF PROCEDURE:**
A time-out was performed. Risks and benefits were discussed including the risk for hematoma or bleeding due to his current Plavix use.

## Progress Notes - Notes (continued)

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430 (continued)**

In the clinic operating suite the left neck was inspected. There was a palpable node in left neck level 5b, largely behind the area of diffuse cutaneous/subcutaneous swelling which was largely anterior to the sternocleidomastoid. The planned incision was marked, cleansed with alcohol, then injected with lidocaine with epinephrine. Sterile prep and drapes were applied.

A 25 mm incision was made. Dissection was carried down through the platysma. The conglomeration of lymph nodes was dissected. The largest was about 1 cm in size. Bipolar cautery was used throughout to help insure hemostasis. The majority of the specimen was sent fresh for cytology/pathology with note for potential lymphoma workup. Portion was also sent for tissue culture. The wound was inspected for hemostasis. Closure of the platysma was done with Vicryl. Skin was closed with deep dermal Vicryl followed by Prolene on the skin surface.

**COMPLICATIONS:** None.

**EBL:** 10 mL
**FLUIDS:** See anesthesia record
**CONDITION:** Stable

Mark J Ringstrom, MD

Electronically signed by Ringstrom, Mark J, MD at 11/18/22 1123

**Encounter Messages**

No messages in this encounter

## Pathology/Cytology - All Results

Resulted: 07/22/23 1211, Result status: Edited

**PATH SURGICAL/NON GYN PATHOLOGY [205253500]** Result - FINAL

Order status: Completed
Resulted by: Zeng, Gordon G, MD
Resulting lab: POWERPATH
Start Date/Time: 11/18/22 0800
End Date/Time: None
Electronically Signed by: Gordon G Zeng, MD on 7/20/2023 9:15 AM

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| S22-31070 | Other | Lymph Node | 11/17/22 0000 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report | -- | — | — | POWERPATH |

Result:
**** THIS IS A SUPPLEMENTAL REPORT ****

## Pathology/Cytology - All Results (continued)

Resulted: 07/22/23 1211, Result status: Edited

**PATH SURGICAL/NON GYN PATHOLOGY [205253500] (continued)** Result - FINAL

CASE: S22-31070
PATIENT: ROBERT LOPER
** Supplemental Report Follows ** See Below **

| Diagnosis | -- | — | — | POWERPATH |
|---|---|---|---|---|

Result:
DIAGNOSIS:

Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a
salivary gland tumor nodule that is totally replaced by malignancy,

| Case Report | -- | — | — | POWERPATH |
|---|---|---|---|---|

Result:
CLINICAL INFORMATION:
Diffuse neck swelling, concern for lymphoma

SPECIMEN(S) RECEIVED:
Left neck level 5 node

GROSS DESCRIPTION:
Received fresh is a partially fragmented, 1.7 x 1.4 x 0.9 cm, firm, tan-white lymph node. Sectioning reveals focal necrosis. A Touch preparation is performed and stained with Diff-Quik for pathologist review. A portion of the tissue is placed and held
in RPMI. Representative tissue submitted for permanent sections in A1 and A2.

Immunohistochemistry Results

Formalin-fixed, paraffin-embedded tissue is utilized. Tissue sections are incubated with the following antibodies. Controls stain appropriately. Complete procedural methodology is available upon request. Results indicated below:

Material: Block A1

View formatted IHC table in the report under linked documents
Marker For: Result Comment
p40 Negative
TTF-1 (8G7G3/1) Negative
Cytokeratin 7 Positive

## Pathology/Cytology - All Results (continued)

Resulted: 07/22/23 1211, Result status: Edited

**PATH SURGICAL/NON GYN PATHOLOGY [205253500] (continued)** Result - FINAL

Cytokeratin 20 Negative
GATA3 Positive
p63 Negative
S-100 Negative
Estrogen receptors (ER) Negative
Progesterone receptors (PR) Negative
Prostate specific antigen (PSA) Negative

Note: The performance characteristics of all immunohistochemical stains cited in this report were determined by the Department of Pathology at Gundersen Lutheran Medical Center, as part of an ongoing quality assurance program and in compliance with
federally mandated regulations drawn from the Clinical Laboratory Improvement Amendments of 1988 (CLIA '88). Some of these tests may rely on the use of "analyte specific reagents" and have not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or approval is not necessary. Nevertheless, federal rules concerning the medical use of analyte specific reagents require that the following disclaimer be attached to this report. These tests are
used for clinical purposes, and should not be regarded as investigational or for research. The immunohistochemistry laboratory at Gundersen Lutheran Medical Center Department of Pathology is certified by the Centers for Medicare and Medicaid Services
(formerly HCFA) as a high complexity laboratory under CLIA '88.

Slides were microscopically examined by the pathologist.

Evaluation performed by Gordon G. Zeng, MD Electronically signed 11/22/2022

** SUPPLEMENTAL REPORT **

Androgen receptor immunostaining was performed at Mayo Clinic Laboratory, the tumor cells are strongly positive for androgen receptors. This finding supports the above diagnosis.

Androgen receptor : Strongly positive.

Supplemental Information reported by Gordon G. Zeng, MD Electronically signed 11/30/2022

** SUPPLEMENTAL REPORT **

HER2 amplification by FISH was performed and interpreted at NeoGenomics Laboratories. Results are indicated below.

HER2, Misc. Tumor, FISH, Tissue: NEGATIVE
HER2/D17Z1 ratio: 0.85

## Pathology/Cytology - All Results (continued)

Resulted: 07/22/23 1211, Result status: Edited

**PATH SURGICAL/NON GYN PATHOLOGY [205253500] (continued)** Result - FINAL

Average HRE2 signals per cell: 1.9
Average D17Z1 signals per cell: 2.3

This tumor specimen is negative for HER2 amplification due to a HER2/centromere ratio <2.0 with an average HER2 copy number <6.0

See Laboratory Service Report from Mayo Clinic Laboratories for complete details.

Supplemental Information reported by Gordon G. Zeng, MD Electronically signed 12/6/2022

** SUPPLEMENTAL REPORT **

At the request of the treating provider, the specimen was sent to an outside reference laboratory for next generation sequencing (NGS) for patient prognostic and treatment decision-making purposes. Please see scanned results in Epic for the full report.

Supplemental Information reported by Gordon G. Zeng, MD Electronically signed 1/17/2023

## Microbiology - All Results

**MIC CULTURE - FUNGAL [205226193]** Result status: In process

Ordering provider: Ringstrom, Mark J, MD 11/17/22 1539
Discontinued by: Burge, Lisa A 11/17/22 1602 [Lab-Original Order Cancelled, Reordered to Direct to Correct Testing Site]
Start Date/Time: 11/17/22 0000
End Date/Time: None

Order status: Canceled
Resulting lab: GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22HL321M010 3 | Tissue | Neck | 11/17/22 1530 |

**MIC CULTURE - AFB [205226194]** Result status: In process

Ordering provider: Ringstrom, Mark J, MD 11/17/22 1539
Discontinued by: Burge, Lisa A 11/17/22 1602 [Lab-Original Order Cancelled, Reordered to Direct to Correct

Order status: Canceled
Resulting lab GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA

## Microbiology - All Results (continued)

**MIC CULTURE - AFB [205226194] (continued)** Result status: In process

Testing Site]
Start Date/Time: 11/17/22 0000
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22HL321M010 3 | Tissue | Neck | 11/17/22 1530 |

Resulted: 11/25/22 1416, Result status: Final result

**MIC CULTURE - WOUND [205226192]**

Ordering provider: Ringstrom, Mark J, MD 11/17/22 1539 Order status: Completed
Resulting lab GUNDERSEN LUTHERAN MEDICAL CENTER INC-HOSPITA
Start Date/Time: 11/17/22 0000
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22HL321M010 3 | Tissue | Neck | 11/17/22 1530 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CULTURE - WOUND | FINAL: No growth at 7 days | — | — | GLHL |
| SMEAR - GRAM STAIN | WBC not quantified due to tissue processing. | — | — | GLHL |
| SMEAR - GRAM STAIN | No organisms seen | — | — | GLHL |

Resulted: 12/17/22 0003, Result status: Final result

**MIC CULTURE, FUNGAL (REFERRAL) [205228196]**

Ordering provider: Ringstrom, Mark J, MD 11/17/22 1601 Order status: Completed
Resulting lab: ARUP LABORATORIES
Start Date/Time: 11/17/22 1601
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22HL321M010 3 | Tissue | Neck | 11/17/22 1530 |

**Components**

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Amb Abstract Report

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 11/17/2022

## Microbiology - All Results (continued)

Resulted: 12/17/22 0003, Result status: Final result

**MIC CULTURE, FUNGAL (REFERRAL) [205228196] (continued)**

| | | Range | | |
|---|---|---|---|---|
| CULTURE, FUNGAL | SEE NOTE | — | — | ARUP |

Comment:
Culture negative for Fungi
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Jonathan R. Genzen, MD, PHD, Lab. Director

Resulted: 01/13/23 2300, Result status: Final result

**MIC AFB CULTURE AND AFB STAIN (REFERRAL) [205228197]**

Ordering provider: Ringstrom, Mark J, MD 11/17/22 1601 Order status: Completed
Resulting lab: ARUP LABORATORIES
Start Date/Time: 11/17/22 1601
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22HL321M010 3 | Tissue | Neck | 11/17/22 1530 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ACID FAST STAIN | SEE NOTE | — | — | ARUP |

Comment: Negative for Acid Fast Bacteria.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CULTURE, ACID FAST BACILLI | SEE NOTE | — | — | ARUP |

Comment:
Culture negative for acid fast bacilli
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Jonathan R. Genzen, MD, PHD, Lab. Director

## Lab - All Results

Resulted: 11/25/22 1124, Result status: Final result

**LAB OTHER [205226195]**

Ordering provider: Ringstrom, Mark J, MD 11/17/22 1539 Order status: Completed
Resulting lab: NON INTERFACED REFERRAL LABS
Start Date/Time: 11/17/22 0000
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22NI321R0045 | Other | — | 11/17/22 1530 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

## Lab - All Results (continued)

**LAB OTHER [205226195] (continued)**

Resulted: 11/25/22 1124, Result status: Final result

| | | | | |
|---|---|---|---|---|
| OTHER | SCANNED REPORT | — | — | REB2 |

**Encounter Status**

Signed by Ringstrom, Mark J, MD on 11/18/22 at 11:23

**END OF REPORT**

**GUNDERSEN HEALTH SYSTEM®**

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Amb Abstract Report

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 11/23/2022

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 11/23/2022 9:00 AM | Ringstrom, Mark J, MD | OTOLARYNGOLOGY LAX | 152719956 | |

**Diagnoses**

| | Comments |
|---|---|
| **Head and neck malignancy (*)** - Primary | |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

## Progress Notes - Notes

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900**

Author: Ringstrom, Mark J, MD
Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT), Referral
Author Type: Physician
Filed: 11/23/22 1606
Encounter Date: 11/23/2022
Status: Addendum
Editor: Ringstrom, Mark J, MD (Physician)
Related Notes: Original Note by Ringstrom, Mark J, MD (Physician) filed at 11/23/22 1605

**Robert J Loper** **000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
November 23, 2022

**History of Present Illness:**
Robert J Loper comes in today for recheck of his left neck, suture removal, and discussion of pathology. I had talked with him last night to relate the diagnosis.

He tells me the neck surgical site is doing well. No concerns there.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Oral Cavity/Oropharynx: Oral cavity and oropharynx look good. No asymmetric mass effect. No edema
Neck: Diffuse firm pitting edema of the left upper neck, sub mentum and extending over to the right submandibular region. surgical site in the left base of neck looks good. Prolene sutures removed

**Pathology:**

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Amb Abstract Report

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 11/23/2022

## Progress Notes - Notes (continued)

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900 (continued)**

GUNDERSEN HEALTH SYSTEM®

PATHOLOGY REPORT

***Important note to patients:*** *Gundersen Health System believes that sharing your results with you can improve the patient experience. We also know that pathology reports can be complicated. Any questions can be addressed when you are contacted by your health care provider or when you see them in follow-up.*

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **LOPER, ROBERT J** | | | **Pathology #:** | **S22-31070** |
| Med. Record. No.: | 8828980 | Age: | 60 | Date of Procedure: | 11/17/2022 |
| Date of Birth: | | Sex: | M | Date Received: | 11/18/2022 7:49:32 AM |
| Submitted by: | Mark J Ringstrom | | | | |
| Report also to: | Kazi Z. Rayhan | | | | |

**DIAGNOSIS:**

Left neck mass, level 5, excision:

High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a salivary gland tumor nodule that is totally replaced by malignancy.

CLINICAL INFORMATION:
Diffuse neck swelling, concern for lymphoma

SPECIMEN(S) RECEIVED:
Left neck level 5 node

GROSS DESCRIPTION:
Received fresh is a partially fragmented, 1.7 x 1.4 x 0.9 cm, firm, tan-white lymph node. Sectioning reveals focal necrosis. A Touch preparation is performed and stained with Diff-Quik for pathologist review. A portion of the tissue is placed and held in RPMI. Representative tissue submitted for permanent sections in A1 and A2.

**Immunohistochemistry Results**

Formalin-fixed, paraffin-embedded tissue is utilized. Tissue sections are incubated with the following antibodies. Controls stain appropriately. Complete procedural methodology is available upon request. Results indicated below:

Material: Block A1

| Marker For: | Result | Comment |
|---|---|---|
| p40 | Negative | |
| TTF-1 (8G7G3/1) | Negative | |
| Cytokeratin 7 | Positive | |
| Cytokeratin 20 | Negative | |

## Progress Notes - Notes (continued)

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900 (continued)**

**Assessment / Plan:**
Salivary ductal carcinoma left neck, likely submandibular origin

I was very sorry to share the diagnosis with Bob. We talked about next steps. I have him on the schedule for PET scan on Friday. I have discussed his case with Colin and Gil. He is set up to see radiation oncology immediately following, and Medical Oncology next week. Dr. Harmon has already requested tumor markers on the specimen to help direct treatment.

Depending on the appearance of PET scan we may want to consider sampling the skin to look for a dermal metastasis type picture. I mentioned this as a possibility to Bob, but we will see with the PET scan shows.

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1605
Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1606

**Encounter Messages**

No messages in this encounter

**Encounter Status**

Signed by Ringstrom, Mark J, MD on 11/23/22 at 16:05

**END OF REPORT**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 6/16/2023 9:30 AM | Ringstrom, Mark J, MD | OTOLARYNGOLOGY LAX | 158438567 | |

**Diagnoses**

| | Comments |
|---|---|
| **Salivary gland carcinoma (*)** - Primary | |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

## Progress Notes - Notes

**Progress Notes by Ringstrom, Mark J, MD at 06/16/23 0930**

Author: Ringstrom, Mark J, MD | Specialty: OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT), Referral | Author Type: Physician
Filed: 06/19/23 0909 | Encounter Date: 6/16/2023 | Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper 000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
June 16, 2023

**History of Present Illness:**
Robert J Loper comes in today for check of his neck. He is about halfway through treatment to axillary metastases. He has had a few skin changes over his neck that bring him in for an exam today. He has a small punctate violaceous/dark blebs. There is a dominant one that is about 5 mm in the center of the neck. Nontender or painful or symptomatic in any way. He has smaller scattered ones over the left neck.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Canals are clear. Middle ear is aerated
Oral Cavity/Oropharynx: Oral cavity/oropharynx look good. Mucosa is calm. Reasonable amount of saliva. No worrisome lesions or masses
Neck: The area of skin change looks like a clotted venous lake. He has several other small spiculated venous lake type changes over the left neck treated skin. He has chronic lymphedema. No discrete palpable masses.

**Assessment / Plan:**
Left neck skin changes following treatment of salivary ductal carcinoma.

I gave Robert reassurance. I do not think these areas represent any secondary pathology, and I do not think they indicate progression of disease. I think he is having venous and lymphatic congestion which is resulting in these dermatologic changes. I am glad to hear that he is using a lymphedema pump and managing that as best as he can.

It was good to see Robert again today. We left follow-up open-ended but of course I am happy to see him anytime as needed.

## Progress Notes - Notes (continued)

**Progress Notes by Ringstrom, Mark J, MD at 06/16/23 0930 (continued)**

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 06/19/23 0909

**Encounter Messages**

No messages in this encounter

**Encounter Status**

Signed by Ringstrom, Mark J, MD on 6/19/23 at 09:09

## END OF REPORT

## Results

Resulted: 07/22/23 1211, Result status: Edited

**PATH SURGICAL/NON GYN PATHOLOGY [205253500]** Result - FINAL

Order status: Completed
Resulted by: Zeng, Gordon G, MD
Resulting lab: POWERPATH

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Other | Lymph Node | 11/17/22 0000 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report | -- | — | — | POWERPATH |

Result
**** THIS IS A SUPPLEMENTAL REPORT ****
CASE: S22-31070
PATIENT: ROBERT LOPER
** Supplemental Report Follows ** See Below **

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Diagnosis | -- | — | — | POWERPATH |

Result:
DIAGNOSIS:

Left neck mass, level 5, excision:
High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a
salivary gland tumor nodule that is totally replaced by malignancy,

Case Report -- — — POWERPATH
Result:
CLINICAL INFORMATION:
Diffuse neck swelling, concern for lymphoma

SPECIMEN(S) RECEIVED:
Left neck level 5 node

GROSS DESCRIPTION:
Received fresh is a partially fragmented, 1.7 x 1.4 x 0.9 cm, firm, tan-white lymph node. Sectioning reveals focal necrosis. A Touch preparation is performed and stained with Diff-Quik for pathologist review. A portion of the tissue is placed and held
in RPMI. Representative tissue submitted for permanent sections in A1 and A2.

Immunohistochemistry Results

Formalin-fixed, paraffin-embedded tissue is utilized. Tissue sections are incubated with the following antibodies. Controls stain appropriately. Complete procedural methodology is available upon request. Results indicated below:

Material: Block A1

View formatted IHC table in the report under linked documents

| Marker For: | Result | Comment |
|---|---|---|
| p40 | Negative | |
| TTF-1 (8G7G3/1) | Negative | |
| Cytokeratin 7 | Positive | |
| Cytokeratin 20 | Negative | |
| GATA3 | Positive | |
| p63 | Negative | |
| S-100 | Negative | |
| Estrogen receptors (ER) | Negative | |
| Progesterone receptors (PR) | Negative | |
| Prostate specific antigen (PSA) | Negative | |

Note: The performance characteristics of all immunohistochemical stains cited in this report were determined by the Department of Pathology at Gundersen Lutheran Medical Center, as part of an ongoing quality assurance program and in compliance with
federally mandated regulations drawn from the Clinical Laboratory Improvement Amendments of 1988 (CLIA '88). Some of these tests may rely on the use of "analyte specific reagents" and have not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or approval is not necessary. Nevertheless, federal rules concerning the medical use of analyte specific reagents require that the following disclaimer be attached to this report. These tests are
used for clinical purposes, and should not be regarded as investigational or for research. The immunohistochemistry laboratory at Gundersen Lutheran Medical Center Department of Pathology is certified by the Centers for Medicare and Medicaid Services
(formerly HCFA) as a high complexity laboratory under CLIA '88.

Slides were microscopically examined by the pathologist.

Evaluation performed by Gordon G. Zeng, MD Electronically signed 11/22/2022

** SUPPLEMENTAL REPORT **

Androgen receptor immunostaining was performed at Mayo Clinic Laboratory, the tumor cells are strongly positive for androgen receptors. This finding supports the above diagnosis.

Androgen receptor : Strongly positive.

Supplemental Information reported by Gordon G. Zeng, MD Electronically signed 11/30/2022

** SUPPLEMENTAL REPORT **

HER2 amplification by FISH was performed and interpreted at NeoGenomics Laboratories. Results are indicated below.

HER2, Misc. Tumor, FISH, Tissue: NEGATIVE
HER2/D17Z1 ratio: 0.85
Average HRE2 signals per cell: 1.9
Average D17Z1 signals per cell: 2.3

This tumor specimen is negative for HER2 amplification due to a HER2/centromere ratio <2.0 with an average HER2 copy number <6.0

See Laboratory Service Report from Mayo Clinic Laboratories for complete details.

Supplemental Information reported by Gordon G. Zeng, MD Electronically signed 12/6/2022

** SUPPLEMENTAL REPORT **

At the request of the treating provider, the specimen was sent to an outside reference laboratory for next generation sequencing (NGS) for patient prognostic and treatment decision-making purposes. Please see scanned results in Epic for the full report.

Supplemental Information reported by Gordon G. Zeng, MD Electronically signed 1/17/2023

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **22 - POWERPATH** | POWERPATH | Unknown | 1900 South Ave<br>La Crosse WI 54601 | 03/17/14 1059 - Present |

**Order-Level Documents:**

REFERRAL LABS - Scan on 12/6/2022 1026 by Heberlein, Colleen A: HER2 Misc - Mayo Clinic (below)

**Order-Level Documents: (continued)**

12/05/2022 3:58:48 PM -0600 CST PAGE 3 OF 3

H# 205253500

MAYO CLINIC LABORATORIES

1-800-533-1710

**H2MT**

HER2 Amplification, Miscellaneous Tumor, FISH, Tissue

| Patient ID | Patient Name | | Birth Date | Sex | Age |
|---|---|---|---|---|---|
| 8828980 | LOPER, ROBERT J | | 1 | M | 60 |
| Order Number | Client Order Number | Ordering Physician | Report Notes | | |
| M179791347 | S22-31070 A1 | ZENG,GORDON | | | |
| Account Information | | Collected | | | |
| C7000551 Gundersen Lutheran Medical Center Inc | | 17 Nov 2022 12:00 | | | |

## HER2, Misc. Tumor, FISH, Tissue

**Result Summary** MCR

Negative

**Interpretation** MCR

This tumor specimen is negative for HER2 amplification due to a HER2/centromere ratio <2.0 with an average HER2 copy number <6.0.

HER2 (ERBB2) amplification has been observed in a variety of solid tumors, particularly breast carcinoma, gastroesophageal adenocarcinoma, and endometrial serous carcinoma. Tumors with HER2 amplification may respond to targeted therapy.

Correlation with HER2 immunohistochemistry and other clinical and pathologic data is recommended.

Reference:
J Clin Oncol 36:2105 2122, 2018. PMID: 29846122

**Result** MCR

nuc ish(D17Z1,HER2)x1–3

**HER2/D17Z1 ratio:** 0.85
**Average HER2 signals per cell:** 1.9
**Average D17Z1 signals per cell:** 2.3

**Reason for Referral** MCR

r/o HER2/neu gene amplification

**Specimen** MCR

Tissue, Paraffin, Formalin

**Source** MCR

soft tissue, left neck mass

**Tissue ID** MCR

S22-31070-A1

**Fixative** MCR

Formalin

**Method** MCR

FISH using probes for HER2 (17q12) and a chromosome 17 centromere (D17Z1) control probe (PathVysion, Abbott Molecular, Inc). Two technologists score signals in 60 total nuclei from invasive or metastatic tumor after confirmation of probe performance by concurrent controls. Scoring method: Manual.

**Disclaimer** MCR

Laboratory Developed Test (LDT). This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. It is intended as an adjunct to existing prognostic clinical and pathologic information. This test is not intended to diagnose or screen for cancer. Since only a portion of the tumor was tested, it is possible that this result may not represent the entire tumor population. Per ASCO/CAP guidelines, HER2 FISH test results are valid for non-decalcified paraffin embedded specimens fixed in 10% neutral buffered formalin between 6 and 72 hours. Results from specimens fixed outside these parameters should be interpreted accordingly.

**Released By** MCR

Katherine B. Geiersbach, M.D.

**Received:** 30 Nov 2022 15:43 **Reported:** 05 Dec 2022 15:54

**Performing Site Legend**

| Code | Laboratory | Address | Lab Director | CLIA Certificate |
|---|---|---|---|---|
| MCR | Mayo Clinic Laboratories - Rochester Main Campus | 200 First Street SW, Rochester, MN 55905 | William G. Morice M.D. Ph.D | 24D0404292 |

Printed 05 Dec 2022 **Report Status: Final** Page 2 of 2

Received and reported dates and times are reported in US Central Time.

**END OF REPORT**

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2023

MARK J. RINGSTROM, MD
RELEASE OF INFORMATION
1900 SOUTH AVENUE
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 09/01/2022 to Present |
| Diagnostic Test Results | 09/01/2022 to Present |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

REFc#20959413

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

00000024 LFPT4TT1 00000297

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth: ___ Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Robert J Loper **DATE** 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ___

**ADDR** ___

___ (Zip Code)

**PHON** ___

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 15, 2023

MARK BRUMM, M.D.
RELEASE OF INFORMATION
800 WEST AVE. S
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 09/01/2022 to Present |
| Diagnostic Test Results | 09/01/2022 to Present |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sydney Pecka
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth: ___ Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

00000024 LFPT4TT1 00000297

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Robert J Loper **DATE** 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ___

**ADDR** ___

___ (Zip Code)

**PHON** ___

GUNDERSEN
HEALTH SYSTEM®

1900 South Avenue, AVS-001 • La Crosse, WI 54601
Telephone: (608) 775-3199 • FAX: (608) 775-4706

# *Fax Transmission*

**Number of Pages:** (not including this page)

**Date:** 12/13/23
**Time:** 4:06 PM

**To:** Crystal Gallo
**At:** LINCOLN FINANCIAL
**Fax Number:** 402-951-0540

**From:** Tobi
**Phone Number:** (608) 7755868

---

Following are copies of health care records on:

Patient Name: Robert J Loper
DOB:
Medical Record Number: 000008828980

**Comments:**

---

**CONFIDENTIALITY NOTICE:** This telefaxed correspondence is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication by mistake, please call the sender immediately by telephone and mail the original message to us at the above address. Thank you for your assistance.

Gundersen Lutheran Medical Center, Inc. | Gundersen Clinic, Ltd.

**From:** bob loper
**To:** medicalrecords
**Cc:** Crystal Gallo
**Subject:** medical records
**Date:** Wednesday, December 13, 2023 9:14:16 AM

***Attention:*** *You have received this email from someone outside of Gundersen. Please use caution responding, opening attachments or clicking on links. Report this email using the "Report Phish" button in Outlook if you are uncertain about it, if it asks for an account validation, password reset, or claims to be a security alert.*

Good morning, I am requesting medical records for myself Robert Loper 8828980. from Dr. Gil Harmon, Gundersen clinic, Dr Mark Ringstrom, Gundersen Clinic and Dr. Mark Brumm, Mayo Clinic. from start date of 9/1/22 to present.

please fax or correspond with Crystal Gallo, Lincoln Financial group. she is cc on this email as well. her direct fax is 402-951-0540.

thank you Robert Loper

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Note

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 10/26/2022

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500**

Author: Ringstrom, Mark J, MD | Service: — | Author Type: Physician
Filed: 10/27/22 0700 | Encounter Date: 10/26/2022 | Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper 000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - ONALASKA**
October 26, 2022

**History of Present Illness:**
Robert J Loper is a 59 y.o. year old male who presents for evaluation of left facial and neck swelling/cellulitis. This is a strange case. Evidently Robert has had issues with left face and neck swelling for about a year. It has been subtle and mostly only noticeable to himself for most of this time, but back in August he had a significant exacerbation where he had significant eyelid edema, redness of the skin of the face neck and submental region as well as cellulitis affecting the pinna. He feels like it all started at once in all of these locations, not necessarily originating from the ear or eye or any other focal wound. He went into the Neighborhood Family Clinic and was treated with course of antibiotics. This rapidly improved his symptoms over first couple of days. The swelling remained, but the redness and intense cellulitis was resolved. This last weekend things took a turn for the worse again. Again it did not seem to occur for any particular reason or start in anyone anatomic site. He went into urgent care and was also given a course of Augmentin, with follow-up here today with me. He also had a CT scan done while he was in urgent care.

He does have a history of a left submandibular mass excision as young man. He is not clear exactly what this was for with the pathology was. He has a metallic foreign body in the midline submental region on his CT scan, and Robert is unaware of but that may be or why it is there.

Medical history significant for prediabetes, overweight/obesity, alcohol use.

Denies any active dental disease.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Bilateral canals clear. TMs intact. Middle ears aerated.
Nose: nares normal, septum midline, mucosa normal, no drainage or sinus tenderness
Oral Cavity/Oropharynx: Several previous dental extractions. No evident active dental or periodontal disease. Oral cavity and oropharynx otherwise are unremarkable. No asymmetric swelling. His parotid is full but the buccal space is otherwise soft
Neck: Significant diffuse asymmetric fullness of the tail of parotid level 2 and 3 neck. He has a small firm level 5 lymph node, perhaps 15 mm diameter on the posterior aspect of the zone of edema. Edema goes into the some and tubular and submental space. Everything below the hyoid is essentially soft without involvement

**Imaging:**
I reviewed his CT scan again. He has a diffuse cellulitis with fat stranding of the left face and neck. There is a bone density or metallic density foreign body in the midline submental subcutaneous space. No focal abscesses. Pharynx unremarkable. Sinuses unremarkable. No sign of dental origin. Multiple reactive lymph nodes throughout the neck

**Assessment / Plan:**
Chronic left facial and neck swelling, with acute cellulitic exacerbation

**Progress Notes by Ringstrom, Mark J, MD at 10/26/22 1500 (continued)**

This is very strange situation. I cannot quite say what the cause of the underlying left-sided inflammation and swelling is, or what is leading to these acute exacerbations.

He is responding well to antibiotics. I prolonged this course for a total of 2 weeks of Augmentin since he is going out of town for the next 2 weeks. I would like to see him back in about 3 weeks. He has a lymph node that I think we need to excise to evaluate for any more worrisome underlying pathology.

Mark J Ringstrom, MD

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 10/27/22 0700

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430**

Author: Ringstrom, Mark J, MD    Service: —    Author Type: Physician
Filed: 11/18/22 1123    Encounter Date: 11/17/2022    Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**OTOLARYNGOLOGY HEAD & NECK SURGERY PROCEDURE NOTE**

11/17/2022
Robert J Loper
000008828980

**PROCEDURE:**
1. Excision of left neck level 5 lymph nodes; CPT 38510

**SURGEON:** Mark J Ringstrom, MD.

**PRE-OPERATIVE DIAGNOSIS:** Diffuse neck swelling.

**POST-OPERATIVE DIAGNOSIS:** same.

**ANESTHESIA:** General

**OPERATIVE FINDINGS:**

**Progress Notes by Ringstrom, Mark J, MD at 11/17/22 1430 (continued)**

Cluster of enlarged lymph nodes left neck level 5

**DESCRIPTION OF PROCEDURE:**
A time-out was performed. Risks and benefits were discussed including the risk for hematoma or bleeding due to his current Plavix use.

In the clinic operating suite the left neck was inspected. There was a palpable node in left neck level 5b, largely behind the area of diffuse cutaneous/subcutaneous swelling which was largely anterior to the sternocleidomastoid. The planned incision was marked, cleansed with alcohol, then injected with lidocaine with epinephrine. Sterile prep and drapes were applied.

A 25 mm incision was made. Dissection was carried down through the platysma. The conglomeration of lymph nodes was dissected. The largest was about 1 cm in size. Bipolar cautery was used throughout to help insure hemostasis. The majority of the specimen was sent fresh for cytology/pathology with note for potential lymphoma workup. Portion was also sent for tissue culture. The wound was inspected for hemostasis. Closure of the platysma was done with Vicryl. Skin was closed with deep dermal Vicryl followed by Prolene on the skin surface.

**COMPLICATIONS:** None.

**EBL:** 10 mL
**FLUIDS:** See anesthesia record
**CONDITION:** Stable

Mark J Ringstrom, MD

Electronically signed by Ringstrom, Mark J, MD at 11/18/22 1123

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900**

Author: Ringstrom, Mark J, MD Service: — Author Type: Physician
Filed: 11/23/22 1606 Encounter Date: 11/23/2022 Status: Addendum
Editor: Ringstrom, Mark J, MD (Physician)
Related Notes: Original Note by Ringstrom, Mark J, MD (Physician) filed at 11/23/22 1605

**Robert J Loper** **000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
November 23, 2022

**History of Present Illness:**
Robert J Loper comes in today for recheck of his left neck, suture removal, and discussion of pathology. I had talked with him last night to relate the diagnosis.

He tells me the neck surgical site is doing well. No concerns there.

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900 (continued)**

**Physical Examination:**

General appearance: alert, cooperative and in no distress
Oral Cavity/Oropharynx: Oral cavity and oropharynx look good. No asymmetric mass effect. No edema
Neck: Diffuse firm pitting edema of the left upper neck, sub mentum and extending over to the right submandibular region. surgical site in the left base of neck looks good. Prolene sutures removed

**Pathology:**

GUNDERSEN HEALTH SYSTEM®

Gundersen Lutheran Medical Center, Inc | Gundersen Clinic, Ltd
1900 South Ave
LA CROSSE WI 54601
Note

Loper, Robert J
MRN: 000008828980, DOB:
Sex: M
Visit date: 11/23/2022

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900 (continued)**

GUNDERSEN HEALTH SYSTEM®

PATHOLOGY REPORT

***Important note to patients:*** *Gundersen Health System believes that sharing your results with you can improve the patient experience. We also know that pathology reports can be complicated. Any questions can be addressed when you are contacted by your health care provider or when you see them in follow-up.*

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | **LOPER, ROBERT J** | | | **Pathology #:** | **S22-31070** |
| Med. Record. No.: | 8828980 | Age: | 60 | Date of Procedure: | 11/17/2022 |
| Date of Birth: | | Sex: | M | Date Received: | 11/18/2022 7:49:32 AM |
| Submitted by: | Mark J Ringstrom | | | | |
| Report also to: | Kazi Z. Rayhan | | | | |

**DIAGNOSIS:**

Left neck mass, level 5, excision:

High-grade adenocarcinoma with histologic and immunophenotypic features consistent with salivary duct carcinoma. See comment.

COMMENT: The confirmatory immunostaining for androgen receptor and Her 2 are pending, result will follow in a supplemental report. No residual lymphoid or salivary gland tissue is seen in the specimen, the specimen could represent a lymph node or a salivary gland tumor nodule that is totally replaced by malignancy.

CLINICAL INFORMATION:
Diffuse neck swelling, concern for lymphoma

SPECIMEN(S) RECEIVED:
Left neck level 5 node

GROSS DESCRIPTION:
Received fresh is a partially fragmented, 1.7 x 1.4 x 0.9 cm, firm, tan-white lymph node. Sectioning reveals focal necrosis. A Touch preparation is performed and stained with Diff-Quik for pathologist review. A portion of the tissue is placed and held in RPMI. Representative tissue submitted for permanent sections in A1 and A2.

**Immunohistochemistry Results**

Formalin-fixed, paraffin-embedded tissue is utilized. Tissue sections are incubated with the following antibodies. Controls stain appropriately. Complete procedural methodology is available upon request. Results indicated below:

Material: Block A1

| Marker For: | Result | Comment |
|---|---|---|
| p40 | Negative | |
| TTF-1 (8G7G3/1) | Negative | |
| Cytokeratin 7 | Positive | |
| Cytokeratin 20 | Negative | |



**Assessment / Plan:**

**Progress Notes by Ringstrom, Mark J, MD at 11/23/22 0900 (continued)**

Salivary ductal carcinoma left neck, likely submandibular origin

I was very sorry to share the diagnosis with Bob. We talked about next steps. I have him on the schedule for PET scan on Friday. I have discussed his case with Colin and Gil. He is set up to see radiation oncology immediately following, and Medical Oncology next week. Dr. Harmon has already requested tumor markers on the specimen to help direct treatment.

Depending on the appearance of PET scan we may want to consider sampling the skin to look for a dermal metastasis type picture. I mentioned this as a possibility to Bob, but we will see with the PET scan shows.

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1606
Electronically signed by Ringstrom, Mark J, MD at 11/23/22 1606

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 12/04/22 1100 | Encounter Date: 12/2/2022 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 02, 2022

Consulting Provider: Gil E Harmon, MD

Requesting Provider: Mark J Ringstrom, MD

Reason for Consultation: New diagnosis of **salivary ductal carcinoma.**

Stage: IV

History of Present Illness: Robert J Loper is a 60 y.o. male who presents for initial medical oncology consultation.

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

--Noted about a year ago that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--He notes 2 weeks of cough and dyspnea as well, which is new. He is very active and continues to work.

Review of Systems: 10 systems reviewed and negative except as noted above in the HPI.

No past medical history on file.

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • SURGERY OTHER<br>*neck surgery for a benign tumor* | | 1981 |

Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |
| **Occupational History** | |
| • Occupation: | Prosthetist |
| **Tobacco Use** | |
| • Smoking status: | Former |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Types: | Cigarettes |
| Quit date: | 1992 |
| Years since quitting: | 30.9 |
| • Smokeless tobacco: | Never |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not on file |
| • Sexual activity: | Not on file |

Family History

| Relation | Problem | Comments |
|---|---|---|
| Sister | Cancer-Melanoma | |

Current Medications

| Medication | Sig |
|---|---|
| • levoFLOXacin (LEVAQUIN) 750 mg tablet | Take 1 Tablet (750 mg) by mouth daily for 7 days |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

No Known Drug Allergies

Physical Examination:
Performance Status: ECOG: 0
BP 137/65 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 94 | Wt 104.6 kg (230 lb 8 oz) | BMI 29.74 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: L neck lymphadenopathy/enlarged submandibular salivary gland palpable.
SKIN: Area of induration in the L submandibular region noted.
LUNGS: Course breath sounds throughout.

Laboratory Data: Flu/Covid swab negative.

Imaging: CXR today concerning for pna.

Pathology: As above

**Impression/Plan:**

Assessment

1. **Salivary gland carcinoma (*)**
2. Acute cough

--Pna noted on CXR. Treating with quinolone d/t recent Augmentin exposure just prior to the cough started 2 weeks ago
--Otherwise discussed his new cancer diagnosis. Discussed the nature of salivary ductal ca.
--Discussed incurable nature of the disease at this stage
--Discussed that this is treatable. Tx based on receptor findings
--If Her2 returns positive then will favor Q3 week TCH. 6 cycles followed by maintenance Herceptin.
--If Her2 negative would favor CAP chemo x 6 cycles then obs.
--Each of these is predicated on good echo findings as it relates to LVEF
--Discussed need for port
--Discussed need for full NGS
--Discussed AR+ status and the ability to use ADT, which is regarded as a second line approach.
--Discussed clinical trial referral if he would so desire. He does not favor at this time.
--Discussed prognosis measured in short years on average.

PLAN
--CXR today as above. Treat for pna with levaquin x 7 days.
--HER2 results pending. Will wait on that result and then will coordinate tx from there.
--Needs NGS. Will need port and limited echo.

Total Time on encounter: 60 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

**Progress Notes by Harmon, Gil E, MD at 12/02/22 1500 (continued)**

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/04/22 1100

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 12/18/22 0929 | Encounter Date: 12/12/2022 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
December 12, 2022

**FOLLOWUP APPOINTMENT:**

**CC**: Start of therapy for salivary ductal carcinoma. CAP therapy. Consent and tx start today.

DIAGNOSIS: Salivary ductal carcinoma.

Stage: IV (distant disease bx confirmed)

ONCOLOGIC HISTORY:
--Noted in mid 2021 that his L submandibular region was fuller than usual.
--That area of swelling and concern then escalated, especially since Aug/Sept, 2023. (cellulitis)
--That led to bx which shows salivary ductal ca
--Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam)
--L axillary node bx confirmed as metastatic disease on 11/29/22

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Cough and breathing much improved since completion of antibx course that I prescribed at initial visit (see that note)
--Clinically he notes increasing fullness of the neck (lymphedema). This has progressed even within the past week
--He notes inability to lay flat otherwise d/t this neck swelling as it makes it hard for him to breathe.

Patient Active Problem List

Diagnosis

- Vitamin D deficiency
- CKD (chronic kidney disease), stage II
- Internal hemorrhoids
- Type 2 diabetes mellitus with stage 2 chronic kidney disease, without long-term current use of insulin (*)
- Dyslipidemia

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

- Gastroesophageal reflux disease without esophagitis
- Mild persistent asthma without complication
- History of non-ST elevation myocardial infarction (NSTEMI) (*) - s/p 2 stents in mid LAD on March 14, 22,
- Coronary artery disease involving native coronary artery of native heart without angina pectoris
- Psoriasis
- Chronic systolic heart failure (*)
- Risk factors for obstructive sleep apnea
- Neck mass
- History of smoking
- Salivary gland carcinoma (*)
- Other long term (current) drug therapy
- Encounter for antineoplastic chemotherapy

Current Medications

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • filgrastim-sndz (ZARXIO) 480 mcg/0.8 mL injection | Inject 0.8 mL (480 mcg) under skin daily Inject 1 syringe subcutaneoulsy for 10 days, starting 24 hours after each chemo treatment for 10 days |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) | Place 1 Tablet (0.4 mg) under tongue as needed |

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

| | |
|---|---|
| 0.4 mg tablet | For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath (Patient not taking: Reported on 11/15/2022) |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |

Physical Examination:
Performance Status: ECOG: 0
BP 120/90 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Regular) | Pulse 76 | Temp 36.2 °C (97.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.5 kg (232 lb 8 oz) | BMI 30.00 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Neck lymphedema is extensive b/l. Nodules palpated mostly on the left with skin induration and discoloration noted in the region of level II/III
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Cr acceptable for cisplatin. CrCl calculated at 86 given age and weight

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy

**Progress Notes by Harmon, Gil E, MD at 12/12/22 1200 (continued)**

3. Encounter for antineoplastic chemotherapy

Please see the oncologic history, updated by this author through today.

- Here for consent and start of CAP chemotherapy
- Choice of triplet regimen d/t extent and page of aggressive salivary gland histology
- Pt agrees to proceed and consent is obtained. Discussed AE profile including renal/ototoxicity, etc.
- Discussed myelosuppression risk. GCSF recommended and prescribed (10 daily injections)
- Discussed echo results (normal), and as such he is a candidate for adriamycin.
- Discussed supportive fluids on Friday and short interval followup with labs in a week
- Discussed 21d cycle length. Can extend to 28 days if needed. Restage with imaging after 3 cycles. Clinical monitoring of his neck throughout of course.
- Attempting to get hospital bed d/t his extensive neck lymphedema that impinges on his breathing if he lays flat.

**PLAN**

1) Treatment Wed
2) IVF 1L on Friday with Aloxi
3) Labs, OV with a PA, and IVF support at infusion for a liter (all next Wed)
4) Labs, OV, and treatment to follow around Jan 3

I recommend a hospital bed to be ordered for Robert based on Face to Face evaluation completed:12/18/22
.

Robert is unable to position self with an ordinary bed due to the following medical condition --neck lymphedema that impinges on airway in the supine position -- that is expected to last 1 month or longer. Body positioning for pain relief is not feasible with an ordinary bed.

He requires the head of bed to be elevated more than 30 degrees because of the aforementioned neck lymphedema caused by extensive regional spread of salivary gland cancer. . A bed that changes height to permit transfers to chair, wheelchair or standing position is not required. Frequent and/or immediate changes in body position is not required.
.
.Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 12/18/22 0929

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 02/23/23 1847 Encounter Date: 2/23/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
February 23, 2023

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging scan results and tox check on CAP chemotherapy.

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23 |

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Tolerating chemotherapy quite well overall. No s/s of current infection
--No s/s of CHF. Breathing reasonably well (unless laying flat). No LE edema.

--Tinnitus noted. This is new with treatment. Has been relatively stable as treatment has gone on. Not a dose prohibitive impairment.
--No numbness/tingling in fingers/toes.
--Eyes watering but this is managed with eye drops reasonably well.

--He did not have as much MSK pain with GCSF with C3. Recall that he had MSK pain (chest) after C2 that in fact led to an ER visit for GCSF related pain.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

| | |
|---|---|
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily (Patient not taking: Reported on 11/25/2022) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 127/72 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 77 | Temp 36.1 °C (97 °F) (Temporal) | Resp 20 | Ht 187.5 cm (6' 1.82") | Wt 107.9 kg (237 lb 12.8 oz) | SpO2 97% | BMI 30.68 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated with cutaneous involvement of malignancy in L level II
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. Not significantly changed since my last exam.
**LUNGS: Clear to auscultation bilaterally**
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs from 2/13 acceptable for chemo tomorrow. Ca corrected for high albumin is fine. WBC acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET today shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 4 for tomorrow is signed.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**PLAN**
1) Chemo tomorrow.
2) Echo (limited) anytime that works for the patient within the next 4 weeks
3) No Aloxi/fluids after this infusion (nothing to cancel) (just documenting)
4) 3 weeks from tomorrow: labs, OV, and treatment to follow (has port)
5) 6 weeks from tomorrow: labs, OV, and treatment to follow.

Gil E Harmon, MD

**Progress Notes by Harmon, Gil E, MD at 02/23/23 1430 (continued)**

Electronically signed by Harmon, Gil E, MD at 02/23/23 1847

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 03/17/23 0903 | Encounter Date: 3/17/2023 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
March 17, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy.

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

| | |
|---|---|
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Eye watering continues.
--Breathing okay overall. "nothing wrong with breathing"
--Does have some neck obstructive type symptoms but not deep chest issues. Helps to sit up. Has hospital bed now

--No leg swelling.
--No chest pain aside from GCSF discomfort.

--Tinnitus stable. Not progressive. Feels that hearing itself is stable. No CIPN.
--No blood in the urine.

--Has some lower back pain (APAP for that). Feels this is likely unrelated.
--Still working. Notes he has gained some weight.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % | Apply to skin 2 times daily Over rash on elbows and |

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

| | |
|---|---|
| (TEMOVATE) 0.05 % ointment | knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 12 days after each infusion. Starting 2 days after the infusion. |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • LORazepam (ATIVAN) 0.5 mg tablet | Take 1 Tablet (0.5 mg) by mouth at bedtime (Patient not taking: Reported on 3/17/2023) |
| • traZODone (DESYREL) 50 mg tablet | Take 1-2 Tablets (50-100 mg) by mouth at bedtime For: disordered sleep (Patient not taking: Reported on 1/24/2023) |

Physical Examination:

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

Performance Status: ECOG: 0 - continues to work.
BP 112/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 78 | Temp 36.6 °C (97.9 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 107 kg (236 lb) | BMI 30.45 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. This actually looks a little better today than last cycle in terms of less bruising within the skin itself.
**LUNGS: Clear to auscultation bilaterall**y
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Lymphedema**
2. Anemia associated with chemotherapy
3. Other long term (current) drug therapy
4. Encounter for antineoplastic chemotherapy
5. Salivary gland carcinoma (*)
6. Chemotherapy-induced nausea

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**
- PET from just before last cycle shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. This is scheduled in 3 days. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle)
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 5 is signed. No dose changes.

**Lymphedema**
--The patient has malignancy associated lymphedema of the neck

**Progress Notes by Harmon, Gil E, MD at 03/17/23 0830 (continued)**

--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**
No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**
Aloxi only next week Monday

**PLAN**
1) Chemo today
2) Aloxi only on Monday
3) Labs, OV, and chemo to follow in 3 weeks.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 03/17/23 0903

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830**

Author: Harmon, Gil E, MD
Filed: 04/07/23 2047
Editor: Harmon, Gil E, MD (Physician)
Service: —
Encounter Date: 4/7/2023
Author Type: Physician
Status: Signed

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
April 07, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: tox check on CAP chemotherapy. C6

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+

--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Insomnia. Staying aside has been the problem more so than sleep initiation. Not so much a consistent nocturia issue. Some rumination is involved. Not a pain issue. Not consistently an issue with neck swelling/breathing. Is keeping head elevated.

--No new breathing concerns.
--Neck swelling is stable. Skin is about the same.
--Nausea with chemo but responsive to anti-emetics.

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

--Did have a super-imposed viral issue during last cycle.

--Tinnitus stable.
--No blood in the urine.
--No persistent CIPN

--Low back pain stable (chronic)
--GCSF related bone pain the same.
--On and off HA.
--Does not note axillary nodal growth.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 1 Tablet (75 mg) by mouth every morning For preventing heart attack |
| • dexAMETHasone (DECADRON) 4 mg tablet | Take 2 Tablets (8 mg) by mouth daily Take on Days 2, 3, and 4 of each cycle |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • GRANIX 480 mcg/0.8 mL Syrg | Inject 0.8 mL (480 mcg) under skin daily For 5 days. Starting 4/16. Ending 4/20 |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

| | |
|---|---|
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |
| • nystatin-diphenhydrAMINE-antacid | Take 10 mL by mouth 4 times daily as needed (mouth/throat pain) (Patient not taking: Reported on 4/7/2023) |

Physical Examination:
Performance Status: ECOG: 0 - continues to work.
BP 112/84 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Long) | Pulse 84 | Temp 36.5 °C (97.7 °F) (Temporal) | Resp 18 | Ht 187.5 cm (6' 1.82") | Wt 105.3 kg (232 lb 3.2 oz) | BMI 29.96 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: Extensive b/l neck lymphedema is unchanged. No discrete masses but the entire neck is indurated and with cutaneous involvement of malignancy in L level II. This induration is unchanged. There is more bruising about the anterior chest below the area of what is believed to be cutaneous involvement of the malignancy.
SKIN: No significant rashes. Left level II remains indurated with what is likely cancer involvement. The area of induration looks stable.
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. Labs acceptable. Discussed non fasting sugar elevation.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**

Assessment

1. **Salivary gland carcinoma (*)**
2. Other long term (current) drug therapy
3. Encounter for antineoplastic chemotherapy
4. Insomnia, unspecified type

Please see the oncologic history, updated by this author through today.

**Salivary gland cancer**

- PET from just before cycle 4 shows a **mixed response.** Disease in the neck is quite a bit better but he has a R level V node that enlarged and there are nodes in the L axillary region that are worse (though the original one to be biopsied is in fact better.)
- He is tolerating chemo well. Plan will be to complete 6 cycles and then image again with PET.
- Will discuss role of radiation after chemotherapy is done. He has clear evidence of distant metastatic disease through the L ax/retropec region.
- Echo needed to monitor heart while on anthracycline. The one planned last month appears not to have been completed and we will request that it be rescheduled. No clinical s/s of CHF.
- Will give GCSF in the same fashion as last cycle (12 days starting on day 3 of cycle). Complex prescribing given that part of this will be in FL.
- Androgen blockade remains in reserve for the second line.
- ECOG PS 0. He has tolerated triplet chemo remarkably well.
- Chemo cycle 6 is signed. No dose changes.
- Anti-emetic plan remains home oral regimen as he is able to get by without IV anti-emetics at this point.

**Lymphedema**

--The patient has malignancy associated lymphedema of the neck
--This lymphedema causes difficulty breathing when laying flat and in fact is a big contributor to his need for a hospital bed to be able to sleep (head in upright position)
--It reduces range of motion. It causes voice quality change.
--This lymphedema will not likely resolve with cancer response, and indeed has not resolved even as cancer burden has decreased. This is due to the extensive lymphatic perturbation caused by his extensive lymphatic infiltration by his cancer as seen on imaging.
**--I recommend that a pneumatic compression device be deployed for managing this rather extreme example of cancer-associated neck lymphedema.**

**Anemia from chemo**

No changes to chemo dosing required. Monitor for now.

**Nausea from chemo**

Oral regimen at this time.

**Insomnia**

Discussed his insomnia at length. Ultimately elected to try adding melatonin. Did not tolerate Ambien or Ativan previously. Gets some benefit from anti-histamines OTC.

**PLAN**

1) Chemo today as planned
2) May 4th PET scan (wants in the afternoon). Labs that day as well.

**Progress Notes by Harmon, Gil E, MD at 04/07/23 0830 (continued)**

3) 11:30 (harmon specifically wants this overbook) on 5/8/23

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 04/07/23 2047

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130**

| | | |
|---|---|---|
| Author: Harmon, Gil E, MD | Service: — | Author Type: Physician |
| Filed: 05/08/23 1848 | Encounter Date: 5/8/2023 | Status: Signed |
| Editor: Harmon, Gil E, MD (Physician) | | |

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
May 08, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Restaging imaging results at completion of 6 cycles of CAP

**Oncology History Overview Note**

Cancer Staging

Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but |

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

| | |
|---|---|
| | also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Results discussion today
--ROS notable for overall stable neck swelling, though there has been some progress in terms of new compression device.
--Continues to work. No new acute concerns.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clopidogreL (PLAVIX) 75 mg | Take 1 Tablet (75 mg) by mouth every morning For |

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

| | |
|---|---|
| tablet | preventing heart attack |
| • [START ON 6/1/2023] DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • DAPAgliflozin (FARXIGA) 5 mg tablet | Take 1 Tablet (5 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0
BP 100/70 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult Large) | Pulse 84 | Temp 36.8 °C (98.2 °F) (Temporal) | Resp 24 | Ht 187.5 cm (6' 1.82") | Wt 105.1 kg (231 lb 12.8 oz) | SpO2 99% | BMI 29.91 kg/m²
GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.

LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

- Need echo given cardiac hx of anthracycline exposure. Pt cancel from March noted. Due (reschedule) later this week. He has no clinical s/s of CHF at this time.
- Clinically stable in terms of neck lymphedema.
- Imaging discussed at length. His mixed response continues. Level V neck node on the left noted. L axillary nodes noted. Overall burden of disease has decreased, but the fact that disease does persist and in fact has progressed in the L axilla is noted.
- Discussed our options at length today. 1) obs at this time until progression with RECIST measurable disease (which he does not currently have). 2) Radiation to a small field(s) to cover only currently visible sites of disease (ie. Perhaps just the axilla to see what happens in terms of a PFS interval thereafter 3) Radiation to full b/l necks and L axilla (discussed the significant toxicity involved in this in the context of stage IV disease that is almost certainly not curable) 4) Movement straight to Lupron 5) Trial at UW with pembro added to Lupron (no currently measurable disease, so would not be eligible d/t the lack of RECIST measurable lesion, but could wait until one of his nodes is 1.5 cm in size)
- Will start with rad onc followup before finalizing our plan. I honestly would support multiple of the above options. Lupron during radiation as a combination of options could be entertained as well, though this would preclude his enrollment in the pembro/Lupron study in the future. Recall that he has no on label access to ICI.
- I will followup after rad onc followup comes through.

**PLAN**
1) Rad onc followup with Driscoll ASAP

Total Time on encounter: 40 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 05/08/23 1848

**Progress Notes by Harmon, Gil E, MD at 05/08/23 1130 (continued)**

**END OF REPORT**

**Progress Notes by Ringstrom, Mark J, MD at 06/16/23 0930**

Author: Ringstrom, Mark J, MD Service: — Author Type: Physician
Filed: 06/19/23 0909 Encounter Date: 6/16/2023 Status: Signed
Editor: Ringstrom, Mark J, MD (Physician)

**Robert J Loper** **000008828980**

**OTOLARYNGOLOGY - HEAD & NECK SURGERY (ENT) - LA CROSSE**
June 16, 2023

**History of Present Illness:**
Robert J Loper comes in today for check of his neck. He is about halfway through treatment to axillary metastases. He has had a few skin changes over his neck that bring him in for an exam today. He has a small punctate violaceous/dark blebs. There is a dominant one that is about 5 mm in the center of the neck. Nontender or painful or symptomatic in any way. He has smaller scattered ones over the left neck.

**Physical Examination:**
General appearance: alert, cooperative and in no distress
Ears: Canals are clear. Middle ear is aerated
Oral Cavity/Oropharynx: Oral cavity/oropharynx look good. Mucosa is calm. Reasonable amount of saliva. No worrisome lesions or masses
Neck: The area of skin change looks like a clotted venous lake. He has several other small spiculated venous lake type changes over the left neck treated skin. He has chronic lymphedema. No discrete palpable masses.

**Assessment / Plan:**
Left neck skin changes following treatment of salivary ductal carcinoma.

I gave Robert reassurance. I do not think these areas represent any secondary pathology, and I do not think they indicate progression of disease. I think he is having venous and lymphatic congestion which is resulting in these dermatologic changes. I am glad to hear that he is using a lymphedema pump and managing that as best as he can.

It was good to see Robert again today. We left follow-up open-ended but of course I am happy to see him anytime as needed.

Mark J Ringstrom, MD

This note was transcribed in real-time with Fluency-Direct speech to text translation software; while I make effort to correct translation mistakes some may persist in the final version of the note.

**Progress Notes by Ringstrom, Mark J, MD at 06/16/23 0930 (continued)**

Electronically signed by Ringstrom, Mark J, MD at 06/19/23 0909

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430**

Author: Harmon, Gil E, MD Service: — Author Type: Physician
Filed: 07/07/23 2131 Encounter Date: 6/30/2023 Status: Signed
Editor: Harmon, Gil E, MD (Physician)

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
June 30, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Post XRT plan

**Oncology History Overview Note**

Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy** |

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

| | |
|---|---|
| | L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22<br><br>C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br><br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Robert tolerated radiation very well
--He is recovering from chemotherapy well. Working. Hair starting to regrow. No evidence of any cardiac injury.
--He continues to use lymphedema management techniques with modest benefit. Persistent neck lymphedema as would be expected
--Was seen recently by ENT. I agree that the midline neck skin lesion is almost certainly benign. It appears to be on the order of a venous lake type of lesion.
--The main issue today, is that in the R neck (level V) has a neck lesion that is nodular and highly concerning for recurrent disease. This is not so much painful as just a palpable nodule that is new within the past several days.

No past medical history on file.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 | Inhale 2 Puffs into mouth/lungs 2 times daily For |

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

| | |
|---|---|
| mcg/actuation aerosol | asthma |
| • albuterol 90 mcg/actuation HFA inhaler | Inhale 2 Puffs into mouth/lungs every 4 hours as needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

**Progress Notes by Harmon, Gil E, MD at 06/30/23 1430 (continued)**

Physical Examination:
Performance Status: ECOG: 0
BP 120/72 (BP Location: Right arm, Patient Position: Sitting) | Pulse 86 | Wt 108.2 kg (238 lb 8.6 oz) | BMI 30.78 kg/m²
GEN: Alert and oriented x 3. NAD.
NECK: R level V 1 cm nodule, subcutaneous

Laboratory Data: Reviewed in Epic.

Imaging: As per oncologic history

Pathology: As per oncologic history

**Impression/Plan:**
Assessment
1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

--Discussed that end of tx echo was intact and lacked evidence of chemo-related cardiac injury.
--Discussed that he tolerated chemo and, more recently, EBRT quite well.
--However, he has a new lesion in the R neck on exam today (nothing on the left though) that I fear will represent progressive cancer.
--Discussed SOC options, most notably Lupron monotherapy
--Juxtaposed that with the known trial at UW which combines Lupron with pembro. He favors this trial. I agree.
--I believe he would be a good candidate so long as RECIST measurable disease is found. Namely if a subq nodule hits at least 10 mm in size. This R neck lesion would be close if confirmed.
--We will start with imaging but then move to UW referral. I have previously spoken to the trial PI there, and I believe he would be a good candidate so long as he meets all screening criteria.
--He expresses understanding. CT neck requested. Otherwise we have post XRT PET scheduled at the end of the month.

**PLAN**
1) CT Neck ASAP. Amwell visit with Harmon right after (overbook is fine). Must be Harmon as provider in this case.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

Electronically signed by Harmon, Gil E, MD at 07/07/23 2131

**END OF REPORT**

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530**

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

Author: Harmon, Gil E, MD | Service: — | Author Type: Physician
Filed: 08/04/23 1724 | Encounter Date: 7/21/2023 | Status: Signed
Editor: Harmon, Gil E, MD (Physician)
Related Notes: Original Note by Harmon, Gil E, MD (Physician) filed at 08/01/23 2138

Robert J Loper 000008828980

CANCER AND BLOOD DISORDER - LA CROSSE
July 21, 2023

**FOLLOWUP APPOINTMENT:**

**CC**: Followup to continue coordination of next steps in care.

**Oncology History Overview Note**
Cancer Staging
Salivary gland carcinoma (*)
Staging form: Major Salivary Glands, AJCC 8th Edition
- Clinical: Stage IVC (cT3, cN3, cM1) - Unsigned

Stage IV salivary duct carcinoma (SDC)
--AR+
--Her2 negative

**Salivary gland carcinoma (*)**

| | |
|---|---|
| 10/26/2022 | **Initial Diagnosis**<br>Salivary gland carcinoma (*)<br><br>--Noted in mid 2021 that his L submandibular region was fuller than usual.<br>--That area of swelling and concern then escalated, especially since Aug/Sept, 2022. (cellulitis) |
| 11/17/2022 | **Biopsy**<br>Left neck mass, level 5, excision:<br>High-grade adenocarcinoma with histologic and immunophenotypic features consistent<br>with salivary duct carcinoma. See comment. |
| 11/25/2022 | **Cancer Staged**<br>Staging imaging (PET) shows metastatic disease at least to the L axillary region but also with extensive regional disease, including possible cutaneous involvement (on clinical exam) |
| 11/29/2022 | **Biopsy**<br>L axillary node bx confirmed as metastatic disease on 11/29/22 |
| 12/14/2022 - | **Chemotherapy**<br>HEAD/NECK<br>CISPLATIN(21D:1)/CYCLOPHOSPHAMIDE(21D:1)/DOXORUBICIN(21D:1) VER: 10-13-22 |

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

| | |
|---|---|
| | C1D1: 12/14/22<br>C2D1: 1/3/23<br>C3D1: 1/24/23<br>--Mixed response PET<br>C4D1: 2/14/23<br>C5D1: 3/17/23<br>C6D1: 4/7/23 |
| 5/31/2023 - 6/9/2023 | **Radiation**<br>Oligo met radiation to left neck (Driscoll)<br>• PTV left neck 35 Gy 5 fractions |
| 6/13/2023 - 6/22/2023 | **Radiation**<br>Oligo met radiation to left axilla (Driscoll)<br>• PTV left axilla 35 Gy in 5 fractions |
| 7/13/2023 | **Progression**<br>In the setting of new palpable neck nodularity (see notes of palpable lesion in R level III/V region)<br><br>CT Neck:<br>Progressive soft tissue mass within level 5 on image 45 of series 3 with loss of fat plane involving the paravertebral musculature. Increased size of right level 5 nodes on image 48, 51 and 52 series 3. |

**Interval History**: Robert J Loper is a 60 y.o. male who presents in follow-up. Please see the oncologic history, updated by this author through today.

--Significant contact between this author and UW. He appears eligible at UW for Lupron/pembro study.
--He is noting rather rapid increase in the fullness of his b/l neck. Still able to breath freely but has positional issues with sleep as he has before. ROM is decreasing as he tries to turn his head.
--Vascular hemangioma like lesion removed today by ENT given that it had been bothering him (catching on clothing, etc). This would have been a lesion caused by vascular congestion d/t cancer progression in my opinion.
--He has no other discomforts of note (below the neck). No frank pain really. Still working.
--We await his upcoming PET scan.

Current Medications

| Medication | Sig |
|---|---|
| • acetaminophen (TYLENOL) 500 mg tablet | Take 2 Tablets (1,000 mg) by mouth every 6 hours as needed for Pain |
| • ADVAIR HFA 45-21 mcg/actuation aerosol | Inhale 2 Puffs into mouth/lungs 2 times daily For asthma |
| • albuterol 90 mcg/actuation HFA | Inhale 2 Puffs into mouth/lungs every 4 hours as |

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

| | |
|---|---|
| inhaler | needed for Wheezing For shortness of breath |
| • aspirin EC 81 mg enteric coated tablet | Take 1 Tablet (81 mg) by mouth daily . Take with Food |
| • blood sugar test strips | daily |
| • cholecalciferol, VITAMIN D3, 2,000 unit capsule | Take 1 Capsule (2,000 Units) by mouth daily |
| • clobetasol 0.05 % (TEMOVATE) 0.05 % ointment | Apply to skin 2 times daily Over rash on elbows and knees. Up to 10 days and then wait at least 1 week before reapplying as needed |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % cream | Apply to skin 2 times daily For: athlete's foot |
| • DAPAgliflozin (FARXIGA) 10 mg tablet | Take 1 Tablet (10 mg) by mouth daily with breakfast For: heart failure with reduced ejection fraction, type 2 diabetes mellitus |
| • fenofibrate (TRICOR) 145 mg tablet | Take 1 Tablet (145 mg) by mouth every morning For cholesterol |
| • lancets 30 gauge Misc | daily |
| • lisinopriL 10 mg tablet | Take 1 Tablet (10 mg) by mouth every morning For blood pressure |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 2 Tablets (1,000 mg) by mouth daily with breakfast For diabetes |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 1 Tablet (25 mg) by mouth every morning For heart |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 1 Tablet (0.4 mg) under tongue as needed For chest pain. Up to 3 times. Call 911 if pain lasts after first Nitro |
| • nystatin (MYCOSTATIN) 100,000 unit/mL suspension | Take by mouth 1/2 dosing cup swish and spit |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • ondansetron (ZOFRAN) 8 mg tablet | Take 1 Tablet (8 mg) by mouth every 8 hours as needed for Nausea and Vomiting Do not take on Days 1 and 2 of each cycle |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 1 Tablet (40 mg) by mouth every morning For heartburn |
| • POTASSIUM PO | Take 1 Tablet by mouth daily |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 Tablet (10 mg) by mouth every 6 hours as needed for Nausea For: Nausea and Vomiting |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 1 Tablet (40 mg) by mouth every morning For: high cholesterol |
| • VIAGRA 100 mg tablet | Take 1 Tablet (100 mg) by mouth daily as needed |

Physical Examination:
Performance Status: ECOG: 0

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

GEN: Alert and oriented x 3. NAD.
PSYCH: Mood and affect appropriate and congruent; euthymic
NEURO: Nonfocal
EYES: Anciteric.
LYMPH: No neck lymphadenopathy
SKIN: No significant rashes
LUNGS: Clear to auscultation bilaterally
HEART: Free of murmurs.
ABDO: Soft, nontender. No masses or hepatosplenomegaly.
EXTREMITIES: No significant lower extremity edema
MSK: Grossly within normal limits.

Laboratory Data: Reviewed in Epic. None new today.

Imaging: As per oncologic history. CT neck reviewed with patient.

Pathology: As per oncologic history

**Impression/Plan:**

Assessment

1. **Salivary gland carcinoma (*)**

Please see the oncologic history, updated by this author through today.

I had a good conversation today with the patient about next steps. He is eligible for the University of Wisconsin trial that uses Lupron and pembrolizumab in combination as a single arm study.

I discussed in frank terms that I have not had easy access to immunotherapy in any other capacity given that there is no FDA label for use in salivary gland carcinoma. Lupron would be the standard of care option that I would have access to, but given our desire to be as aggressive as possible, we favor the clinical trial enrollment as much as can be pursued.

The patient has had more rapid clinical progression in the last couple of weeks. He has a CT neck that shows known progression and does have RECIST measurable disease apparent. He more over has right neck palpable disease that is basically subcutaneous and does also serve as measurable disease. He has already been deemed to likely be eligible for the University of Wisconsin study.

On the patient's behalf, I have reached out to the University of Wisconsin to explain that we do have a PET scan already scheduled and as such that I would hope this would double as his pre-treatment baseline imaging given that we do use iodinated CT contrast as part of our head and neck PET scanning protocols. In as much as I have been able, I have been able to confirm that he is not in need of additional imaging other than the PET scan that we already have planned.

Given the more significant progression that is happening on a clinical basis, I have asked that the most expedited possible appointment scheduling be made available for the patient given his overall concern that his clinical progression will potentially get out of hand. I do agree with him that his clinical pace of disease has increased in the last couple of weeks.

**Progress Notes by Harmon, Gil E, MD at 07/21/23 1530 (continued)**

In terms of symptoms in need of management, he does have lymphedema of the neck as he has before and this is worsening, but aside from ongoing lymphedema management which is already at maximum at the current time, I do not have any other direct interventions to make on this at this time.

We did have a prognosis discussion today as it relates to goals of care and life decision making. My hope is that we maintain some modicum of palliative control with systemic therapy, but at this point, local therapies are certainly not the right direction to go given rapid progression after cessation of cisplatin-based chemotherapy to extend beyond the areas that we chose to radiate when he had only oligo-residual disease earlier this year.

I remain hopeful that we still have some moderate length of control, perhaps even measured in a 1-2 year time frame with the use of Lupron based therapy, but I was clear to explain that our ability to control his cancer is unknown until he starts this therapy. If there were to be some issue with trial enrollment or the time line there of, we would simply start Lupron therapy here in an expedited fashion in La Crosse.

**PLAN**

--UW clinical trial candidate. He has followup scheduled there. Attempting to expedite and consolidate appointments there as able. Keeping PET scan here.

Total Time on encounter: 30 minutes was spent on one more or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

Gil E Harmon, MD

ADDENDUM:
PET shows rapid progression, including liver metastatic disease. We are all the more in need of expediting appointments at UW to get him to systemic therapy as quickly as possible.

Electronically signed by Harmon, Gil E, MD at 08/01/23 2138
Electronically signed by Harmon, Gil E, MD at 08/04/23 1724

**END OF REPORT**

## Results

**Nuclear PET CT FDG Head and Neck Cancer Protocol with IV contrast [205703117]** Resulted: 11/25/22 1708, Result status: Final result

Ordering provider: Ringstrom, Mark J, MD 11/25/22 1405
Order status: Completed
Resulted by: Riherd, Jody M, MD
Performed: 11/25/22 1406 - 11/25/22 1614
Accession number: 12913800
Resulting lab: IDX RADIOLOGY
Narrative:

NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 11/25/2022 4:14 PM

REASON FOR EXAM: malignancy; neck

COMPARISON: CT neck 10/23/2022.

TECHNIQUE:
PET/CT scanning was performed from the vertex through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 11.6 mCi of fluorine 18-FDG.
Preinjection blood glucose was 135 mg/dl.

CONTRAST: IV.

FINDINGS:

Head/neck: Numerous bilateral cervical lymph nodes at all levels with metabolic activity. Left intraparotid nodes with metabolic activity.

There is reticulonodular soft tissue within the cervical level 1 and 2 with metabolic activity.

Infiltrating edema and inflammation with metabolic activity along the left face and submental region

Enlarged left sternocleidomastoid muscle with reticular enhancement and metabolic activity

Asymmetric activity of the left thyroid with decreased enhancement

Asymmetric activity at the right tonsil

Stranding and edema along the left face, submandibular and submental regions with metabolic activity.

Thorax: Metabolically active left axillary node

Abdomen: Unremarkable.

Pelvis: Unremarkable.

Osseus: Appropriate age-related changes, otherwise unremarkable.

Impression:

Extensive bilateral metastatic cervical adenopathy, suspicion of infiltration into the surrounding tissues

Focal activity in the left submandibular gland consistent with malignancy

Probable invasive disease of the left sternocleidomastoid muscle

Activity in the left thyroid, suspicious for metastasis. Primary thyroid malignancy is not entirely excluded

Asymmetric activity in the right tonsil which may be metastatic disease or second primary

Metabolically active left axillary node highly suspicious for metastatic disease

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **9 - IDXRad** | IDX RADIOLOGY | Model Lab Director | 1900 South Avenue La Crosse WI 54601 | 07/21/08 1346 - Present |

**Interpretation Summary**

NUCLEAR PET/CT FDG HEAD AND NECK CANCER PROTOCOL WITH IV CONTRAST, obtained on 11/25/2022 4:14 PM

REASON FOR EXAM: malignancy; neck

COMPARISON: CT neck 10/23/2022.

TECHNIQUE:
PET/CT scanning was performed from the vertex through the upper thighs with axial, coronal, sagittal and rotational reconstructions.
The patient was injected with 11.6 mCi of fluorine 18-FDG.
Preinjection blood glucose was 135 mg/dl.

CONTRAST: IV.

FINDINGS:

Head/neck: Numerous bilateral cervical lymph nodes at all levels with metabolic activity. Left intraparotid nodes with metabolic activity.

There is reticulonodular soft tissue within the cervical level 1 and 2 with metabolic activity.

Infiltrating edema and inflammation with metabolic activity along the left face and submental region

Enlarged left sternocleidomastoid muscle with reticular enhancement and metabolic activity

Asymmetric activity of the left thyroid with decreased enhancement

Asymmetric activity at the right tonsil

Stranding and edema along the left face, submandibular and submental regions with metabolic activity.

Thorax: Metabolically active left axillary node

Abdomen: Unremarkable.

Pelvis: Unremarkable.

Osseus: Appropriate age-related changes, otherwise unremarkable.

IMPRESSION:

Extensive bilateral metastatic cervical adenopathy, suspicion of infiltration into the surrounding tissues

Focal activity in the left submandibular gland consistent with malignancy

Probable invasive disease of the left sternocleidomastoid muscle

Activity in the left thyroid, suspicious for metastasis. Primary thyroid malignancy is not entirely excluded

Asymmetric activity in the right tonsil which may be metastatic disease or second primary

Metabolically active left axillary node highly suspicious for metastatic disease

**Interpretation Summary (continued)**

Interpreting Provider Location: Gundersen Health System, La Crosse WI 54601

**END OF REPORT**

1. Patient Name: Robert
Maiden/Former Name: ____________________
Date of Birth: _ ____________________
Address:_ ____________________
_ ____________________
Phone Number: _ ____________________
Clinic Number (if known): 8828980

**GUNDERSEN HEALTH SYSTEM®**

**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm

**I hereby Authorize:** Written Communication Between 2 & 3? ☒ Yes ☐ No
Verbal Communication Between 2 & 3? ☒ Yes ☐ No

2. **Information Disclosed From**:
Gundersen
Name of Person or Organization(Gundersen Health System)
1900 South Ave
Street Address
La Crosse Wi,
City State Zip
608-782-730
Phone Number Fax Number

3. **Information Disclosed To**:
Lincoln
Name of Person or Organization(Gundersen Health System)
Street Address
City State Zip
855-818-288
Phone Number Fax Number

4. **Please CHECK ONLY ONE BOX:**
- ☐ Mail Records
- ☐ Fax Records (provide fax number above)
- ☐ Email: ______________________________ ******FOR PATIENT REQUESTS ONLY******
  (Please Print Email Address)
- ☐ Will Pick Up Records **(La Crosse Campus ONLY)**
- ☐ No records needed at this time. File in patient's medical record for future use.

5. **Format for Records:** ☐ Paper **OR** ☐ CD/DVD (requires PDF viewer). Please check only one box.
***Please note, if a format is not selected, records will be in paper format**

6. **Type of Information to Be Disclosed:** ☒ Medical Records ☐ Behavioral Health (#7 required) ☐ Both (#7 required)
2 year history unless specified: ______________________________ to ________________,
______________________________________________________________
______________________________________________________________

7. **State and Federal Laws require specific authorization prior to disclosing certain information. Please check if you would like any or all of the following information disclosed:**
☐ Mental Health ☐ Alcohol/Drug Abuse ☐ Developmental Disability ☐ HIV Testing

8. **Purpose or need for disclosure (check one):** ☐ Further Medical Care ☐ Insurance Claim ☐ Personal
☐ Legal Investigation ☐ Insurance Application ☒ Disability Determination ☐ Other ________________

9. **Expiration Date:** This authorization is valid for 1 year from date of signature or until ____________ (specific date up to 2 years) and covers records that were created or existing on or before the date this authorization was signed, as well as records that are created after the date this authorization is signed, up until the expiration date.

1. Patient Name: Robert

Maiden/Former Name: ____________________

Date of Birth: __ ________________

Address:___ ______________
Holmen Wi

Phone Number: __ ____________

Clinic Number (if known): 8828980

**GUNDERSEN HEALTH SYSTEM®**


**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm


## Your Rights With Respect To This Authorization

General Statement of Rights: Federal and state laws protect the confidentiality of my PHI including but not limited to: Mental Health – Sec 51.30, Wis. Stats; & HFS 92, Wis. Admin. Code. Alcohol & Other Drug Abuse – Sec. 51.30 Wis. Stats, HFS 92, Wis. Admin. Code; and 42 CFR Part 2 Final Rule governing confidentiality of alcohol and drug abuse patient records and that recipients of this information may re-disclose it only in connection with their official duties. Prohibition on redisclosure. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further redisclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164. Right to Receive a Copy of this Authorization: I have a right to receive a copy of this form after I sign it. Right to Refuse to Sign This Authorization: I am under no legal obligation to sign this form, however, under certain circumstances permitted under applicable law; refusal to sign may result in denial of services. Right to Withdraw This Authorization: I have the right to withdraw this authorization at any time by providing a written statement of withdrawal to the individual/agency authorized to disclose PHI. My withdrawal of consent will not be effective until the individual/agency authorized to disclose PHI receives it, and will not be effective regarding the uses and/or disclosures of my PHI made prior to receipt of my withdrawal statement. Re-disclosure: If I authorize release of PHI to an individual or agency not covered by federal or state laws that prohibit re-disclosure, my PHI may not remain confidential. Right to Inspect and/or Copy PHI: I have the right to inspect and receive copies of my PHI as permitted by law. I may be charged a reasonable fee for these copies.

**In accordance with the conditions listed on the first page of this form and above, I authorize the use and disclosure of my medical information**. By signing this authorization, you understand that treatment, payment, enrollment or eligibility of benefits may not be conditioned on you signing this authorization. This authorization may be revoked in writing at any time by submitting a request to Release of Information at the address above. This form must be legible and the first page must be completed in full (numbers 1– 9) in order to be valid.

***Copies of records may be obtained with reasonable notice and payment of copying costs. Fees may apply.***

**Signature of Patient:** Robert J **Date:** 9/14/2023

**Signature of Parent/Guardian:** ______________________ **Date:** ____________

(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order establishing the person's authority.)

**Legal Authority:**

☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased
☐ Personal Representative/Domestic Partner of Deceased
☐ Health Care Agent ________________________________
☐ Other: ___________________________________________

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)



**Lincoln/Loper 2081**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/11/2022 8:28 AM | Scorby, William R, MD | LAB-HOSP-LAX | 149135062 | |

## Diagnoses

| | Comments |
|---|---|
| **Encounter for screening, unspecified** | |

## Nursing Assessment

No Nursing Assessment available for this encounter.

## Encounter Messages

No messages in this encounter

## Lab - All Results

Resulted: 07/12/22 1300, Result status: Final result

**LAB VARICELLA ZOSTER IGG (REFERRAL) [196832151]**

Ordering provider: Scorby, William R, MD 07/11/22 0828 Order status: Completed
Resulting lab: ARUP LABORATORIES
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22AR192R0026 | Blood | — | Zzcollect, Unit 07/11/22 0852 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VARICELLA-ZOSTER VIRUS AB, IGG | >4000.0 | IV | — | ARUP |

Comment:
INTERPRETIVE INFORMATION: VZV Ab, IgG

134.9 IV or less ....... Negative - No significant level of detectable IgG varicella-zoster antibody.
135.0 - 164.9 IV ....... Equivocal - Repeat testing in 10-14 days may be helpful.
165.0 IV or greater .... Positive - IgG antibody to varicella-zoster detected, which may indicate a current or past varicella-zoster infection.

The best evidence for current infection is a significant change on two appropriately timed specimens, where both tests are done in the same laboratory at the same time.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD

## Lab - All Results (continued)

**LAB VARICELLA ZOSTER IGG (REFERRAL) [196832151] (continued)** Resulted: 07/12/22 1300, Result status: Final result

**LAB MEASLES (RUBEOLA) IGG (REFERRAL) [196832148]** Resulted: 07/12/22 1300, Result status: Final result

Ordering provider: Scorby, William R, MD 07/11/22 0828 Order status: Completed
Resulting lab: ARUP LABORATORIES
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22AR192R0026 | Blood | — | Zzcollect, Unit 07/11/22 0852 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| MEASLES, RUBEOLA, ANTIBODY IGG | >300.0 | AU/mL | — | ARUP |

Comment:
INTERPRETIVE INFORMATION: Measles (Rubeola) Antibody, IgG

13.4 AU/mL or less........ Negative - No significant level
of detectable measles (rubeola)
IgG antibody.
13.5-16.4 AU/mL .......... Equivocal - Repeat testing in
10-14 days may be helpful.
16.5 AU/mL or greater .... Positive - IgG antibody to
measles (rubeola) detected
which may indicate a current
or past exposure/immunization
to measles (rubeola).

The best evidence for current infection is a significant change on two appropriately timed specimens, where both tests are done in the same laboratory at the same time.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD

**LAB MUMPS IGG (REFERRAL) [196832150]** Resulted: 07/12/22 1301, Result status: Final result

Ordering provider: Scorby, William R, MD 07/11/22 0828 Order status: Completed
Resulting lab: ARUP LABORATORIES
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22AR192R0026 | Blood | — | Zzcollect, Unit 07/11/22 0852 |

**Components**

## Lab - All Results (continued)

Resulted: 07/12/22 1301, Result status: Final result

**LAB MUMPS IGG (REFERRAL) [196832150] (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| MUMPS VIRUS ANTIBODY, IGG | >300.0 | AU/mL | — | ARUP |

Comment:

INTERPRETIVE INFORMATION: Mumps Ab, IgG by CIA

8.9 AU/mL or less .... Negative - No significant level of
detectable IgG mumps virus antibody

9.0-10.9 AU/mL ....... Equivocal - Repeat testing in 10-14
days may be helpful

11.0 AU/mL or greater: Positive - IgG antibody to mumps
virus detected, which may indicate
a current or past exposure/
immunization to mumps virus.

The best evidence for current infection is a significant change on two appropriately timed specimens, where both tests are done in the same laboratory at the same time.
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Jonathan R. Genzen, MD, PhD

Resulted: 07/18/22 1148, Result status: Final result

**LAB T SPOT TB (REFERRAL) [196832147]**

Ordering provider: Scorby, William R, MD 07/11/22 0828  Order status: Completed
Resulting lab: NON INTERFACED REFERRAL LABS
End Date/Time: None

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 22NI192R0008 | Blood | — | Zzcollect, Unit 07/11/22 0852 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T SPOT TB | SCANNED REPORT | — | — | REB2 |

**Encounter Status**

Open

## END OF REPORT

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 7/11/2022 8:48 AM | Klug, Kimberly L, RN | EMPLOYEE HEALTH SERV | 149136729 | |

**Diagnoses**

| | Comments |
|---|---|
| **Need for measles-mumps-rubella (MMR) vaccine** - Primary | |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Encounter Messages**

No messages in this encounter

**Encounter Status**

Signed by Klug, Kimberly L, RN on 7/11/22 at 08:49

**END OF REPORT**

| | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/23/2022 11:00 AM | Scorby, William R, MD | OCCUPATIONAL HLTH LAX | 150229117 | |

**Reason for Call/Visit**

**Work Comp New Exam**

**Diagnoses**

| | Comments |
|---|---|
| **Facial cellulitis** - Primary | |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

## Progress Notes - Notes

**Progress Notes by Scorby, William R, MD at 08/23/22 1100**

Author: Scorby, William R, MD
Specialty: OCCUPATIONAL MEDICINE, Referral, Clinic
Author Type: Physician
Filed: 08/23/22 1140
Encounter Date: 8/23/2022
Status: Signed
Editor: Scorby, William R, MD (Physician)

**Robert J Loper 000008828980**

**OCCUPATIONAL MEDICINE -- LA CROSSE**
**August 23, 2022**

Bob is referred from Employee Health for evaluation of facial swelling.

**Date of illness: 08/19/2022**
**Employer: Gundersen Health System**

On Friday afternoon, 08/19/2022, around 12:30 p.m. he noticed a little puffiness and redness under the left eye. This was just after lunch and he thought he might have rubbed his face with his hand that was handling a hot pepper. However the redness and swelling progressed and he woke the next morning with significant increase in the redness and swelling that involved much of the left side of his face. He also noticed some increased submandibular glandular swelling. He went to the Neighborhood Family Clinic and was evaluated there. He was felt to have a facial infection was given a shot of some antibiotic and then a 10 day course of Augmentin. Over the weekend his redness and swelling of gradually improved significantly.

The morning before developing this facial swelling he was will working with patients in the orthotics Clinic doing his usual work. Measuring and fitting patients with orthotics. He wore mask and use hand sanitizer between patients as usual. He has not been exposed to any new products or chemicals. At lunch she ate his lunch his office and then walked on the treadmill at the on-site exercise facility. In the afternoon he he said his desk doing computer work.

Medical history notable for psoriasis and has multiple patches on elbows and knees.

**Current Outpatient Medications**

## Progress Notes - Notes (continued)

**Progress Notes by Scorby, William R, MD at 08/23/22 1100 (continued)**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • PAXLOVID, EUA, tablet | Take by mouth |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

No current facility-administered medications for this visit.

**Exam:** Head/face: There is still some mild swelling, but no redness, on the left side of his face from just below his left eye, cheek to the angle of the mandible. Some submandibular adenopathy, bilaterally, but more so on the left than the right. He says this is back to baseline, as this has been noticed before and is being followed by his PCP. He has a beard and there does not appear to be any breaks in the skin or psoriatic patches on the face.

Eyes ears are clear without discharge.
Neck is supple and nontender.
Skin: Psoriatic patches scattered over the extensor elbows and knees.

**Assessment**

**1. Facial cellulitis**

It is unclear to me what brought on this facial eruption. Does not appear that anything is changing his work environment. He was concerned that he was some our exposed to some infectious agent that got under his skin, possibly through a tiny psoriatic fissure. I am not so sure. I think the work relatedness in this case is unknown.

## Progress Notes - Notes (continued)

### Progress Notes by Scorby, William R, MD at 08/23/22 1100 (continued)

**Plan:** He will finish out his antibiotics and follow-up with his PCP as needed. I think he definitely should see his PCP for his persistent submandibular adenopathy.

Total Time on encounter: 30 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

William R Scorby, MD
'

Electronically signed by Scorby, William R, MD at 08/23/22 1140

### Encounter Messages

No messages in this encounter

### Encounter Status

Signed by Scorby, William R, MD on 8/23/22 at 11:40

**END OF REPORT**

1. Patient Name: ______________________________
Maiden/Former Name: _________________________
Date of Birth: _________________________________
Address:_______________________________________

_______________________________________________
Phone Number: _______________________________
Clinic Number (if known): ____________________

**GUNDERSEN HEALTH SYSTEM®**


**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm


**I hereby Authorize:** Written Communication Between 2 & 3? ☐ Yes ☐ No
Verbal Communication Between 2 & 3? ☐ Yes ☐ No

2. **Information Disclosed From**:

_______________________________________________
Name of Person or Organization(Gundersen Health System)

_______________________________________________
Street Address

_______________________________________________
City State Zip

_______________________________________________
Phone Number Fax Number

3. **Information Disclosed To**:

_______________________________________________
Name of Person or Organization(Gundersen Health System)

_______________________________________________
Street Address

_______________________________________________
City State Zip

_______________________________________________
Phone Number Fax Number

4. **Please <u>CHECK ONLY ONE BOX</u>:**
   - ☐ Mail Records
   - ☐ Fax Records (provide fax number above)
   - ☐ Email: ______________________________________ ******FOR PATIENT REQUESTS ONLY******
     (Please Print Email Address)
   - ☐ Will Pick Up Records **(La Crosse Campus ONLY)**
   - ☐ No records needed at this time. File in patient's medical record for future use.

5. **Format for Records:** ☐ Paper **OR** ☐ CD/DVD (requires PDF viewer). Please check only one box.
   ***Please note, if a format is not selected, records will be in paper format**

6. **Type of Information to Be Disclosed:**☐ Medical Records ☐ Behavioral Health (#7 required) ☐ Both (#7 required)
   2 year history unless specified: ________________________________________ to __________________,
   ____________________________________________________________________________________
   ____________________________________________________________________________________

7. **State and Federal Laws require specific authorization prior to disclosing certain information. Please check if you would like any or all of the following information disclosed:**
   ☐ Mental Health ☐ Alcohol/Drug Abuse ☐ Developmental Disability ☐ HIV Testing

8. **Purpose or need for disclosure (<u>check one</u>):** ☐ Further Medical Care ☐ Insurance Claim ☐ Personal
   ☐ Legal Investigation ☐ Insurance Application ☐ Disability Determination ☐ Other __________________

9. **Expiration Date:** This authorization is valid for 1 year from date of signature or until _____________ (specific date up to 2 years) and <u>covers records that were created or existing on or before the date</u> this authorization was signed, as well as records that are <u>created after the date this authorization</u> is signed, up until the expiration date.

1. Patient Name: ________________________

Maiden/Former Name: ___________________

Date of Birth: __________________________

Address:________________________________

________________________________________

Phone Number: _________________________

Clinic Number (if known): _________________

**GUNDERSEN HEALTH SYSTEM®**

**La Crosse, WI 54601**

1900 South Avenue, AVS-001, La Crosse, WI 54601

PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199

FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548

**FAX MEDICAL RECORDS TO: (608) 775-4706**

EMAIL: medicalrecords@gundersenhealth.org

HOURS: Monday - Friday, 8:00 am – 5:00 pm

## Your Rights With Respect To This Authorization

General Statement of Rights: Federal and state laws protect the confidentiality of my PHI including but not limited to: Mental Health – Sec 51.30, Wis. Stats; & HFS 92, Wis. Admin. Code. Alcohol & Other Drug Abuse – Sec. 51.30 Wis. Stats, HFS 92, Wis. Admin. Code; and 42 CFR Part 2 Final Rule governing confidentiality of alcohol and drug abuse patient records and that recipients of this information may re-disclose it only in connection with their official duties. Prohibition on redisclosure. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further redisclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164. Right to Receive a Copy of this Authorization: I have a right to receive a copy of this form after I sign it. Right to Refuse to Sign This Authorization: I am under no legal obligation to sign this form, however, under certain circumstances permitted under applicable law; refusal to sign may result in denial of services. Right to Withdraw This Authorization: I have the right to withdraw this authorization at any time by providing a written statement of withdrawal to the individual/agency authorized to disclose PHI. My withdrawal of consent will not be effective until the individual/agency authorized to disclose PHI receives it, and will not be effective regarding the uses and/or disclosures of my PHI made prior to receipt of my withdrawal statement. Re-disclosure: If I authorize release of PHI to an individual or agency not covered by federal or state laws that prohibit re-disclosure, my PHI may not remain confidential. Right to Inspect and/or Copy PHI: I have the right to inspect and receive copies of my PHI as permitted by law. I may be charged a reasonable fee for these copies.

**In accordance with the conditions listed on the first page of this form and above, I authorize the use and disclosure of my medical information**. By signing this authorization, you understand that treatment, payment, enrollment or eligibility of benefits may not be conditioned on you signing this authorization. This authorization may be revoked in writing at any time by submitting a request to Release of Information at the address above. This form must be legible and the first page must be completed in full (numbers 1– 9) in order to be valid.

***Copies of records may be obtained with reasonable notice and payment of copying costs. Fees may apply.***

**Signature of Patient:** ____________________________________________ **Date:** _________________

**Signature of Parent/Guardian:** ____________________________________ **Date:** _________________

(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order establishing the person's authority.)

**Legal Authority:**

☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased

☐ Personal Representative/Domestic Partner of Deceased

☐ Health Care Agent ______________________________

☐ Other: _______________________________________

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)

REF #21396788

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 5, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Robert:

This letter is in reference to your claim for Long Term Disability benefits.

As part of our ongoing review, we need to request additional information to determine your eligibility for continued benefits. Please complete and return the following form(s):

- Mayo Clinic Authorization for Release of Information – please fill out, sign and date

You have the following options to return any forms or medical information related to your claim:

**Email:** DisabilityClaims@lfg.com

**Fax:** (877) 843-3950

**Online Disability Claims Portal:** If you haven't already checked out our secure portal, you'll want to do so. Here you can access information and upload documents to support the processing of your claim. You can visit www.LincolnFinancial.com to register.

**Mail To:**

Lincoln Financial Group
PO Box 2609
Omaha, NE 68103-2609

This information must be returned to our office no later than 12/20/2023 to avoid interruption of your Long Term Disability benefits.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #21396788

Please contact us at the number listed below or at Claims@LFG.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Dave Mcgrath
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Sr. Claims Examiner, LTD 2
The Lincoln National Life Insurance Company

MAYO CLINIC

# *Authorization to Release Protected Health Information to a Third Party*

**TO BE SCANNED**

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)* REF #21396788

| Patient Name *(First, Middle, Last)* | |
|---|---|
| Birth Date *(mm-dd-yyyy)* | Room Number (if applicable) |
| Mayo Clinic Number | |

**Staff Use Only**

| | |
|---|---|
| ☐ ROI to Send Records ☐ Scan to Chart | |
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

## 2. Additional Patient Information

| Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased. |
|---|---|---|
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☐ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation

☐ Other, specify____________________

## 4. Release Information FROM

Check one box and complete if applicable.

☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

____________________

Street ____________________

City ____________________

State __________ ZIP Code__________

Phone ____________________

Fax ____________________

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**

Dept.__________ Attn.__________

Fax ____________________

☐ **Other,** specify organization, department, or individual (complete each line below)

____________________

Street ____________________

City ____________________

State __________ ZIP Code __________

Phone ____________________

Fax ____________________

This authorization will expire in 1 year from date of signature *unless another date is specified:* ____________________

☐ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| Preferred Method<br>☐ Written copy (may include completed forms) ☐ Verbal only | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services

☐ Fax (number listed above in section 5)

☐ Email address ____________________

☐ Pick-up at a Mayo Clinic location, specify ____________________

☐ CD/DVD

☐ USB flash/thumb drive

☐ Other, specify____________________


©2019 Mayo Foundation for Medical Education and Research


**Lincoln/Loper 2093**

REF #21396788

# *Authorization to Release Protected Health Information to a Third Party* (continued)

*(complete fields or place patient label here)*

| |
|---|
| Patient Name *(First, Middle, Last)* |
| Birth Date *(mm-dd-yyyy)* |
| Mayo Clinic Number |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s)____________________ *(mm-dd-yyyy)* or Year(s)____________________ *(yyyy)*

**Document/Note(s)** (check all that apply)

- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☐ Provider notes
- ☐ Other, specify ____________________

***I understand the information to be released may include behavior and/or mental health care, and HIV test results.***

**Additional Records** (check all that apply)

- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify____________________

**Other,** specify if applicable____________________

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

| **Signature** (required) ▶ | **Date** (required) *(mm-dd-yyyy)* |
|---|---|

**Printed Name** of Person Signing **(if not patient)** *(First, Middle, Last)*

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)

☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other__________

## HIMS* Release of Information Contact Information

| **Arizona** | **Florida** | **Rochester** | **MCHS MN** | **MCHS WI** |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services



**Lincoln/Loper 2094**

REF #21343569

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

December 1, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Robert:

On 10/27/2023, we received your claim for Long Term Disability benefits and advised that we were in the process of reviewing your claim. In order to be eligible for benefits under the policy, you must satisfy all of the provisions of the policy and be disabled throughout and beyond the Elimination Period.

The purpose of this letter is to inform you that we require additional time to render a determination on your Long Term Disability claim. Under the Employee Retirement Income of Security Act of 1974 (ERISA), an initial claim determination must be rendered within 45 days of receipt of claim, unless there are special circumstances which require a delay in making a claim determination. If additional time is needed, ERISA allows for up to two 30-day extensions to evaluate and render a claim decision.

We are approaching the initial 45 day deadline for making a decision on your claim. As we advised in a letter dated 11/01/2023, we needed additional information which is necessary to render a full and fair determination.

The information we have from your employer indicates your coverage under the policy became effective on 09/01/2022. The policy issued to Gundersen Health System has a 3/12 pre-existing provision that applies to your claim.

The pre-existing provision means we are evaluating your claim to determine if you received treatment for your current sickness or injury during the 3 months prior to the date you were first covered under the plan. Treatment includes any consultation, care or services from a physician, including diagnostic measures, refills of prescriptions, and taking prescribed drugs and medicines. Any treatment for your current condition during the pre-existing timeframe would exclude you from disability benefits.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #21343569

Since you stopped working within 12 months of your 09/01/2022 effective date, we must gather medical records from all of your treating doctors, pharmacies, clinics and hospitals during the pre-existing period prior to benefit consideration.

To date, we have not received the following information we requested from your treating providers:

**Pharmacy transactions from CVS pharmacy for the dates of 06/01/2022 to 09/01/2022.**

The policy issued to your employer states that any request for information must be provided to our office within 45 days.

If the information we are waiting for is not received in its entirety by 12/16/2023 we will close your claim.

If the information we are waiting for is received by 12/16/2023 we expect to make a determination no later than 01/10/2024.

**We** apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your Long Term Disability claim, please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Crystal Gallo
855-818-2883 x6435
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

From: Production Primary 18666747481 2023-11-29 08:59:05 EST Page: 1 of 7 To: ,

E63B3A1AD2A54ECB9090, LOPER, 1

PAGE 1/7 * RCVD AT 11/29/2023 8:59:12 AM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:4029510540 * CSID:18666747481 * ANI:13055038892 * DURATION (mm-ss):05-09

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial , the authorized requestor. MAYO CLINIC - MN RBD 012 - 3280 contracts with ScanSTAT Technologies or one of its affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of MAYO CLINIC - MN RBD 012 - 3280. All authorized requests must be made directly to MAYO CLINIC - MN RBD 012 - 3280.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN FINANCIAL
1301 SOUTH HARRISON ST

FORT WAYNE, IN 46802

E63B3A1AD2A54ECB9090

November 28, 2023

LINCOLN FINANCIAL
1301 SOUTH HARRISON ST

FORT WAYNE, IN 46802

Patient: ROBERT JOSEPH SR. LOPER

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- Please provide an authorization form **signed and/or dated** by the patient or documented representative.(Documentation must be present with request and authorization).

If appropriate, please re-submit your request to:

Mayo Clinic - MN RBD 012 - 3280
200 First Street, SW
Rochester, MN 55905
**FAX 5072840161**

Thank you,

Release of Information Services
Mayo Clinic - MN RBD 012 - 3280

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

# FAX COVER SHEET

**To:** 5072840161
**From:** Mayoclinic <mayoclinic@verisma.com>

**Company:**
**Date:** 11/27/2023 16:37

**Fax Number:** 5072840161
**Pages (Including cover):** 4

**Re:** Fw: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

**Notes:**

* * *

From: Lowery, Janee <Lowery.Janee@mayo.edu>
Sent: Monday, November 27, 2023 4:31 PM
To: Mayoclinic <mayoclinic@verisma.com>
Subject: FW: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

CAUTION: This email is NOT from Verisma or Verisma Safe Senders.

* * *

Patient request attached 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 5:07 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 02:54:25 PM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

I received your request for records, for compliance purposes, we require the complete mailing address of the recipient of the requested information (Box#5). Please add the complete mailing address for recipient on your authorization and resubmit.

Thank you in advance 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 1:29 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 10:42:13 AM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

Attached to this email is the Mayo Clinic third party authorization. Please complete the entire form, sign & date with either hand signature or DocuSign. You may submit the completed authorization to fax# 507-284-0161 or email mayoclinic@verisma.com.

*For compliance purposes, we require the complete mailing address of the recipient of the requested information. (Box#5)

Thank you in advance 😊

Janee=92 Lowery

Authorized Mayo Clinic Contractor

Verisma

ROI Specailist

Phone #: 507-242-0145

Lowery.Janee@mayo.edu

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

TO BE SCANNED

Form content retained in medical record.
**Route to HIMS Scanning.**

**1.** *(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)* Robert J Loper
Birth Date *(mm-dd-yyyy)* | Room Number (if applicable)
Mayo Clinic Number

**Staff Use Only**

☐ ROI to Send Records ☐ Scan to Chart
☐ Information Released by LAN ID | Date *(mm-dd-yyyy)*

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)* Robert J Loper
Daytime Phone
Patient Address *(Street, City, State, ZIP Code)*
☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ☑ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify

## 4. Release Information FROM

Check one box and complete if applicable.
☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☑ **Other,** specify organization, department, or individual (complete each line below)
Mayo Clinic Dr. Mark Brumm
Street Family Practice
City Com Dates 6-1-22 –
State 8-1-22 ZIP Code
Phone
Fax

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. Attn.
Fax
☑ **Other,** specify organization, department, or individual (complete each line below)
Crystal Gallo Lincoln Financial
Street 1301 South Harrison St
City Fort Wayne In 46802
State ZIP Code
Phone 855 819 2883 ext 6435
Fax 402-951-0540

This authorization will expire in 1 year from date of signature *unless another date is specified:*
☑ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☑ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method
☑ Written copy (may include completed forms) ☐ **Verbal only**
**Date Information Needed by** *(mm-dd-yyyy)* 11-24-23

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☑ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify

From: Production Primary 1866674748 1 2023-11-29 08:59:05 EST Page: 1 of 7 To: ,

E63B3A1AD2A54ECB9090, LOPER, 1

PAGE 1/7 * RCVD AT 11/29/2023 8:59:12 AM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:4029510540 * CSID:18666747481 * ANI:13055038892 * DURATION (mm-ss):05-09

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial , the authorized requestor. MAYO CLINIC - MN RBD 012 - 3280 contracts with ScanSTAT Technologies or one of its affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of MAYO CLINIC - MN RBD 012 - 3280. All authorized requests must be made directly to MAYO CLINIC - MN RBD 012 - 3280.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN FINANCIAL
1301 SOUTH HARRISON ST

FORT WAYNE, IN 46802

E63B3A1AD2A54ECB9090

# FAX COVER SHEET

**To:** 5072840161 **From:** Mayoclinic <mayoclinic@verisma.com>

**Company:** **Date:** 11/27/2023 16:37

**Fax Number:** 5072840161 **Pages (Including cover):** 4

**Re:** Fw: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

**Notes:**

* * *

From: Lowery, Janee <Lowery.Janee@mayo.edu>
Sent: Monday, November 27, 2023 4:31 PM
To: Mayoclinic <mayoclinic@verisma.com>
Subject: FW: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

CAUTION: This email is NOT from Verisma or Verisma Safe Senders.

* * *

Patient request attached 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 5:07 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 02:54:25 PM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

I received your request for records, for compliance purposes, we require the complete mailing address of the recipient of the requested information (Box#5). Please add the complete mailing address for recipient on your authorization and resubmit.

Thank you in advance 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 1:29 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 10:42:13 AM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

Attached to this email is the Mayo Clinic third party authorization. Please complete the entire form, sign & date with either hand signature or DocuSign. You may submit the completed authorization to fax# 507-284-0161 or email mayoclinic@verisma.com.

*For compliance purposes, we require the complete mailing address of the recipient of the requested information. (Box#5)

Thank you in advance 😊

Janee=92 Lowery

Authorized Mayo Clinic Contractor

Verisma

ROI Specailist

Phone #: 507-242-0145

Lowery.Janee@mayo.edu

November 28, 2023

LINCOLN FINANCIAL
1301 SOUTH HARRISON ST

FORT WAYNE, IN 46802

Patient: ROBERT JOSEPH SR. LOPER

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- Please provide an authorization form **signed and/or dated** by the patient or documented representative.(Documentation must be present with request and authorization).

If appropriate, please re-submit your request to:

Mayo Clinic - MN RBD 012 - 3280
200 First Street, SW
Rochester, MN 55905
**FAX 5072840161**

Thank you,

Release of Information Services
Mayo Clinic - MN RBD 012 - 3280

E63B3A1AD2A54ECB9090, LOPER, 2

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

**1.** *(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* Robert J Loper | |
|---|---|
| Birth Date *(mm-dd-yyyy)* | Room Number (if applicable) |
| Mayo Clinic Number | |

**Staff Use Only**

| | |
|---|---|
| ☐ ROI to Send Records ☐ Scan to Chart | |
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)* Robert J Loper
Daytime Phone
Patient Address *(Street, City, State, ZIP Code)*
☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ☑ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify ______

## 4. Release Information FROM

Check one box and complete if applicable.
☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☑ **Other,** specify organization, department, or individual (complete each line below)
Mayo Clinic Dr. Mark Brumm
Street Family Practice
City Com Dates 6-1-22 –
State 8-1-22 ZIP Code ______
Phone ______
Fax ______

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. ______ Attn. ______
Fax ______
☑ **Other,** specify organization, department, or individual (complete each line below)
Crystal Gallo Lincoln Financial
Street 1301 South Harrison St
City Fort Wayne In 46802
State ______ ZIP Code ______
Phone 855 819 2883 ext 6435
Fax 402-951-0540

This authorization will expire in 1 year from date of signature *unless another date is specified:* ______
☑ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☑ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method
☑ Written copy (may include completed forms) ☐ **Verbal only**
**Date Information Needed by** *(mm-dd-yyyy)* 11-24-23

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☑ Fax (number listed above in section 5)
☐ Email address ______
☐ Pick-up at a Mayo Clinic location, specify ______
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ______

ENTERPRISE Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.
©2019 Mayo Foundation for Medical Education and Research
 MC0072-01rev0419

# FAX COVER SHEET

**To:** 5072840161 **From:** Mayoclinic <mayoclinic@verisma.com>

**Company:** **Date:** 11/27/2023 16:37

**Fax Number:** 5072840161 **Pages (Including cover):** 4

**Re:** Fw: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

**Notes:**

* * *

From: Lowery, Janee <Lowery.Janee@mayo.edu>
Sent: Monday, November 27, 2023 4:31 PM
To: Mayoclinic <mayoclinic@verisma.com>
Subject: FW: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

CAUTION: This email is NOT from Verisma or Verisma Safe Senders.

* * *

Patient request attached 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 5:07 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 02:54:25 PM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

I received your request for records, for compliance purposes, we require the complete mailing address of the recipient of the requested information (Box#5). Please add the complete mailing address for recipient on your authorization and resubmit.

Thank you in advance 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 1:29 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 10:42:13 AM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

Attached to this email is the Mayo Clinic third party authorization. Please complete the entire form, sign & date with either hand signature or DocuSign. You may submit the completed authorization to fax# 507-284-0161 or email mayoclinic@verisma.com.

*For compliance purposes, we require the complete mailing address of the recipient of the requested information. (Box#5)

Thank you in advance 😊

Janee=92 Lowery

Authorized Mayo Clinic Contractor

Verisma

ROI Specailist

Phone #: 507-242-0145

Lowery.Janee@mayo.edu

November 28, 2023

LINCOLN FINANCIAL
1301 SOUTH HARRISON ST

FORT WAYNE, IN 46802

Patient: ROBERT JOSEPH SR. LOPER

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- Please provide an authorization form **signed and/or dated** by the patient or documented representative.(Documentation must be present with request and authorization).

If appropriate, please re-submit your request to:

Mayo Clinic - MN RBD 012 - 3280
200 First Street, SW
Rochester, MN 55905
**FAX 5072840161**

Thank you,

Release of Information Services
Mayo Clinic - MN RBD 012 - 3280

MAYO
CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

**TO BE SCANNED**

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)* Robert J Loper
Birth Date *(mm-dd-yyyy)*
Room Number (if applicable)
Mayo Clinic Number

**Staff Use Only**

☐ ROI to Send Records ☐ Scan to Chart
☐ Information Released by LAN ID
Date *(mm-dd-yyyy)*

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)* Robert J Loper
Daytime Phone
Patient Address *(Street, City, State, ZIP Code)*
☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ☑ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify

## 4. Release Information FROM

Check one box and complete if applicable.
☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☑ **Other,** specify organization, department, or individual (complete each line below)
Mayo Clinic Dr. Mark Brumm
Street Family Practice
City From Dates 6-1-22 –
State 8-1-22 ZIP Code
Phone
Fax

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. Attn.
Fax
☑ **Other,** specify organization, department, or individual (complete each line below)
Crystal Gallo Lincoln Financial
Street 1301 South Harrison St
City Fort Wayne In 46802
State ZIP Code
Phone 855 819 2883 ext 6435
Fax 402-951-0540

This authorization will expire in 1 year from date of signature *unless another date is specified:*
☑ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☑ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method
☑ Written copy (may include completed forms) ☐ Verbal only
**Date Information Needed by** *(mm-dd-yyyy)* 11-24-23

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☑ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify


©2019 Mayo Foundation for Medical Education and Research

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial , the authorized requestor. MAYO CLINIC - MN RBD 012 - 3280 contracts with ScanSTAT Technologies or one of its affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of MAYO CLINIC - MN RBD 012 - 3280. All authorized requests must be made directly to MAYO CLINIC - MN RBD 012 - 3280.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN FINANCIAL
1301 SOUTH HARRISON ST

FORT WAYNE, IN 46802

E63B3A1AD2A54ECB9090

November 28, 2023

LINCOLN FINANCIAL
1301 SOUTH HARRISON ST

FORT WAYNE, IN 46802

Patient: ROBERT JOSEPH SR. LOPER

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- Please provide an authorization form **signed and/or dated** by the patient or documented representative.(Documentation must be present with request and authorization).

If appropriate, please re-submit your request to:

Mayo Clinic - MN RBD 012 - 3280
200 First Street, SW
Rochester, MN 55905
**FAX 5072840161**

Thank you,

Release of Information Services
Mayo Clinic - MN RBD 012 - 3280

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

# FAX COVER SHEET

**To:** 5072840161 **From:** Mayoclinic <mayoclinic@verisma.com>

**Company:** **Date:** 11/27/2023 16:37

**Fax Number:** 5072840161 **Pages (Including cover):** 4

**Re:** Fw: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

**Notes:**

* * *

From: Lowery, Janee <Lowery.Janee@mayo.edu>
Sent: Monday, November 27, 2023 4:31 PM
To: Mayoclinic <mayoclinic@verisma.com>
Subject: FW: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

CAUTION: This email is NOT from Verisma or Verisma Safe Senders.

* * *

Patient request attached 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 5:07 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 02:54:25 PM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

I received your request for records, for compliance purposes, we require the complete mailing address of the recipient of the requested information (Box#5). Please add the complete mailing address for recipient on your authorization and resubmit.

Thank you in advance 😊

From: bob loper <bobllegman@yahoo.com>
Sent: Wednesday, November 22, 2023 1:29 PM
To: Lowery, Janee <Lowery.Janee@mayo.edu>
Subject: [EXTERNAL] Re: Mayo Clinic Third Party Authorization

On Wednesday, November 22, 2023 at 10:42:13 AM CST, Lowery, Janee <lowery.janee@mayo.edu> wrote:

Good afternoon,

Attached to this email is the Mayo Clinic third party authorization. Please complete the entire form, sign & date with either hand signature or DocuSign. You may submit the completed authorization to fax# 507-284-0161 or email mayoclinic@verisma.com.

*For compliance purposes, we require the complete mailing address of the recipient of the requested information. (Box#5)

Thank you in advance 😊

Janee=92 Lowery

Authorized Mayo Clinic Contractor

Verisma

ROI Specailist

Phone #: 507-242-0145

Lowery.Janee@mayo.edu

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

TO BE SCANNED

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)* Robert J Loper

Birth Date *(mm-dd-yyyy)*

Room Number (if applicable)

Mayo Clinic Number

**Staff Use Only**

☐ ROI to Send Records ☐ Scan to Chart

☐ Information Released by LAN ID

Date *(mm-dd-yyyy)*

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)* Robert J Loper

Daytime Phone

Patient Address *(Street, City, State, ZIP Code)*

☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☑ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation

☐ Other, specify

## 4. Release Information FROM

Check one box and complete if applicable.

☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☑ **Other,** specify organization, department, or individual (complete each line below)

Mayo Clinic Dr. Mark Brumm

Street Family Practice

City Com Dates 6-1-22 –

State 8-1-22 ZIP Code

Phone

Fax

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**

Dept. Attn.

Fax

☑ **Other,** specify organization, department, or individual (complete each line below)

Crystal Gallo Lincoln Financial

Street 1301 South Harrison St

City Fort Wayne In 46802

State ZIP Code

Phone 855 819 2883 ext 6435

Fax 402-951-0540

This authorization will expire in 1 year from date of signature ***unless another date is specified:***

☑ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☑ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method

☑ Written copy (may include completed forms) ☐ Verbal only

**Date Information Needed by** *(mm-dd-yyyy)* 11-24-23

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services

☑ Fax (number listed above in section 5)

☐ Email address

☐ Pick-up at a Mayo Clinic location, specify

☐ CD/DVD

☐ USB flash/thumb drive

☐ Other, specify

ENTERPRISE Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.
©2019 Mayo Foundation for Medical Education and Research



MC0072-01rev0419

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance, group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE [signature] DATE 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDRESS ______

______ (Zip Code) ______

PHONE ______

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial Group , the authorized requestor. MAYO CLINIC - MN RBD 012 - 3280 contracts with ScanSTAT Technologies or one of its affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of MAYO CLINIC - MN RBD 012 - 3280. All authorized requests must be made directly to MAYO CLINIC - MN RBD 012 - 3280.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN FINANCIAL
PO BOX 2616

OMAHA, NE 53172

97224EF69A7D4DB686E1

Lincoln Financial Group®

**To:** **Mark Brumm, M.D.**
Company:
Fax: (715)838-3058
Phone:

**From:** **Samantha Roberto**
Fax: 18778433950
Phone: 18004232765

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 22, 2023 12:17:14 PM
**Number of pages including this cover sheet:** 04

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 22, 2023

MARK BRUMM, M.D.
RELEASE OF INFORMATION
800 WEST AVE. S
LA CROSSE, WI 54601

Re: Policy Number: 000001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 06/01/2022 to 09/01/2022 |
| Diagnostic Test Results | 06/01/2022 to 09/01/2022 |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(Please complete the below)*

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

November 22, 2023

LINCOLN FINANCIAL
PO BOX 2616

Omaha, NE 53172

Patient: ROBERT JOSEPH SR. LOPER

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- We have no record of treatment for the **date(s) of service** you request.

If appropriate, please re-submit your request to:

Mayo Clinic - MN RBD 012 - 3280
200 First Street, SW
Rochester, MN 55905
**FAX 5072840161**

Thank you,

Release of Information Services
Mayo Clinic - MN RBD 012 - 3280

MAYO
CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

TO BE SCANNED

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** (complete fields or place patient label here)

Patient Name (First, Middle, Last): Robert J Loper
Birth Date (mm-dd-yyyy):
Room Number (if applicable):
Mayo Clinic Number:

**Staff Use Only**
☐ ROI to Send Records ☐ Scan to Chart
☐ Information Released by LAN ID
Date (mm-dd-yyyy)

## 2. Additional Patient Information

Previous or Maiden Name (if applies) (First, Middle, Last): Robert J Loper
Daytime Phone:
☐ Check this box if patient is deceased.
Patient Address (Street, City, State, ZIP Code):

## 3. Release Purpose

Check appropriate box or write in other purpose.
☐ Continuing care ☑ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation
☐ Other, specify

## 4. Release Information FROM

Check one box and complete if applicable.
☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☑ **Other,** specify organization, department, or individual (complete each line below)
Mayo Clinic Dr. Mark Brumm
Street: Family Practice
City: From Dates 6-1-22 —
State: 8-1-22 ZIP Code:
Phone:
Fax:

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ **Mayo Clinic**
Dept. Attn.
Fax
☑ **Other,** specify organization, department, or individual (complete each line below)
Crystal Gallo Lincoln Financial
Street: 1301 South Harrison ST
City: Fort Wayne In 46802
State: ZIP Code:
Phone: 855 819 2883 ext 6435
Fax: 402-951-0540

This authorization will expire in 1 year from date of signature ***unless another date is specified:***

☑ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☑ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method
☑ Written copy (may include completed forms) ☐ Verbal only
Date Information Needed by (mm-dd-yyyy): 11-24-23

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☑ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify

ENTERPRISE: Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.
©2019 Mayo Foundation for Medical Education and Research

MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

TO BE SCANNED

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** (complete fields or place patient label here)

Patient Name (First, Middle, Last): Robert J Loper

Birth Date (mm-dd-yyyy):

Room Number (if applicable):

Mayo Clinic Number:

**Staff Use Only**

☐ ROI to Send Records ☐ Scan to Chart

☐ Information Released by LAN ID

Date (mm-dd-yyyy)

## 2. Additional Patient Information

Previous or Maiden Name (if applies) (First, Middle, Last): Robert J Loper

Daytime Phone:

Patient Address (Street, City, State, ZIP Code):

☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care ☑ Disability ☐ Forms completion ☐ Insurance ☐ Legal ☐ Workers' compensation

☐ Other, specify

## 4. Release Information FROM

Check one box and complete if applicable.

☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☑ **Other,** specify organization, department, or individual (complete each line below)

Mayo Clinic Dr. Mark Brumm

Street: Family Practice

City: From Dates 6-1-22 –

State: 8-1-22 ZIP Code:

Phone:

Fax:

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**

Dept. Attn.

Fax

☑ **Other,** specify organization, department, or individual (complete each line below)

Crystal Gallo Lincoln Financial

Street

City

State ZIP Code

Phone 855 819 2883 ext 6435

Fax 402-951-0540

This authorization will expire in 1 year from date of signature *unless another date is specified:*

☑ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☑ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

Preferred Method

☑ Written copy (may include completed forms) ☐ **Verbal only**

Date Information Needed by (mm-dd-yyyy): 11-24-23

Written information will be mailed unless an alternate method is checked.

☐ Patient Portal – Mayo Clinic Patient Online Services

☑ Fax (number listed above in section 5)

☐ Email address

☐ Pick-up at a Mayo Clinic location, specify

☐ CD/DVD

☐ USB flash/thumb drive

☐ Other, specify


©2019 Mayo Foundation for Medical Education and Research

# Authorization to Release Protected Health Information to a Third Party (continued)

(complete fields or place patient label here)

Patient Name (First, Middle, Last) Robert J Loper

Birth Date (mm-dd-yyyy)

Mayo Clinic Number

## 7. Records or Reports to Be Released

**Timeframe to Be Released**
Date(s) 6-1-22 8-1-22 (mm-dd-yyyy) or Year(s) ______ (yyyy)

**Document/Note(s)** (check all that apply)
- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☑ Provider notes
- ☑ Other, specify Mark Brumm

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☐ Allergy list
- ☐ Immunizations
- ☑ Medication list
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify ______

Other, specify if applicable ______

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ Robert J Loper

**Date** (required) (mm-dd-yyyy) 11-22-2023

**Printed Name** of Person Signing **(If not patient)** (First, Middle, Last)
Robert J Loper

**Relationship If Not Patient** (legal documentation of the right of access by the signing individual may be required)
☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other ______

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

From: Production Primary 18666747481 2023-11-23 09:46:08 EST Page: 1 of 7 To: ,

97224EF69A7D4DB686E1, LOPER, 1

PAGE 1/7 * RCVD AT 11/23/2023 9:46:12 AM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:8009223503 * CSID:18666747481 * ANI:3055038807 * DURATION (mm-ss):05-47

# ATTENTION

## Extremely Confidential Information Enclosed

**The enclosed confidential information was requested by Lincoln Financial Group , the authorized requestor. MAYO CLINIC - MN RBD 012 - 3280 contracts with ScanSTAT Technologies or one of its affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).**

**ScanSTAT and its affiliates provide service only at the discretion and instruction of MAYO CLINIC - MN RBD 012 - 3280. All authorized requests must be made directly to MAYO CLINIC - MN RBD 012 - 3280.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time. If you have any questions please call 866-442-9026.

LINCOLN FINANCIAL
PO BOX 2616

OMAHA, NE 53172

97224EF69A7D4DB686E1

Lincoln Financial Group®

**To:** **Mark Brumm, M.D.**
Company:
Fax: (715)838-3058
Phone:

**From:** **Samantha Roberto**
Fax: 18778433950
Phone: 18004232765

---

**NOTES:**

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 22, 2023 12:17:14 PM
**Number of pages including this cover sheet:** 04

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 22, 2023

MARK BRUMM, M.D.
RELEASE OF INFORMATION
800 WEST AVE. S
LA CROSSE, WI 54601

Re: Policy Number: 000010008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 06/01/2022 to 09/01/2022 |
| Diagnostic Test Results | 06/01/2022 to 09/01/2022 |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503.**

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(Please complete the below)*

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Crystal Galio
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance, group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper Robert Joseph
(First)

Date of Birth ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

SIGNATURE [signature] DATE 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

ADDR ______

______ (Zip Code) ______

PHON ______

November 22, 2023

LINCOLN FINANCIAL
PO BOX 2616

Omaha, NE 53172

Patient: ROBERT JOSEPH SR. LOPER

Attention Requestor:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- We have no record of treatment for the **date(s) of service** you request.

If appropriate, please re-submit your request to:

Mayo Clinic - MN RBD 012 - 3280
200 First Street, SW
Rochester, MN 55905
**FAX 5072840161**

Thank you,

Release of Information Services
Mayo Clinic - MN RBD 012 - 3280

97224EF69A7D4DB686E1, LOPER, 2

MAYO CLINIC

**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately, or you may see duplication due to integrating the historical records. The missing page numbers/sequencing format does not indicate the record is incomplete. At the time of release creation, some documents may not have been finalized and could be subject to change.The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested, they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only)**: Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 22, 2023

CVS PHARMACY 16164
RELEASE OF INFORMATION
9400 STATE ROAD 16
ONALASKA, WI 546508540

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Prescription Notes | 06/01/2022 to 09/01/2022 |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ___________________________________________________ Date: _______________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

REFc#20959413

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph

Date of Birth: ___ Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Robert J Loper **DATE** 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ___

**ADDR** ___

___ (Zip Code)

**PHON** ___

00000024 LFPT4TT1 00000297

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 22, 2023

CAREMARK PRESCRIPTION SVC-CHI
RELEASE OF INFORMATION
1780 WALL ST
MT. PROSPECT, IL 60056

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Prescription Notes | 06/01/2022 to 09/01/2022 |

Current state statutes for Illinois: The current fees are: Handling charge: $33.60. Copy pages 1 - 25: $1.26. Copy pages 26-50: $0.84. Copy pages in excess of 50: $0.42. Copies made from microfiche or microfilm: $2.10.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

***Payment Options:***

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

**Authorization Agreement**

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

**Account Information**

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ______________________________ Date: ______________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth: ___ Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Robert J Loper **DATE** 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ___

**ADDR** ___

___ (Zip Code)

**PHON** ___

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 22, 2023

MARK BRUMM, M.D.
RELEASE OF INFORMATION
800 WEST AVE. S
LA CROSSE, WI 54601

Re: Policy Number: 00001008256700000
Claim Number: 1230085410
Patient: Robert Loper
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 06/01/2022 to 09/01/2022 |
| Diagnostic Test Results | 06/01/2022 to 09/01/2022 |

Current state statutes for Wisconsin: The current fees are: $1.27 per page for pages 1-25. $0.95 per pages for pages 26 -50. $0.62 per page for pages 51 - 100. $0.37 for pages 101 and above. The charge for Microfilm is $1.86. The charge for an X-ray print is $12.52. The charge for certification of copies is $10.04. The Retrieval Fee is $25.09.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 1-800-922-3503**.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________________

Routing Number: ______________________________________

Account Number: ______________________________________

Authorized Signature: ___________________________________________________ Date: _______________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Samantha Roberto
Assisting on behalf of Crystal Gallo
855-818-2883 x6435
Coordinator, Clinical Support
The Lincoln National Life Insurance Company

REFc#20959413

Lincoln Financial Group

## Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

00000024 LFPT4TT1 00000297

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth: ___ Social Security Number: ___

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Robert J Loper **DATE** 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ___

**ADDR** ___

___ (Zip Code)

**PHON** ___

Irix®

Milliman IntelliScript®

| APPLICANT NAME | SSN | DOB | GENDER | AGE | ZIP CODE |
|---|---|---|---|---|---|
| ROBERT LOPER | | | M | 61 | 54636 |

| | | | |
|---|---|---|---|
| CASE NUMBER | 1230085410 | OWNER | Andrew Lieswald |
| CREATED | 11/15/2023 | ORDERED BY | Andrew Lieswald |
| | | DRUG MAPPING | LFGGrpLTDClm |

# RX SUMMARY




ELIGIBILITY



## ADVAIR HFA (Fluticasone-Salmeterol)

LOW

1 Fill

INDICATIONS
Asthma
Emphysema
Pulmonary Emphysema
Chronic Bronchitis
Chronic Obstructive Pulmonary Disease

PHYSICIANS
1 Kazi Rayhan




## ALBUTEROL SULFATE HFA (Albuterol Sulfate)

LOW

1 Fill

INDICATIONS
Reversible Bronchospasm
Exercise-Induced Bronchospasm
Reversible Obstructive Airway Disease
Acute Bronchospasm
Acute Bronchospastic Disease
Bronchospasm
Exercise-Induced Bronchospastic Disease
Bronchospastic Disease

PHYSICIANS
1 Mark Brumm



# RX SUMMARY

## AMOXICILLIN (Amoxicillin)

LOW | 2 Fills

INDICATIONS
Bacterial Infection
Upper Respiratory Tract Infection
ENT Infection
Genitourinary Infection
Duodenal Ulcer
Respiratory Tract Infection

PHYSICIANS
1 Gabriel Berendes
1 Priscilla Shih




## AMOXICILLIN/CLAVULANATE POTASSIUM (Amoxicillin & Pot Clavulanate)

LOW | 1 Fill

INDICATIONS
Acute Infectious Sinusitis
Acute Otitis Media
Acute Sinusitis
Bacterial Infection
Skin and Skin Structure Infection
Urinary Tract Infection
Lower Respiratory Tract Infection
Community Acquired Pneumonia

PHYSICIANS
1 Mark Ringstrom




## ASPIRIN LOW DOSE (Aspirin)

LOW | 1 Fill

INDICATIONS
Acute Myocardial Infarction
Myocardial Infarction
Non-Hemorrhagic Stroke
Transient Ischemic Attacks
Cerebrovascular Accident
Chronic Angina Pectoris
Ischemic Stroke
Stable Angina Pectoris
Mild to Moderate Pain
Coronary Artery Bypass Graft
Unstable Angina Pectoris

PHYSICIANS
1 Michael Lindeke



# RX SUMMARY

## ATORVASTATIN CALCIUM (Atorvastatin Calcium)

LOW — **5 Fills**

| INDICATIONS | PHYSICIANS |
|---|---|
| Acute Myocardial Infarction | 5 Mark Brumm |
| Hypercholesterolemia | |
| Hyperlipidemia | |
| Cerebrovascular Accident | |
| Ischemic Heart Disease | |
| Myocardial Infarction | |
| Myocardial Revascularization Procedure | |




## AZITHROMYCIN (Azithromycin)

LOW — **1 Fill**

| INDICATIONS | PHYSICIANS |
|---|---|
| Bacterial Infection | 1 Gabriel Berendes |
| Community Acquired Pneumonia | |
| Disseminated Mycobacterium Avium Complex | |
| Disseminated Mycobacterium Avium Complex Infection | |
| Pelvic Inflammatory Disease | |
| Uncomplicated Skin and Skin Structure Infection | |
| Acute Bacterial Sinusitis | |
| Genitourinary Infection | |
| Genitourinary Infection due to Chlamydia Trachomatis | |
| Upper Respiratory Tract Infection | |
| Bacterial Exacerbation of COPD | |
| Bacterial Pneumonia | |



Irix®

Milliman IntelliScript®

# RX SUMMARY

## CLOBETASOL PROPIONATE (Clobetasol Propionate)

LOW | 5 Fills

INDICATIONS
Pruritus
Corticosteroid-Responsive Dermatosis W/Inflamm & Pruritus
Dermatitis
Inflammation
Plaque Psoriasis
Psoriasis of Scalp
Corticosteroid-Responsive Dermatosis
Moderate to Severe Plaque Psoriasis

PHYSICIANS
4 Jonathan Rigden
1 Mark Brumm




## CLOPIDOGREL (Clopidogrel Bisulfate)

LOW | 6 Fills

INDICATIONS
Cerebrovascular Accident
Non-ST-Segment Elevation Myocardial Infarction
Thrombotic Stroke
Unstable Angina Pectoris
Acute Myocardial Infarction
Myocardial Infarction
Myocardial Revascularization Procedure
Myocardial Infarction
Peripheral Arterial Disease
ST-Segment Elevation Myocardial Infarction
Acute Coronary Syndrome
Ischemic Heart Disease
Subacute Stent Thrombosis Prevention
Vascular Disease

PHYSICIANS
2 Kazi Rayhan
2 Mark Brumm
1 Michael Lindeke
1 Caitlin Carpenter




## CLOTRIMAZOLE/BETAMETHASONE DIPROPIONATE (Clotrimazole w/ Betamethasone)

LOW | 1 Fill

INDICATIONS
Fungal Skin Infection

PHYSICIANS
1 Devin Simonson



# RX SUMMARY

**DEXAMETHASONE (Dexamethasone)** LOW **2 Fills**

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Dermatological Disease | 2 Gil Harmon |
| Intraocular Inflammation | |
| Disorder of Integument | |
| Arthritis | |
| Dermatitis | |
| Asthma | |
| Hypersensitivity Condition | |
| Adrenocortical Insufficiency | |
| Multiple Myeloma | |
| Obstructive Pulmonary Disease | |
| Hypersensitivity | |
| Inflammation | |




**DICLOFENAC SODIUM (Diclofenac Sodium (Topical))** LOW **3 Fills**

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Osteoarthritis | 1 Daniel Small |
| Osteoarthritis of the Knee | 2 Mark Brumm |




**DICLOFENAC SODIUM DR (Diclofenac Sodium)** LOW **7 Fills**

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Pain | 5 Robert Uchiyama |
| Mild to Moderate Pain | 2 Mark Brumm |
| Rheumatoid Arthritis | |
| Osteoarthritis | |
| Dysmenorrhea | |
| Ankylosing Spondylitis | |



# RX SUMMARY

## FARXIGA (Dapagliflozin Propanediol)

LOW | **4 Fills**

INDICATIONS
Cardiac Failure
Heart Failure
Left Ventricular Systolic Dysfunction
Type 2 Diabetes Mellitus
Chronic Renal Disease
Left Systolic Heart Failure

PHYSICIANS
4 Kazi Rayhan




## FENOFIBRATE (Fenofibrate)

LOW | **16 Fills**

INDICATIONS
Hyperlipidemia
Hypertriglyceridemia
Mixed Dyslipidemia
Hypercholesterolemia

PHYSICIANS
4 Kazi Rayhan
9 Jonathan Rigden
2 Mark Brumm
1 Michael Lindeke




## FLUCONAZOLE (Fluconazole)

LOW | **1 Fill**

INDICATIONS
Fungal Infection
Candidiasis
Oropharyngeal Candidiasis
Cryptococcal Meningitis
Vulvovaginal Candidiasis
Esophageal Candidiasis

PHYSICIANS
1 Mark Brumm




## FLUTICASONE PROPIONATE (Fluticasone Propionate (Nasal))

LOW | **4 Fills**

INDICATIONS
Allergic Rhinitis
Nasal Signs and Symptoms
Rhinosinusitis
Nasal Congestion
Nonallergic Rhinitis
Sneezing
Pruritus of Nose
Nasal Polyposis

PHYSICIANS
4 Jonathan Rigden



# RX SUMMARY

### GAVILYTE-G (PEG 3350-KCl-Sod Bicarb-Sod Chloride-Sod Sulfate)

LOW — 1 Fill

INDICATIONS
Pre-Radiography Bowel Evacuation
Bowel Evacuation
Colonoscopy
Pre-Radiography Bowel Preparation
Preoperative Bowel Evacuation

PHYSICIANS
1 Genci Babameto




### GLIMEPIRIDE (Glimepiride)

LOW — 1 Fill

INDICATIONS
Type 2 Diabetes Mellitus
Hyperglycemia

PHYSICIANS
1 Jonathan Rigden




### GRANIX (Tbo-Filgrastim)

LOW — 7 Fills

INDICATIONS
Neutropenia

PHYSICIANS
4 Gil Harmon
3 No doctor found




### HYDROCODONE/ACETAMINOPHEN (Hydrocodone-Acetaminophen)

LOW — 1 Fill

INDICATIONS
Moderate to Moderately Severe Pain
Pain

PHYSICIANS
1 Charles Polzin




### LEFLUNOMIDE (Leflunomide)

LOW — 1 Fill

INDICATIONS
Rheumatoid Arthritis

PHYSICIANS
1 Robert Uchiyama




### LISINOPRIL (Lisinopril)

LOW — 34 Fills

INDICATIONS
Acute Myocardial Infarction
Myocardial Infarction
Hypertension
Congestive Heart Failure
Cardiac Failure
Heart Failure

PHYSICIANS
4 Kazi Rayhan
19 Jonathan Rigden
2 James Mannion
9 Mark Brumm






Lincoln/Loper 2156

# RX SUMMARY

### LORAZEPAM (Lorazepam)

LOW | 1 Fill

INDICATIONS
Insomnia secondary to Anxiety
Status Epilepticus
Anxiety
Acute Alcohol Withdrawal Syndrome
Acute Alcohol Withdrawal Syndrome (Inactive)
Pre-Anesthesia Sedation
Anesthesia
Anterograde Amnesia
Essential Tremor
Anxiety associated with Depression

PHYSICIANS
1 Kurt Oettel




### METFORMIN HYDROCHLORIDE (Metformin HCl)

LOW | 16 Fills

INDICATIONS
Type 2 Diabetes Mellitus

PHYSICIANS
7 Mark Brumm
9 Jonathan Rigden




### METFORMIN HYDROCHLORIDE ER (Metformin HCl)

LOW | 5 Fills

INDICATIONS
Type 2 Diabetes Mellitus

PHYSICIANS
4 Kazi Rayhan
1 Mark Brumm




### METOPROLOL SUCCINATE ER (Metoprolol Succinate)

LOW | 7 Fills

INDICATIONS
Myocardial Reinfarction
Stable Angina Pectoris
Angina Pectoris
Heart Failure
Hypertension
Cardiac Failure
Chronic Angina Pectoris

PHYSICIANS
4 Kazi Rayhan
1 Mark Brumm
1 Michael Lindeke
1 Caitlin Carpenter






**Lincoln/Loper 2157**

# RX SUMMARY

## NITROGLYCERIN (Nitroglycerin)

LOW | 1 Fill

INDICATIONS
Acute Myocardial Infarction
Angina Pectoris
Congestive Heart Failure resulting From Acute MI
Acute Angina Pectoris
Heart Failure
Myocardial Infarction
Hypertensive Crisis
Cardiac Failure
Perioperative Hypertension
Induction of Intraoperative Hypotension

PHYSICIANS
1 Caitlin Carpenter




## ONDANSETRON HYDROCHLORIDE (Ondansetron HCl)

LOW | 2 Fills

INDICATIONS
Nausea and Vomiting
Radiation-Induced Nausea and Vomiting
Cancer Chemotherapy-Induced Nausea and Vomiting
Postoperative Nausea and Vomiting

PHYSICIANS
2 Gil Harmon




## ONETOUCH DELICA LANCETS FINE 30G (Lancets)

LOW | 1 Fill

INDICATIONS

PHYSICIANS
1 Jonathan Rigden




## ONETOUCH VERIO TEST STRIPS (Glucose Blood)

LOW | 3 Fills

INDICATIONS

PHYSICIANS
3 Jonathan Rigden



# RX SUMMARY

## PANTOPRAZOLE SODIUM (Pantoprazole Sodium)

LOW — 7 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Duodenal Ulcer | 4 Kazi Rayhan |
| Erosive Esophagitis | 2 Mark Brumm |
| Erosive Esophagitis with Gastroesophageal Reflux | 1 Michael Lindeke |
| Gastric Hypersecretory Conditions | |
| Hypersecretory Conditions | |
| Zollinger-Ellison Syndrome | |
| Gastric Ulcer | |
| Gastroesophageal Reflux Disease | |
| Duodenal Disease | |
| Heartburn | |




## PAXLOVID (Nirmatrelvir-Ritonavir)

LOW — 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Infection caused by 2019 Novel Coronavirus | 1 Edward Malone |




## POLYETHYLENE GLYCOL 3350 (Polyethylene Glycol 3350)

LOW — 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Constipation | 1 Genci Babameto |




## POLYMYXIN B SULFATE/TRIMETHOPRIM SULFATE (Polymyxin B-Trimethoprim)

LOW — 3 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Eye Infection | 3 Gabriel Berendes |




## PREDNISONE (Prednisone)

LOW — 11 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Arthritis | 1 Gil Harmon |
| Dermatitis | 1 Mark Ringstrom |
| Asthma | 2 Kristen Dall-Winther |
| Autoimmune Disease | 4 Mark Brumm |
| Adrenocortical Insufficiency | 1 Jonathan Rigden |
| Intraocular Inflammation | 1 Michael Lindeke |
| | 1 No doctor found |



# RX SUMMARY

## PROCHLORPERAZINE MALEATE (Prochlorperazine Maleate)

LOW — 3 Fills

INDICATIONS
Severe Nausea and Vomiting
Nausea and Vomiting

PHYSICIANS
3 Gil Harmon




## ROSUVASTATIN CALCIUM (Rosuvastatin Calcium)

LOW — 9 Fills

INDICATIONS
Hyperlipidemia
Myocardial Infarction
Atherosclerotic Disease
Cardiovascular Disease
Hypercholesterolemia
Cardiovascular Disorder
Type III Hyperlipidemia
Familial Homozygous Hypercholesterolemia
Hypertriglyceridemia

PHYSICIANS
4 Kazi Rayhan
5 Mark Brumm




## SULFASALAZINE (Sulfasalazine)

LOW — 7 Fills

INDICATIONS
Crohn's Disease
Rheumatoid Arthritis
Ulcerative Colitis
Polyarticular Juvenile Idiopathic Arthritis
Severe Ulcerative Colitis
Polyarticular Juvenile Rheumatoid Arthritis

PHYSICIANS
2 Robert Uchiyama
4 Kimberly Herman
1 Daniel Small




## SYMBICORT (Budesonide-Formoterol Fumarate Dihydrate)

LOW — 6 Fills

INDICATIONS
Chronic Bronchitis
Emphysema
Asthma
Chronic Obstructive Pulmonary Disease
Pulmonary Emphysema

PHYSICIANS
4 Jonathan Rigden
2 Mark Brumm



# RX SUMMARY

### TRAMADOL HCL (Tramadol HCl)

LOW | 1 Fill

INDICATIONS
Moderate to Moderately Severe Pain
Pain

PHYSICIANS
1 Mark Brumm




### TRAZODONE HYDROCHLORIDE (Trazodone HCl)

LOW | 1 Fill

INDICATIONS
Major Depressive Disorder
Depression
Major Depressive Disorder with Anxiety

PHYSICIANS
1 Lisa Gundersen




### VENTOLIN HFA (Albuterol Sulfate)

LOW | 1 Fill

INDICATIONS
Reversible Bronchospasm
Exercise-Induced Bronchospasm
Reversible Obstructive Airway Disease
Acute Bronchospasm
Acute Bronchospastic Disease
Bronchospasm
Exercise-Induced Bronchospastic Disease
Bronchospastic Disease

PHYSICIANS
1 Jonathan Rigden




# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ADVAIR HFA | Fluticasone-Salmeterol Inhal Aerosol 45-21 MCG / ACT | Rayhan | GUNDERSEN PHARMACY | 11/17/2022 | 36 | 90 |
| L | ALBUTEROL SULFATE HFA | Albuterol Sulfate Inhal Aero 108 MCG / ACT (90MCG Base Equiv) | Brumm | WALGREENS #12455 | 4/20/2020 | 8 | 16 |
| L | AMOXICILLIN | Amoxicillin (Trihydrate) Tab 500 MG | Berendes | WALGREENS #12455 | 1/8/2018 | 42 | 7 |
| L | AMOXICILLIN | Amoxicillin (Trihydrate) Tab 500 MG | Shih | WALGREENS #12456 | 3/22/2018 | 30 | 10 |



**Lincoln/Loper 2161**

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | AMOXICILLIN / CLAVULANATE POTASSIUM | Amoxicillin & K Clavulanate Tab 875-125 MG | Ringstrom | GUNDERSEN PHARMACY | 10/26/2022 | 14 | 7 |
| L | ASPIRIN LOW DOSE | Aspirin Tab Delayed Release 81 MG | Lindeke | CVS PHARMACY | 3/16/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Brumm | WALGREENS #12455 | 8/10/2020 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Brumm | WALGREENS #12455 | 11/10/2020 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Brumm | WALGREENS #12455 | 2/3/2021 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 40 MG (Base Equivalent) | Brumm | WALGREENS #12455 | 2/26/2021 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 40 MG (Base Equivalent) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 7/7/2021 | 90 | 90 |
| L | AZITHROMYCIN | Azithromycin Tab 250 MG | Berendes | WALGREENS #12455 | 1/8/2018 | 6 | 5 |
| L | CLOBETASOL PROPIONATE | Clobetasol Propionate Cream 0.05% | Rigden | WALGREENS #12455 | 6/8/2018 | 30 | 15 |
| L | CLOBETASOL PROPIONATE | Clobetasol Propionate Cream 0.05% | Rigden | WALGREENS #12455 | 6/25/2018 | 30 | 15 |
| L | CLOBETASOL PROPIONATE | Clobetasol Propionate Cream 0.05% | Rigden | WALGREENS #12455 | 12/11/2018 | 30 | 15 |
| L | CLOBETASOL PROPIONATE | Clobetasol Propionate Cream 0.05% | Rigden | WALGREENS #12455 | 10/8/2019 | 30 | 15 |
| L | CLOBETASOL PROPIONATE | Clobetasol Propionate Cream 0.05% | Brumm | WALGREENS #12455 | 8/10/2020 | 30 | 15 |
| L | CLOPIDOGREL | Clopidogrel Bisulfate Tab 75 MG (Base Equiv) | Lindeke | CVS PHARMACY | 3/16/2022 | 30 | 30 |
| L | CLOPIDOGREL | Clopidogrel Bisulfate Tab 75 MG (Base Equiv) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 4/8/2022 | 90 | 90 |
| L | CLOPIDOGREL | Clopidogrel Bisulfate Tab 75 MG (Base Equiv) | Carpenter | CAREMARK PRESCRIPTION SVC-CHI | 6/19/2022 | 90 | 90 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | CLOPIDOGREL | Clopidogrel Bisulfate Tab 75 MG (Base Equiv) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 8/30/2022 | 90 | 90 |
| L | CLOPIDOGREL | Clopidogrel Bisulfate Tab 75 MG (Base Equiv) | Rayhan | GUNDERSEN PHARMACY | 11/16/2022 | 90 | 90 |
| L | CLOPIDOGREL | Clopidogrel Bisulfate Tab 75 MG (Base Equiv) | Rayhan | GUNDERSEN PHARMACY | 2/14/2023 | 90 | 90 |
| L | CLOTRIMAZOLE / BETAMETHASONE DIPROPIONATE | Clotrimazole w / Betamethasone Cream 1-0.05% | Simonson | GUNDERSEN PHARMACY | 6/30/2023 | 45 | 15 |
| L | DEXAMETHASONE | Dexamethasone Tab 4 MG | Harmon | GUNDERSEN PHARMACY | 12/12/2022 | 24 | 4 |
| L | DEXAMETHASONE | Dexamethasone Tab 4 MG | Harmon | GUNDERSEN PHARMACY | 1/19/2023 | 24 | 12 |
| L | DICLOFENAC SODIUM | Diclofenac Sodium Gel 1% (1.16% Diethylamine Equiv) | Small | CVS PHARMACY | 5/11/2021 | 100 | 12 |
| L | DICLOFENAC SODIUM | Diclofenac Sodium Gel 1% (1.16% Diethylamine Equiv) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 7/7/2021 | 300 | 50 |
| L | DICLOFENAC SODIUM | Diclofenac Sodium Gel 1% (1.16% Diethylamine Equiv) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 11/30/2021 | 300 | 50 |
| L | DICLOFENAC SODIUM DR | Diclofenac Sodium Tab Delayed Release 75 MG | Uchiyama | WALGREENS #12455 | 10/9/2020 | 60 | 30 |
| L | DICLOFENAC SODIUM DR | Diclofenac Sodium Tab Delayed Release 75 MG | Uchiyama | WALGREENS #12455 | 11/10/2020 | 60 | 30 |
| L | DICLOFENAC SODIUM DR | Diclofenac Sodium Tab Delayed Release 75 MG | Uchiyama | WALGREENS #12455 | 12/5/2020 | 60 | 30 |
| L | DICLOFENAC SODIUM DR | Diclofenac Sodium Tab Delayed Release 75 MG | Uchiyama | WALGREENS #12455 | 3/31/2021 | 60 | 30 |
| L | DICLOFENAC SODIUM DR | Diclofenac Sodium Tab Delayed Release 75 MG | Uchiyama | CVS PHARMACY | 5/19/2021 | 60 | 30 |
| L | DICLOFENAC SODIUM DR | Diclofenac Sodium Tab Delayed Release 75 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 8/26/2021 | 90 | 90 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | DICLOFENAC SODIUM DR | Diclofenac Sodium Tab Delayed Release 75 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 11/30/2021 | 90 | 90 |
| L | FARXIGA | Dapagliflozin Propanediol Tab 5 MG (Base Equivalent) | Rayhan | GUNDERSEN PHARMACY | 5/2/2023 | 30 | 30 |
| L | FARXIGA | Dapagliflozin Propanediol Tab 10 MG (Base Equivalent) | Rayhan | GUNDERSEN PHARMACY | 6/3/2023 | 90 | 90 |
| L | FARXIGA | Dapagliflozin Propanediol Tab 10 MG (Base Equivalent) | Rayhan | GUNDERSEN PHARMACY | 6/5/2023 | 90 | 90 |
| L | FARXIGA | Dapagliflozin Propanediol Tab 10 MG (Base Equivalent) | Rayhan | DEGEN BERGLUND | 8/30/2023 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | MCHS CLINIC PHARMACY | 2/9/2017 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | MCHS CLINIC PHARMACY | 5/15/2017 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | MCHS CLINIC PHARMACY | 8/21/2017 | 30 | 30 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | WALGREENS #12455 | 9/29/2017 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | WALGREENS #12455 | 12/15/2017 | 60 | 60 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | WALGREENS #12455 | 2/13/2018 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | WALGREENS #12455 | 5/25/2018 | 60 | 60 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | WALGREENS #12455 | 7/23/2018 | 30 | 30 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rigden | WALGREENS #12455 | 8/23/2018 | 30 | 30 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Lindeke | CVS PHARMACY | 3/16/2022 | 30 | 30 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 4/8/2022 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 6/20/2022 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rayhan | GUNDERSEN PHARMACY | 11/16/2022 | 90 | 90 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rayhan | GUNDERSEN PHARMACY | 2/14/2023 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rayhan | GUNDERSEN PHARMACY | 5/11/2023 | 90 | 90 |
| L | FENOFIBRATE | Fenofibrate Tab 145 MG | Rayhan | GUNDERSEN PHARMACY | 8/11/2023 | 90 | 90 |
| L | FLUCONAZOLE | Fluconazole Tab 150 MG | Brumm | MCHS CLINIC PHARMACY | 8/2/2017 | 1 | 1 |
| L | FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 2/3/2017 | 16 | 30 |
| L | FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 4/26/2017 | 16 | 30 |
| L | FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 6/1/2017 | 16 | 30 |
| L | FLUTICASONE PROPIONATE | Fluticasone Propionate Nasal Susp 50 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 6/26/2017 | 16 | 30 |
| L | GAVILYTE-G | PEG 3350-KCl-Na Bicarb-NaCl-Na Sulfate For Soln 236 GM | Babameto | WALGREENS #12455 | 11/18/2018 | 4000 | 1 |
| L | GLIMEPIRIDE | Glimepiride Tab 4 MG | Rigden | WALGREENS #12455 | 6/8/2018 | 30 | 30 |
| L | GRANIX | Tbo-Filgrastim Soln Prefilled Syringe 480 MCG / 0.8ML | Harmon | GUNDERSEN PHARMACY | 12/14/2022 | 10 | 10 |
| L | GRANIX | Tbo-Filgrastim Soln Prefilled Syringe 480 MCG / 0.8ML | UNKNOWN | GUNDERSEN PHARMACY | 1/3/2023 | 10 | 10 |
| L | GRANIX | Tbo-Filgrastim Soln Prefilled Syringe 480 MCG / 0.8ML | UNKNOWN | GUNDERSEN PHARMACY | 1/20/2023 | 10 | 10 |
| L | GRANIX | Tbo-Filgrastim Soln Prefilled Syringe 480 MCG / 0.8ML | UNKNOWN | GUNDERSEN PHARMACY | 2/3/2023 | 2 | 2 |
| L | GRANIX | Tbo-Filgrastim Soln Prefilled Syringe 480 MCG / 0.8ML | Harmon | GUNDERSEN PHARMACY | 2/23/2023 | 12 | 12 |
| L | GRANIX | Tbo-Filgrastim Soln Prefilled Syringe 480 MCG / 0.8ML | Harmon | GUNDERSEN PHARMACY | 3/17/2023 | 12 | 12 |

Irix®

Milliman IntelliScript®

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | GRANIX | Tbo-Filgrastim Soln Prefilled Syringe 480 MCG / 0.8ML | Harmon | GUNDERSEN PHARMACY | 4/7/2023 | 7 | 7 |
| L | HYDROCODONE / ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 5-325 MG | Polzin | WALGREENS #12455 | 3/26/2018 | 12 | 2 |
| L | LEFLUNOMIDE | Leflunomide Tab 20 MG | Uchiyama | WALGREENS #12455 | 9/14/2020 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | MCHS CLINIC PHARMACY | 2/9/2017 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | MCHS CLINIC PHARMACY | 5/15/2017 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | MCHS CLINIC PHARMACY | 8/21/2017 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 9/29/2017 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 12/15/2017 | 60 | 60 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 2/13/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 3/30/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 4/30/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 5/25/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 6/25/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 7/23/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 8/23/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 9/27/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 10/25/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 12/11/2018 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 1/14/2019 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 4/9/2019 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 7/13/2019 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rigden | WALGREENS #12455 | 10/8/2019 | 30 | 30 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Mannion | WALGREENS #12455 | 11/12/2019 | 90 | 90 |

Irix®

Milliman
IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | LISINOPRIL | Lisinopril Tab 10 MG | Mannion | WALGREENS #12455 | 2/6/2020 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | WALGREENS #12455 | 4/1/2020 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | WALGREENS #12455 | 6/25/2020 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | WALGREENS #12455 | 9/28/2020 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | WALGREENS #12455 | 12/22/2020 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | WALGREENS #12455 | 3/19/2021 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | CVS PHARMACY | 7/7/2021 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | CVS PHARMACY | 11/30/2021 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | CVS PHARMACY | 3/2/2022 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Brumm | CVS PHARMACY | 6/3/2022 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rayhan | GUNDERSEN PHARMACY | 11/16/2022 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rayhan | GUNDERSEN PHARMACY | 2/14/2023 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rayhan | GUNDERSEN PHARMACY | 5/11/2023 | 90 | 90 |
| L | LISINOPRIL | Lisinopril Tab 10 MG | Rayhan | GUNDERSEN PHARMACY | 8/11/2023 | 90 | 90 |
| L | LORAZEPAM | Lorazepam Tab 0.5 MG | Oettel | GUNDERSEN PHARMACY | 1/24/2023 | 20 | 20 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 500 MG | Rigden | WALGREENS #12455 | 6/8/2018 | 60 | 30 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Rigden | WALGREENS #12455 | 6/25/2018 | 180 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 500 MG | Rigden | WALGREENS #12455 | 9/24/2018 | 180 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Rigden | WALGREENS #12455 | 10/9/2018 | 180 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Rigden | WALGREENS #12455 | 1/13/2019 | 180 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 500 MG | Rigden | WALGREENS #12455 | 1/14/2019 | 180 | 90 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Rigden | WALGREENS #12455 | 3/25/2019 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Rigden | WALGREENS #12455 | 11/12/2019 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Rigden | WALGREENS #12455 | 2/6/2020 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Brumm | WALGREENS #12455 | 4/1/2020 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Brumm | WALGREENS #12455 | 6/25/2020 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Brumm | WALGREENS #12455 | 9/28/2020 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Brumm | WALGREENS #12455 | 12/23/2020 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Brumm | WALGREENS #12455 | 3/19/2021 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Brumm | CVS PHARMACY | 7/7/2021 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE | Metformin HCl Tab 1000 MG | Brumm | CVS PHARMACY | 11/30/2021 | 90 | 90 |
| L | METFORMIN HYDROCHLORIDE ER | Metformin HCl Tab ER 24HR 500 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 2/10/2022 | 180 | 90 |
| L | METFORMIN HYDROCHLORIDE ER | Metformin HCl Tab ER 24HR 500 MG | Rayhan | GUNDERSEN PHARMACY | 12/8/2022 | 180 | 90 |
| L | METFORMIN HYDROCHLORIDE ER | Metformin HCl Tab ER 24HR 500 MG | Rayhan | GUNDERSEN PHARMACY | 4/8/2023 | 180 | 90 |
| L | METFORMIN HYDROCHLORIDE ER | Metformin HCl Tab ER 24HR 500 MG | Rayhan | GUNDERSEN PHARMACY | 7/26/2023 | 90 | 45 |
| L | METFORMIN HYDROCHLORIDE ER | Metformin HCl Tab ER 24HR 500 MG | Rayhan | DEGEN BERGLUND | 9/6/2023 | 180 | 90 |
| L | METOPROLOL SUCCINATE ER | Metoprolol Succinate Tab ER 24HR 25 MG (Tartrate Equiv) | Lindeke | CVS PHARMACY | 3/16/2022 | 30 | 30 |
| L | METOPROLOL SUCCINATE ER | Metoprolol Succinate Tab ER 24HR 25 MG (Tartrate Equiv) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 4/8/2022 | 90 | 90 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | METOPROLOL SUCCINATE ER | Metoprolol Succinate Tab ER 24HR 25 MG (Tartrate Equiv) | Carpenter | CAREMARK PRESCRIPTION SVC-CHI | 6/19/2022 | 90 | 90 |
| L | METOPROLOL SUCCINATE ER | Metoprolol Succinate Tab ER 24HR 25 MG (Tartrate Equiv) | Rayhan | GUNDERSEN PHARMACY | 11/16/2022 | 90 | 90 |
| L | METOPROLOL SUCCINATE ER | Metoprolol Succinate Tab ER 24HR 25 MG (Tartrate Equiv) | Rayhan | GUNDERSEN PHARMACY | 2/14/2023 | 90 | 90 |
| L | METOPROLOL SUCCINATE ER | Metoprolol Succinate Tab ER 24HR 25 MG (Tartrate Equiv) | Rayhan | GUNDERSEN PHARMACY | 5/11/2023 | 90 | 90 |
| L | METOPROLOL SUCCINATE ER | Metoprolol Succinate Tab ER 24HR 25 MG (Tartrate Equiv) | Rayhan | GUNDERSEN PHARMACY | 8/11/2023 | 90 | 90 |
| L | NITROGLYCERIN | Nitroglycerin SL Tab 0.4 MG | Carpenter | CAREMARK PRESCRIPTION SVC-CHI | 6/3/2022 | 25 | 30 |
| L | ONDANSETRON HYDROCHLORIDE | Ondansetron HCl Tab 8 MG | Harmon | GUNDERSEN PHARMACY | 12/12/2022 | 30 | 10 |
| L | ONDANSETRON HYDROCHLORIDE | Ondansetron HCl Tab 8 MG | Harmon | GUNDERSEN PHARMACY | 1/19/2023 | 30 | 10 |
| L | ONETOUCH DELICA LANCETS FINE 30G | *Lancets*** | Rigden | WALGREENS #12455 | 6/12/2018 | 100 | 50 |
| L | ONETOUCH VERIO TEST STRIPS | Glucose Blood Test Strip | Rigden | WALGREENS #12455 | 6/12/2018 | 100 | 50 |
| L | ONETOUCH VERIO TEST STRIPS | Glucose Blood Test Strip | Rigden | WALGREENS #12455 | 7/20/2018 | 100 | 50 |
| L | ONETOUCH VERIO TEST STRIPS | Glucose Blood Test Strip | Rigden | WALGREENS #12455 | 12/11/2018 | 100 | 50 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Lindeke | CVS PHARMACY | 3/16/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 4/8/2022 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 6/30/2022 | 90 | 90 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Rayhan | GUNDERSEN PHARMACY | 11/16/2022 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Rayhan | GUNDERSEN PHARMACY | 2/14/2023 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Rayhan | GUNDERSEN PHARMACY | 5/11/2023 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Rayhan | GUNDERSEN PHARMACY | 8/11/2023 | 90 | 90 |
| L | PAXLOVID | Nirmatrelvir Tab 20 x 150 MG & Ritonavir Tab 10 x 100 MG Pak | Malone | MCHS HOLMEN CLINIC PHARMACY | 5/20/2022 | 30 | 5 |
| L | POLYETHYLENE GLYCOL 3350 | Polyethylene Glycol 3350 Oral Powder 17 GM / SCOOP | Babameto | WALGREENS #12455 | 9/24/2018 | 255 | 15 |
| L | POLYMYXIN B SULFATE / TRIMETHOPRIM SULFATE | Polymyxin B-Trimethoprim Ophth Soln 10000 Unit / ML-0.1% | Berendes | WALGREENS #12455 | 12/12/2017 | 10 | 22 |
| L | POLYMYXIN B SULFATE / TRIMETHOPRIM SULFATE | Polymyxin B-Trimethoprim Ophth Soln 10000 Unit / ML-0.1% | Berendes | WALGREENS #12455 | 10/24/2018 | 10 | 22 |
| L | POLYMYXIN B SULFATE / TRIMETHOPRIM SULFATE | Polymyxin B-Trimethoprim Ophth Soln 10000 Unit / ML-0.1% | Berendes | WALGREENS #12455 | 1/13/2019 | 10 | 22 |
| L | PREDNISONE | Prednisone Tab 10 MG | Rigden | MCHS CLINIC PHARMACY | 1/9/2017 | 36 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Dall-Winther | MCHS CLINIC PHARMACY | 6/5/2017 | 18 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Dall-Winther | MCHS CLINIC PHARMACY | 6/26/2017 | 18 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Brumm | WALGREENS #12455 | 1/3/2018 | 18 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Brumm | WALGREENS #12455 | 1/15/2018 | 18 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Brumm | WALGREENS #12455 | 4/1/2020 | 18 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Brumm | WALGREENS #12455 | 4/6/2020 | 18 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Lindeke | CVS PHARMACY | 3/16/2022 | 18 | 10 |
| L | PREDNISONE | Prednisone Tab 20 MG | Ringstrom | GUNDERSEN PHARMACY | 11/17/2022 | 18 | 9 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PREDNISONE | Prednisone Tab 20 MG | UNKNOWN | GUNDERSEN PHARMACY | 5/31/2023 | 11 | 9 |
| L | PREDNISONE | Prednisone Tab 20 MG | Harmon | GUNDERSEN PHARMACY | 7/13/2023 | 11 | 9 |
| L | PROCHLORPERAZINE MALEATE | Prochlorperazine Maleate Tab 10 MG (Base Equivalent) | Harmon | GUNDERSEN PHARMACY | 12/12/2022 | 30 | 8 |
| L | PROCHLORPERAZINE MALEATE | Prochlorperazine Maleate Tab 10 MG (Base Equivalent) | Harmon | GUNDERSEN PHARMACY | 1/19/2023 | 30 | 8 |
| L | PROCHLORPERAZINE MALEATE | Prochlorperazine Maleate Tab 10 MG (Base Equivalent) | Harmon | GUNDERSEN PHARMACY | 4/8/2023 | 30 | 8 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 8/26/2021 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 11/15/2021 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 1/26/2022 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 4/8/2022 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Brumm | CAREMARK PRESCRIPTION SVC-CHI | 8/14/2022 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Rayhan | GUNDERSEN PHARMACY | 11/16/2022 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Rayhan | GUNDERSEN PHARMACY | 2/14/2023 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Rayhan | GUNDERSEN PHARMACY | 5/11/2023 | 90 | 90 |
| L | ROSUVASTATIN CALCIUM | Rosuvastatin Calcium Tab 40 MG | Rayhan | GUNDERSEN PHARMACY | 8/11/2023 | 90 | 90 |
| L | SULFASALAZINE | Sulfasalazine Tab Delayed Release 500 MG | Uchiyama | WALGREENS #12455 | 11/9/2020 | 120 | 30 |

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | SULFASALAZINE | Sulfasalazine Tab Delayed Release 500 MG | Uchiyama | WALGREENS #12455 | 12/7/2020 | 120 | 30 |
| L | SULFASALAZINE | Sulfasalazine Tab 500 MG | Herman | WALGREENS #12455 | 2/17/2021 | 120 | 30 |
| L | SULFASALAZINE | Sulfasalazine Tab 500 MG | Herman | WALGREENS #12455 | 3/19/2021 | 120 | 30 |
| L | SULFASALAZINE | Sulfasalazine Tab 500 MG | Herman | CVS PHARMACY | 5/19/2021 | 120 | 30 |
| L | SULFASALAZINE | Sulfasalazine Tab 500 MG | Herman | CVS PHARMACY | 6/11/2021 | 360 | 90 |
| L | SULFASALAZINE | Sulfasalazine Tab 500 MG | Small | CAREMARK PRESCRIPTION SVC-CHI | 8/18/2021 | 360 | 90 |
| L | SYMBICORT | Budesonide-Formoterol Fumarate Dihyd Aerosol 160-4.5 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 1/9/2017 | 10 | 30 |
| L | SYMBICORT | Budesonide-Formoterol Fumarate Dihyd Aerosol 160-4.5 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 4/28/2017 | 10 | 30 |
| L | SYMBICORT | Budesonide-Formoterol Fumarate Dihyd Aerosol 160-4.5 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 6/1/2017 | 10 | 30 |
| L | SYMBICORT | Budesonide-Formoterol Fumarate Dihyd Aerosol 160-4.5 MCG / ACT | Rigden | MCHS CLINIC PHARMACY | 6/26/2017 | 10 | 30 |
| L | SYMBICORT | Budesonide-Formoterol Fumarate Dihyd Aerosol 160-4.5 MCG / ACT | Brumm | WALGREENS #12455 | 1/3/2018 | 30 | 90 |
| L | SYMBICORT | Budesonide-Formoterol Fumarate Dihyd Aerosol 160-4.5 MCG / ACT | Brumm | WALGREENS #12455 | 4/1/2020 | 30 | 90 |
| L | TRAMADOL HCL | Tramadol HCl Tab 50 MG | Brumm | CVS PHARMACY | 3/8/2022 | 14 | 7 |
| L | TRAZODONE HYDROCHLORIDE | Trazodone HCl Tab 50 MG | Gundersen | GUNDERSEN PHARMACY | 12/21/2022 | 180 | 90 |
| L | VENTOLIN HFA | Albuterol Sulfate Inhal Aero 108 MCG / ACT (90MCG Base Equiv) | Rigden | MCHS CLINIC PHARMACY | 1/9/2017 | 18 | 53 |

# DOCTORS

| Doctor | DRUGS | | | FIRST FILL | | LAST FILL |
|---|---|---|---|---|---|---|
| **No doctor found** | GRANIX | L | 3 Fills | 01/03/2023 | — | 02/03/2023 |
| | PREDNISONE | L | 1 Fill | 05/31/2023 | — | 05/31/2023 |
| **Genci Babameto**<br>Gastroenterology<br>700 West Ave S<br>La Crosse, WI 54601<br>608-392-3911 | GAVILYTE-G | L | 1 Fill | 11/18/2018 | — | 11/18/2018 |
| | POLYETHYLENE GLYCOL 3350 | L | 1 Fill | 09/24/2018 | — | 09/24/2018 |
| **Gabriel Berendes**<br>Family Practice<br>800 West Ave S<br>La Crosse, WI 54601<br>608-785-0940 | AMOXICILLIN | L | 1 Fill | 01/08/2018 | — | 01/08/2018 |
| | AZITHROMYCIN | L | 1 Fill | 01/08/2018 | — | 01/08/2018 |
| | POLYMYXIN B SULFATE/TRIMETHOPRIM SULFATE | L | 3 Fills | 12/12/2017 | — | 01/13/2019 |
| **Mark Brumm**<br>Family Practice<br>800 West Ave S<br>La Crosse, WI 54601<br>608-782-9760 | ALBUTEROL SULFATE HFA | L | 1 Fill | 04/20/2020 | — | 04/20/2020 |
| | ATORVASTATIN CALCIUM | L | 5 Fills | 08/10/2020 | — | 07/07/2021 |
| | CLOBETASOL PROPIONATE | L | 1 Fill | 08/10/2020 | — | 08/10/2020 |
| | CLOPIDOGREL | L | 2 Fills | 04/08/2022 | — | 08/30/2022 |
| | DICLOFENAC SODIUM | L | 2 Fills | 07/07/2021 | — | 11/30/2021 |
| | DICLOFENAC SODIUM DR | L | 2 Fills | 08/26/2021 | — | 11/30/2021 |
| | FENOFIBRATE | L | 2 Fills | 04/08/2022 | — | 06/20/2022 |
| | FLUCONAZOLE | L | 1 Fill | 08/02/2017 | — | 08/02/2017 |
| | LISINOPRIL | L | 9 Fills | 04/01/2020 | — | 06/03/2022 |
| | METFORMIN HYDROCHLORIDE | L | 7 Fills | 04/01/2020 | — | 11/30/2021 |
| | METFORMIN HYDROCHLORIDE ER | L | 1 Fill | 02/10/2022 | — | 02/10/2022 |
| | METOPROLOL SUCCINATE ER | L | 1 Fill | 04/08/2022 | — | 04/08/2022 |
| | PANTOPRAZOLE SODIUM | L | 2 Fills | 04/08/2022 | — | 06/30/2022 |
| | PREDNISONE | L | 4 Fills | 01/03/2018 | — | 04/06/2020 |
| | ROSUVASTATIN CALCIUM | L | 5 Fills | 08/26/2021 | — | 08/14/2022 |
| | SYMBICORT | L | 2 Fills | 01/03/2018 | — | 04/01/2020 |
| | TRAMADOL HCL | L | 1 Fill | 03/08/2022 | — | 03/08/2022 |
| **Caitlin Carpenter**<br>Physician Assistant<br>800 West Ave S<br>La Crosse, WI 54601<br>608-785-0940 | CLOPIDOGREL | L | 1 Fill | 06/19/2022 | — | 06/19/2022 |
| | METOPROLOL SUCCINATE ER | L | 1 Fill | 06/19/2022 | — | 06/19/2022 |
| | NITROGLYCERIN | L | 1 Fill | 06/03/2022 | — | 06/03/2022 |
| **Kristen Dall-Winther**<br>Family Practice<br>800 West Ave S<br>La Crosse, WI 54601<br>912-244-9474 | PREDNISONE | L | 2 Fills | 06/05/2017 | — | 06/26/2017 |

# DOCTORS

| Doctor | Drugs | | Fills | First Fill | | Last Fill |
|---|---|---|---|---|---|---|
| **Lisa Gundersen**<br>Physician Assistant<br>724 Denton St<br>La Crosse, WI 54601<br>608-782-7300 | TRAZODONE HYDROCHLORIDE | L | 1 Fill | 12/21/2022 | — | 12/21/2022 |
| **Gil Harmon**<br>Oncology - Hematology<br>724 Denton St<br>La Crosse, WI 54601<br>608-782-7300 | DEXAMETHASONE | L | 2 Fills | 12/12/2022 | — | 01/19/2023 |
| | GRANIX | L | 4 Fills | 12/14/2022 | — | 04/07/2023 |
| | ONDANSETRON HYDROCHLORIDE | L | 2 Fills | 12/12/2022 | — | 01/19/2023 |
| | PREDNISONE | L | 1 Fill | 07/13/2023 | — | 07/13/2023 |
| | PROCHLORPERAZINE MALEATE | L | 3 Fills | 12/12/2022 | — | 04/08/2023 |
| **Kimberly Herman**<br>Nurse - Practitioner<br>800 West Ave S<br>La Crosse, WI 54601<br>608-785-0940 | SULFASALAZINE | L | 4 Fills | 02/17/2021 | — | 06/11/2021 |
| **Michael Lindeke**<br>Hospitalist<br>800 West Ave S<br>La Crosse, WI 54601<br>608-785-0940 | ASPIRIN LOW DOSE | L | 1 Fill | 03/16/2022 | — | 03/16/2022 |
| | CLOPIDOGREL | L | 1 Fill | 03/16/2022 | — | 03/16/2022 |
| | FENOFIBRATE | L | 1 Fill | 03/16/2022 | — | 03/16/2022 |
| | METOPROLOL SUCCINATE ER | L | 1 Fill | 03/16/2022 | — | 03/16/2022 |
| | PANTOPRAZOLE SODIUM | L | 1 Fill | 03/16/2022 | — | 03/16/2022 |
| | PREDNISONE | L | 1 Fill | 03/16/2022 | — | 03/16/2022 |
| **Edward Malone**<br>Family Practice<br>815 10th St S<br>La Crosse, WI 54601<br>608-392-7390 | PAXLOVID | L | 1 Fill | 05/20/2022 | — | 05/20/2022 |
| **James Mannion**<br>Family Practice<br>800 West Ave S<br>La Crosse, WI 54601<br>608-785-0940 | LISINOPRIL | L | 2 Fills | 11/12/2019 | — | 02/06/2020 |
| **Kurt Oettel**<br>Oncology<br>610 W Adams St<br>Black River Falls, WI 54615<br>715-284-4311 | LORAZEPAM | L | 1 Fill | 01/24/2023 | — | 01/24/2023 |
| **Charles Polzin**<br>Dentistry - General<br>615 10th St S<br>La Crosse, WI 54601<br>608-784-7319 | HYDROCODONE/ACETAMINOPHEN | L | 1 Fill | 03/26/2018 | — | 03/26/2018 |

# DOCTORS

| Doctor | DRUGS | | | FIRST FILL | | LAST FILL |
|---|---|---|---|---|---|---|
| **Kazi Rayhan**<br>Internal Medicine<br>1836 South Ave<br>La Crosse, WI 54601<br>608-782-7300 | ADVAIR HFA | L | 1 Fill | 11/17/2022 | — | 11/17/2022 |
| | CLOPIDOGREL | L | 2 Fills | 11/16/2022 | — | 02/14/2023 |
| | FARXIGA | L | 4 Fills | 05/02/2023 | — | 08/30/2023 |
| | FENOFIBRATE | L | 4 Fills | 11/16/2022 | — | 08/11/2023 |
| | LISINOPRIL | L | 4 Fills | 11/16/2022 | — | 08/11/2023 |
| | METFORMIN HYDROCHLORIDE ER | L | 4 Fills | 12/08/2022 | — | 09/06/2023 |
| | METOPROLOL SUCCINATE ER | L | 4 Fills | 11/16/2022 | — | 08/11/2023 |
| | PANTOPRAZOLE SODIUM | L | 4 Fills | 11/16/2022 | — | 08/11/2023 |
| | ROSUVASTATIN CALCIUM | L | 4 Fills | 11/16/2022 | — | 08/11/2023 |
| **Jonathan Rigden**<br>Family Practice<br>800 West Ave S<br>La Crosse, WI 54601<br>608-782-9760 | CLOBETASOL PROPIONATE | L | 4 Fills | 06/08/2018 | — | 10/08/2019 |
| | FENOFIBRATE | L | 9 Fills | 02/09/2017 | — | 08/23/2018 |
| | FLUTICASONE PROPIONATE | L | 4 Fills | 02/03/2017 | — | 06/26/2017 |
| | GLIMEPIRIDE | L | 1 Fill | 06/08/2018 | — | 06/08/2018 |
| | LISINOPRIL | L | 19 Fills | 02/09/2017 | — | 10/08/2019 |
| | METFORMIN HYDROCHLORIDE | L | 9 Fills | 06/08/2018 | — | 02/06/2020 |
| | ONETOUCH DELICA LANCETS FINE 30G | L | 1 Fill | 06/12/2018 | — | 06/12/2018 |
| | ONETOUCH VERIO TEST STRIPS | L | 3 Fills | 06/12/2018 | — | 12/11/2018 |
| | PREDNISONE | L | 1 Fill | 01/09/2017 | — | 01/09/2017 |
| | SYMBICORT | L | 4 Fills | 01/09/2017 | — | 06/26/2017 |
| | VENTOLIN HFA | L | 1 Fill | 01/09/2017 | — | 01/09/2017 |
| **Mark Ringstrom**<br>Otolaryngology<br>1836 South Ave<br>La Crosse, WI 54601<br>608-782-7300 | AMOXICILLIN/CLAVULANATE POTASSIUM | L | 1 Fill | 10/26/2022 | — | 10/26/2022 |
| | PREDNISONE | L | 1 Fill | 11/17/2022 | — | 11/17/2022 |
| **Priscilla Shih**<br>Dentistry - General<br>1403 Waterloo Ave<br>West Salem, WI 54669<br>608-786-0909 | AMOXICILLIN | L | 1 Fill | 03/22/2018 | — | 03/22/2018 |
| **Devin Simonson**<br>Podiatry<br>1836 South Ave<br>La Crosse, WI 54601<br>608-782-7300 | CLOTRIMAZOLE/BETAMETHASONE DIPROPIONATE | L | 1 Fill | 06/30/2023 | — | 06/30/2023 |
| **Daniel Small**<br>Rheumatology<br>800 West Ave S<br>La Crosse, WI 54601<br>608-785-0940 | DICLOFENAC SODIUM | L | 1 Fill | 05/11/2021 | — | 05/11/2021 |
| | SULFASALAZINE | L | 1 Fill | 08/18/2021 | — | 08/18/2021 |

Irix®

Milliman IntelliScript®

# DOCTORS

| Doctor | DRUGS | | | FIRST FILL | | LAST FILL |
|---|---|---|---|---|---|---|
| **Robert Uchiyama**<br>Rheumatology<br>313 E 12th St<br>Ste 101<br>Austin, TX 78701<br>512-324-9650 | DICLOFENAC SODIUM DR | L | 5 Fills | 10/09/2020 | — | 05/19/2021 |
| | LEFLUNOMIDE | L | 1 Fill | 09/14/2020 | — | 09/14/2020 |
| | SULFASALAZINE | L | 2 Fills | 11/09/2020 | — | 12/07/2020 |

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **CAREMARK PRESCRIPTION SVC-CHI**<br>1780 WALL STREET<br>MT PROSPECT, IL 60056<br>866-284-9226 | ATORVASTATIN CALCIUM | L | 07/07/2021 |
| | CLOPIDOGREL | L | 08/30/2022 |
| | DICLOFENAC SODIUM | L | 11/30/2021 |
| | DICLOFENAC SODIUM DR | L | 11/30/2021 |
| | FENOFIBRATE | L | 06/20/2022 |
| | METFORMIN HYDROCHLORIDE ER | L | 02/10/2022 |
| | METOPROLOL SUCCINATE ER | L | 06/19/2022 |
| | NITROGLYCERIN | L | 06/03/2022 |
| | PANTOPRAZOLE SODIUM | L | 06/30/2022 |
| | ROSUVASTATIN CALCIUM | L | 08/14/2022 |
| | SULFASALAZINE | L | 08/18/2021 |
| **CVS PHARMACY**<br>9400 STATE ROAD 16<br>ONALASKA, WI 54650<br>608-779-5780 | ASPIRIN LOW DOSE | L | 03/16/2022 |
| | CLOPIDOGREL | L | 03/16/2022 |
| | DICLOFENAC SODIUM | L | 05/11/2021 |
| | DICLOFENAC SODIUM DR | L | 05/19/2021 |
| | FENOFIBRATE | L | 03/16/2022 |
| | LISINOPRIL | L | 06/03/2022 |
| | METFORMIN HYDROCHLORIDE | L | 11/30/2021 |
| | METOPROLOL SUCCINATE ER | L | 03/16/2022 |
| | PANTOPRAZOLE SODIUM | L | 03/16/2022 |
| | PREDNISONE | L | 03/16/2022 |
| | SULFASALAZINE | L | 06/11/2021 |
| | TRAMADOL HCL | L | 03/08/2022 |
| **DEGEN BERGLUND**<br>123 HALE DR STE 1<br>STE 506<br>HOLMEN, WI 54636<br>608-775-8875 | FARXIGA | L | 08/30/2023 |
| | METFORMIN HYDROCHLORIDE ER | L | 09/06/2023 |
| **GUNDERSEN PHARMACY**<br>724 DENTON ST<br>LA CROSSE, WI 54601<br>608-775-1000 | GRANIX | L | 04/07/2023 |
| | LORAZEPAM | L | 01/24/2023 |
| | PREDNISONE | L | 07/13/2023 |
| **GUNDERSEN PHARMACY**<br>3111 GUNDERSON DR<br>ONALASKA, WI 54650<br>608-775-8699 | AMOXICILLIN/CLAVULANATE POTASSIUM | L | 10/26/2022 |
| | GRANIX | L | 02/03/2023 |
| | PREDNISONE | L | 11/17/2022 |

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **GUNDERSEN PHARMACY**<br>1836 SOUTH AVE<br>LA CROSSE, WI 54601<br>608-775-5595 | ADVAIR HFA | L | 11/17/2022 |
| | CLOPIDOGREL | L | 02/14/2023 |
| | CLOTRIMAZOLE/BETAMETHASONE DIPROPIONATE | L | 06/30/2023 |
| | DEXAMETHASONE | L | 01/19/2023 |
| | FARXIGA | L | 06/05/2023 |
| | FENOFIBRATE | L | 08/11/2023 |
| | GRANIX | L | 01/20/2023 |
| | LISINOPRIL | L | 08/11/2023 |
| | METFORMIN HYDROCHLORIDE ER | L | 07/26/2023 |
| | METOPROLOL SUCCINATE ER | L | 08/11/2023 |
| | ONDANSETRON HYDROCHLORIDE | L | 01/19/2023 |
| | PANTOPRAZOLE SODIUM | L | 08/11/2023 |
| | PROCHLORPERAZINE MALEATE | L | 04/08/2023 |
| | ROSUVASTATIN CALCIUM | L | 08/11/2023 |
| | TRAZODONE HYDROCHLORIDE | L | 12/21/2022 |
| **MCHS CLINIC PHARMACY**<br>800 WEST AVE S<br>LA CROSSE, WI 54601<br>608-392-9855 | FENOFIBRATE | L | 08/21/2017 |
| | FLUCONAZOLE | L | 08/02/2017 |
| | FLUTICASONE PROPIONATE | L | 06/26/2017 |
| | LISINOPRIL | L | 08/21/2017 |
| | PREDNISONE | L | 06/26/2017 |
| | SYMBICORT | L | 06/26/2017 |
| | VENTOLIN HFA | L | 01/09/2017 |
| **MCHS HOLMEN CLINIC PHARMACY**<br>1303 S MAIN ST<br>HOLMEN, WI 54636<br>608-526-1526 | PAXLOVID | L | 05/20/2022 |
| **WALGREENS #12455**<br>3909 MORMON COULEE RD<br>LA CROSSE, WI 54601<br>608-788-9700 | ALBUTEROL SULFATE HFA | L | 04/20/2020 |
| | AMOXICILLIN | L | 01/08/2018 |
| | ATORVASTATIN CALCIUM | L | 02/26/2021 |
| | AZITHROMYCIN | L | 01/08/2018 |
| | CLOBETASOL PROPIONATE | L | 08/10/2020 |
| | DICLOFENAC SODIUM DR | L | 03/31/2021 |
| | FENOFIBRATE | L | 08/23/2018 |
| | GAVILYTE-G | L | 11/18/2018 |
| | GLIMEPIRIDE | L | 06/08/2018 |
| | HYDROCODONE/ACETAMINOPHEN | L | 03/26/2018 |
| | LEFLUNOMIDE | L | 09/14/2020 |
| | LISINOPRIL | L | 03/19/2021 |
| | METFORMIN HYDROCHLORIDE | L | 03/19/2021 |
| | ONETOUCH DELICA LANCETS FINE 30G | L | 06/12/2018 |
| | ONETOUCH VERIO TEST STRIPS | L | 12/11/2018 |
| | POLYETHYLENE GLYCOL 3350 | L | 09/24/2018 |
| | POLYMYXIN B SULFATE/TRIMETHOPRIM SULFATE | L | 01/13/2019 |
| | PREDNISONE | L | 04/06/2020 |
| | SULFASALAZINE | L | 03/19/2021 |
| | SYMBICORT | L | 04/01/2020 |
| **WALGREENS #12456**<br>4415 STATE ROAD 16<br>LA CROSSE, WI 54601<br>608-779-0939 | AMOXICILLIN | L | 03/22/2018 |

# CASE ADDITIONAL DETAILS

| | |
|---|---|
| Authorization Type | **Paper or Electronic** |

REFc#20959413

Lincoln Financial Group

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

00000024 LFPT4TT1 00000297

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth: _______ Social Security Number: __

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Robert J Loper **DATE** 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________

**ADDRES** ____________

____________ (Zip Code)

**PHONE** ____________

REFc#20959413

Lincoln Financial Group

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

0000024 LFPT4TT1 00000294

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME Robert Loper CLAIM NUMBER: 1230085410

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES** 6/1/22 **TO** 9/1/22

**DOCTORS:**

Name: Caitlin Carpenter Specialty: Cardiovascular
Address: 212 11th ST S
City: La Crosse State: WI Zip Code: 54601
Phone: 608 392 9555 Fax:
Dates Seen: 6-2-22 to 6-2-22

Name: Lori Miskell Specialty: General
Address: 1526 Rose ST Suite 102
City: La Crosse State: WI Zip Code: 54603
Phone: 608 781 9880 Fax: 608 783 5426
Dates Seen: 8-20-22 to 8-20-22

Name: William Scorby Specialty: Occupational Health
Address: 1900 South Ave
City: La Crosse State: WI Zip Code: 54601
Phone: 608 782 7300 Fax:
Dates Seen: 8-23-22 to 8-23-22

Name: Specialty:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Seen: to

**PHARMACIES:**

Name: CVS
Address: 9400 State Rd 16
City: Onalaska State: WI Zip Code: 54650
Phone: 608-779 5780 Fax:
Dates: to

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates: to

**HOSPITALS:**

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: Policy Number:
Address: Member ID:
City: State: Zip Code: Dates of Coverage: to
Phone Number: Fax Number:

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature Robert J Loper Date 11/9/2023

Clinical Notes

**Progress Notes by Caitlin R Carpenter, P.A.-C. at 6/2/2022 2:37 PM**

Status: Signed

**PRIMARY CARE PROVIDER**
Mark Brumm, M.D.

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
Hospital Follow Up

**HISTORY OF PRESENT ILLNESS**
Robert is a 59 y.o. male with medical comorbidities including asthma, NSTEMI status post 2 stents placed to the mid LAD on March 14, 22, acute systolic heart failure, type 2 diabetes, hyper lipidemia, hypertension, psoriasis.

He presented to the emergency department on 03/14/2022 due to worsening shortness of breath. He was also experiencing chest pain. Transthoracic echocardiogram on 03/14/2022 demonstrated normal LV size, ejection fraction of 44%, calcific aortic valve, mild tricuspid valve regurgitation. He had elevated troponin and new diagnosis of heart failure and underwent cardiac catheterization on 03/15/2022 that demonstrated normal left main, normal circumflex, normal right coronary artery, the mid LAD was 90% obstructed and he underwent 2 overlapping stent placement to the mid LAD.

He is here today for follow-up. He reports that he has been feeling very well. He denies any return of cardiac symptoms such as chest pain, dyspnea, lower extremity edema, orthopnea, PND. He does occasionally get positional lightheadedness. He was positive for COVID-19 on 05/18. He also had in Emergency tooth pulled this morning at the dentist due to a cracked tooth. He has no concerns from a cardiovascular standpoint. He has been doing very well. He attended cardiac rehab for a couple of weeks and has been continuing his exercise routine at home.

**CARDIAC MEDICATIONS**
Aspirin 81 mg daily
Clopidogrel 75 mg daily
Fenofibrate 145 mg daily
Lisinopril 10 mg daily
Metoprolol succinate 25 mg daily
Rosuvastatin 40 mg daily

**ALLERGIES/CONTRAINDICATIONS**
No Known Allergies

**REVIEW OF SYSTEMS**
Pertinent positives and negatives listed in HPI.

The following portions of the patient's history were reviewed and updated as appropriate: current medications, family history, medical history, social history, surgical history, and problem list.

OBJECTIVE
BP 128/84 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | Pulse 72 | Temp 36.2 °C (Temporal) | Resp 20 | Ht 182.9 cm | Wt 100 kg | SpO2 98% | BMI 30.01 kg/m²

**PHYSICAL EXAMINATION**
General: Robert is a very pleasant 59 y.o. year old male who is alert, oriented, in no acute distress.
HEENT: Sclerae are anicteric. Mucous membranes are moist.
Neck: Carotids are full bilaterally. No jugular venous distention.
Lungs: Clear to auscultation bilaterally. No wheezes or rhonchi.
Heart: Regular rate and rhythm. Normal S1. Single S2. No S3 or S4. No murmurs or rubs. Distal pulses intact at 2/2.
Lower extremities: Free from cyanosis or edema. Warm and well perfused.

**DIAGNOSTICS**
**Cardiac Catheterization 3/15/22**
HEMODYNAMICS SUMMARY
Normal systemic aortic pressure.
Normal left ventricular systolic pressure. Moderately elevated left ventricular end-diastolic pressure.
CORONARY DIAGNOSTIC SUMMARY
Coronary artery dominance is right. Normal right coronary. Normal left main coronary. Normal circumflex coronary.
The middle left anterior descending artery is 30% obstructed by a discrete lesion and 90% obstructed by diffuse disease.
The distal left anterior descending artery is 40% obstructed by diffuse disease.
CORONARY INTERVENTION SUMMARY

Successful intervention of the Middle Left Anterior Descending Artery. The preintervention stenosis was 90%. The post intervention stenosis was 0%. Devices used include PTCA and Stent.

**Transthoracic Echocardiogram 3/14/22**
1. Normal left ventricular chamber size.
2. Calculated 2-D biplane volumetric left ventricular ejection fraction 44%.
3. Mild generalized left ventricular hypokinesis.
4. Global averaged left ventricular longitudinal peak systolic strain is abnormal at -15% (normal = more negative than -18%).
5. Normal left ventricular filling pressure.
6. Calcified aortic valve; calcific nodule on LCC noted.
7. Mild tricuspid valve regurgitation.
8. Estimated right ventricular systolic pressure 25 mmHg (right atrial pressure of 5 mmHg).
9. Tiny anterior pericardial effusion.

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 139 | 03/22/2022 |
| KSERUM | 4.6 | 06/08/2018 |
| CL | 101 | 03/22/2022 |
| BICARB | 27 | 03/22/2022 |
| CREATININE | 1.30 | 03/22/2022 |
| EGFRNONBLKAA | 60 | 03/22/2022 |
| BUN | 23 | 03/22/2022 |
| ANIONGAP | 11 | 03/22/2022 |
| GLUCOSE | 119 | 03/22/2022 |
| CALCIUM | 9.5 | 03/22/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 11.9 (H) | 03/16/2022 |
| HGB | 13.0 (L) | 03/16/2022 |
| HCT | 38.9 | 03/16/2022 |
| MCV | 88.0 | 03/16/2022 |
| PLT | 143 | 03/16/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| CHOL | 210 (H) | 02/08/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| HDL | 36 (L) | 02/08/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| LDLCALC | CANCELED | 02/08/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| TRIG | 489 (H) | 02/08/2022 |

ASSESSMENT / PLAN

**#1 Acute Systolic Heart Failure**
Likely ischemic.
LVEF 44%.
Euvolemic.
Recommend continuing lisinopril and metoprolol succinate.
Will reassess LVEF in about 2 months. Pending results of echocardiogram, may give consideration to uptitration of his cardiac medications. At this time as he is feeling well, will continue current doses.
Encouraged patient to monitor for signs of fluid retention. He does not demonstrate any signs of fluid retention on exam today.

**#2 Coronary Artery Disease status post 2 DES to the mid LAD 3/15/22**
He is doing very well. He denies any anginal symptoms.
Continue dual antiplatelet therapy with aspirin and Plavix for minimum of 1 year.
Continue metoprolol, lisinopril, rosuvastatin.
He is provided with a prescription for sublingual nitroglycerin to be utilized if he were to have recurrent chest pain.

**#3 Hypertriglyceridemia**

Continue rosuvastatin and fenofibrate.
Recommend repeat lipid panel in about 6 months.

**#4 Hypertension with heart failure**
Blood pressure is well controlled.

**#5 Asthma**
**#6 Type 2 Diabetes**
Continue to follow up with primary care provider.

**#7 Obesity**
He has been doing very well with regular exercise and has lost a significant amount of weight with diet and exercise. He is congratulated on this.

Follow up in 6 months. Patient is advised to call the clinic or schedule follow up sooner with any questions or concerns.

It is a pleasure to participate in the care of this patient. All questions were answered and patient is agreeable to plan of care.
Caitlin Carpenter, P.A.-C.

# Progress Notes

Dr. William R Scorby at 08/23/22 1100
**Robert J Loper** **000008828980**

**OCCUPATIONAL MEDICINE -- LA CROSSE**
**August 23, 2022**

Bob is referred from Employee Health for evaluation of facial swelling.

**Date of illness: 08/19/2022**
**Employer: Gundersen Health System**

On Friday afternoon, 08/19/2022, around 12:30 p.m. he noticed a little puffiness and redness under the left eye. This was just after lunch and he thought he might have rubbed his face with his hand that was handling a hot pepper. However the redness and swelling progressed and he woke the next morning with significant increase in the redness and swelling that involved much of the left side of his face. He also noticed some increased submandibular glandular swelling. He went to the Neighborhood Family Clinic and was evaluated there. He was felt to have a facial infection was given a shot of some antibiotic and then a 10 day course of Augmentin. Over the weekend his redness and swelling of gradually improved significantly.

The morning before developing this facial swelling he was will working with patients in the orthotics Clinic doing his usual work. Measuring and fitting patients with orthotics. He wore mask and use hand sanitizer between patients as usual. He has not been exposed to any new products or chemicals. At lunch she ate his lunch his office and then walked on the treadmill at the on-site exercise facility. In the afternoon he he said his desk doing computer work.

Medical history notable for psoriasis and has multiple patches on elbows and knees.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • PAXLOVID, EUA, tablet | Take by mouth |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

No current facility-administered medications for this visit.

**Exam:** Head/face: There is still some mild swelling, but no redness, on the left side of his face from just below his left eye, cheek to the angle of the mandible. Some submandibular adenopathy, bilaterally, but more so on the left than the right. He says this is back to baseline, as this has been noticed before and is being followed by his PCP. He has a beard and there does not appear to be any breaks in the skin or psoriatic patches on the face.

Eyes ears are clear without discharge.
Neck is supple and nontender.
Skin: Psoriatic patches scattered over the extensor elbows and knees.
Assessment
1. **Facial cellulitis**

It is unclear to me what brought on this facial eruption. Does not appear that anything is changing his work environment. He was concerned that he was some our exposed to some infectious agent that got under his skin, possibly through a tiny psoriatic fissure. I am not so sure. I think the work relatedness in this case is unknown.

**Plan:** He will finish out his antibiotics and follow-up with his PCP as needed. I think he definitely should see his PCP for his persistent submandibular adenopathy.

Total Time on encounter: 30 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

William R Scorby, MD

| PATIENT | | FACILITY | Bill information | |
|---|---|---|---|---|
| **Robert J Loper** | | **NFC North** | Printed: | 11/08/2023 |
| DOB | | T (608) 781-9880 | Encounter date: | 08/20/2022 |
| AGE | 61 yrs | F (608) 783-5426 | Bill ID: | 58-3518-36LHLD5-1B |
| SEX | Male | 1526 Rose St, Suite 102 | | |
| PRN | LR971664 | La Crosse, WI 54603 | | |
| ADDRESS | | | | |

## Encounter information

| | | | | |
|---|---|---|---|---|
| Rendering provider: | Lori Miskell | Billing provider: | Lori Miskell | Hospital admit date: |
| Location: | NFC North | NPI: | 1881230548 | Date of injury: |
| NPI: | 1881230548 | Federal tax ID (EIN): | | Prior authorization: |
| Federal tax ID (EIN): | | | | |

## Notes

cc/jg

| | |
|---|---|
| **COPAY:** | **%** |
| **PAID:** | **$129.00** |
| **BALANCE:** | **$0.00** |

| **Service 1** | Date range: 08/20/2022 - 08/20/2022 | | Place of service: 11 - Office |
|---|---|---|---|
| Code | 99212 | | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and straightforward medical decision making. When using time for code selection, 10-19 minutes of total time is spent on the date of the encounter. |
| Diagnosis | L03.90 | (ICD-10) | Cellulitis, unspecified |
| | | **QTY: 1 UNITS** | **$39.00** |

| **Service 2** | Date range: 08/20/2022 - 08/20/2022 | | Place of service: 11 - Office |
|---|---|---|---|
| Code | J0696 | | Injection, ceftriaxone sodium, per 250 mg |
| Diagnosis | L03.90 | (ICD-10) | Cellulitis, unspecified |
| | | **QTY: 1 UNITS** | **$80.00** |

| **Service 3** | Date range: 08/20/2022 - 08/20/2022 | | Place of service: 11 - Office |
|---|---|---|---|
| Code | G8711 | | Prescribed or dispensed antibiotic |
| Diagnosis | L03.90 | (ICD-10) | Cellulitis, unspecified |
| | | **QTY: 1 UNITS** | **$10.00** |

**Insurance: Self pay**

**Relation to insured:**
**Name:**
**DOB:**
**Phone:**
**Address:**

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Robert J Loper** | | **NFC North** | **Office Visit** | |
| DOB | | T (608) 781-9880 | NOTE TYPE | SOAP Note |
| AGE | 61 yrs | F (608) 783-5426 | SEEN BY | Lori Miskell NP |
| SEX | Male | 1526 Rose St, Suite 102 | DATE | 08/20/2022 |
| PRN | LR971664 | La Crosse, WI 54603 | AGE AT DOS | 59 yrs |

Electronically signed by Lori Miskell NP at 08/22/2022 03:18 pm

### Chief complaint

NEW PATIENT/face swollen/jg (Appt time: 8/20/2022 7:30:00 AM) (Arrival time: 7:38 AM)

### Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Robert | SEX | Male | RACE | White |
| MIDDLE NAME | J | DATE OF BIRTH | | ETHNICITY | - |
| LAST NAME | Loper | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | - | PRN | LR971664 | STATUS | Active patient |

CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | - |
| ADDRESS LINE 2 | - | EMAIL | |
| CITY | | | |
| STATE | | HOME PHONE | |
| ZIP CODE | | MOBILE PHONE | |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | Linda Loper | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | Spouse | | |
| PHONE | | | |
| ADDRESS | - | | |

### Vitals for this encounter

| | 08/20/22 7:48 AM |
|---|---|
| Height | 72 in |
| Weight | 223.60 lb |
| Temperature | 97.80 °F |
| Pulse | 118 bpm |
| O2 Saturation | 93 % |
| BMI | 30.33 |
| Blood pressure | 118/78 mmHg |

### Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Subjective

Robert Lobert is a 59 yr old male that presents to the clinic with what appears to be an allergic reaction. /KR

States that he noted redness to left malar area yesterday. The redness then spread to his left eye, ear and neck. He thinks he may have had a fever last evening. He has some pain when he opens his mouth.

No difficulty swallowing, SOB, CP, dizziness, visual disturbances, headache, n/v/d.

## Objective

Administered 500mg of Ceftriaxone into left glute muscle.
Lot: 2A0046A30
Exp: 06/2024 /KR
GEN: WDWN, in NAD. Aferbrile. Swelling and erythema noted to left cheek, eye and neck. Slight tenderness to palpation of face and neck.
Ears: TM's normal bilaterally. Left outer ear with edema and erythema.
Eyes: conjunctivae clear, no discharge. Left eye with swelling. PERRLA.
Nose: nasal mucosa normal.
Pharynx clear. No swelling noted. Uvula midline. Teeth intact.
Neck: Left side of neck with some swelling and ertythema.
Lungs: clear, no rales, rhonchi, wheezes..

## Assessment

Cellulitis

## Plan

1. Rocephin 500 mg IM. Start Augmentin 875/125 mg po bid for 10 days. SE handout given.
2. Initially discussed UC but patient declined. He is to report to the ER for any worsening symptoms i.e, fever, chills, worsening swelling, diffiuclty swallowing. He agrees with plan.
3. Follow up on Monday with Fred. K.

## Orders

**LAB ORDERS**

No orders attached to this encounter.

**IMAGING ORDERS**

No orders attached to this encounter.

## Screenings/ Interventions/ Assessments

No screenings/interventions/assessments recorded.

practice fusion

Lincoln Financial Group®

Authorization For Release Of Information
The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility, insurance or reinsurance company, government agency, department of labor, acquaintance, group policyholder, employer, or policy or benefit plan administrator to release information from the records of:

Name of Insured: Loper (Last) Robert (First) Joseph (Middle)

Date of Birth: ______ Social Security Number: ______

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
PO Box 2609
Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** Robert J Loper **DATE** 11/9/2023

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME:** Robert J Loper

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ______

**ADDRE** ______

______

**PHONI** ______

00000024 LFPT4TT1 00000297

REFc#20959413

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Robert Loper    CLAIM NUMBER: 1230085410

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES** 6/1/22 **TO** 9/1/22

**DOCTORS:**

Name: Catlin Carpenter Specialty: Cardiovascular
Address: 212 11th ST S
City: La Crosse State: Wi Zip Code: 54601
Phone: 608 392 9555 Fax:
Dates Seen: 6-2-22 to 6-2-22

Name: Lori Miskell Specialty: General
Address: 1526 Rose ST Suite 102
City: La Crosse State: Wi Zip Code: 54603
Phone: 608 781 9880 Fax: 608 783 5426
Dates Seen: 8-20-22 to 8-20-22

Name: William Scorby Specialty: Occupational Health
Address: 1900 South Ave
City: La Crosse State: Wi Zip Code: 54601
Phone: 608 782 7300 Fax:
Dates Seen: 8-23-22 to 8-23-22

Name: Specialty:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Seen: to

**PHARMACIES:**

Name: CVS
Address: 9400 State Rd 16
City: Onalaska State: Wi Zip Code: 54650
Phone: 608-779 5780 Fax:
Dates: to

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates: to

**HOSPITALS:**

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

Name:
Address:
City: State: Zip Code:
Phone: Fax:
Dates Confined: to

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name:
Address:
City: State: Zip Code:
Phone Number:

Policy Number:
Member ID:
Dates of Coverage: to
Fax Number:

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature [signature] Date 11/9/2023

Clinical Notes

Progress Notes by Caitlin R Carpenter, P.A.-C. at 6/2/2022 2:37 PM

Status: Signed

**PRIMARY CARE PROVIDER**
Mark Brumm, M.D.

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
Hospital Follow Up

**HISTORY OF PRESENT ILLNESS**
Robert is a 59 y.o. male with medical comorbidities including asthma, NSTEMI status post 2 stents placed to the mid LAD on March 14, 22, acute systolic heart failure, type 2 diabetes, hyper lipidemia, hypertension, psoriasis.

He presented to the emergency department on 03/14/2022 due to worsening shortness of breath. He was also experiencing chest pain. Transthoracic echocardiogram on 03/14/2022 demonstrated normal LV size, ejection fraction of 44%, calcific aortic valve, mild tricuspid valve regurgitation. He had elevated troponin and new diagnosis of heart failure and underwent cardiac catheterization on 03/15/2022 that demonstrated normal left main, normal circumflex, normal right coronary artery, the mid LAD was 90% obstructed and he underwent 2 overlapping stent placement to the mid LAD.

He is here today for follow-up. He reports that he has been feeling very well. He denies any return of cardiac symptoms such as chest pain, dyspnea, lower extremity edema, orthopnea, PND. He does occasionally get positional lightheadedness. He was positive for COVID-19 on 05/18. He also had in Emergency tooth pulled this morning at the dentist due to a cracked tooth. He has no concerns from a cardiovascular standpoint. He has been doing very well. He attended cardiac rehab for a couple of weeks and has been continuing his exercise routine at home.

**CARDIAC MEDICATIONS**
Aspirin 81 mg daily
Clopidogrel 75 mg daily
Fenofibrate 145 mg daily
Lisinopril 10 mg daily
Metoprolol succinate 25 mg daily
Rosuvastatin 40 mg daily

**ALLERGIES/CONTRAINDICATIONS**
No Known Allergies

**REVIEW OF SYSTEMS**
Pertinent positives and negatives listed in HPI.

The following portions of the patient's history were reviewed and updated as appropriate: current medications, family history, medical history, social history, surgical history, and problem list.

OBJECTIVE

BP 128/84 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | Pulse 72 | Temp 36.2 °C (Temporal) | Resp 20 | Ht 182.9 cm | Wt 100 kg | SpO2 98% | BMI 30.01 kg/m²

**PHYSICAL EXAMINATION**
General: Robert is a very pleasant 59 y.o. year old male who is alert, oriented, in no acute distress.
HEENT: Sclerae are anicteric. Mucous membranes are moist.
Neck: Carotids are full bilaterally. No jugular venous distention.
Lungs: Clear to auscultation bilaterally. No wheezes or rhonchi.
Heart: Regular rate and rhythm. Normal S1. Single S2. No S3 or S4. No murmurs or rubs. Distal pulses intact at 2/2.
Lower extremities: Free from cyanosis or edema. Warm and well perfused.

**DIAGNOSTICS**
**Cardiac Catheterization 3/15/22**
HEMODYNAMICS SUMMARY
Normal systemic aortic pressure.
Normal left ventricular systolic pressure. Moderately elevated left ventricular end-diastolic pressure.
CORONARY DIAGNOSTIC SUMMARY
Coronary artery dominance is right. Normal right coronary. Normal left main coronary. Normal circumflex coronary.
The middle left anterior descending artery is 30% obstructed by a discrete lesion and 90% obstructed by diffuse disease.
The distal left anterior descending artery is 40% obstructed by diffuse disease.
CORONARY INTERVENTION SUMMARY

Successful intervention of the Middle Left Anterior Descending Artery. The preintervention stenosis was 90%. The post intervention stenosis was 0%. Devices used include PTCA and Stent.

**Transthoracic Echocardiogram 3/14/22**

1. Normal left ventricular chamber size.
2. Calculated 2-D biplane volumetric left ventricular ejection fraction 44%.
3. Mild generalized left ventricular hypokinesis.
4. Global averaged left ventricular longitudinal peak systolic strain is abnormal at -15% (normal = more negative than -18%).
5. Normal left ventricular filling pressure.
6. Calcified aortic valve; calcific nodule on LCC noted.
7. Mild tricuspid valve regurgitation.
8. Estimated right ventricular systolic pressure 25 mmHg (right atrial pressure of 5 mmHg).
9. Tiny anterior pericardial effusion.

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 139 | 03/22/2022 |
| KSERUM | 4.6 | 06/08/2018 |
| CL | 101 | 03/22/2022 |
| BICARB | 27 | 03/22/2022 |
| CREATININE | 1.30 | 03/22/2022 |
| EGFRNONBLKAA | 60 | 03/22/2022 |
| BUN | 23 | 03/22/2022 |
| ANIONGAP | 11 | 03/22/2022 |
| GLUCOSE | 119 | 03/22/2022 |
| CALCIUM | 9.5 | 03/22/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 11.9 (H) | 03/16/2022 |
| HGB | 13.0 (L) | 03/16/2022 |
| HCT | 38.9 | 03/16/2022 |
| MCV | 88.0 | 03/16/2022 |
| PLT | 143 | 03/16/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| CHOL | 210 (H) | 02/08/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| HDL | 36 (L) | 02/08/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| LDLCALC | CANCELED | 02/08/2022 |

Lab Results

| Component | Value | Date |
|---|---|---|
| TRIG | 489 (H) | 02/08/2022 |

ASSESSMENT / PLAN

**#1 Acute Systolic Heart Failure**

Likely ischemic.
LVEF 44%.
Euvolemic.
Recommend continuing lisinopril and metoprolol succinate.
Will reassess LVEF in about 2 months. Pending results of echocardiogram, may give consideration to uptitration of his cardiac medications. At this time as he is feeling well, will continue current doses.
Encouraged patient to monitor for signs of fluid retention. He does not demonstrate any signs of fluid retention on exam today.

**#2 Coronary Artery Disease status post 2 DES to the mid LAD 3/15/22**

He is doing very well. He denies any anginal symptoms.
Continue dual antiplatelet therapy with aspirin and Plavix for minimum of 1 year.
Continue metoprolol, lisinopril, rosuvastatin.
He is provided with a prescription for sublingual nitroglycerin to be utilized if he were to have recurrent chest pain.

**#3 Hypertriglyceridemia**

Continue rosuvastatin and fenofibrate.
Recommend repeat lipid panel in about 6 months.

**#4 Hypertension with heart failure**
Blood pressure is well controlled.

**#5 Asthma**
**#6 Type 2 Diabetes**
Continue to follow up with primary care provider.

**#7 Obesity**
He has been doing very well with regular exercise and has lost a significant amount of weight with diet and exercise. He is congratulated on this.

Follow up in 6 months. Patient is advised to call the clinic or schedule follow up sooner with any questions or concerns.

It is a pleasure to participate in the care of this patient. All questions were answered and patient is agreeable to plan of care.
Caitlin Carpenter, P.A.-C.

# Progress Notes

Dr. William R Scorby at 08/23/22 1100
**Robert J Loper 000008828980**

**OCCUPATIONAL MEDICINE – LA CROSSE**
**August 23, 2022**

Bob is referred from Employee Health for evaluation of facial swelling.

**Date of illness: 08/19/2022**
**Employer: Gundersen Health System**

On Friday afternoon, 08/19/2022, around 12:30 p.m. he noticed a little puffiness and redness under the left eye. This was just after lunch and he thought he might have rubbed his face with his hand that was handling a hot pepper. However the redness and swelling progressed and he woke the next morning with significant increase in the redness and swelling that involved much of the left side of his face. He also noticed some increased submandibular glandular swelling. He went to the Neighborhood Family Clinic and was evaluated there. He was felt to have a facial infection was given a shot of some antibiotic and then a 10 day course of Augmentin. Over the weekend his redness and swelling of gradually improved significantly.

The morning before developing this facial swelling he was will working with patients in the orthotics Clinic doing his usual work. Measuring and fitting patients with orthotics. He wore mask and use hand sanitizer between patients as usual. He has not been exposed to any new products or chemicals. At lunch she ate his lunch his office and then walked on the treadmill at the on-site exercise facility. In the afternoon he he said his desk doing computer work.

Medical history notable for psoriasis and has multiple patches on elbows and knees.

**Current Outpatient Medications**

| Medication | Sig |
|---|---|
| • amoxicillin-clavulanate (AUGMENTIN) 875-125 mg tablet | Take 1 Tablet by mouth 2 times daily |
| • aspirin EC 81 mg enteric coated tablet | Take 81 mg by mouth in the morning. |
| • lisinopriL 10 mg tablet | Take 10 mg by mouth in the morning. |
| • metFORMIN (GLUCOPHAGE-XR) 500 mg extended release tablet | Take 1,000 mg by mouth daily with breakfast |
| • clopidogreL (PLAVIX) 75 mg tablet | Take 75 mg by mouth daily |
| • fenofibrate (TRICOR) 145 mg tablet | Take 145 mg by mouth daily |
| • metoprolol succinate (TOPROL XL) 25 mg extended release tablet | Take 25 mg by mouth daily |
| • Multivitamin Cap | Take 1 Capsule by mouth Daily |
| • nitroglycerin (NITROQUICK) 0.4 mg tablet | Place 0.4 mg under tongue as needed |
| • omega 3-dha-epa-fish oil 60-90-500 60-90-500 mg caspule | Take 1,000 mg by mouth Daily |
| • pantoprazole (PROTONIX) 40 mg delayed release tablet | Take 40 mg by mouth daily |
| • PAXLOVID, EUA, tablet | Take by mouth |
| • rosuvastatin (CRESTOR) 40 mg tablet | Take 40 mg by mouth daily |

No current facility-administered medications for this visit.

**Exam:** Head/face: There is still some mild swelling, but no redness, on the left side of his face from just below his left eye, cheek to the angle of the mandible. Some submandibular adenopathy, bilaterally, but more so on the left than the right. He says this is back to baseline, as this has been noticed before and is being followed by his PCP. He has a beard and there does not appear to be any breaks in the skin or psoriatic patches on the face.

Eyes ears are clear without discharge.
Neck is supple and nontender.
Skin: Psoriatic patches scattered over the extensor elbows and knees.

Assessment

1. **Facial cellulitis**

It is unclear to me what brought on this facial eruption. Does not appear that anything is changing his work environment. He was concerned that he was some our exposed to some infectious agent that got under his skin, possibly through a tiny psoriatic fissure. I am not so sure. I think the work relatedness in this case is unknown.

**Plan:** He will finish out his antibiotics and follow-up with his PCP as needed. I think he definitely should see his PCP for his persistent submandibular adenopathy.

Total Time on encounter: 30 minutes was spent on one or more of the following: discussion with patient, history, exam, coordinating care, treatment goals, record review, documenting clinical information, and/or data review.

William R Scorby, MD

| PATIENT | | FACILITY | Bill information | |
|---|---|---|---|---|
| **Robert J Loper** | | **NFC North** | Printed: | 11/08/2023 |
| DOB | | T (608) 781-9880 | Encounter date: | 08/20/2022 |
| AGE | 61 yrs | F (608) 783-5426 | Bill ID: | 58-3518-36LHLD5-1B |
| SEX | Male | 1526 Rose St, Suite 102 | | |
| PRN | LR971664 | La Crosse, WI 54603 | | |
| ADDRESS | | | | |

## Encounter information

Rendering provider: Lori Miskell
Location: NFC North
NPI: 1881230548
Federal tax ID (EIN):

Billing provider: Lori Miskell
NPI: 1881230548
Federal tax ID (EIN):

Hospital admit date:
Date of injury:
Prior authorization:

## Notes

cc/jg

| | |
|---|---|
| **COPAY:** | **%** |
| **PAID:** | **$129.00** |
| **BALANCE:** | **$0.00** |

| Service 1 | Date range: 08/20/2022 - 08/20/2022 | | Place of service: 11 - Office |
|---|---|---|---|
| Code | 99212 | | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and straightforward medical decision making. When using time for code selection, 10-19 minutes of total time is spent on the date of the encounter. |
| Diagnosis | L03.90 | (ICD-10) | Cellulitis, unspecified |

**QTY: 1 UNITS** **$39.00**

| Service 2 | Date range: 08/20/2022 - 08/20/2022 | | Place of service: 11 - Office |
|---|---|---|---|
| Code | J0696 | | Injection, ceftriaxone sodium, per 250 mg |
| Diagnosis | L03.90 | (ICD-10) | Cellulitis, unspecified |

**QTY: 1 UNITS** **$80.00**

| Service 3 | Date range: 08/20/2022 - 08/20/2022 | | Place of service: 11 - Office |
|---|---|---|---|
| Code | G8711 | | Prescribed or dispensed antibiotic |
| Diagnosis | L03.90 | (ICD-10) | Cellulitis, unspecified |

**QTY: 1 UNITS** **$10.00**

**Insurance: Self pay**
**Relation to insured:**
**Name:**
**DOB:**
**Phone:**
**Address:**

| PATIENT | | FACILITY | ENCOUNTER | |
|---|---|---|---|---|
| **Robert J Loper** | | **NFC North** | **Office Visit** | |
| DOB | | T (608) 781-9880 | NOTE TYPE | SOAP Note |
| AGE | 61 yrs | F (608) 783-5426 | SEEN BY | Lori Miskell NP |
| SEX | Male | 1526 Rose St, Suite 102 | DATE | 08/20/2022 |
| PRN | LR971664 | La Crosse, WI 54603 | AGE AT DOS | 59 yrs |

Electronically signed by Lori Miskell NP at 08/22/2022 03:18 pm

## Chief complaint

NEW PATIENT/face swollen/jg (Appt time: 8/20/2022 7:30:00 AM) (Arrival time: 7:38 AM)

## Patient identifying details and demographics

| | | | | | |
|---|---|---|---|---|---|
| FIRST NAME | Robert | SEX | Male | RACE | White |
| MIDDLE NAME | J | DATE OF BIRTH | | ETHNICITY | - |
| LAST NAME | Loper | DATE OF DEATH | - | PREF. LANGUAGE | English |
| SSN | - | PRN | LR971664 | STATUS | Active patient |

CONTACT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS LINE 1 | | CONTACT BY | - |
| ADDRESS LINE 2 | - | EMAIL | o |
| CITY | | | |
| STATE | | HOME PHONE | |
| ZIP CODE | | MOBILE PHONE | |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | - |

FAMILY INFORMATION

| | | | |
|---|---|---|---|
| NEXT OF KIN | Linda Loper | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | Spouse | | |
| PHONE | | | |
| ADDRESS | - | | |

## Vitals for this encounter

| | 08/20/22 7:48 AM |
|---|---|
| Height | 72 in |
| Weight | 223.60 lb |
| Temperature | 97.80 °F |
| Pulse | 118 bpm |
| O2 Saturation | 93 % |
| BMI | 30.33 |
| Blood pressure | 118/78 mmHg |

## Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Subjective

Robert Lobert is a 59 yr old male that presents to the clinic with what appears to be an allergic reaction. /KR

States that he noted redness to left malar area yesterday. The redness then spread to his left eye, ear and neck. He thinks he may have had a fever last evening. He has some pain when he opens his mouth.

No difficulty swallowing, SOB, CP, dizziness, visual disturbances, headache, n/v/d.

## Objective

Administered 500mg of Ceftriaxone into left glute muscle.
Lot: 2A0046A30
Exp: 06/2024 /KR
GEN: WDWN, in NAD. Aferbrile. Swelling and erythema noted to left cheek, eye and neck. Slight tenderness to palpation of face and neck.
Ears: TM's normal bilaterally. Left outer ear with edema and erythema.
Eyes: conjunctivae clear, no discharge. Left eye with swelling. PERRLA.
Nose: nasal mucosa normal.
Pharynx clear. No swelling noted. Uvula midline. Teeth intact.
Neck: Left side of neck with some swelling and ertythema.
Lungs: clear, no rales, rhonchi, wheezes..

## Assessment

Cellulitis

## Plan

1. Rocephin 500 mg IM. Start Augmentin 875/125 mg po bid for 10 days. SE handout given.
2. Initially discussed UC but patient declined. He is to report to the ER for any worsening symptoms i.e, fever, chills, worsening swelling, diffiuclty swallowing. He agrees with plan.
3. Follow up on Monday with Fred. K.

## Orders

### LAB ORDERS

No orders attached to this encounter.

### IMAGING ORDERS

No orders attached to this encounter.

## Screenings/ Interventions/ Assessments

No screenings/interventions/assessments recorded.

practicefusion

**Loper, Robert J** **239373**

**5/11/2023 - 8/11/2023, Selected range of dates** **1 Employee(s) Selected**

| Pay Code | Transfer | Mon 5/08 | Tue 5/09 | Wed 5/10 | Thu 5/11 | Fri 5/12 | Sat 5/13 | Sun 5/14 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | | | | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 5/15 | Tue 5/16 | Wed 5/17 | Thu 5/18 | Fri 5/19 | Sat 5/20 | Sun 5/21 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 5/22 | Tue 5/23 | Wed 5/24 | Thu 5/25 | Fri 5/26 | Sat 5/27 | Sun 5/28 | Total |
|---|---|---|---|---|---|---|---|---|---|
| PTO | | | | | | 8.00 | | | 8.00 |
| sPTO | | | | | | 8.00 | | | |
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | | |
| Daily Total | | | | | | 8.00 | | | 8.00 |

| Pay Code | Transfer | Mon 5/29 | Tue 5/30 | Wed 5/31 | Thu 6/01 | Fri 6/02 | Sat 6/03 | Sun 6/04 | Total |
|---|---|---|---|---|---|---|---|---|---|
| HOL | | 0.00 | | | | | | | |
| Schedule | | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 6/05 | Tue 6/06 | Wed 6/07 | Thu 6/08 | Fri 6/09 | Sat 6/10 | Sun 6/11 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 6/12 | Tue 6/13 | Wed 6/14 | Thu 6/15 | Fri 6/16 | Sat 6/17 | Sun 6/18 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 6/19 | Tue 6/20 | Wed 6/21 | Thu 6/22 | Fri 6/23 | Sat 6/24 | Sun 6/25 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 6/26 | Tue 6/27 | Wed 6/28 | Thu 6/29 | Fri 6/30 | Sat 7/01 | Sun 7/02 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 7/03 | Tue 7/04 | Wed 7/05 | Thu 7/06 | Fri 7/07 | Sat 7/08 | Sun 7/09 | Total |
|---|---|---|---|---|---|---|---|---|---|
| HOL | | | 0.00 | | | | | | |
| Schedule | | 8:00AM-5:00PM | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 7/10 | Tue 7/11 | Wed 7/12 | Thu 7/13 | Fri 7/14 | Sat 7/15 | Sun 7/16 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 7/17 | Tue 7/18 | Wed 7/19 | Thu 7/20 | Fri 7/21 | Sat 7/22 | Sun 7/23 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 7/24 | Tue 7/25 | Wed 7/26 | Thu 7/27 | Fri 7/28 | Sat 7/29 | Sun 7/30 | Total |
|---|---|---|---|---|---|---|---|---|---|
| PTO | | | | 8.00 | | | | | 8.00 |
| sPTO | | | | 8.00 | | | | | |
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | 8.00 | | | | | 8.00 |

**Lincoln/Loper 2200**

| Pay Code | Transfer | Mon 7/31 | Tue 8/01 | Wed 8/02 | Thu 8/03 | Fri 8/04 | Sat 8/05 | Sun 8/06 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | | | | | | |

| Pay Code | Transfer | Mon 8/07 | Tue 8/08 | Wed 8/09 | Thu 8/10 | Fri 8/11 | Sat 8/12 | Sun 8/13 | Total |
|---|---|---|---|---|---|---|---|---|---|
| MISCP6-PTO | | | | 8.00 | | | | | 8.00 |
| Schedule | | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | 8:00AM-5:00PM | | | |
| Daily Total | | | | 8.00 | | | | | 8.00 |

## Totals

All All

| Account | Pay Code | Amount |
|---|---|---|
| 20/1012521/2589/25891012521/-/55/- | FTE HOURS | 24.00 |
| 20/1012521/2589/25891012521/-/55/- | MISCP6-PTO | 8.00 |
| 20/1012521/2589/25891012521/-/55/- | PTO | 16.00 |

**Lincoln/Loper 2201**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 3, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Robert:

We are writing in reference to your claim for Long Term Disability.

Your provider requires a specific authorization along with the Lincoln Financial Authorization form. Please complete the enclosed and return no later than 11/18/2023.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Crystal Gallo
855-818-2883 x6435
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

1. Patient Name: ____________________________
Maiden/Former Name: ______________________
Date of Birth: _______________________________
Address:_____________________________________
_____________________________________________
Phone Number: ____________________________
Clinic Number (if known): _______________

REF #20983929

# GUNDERSEN HEALTH SYSTEM®


**La Crosse, WI  54601**
1900 South Avenue, AVS-001, La Crosse, WI  54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm


**I hereby Authorize:** Written Communication Between 2 & 3? ☐ Yes ☐ No
Verbal Communication Between 2 & 3? ☐ Yes ☐ No

| 2. **Information Disclosed From**: | 3. **Information Disclosed To**: |
|---|---|
| Name of Person or Organization(Gundersen Health System) | Name of Person or Organization(Gundersen Health System) |
| Street Address | Street Address |
| City State Zip | City State Zip |
| Phone Number Fax Number | Phone Number Fax Number |

4. **Please CHECK ONLY ONE BOX:**
   - ☐ Mail Records
   - ☐ Fax Records (provide fax number above)
   - ☐ Email: ____________________________________ ******FOR PATIENT REQUESTS ONLY******
     (Please Print Email Address)
   - ☐ Will Pick Up Records **(La Crosse Campus ONLY)**
   - ☐ No records needed at this time. File in patient's medical record for future use.

5. **Format for Records:** ☐ Paper **OR** ☐ CD/DVD (requires PDF viewer). Please check only one box.
   ***Please note, if a format is not selected, records will be in paper format**

6. **Type of Information to Be Disclosed:** ☐ Medical Records ☐ Behavioral Health (#7 required) ☐ Both (#7 required)
   2 year history unless specified: ______________________________________ to ________________,
   ______________________________________________________________________________
   ______________________________________________________________________________

7. **State and Federal Laws require specific authorization prior to disclosing certain information. Please check if you would like any or all of the following information disclosed:**
   ☐ Mental Health ☐ Alcohol/Drug Abuse ☐ Developmental Disability ☐ HIV Testing

8. **Purpose or need for disclosure (check one):** ☐ Further Medical Care ☐ Insurance Claim ☐ Personal
   ☐ Legal Investigation ☐ Insurance Application ☐ Disability Determination ☐ Other ________________

9. **Expiration Date:** This authorization is valid for 1 year from date of signature or until _____________ (specific date up to 2 years) and covers records that were created or existing on or before the date this authorization was signed, as well as records that are created after the date this authorization is signed, up until the expiration date.



**Lincoln/Loper 2203**

1. Patient Name: ________________________

Maiden/Former Name: ___________________

Date of Birth: ___________________________

Address:_______________________________

______________________________________

Phone Number: _________________________

Clinic Number (if known): _________________

REF #20983929

GUNDERSEN HEALTH SYSTEM®

**La Crosse, WI 54601**

1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
FAX AUTHORIZATION TO: (608) 775-4706 or (608) 775-0548
**FAX MEDICAL RECORDS TO: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm

## Your Rights With Respect To This Authorization

General Statement of Rights: Federal and state laws protect the confidentiality of my PHI including but not limited to: Mental Health – Sec 51.30, Wis. Stats; & HFS 92, Wis. Admin. Code. Alcohol & Other Drug Abuse – Sec. 51.30 Wis. Stats, HFS 92, Wis. Admin. Code; and 42 CFR Part 2 Final Rule governing confidentiality of alcohol and drug abuse patient records and that recipients of this information may re-disclose it only in connection with their official duties. Prohibition on redisclosure. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further redisclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. Health Insurance Portability and Accountability Act of 1996 (HIPAA), 45 CFR Parts 160 and 164. Right to Receive a Copy of this Authorization: I have a right to receive a copy of this form after I sign it. Right to Refuse to Sign This Authorization: I am under no legal obligation to sign this form, however, under certain circumstances permitted under applicable law; refusal to sign may result in denial of services. Right to Withdraw This Authorization: I have the right to withdraw this authorization at any time by providing a written statement of withdrawal to the individual/agency authorized to disclose PHI. My withdrawal of consent will not be effective until the individual/agency authorized to disclose PHI receives it, and will not be effective regarding the uses and/or disclosures of my PHI made prior to receipt of my withdrawal statement. Re-disclosure: If I authorize release of PHI to an individual or agency not covered by federal or state laws that prohibit re-disclosure, my PHI may not remain confidential. Right to Inspect and/or Copy PHI: I have the right to inspect and receive copies of my PHI as permitted by law. I may be charged a reasonable fee for these copies.

**In accordance with the conditions listed on the first page of this form and above, I authorize the use and disclosure of my medical information**. By signing this authorization, you understand that treatment, payment, enrollment or eligibility of benefits may not be conditioned on you signing this authorization. This authorization may be revoked in writing at any time by submitting a request to Release of Information at the address above. This form must be legible and the first page must be completed in full (numbers 1– 9) in order to be valid.

***Copies of records may be obtained with reasonable notice and payment of copying costs. Fees may apply.***

**Signature of Patient:** _____________________________________________ **Date:** _________________

**Signature of Parent/Guardian:** _____________________________________ **Date:** _________________

(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order establishing the person's authority.)

**Legal Authority:**

☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased
☐ Personal Representative/Domestic Partner of Deceased
☐ Health Care Agent ________________________________
☐ Other: ___________________________________________

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)



**Lincoln/Loper 2204**

REF #20959413

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

November 1, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256700000
Claim Number: 1230085410
Claimant: Robert Loper

Dear Robert:

This letter is in reference to your claim for Long Term Disability benefits.

The information we have from your employer indicates your coverage under the policy became effective on 09/01/2022. The policy issued to Gundersen Health System has a 3/12 pre-existing provision that applies to your claim.

The pre-existing provision means we are evaluating your claim to determine if you received treatment for your current sickness or injury during the 3 months prior to the date you were first covered under the plan. Treatment includes any consultation, care or services from a physician, including diagnostic measures, refills of prescriptions, and taking prescribed drugs and medicines. Any treatment for your current condition during the pre-existing timeframe would exclude you from disability benefits.

Since you stopped working within 12 months of your 09/01/2022 effective date, we must gather medical records from all of your treating doctors, pharmacies, clinics and hospitals during the pre-existing period prior to benefit consideration.

We have already requested records from your Attending Physician; however, we will need to obtain records from all treating medical professionals from 06/01/2022 to 09/01/2022.

Please complete the Treating Medical Professional form included with this letter and return it to our office no later than 30 days from the date on this letter. For your convenience, you may fax the completed form to my attention. Our fax number is 800-922-3503.

Please also complete the enclosed Lincoln Financial Medical Records Authorization Form.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Once this information is received in our office, we will gather the additional medical documentation needed to complete our pre-existing investigation.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions.

**Get to know Lincoln's Online Disability Claims Portal**
If you haven't already checked out our secure portal, you'll want to do so. It is a great resource for information about the status of your claim and is always available. Here you can access forms, check claim and payment status, report your return to work, and upload documents to support the processing of your claim. You can visit www.LincolnFinancial.com to register.

Sincerely,

Crystal Gallo
855-818-2883 x6435
Sr. Claims Examiner, LTD 1
The Lincoln National Life Insurance Company

Enclosure(s): TMP Form
General Authorization

REF #20959413

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

**TREATING MEDICAL PROFESSIONALS (PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Robert Loper CLAIM NUMBER: 1230085410

**PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE), PHARMACIES, HOSPITALS, AND DIAGNOSTIC CLINICS FOR THE DATES __________ TO_________**

**DOCTORS:**

Name: ________________ Specialty: ________________ Name: ________________ Specialty: ________________
Address: ________________ Address: ________________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________________ Fax: ________________ Phone: ________________ Fax: ________________
Dates Seen: ________ to ________ Dates Seen: ________ to ________

Name: ________________ Specialty: ________________ Name: ________________ Specialty: ________________
Address: ________________ Address: ________________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________________ Fax: ________________ Phone: ________________ Fax: ________________
Dates Seen: ________ to ________ Dates Seen: ________ to ________

**PHARMACIES:**

Name: ________________ Name: ________________
Address: ________________ Address: ________________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________________ Fax: ________________ Phone: ________________ Fax: ________________
Dates: ________ to ________ Dates: ________ to ________

**HOSPITALS:**

Name: ________________ Name: ________________
Address: ________________ Address: ________________
City: ________ State: ________ Zip Code: ________ City: ________ State: ________ Zip Code: ________
Phone: ________________ Fax: ________________ Phone: ________________ Fax: ________________
Dates Confined: ________ to ________ Dates Confined: ________ to ________

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name: ________________ Policy Number: ________________
Address: ________________ Member ID: ________________
City: ________ State: ________ Zip Code: ________ Dates of Coverage: ________ to ________
Phone Number: ________________ Fax Number: ________________

**PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.**

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ________________________ Date ________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

# Authorization For Release Of Information

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

1. In connection with a claim for benefits, I (the undersigned) **authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Name of Insured: ______________________________
   (Last) (First) (Middle)

   Date of Birth: ____________ Social Security Number: ____________

2. **Information to be released (hereinafter referred to as "My Information"):**
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage, claims or benefits; and/or
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, retirement income, financial information, earnings and employment history).

3. **Information to be released to:** The Lincoln National Life Insurance Company ("Lincoln")
   PO Box 2609
   Omaha, NE 68103-2609

4. **I understand My Information will be used by Lincoln to evaluate and administer my claim for benefits. I also authorize Lincoln to release My Information as follows:**
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by Lincoln, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing me with wellness, disability or leave related services as part of an employer sponsored benefit plan; or
   - for self-insured disability plans only, to my employer; or
   - for fully insured plans, I understand the information obtained with this Authorization may be used in discussions between Lincoln and my employer regarding my functional capacity, and any related restrictions and limitations, in order to facilitate my return to work; or
   - as otherwise may be required by law or as I may further authorize.

5. I understand My Information may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be re-disclosed or reused by the recipient under Colorado law.
6. I understand that I may revoke this Authorization in writing at any time, except to the extent Lincoln has taken action in reliance on this Authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below, or the duration of my claim for benefits, whichever is shorter.
7. A photocopy of this Authorization is to be considered as valid as the original. I am entitled to receive a copy of this Authorization.

**SIGNATURE** ______________________________ **DATE** ____________

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

**PRINT NAME**: ______________________________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient ____________

**ADDRESS:** ______________________________
(Street)

______________________________
(City) (State) (Zip Code)

**PHONE NO:** ______________________________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

## Keefer, Dawn

**From:** LFGAppeals
**Sent:** Wednesday, September 25, 2024 5:02 PM
**To:** entrprserip
**Subject:** FW: Re: LTD #1230085410
**Attachments:** Loper.pdf

---

**From:** Soto, Melissa <Melissa.Soto@lfg.com>
**Sent:** Wednesday, September 25, 2024 4:00:18 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Subject:** Re: LTD #1230085410

Good afternoon:

Can you please load this document into the above LTD claim. It was previously loaded into a STD claim.

Thank you,

*Melissa Soto*
Claim Resolution Specialist
Appeals Department
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68122

800-423-2765 *2536 Office
402-361-2536 Fax

LincolnFinancial.com

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

## Keefer, Dawn

**From:** LFGAppeals
**Sent:** Tuesday, October 15, 2024 9:57 AM
**To:** entrprserip
**Subject:** FW: R LOPER 1230085410 ONCOL FINAL REPORT.pdf
**Attachments:** R LOPER 1230085410 ONCOL FINAL REPORT.pdf

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Tuesday, October 15, 2024 8:57:15 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Subject:** R LOPER 1230085410 ONCOL FINAL REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT


**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Keefer, Dawn

**From:** LFGAppeals
**Sent:** Wednesday, November 6, 2024 7:37 AM
**To:** entrprserip
**Subject:** FW: Loper/Robert Claim 1230085410
**Attachments:** 2024.11.05 Ltr to LFG Re Response to Peer Review and Supplemental Qs.pdf

---

**From:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Sent:** Wednesday, November 6, 2024 6:35:03 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Loper/Robert Claim 1230085410

Please add attachment as it's own entry into AWD and Docsnet

**Lisa Kurtz**
Claim Resolution Specialist
GP CLM Shared Services
800-423-2765 x 66442 Office

**The Lincoln National Life Insurance Company**
LincolnFinancial.com

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Hadley Brouhard <hbrouhard@hq-law.com>
**Sent:** Tuesday, November 5, 2024 1:35 PM
**To:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Subject:** Loper/Robert Claim 1230085410

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please see the attached.

Best,

***Hadley Brouhard***
*Paralegal*
*She/Her/Hers*

Hawks Quindel s.c.
409 E. Main Street, Madison, WI 53703
Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

## Keefer, Dawn

**From:** LFGAppeals
**Sent:** Tuesday, November 5, 2024 8:46 AM
**To:** entrprserip
**Subject:** FW: Robert Loper, Claim 1230085410

---

**From:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Sent:** Tuesday, November 5, 2024 7:45:27 AM (UTC-06:00) Central Time (US & Canada)
**To:** Matt Vieth <mvieth@hq-law.com>
**Cc:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** RE: Robert Loper, Claim 1230085410

Mr. Vieth,

We have reviewed your letter of October 30, 2024, and have taken it to consideration. However, before we provide any further response, we will await your final response to the medical review report which was sent to you on October 16, 2024 and will proceed at that point in time.

Regards,
Lisa

**Lisa Kurtz**
Claim Resolution Specialist
GP CLM Shared Services
800-423-2765 x 66442 Office

**The Lincoln National Life Insurance Company**
LincolnFinancial.com

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Matt Vieth <mvieth@hq-law.com>
**Sent:** Monday, November 4, 2024 4:07 PM
**To:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Subject:** Robert Loper, Claim 1230085410

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Lisa – In follow up to our phone call, are you able to respond in writing as to the basis for declining response to our 10/30 letter? Email or letter is fine.

Thank you,

***Matt Vieth***
*Legal Assistant*
*He/Him/His*

Hawks Quindel s.c.

409 E Main Street • P.O. Box 2155 • Madison, WI 53701
Direct Phone: (608) 308-8204
Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

**Keefer, Dawn**

**From:** LFGAppeals
**Sent:** Wednesday, September 18, 2024 4:55 PM
**To:** entrprserip
**Subject:** FW: Loper/Robert - Claim 1230085410
**Attachments:** 2024.09.17 Third LTD Appeal Letter.pdf

---

**From:** Hadley Brouhard <hbrouhard@hq-law.com>
**Sent:** Wednesday, September 18, 2024 3:53:20 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Loper/Robert - Claim 1230085410

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

***Hadley Brouhard***
*Paralegal*
*She/Her/Hers*

Hawks Quindel s.c.

409 E. Main Street, Madison, WI 53703
Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

## Keefer, Dawn

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, August 5, 2024 10:01 AM |
| **To:** | entrprserip |
| **Subject:** | FW: 1230085140 (secure) |

---

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Monday, August 5, 2024 9:01:21 AM (UTC-06:00) Central Time (US & Canada)
**To:** MVieth@hq-law.com <MVieth@hq-law.com>
**Subject:** 1230085140 (secure)

Good morning:

This is in response to your firm's letter dated 7/30/24 pertaining to client Robert Loper.

As it stands, the appeal decision is due 8/29/24 barring any future tolling. The file is currently undergoing a peer review by a Board Certified physician and we will reach out again once this review is complete to discuss next steps.

Let me know if you have any further questions. Have a good rest of your day.


**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

## Keefer, Dawn

**From:** LFGAppeals
**Sent:** Thursday, August 8, 2024 2:04 PM
**To:** entrprserip
**Subject:** FW: R LOPER 1230085410 ONCOL REPORT.pdf
**Attachments:** R LOPER 1230085410 ONCOL REPORT.pdf

---

**From:** Nettell, Karryn <Karryn.Nettell@lfg.com>
**Sent:** Thursday, August 8, 2024 1:02:41 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Cc:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Subject:** R LOPER 1230085410 ONCOL REPORT.pdf

Please index as:

Business Area: GPRISKCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT


**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, August 19, 2024 2:42 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Loper/Robert LTD Claim No.: 1230085140 |
| **Attachments:** | 2024.08.19 Peer Review Response to LFG.pdf |

---

**From:** Hadley Brouhard <hbrouhard@hq-law.com>
**Sent:** Monday, August 19, 2024 1:41:13 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** Loper/Robert LTD Claim No.: 1230085140

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

***Hadley Brouhard***
*Paralegal*
*She/Her/Hers*

Hawks Quindel s.c.

409 E. Main Street, Madison, WI 53703
Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

**Keefer, Dawn**

---

**From:** LFGAppeals
**Sent:** Friday, August 23, 2024 8:52 PM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1230085410 (SECURE)

---

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Friday, August 23, 2024 7:52:26 PM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1230085410 (SECURE)

Please add to AWD


**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**


---

**From:** Wells, Monica <MWells@gundersenhealth.org>
**Sent:** Friday, August 23, 2024 6:23 PM
**To:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Subject:** Automatic reply: Lincoln Financial Group Information for Claim 1230085410 (SECURE)


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Thank you for your email. I am currently out of the office until **Wednesday, 8/28/2024.**

For immediate assistance, please contact the Benefits department at HR-Benefits@gundersenhealth.org

Have a great day!

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Saturday, July 20, 2024 8:26 AM
**To:** entrprserip
**Subject:** FW: Robert Loper - Claim (GUNDERLUTH)
**Attachments:** 2024.07.17 Ltr to LFG enc Med Rec.pdf

---

**From:** Claims
**Sent:** Saturday, July 20, 2024 8:24:21 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** mvieth@hq-law.com
**Subject:** Re: Robert Loper - Claim (GUNDERLUTH)

Good morning, Matt

Thank you for your email. I have forwarded this information to our Disability department to attach to claim 12300

In the future, please feel free to email your Disability claim forms directly to our Disability team at disabilityclaim
items you are submitting, please continue to contact us at claims@lfg.com.

Please let us know if we can be of further assistance.

Thank you,

Rukayat Ahmed

Customer Care Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration

FAX: 877-573-6177 Email: clientservices@lfg.com

Claims

Disability Fax: 877-843-3950

Life Fax: 800-462-4660

Email: claims@lfg.com

Insurance products are issued by the insurance company
affiliates of Lincoln Financial Group: The Lincoln National Life Insurance
Company and Lincoln Life & Annuity Company of New York. The Lincoln
National Life Insurance Company is not authorized in the state of New York.
Lincoln Financial Group is the marketing name for Lincoln National Corporation
and its affiliates.

---

**To:** Claims@lfg.com
**From:** mvieth@hq-law.com
**Sent:** Jul 17, 2024 at 06:04 PM EDT
**Subject:** Robert Loper - Claim 1230085140

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached medical records in support of Mr. Loper's appeal.

Thank you,

***Matt Vieth***

*Legal Assistant*

*He/Him/His*

Hawks Quindel s.c.

409 E Main Street • P.O. Box 2155 • Madison, WI 53701

Direct Phone: (608) 308-8204

Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Tuesday, June 4, 2024 9:24 AM |
| **To:** | entrprserip |
| **Subject:** | FW: 1230085410 (secure) |

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Tuesday, June 4, 2024 8:24:17 AM (UTC-06:00) Central Time (US & Canada)
**To:** Matt Vieth <mvieth@hq-law.com>
**Subject:** RE: 1230085410 (secure)

Good morning and thank you for your email.

We will add the letter to your client's file. Further communication regarding your client's file will come from the claims area following completion of the additional medical review.

Have a good rest of your day.


**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**


**From:** Matt Vieth <mvieth@hq-law.com>
**Sent:** Monday, June 3, 2024 2:14 PM
**To:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Subject:** RE: 1230085410 (secure)


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hi Kelly – Please see attached response to your message.

Sincerely,


***Matt Vieth***
*Legal Assistant*
*He/Him/His*

Hawks Quindel s.c.
409 E Main Street • P.O. Box 2155 • Madison, WI 53701
Direct Phone: (608) 308-8204
Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Wednesday, May 29, 2024 12:52 PM
**To:** Matt Vieth <mvieth@hq-law.com>
**Subject:** 1230085410 (secure)
**Importance:** High

This message was sent securely using Zix®

Good afternoon:

This is regarding the LTD appeal submitted on behalf of client, Robert Loper.

After additional review, it was determined that the Pre-Existing look-back dates utilized during the claim review were incorrect. Therefore, the claims area will be performing additional courtesy medical review utilizing the correct look-back dates. Therefore, we are withdrawing the appeal at this time and further communication regarding the claim will come from the claims area.

Please feel free to reach out with any questions. Have a good rest of your day.

**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Friday, June 14, 2024 12:36 PM
**To:** entrprserip
**Subject:** FW: R LOPER 1230085410 ADDENDUM REPORT.pdf
**Attachments:** R LOPER 1230085410 ADDENDUM REPORT.pdf

---

**From:** Nettell, Karryn
**Sent:** Friday, June 14, 2024 12:34:55 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Lieswald, Andrew
**Subject:** R LOPER 1230085410 ADDENDUM REPORT.pdf

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - Addendum REPORT

**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Tuesday, June 25, 2024 10:19 AM
**To:** entrprserip
**Subject:** FW: 1230085410 (secure)
**Attachments:** Determination Letter - Robert Loper.pdf

---

**From:** Lieswald, Andrew
**Sent:** Tuesday, June 25, 2024 10:17:40 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: 1230085410 (secure)

Please file in AWD under claim #1230085410


**Andrew Lieswald**
LTD Technical Specialist
Group Protection

LincolnFinancial.com

1-855-818-2883 Ext.
8129 Office

1-402-951-0540 Fax


---

**From:** Lieswald, Andrew
**Sent:** Tuesday, June 25, 2024 9:17 AM
**To:** mvieth@hq-law.com
**Subject:** RE: 1230085410 (secure)

Good Morning Matt,

Please see the attached updated determination letter for the Long-Term Disability claim for Robert Loper (Claim #1230085410). This has been updated based on the courtesy review that was completed with the correct look back periods for the pre-existing review. Based on the updated review, there has been no change to the prior claim determination of a denial due to pre-existing condition.

Let me know if you have any questions.

Thank You,


**Andrew Lieswald**
LTD Technical Specialist
Group Protection

LincolnFinancial.com

1-855-818-2883 Ext.
8129 Office

1-402-951-0540 Fax

**From:** Matt Vieth <mvieth@hq-law.com>
**Sent:** Monday, June 3, 2024 2:14 PM
**To:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Subject:** RE: 1230085410 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Kelly – Please see attached response to your message.

Sincerely,

***Matt Vieth***
*Legal Assistant*
*He/Him/His*

Hawks Quindel s.c.

409 E Main Street • P.O. Box 2155 • Madison, WI 53701
Direct Phone: (608) 308-8204
Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Wednesday, May 29, 2024 12:52 PM
**To:** Matt Vieth <mvieth@hq-law.com>
**Subject:** 1230085410 (secure)
**Importance:** High

This message was sent securely using Zix®

Good afternoon:

This is regarding the LTD appeal submitted on behalf of client, Robert Loper.

After additional review, it was determined that the Pre-Existing look-back dates utilized during the claim review were incorrect. Therefore, the claims area will be performing additional courtesy medical review utilizing the correct look-back dates. Therefore, we are withdrawing the appeal at this time and further communication regarding the claim will come from the claims area.

Please feel free to reach out with any questions. Have a good rest of your day.

**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

## Keefer, Dawn

**From:** LFGAppeals
**Sent:** Saturday, July 20, 2024 8:25 AM
**To:** entrprserip
**Subject:** FW: Robert Loper - Claim (GUNDERLUTH)
**Attachments:** 2024.07.17 Ltr to LFG enc Med Rec.pdf

---

**From:** Claims <Claims@lfg.com>
**Sent:** Saturday, July 20, 2024 7:24:21 AM (UTC-06:00) Central Time (US & Canada)
**To:** mvieth@hq-law.com <mvieth@hq-law.com>
**Subject:** Re: Robert Loper - Claim (GUNDERLUTH)

Good morning, Matt

Thank you for your email. I have forwarded this information to our Disability department to attach to claim 12300

In the future, please feel free to email your Disability claim forms directly to our Disability team at disabilityclaim items you are submitting, please continue to contact us at claims@lfg.com.

Please let us know if we can be of further assistance.

Thank you,

Rukayat Ahmed

Customer Care Lincoln Financial Group

8801 Indian Hills Drive

Omaha, NE 68114

Toll Free Phone: 800-423-2765

Administration

FAX: 877-573-6177 Email: clientservices@lfg.com

Claims

Disability Fax: 877-843-3950

Life Fax: 800-462-4660

Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**To:** Claims@lfg.com
**From:** mvieth@hq-law.com
**Sent:** Jul 17, 2024 at 06:04 PM EDT
**Subject:** Robert Loper - Claim 1230085140

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached medical records in support of Mr. Loper's appeal.

Thank you,

***Matt Vieth***

*Legal Assistant*

*He/Him/His*

Hawks Quindel s.c.

409 E Main Street • P.O. Box 2155 • Madison, WI 53701

Direct Phone: (608) 308-8204

Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

## Keefer, Dawn

**From:** LFGAppeals
**Sent:** Tuesday, June 4, 2024 9:20 AM
**To:** entrprserip
**Subject:** FW: 1230085410 (secure)
**Attachments:** 2024.06.03 Ltr to LFG re 90 Day Deadline.pdf

---

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Tuesday, June 4, 2024 8:20:01 AM (UTC-06:00) Central Time (US & Canada)
**To:** LFGAppeals <LFGAppeals@lfg.com>
**Subject:** FW: 1230085410 (secure)

Please add to AWD


**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**


---

**From:** Matt Vieth <mvieth@hq-law.com>
**Sent:** Monday, June 3, 2024 2:14 PM
**To:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Subject:** RE: 1230085410 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Kelly – Please see attached response to your message.

Sincerely,


***Matt Vieth***
*Legal Assistant*
*He/Him/His*

Hawks Quindel s.c.

409 E Main Street • P.O. Box 2155 • Madison, WI 53701
Direct Phone: (608) 308-8204

Phone: (608) 257-0040 • Fax: (608) 256-0236 • www.hq-law.com

**PLEASE NOTE:** If you receive this email in error, use or disclosure is prohibited. Please notify me of the error by email and delete this email. Thank you.

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Wednesday, May 29, 2024 12:52 PM
**To:** Matt Vieth <mvieth@hq-law.com>
**Subject:** 1230085410 (secure)
**Importance:** High

This message was sent securely using Zix®

Good afternoon:

This is regarding the LTD appeal submitted on behalf of client, Robert Loper.

After additional review, it was determined that the Pre-Existing look-back dates utilized during the claim review were incorrect. Therefore, the claims area will be performing additional courtesy medical review utilizing the correct look-back dates. Therefore, we are withdrawing the appeal at this time and further communication regarding the claim will come from the claims area.

Please feel free to reach out with any questions. Have a good rest of your day.

**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

**Keefer, Dawn**

---

**From:** Disability Claims
**Sent:** Friday, December 8, 2023 9:35 AM
**To:** entrprserip
**Subject:** FW: Long-Term Disability Claim
**Attachments:** Gundersen Health System Special Auth.pdf

---

**From:** Gallo, Crystal
**Sent:** Friday, December 8, 2023 9:34:59 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Long-Term Disability Claim

Please upload into claim 1230085410

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** bob loper <bobllegman@yahoo.com>
**Sent:** Friday, December 8, 2023 9:23 AM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Subject:** Re: Long-Term Disability Claim

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Crystal what is your address and direct fax number. ill work this from my end too.

On Friday, December 8, 2023 at 06:11:24 AM CST, Gallo, Crystal <crystal.gallo@lfg.com> wrote:

Good Morning Bob,

I just wanted to reach out to you because I missed that we never received any medical records from Dr. Gail Harmon for the dates of 06/01/2022 to 09/01/2022. However it appears that we never received the Gundersen Authorization form for me to request these on your behalf.

Would you either please complete the attached form so that I can put in the request or if you have access to your online portal or can get the records for me that would be great.

I apologize for my oversight.

Thank you

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Friday, December 8, 2023 10:00 AM
**To:** entrprserip
**Subject:** FW: Long-Term Disability Claim
**Attachments:** LOPER_ROBERT J_Loper_ Robert J_118075393-1_12_08_23_0842.PDF

---

**From:** Gallo, Crystal
**Sent:** Friday, December 8, 2023 10:00:15 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Long-Term Disability Claim

Please upload into claim 1230085410

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** bob loper <bobllegman@yahoo.com>
**Sent:** Friday, December 8, 2023 9:56 AM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Subject:** Re: Long-Term Disability Claim

i called medical records and this is what they have for date range 6/1/22 to 8/31/22.

On Friday, December 8, 2023 at 08:32:12 AM CST, Gallo, Crystal <crystal.gallo@lfg.com> wrote:

Good Morning Bob,

My direct fax number is 402-951-0540.

I will call over to the doctor too and if I can get it over the phone I will do that and let you know.

Thank you

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** bob loper <bobllegman@yahoo.com>
**Sent:** Friday, December 8, 2023 9:23 AM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Subject:** Re: Long-Term Disability Claim

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Crystal what is your address and direct fax number. ill work this from my end too.

On Friday, December 8, 2023 at 06:11:24 AM CST, Gallo, Crystal <crystal.gallo@lfg.com> wrote:

Good Morning Bob,

I just wanted to reach out to you because I missed that we never received any medical records from Dr. Gail Harmon for the dates of 06/01/2022 to 09/01/2022. However it appears that we never received the Gundersen Authorization form for me to request these on your behalf.

Would you either please complete the attached form so that I can put in the request or if you have access to your online portal or can get the records for me that would be great.

I apologize for my oversight.

Thank you

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

855-818-2883 x6435
Office

**Lincoln Financial Group**
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Thursday, December 14, 2023 7:10 AM
**To:** entrprserip
**Subject:** FW: Long-Term Disability Claim
**Attachments:** Gundersen Health System Special Auth.pdf

---

**From:** Gallo, Crystal
**Sent:** Thursday, December 14, 2023 7:09:48 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Long-Term Disability Claim

Please upload into claim 1230085410


**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** bob loper <bobllegman@yahoo.com>
**Sent:** Friday, December 8, 2023 9:15 AM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Subject:** Re: Long-Term Disability Claim


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hi Crystal, i filled out the same form in November. maybe i didnt send it to you? anyway its attached here. also, i didn't see Dr. Harmon until December of 2022.

On Friday, December 8, 2023 at 06:11:24 AM CST, Gallo, Crystal <crystal.gallo@lfg.com> wrote:

Good Morning Bob,

I just wanted to reach out to you because I missed that we never received any medical records from Dr. Gail Harmon for the dates of 06/01/2022 to 09/01/2022. However it appears that we never received the Gundersen Authorization form for me to request these on your behalf.

Would you either please complete the attached form so that I can put in the request or if you have access to your online portal or can get the records for me that would be great.

I apologize for my oversight.

Thank you

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, January 10, 2024 2:49 PM
**To:** entrprserip
**Subject:** FW: R LOPER 1230085410 FINAL REPORT.pdf
**Attachments:** R LOPER 1230085410 FINAL REPORT.pdf

---

**From:** Nettell, Karryn
**Sent:** Wednesday, January 10, 2024 2:48:53 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Gallo, Crystal
**Subject:** R LOPER 1230085410 FINAL REPORT.pdf

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT


**Karryn Nettell**
File Support Coordinator
Group Protection

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
402-361-6757 Mobile



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Keefer, Dawn**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, May 29, 2024 1:52 PM |
| **To:** | entrprserip |
| **Subject:** | FW: 1230085410 (secure) |
| **Importance:** | High |

---

**From:** Tedford, Kelly <Kelly.Tedford@lfg.com>
**Sent:** Wednesday, May 29, 2024 12:51:42 PM (UTC-06:00) Central Time (US & Canada)
**To:** MVieth@hq-law.com <MVieth@hq-law.com>
**Subject:** 1230085410 (secure)

Good afternoon:

This is regarding the LTD appeal submitted on behalf of client, Robert Loper.

After additional review, it was determined that the Pre-Existing look-back dates utilized during the claim review were incorrect. Therefore, the claims area will be performing additional courtesy medical review utilizing the correct look-back dates. Therefore, we are withdrawing the appeal at this time and further communication regarding the claim will come from the claims area.

Please feel free to reach out with any questions. Have a good rest of your day.

**Kelly Tedford**
Claim Resolution Specialist
LTD/Life Waiver
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 *2593
Office

402-361-1460 Fax

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, November 29, 2023 9:30 AM
**To:** entrprserip
**Subject:** FW: A fax has arrived from remote ID '18666747481'.
**Attachments:** 017DD579.tif

---

From: Gallo, Crystal
Sent: Wednesday, November 29, 2023 9:30:12 AM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: A fax has arrived from remote ID '18666747481'.

Please upload into claim 1230085410

Crystal Gallo
LTD Claims Specialist I
GP CLM LTD, Life Waiver

Lincoln Financial Group
LincolnFinancial.com
855-818-2883 x6435 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Lieswald, Andrew <Andrew.Lieswald@lfg.com>
Sent: Wednesday, November 29, 2023 9:15 AM
To: Gallo, Crystal <Crystal.Gallo@lfg.com>
Subject: FW: A fax has arrived from remote ID '18666747481'.

Andrew Lieswald
LTD Technical Specialist
Group Protection
1-402-361-8129 Office

-----Original Message-----

From: RightFaxUser <RightFaxUser@lfg.com>
Sent: Wednesday, November 29, 2023 8:06 AM
To: Lieswald, Andrew <Andrew.Lieswald@lfg.com>
Subject: A fax has arrived from remote ID '18666747481'.

A fax has arrived from remote ID '18666747481'.

---

---

11/29/2023 8:59:12 AM Transmission Record
Received from remote ID: 18666747481
Inbound user ID AN2LI3, routing code 4029510540
Result: (0) Success
Page record: 1 - 7
Elapsed time: 05:09 on channel 0

11/29/2023 9:05:05 AM Conversion
Created 1 file(s) in format image/tiff
(VA1PWFAX301:FaxConverter)

11/29/2023 9:05:05 AM Forward
Forwarded from AN2LI3 to OMAHAFAX
Notes: Fax was automatically forwarded by AN2LI3 upon receipt

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Friday, December 1, 2023 8:12 AM
**To:** entrprserip
**Subject:** FW: R LOPER 1230085410 - MED REC REQUEST STATUS (SECURE)

---

**From:** Drake, Jasmine
**Sent:** Friday, December 1, 2023 8:11:47 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: R LOPER 1230085410 - MED REC REQUEST STATUS (SECURE)

Good morning. Please upload to claim 1230085410 in AWD. Thank you.

**Jasmine Drake**
File Support Coordinator

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
555-770-9077 Direct

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** RxRecords <RxRecords@cvs.com>
**Sent:** Thursday, November 30, 2023 3:58 PM
**To:** Drake, Jasmine <Jasmine.Drake@lfg.com>
**Cc:** RxRecords <RxRecords@cvs.com>
**Subject:** RE: R LOPER 1230085410 - MED REC REQUEST STATUS (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Thank you for contacting the CVS Prescription Records Service Center.

In response to your inquiry/comment, We have received your request and it has been placed in our queue for processing.

If you have any further questions, please feel free to call us at (800) 287-2414 or email us at RxRecords@CVSHealth.com.

*Colleen*
**Coordinator of RxRecords**
**CVS HEALTH**

Phone 800-287-2414 option 3, Option 5
Fax 401-652-1593 – request with authorizations
Fax 401-765-9304 - subpoenas
**RXRecords@cvs.com**

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure,

dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by email or telephone and destroy all copies of this communication and any attachments. Thank You.

---

**From:** Drake, Jasmine <Jasmine.Drake@lfg.com>
**Sent:** Wednesday, November 29, 2023 11:30 AM
**To:** RxRecords <RxRecords@cvs.com>
**Subject:** [EXTERNAL] R LOPER 1230085410 - MED REC REQUEST STATUS (SECURE)

****** External Email - Use Caution ******

This message was sent securely using Zix®

Good Morning,
Please see attached medical record request and confirm receipt of request by emailing me @ jasmine.drake@lfg.com or faxing to 877-843-3950 at your earliest convenience.
Thank you
Jasmine

**Jasmine Drake**
File Support Coordinator

**Lincoln Financial Group**
LincolnFinancial.com

800-423-2765 Office
555-770-9077 Direct

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, November 29, 2023 7:50 AM
**To:** entrprserip
**Subject:** FW: Mayo release of info revised
**Attachments:** 2023-11-22 16-04.pdf

---

**From:** Gallo, Crystal
**Sent:** Wednesday, November 29, 2023 7:49:46 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Mayo release of info revised

Please upload into claim 1230085410


**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**


---

**From:** Bob Loper <bobllegman@yahoo.com>
**Sent:** Wednesday, November 22, 2023 10:50 PM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Subject:** Mayo release of info revised

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

--
Sent with Genius Scan for iOS.
https://dl.tglapp.com/genius-scan

Sent from my iPhone

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, November 29, 2023 9:30 AM
**To:** entrprserip
**Subject:** FW: A fax has arrived from remote ID '18666747481'.
**Attachments:** 017DD579.tif

---

From: Gallo, Crystal
Sent: Wednesday, November 29, 2023 9:30:12 AM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: A fax has arrived from remote ID '18666747481'.

Please upload into claim 1230085410

Crystal Gallo
LTD Claims Specialist I
GP CLM LTD, Life Waiver

Lincoln Financial Group
LincolnFinancial.com
855-818-2883 x6435 Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

-----Original Message-----
From: Lieswald, Andrew <Andrew.Lieswald@lfg.com>
Sent: Wednesday, November 29, 2023 9:15 AM
To: Gallo, Crystal <Crystal.Gallo@lfg.com>
Subject: FW: A fax has arrived from remote ID '18666747481'.

Andrew Lieswald
LTD Technical Specialist
Group Protection
1-402-361-8129 Office

-----Original Message-----

From: RightFaxUser <RightFaxUser@lfg.com>
Sent: Wednesday, November 29, 2023 8:06 AM
To: Lieswald, Andrew <Andrew.Lieswald@lfg.com>
Subject: A fax has arrived from remote ID '18666747481'.

A fax has arrived from remote ID '18666747481'.

---

---

11/29/2023 8:59:12 AM Transmission Record
Received from remote ID: 18666747481
Inbound user ID AN2LI3, routing code 4029510540
Result: (0) Success
Page record: 1 - 7
Elapsed time: 05:09 on channel 0

11/29/2023 9:05:05 AM Conversion
Created 1 file(s) in format image/tiff
(VA1PWFAX301:FaxConverter)

11/29/2023 9:05:05 AM Forward
Forwarded from AN2LI3 to OMAHAFAX
Notes: Fax was automatically forwarded by AN2LI3 upon receipt

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, November 15, 2023 11:50 AM
**To:** entrprserip
**Subject:** FW: Intelliscript - Robert Loper
**Attachments:** Intelliscript - Robert Loper.pdf

---

**From:** Lieswald, Andrew
**Sent:** Wednesday, November 15, 2023 11:48:33 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Gallo, Crystal
**Subject:** Intelliscript - Robert Loper

Please file in AWD under claim #1230085410

**Andrew Lieswald**
LTD Technical Specialist
Group Protection

LincolnFinancial.com

1-402-361-8129 Office

1-402-951-0540 Fax

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, November 15, 2023 11:50 AM
**To:** entrprserip
**Subject:** FW: (SECURE) NOGRPID DEAS <oma_kiigr1>

---

**From:** Claims
**Sent:** Wednesday, November 15, 2023 11:50:14 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** rdeas2u@gmail.com
**Subject:** (SECURE) NOGRPID DEAS <oma_kiigr1>

Hi Richard,
Thank you for your email. I have forwarded this information to our Disability department to attach to your claim. Please allow 5-7 business days for review.

In the future, please feel free to email your Disability claim forms directly to our Disability team at disabilityclaims@lfg.com for processing. If you should have questions regarding the items you are submitting, please continue to contact us at claims@lfg.com.

Please let us know if we can be of further assistance.

Thank you,

**Kimberly Greene**
**Customer Care**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance

Company is not authorized in the state of New York.  Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 11/14/2023 4:53 AM, From: rdeas2u@gmail.com, To: Claims@lfg.com; , Subject: Re: (secure) Re: Richard Deas # 1061085 <oma_jeuch47> CTI_CALL, richard deas wrote:

Good morning Jessica,

I went by our plan office yesterday to take the Employer Statement and the representative their has started working on it so you should have that from them this this week. I also hand delivered the Attending Physician statement form to my physicia,  please note that it may take them up to a week to fill it out. As soon as they do they are going to send it over to you and I will also pick up a copy and scan it into the portal.

Have a great day

Richard Deas
843 270-2752

On Nov 13, 2023, at 7:33 PM, Claims@lfg.com wrote:

This message was sent securely using Zix®

Good evening Richard,

Thank you for your email. I have looked a little deeper into the notes of claim 1230086817 and it appears we have received your authorization form but are currently needing the Employer Statement and the Attending physicians statement. I have attached the Attending Physicians statement, and the Claims examiner has reached out to your employer for their portion.

Please let us know if we can further assist you.

Thank you,

**Jessica Chenault**
**Customer Care**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 11/10/2023 7:01 PM, From: rdeas2u@gmail.com, To: Claims@lfg.com; , Subject: Re: (secure) Re: Richard Deas # 1061085 <oma_ocxaf7> CTI_CALL, richard deas wrote:

Good evening,

Do we get the forms online? OK just a little confused because when we spoke with the initial representative from your office she took information over the phone and then informed us she would send the Dr. the form she said she has the fax number for the Dr. already when we provided the name.

Are the forms going to be sent to us via email?

Have a great day

Richard Deas

On Nov 10, 2023, at 6:52 PM, Claims@lfg.com wrote:

This message was sent securely using Zix®

Hello,

Thank you for your email. We will still require the (Employee Statement, Attending Physician's Statement, and Authorization form) before we can begin the initial review. Once this information is received, please allow 5 to 7 business days for the initial review. In that time a determination will be made, or additional information will be requested.

Please let us know if we can be of further assistance.

Thank you,

**Octiavia Afzal**
**Customer Care**
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

Toll Free Phone: 800-423-2765

**Administration**
Fax: 877-573-6177
Email: clientservices@lfg.com

**Claims**
Disability Fax: 877-843-3950
Dental Fax: 877-843-3945
Life Fax: 800-462-4660
Email: claims@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

On 11/10/2023 7:49 AM, From: rdeas2u@gmail.com, To: Claims@lfg.com; , Subject: Richard Deas #1230086817 CTI_CALL, richard deas wrote:

> ***This email is from an external source. Only open links and attachments from a Trusted Sender.***
>
> Good morning,
>
> Please let me know if you have sent the Dr. Office the necessary forms and if you have not heard back. I went for an appointment in yesterday with them and they advise they didn't show receiving anything. In the event you have, please email me a copy and I will take it to them today to ensure they receive it.
>
> Thanks in advance
> Have a great day
>
> Richard Deas
> (843) 270 0751

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, November 29, 2023 7:50 AM
**To:** entrprserip
**Subject:** FW: Mayo release of info
**Attachments:** 2023-11-22 12-22.pdf

---

**From:** Gallo, Crystal
**Sent:** Wednesday, November 29, 2023 7:49:40 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Mayo release of info

Please upload into claim 1230085410


**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Bob Loper <bobllegman@yahoo.com>
**Sent:** Wednesday, November 22, 2023 10:50 PM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Subject:** Mayo release of info

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

--
Sent with Genius Scan for iOS.
https://dl.tglapp.com/genius-scan

Sent from my iPhone

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Thursday, November 9, 2023 7:50 AM
**To:** entrprserip
**Subject:** FW: Medical release of info, clinical notes
**Attachments:** 2023-11-09 06-37.pdf

---

**From:** Gallo, Crystal
**Sent:** Thursday, November 9, 2023 7:49:24 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Medical release of info, clinical notes

Please upload into claim 1230085410

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Bob Loper <bobllegman@yahoo.com>
**Sent:** Thursday, November 9, 2023 7:42 AM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Cc:** Bob Loper <bobllegman@yahoo.com>
**Subject:** Medical release of info, clinical notes

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

--
Sent with Genius Scan for iOS.
https://dl.tglapp.com/genius-scan

Sent from my iPhone

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, November 8, 2023 6:15 AM
**To:** entrprserip
**Subject:** FW: SECURE: Long-Term Disability Claim 1230085410
**Attachments:** Loper - timecard 5.11-8.11.23.pdf

---

**From:** Gallo, Crystal
**Sent:** Wednesday, November 8, 2023 6:14:13 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: SECURE: Long-Term Disability Claim 1230085410

Please upload into claim

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**From:** Wells, Monica <MWells@gundersenhealth.org>
**Sent:** Tuesday, November 7, 2023 4:22 PM
**To:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Subject:** RE: SECURE: Long-Term Disability Claim 1230085410

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

See below and attachments .

## Benefit Coverage History   Robert Loper (239373)

**Benefit Groups**   Gundersen Semi-monthly (FTE >= .75)

Health Care   **Insurance**   Retirement Savings

**Insurance** 8 items

| Current | Benefit Plan | Event Date | Enrollment Event Type | Coverage Begin Date | Deduction Begin Date | Coverage End Date | Deductio Date |
|---|---|---|---|---|---|---|---|
| Yes | Basic Life - Lincoln Financial Group GHS (Employee) | 10/20/2023 | Temporary Basic Life | 09/01/2022 | 09/01/2022 | | |
| | Basic Life - Lincoln Financial Group GHS (Employee) | 02/09/2023 | Temporary Basic Life | 09/01/2022 | 09/01/2022 | | |
| | Basic Life - Lincoln Financial Group GHS (Employee) | 08/02/2022 | Change Beneficiaries | 09/01/2022 | 09/01/2022 | | |
| | Basic Life - Lincoln Financial Group GHS (Employee) | 07/25/2022 | New Hire | 09/01/2022 | 09/01/2022 | 08/01/2022 | 08/01/2 |
| Yes | Supplemental Life - Lincoln Financial Group GHS (Employee) | 07/25/2022 | New Hire | 09/01/2022 | 09/01/2022 | | |
| Yes | Spouse Life - Lincoln Financial Group GHS (Employee) | 07/25/2022 | New Hire | 09/01/2022 | 09/01/2022 | | |
| Yes | Short Term Disability - Lincoln Financial Group GHS (Employee) | 07/25/2022 | New Hire | 09/01/2022 | 09/01/2022 | | |
| Yes | Long Term Disability - Employee Paid - Lincoln Financial Group GHS (Employee) | 07/25/2022 | New Hire | 09/01/2022 | 09/01/2022 | | |

Thank you,

*Monica Wells*
Benefits Specialist | Gundersen Health System
1900 South Avenue | La Crosse, WI 54601 | Mail Stop FS6-002
mwells@gundersenhealth.org
Phone: 608-775-3924| Fax: 608-775-1423

GUNDERSEN
HEALTH SYSTEM.

***Open Enrollment has begun!*** You can review plan options and make your benefit elections in Workday, November 1-21st, with benefit elections taking effect January 1, 2024.

**CONFIDENTIALITY NOTICE:**

This e-mail message, including all attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, you may NOT use, disclose, copy or disseminate this information. Please contact the sender by reply e-mail immediately and destroy all copies of the original message including all attachments.

---

**From:** Gallo, Crystal <Crystal.Gallo@lfg.com>
**Sent:** Wednesday, November 1, 2023 1:50 PM
**To:** Wells, Monica <MWells@gundersenhealth.org>
**Subject:** SECURE: Long-Term Disability Claim 1230085410

This message was sent securely using Zix®

***Attention:*** *You have received this email from someone outside of Gundersen. Please use caution responding, opening attachments or clicking on links. Report this email using the "Report Phish" button in Outlook if you are uncertain about it, if it asks for an account validation, password reset, or claims to be a security alert.*

Hello Monica,

I have been assigned as the Claims Examiner for the Long-Term Disability Claim for Robert Loper; Date of Birth: and I am requesting some assistance with verification of and obtaining the following information:

· Verify last full date worked before going out 8/11/2023

· Verify scheduled regular hours prior to last date work 40

· Verify pay rate as of last full day worked $112,278.40/annual

· Timesheets 3 months prior to last full date worked see attached.

· Verify correct class enrolled 01, Gundersen

· Verify LTD effective date 9/1/2022

· Enrollment Form signed and dated See above screenshot - electronic

· Verify another other income benefits (OIB), i.e., Salary Continuance/Sick pay/Extended Illness Benefit, (outside of Short Term Disability). N/A

· Can return to work accommodations be made (I see that she may have returned to work part time. Please confirm date of return and if its part time or full time) unk at this time.

o Claimant will meet their Elimination Period on 11/11/2023

o If they are receiving Salary Continuance, please provide date(s) and amount(s) N/A

o Verify the amount of Salary continuance pay out end date

Thank you in advance for your assistance.

Crystal

**Crystal Gallo**
LTD Claims Specialist I
GP CLM LTD, Life Waiver

**Lincoln Financial Group**
LincolnFinancial.com

855-818-2883 x6435
Office

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by Zix®.

## STD CLAIM PROFILE

**Date:** 1/10/2025 **LFG** **Claim #:** 1230064639

| | | | | | |
|---|---|---|---|---|---|
| **Insurer:** | The Lincoln National Life Insurance Company | **Posted:** | 8/15/2023 | **Location:** | HOME |
| **Policy:** | 00001008256800000 - Gundersen Health System | **Status:** | CLOSED | **User ID:** | ZAJPI7 |
| | | **Business:** | TRUE STD | | |

**Close Date:** 10/27/2023 **Close Reason:** Maximum Benefit Reached (T65, RBD, etc.)

**Claimant Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | ROBERT LOPER | **Phone:** | | **DOB:** | |
| **SSN:** | | **Sex:** | M | **Hire:** | 7/25/2022 |
| **Address:** | | **Ins Eff:** | 9/1/2022 | | |
| | USA | **Occ:** | PROSTHETIST (medical ser. | **DOT** | 78261022 |
| | | **Salary:** | $112,278.40 | **Period:** | Annual |

**Claim Information** **LTD Pol:** 1494702

**Special Provisions:** **Min Ben:** $100.00

**Ben:** 60% / $1,000.00 **Flat:** **Labor:** 3 **Age:** 60 **Elim Per:** 14 day

**DLW:** 8/11/2023 **DOD:** 8/12/2023 **S/A:** S **W/R:** N **Ben Amt:** $1,000.00

**Diagnosis** **Pri:** C08.9 Malignant neoplasm of major salivary gla **Max Weeks:** 11

**Sec:** **Max Days:** 0

**Recovery Date:** 11/11/2023

**Benefit Information**

**Date Ben Begin:** 8/26/2023 **Weeks Paid:** 11

**Policy Information**

**SS Offset:** Primary & Family **Prex:** 6/12

**Offset Information**

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|

**Alert Information**

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|

**Action Plan**

# Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | ROBERT LOPER | | | **Occupation:** | PROSTHETIST (medical ser.) | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 8/15/2023 | **Months Dis:** | 73 |
| **Claim #:** | 1230064639 | **DOD:** | 8/12/2023 | **Ben:** | $1,000.00 | **Months Pd:** | 11 |
| **Coverage:** | STD | **Status:** | CLOSED | **Close Date:** | 10/27/2023 | **Assignee:** | ZAJPI7 |
| **Policy Holder:** | Gundersen Health System | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | **Close Code:** | Maximum Benefit Reached (T65, RBD, etc.) | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 8/22/2023 | Claim Tasks | 1 | VHA Group - See Grid/Contract | Completed | ZAJPI7 |
| 8/15/2023 10:11:03 AM | Claim Tasks | 1 | VHA Group - See Grid/Contract | Requested | ZAJPI7 |
| 8/22/2023 | Claim Tasks | 2 | Missing Info | Completed | ZAJPI7 |
| | The following fields contained no data when the claim form was submitted: ACCOUNT_ID | | | | |
| 8/15/2023 10:15:39 AM | Claim Tasks | 2 | Missing Info | Requested | ZAJPI7 |
| | The following fields contained no data when the claim form was submitted: ACCOUNT_ID | | | | |
| 8/22/2023 | Claim Tasks | 3 | Verify Offsets | Completed | ZAJPI7 |
| | Verify Offsets | | | | |
| 8/15/2023 10:15:39 AM | Claim Tasks | 3 | Verify Offsets | Requested | ZAJPI7 |
| | Verify Offsets | | | | |
| 8/22/2023 | Claim Tasks | 4 | Verify BLOC / CLOC | Completed | ZAJPI7 |
| | Verify Billing Location | | | | |
| 8/15/2023 10:15:39 AM | Claim Tasks | 4 | Verify BLOC / CLOC | Requested | ZAJPI7 |
| | Verify Billing Location | | | | |
| 11/8/2023 | Claim Tasks | 5 | Set Final Periodic Payment | Completed | ZAJPI7 |
| 8/23/2023 11:43:26 AM | Claim Tasks | 5 | Set Final Periodic Payment | Requested | ZAJPI7 |
| 11/1/2023 | Claim Tasks | 6 | LINKS Review | Completed | CREGA8 |

LTD LINKS TASK TEMPLATE
DOD: 8/12/2023
LTD EP90
STD APPROVED TO: 11/11/2023
STD MBD: 11/11/2023
LTD BCD:11/10/2023
LTD EFF:9/1/2022
LTD PRE-EX: 3/12
"SUMMARY /CURRENT STATUS
/UPDATE:"70 yom, prosthetist/high, Dx: cancer DLW: 8/11/23, DOD: 8/12/23, . ee cont to do chemo, through 8/11/24 weekly chemo tx - based on the severity and age of ee within reason to support claim to std max to allow ee to cont chemo tx mda is 65/365 days
RECOMMENDATION:Claim is approved to 11/11/23 which is std max. Will update LINKs accordingly.
RGO:CINCINNA
- ZAJPI7 - Oct 26, 2023 08:19:09 am

Agree to roll to LTD 70 y/o prosthetist dx neoplasm of major salivary EE receiving chemo weekly until Aug 2024 - MAGHA7 - Oct 26, 2023 01:23:10 pm
LINKS REVIEW

agree can roll to LTD

national VHA assigning to CREGA8 - AXNUTTE - Oct 27, 2023 08:51:13 am

Received 10/27 due 11/01 - CREGA8 - Oct 27, 2023 09:44:46 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/15/2023 8:04:18 PM | Claim Tasks | 6 | LINKS Review | Requested | CREGA8 |

LTD LINKS TASK TEMPLATE
DOD: 8/12/2023
LTD EP90

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

STD APPROVED TO: 11/11/2023
STD MBD: 11/11/2023
LTD BCD:11/10/2023
LTD EFF:9/1/2022
LTD PRE-EX: 3/12
"SUMMARY /CURRENT STATUS
/UPDATE:"70 yom, prosthetist/high, Dx: cancer DLW: 8/11/23, DOD: 8/12/23, . ee cont to do chemo, through 8/11/24 w eekly chemo tx - based on the severity and age of ee w ithin reason to support claim to std max to allow ee to cont chemo tx mda is 65/365 days
RECOMMENDATION:Claim is approved to 11/11/23 w hich is std max. Will update LINKs accordingly.
RGO:CINCINNA
- ZAJPI7 - Oct 26, 2023 08:19:09 am

Agree to roll to LTD 70 y/o prosthetist dx neoplasm of major salivary EE receiving chemo w eekly until Aug 2024 - MAGHA7 - Oct 26, 2023 01:23:10 pm
LINKS REVIEW

agree can roll to LTD

national VHA assigning to CREGA8 - AXNUTTE - Oct 27, 2023 08:51:13 am

Received 10/27 due 11/01 - CREGA8 - Oct 27, 2023 09:44:46 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 9/26/2023 | Documents/Mail<br>2023-09-20-09.52.29.418200O01 | 9 | Claim Form - EE, ER, APS | Completed | ZAJPI7 |
| 9/22/2023 9:22:45 AM | Documents/Mail<br>2023-09-20-09.52.29.418200O01 | 9 | Claim Form - EE, ER, APS | Received | ZAJPI7 |
| 8/22/2023 | Documents/Mail<br>2023-08-18-13.30.47.637940O01 | 2 | Fax | Completed | ZAJPI7 |
| 8/21/2023 2:38:51 PM | Documents/Mail<br>2023-08-18-13.30.47.637940O01 | 2 | Fax | Received | ZAJPI7 |
| 8/22/2023 | Documents/Mail<br>2023-08-18-13.30.47.702940O01 | 3 | Claim Form - EE, ER, APS | Completed | ZAJPI7 |
| 8/21/2023 2:38:51 PM | Documents/Mail<br>2023-08-18-13.30.47.702940O01 | 3 | Claim Form - EE, ER, APS | Received | ZAJPI7 |
| 8/22/2023 | Documents/Mail | 5 | | Completed | ZAJPI7 |

From: Pilus, Zach
Sent: Tuesday, August 22, 2023 10:46 AM
To: Kabliska, Deanna M <dmkablis@gundersenhealth.org>
Cc: Wells, Monica <mw ells@gundersenhealth.org>
Subject: STD Claim 1230064639 Loper (secure)

We have received a claim for Robert Loper. Please verify the follow ing:

* Date last present at w ork? full day? if not, please list hours w orked, and last day w orked full time.
* Salary, basic w eekly earnings?
* Number of Hours w orked per Week?
* Original STD Effective Date
* Original LTD Effective Date
* Insurance Class
* Occupation
* Date of Hire
* Returned to Work? If not, estimate date of return?

- ZAJPI7 - Aug 22, 2023 10:46:55 am



**Lincoln/Loper 2268**

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/22/2023 | Documents/Mail | 4 | Claim Form - Authorization | Completed | ZAJPI7 |
| | 2023-08-18-13.30.47.747940O01 | | | | |
| 8/21/2023 2:38:52 PM | Documents/Mail | 4 | Claim Form - Authorization | Received | ZAJPI7 |
| | 2023-08-18-13.30.47.747940O01 | | | | |
| 8/23/2023 | Documents/Mail | 6 | | Completed | ZAJPI7 |

From: Pilus, Zach <Zach.Pilus@lfg.com>
Sent: Tuesday, August 22, 2023 10:46 AM
To: Kabliska, Deanna M <DMKablis@gundersenhealth.org>
Cc: Wells, Monica <MWells@gundersenhealth.org>
Subject: STD Claim 1230064639 Loper (secure)

This message w as sent securely using Zix®

Attention: You have received this email from someone outside of Gundersen. Please use caution responding, opening attachments or clicking on links. Report this email using the "Report Phish" button in Outlook if you are uncertain about it, if it asks for an account validation, passw ord reset, or claims to be a security alert.

We have received a claim for Robert Loper. Please verify the follow ing:

* Date last present at w ork? full day? if not, please list hours w orked, and last day w orked full time. 8/11/2023
* Salary, basic w eekly earnings?  $112,278/annual
* Number of Hours w orked per Week? 40
* Original STD Effective Date 9/1/2022
* Original LTD Effective Date 9/1/2022
* Insurance Class 01, Gundersen
* Occupation  Prosthetist Orthotist
* Date of Hire  7/25/2022
* Returned to Work? If not, estimate date of return? no, unk

 - ZAJPI7 - Aug 23, 2023 11:38:52 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/22/2023 | Documents/Mail | 1 | Email | Completed | ZAJPI7 |
| | 2023-08-16-10.33.30.958900O01 | | | | |
| 8/17/2023 10:34:42 AM | Documents/Mail | 1 | Email | Received | ZAJPI7 |
| | 2023-08-16-10.33.30.958900O01 | | | | |
| 9/26/2023 | Documents/Mail | 10 | STD Extension Letter | Completed | ZAJPI7 |
| | STD Extension Letter | | | | |
| 9/26/2023 | Documents/Mail | 11 | STD Extension Letter | Completed | ZAJPI7 |
| | STD Extension Letter | | | | |
| 8/23/2023 | Documents/Mail | 7 | STD Approval Letter Generic | Completed | ZAJPI7 |
| | STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability | | | | |
| 8/23/2023 | Documents/Mail | 8 | STD Approval Letter Generic | Completed | ZAJPI7 |
| | STD Approval Letter GenericAttachments:Translation servicesGroup Continuance of Disability | | | | |
| 9/6/2023 10:02:23 PM | Payments | | DEPOSIT 8/26/2023 - 9/9/2023 | INITIAL | ZAJPI7 |
| 10/27/2023 9:20:11 PM | Payments | | DEPOSIT 10/21/2023 - 11/11/2023 | CURRENT | AXNUTTE |
| 10/27/2023 9:20:11 PM | Status | | Maximum Benefit Reached (T65, RBD, etc.) | CLOSED | BRMCLSDIRY |
| 11/8/2023 | Summary/Assessment/Path | 1 | | Completed | ZAJPI7 |

Summary Notes

Assessment Notes

Path Notes

70/m prosrhetist /3 dod 8/12/23 dx malignant salvary and carcinoma dlw  unkn

eligbility- vha grod july 23 cha grid 5720 std ltd eff 9/1/22 no pre ex 100ee

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

path- inc missing er emailed er - aps states dod 8/12/23 due to major salvary - ee in trial at u of w hospital -

sum- misisng er emailed er once er recd cna ocn tw ith claim - ZAJPI7 - Aug 22, 2023 10:50:18 am
UPDATED ASSESSMENT
recd er dlw 8/11/23 and std and ltd 9/1/22 no pre ex as ee signed up during enroll period- can cont w ith claim based on sap ee had neoplasm of major salivary mda is 56 days for medical tx w ithin mda t osupport claim to mda to allow ee to cont ttrial tx at u of w hospitla

UPDATED PATH
approving claim to 10/7/23 - ZAJPI7 - Aug 23, 2023 11:43:24 am

UPDATED ASSESSMENT
recd gcod and ee cont to do chemo, through 8/11/24 w eekly chemo - based on the severity and cancer tx w ithin reason to support claim to std max to allow ee to cont chemo

UPDATED PATH
ext claim to 11/11/23 and letter sent - ZAJPI7 - Sep 26, 2023 02:02:40 pm

| 8/22/2023 10:47:30 AM | Summary/Assessment/Pa | 1 | h | Requested | ZAJPI7 |
|---|---|---|---|---|---|

Summary Notes

Assessment Notes

Path Notes

70/m prosrhetist /3 dod 8/12/23 dx malignant salvary and carcinoma dlw unkn

eligbility- vha grod july 23 cha grid 5720 std ltd eff 9/1/22 no pre ex 100ee

path- inc missing er emailed er - aps states dod 8/12/23 due to major salvary - ee in trial at u of w hospital -

sum- misisng er emailed er once er recd cna ocn tw ith claim - ZAJPI7 - Aug 22, 2023 10:50:18 am
UPDATED ASSESSMENT
recd er dlw 8/11/23 and std and ltd 9/1/22 no pre ex as ee signed up during enroll period- can cont w ith claim based on sap ee had neoplasm of major salivary mda is 56 days for medical tx w ithin mda t osupport claim to mda to allow ee to cont ttrial tx at u of w hospitla

UPDATED PATH
approving claim to 10/7/23 - ZAJPI7 - Aug 23, 2023 11:43:24 am

UPDATED ASSESSMENT
recd gcod and ee cont to do chemo, through 8/11/24 w eekly chemo - based on the severity and cancer tx w ithin reason to support claim to std max to allow ee to cont chemo

UPDATED PATH
ext claim to 11/11/23 and letter sent - ZAJPI7 - Sep 26, 2023 02:02:40 pm

| 8/15/2023 | Telephone (IN) | 1 | ROBERT LOPER | Completed | ZAJPI7 |
|---|---|---|---|---|---|

289727453
gunderluth
robert loper

EE?s Work State: w i
Occupation/Job Title: ortho prostitist
Condition/Diagnosis (If not a fast track diagnosis): salivary gland cancer
Hospital Confinement Dates: n/a
W4S Status: n/a
AUTH Status: ee has form
-------------

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

-
Advised of the below :
?Please allow a minimum of 7 days for initial review of your claim.
Reminder to follow -up w ith doctor regarding the APS
Provided Customer Service phone number for future status/questions: 1-800-423-2765
*STAT BENEFITS
?Provide claim number.

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 8/24/2023 | Telephone (IN) | 2 | ROBERT LOPER | Completed | ZAJPI7 |

Robert Loper

Gunder health
The caller w as calling to check on the ststus of his claim. I adv the caller of the claim status and payment dairy date.

AMENDMENT NO. 18

TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO.: 000010082568

ISSUED TO: Gundersen Health System

It is agreed that the above policy be replaced with the attached Policy, which is revised and dated June 1, 2023.

The effective date of this amendment is June 1, 2023; but only with respect to losses incurred on or after that date. Nothing contained in this amendment shall change any of the terms and conditions of this Policy; except as stated above.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

Accepted by the Group Policyholder this ________ day of __________________________ 20______

By _______________________________________ Title _____________________________________

The Lincoln National Life Insurance Company
A Stock Company    Home Office Location: Fort Wayne, Indiana
Group Insurance Service Office: 8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765    Online: www.LincolnFinancial.com

Group Policyholder:

Gundersen Health System

In Consideration of the Group Policyholder's application for this Policy and payment of all premiums when due, The Lincoln National Life Insurance Company agrees to make the payments provided in this Policy to the persons entitled to them.

The first premium for this Policy is due on its effective date. Subsequent premiums are due on February 1, 2007, and on the same day of each month after that. Policy anniversaries will be each January 1st; unless shown otherwise on the Premium Rate Schedule inside.

The provisions and conditions set forth on the following pages are a part of this Policy, as fully as if recited over the signatures below.

The Lincoln National Life Insurance Company has executed this Policy at its Group Insurance Service Office in Omaha, Nebraska. The issue date of this Policy is January 1, 2007.

SECRETARY    PRESIDENT

**GROUP INSURANCE POLICY**
No. 000010082568
PROVIDING
WEEKLY DISABILITY INCOME INSURANCE

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

## TABLE OF CONTENTS

Schedule of Insurance....................3

Definitions....................4

General Provisions....................10

Eligibility and Effective Dates....................12

Individual Terminations....................14

Premiums and Premium Rates....................15

Grace Period....................16

Policy Termination....................16

Claims Procedures for Weekly Disability Income Benefits....................17

Weekly Disability Income Insurance....................20

Notice....................25

Prior Insurance Credit Provision....................26

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**

**ELIGIBLE CLASSES**

| | |
|---|---|
| Class 1 | All Full-Time Employees excluding Medical Staff, Administrative (VP and Select other Administrative Employees) |
| Class 2 | All Medical Residents, Pharmacy Residents and Sports Medicine Residents |
| Class 3 | Tri-County Memorial benefit-eligible Employees |
| Class 4 | Tweeten Clinics benefit-eligible Employees |
| Class 5 | Harmony Clinics benefit-eligible Employees |
| Class 6 | Palmer Lutheran Health Center benefit-eligible Employees |
| Class 7 | All Full-Time Saint Elizabeth's Hospital of Wabasha Benefit Eligible Employees |

There may be a 30-day Open Enrollment Period during the 4th quarter for eligible employees to enroll for Weekly Disability Income Insurance. Evidence of insurability will not be required during this enrollment period provided the Insured Person:

(1) has not been previously declined; and
(2) elects an amount of insurance not to exceed the Maximum Weekly Benefit.

Coverage elected during this period that is not subject to Evidence of Insurability will become effective:

(1) January 1st following the enrollment period, if Actively at Work on that day; or
(2) The day the Insured Person resumes Active Work, if not Actively at Work on the day the elected coverage would otherwise take effect.

This Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

A Pre-Existing Condition Limitation only applies for those employees electing coverage outside of the initial new hire enrollment period.

"The Time of Payment of Claims section of the Claims Procedures is amended to provide that benefits will be paid weekly, in lieu of bi-weekly payments."

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 1 - All Full-Time Employees excluding Medical Staff, Administrative (VP and Select other Administrative Employees)**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 2 - All Medical Residents, Pharmacy Residents and Sports Medicine Residents**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 3 - Tri-County Memorial benefit-eligible Employees**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to “Effective Date” section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

## WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 4 - Tweeten Clinics benefit-eligible Employees**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

## WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 5 - Harmony Clinics benefit-eligible Employees**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

## WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 6 - Palmer Lutheran Health Center benefit-eligible Employees**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None (Effective June 1, 2022)

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

## WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 7 - All Full-Time Saint Elizabeth's Hospital of Wabasha Benefit Eligible Employees**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to "Effective Date" section)
None

CONTRIBUTIONS: Insured Employees are required to contribute to the cost of the Weekly Disability Income Insurance.

**WEEKLY DISABILITY INCOME INSURANCE**

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when an Insured Person retires.

## DEFINITIONS

**As used throughout this Policy, the following terms shall have the meanings indicated below. Other parts of this Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means an Employee's performance of all Main Duties of his or her Own Occupation, for the regularly scheduled number of hours, at:

(1) the Employer's place of business; or
(2) any other business location where the Employer requires the Employee to travel.

Unless disabled on the prior workday or on the day of absence, an Employee will be considered Actively at Work on the following days:

(1) a Saturday, Sunday or holiday that is not a scheduled workday;
(2) a paid vacation day, or other scheduled or unscheduled non-workday; or
(3) a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.

This includes a Military Leave or an approved Family or Medical Leave that is not due to the Employee's own health condition.

**BASIC BI-WEEKLY EARNINGS or PREDISABILITY INCOME** means:

(a) For Commissioned Employees, 1/52 of the Insured Person's annual gross earnings from the Employer during the calendar year just prior to the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It is figured from the income box on the Insured Person's W-2 form, which reports wages, tips and other compensation from the Employer for federal income tax purposes. It includes the Insured Person's income before taxes and any deductions for pre-tax contributions to a Section 125 Plan, flexible spending account, Section 401K Plan or qualified deferred compensation plan. It does **not** include:

1. any Employer contributions to a deferred compensation plan;
2. income received from any car, housing or moving allowance; or
3. income from a source other than the Employer.

It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Bi-Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Bi-Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) For an Insured Person who did not receive a W-2 form from the Employer prior to the Determination Date, it is figured by averaging the bi-weekly gross earnings received during the actual period of employment, as shown in the Employer's financial records.

(b) For All Other Employees, the Insured Person's average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Bi-Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Bi-Weekly Earnings equals the Maximum Bi-Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Bi-Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan due to disability as defined in that plan; and
(2) does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.
If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in this Policy.

**EMPLOYEE or FULL-TIME EMPLOYEE** means a person:
(1) whose employment with the Employer is the person's main occupation;
(2) whose employment is for regular wage or salary**,** on a full-time basis;
(3) who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
(4) who is a member of an Eligible Class which is eligible for coverage under this Policy;
(5) who is not a temporary or seasonal employee; and
(6) who is a citizen of the United States or legally works in the United States.

**EMPLOYER** means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of an Employee's medical history. The Company uses this to determine his or her acceptance for insurance or an increased amount of insurance. Such proof will be provided at the Employee's own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:
(1) is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2) is taken in accord with the Employer's leave policy and the law which applies; and
(3) does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:
(1) may consist of consecutive or intermittent work days; or
(2) may be granted on a part-time equivalency basis.
If an Employee is entitled to a leave under both the federal FMLA law and a similar state law, he or she may elect the more favorable leave (but not both). If an Employee is on an FMLA leave due to his or her own health condition on the date Policy coverage takes effect, he or she is not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours the Insured Person was regularly scheduled to work, at his or her Own Occupation, during the week just prior to:

(1) the date Disability begins; or
(2) the date an approved leave of absence begins, if Disability begins while the Insured Person is continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of this Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:

(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before the Insured Person's Effective Date under this Policy.

The term "Injury" shall not include any:

(1) condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2) condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3) repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4) pregnancy; except for complications that result from an Injury.

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:

(1) beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
(2) ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:

(1) are normally required to perform the Insured Person's Own Occupation; and
(2) could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:

(1) the Employer is subject to the Act; or
(2) the Insured Person has requested such a job accommodation.

An Employer's failure to modify or omit other job tasks does **not** render the Insured Person unable to perform the Main Duties of the job.

Main Duties include those job tasks:

(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.

Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing the Insured Person's Disability. Such treatment must be rendered:

(1) by a Physician whose license and any specialty are consistent with the disabling condition; and
(2) according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:
(1) is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
(2) is taken in accord with the Employer's leave policy and the federal USERRA law; and
(3) does not exceed the period required by that law.

**OPEN ENROLLMENT PERIOD** means a designated timeframe for eligible employees to elect coverage who did not enroll during their initial eligibility period. Evidence of insurability is not required during this period provided certain conditions are met as described in the Schedule of Benefits. Participation in an Open Enrollment Period does not change the Policy provisions related to Waiting Periods or Pre-Existing Condition Limitations. Employees who have been previously declined for coverage may resubmit satisfactory evidence of insurability to apply for initial coverage during this Open Enrollment Period.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which the Insured Person was employed with the Employer prior to Disability; and
(2) which was his or her main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, the Insured Person:
(1) is unable to perform one or more of the Main Duties of his or her Own Occupation, or is unable to perform such duties Full-Time; and
(2) is engaged in Partial Disability Employment.

**PARTIAL DISABILITY EMPLOYMENT** means the Insured Person is working at his or her Own Occupation or any other occupation; however, because of a Partial Disability:
(1) the Insured Person's hours or production is reduced;
(2) one or more Main Duties of the job are reassigned; or
(3) the Insured Person is working in a lower-paid occupation.

During Partial Disability Employment, his or her current earnings:
(1) must be at least 20% of Predisability Income; and
(2) may not exceed the percentage specified in the Partial Disability Benefit section.

**PERSON** means an Employee of the Employer:
(1) who is a member of an Employee class which is eligible for coverage under this Policy; and
(2) who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by this Policy on Insured Persons.

**PHYSICIAN** means:

(1) a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
(2) any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.

The medical doctor or other medical practitioner must be acting within the scope of his or her license. He or she must be qualified to provide Medically Appropriate Treatment for the Insured Person's disabling condition.

Physician does **not** include the Insured Person or a relative of the Insured Person receiving treatment. Relatives include:

(1) the Insured Person's spouse, siblings, parents, children and grandparents; and
(2) his or her spouse's relatives of like degree.

**POLICY** means this group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means the Insured Person:

(1) personally visits a Physician, as often as medically required according to standard medical practice to effectively manage and treat his or her disabling condition; and
(2) receives Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:

(1) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
(2) does not represent contributions made by an Insured Person (Payments representing Employee contributions are deemed to be received over the Insured Person's expected remaining life, regardless of when they are actually received.); and
(3) is payable upon:
    (a) early or normal retirement; or
    (b) disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:

(1) provides Retirement Benefits to Employees; and
(2) is not funded wholly by Employee contributions.

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

## DEFINITIONS
## (Continued)

An Employer's Retirement Plan is deemed to include any Retirement Plan:

(1) which is part of any federal, state, county, municipal or association retirement system; and
(2) for which the Insured Person is eligible as a result of employment with the Employer.

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:

(1) is established and maintained by the Employer for the benefit of Employees; and
(2) continues payment of all or part of an Insured Person's Predisability Income for a specified period after he or she becomes Disabled.

It does **not** include compensation the Employer pays an Insured Person for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means the Insured Person's inability, due to Sickness or Injury, to perform each of the Main Duties of his or her Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time an Employee must be employed in an eligible class with the Employer, before he or she becomes eligible to enroll for coverage under this Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to the Insured Person who is Totally Disabled or Partially Disabled.

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness. It includes (but is not limited to):

(1) coverage under any Workers' Compensation or occupational disease law;
(2) coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or
(3) any plan provided in place of one of those plans.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.** The entire contract between the parties shall consist of:
(1) this Policy and any amendments to it;
(2) the Group Policyholder's application (a copy of which is attached);
(3) any Participating Employers' applications or Participation Agreements; and
(4) any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by this Policy, unless:
(1) it is contained in a written statement signed by that Insured Person; and
(2) a copy of the statement has been furnished to that Insured Person.

**AUTHORITY TO MAKE OR AMEND CONTRACT.** Only a Company Officer located in the Company's Group Insurance Service Office has the authority to:
(1) determine the insurability of a group or any individual within a group;
(2) make a contract in the Company's name;
(3) amend or waive any provision of this Policy; or
(4) extend the time for payment of any premium.
No change in this Policy will be valid, unless it is made in writing and signed by such a Company Officer.

**INCONTESTABILITY.** Except for the non-payment of premiums or for fraud as provided below, the Company may not contest the validity of:
(1) this Policy after it has been in force for two years from its date of issue; or
(2) any Insured Person's coverage under this Policy:
  (a) based upon that Insured Person's statements concerning his or her insurability;
  (b) after his or her coverage has been in force for two years during his or her lifetime.
Despite parts (1) and (2) above, any disability income coverage may be contested at any time on the ground of fraudulent misrepresentation.

This clause does not preclude, at any time, the assertion of defenses based upon:
(1) this Policy's eligibility requirements, exclusions and limitations; and
(2) other Policy provisions unrelated to the validity of coverage.

**RESCISSION.** The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
(1) an Insured Person incurs a claim during the first two years of coverage; and
(2) the Company discovers that the Insured Person made a Material Misrepresentation on his or her application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. **"To rescind"** means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for Insured Person's claims. The Company reserves the right to recover any claims paid in excess of such premiums.

**NONPARTICIPATION.** This is a non-participating Policy. It will not share in the divisible surplus of the Company.

**INFORMATION TO BE FURNISHED.** The Group Policyholder and any Participating Employers may be required to furnish any information needed to administer this Policy, including:

(1) information about Persons:
  (a) who become eligible for insurance;
  (b) whose amounts of coverage change; or
  (c) whose eligibility or coverage ends;
(2) occupational information and other facts that may be needed to manage a claim; and
(3) any other information that the Company may reasonably require.

The Company may inspect the Group Policyholder's or any Participating Employer's records that relate to this Policy, at any reasonable time.

Clerical error by the Group Policyholder or Participating Employer:

(1) will not void or terminate insurance that otherwise would be in effect;
(2) will not result in insurance coverage that otherwise would not be in effect; and
(3) will not continue insurance that otherwise would be terminated.

Once an error is discovered, a fair adjustment in premium will be made. If a premium adjustment involves the return of unearned premium, the amount of the return will be limited to the 12-month period that precedes the date the Company receives proof such an adjustment should be made.

**MISSTATEMENTS OF FACTS.** If relevant facts about any Person were misstated:

(1) a fair adjustment of the premium will be made; and
(2) the true facts will decide if and in what amount insurance is valid under this Policy.

If an Insured Person's age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**ACTS OF THE POLICYHOLDER.** In administering this Policy, the Group Policyholder must:

(1) treat Employees the same in like situations; and
(2) allow the Company, without inquiry, to rely on its acts.

**GROUP POLICYHOLDER'S AGENCY.** For all purposes of this Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person. Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CERTIFICATES.** The Group Policyholder will be furnished with individual Certificates for delivery to each Insured Person. These certificates summarize the benefits provided by this Policy. If there is a conflict between this Policy and the Certificate, this Policy will control.

**CONFORMITY WITH STATE STATUTES.** If, on its effective date, any provision of this Policy conflicts with any applicable law, the provision will be deemed to conform to the minimum requirements of the law.

**CURRENCY.** In administering this Policy:

(1) all Predisability Income will be expressed in U.S. dollars; and
(2) all premium and benefit amounts must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.** This Policy does not replace or provide benefits required by:

(1) Workers' Compensation laws; or
(2) any state temporary disability insurance plan laws.

**ASSIGNMENT.** The rights and benefits under this Policy may not be assigned.

## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under this Policy, if any class ceases to be covered by this Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by this Policy on the later of:
(1) this Policy's date of issue; or
(2) the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1) For Classes 1, 2, 3, 4, 5, 6 and 7, a former Employee is rehired within one year after his or her employment ends; or
(2) an Employee returns from an approved Family or Medical Leave within:
  (a) the 12-week leave period required by federal law; or
  (b) any longer period required by a similar state law; or
(3) an Employee returns from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** A Person’s initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1) (a) For Classes 1, 3, 4, 5, 6 and 7, the first day of the Insurance Month following the date the Person becomes eligible for the coverage; or
  (b) For Class 2, the date the Person becomes eligible for the coverage;
(2) the date the Person resumes Active Work, if not Actively at Work on the day he or she becomes eligible;
(3) the date the Person makes written application for coverage and signs:
  (a) a payroll deduction order, if the Insured Person pays any part of this Policy's premiums; or
  (b) an order to pay premiums from the Person's Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4) the date the Company approves the Person's Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1) the date on which the Insured Person becomes eligible for the increase, if Actively at Work on that day;
(2) the date the Insured Person resumes Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3) the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not the Insured Person is Actively at Work.

**Evidence of Insurability**. Evidence of Insurability satisfactory to the Company must be submitted (at the Employee's expense) when:
(1) a Person makes written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2) a Person makes written application for coverage after he or she has requested:
  (a) to cancel insurance;
  (b) to stop payroll deductions for the insurance; or
  (c) to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** An Insured Person may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:
(1) on the first day of the Insurance Month coinciding with or next following the date of the change;
(2) except as stated in the Effective Date provision for increases or decreases.

**REINSTATEMENT RIGHTS.** If an Insured Person's coverage terminates due to one of the following breaks in service, he or she will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for this Policy's coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) For Classes 1, 2, 3, 4, 5, 6 and 7, return from any other approved leave of absence within six months after the leave begins;
(4) For Classes 1, 2, 3, 4, 5, 6 and 7, return within 12 months following a lay off; or
(5) For Classes 1, 2, 3, 4, 5, 6 and 7, return within 12 months following termination of employment for any other reason.

To reinstate coverage, the Insured Person must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date the Insured Person returns to Active Work.

If the above conditions are met, and this Policy includes a Pre-Existing Condition Exclusion, then:

(1) the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
(2) a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

## INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** An Insured Person's coverage will terminate at 12:00 midnight on the earliest of:

(1) the date this Policy terminates or the Employer's participation terminates (but without prejudice to any claim incurred prior to termination);
(2) the date the Insured Person's Class is no longer eligible for insurance;
(3) the date the Insured Person ceases to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which the Insured Person requests termination;
(5) the last day of the last Insurance Month for which premium payment is made on the Insured Person's behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the date the portion of this Policy providing that benefit terminates;
(8) the date the Insured Person's employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date the Insured Person enters the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If the Insured Person sends proof of military service, the Company will refund any unearned premium).

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of the Insured Person's eligibility for coverage, but coverage may be continued as follows.

**Disability.** If the Insured Person is absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:

(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.

The Company must receive the required premium from the Employer.

**Family or Medical Leave.** If an Insured Person goes on an approved Family or Medical Leave and is **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:

(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date the Insured Person notifies the Employer that he or she will not return; or
(4) the date the Insured Person begins employment with another employer.

The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If an Insured Person goes on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** When an Insured Person ceases work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued until the end of the month following the month in which Active Work stopped. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when an Insured Person ceases Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of an Insured Person's coverage during a Disability will have no effect on benefits payable for that period of Disability.

## PREMIUMS AND PREMIUM RATES

**PAYMENT OF PREMIUMS.** No coverage provided by this Policy will be in effect until the first premium for such coverage is paid. For coverage to remain in effect, each subsequent premium must be paid on or before its due date. The Group Policyholder is responsible for paying all premiums as they become due. Premiums are payable on or before their due dates at the Company's Group Insurance Service Office. The premium must be paid in U.S. dollars.

**PREMIUM RATE CHANGE.** The Company may change any premium rate on any of the following dates:

(1) the date this Policy's terms are changed;
(2) the date the Company's liability is changed due to a change in federal, state or local law;
(3) the date the Company's liability is changed because the Group Policyholder (or any covered division, subsidiary or affiliated company):
    (a) relocates, dissolves or merges, or is added to or removed from this Policy; or
    (b) ceases to be covered by the state Worker's compensation program or any other program of like intent; or
    (c) ceases to provide or reduces Sick Leave or Salary Continuance Plan benefits;
(4) the date any coverage for one or more classes ceases to be provided under this Policy;
(5) the date the number of Insured Persons changes by 25% or more from the enrollment on the date this Policy took effect, or the most recent Rate Guarantee Date expired, if later; or
(6) on any premium due date on or after this Policy's first anniversary, or any later rate guarantee date agreed upon by the Company.

Unless the Company and the Group Policyholder agree otherwise, the Company will give at least 60 days' advance written notice of any increase in premium rates.

**PREMIUM AMOUNT.** The amount of premium due on each due date will be the sum of the products obtained by multiplying each rate shown in the Premium Rate Schedule by the amount of insurance to which the rate applies.

Premium adjustments will not be pro-rated daily. Instead, premium will be adjusted as follows.

(1) When an Insured Person's insurance or increase takes effect, premium will be charged from the monthly due date coinciding with or next following that change.
(2) When all or part of an Insured Person's insurance terminates, the applicable premium will cease on the monthly due date coinciding with or next following that termination.
(3) When premiums are paid other than monthly, increases or decreases will result in adjustment from the premium due date coinciding with or next following that change.

The above manner of charging premium is for accounting purposes only. It will not extend coverage beyond a date it would have otherwise terminated. Each premium payment will include any adjustments in past premiums, which are needed due to changes that have not yet been taken into account. If a premium adjustment involves a return of unearned premium, the refund will be limited to the prior 12-month period.

## PREMIUM RATE SCHEDULE

| | |
|---|---|
| Monthly Weekly Disability Income Rate | $.414 per $10 of weekly benefit |

## GRACE PERIOD

A grace period of 31 days from the due date will be allowed for the payment of each premium after the first. This Policy will remain in effect during the grace period; unless the Group Policyholder gives the Company advance written notice of termination. The Group Policyholder will remain liable for payment of a pro rata premium for the time this Policy remained in force during the grace period.

## POLICY TERMINATION

TERMINATION BY THE COMPANY. To terminate this Policy, the Company must give the Group Policyholder at least 60 days' advance written notice of its intent to do so. The Company may terminate this Policy coverage on the due date of any premium; if:

(1) the total number of Insured Persons is less than ten;
(2) all of the premium is paid by the Group Policyholder and less than 100% of those eligible for coverage are insured;
(3) part of the premium is paid by Insured Persons and less than 75% of those eligible for coverage are insured;
(4) the Group Policyholder, without good cause, fails to:
 (a) promptly furnish any information the Company reasonably requires; or
 (b) perform its duties pertaining to this Policy in good faith.

TERMINATION BY GROUP POLICYHOLDER. The Group Policyholder may terminate this Policy at any time, by giving the Company advance written notice. Coverage will then terminate:

(1) on the date the Company receives the notice; or
(2) any later date the Group Policyholder and the Company have agreed upon.

The Group Policyholder remains responsible for the payment of premiums to the date of termination.

TERMINATION FOR NONPAYMENT OF PREMIUM. If any premium remains unpaid at the end of the Grace Period; the Company will terminate this policy by giving the Group Policyholder ten days' prior written notice. The Group Policyholder remains responsible for the payment of premiums to the date of termination.

EFFECT ON INCURRED CLAIMS. Termination of this Policy will not affect benefits otherwise payable for a claim incurred while this Policy is in force.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

**NOTICE AND PROOF OF CLAIM -- Notice of Claim.** Written notice of a Disability claim must be given:
(1) within 20 days after the Injury or Sickness causing Disability begins; or
(2) as soon as reasonably possible after that.*

The notice must be sent to the Company's Group Insurance Service Office. It should include the Insured Person's name and address and the number of this Policy.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days, the Insured Person may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send the Insured Person additional claim forms.

**Proof of Claim.** The Company must be given written proof of a Disability claim:
(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.*

Proof of claim must be provided at the Insured Person's own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:
(1) completed statements by the Insured Person and the Employer;
(2) a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of the Insured Person's Regular Occupation;
(3) proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4) a signed authorization for the Company to obtain more information; and
(5) any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

***Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:
(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while the Insured Person lacks legal capacity.

**EXAMINATION.** The Company may have the Insured Person examined:
(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) the Insured Person has:
(1) failed to cooperate with an examiner;
(2) failed to take an exam scheduled by the Company; or
(3) postponed such an exam more than twice.

In that event, benefits may be denied or suspended, until the required exam is completed.

**TIME OF PAYMENT OF CLAIMS.** Weekly Disability Income Benefits payable under this Policy will be paid immediately after the Company receives complete proof of claim and confirms liability. Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

**TO WHOM PAYABLE**. All Weekly Disability Income Benefits are payable to the Insured Person, while living. After the Insured Person's death, such benefits will be payable to his or her estate.

**NOTICE OF CLAIM DECISION**. The Company will send the Insured Person a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:

(1) the reason for the denial, under the terms of this Policy and any internal guidelines;
(2) how the Insured Person may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.

This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send the Insured Person a written delay notice:

(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:

(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.

If the Insured Person does not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from the Insured Person to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**. Within 180 days after receiving a denial notice, the Insured Person may request a claim review by sending the Company:

(1) a written request; and
(2) any written comments or other items to support the claim.

He or she may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send the Insured Person a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of this Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:

(1) any further appeal procedures available under this Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.

This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:
(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send the Insured Person a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**Exception:** The Company may need more information from the Insured Person to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA (**Employee Retirement Income Security Act of 1974**).** Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under this Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:
(1) an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
(2) the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:
(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under this Policy, until full reimbursement is made;
(2) reduce benefits payable to the Insured Person or his or her beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from the Insured Person or his or her estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

**COMPANY'S DISCRETIONARY AUTHORITY**. Except for the functions that this Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to manage this Policy, interpret its provisions, administer claims and resolve questions arising under it. The Company's authority includes (but is not limited to) the right to:
(1) establish administrative procedures, determine eligibility and resolve claims questions;
(2) determine what information the Company reasonably requires to make such decisions; and
(3) resolve all matters when an internal claim review is requested.

Any decision the Company makes in the exercise of its authority shall be conclusive and binding; subject to the Insured Person's rights to request a state insurance department review or to bring legal action.
This provision does not apply to residents of California.

## WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if the Insured Person:

(1) becomes Totally Disabled while insured for this benefit;
(2) is under the Regular Care of a Physician; and
(3) at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:

(1) the date the Insured Person ceases to be Totally Disabled or dies;
(2) the date the Maximum Benefit Period ends; or
(3) the date the Insured Person is able, but chooses not to engage in Partial Disability Employment in his or her Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date the Insured Person (without good cause):
  (a) fails to take a required medical exam;
  (b) fails to cooperate with an examiner; or
  (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for any Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals:

(1) the Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
(2) Other Income Benefits.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial Disability Benefit, if the Insured Person:

(1) becomes Partially Disabled while insured for this benefit;
(2) is engaged in Partial Disability Employment;
(3) is earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
(4) is under the Regular Care of a Physician; and
(5) at his or her own expense, submits proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

The Insured Person is not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:
(1) the date the Insured Person ceases to be Partially Disabled or dies;
(2) the date the Maximum Benefit Period ends;
(3) the date the Insured Person earns more than 99% of Basic Weekly Earnings; or
(4) the date the Insured Person is able, but chooses not to work Full-Time or part-time in his or her Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:
(1) the date the Insured Person (without good cause):
  (a) fails to take a required medical exam;
  (b) fails to cooperate with an examiner; or
  (c) postpones a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of the Insured Person's application for Other Income Benefits to which he or she may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:
(A) (1) The Insured Person's Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
  (2) Other Income Benefits, except for earnings the Insured Person receives from Partial Disability Employment; or
(B) The Insured Person's Basic Weekly Earnings minus Other Income Benefits excluding PTO.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of the Insured Person's Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining the Insured Person's Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under this Policy.

**Compulsory Benefits.** Any disability income benefits the Insured Person is eligible to receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which the Insured Person is eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which the Insured Person is eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
(1) **disability benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's Disability;
(2) **unreduced retirement benefits** for which the Insured Person and any spouse or child is eligible, because of the Insured Person's eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by the Insured Person and any spouse or child, because of the Insured Person's receipt of reduced retirement benefits.

As used above, "**Government Retirement Plans"** include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay the Insured Person earns or receives from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
    (a) wages, tips, commissions, bonuses and overtime pay; and
    (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**Recovery from Third Party.** Any amount the Insured Person recovers from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:
(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

**Exceptions.** The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:

(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
(2) reimbursement for hospital, medical or surgical expense;
(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
(4) group credit or mortgage disability insurance;
(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
(6) any amounts under the Employer's Retirement Plan that:
    (a) represent the Insured Person's contributions; or
    (b) are received upon termination of employment without being disabled or retired;
(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
(8) vacation pay, holiday pay, PTO, or severance pay; or
(9) disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.** If the Insured Person may be entitled to Other Income Benefits that affect Policy benefits, he or she is required to actively claim them. For example, if Social Security or other Government Retirement Plan benefits may be payable, the Insured Person:

(1) must promptly apply for such benefits; and, if denied
(2) must file an appeal or request an administrative hearing, upon Company request.

If the Insured Person fails to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, the Insured Person and Employer are required to cooperate in filing for those benefits. The Company will require proof of the denial or duration of those benefits to confirm its liability under this Policy.

**Refunding Overpayments.** Upon receiving Other Income Benefits, the Insured Person must refund any resulting overpayment of Weekly Benefits under this Policy. If he or she does not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:

(1) the Company will reduce or eliminate future payments; and
(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.** After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen. The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**RECURRENT DISABILITY. "Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if the Insured Person:
    (a) has returned to his or her Own Occupation; and
    (b) has worked on a full-time basis, for two consecutive weeks or more.
    A new Day Benefits Begin and new Maximum Benefit Period will apply.
(2) A Recurrent Disability will be treated as part of the prior Disability, if the Insured Person:
    (a) has returned to his or her Own Occupation; and
    (b) has worked on a full-time basis, for less than two consecutive weeks.
    The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of this Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply to an Insured Person who becomes eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.** Weekly Benefits will not be payable for any period of Disability:

(1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
(2) during which the Insured Person is not under the Regular Care of a Physician;
(3) which is the result of war (declared or undeclared) or any act of war;
(4) which is the result of a Sickness or Injury for which the Insured Person receives benefits under Workers' Compensation or similar coverage; or
(5) which arises out of (or in the course of) any employment for wage or profit, when the Disability would be covered by Workers' Compensation or similar coverage if:
    (a) the Employer had enrolled the Insured Person for such coverage; and
    (b) the Insured Person and Employer had cooperated in filing a claim under that plan.

**PRE-EXISTING CONDITION LIMITATION.** This Policy will not cover any period of Disability:

(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 12 months after the Insured Person's Effective Date.

**"Pre-Existing Condition"** means a Sickness or Injury for which the Insured Person received Treatment within 6 months prior to his or her Effective Date.

**"Treatment"** means consultation, care and services by a Physician. It includes diagnostic measures and the prescription, refill and taking of prescribed drugs or medicines.

**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**

**PROBLEMS WITH YOUR INSURANCE?** - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

The Lincoln National Life Insurance Company
Group Insurance Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll Free Telephone Number 1-800-423-2765
E-Mail: clientservices@lfg.com

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE,** a state agency which enforces Wisconsin's insurance laws, and file a complaint. You can file a complaint electronically with the **OFFICE OF THE COMMISSIONER OF INSURANCE** at its website at http://oci.wi.gov, or by contacting:

Office of the Commissioner of Insurance
Complaints Department
P. O. Box #7873
Madison, WI 53707-7873
1-800-236-8517
608-266-0103

**AMENDMENT TO BE ATTACHED TO AND MADE PART OF GROUP POLICY NO: 000010082568**

**ISSUED TO: Gundersen Health System**

**The Policy is amended by the addition of the following provisions.**

## PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS

This provision prevents loss of disability income coverage for an Insured Person, which could otherwise occur solely because of a transfer of insurance carriers. This Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

**"Prior Plan"** means a prior carrier's group disability income policy, which this Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, this Policy will provide disability income coverage to a Person who:
(1) was insured by the prior plan on its termination date; and
(2) was otherwise eligible under this Policy; but was not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until the Person satisfies this Policy's Active Work rule, his or her disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:
(1) the benefit the prior plan would have paid; minus
(2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition for an Insured Person who:
(1) was insured by the prior plan on its termination date; and
(2) was Actively-At-Work and became insured under this Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply this Policy's Pre-Existing Condition Limitation. If the Insured Person qualifies for benefits, he or she will be paid according to this Policy's benefit schedule.

B. If the Insured Person cannot satisfy this Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:
   (1) If the Insured Person satisfies the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
   (2) If the Insured Person cannot satisfy the Pre-Existing Condition Limitation of this Policy, or that of the prior plan; then no benefit will be paid.

**This Amendment takes effect on the effective date of coverage under this Policy. In all other respects, this Policy remains the same.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Officer of the Company

The Lincoln National Life Insurance Company
A Stock Company    Home Office Location:  Fort Wayne, Indiana
Group Insurance Service Office:  8801 Indian Hills Drive, Omaha, NE 68114-4066
(800) 423-2765    Online: www.LincolnFinancial.com

CERTIFIES THAT Group Policy No. GL 000010082568 has been issued to
Gundersen Health System
(The Group Policyholder)

The issue date of the Policy is January 1, 2007.

Certificate of Insurance for Class 1 of Plan 1

You are entitled to the benefits described in this Certificate only if you are eligible, become and remain insured under the provisions of the Policy. This Certificate replaces any other certificates for the benefits described inside. As a Certificate of Insurance, it is not a contract of insurance; it only summarizes the provisions of the Policy and is subject to the Policy's terms. If the provisions of this Certificate and the Policy do not agree, the provisions of the Policy will apply.

Ellen Cooper
PRESIDENT

**CERTIFICATE OF GROUP INSURANCE**
**PROVIDING**
**WEEKLY DISABILITY INCOME INSURANCE**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**

**ELIGIBLE CLASS**

**Class 1 - All Full-Time Employees excluding Medical Staff, Administrative (VP and Select other Administrative Employees)**

There may be a 30-day Open Enrollment Period during the 4th quarter for eligible employees to enroll for Weekly Disability Income Insurance. Evidence of insurability will not be required during this enrollment period provided the Insured Person:

(1) has not been previously declined; and
(2) elects an amount of insurance not to exceed the Maximum Weekly Benefit.

Coverage elected during this period that is not subject to Evidence of Insurability will become effective:

(1) January 1st following the enrollment period, if Actively at Work on that day; or
(2) The day the Insured Person resumes Active Work, if not Actively at Work on the day the elected coverage would otherwise take effect.

The Policy does not replace or provide benefits required by Workers' Compensation laws or any state disability insurance plan laws.

A Pre-Existing Condition Limitation only applies for those employees electing coverage outside of the initial new hire enrollment period.

"The Time of Payment of Claims section of the Claims Procedures is amended to provide that benefits will be paid weekly, in lieu of bi-weekly payments."

**Gundersen Health System**
**000010082568**
**SCHEDULE OF INSURANCE**
**For**
**Class 1 - All Full-Time Employees excluding Medical Staff, Administrative (VP and Select other Administrative Employees)**

MINIMUM HOURS: 40 hours per pay period

WAITING PERIOD: (For date insurance begins, refer to “Effective Date” section)
None

CONTRIBUTIONS: You are required to contribute to the cost of the Weekly Disability Income Insurance.

## WEEKLY DISABILITY INCOME INSURANCE

BENEFIT PERCENTAGE: 60%

MAXIMUM WEEKLY BENEFIT: $1,000

MINIMUM WEEKLY BENEFIT: $25

DAY BENEFITS BEGIN: 15th consecutive day of Disability due to Accidental Injury; and
15th consecutive day of Disability due to Sickness.

The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination thereof.

MAXIMUM BENEFIT PERIOD: 11 weeks

The Maximum Weekly Benefit will not exceed the Benefit Percentage times Basic Weekly Earnings.

Weekly Disability Income Insurance will terminate when you retire.

**TABLE OF CONTENTS**

Definitions....................3

General Provisions....................9

Eligibility and Effective Dates....................11

Individual Terminations....................13

Claims Procedures for Weekly Disability Income Benefits....................14

Weekly Disability Income Insurance....................17

Notice....................22

Prior Insurance Credit Provision....................23

## DEFINITIONS

**As used throughout the Policy, the following terms shall have the meanings indicated below. Other parts of the Policy contain definitions specific to those provisions.**

**ACTIVE WORK** or **ACTIVELY AT WORK** means your performance of all Main Duties of your Own Occupation, for the regularly scheduled number of hours, at:
(1) the Employer's place of business; or
(2) any other business location where the Employer requires you to travel.

Unless disabled on the prior workday or on the day of absence, you will be considered Actively at Work on the following days:
(1) a Saturday, Sunday or holiday that is not a scheduled workday;
(2) a paid vacation day, or other scheduled or unscheduled non-workday; or
(3) a non-medical leave of absence of 12 weeks or less, whether taken with the Employer's prior approval or on an emergency basis.

This includes a Military Leave or an approved Family or Medical Leave that is not due to your own health condition.

**BASIC BI-WEEKLY EARNINGS** or **PREDISABILITY INCOME** means:

(a) For Commissioned Employees, 1/52 of your annual gross earnings from the Employer during the calendar year just prior to the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It is figured from the income box on your W-2 form, which reports wages, tips and other compensation from the Employer for federal income tax purposes. It includes your income before taxes and any deductions for pre-tax contributions to a Section 125 Plan, flexible spending account, Section 401K Plan or qualified deferred compensation plan. It does **not** include:
1. any Employer contributions to a deferred compensation plan;
2. income received from any car, housing or moving allowance; or
3. income from a source other than the Employer.

It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Bi-Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Bi-Weekly Earnings equals the Maximum Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) For an Insured Person who did not receive a W-2 form from the Employer prior to the Determination Date, it is figured by averaging the bi-weekly gross earnings received during the actual period of employment, as shown in the Employer's financial records.

(b) For All Other Employees, your average weekly base salary or hourly pay from the Employer before taxes on the Determination Date. The **"Determination Date"** is the last day worked just prior to the date the Disability begins.

It does **not** include commissions, bonuses, overtime pay, or any other extra compensation. It does **not** include income from a source other than the Employer. It will not exceed the amount shown in the Employer's financial records, the amount for which premium has been paid, or the Maximum Covered Bi-Weekly Earnings permitted by this Policy; whichever is less. (Maximum Covered Bi-Weekly Earnings equals the Maximum Bi-Weekly Benefit divided by the Benefit Percentage shown in the Schedule of Insurance.) Exception: For purposes of determining the Partial Disability Weekly Benefit, Basic Bi-Weekly Earnings will not exceed the amount shown in the Employer's financial records.

**COMPANY** means The Lincoln National Life Insurance Company, an Indiana corporation. Its Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

**DAY** or **DATE** means the period of time that begins at 12:01 a.m. and ends at 12:00 midnight, standard time, at the Group Policyholder's place of business. When used with regard to effective dates, it means 12:01 a.m. When used with regard to termination dates, it means 12:00 midnight.

**DISABILITY or DISABLED** means Total Disability or Partial Disability.

**DISABILITY BENEFIT**, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan due to disability as defined in that plan; and
(2) does not reduce the benefits that would have been paid as Retirement Benefits at the normal retirement age under the plan if the disability had not occurred.
If the payment of the benefit does cause such a reduction, the benefit will be deemed a Retirement Benefit as defined in the Policy.

**EMPLOYEE or FULL-TIME EMPLOYEE** means a person:
(1) whose employment with the Employer is the person's main occupation;
(2) whose employment is for regular wage or salary, on a full-time basis;
(3) who is regularly scheduled to work at such occupation at least the Minimum Hours shown in the Schedule of Insurance;
(4) who is a member of an Eligible Class which is eligible for coverage under the Policy;
(5) who is not a temporary or seasonal employee; and
(6) who is a citizen of the United States or legally works in the United States.

**EMPLOYER** means the Group Policyholder. It includes any division, subsidiary or affiliated company named in the Application or Participation Agreement.

**EVIDENCE OF INSURABILITY** means a statement of proof of your medical history. The Company uses this to determine your acceptance for insurance or an increased amount of insurance. Such proof will be provided at your own expense.

**FAMILY OR MEDICAL LEAVE** means an approved leave of absence that:
(1) is subject to the federal FMLA law (the Family and Medical Leave Act of 1993 and any amendments to it) or a similar state law;
(2) is taken in accord with the Employer's leave policy and the law which applies; and
(3) does not exceed the period approved by the Employer and required by that law.

Under the federal FMLA law, such leaves are permitted for up to 12 weeks in a 12-month period as defined by the Employer. The 12 weeks:
(1) may consist of consecutive or intermittent work days; or
(2) may be granted on a part-time equivalency basis.
If you are entitled to a leave under both the federal FMLA law and a similar state law, you may elect the more favorable leave (but not both). If you are on an FMLA leave due to your own health condition on the date Policy coverage takes effect, you are not considered Actively at Work.

**FULL-TIME**, as it applies to the Partial Disability Benefit, means the average number of hours you were regularly scheduled to work, at your Own Occupation, during the week just prior to:
(1) the date Disability begins; or
(2) the date an approved leave of absence begins, if Disability begins while you are continuing coverage during a leave of absence.

**GROUP POLICYHOLDER** means the person, company, trust or other organization as shown on the Title Page of the Policy.

**INJURY** means bodily Injury which results directly from an accident, independently of all other causes. In determining Weekly Benefits, a Disability will be considered caused by a Sickness if:
(1) the Disability begins more than 60 days after the Injury; or
(2) the Injury occurred before your Effective Date under the Policy.

The term "Injury" shall not include any:
(1) condition to which a Sickness, its natural progression or its treatment is a substantial contributing cause (based upon the preponderance of medical evidence);
(2) condition caused by emotional stress or trauma; infection (except pyogenic bacterial infection of an Injury); or medical or surgical treatment (except when needed solely for an Injury);
(3) repetitive trauma condition which results from repetitious, physically traumatic activities that occur over time; or
(4) pregnancy; except for complications that result from an Injury.

**INSURANCE MONTH** or **POLICY MONTH** means that period of time:
(1) beginning at 12:01 a.m. Standard Time, at the Group Policyholder's place of business on the first day of any calendar month; and
(2) ending at 12:00 midnight on the last day of the same calendar month.

**INSURED PERSON** means a Person for whom Policy coverage is in effect.

**MAIN DUTIES** or **MATERIAL AND SUBSTANTIAL DUTIES** means those job tasks that:
(1) are normally required to perform your Own Occupation; and
(2) could not reasonably be modified or omitted.

To determine whether a job task could reasonably be modified or omitted, the Company will apply the Americans with Disabilities Act's standards concerning reasonable accommodation. It will apply the Act's standards, whether or not:
(1) the Employer is subject to the Act; or
(2) you have requested such a job accommodation.
An Employer's failure to modify or omit other job tasks does **not** render you unable to perform the Main Duties of the job.

Main Duties include those job tasks:
(1) as described in the U.S. Department of Labor Dictionary of Occupational Titles; and
(2) as performed in the general labor market and national economy.
Main Duties are **not** limited to those specific job tasks as performed for a certain firm or at a certain work site.

**MEDICALLY APPROPRIATE TREATMENT** means diagnostic services, consultation, care or services that are consistent with the symptoms or diagnosis causing your Disability. Such treatment must be rendered:
(1) by a Physician whose license and any specialty are consistent with the disabling condition; and
(2) according to generally accepted, professionally recognized standards of medical practice.

**MILITARY LEAVE** means a leave of absence that:
(1) is subject to the federal USERRA law (the Uniformed Services Employment and Reemployment Rights Act of 1994 and any amendments to it);
(2) is taken in accord with the Employer's leave policy and the federal USERRA law; and
(3) does not exceed the period required by that law.

**OPEN ENROLLMENT PERIOD** means a designated timeframe for eligible employees to elect coverage who did not enroll during their initial eligibility period. Evidence of insurability is not required during this period provided certain conditions are met as described in the Schedule of Benefits. Participation in an Open Enrollment Period does not change the Policy provisions related to Waiting Periods or Pre-Existing Condition Limitations. Employees who have been previously declined for coverage may resubmit satisfactory evidence of insurability to apply for initial coverage during this Open Enrollment Period.

**OWN OCCUPATION** or **REGULAR OCCUPATION** means the occupation, trade or profession:
(1) in which you were employed with the Employer prior to Disability; and
(2) which was your main source of earned income prior to Disability.

It means a collective description of related jobs, as defined by the U.S. Department of Labor Dictionary of Occupational Titles. It includes any work in the same occupation for pay or profit, regardless of:
(1) whether such work is with the Employer, with some other firm, or on a self-employed basis; or
(2) whether a suitable opening is currently available with the Employer or in the local labor market.

**PARTIAL DISABILITY** or **PARTIALLY DISABLED** means that, due to an Injury or Sickness, you:
(1) are unable to perform one or more of the Main Duties of your Own Occupation, or are unable to perform such duties Full-Time; and
(2) are engaged in Partial Disability Employment.

**PARTIAL DISABILITY EMPLOYMENT** means you are working at your Own Occupation or any other occupation; however, because of a Partial Disability:
(1) your hours or production is reduced;
(2) one or more Main Duties of the job are reassigned; or
(3) you are working in a lower-paid occupation.

During Partial Disability Employment, your current earnings:
(1) must be at least 20% of Predisability Income; and
(2) may not exceed the percentage specified in the Partial Disability Benefit section.

**PERSON** means an Employee of the Employer:
(1) who is a member of an Employee class which is eligible for coverage under the Policy; and
(2) who has completed an enrollment form.

**PERSONAL INSURANCE** means the insurance provided by the Policy on Insured Persons.

**PHYSICIAN** means:
(1) a legally qualified medical doctor who is licensed to practice medicine, to prescribe and administer drugs, or to perform surgery; or
(2) any other duly licensed medical practitioner who is deemed by state law to be the same as a legally qualified medical doctor.

The medical doctor or other medical practitioner must be acting within the scope of his or her license. He or she must be qualified to provide Medically Appropriate Treatment for your disabling condition.

Physician does **not** include you or your relatives. Relatives include:
(1) your spouse, siblings, parents, children and grandparents; and
(2) your spouse's relatives of like degree.

**POLICY** means the group insurance Policy issued by the Company to the Group Policyholder.

**PREDISABILITY INCOME**--See Basic Weekly Earnings definition.

**REGULAR CARE OF A PHYSICIAN** means you:
(1) personally visit a Physician, as often as medically required according to standard medical practice to effectively manage and treat your disabling condition; and
(2) receive Medically Appropriate Treatment, by a Physician whose license and any specialty are consistent with the disabling condition.

**REGULAR OCCUPATION**--See Own Occupation or Regular Occupation definition.

**RETIREMENT BENEFIT**, when used with the term Retirement Plan, means a benefit that:
(1) is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;
(2) does not represent contributions made by you (Payments representing Employee contributions are deemed to be received over your expected remaining life, regardless of when they are actually received.); and
(3) is payable upon:
  (a) early or normal retirement; or
  (b) disability (if the payment does reduce the benefit which would have been paid at the normal retirement age under the plan, if disability had not occurred).

**RETIREMENT PLAN** means a defined benefit or defined contribution plan that:
(1) provides Retirement Benefits to Employees; and
(2) is not funded wholly by Employee contributions.

The term shall **not** include any 401(k), profit-sharing or thrift plan; informal salary continuance plan; individual retirement account (IRA); tax sheltered annuity (TSA); stock ownership plan; or a non-qualified plan of deferred compensation.

An Employer's Retirement Plan is deemed to include any Retirement Plan:
(1) which is part of any federal, state, county, municipal or association retirement system; and
(2) for which you are eligible as a result of employment with the Employer.

**SICK LEAVE** or **SALARY CONTINUANCE PLAN** means a plan that:
(1) is established and maintained by the Employer for the benefit of Employees; and
(2) continues payment of all or part of your Predisability Income for a specified period after you become Disabled.

It does **not** include compensation the Employer pays you for work actually performed during a Disability.

**SICKNESS** means illness, pregnancy or disease.

**TOTAL DISABILITY** or **TOTALLY DISABLED** means your inability, due to Sickness or Injury, to perform each of the Main Duties of your Own Occupation. A Person engaging in any employment for wage or profit is not Totally Disabled. The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

**WAITING PERIOD** means the period of time you must be employed in an eligible class with the Employer, before you become eligible to enroll for coverage under the Policy. The period of service must be continuous, except as explained in the Eligibility provision captioned Prior Service Credit Towards Waiting Period.

**WEEKLY BENEFIT** means the amount payable weekly by the Company to you while you are Totally Disabled or Partially Disabled.

**WORKERS' COMPENSATION OR SIMILAR COVERAGE** means coverage under a law that compensates for job related Injury or Sickness. It includes (but is not limited to):

(1) coverage under any Workers' Compensation or occupational disease law;
(2) coverage under the Jones Act; the Longshoreman's and Harbor Worker's Act; the Maritime Doctrine of Maintenance, Wages or Cure; or
(3) any plan provided in place of one of those plans.

## GENERAL PROVISIONS

**ENTIRE CONTRACT.** The entire contract between the parties shall consist of:
(1) the Policy and any amendments to it;
(2) the Group Policyholder's application (a copy of which is attached to the Policy);
(3) any Participating Employers' applications or Participation Agreements; and
(4) any individual applications of Insured Persons.

In the absence of fraud, all statements made by the Group Policyholder and by Insured Persons are representations and not warranties. No statement made by an Insured Person will be used to contest the coverage provided by the Policy, unless:
(1) it is contained in a written statement signed by that Insured Person; and
(2) a copy of the statement has been furnished to that Insured Person.

**INCONTESTABILITY.** Except for the non-payment of premiums or for fraud as provided below, the Company may not contest the validity of:
(1) the Policy after it has been in force for two years from its date of issue; or
(2) any Insured Person's coverage under the Policy:
    (a) based upon that Insured Person's statements concerning his or her insurability;
    (b) after his or her coverage has been in force for two years during his or her lifetime.

Despite parts (1) and (2) above, any disability income coverage may be contested at any time on the ground of fraudulent misrepresentation.

This clause does not preclude, at any time, the assertion of defenses based upon:
(1) the Policy's eligibility requirements, exclusions and limitations; and
(2) other Policy provisions unrelated to the validity of coverage.

**RESCISSION**. The Company has the right to rescind any insurance for which Evidence of Insurability was required, if:
(1) you incur a claim during the first two years of coverage; and
(2) the Company discovers that you made a Material Misrepresentation on your application.

A **"Material Misrepresentation"** is an incomplete or untrue statement that caused the Company to issue coverage that it would have disapproved, had it known the truth. **"To rescind"** means to cancel insurance back to its effective date. In that event, the Company will refund all premium paid for the rescinded insurance, less any benefits paid for your claims. The Company reserves the right to recover any claims paid in excess of such premiums.

**MISSTATEMENTS OF FACTS.** If relevant facts about any Person were misstated:
(1) a fair adjustment of the premium will be made; and
(2) the true facts will decide if and in what amount insurance is valid under the Policy.

If your age has been misstated, any benefits shall be in the amount the paid premium would have purchased at the correct age.

**GROUP POLICYHOLDER'S AGENCY.** For all purposes of the Policy, the Group Policyholder acts on its own behalf or as an agent of the Insured Person. Under no circumstances will the Group Policyholder be deemed the agent of the Company.

**CURRENCY.** In administering the Policy:
(1) all Predisability Income will be expressed in U.S. dollars; and
(2) all premium and benefits must be paid in U.S. dollars.

**WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE.** The Policy does not replace or provide benefits required by:
(1) Workers' Compensation laws; or
(2) any state temporary disability insurance plan laws.

**ASSIGNMENT.** The rights and benefits under this Certificate may not be assigned.

## ELIGIBILITY AND EFFECTIVE DATES

**ELIGIBLE CLASSES.** The classes of Employees eligible for insurance are shown in the Schedule of Insurance. The Company has the right to review and terminate any or all classes eligible under the Policy, if any class ceases to be covered by the Policy.

**ELIGIBILITY.** A Person becomes eligible for coverage provided by the Policy on the later of:
(1) the Policy's date of issue; or
(2) the date the Waiting Period is completed.

**Prior Service Credit Towards Waiting Period.** The Waiting Period is shown in the Schedule of Insurance. Prior service in an Eligible Class will apply toward the Waiting Period, when:
(1) you are a former Employee and are rehired within one year after your employment ends;
(2) you return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law; or
(3) you return from a Military Leave within the period required by federal USERRA law.

**EFFECTIVE DATE.** Your initial amount of Personal Insurance becomes effective at 12:01 a.m. on the latest of:
(1) the first day of the Insurance Month following the date you become eligible for the coverage;
(2) the date you resume Active Work, if not Actively at Work on the day you become eligible;
(3) the date you make written application for coverage and sign:
  (a) a payroll deduction order, if you pay any part of the Policy premiums; or
  (b) an order to pay premiums from your Flexible Benefits Plan account, if Employer contributions are made through such an account; or
(4) the date the Company approves your Evidence of Insurability, if required.

Any increased or additional coverage becomes effective at 12:01 a.m. on the latest of:

(1) the date on which you become eligible for the increase, if Actively at Work on that day;
(2) the date you resume Active Work, if not Actively at Work on the day the increase would otherwise take effect; or
(3) the date any required Evidence of Insurability is approved by the Company.

Any decrease will take effect on the day of the change, whether or not you are Actively at Work.

**Evidence of Insurability.** Evidence of Insurability satisfactory to the Company must be submitted (at your expense); when:
(1) you make written application for coverage (or an increased amount of coverage) more than 31 days after becoming eligible for the coverage; or
(2) you make written application for coverage after you have requested:
  (a) to cancel insurance;
  (b) to stop payroll deductions for the insurance; or
  (c) to stop premium payments from the Flexible Benefits Plan account.

**Effective Date for Change in Eligible Class.** You may become a member of a different Eligible Class. Coverage under the different Eligible Class will be effective:
(1) on the first day of the Insurance Month coinciding with or next following the date of the change;
(2) except as stated in the Effective Date provision for increases or decreases.

**REINSTATEMENT RIGHTS.** If your coverage terminates due to one of the following breaks in service, you will be entitled to reinstate the coverage upon resuming Active Work with the Employer within the required timeframe. **"Reinstatement"** or **"to reinstate"** means to re-enroll for Policy coverage, without satisfying a new Waiting Period or providing Evidence of Insurability. Reinstatement is available upon:

(1) return from an approved Family or Medical Leave within:
  (a) the 12-week period required by federal law; or
  (b) any longer period required by a similar state law;
(2) return from a Military Leave within the period required by federal USERRA law;
(3) return from any other approved leave of absence within six months after the leave begins;
(4) return within 12 months following a lay off; or
(5) return within 12 months following termination of employment for any other reason.

To reinstate coverage, you must apply for coverage or be re-enrolled within 31 days after resuming Active Work in an Eligible Class. The reinstated amount of insurance may not exceed the amount that terminated. Reinstatement will take effect on the date you return to Active Work.

If the above conditions are met, and the Policy includes a Pre-Existing Condition Exclusion, then:

(1) the months of leave will count towards any unmet Pre-Existing Condition Exclusion period; and
(2) a new Pre-Existing Condition Exclusion will not apply to the reinstated amount of insurance.

A new Pre-Existing Condition Exclusion will apply to any increased amount of insurance.

## INDIVIDUAL TERMINATIONS

**TERMINATION OF COVERAGE.** Your coverage will terminate at 12:00 midnight on the earliest of:

(1) the date the Policy terminates or the Employer's participation ends (but without prejudice to any claim incurred prior to termination);
(2) the date your class is no longer eligible for insurance;
(3) the date you cease to be a member of an Eligible Class;
(4) the last day of the Insurance Month in which you request termination;
(5) the last day of the last Insurance Month for which premium payment is made on your behalf;
(6) the end of the period for which the last required premium has been paid;
(7) with respect to any particular insurance benefit, the day the portion of the Policy providing that benefit terminates;
(8) the date your employment with the Group Policyholder or Participating Employer terminates (unless coverage is continued as provided below); or
(9) the date you enter the armed services of any state or country on active duty, except for duty of 30 days or less for training in the Reserves or National Guard. (If you send proof of military service, the Company will refund any unearned premium.)

**CONTINUATION RIGHTS.** Ceasing Active Work results in termination of your eligibility for coverage, but coverage may be continued as follows.

**Disability.** If you are absent due to Total Disability or engaged in Partial Disability Employment, coverage may be continued:

(1) until the Day Benefits Begin; and
(2) during the period for which benefits are payable.

The Company must receive the required premium from the Employer.

**Family or Medical Leave.** If you go on an approved Family or Medical Leave and are **not** entitled to the more favorable continuation available during Disability, coverage may be continued until the earliest of:

(1) the end of the leave period approved by the Employer;
(2) the end of the leave period required by federal law, or any more favorable period required by a similar state law;
(3) the date you notify the Employer that you will not return; or
(4) the date you begin employment with another employer.

The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Military Leave.** If you go on a Military Leave, coverage may be continued for the same period allowed for an approved Family or Medical Leave. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Lay Off or Other Leave.** If you cease work due to a temporary lay off, or due to an approved leave of absence (other than an approved Family or Medical Leave or a Military Leave); coverage may be continued until the end of the month following the month in which Active Work stopped. The required premium payments must be received from the Employer, throughout the period of continued coverage.

**Conditions.** In administering the above continuations, the Employer must not act so as to discriminate unfairly among Insured Persons in similar situations. Insurance may **not** be continued when you cease Active Work due to a labor dispute, strike, work slowdown or lockout.

**INDIVIDUAL TERMINATION DURING DISABILITY.** Termination of your coverage during a Disability will have no effect on benefits payable for that period of Disability.

## CLAIMS PROCEDURES
## FOR WEEKLY DISABILITY INCOME BENEFITS

**NOTICE AND PROOF OF CLAIM -- Notice of Claim**. Written notice of a Disability claim must be given:

(1) within 20 days after the Injury or Sickness causing Disability begins; or
(2) as soon as reasonably possible after that.*

The notice must be sent to the Company's Group Insurance Service Office. It should include your name and address, and the number of the Policy.

**Claim Forms.** When notice of claim is received, the Company will send claim forms for filing the required proof. If the Company does not send the forms within 15 days, you may send the Company written proof of Disability in a letter. It should state the date the Disability began, its cause and degree. The Company will periodically send you additional claim forms.

**Proof of Claim.** The Company must be given written proof of a Disability claim:

(1) within 90 days after the Day Benefits Begin; or
(2) as soon as reasonably possible after that.*

Proof of claim must be provided at your own expense. It must show the date the Disability began, its cause and degree. Documentation must include the following:

(1) completed statements by you and your Employer;
(2) a completed statement by the attending Physician, which must describe any restrictions on the performance of the duties of your Regular Occupation;
(3) proof of any other income received, and of any other benefits available from other income sources, which may affect Policy benefits;
(4) a signed authorization for the Company to obtain more information; and
(5) any other items the Company may reasonably require in support of the claim.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

***Exception:** Failure to give notice or furnish proof of claim within the required time period will not invalidate or reduce the claim, if it is shown that it was done:

(1) as soon as reasonably possible; and
(2) in no event more than one year after it was required.

These time limits will not apply while you lack legal capacity.

**EXAMINATION.** The Company may have you examined:

(1) by a Physician, specialist or vocational rehabilitation expert of the Company's choice;
(2) as often as reasonably required while a claim or appeal is pending.

Any such exam will be at the Company's expense.

The Company may determine that (in its opinion) you have:

(1) failed to cooperate with an examiner;
(2) failed to take an exam scheduled by the Company; or
(3) postponed such an exam more than twice.

In that event, benefits may be denied or suspended, until the required exam is completed.

**TIME OF PAYMENT OF CLAIMS.** Weekly Disability Income Benefits payable under the Policy will be paid immediately after the Company receives complete proof of claim and confirms liability. Such benefits will be paid biweekly, during any period for which the Company is liable. If benefits are due for less than a week, they will be paid on a pro rata basis. The daily rate will equal 1/7 of the Weekly Benefit. Any balance, which remains unpaid at the end of the period of liability, will be paid immediately after the Company receives complete proof of claim and confirms liability.

**TO WHOM PAYABLE**. All Weekly Disability Income Benefits are payable to you, while living. After your death, such benefits will be payable to your estate.

**NOTICE OF CLAIM DECISION**. The Company will send you a written notice of its claim decision. If the Company denies any part of the claim, the written notice will explain:
(1) the reason for the denial, under the terms of the Policy and any internal guidelines;
(2) how you may request a review of the Company's decision; and
(3) whether more information is needed to support the claim.
This notice will be sent within 15 days after the Company resolves the claim. It will be sent within 45 days after the Company receives the first proof of claim, if reasonably possible.

**Delay Notice**. The Company may need more than 15 days to process the claim, due to matters beyond its control. If so, an extension will be permitted. In that event, the Company will send you a written delay notice:
(1) by the 15th day after receiving the first proof of claim; and
(2) every 30 days after that, until the claim is resolved.

The notice will explain:
(1) what additional information is needed to determine liability; and
(2) when a decision can be expected.
If you do not receive a written decision by the 105th day after the Company receives the first proof of claim, there is a right to an immediate review, as if the claim was denied.

**Exception:** The Company may need more information from you to process a claim. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for claim processing.

**REVIEW PROCEDURE**. Within 180 days after receiving a denial notice, you may request a claim review by sending the Company:
(1) a written request; and
(2) any written comments or other items to support the claim.
You may review certain non-privileged information relating to the request for review.

**Notice of Decision.** The Company will review the claim and send you a written notice of its decision. The notice will state the reasons for the Company's decision, under the terms of the Policy and any internal guidelines. If the Company upholds the denial of all or part of the claim, the notice will also describe:
(1) any further appeal procedures available under the Policy;
(2) the right to access relevant claim information; and
(3) the right to request a state insurance department review, or to bring legal action.
This notice will be sent within 45 days after the Company receives the request for review, or within 90 days if a special case requires more time.

**Delay Notice.** If the Company needs more than 45 days to process an appeal, in a special case:
(1) an extension of up to 45 more days will be permitted; and
(2) the Company will send you a written delay notice, by the 30th day after receiving the request for review.

The notice will explain:
(1) the special circumstances which require the delay;
(2) whether more information is needed to review the claim; and
(3) when a decision can be expected.

**Exception:** The Company may need more information from you to process an appeal. If so, it must be supplied within 45 days after the Company requests it. The resulting delay will not count towards the above time limits for appeal processing.

**Claims Subject to ERISA (**Employee Retirement Income Security Act of 1974**).** Before bringing a civil legal action under the federal labor law known as ERISA, an employee benefit plan participant or beneficiary must exhaust available administrative remedies. Under the Policy, the plan participant or beneficiary must first seek two administrative reviews of the adverse claim decision, in accord with this section. After the required reviews:

(1) an ERISA plan participant or beneficiary may bring legal action under Section 502(a) of ERISA; and
(2) the Company will waive any right to assert that he or she failed to exhaust administrative remedies.

**RIGHT OF RECOVERY.** If benefits have been overpaid on any claim, full reimbursement to the Company is required within 60 days. If reimbursement is not made, the Company has the right to:

(1) reduce future benefits and suspend payment of the Minimum Weekly Benefit under the Policy, until full reimbursement is made;
(2) reduce benefits payable to you or your beneficiary under any group insurance policy issued by the Company, until full reimbursement is made; or
(3) recover such overpayments from you or your estate.

Such reimbursement is required whether the overpayment is due to fraud, the Company's error in processing a claim, or any other reason.

**LEGAL ACTIONS**. No legal action to recover any benefits may be brought until 60 days after the required written proof of claim has been given. No such legal action may be brought more than three years after the date written proof of claim is required.

**COMPANY'S DISCRETIONARY AUTHORITY**. Except for the functions that the Policy clearly reserves to the Group Policyholder or Employer, the Company has the authority to manage the Policy, interpret its provisions, administer claims and resolve questions arising under it. The Company's authority includes (but is not limited to) the right to:

(1) establish administrative procedures, determine eligibility and resolve claims questions;
(2) determine what information the Company reasonably requires to make such decisions; and
(3) resolve all matters when an internal claim review is requested.

Any decision the Company makes in the exercise of its authority shall be conclusive and binding; subject to your rights to request a state insurance department review or to bring legal action.
This provision does not apply to residents of California.

## WEEKLY DISABILITY INCOME INSURANCE

**TOTAL DISABILITY BENEFIT**. The Company will pay a Weekly Total Disability Benefit for each week the Total Disability continues, if you:

(1) become Totally Disabled while insured for this benefit;
(2) are under the Regular Care of a Physician; and
(3) at your own expense, submit proof of continued Total Disability and Physician's care to the Company upon request.

**Duration.** Benefits start on the Day Benefits Begin, and end on the earliest of:

(1) the date you cease to be Totally Disabled or die;
(2) the date the Maximum Benefit Period ends; or
(3) the date you are able, but choose not to engage in Partial Disability Employment in your Own Occupation.

Proportional benefits will be paid for a partial week of Total Disability.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date you (without good cause):
    (a) fail to take a required medical exam;
    (b) fail to cooperate with an examiner; or
    (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for any Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Total Disability Benefit equals:

(1) your Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
(2) Other Income Benefits.

The amount of the Weekly Total Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**PARTIAL DISABILITY BENEFIT**. The Company will pay a Weekly Partial Disability Benefit, if you:

(1) become Partially Disabled while insured for this benefit;
(2) are engaged in Partial Disability Employment;
(3) are earning at least 20% of Basic Weekly Earnings when Partial Disability Employment begins;
(4) are under the Regular Care of a Physician; and
(5) at your own expense, submit proof of continued Partial Disability, Physician's care and reduced earnings to the Company upon request.

You are not required to be Totally Disabled prior to receiving Weekly Partial Disability Benefits. The Day Benefits Begin may be reached by days of Total Disability, Partial Disability, or any combination of these. Proportional benefits will be paid for a partial week of Partial Disability.

**Duration.** Benefits start on the Day Benefits Begin, and will cease on the earliest of:

(1) the date you cease to be Partially Disabled or die;
(2) the date the Maximum Benefit Period ends;
(3) the date you earn more than 99% of Basic Weekly Earnings; or
(4) the date you are able, but choose not to work Full-Time or part-time in your Own Occupation.

At the Company's option, benefits may also be denied or suspended on any of the following dates:

(1) the date you (without good cause):
   (a) fail to take a required medical exam;
   (b) fail to cooperate with an examiner; or
   (c) postpone a required exam more than twice;
(2) the 45th day after the Company requests additional proof, if not given; or
(3) the 45th day after the Company requests proof of your application for Other Income Benefits to which you may be entitled (and which affect Policy benefits); if not given.

**Amount.** The amount of the Weekly Partial Disability Benefit equals the lesser of A or B below:

(A) (1) Your Basic Weekly Earnings multiplied by the Benefit Percentage (limited to the Maximum Weekly Benefit); minus
   (2) Other Income Benefits, except for earnings you receive from Partial Disability Employment; or
(B) Your Basic Weekly Earnings minus Other Income Benefits excluding PTO.

The amount of the Weekly Partial Disability Benefit will not be less than the Minimum Weekly Benefit, unless the Minimum Weekly Benefit plus Other Income Benefits would exceed 100% of your Basic Weekly Earnings.

The Day Benefits Begin, Maximum Benefit Period, Benefit Percentage, Maximum Weekly Benefit, and Minimum Weekly Benefit are shown in the Schedule of Insurance.

**OTHER INCOME BENEFITS** means Earnings, benefits, awards, or settlements from the following sources. These amounts will be offset, in determining your Weekly Benefit. Except for Retirement Benefits and Earnings, these amounts must result from the same Disability for which a Weekly Benefit is payable under the Policy.

**Compulsory Benefits.** Any disability income benefits you are eligible to receive under:
(1) state temporary disability income benefit laws;
(2) state no fault auto insurance laws; or
(3) any other compulsory benefit act or law (except Workers' Compensation and laws of like intent).

**Other Insurance Plans.** Any disability income benefits for which you are eligible under any no fault auto plan.

**Employee Benefit Plans.** Any disability income benefits for which you are eligible under the Employer's Sick Leave or Salary Continuance Plan. This does **not** include vacation pay, severance pay, or pay for work actually performed during a Disability.

**Social Security and other Government Retirement Plans.** The following Social Security or other Government Retirement Plan benefits will be offset:
(1) **disability benefits** for which you and any spouse or child is eligible, because of your Disability;
(2) **unreduced retirement benefits** for which you and any spouse or child is eligible, because of your eligibility for unreduced retirement benefits; or
(3) **reduced retirement benefits** actually received by you and any spouse or child, because of your receipt of reduced retirement benefits.

As used above, **"Government Retirement Plans"** include disability and retirement benefits under:
(1) the federal Social Security Act, Jones Act or Railroad Retirement Act;
(2) the Canada Pension Plan or Quebec Pension Plan;
(3) any similar plan or act of any country, state, province or other political unit; or
(4) any plan provided in place of one of the above plans.

**"Earnings"**, as used in this provision, means pay you earn or receive from any occupation or form of employment, as reported for federal income tax purposes. Earnings include (but are not limited to) a:
(1) salaried or hourly Employee's gross earnings (shown on Form W-2); including:
    (a) wages, tips, commissions, bonuses and overtime pay; and
    (b) any pre-tax contributions to a Section 125 Plan, flexible spending account, or qualified deferred compensation plan;
(2) proprietor's net profit (figured from Form 1040, Schedule C);
(3) professional corporation shareholder's net profit (figured from Form 1040, Schedule C);
(4) partner's net earnings from self-employment (shown on Schedule K-1) and any W-2 earnings; and
(5) Subchapter S Corporation shareholder's net earnings from trade or business activities (shown on Schedule K-1).

**Recovery from Third Party.** Any amount you recover from a third party as a result of the Disability (whether by judgment, settlement or otherwise). The offset:
(1) will be reduced by attorney fees and other reasonable costs of recovery; and
(2) will not exceed 100% of the net settlement.

**Exceptions.** The following will **not** be considered Other Income Benefits, and will not be offset in determining the Weekly Benefit:
(1) a cost-of-living increase in any Other Income Benefit (except Earnings); if it takes effect after the first offset for that benefit during a period of Disability;
(2) reimbursement for hospital, medical or surgical expense;
(3) reimbursement for attorney fees or other reasonable costs of claiming Other Income Benefits;
(4) group credit or mortgage disability insurance;
(5) early retirement benefits that are not elected or received under the federal Social Security Act or other Government Retirement Plan;
(6) any amounts under the Employer's Retirement Plan that:
  (a) represent your contributions; or
  (b) are received upon termination of employment without being disabled or retired;
(7) benefits from a 401(k), profit-sharing or thrift plan; an individual retirement account (IRA); a tax sheltered annuity (TSA); a stock ownership plan; or a non-qualified plan of deferred compensation;
(8) vacation pay, holiday pay, PTO or severance pay; or
(9) disability income benefits under any individual policy, association group plan, franchise plan, or auto liability insurance policy (except no fault auto insurance).

**RULES CONCERNING OTHER INCOME BENEFITS.** If you may be entitled to Other Income Benefits that affect Policy benefits, you are required to actively claim them. For example, if Social Security or other Government Retirement Plan benefits may be payable, you:
(1) must promptly apply for such benefits; and, if denied
(2) must file an appeal or request an administrative hearing, upon Company request.
If you fail to promptly pursue such benefits, the Company has the option to deny or suspend Weekly Benefits or to reduce them by an estimated amount.

If Workers' Compensation or similar benefits may be payable for the same Disability, you and your Employer are required to cooperate in filing for those benefits. The Company will require proof of the denial or duration of those benefits to confirm its liability under the Policy.

**Refunding Overpayments.** Upon receiving Other Income Benefits, you must refund any resulting overpayment of Weekly Benefits under the Policy. If you do not promptly refund an overpayment to the Company within 60 days, in a lump sum, then:
(1) the Company will reduce or eliminate future payments; and
(2) the Minimum Weekly Benefit will not apply, until the amount is repaid.

**Cost of Living Freeze.** After the first deduction for each of the Other Income Benefits (except Earnings), its amount will be frozen. The Weekly Benefit will not be further reduced due to any cost-of-living increases payable under these Other Income Benefits.

**RECURRENT DISABILITY.** **"Recurrent Disability"** means a Disability caused by an Injury or Sickness which is the same as, or related to, the cause of a prior Disability for which Weekly Benefits were payable.

(1) A Recurrent Disability will be treated as a new period of Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for two consecutive weeks or more.
  A new Day Benefits Begin and new Maximum Benefit Period will apply.

(2) A Recurrent Disability will be treated as part of the prior Disability, if you:
  (a) have returned to your Own Occupation; and
  (b) have worked on a full-time basis, for less than two consecutive weeks.
  The same Day Benefits Begin and same Maximum Benefit Period will apply to the Recurrent Disability as to the prior Disability.

To qualify for a Weekly Benefit for a Recurrent Disability, the Insured Person must earn less than the percentage of Predisability Income specified in the Partial Disability Benefit section. Benefit payments will be subject to all other terms of the Policy that applied to the prior Disability.

This Recurrent Disability provision will cease to apply when you become eligible for coverage under any other group short-term disability policy.

**EXCLUSIONS.** Weekly Benefits will not be payable for any period of Disability:

(1) which is the result of an intentionally self-inflicted Injury or suicide attempt;
(2) during which you are not under the Regular Care of a Physician;
(3) which is the result of war (declared or undeclared) or any act of war;
(4) which is the result of a Sickness or Injury for which you receive benefits under Workers' Compensation or similar coverage; or
(5) which arises out of (or in the course of) any employment for wage or profit, when the Disability would be covered by Workers' Compensation or similar coverage if:
  (a) the Employer had enrolled you for such coverage; and
  (b) you and your Employer had cooperated in filing a claim under that plan.

**PRE-EXISTING CONDITION LIMITATION.** The Policy will not cover any period of Disability:

(1) which is caused or contributed to by, or results from a Pre-Existing Condition; and
(2) which begins in the first 12 months after your Effective Date.

"**Pre-Existing Condition"** means a Sickness or Injury for which you received Treatment within 6 months prior to your Effective Date.

**"Treatment"** means consultation, care and services by a Physician. It includes diagnostic measures and the prescription, refill and taking of prescribed drugs or medicines.

**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**

**PROBLEMS WITH YOUR INSURANCE?** - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

The Lincoln National Life Insurance Company
Group Insurance Service Office
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll Free Telephone Number 1-800-423-2765
E-Mail: clientservices@lfg.com

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE,** a state agency which enforces Wisconsin's insurance laws, and file a complaint. You can file a complaint electronically with the **OFFICE OF THE COMMISSIONER OF INSURANCE** at its website at http://oci.wi.gov, or by contacting:

Office of the Commissioner of Insurance
Complaints Department
P. O. Box #7873
Madison, WI 53707-7873
1-800-236-8517
608-266-0103

**AMENDMENT TO BE ATTACHED TO THE CERTIFICATE FOR GROUP POLICY NO: 000010082568**

**ISSUED TO: Gundersen Health System**

**Your Certificate is amended by adding the following provisions.**

## PRIOR INSURANCE CREDIT UPON TRANSFER OF DISABILITY INCOME INSURANCE CARRIERS

This provision prevents loss of disability income coverage for you, which could otherwise occur solely because of a transfer of insurance carriers. The Policy will provide the following Prior Insurance Credit, when it replaces a prior plan.

**"Prior Plan"** means a prior carrier's group disability income policy, which the Policy replaced within 1 day of the prior plan's termination date.

FAILURE TO SATISFY ACTIVE WORK RULE. Subject to premium payments, the Policy will provide disability income coverage if you:
- (1) were insured by the prior plan on its termination date; and
- (2) were otherwise eligible under the Policy; but were not Actively-At-Work due to Injury or Sickness on its Effective Date.

AMOUNT OF COVERAGE. Until you satisfy the Policy's Active Work rule, your disability income coverage will not exceed that provided by the prior plan, had it remained in force. The Company will pay:
- (1) the benefit the prior plan would have paid; minus
- (2) any amount for which the prior carrier is liable.

DISABILITY DUE TO A PRE-EXISTING CONDITION. Benefits may be payable for a period of disability due to a Pre-Existing Condition if you:
- (1) were insured by the prior plan on its termination date; and
- (2) were Actively-At-Work and became insured under the Policy on its Effective Date.

The benefits will be determined as follows:

A. The Company will apply the Policy's Pre-Existing Condition Limitation. If you qualify for benefits, you will be paid according to the Policy's benefit schedule.

B. If you cannot satisfy the Policy's Pre-Existing Condition Limitation; then the prior plan's pre-existing condition limitation will be applied, as follows:
   - (1) If you satisfy the prior plan's pre-existing condition limitation, giving consideration towards continuous time insured under both policies; then benefits will be paid according to the prior plan's benefit schedule.
   - (2) If you cannot satisfy the Pre-Existing Condition Limitation of the Policy, or that of the prior plan; then no benefit will be paid.

**This Amendment takes effect on your effective date of coverage under the Policy. In all other respects, your Certificate remains unchanged.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**



# SUMMARY PLAN DESCRIPTION

The following information together with your group insurance certificate issued to you by The Lincoln National Life Insurance Company of Fort Wayne, Indiana, is the Summary Plan Description required by the Employee Retirement Income Security Act of 1974 to be distributed to participants in the Plan. This Summary Plan Description is only intended to provide an outline of the Plan's benefits. The Plan Document will govern if there is any discrepancy between the information contained in this Description and the Plan.

The name of the Plan is: Weekly Disability Income Insurance for Employees of Gundersen Health System.

The name, address and ZIP code of the Sponsor of the Plan is: Gundersen Health System, 1900 South Ave., Mail Stop BELL-02, La Crosse, WI, 54601-5467.

Employer Identification Number (EIN): 39-1606449 IRS Plan Number: 501

The name, business address, ZIP code and business telephone number of the Plan Administrator is: Gundersen Health System, 1900 South Ave., Mail Stop BELL-02, La Crosse, WI, 54601-5467, (608) 775-4748.

The Plan Administrator is responsible for the administration of the Plan and is the designated agent for the service of legal process for the Plan. Functions performed by the Plan Administrator include: the receipt and deposit of contributions, maintenance of records of Plan participants, authorization and payment of Plan administrative expenses, selection of the insurance consultant, selection of the insurance carrier and assisting The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company has the sole discretionary authority to determine eligibility and to administer claims in accord with its interpretation of policy provisions, on the Plan Administrator's behalf (this does not apply to employers sitused in California or to California residents).

Type of Administration. The Plan is administered directly by the Plan Administrator with benefits provided in accordance with provisions of the group insurance policy issued by The Lincoln National Life Insurance Company whose Group Insurance Service Office address is 8801 Indian Hills Drive, Omaha, Nebraska.

Type of Plan. The benefits provided under the Plan are: Weekly Disability Income Insurance benefits.

Type of Funding Arrangement: The Lincoln National Life Insurance Company.

All employees are given a Certificate of Group Insurance which contains a detailed description of the Benefits, any Pre-Existing Condition Limitation and Exclusions. The Certificate also contains the Schedule of Insurance which includes the Benefit Percentage, Maximum and Minimum Weekly Benefits, Maximum Benefit Period, Day Benefits Begin, Waiting Period and age reduction information. If your Booklet, Certificate or Schedule of Insurance has been misplaced, you may obtain a copy from the Plan Administrator at no charge.

Eligibility. Full-time employees working at least 40 hours per pay period.

Employees become eligible on the first of the month following active full-time employment.

Contributions. You are required to contribute to the cost of the Weekly Disability Income Insurance.

The Plan's year ends on: December 31st of each year.

The name and section of relevant Collective Bargaining Agreements: None

The name, title and address of each Plan Trustee: None

**Loss of Benefits**. The Plan Administrator may terminate the policy, or, subject to The Lincoln National Life Insurance Company's approval, may modify, amend or change the provisions, terms and conditions of the policy. Coverage will also terminate if the premiums are not paid when due. No consent of any Insured Person or any other person referred to in the policy will be required to terminate, modify, amend or change the policy. See your Plan Administrator to determine what, if any, arrangements may be made to continue your coverage beyond the date you cease active work.

**Claims Procedures**. You may obtain claim forms and instructions for filing claims from the Plan Administrator or from the Group Insurance Service Office of The Lincoln National Life Insurance Company. To expedite the processing of your claim, instructions on the claim form should be followed carefully; be sure all questions are answered fully. In accordance with ERISA, The Lincoln National Life Insurance Company will send you a written notice of its claim decision within:

- 45 days after receiving the first proof of a claim for disability benefits (105 days under special circumstances).

If a claim is partially or wholly denied, this written notice will explain the reason(s) for denial, how a review of the decision may be requested, and whether more information is needed to support the claim. You may request a review of the claim by making a written request to The Lincoln National Life Insurance Company within:

- 180 days after receiving a denial notice of a claim for disability income benefits.

This written request for review should state the reasons why you feel the claim should not have been denied and should include any additional documentation to support your claim. You may also submit for consideration additional questions or comments you feel are appropriate, and you may review certain non-privileged information relating to the request for review. The Lincoln National Life Insurance Company will make a full and fair review of the claim and provide a final written decision to you within:

- 45 days after receiving the request for review of a claim for disability income benefits (90 days under special circumstances).

If more information is needed to resolve a claim, the information must be supplied within 45 days after requested. Any resulting delay will not count toward the above time limits for claims or appeals processing. Please refer to your certificate of insurance for more information about how to file a claim, how to appeal a denied claim, and for details regarding the claims procedures.

**Statement of ERISA Rights**

The following statement of ERISA rights is required by federal law and regulation. As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits.** Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series), if any, filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), if any, and updated summary plan description. The administrator may make a reasonable charge for copies.

Receive a summary of the plan's annual financial report if the plan covers 100 or more participants. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries.** In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights.** If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions.** If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

# Lincoln Financial Group® Privacy Practices Notice

The Lincoln Financial Group companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. We do not sell your personal information to third parties. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

We are committed to the responsible use of information and protecting individual privacy rights. As such, we look to leading data protection standards to guide our privacy program. These standards include collecting data through fair and lawful means, such as obtaining your consent when appropriate.

## Information we may collect and use

We collect personal information about you to help us identify you as a consumer, our customer, or our former customer; to process your requests and transactions; to offer investment or insurance services to you; to pay your claim; to analyze in order to enhance our products and services; to tell you about our products or services we believe you may want and use; and as otherwise permitted by law. The type of personal information we collect depends on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name, address, Social Security number; and your financial, health, and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.
- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; payment details; and your payment and claims history.
- **Information from outside our family of companies**: If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information (such as medical information, retirement information, and information related to Social Security benefits), from other individuals or businesses.
- **Information from your employer**: If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative in order to enroll you in the plan.

## How we use your personal information

We may share your personal information within our companies and with certain service providers. They use this information to process transactions you, your employer, or your group representative have requested; to provide customer service; to analyze in order to evaluate or enhance our products and services; to gain customer insight; to provide education and training to our workforce and customers; and to inform you of products or services we offer that you may find useful. Our service providers may or may not be affiliated with us. They include financial service providers (for example, third party administrators; broker-dealers; insurance agents and brokers, registered representatives; reinsurers and other financial services companies with whom we have joint marketing agreements). Our service providers also include non-financial companies and individuals (for example, consultants; vendors; and companies that perform marketing services on our behalf). Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law. We may execute agreements with our service providers that permit the service provider to process your personal information outside of the United States, when not prohibited by our contracts and permitted by applicable law.

When you apply for one of our products, we may share information about your application with credit bureaus. We also may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers), regulatory authorities and law enforcement officials, and to other non-affiliated or affiliated parties as permitted by law. In the event of a sale of all or part of our businesses, we may share customer information as part of the sale. **We do not sell or release your information to outside marketers who may want to offer you their own products and services; nor do we release information we receive about you from a consumer reporting agency. You do not need to take any action for this benefit.**

## Security of information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. Our employees are authorized to access your information only when they need it to perform their job responsibilities. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your rights regarding your personal information

This Privacy Notice describes how you can exercise your rights regarding your personal information. Lincoln complies with all applicable laws and regulations regarding the provision of personal information. The rights provided to you in this Privacy Notice will be administered in accordance with your state's specific laws and regulations.

**Access to personal information:** You must submit a written request to receive a copy of your personal information. You may see your personal information in person, or you may ask us to send you a copy of your personal information by mail or electronically, whichever you prefer. We will need to verify your identity before we process the request. Within 30 business days of receiving your request, we will, depending on the specific request you make, (1) inform you of the nature and substance of the recorded personal information we have about you; (2) permit you to obtain a copy of your personal information; and (3) provide the identity (if recorded) of persons to whom we disclosed your personal information within two years prior to the request (if this information is not recorded, we will provide you with the names of those insurance institutions, agents, insurance support organizations or other persons to whom such information is normally disclosed). If you request a copy of your information by mail, we may charge you a fee for copying and mailing costs.

**Changes to personal information:** If you believe that your personal information is inaccurate or incomplete, you may ask us to correct, amend, or delete the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days from the date we receive your request.

If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received your personal information within the past two years. We will also send the updated information to any insurance support organization that gave us the information and any insurance support organization that systematically received personal information from us within the prior 7 years unless that support organization no longer maintains your personal information.

If we deny your request to correct, amend or delete your information, we will provide you with the reasons for the denial. You may write to us and concisely describe what you believe our records should say and why you disagree with our denial of your request to correct, amend, or delete that information. We will file this communication from you with the disputed information, identify the disputed information if it is disclosed, and provide notice of the disagreement to the persons and in the manner described in the paragraph above.

**Basis for adverse underwriting decision:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide for additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to act upon your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial Group, Attn: Corporate Privacy Office, 1301 South Harrison St., Fort Wayne, IN 46802. The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice. For general account service requests or inquiries, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial Group companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Distributors, Inc.
Lincoln Financial Group Trust Company
Lincoln Investment Advisors Corporation
Lincoln Life & Annuity Company of New York
Lincoln Life Assurance Company of Boston
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust
The Lincoln National Life Insurance Company

**This Notice is effective 14 calendar days after it is made available on Lincoln's website, www.LFG.com/privacy.

REF #20496547

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 26, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256800000
Claim Number: 1230064639
Claimant: Robert Loper

Dear Robert:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 10/07/2023 and have received additional medical documentation for consideration of additional benefits.

Based on the information provided to our office, benefits are being considered to the Short Term Disability maximum benefit period of 11/11/2023.

This letter does not guarantee benefits for Long Term Disability. Eligibility and certain Policy provisions may exclude you from your Long Term Disability benefits. We will evaluate your capacity to perform work-related activity, taking into consideration your restrictions and limitations and treatment plan supported by objective medical evidence. Objective medical evidence can include office and treatment notes, therapy notes, test results, consultation reports and/or laboratory results, etc.

At this time, your file is being referred to Long Term Disability specialist for further handling of your claim.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #20496547

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Zach Pilus
1-800-423-2765
Claims Examiner II, STD 1
The Lincoln National Life Insurance Company

CC: Gundersen Health System
ATTN: Monica Wells
1900 South Ave
LA CROSSE, WI 54601

Date: Tue Sep 26 14:05:42 CDT 2023
From: Zach Pilus <Zach.Pilus@lfg.com>
To: mwells@gundersenhealth.org
Message-ID: <595761807.23.1695755142486.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230064639 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230064639

Please review the attached letter and/or document(s) regarding the Claim #1230064639 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Zach Pilus**
**Claims Examiner II, STD 1**
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-7293
Fax: 800-462-4660
Email: Zach.Pilus@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

September 26, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256800000
Claim Number: 1230064639
Claimant: Robert Loper

Dear Robert:

We are writing to you regarding your claim for Short Term Disability benefits. We previously approved benefits to 10/07/2023 and have received additional medical documentation for consideration of additional benefits.

Based on the information provided to our office, benefits are being considered to the Short Term Disability maximum benefit period of 11/11/2023.

This letter does not guarantee benefits for Long Term Disability. Eligibility and certain Policy provisions may exclude you from your Long Term Disability benefits. We will evaluate your capacity to perform work-related activity, taking into consideration your restrictions and limitations and treatment plan supported by objective medical evidence. Objective medical evidence can include office and treatment notes, therapy notes, test results, consultation reports and/or laboratory results, etc.

At this time, your file is being referred to Long Term Disability specialist for further handling of your claim.

If you return to work prior to this date, please notify our office as soon as possible to avoid an overpayment.

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status.

Sincerely,

Zach Pilus
1-800-423-2765
Claims Examiner II, STD 1
The Lincoln National Life Insurance Company

CC: Gundersen Health System
ATTN: Monica Wells
1900 South Ave
LA CROSSE, WI 54601

Gundersen Health System
Dept. of Hematology/Oncology
1900 South Ave
La Crosse, WI 54601
Phone: 608-775-1200
Fax: 608-775-6627
Mail Stop: EB2-001
**Ext. 51200**

**GUNDERSEN**
**HEALTH SYSTEM®**

# Fax

| | | | |
|---|---|---|---|
| **To:** Lincoln Financial | | **From:** | Amber CMA |
| **Fax:** 877-843-3950 | | **Pages:** | 2 |
| **Phone:** | | **Date:** | 9-19-2023 |
| **Re:** Robert Loper | | **DOB:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments:** This facsimile correspondence is intended for the use of the individual or entity to which it was addressed and contains information that is confidential. Furthermore, Federal law relating to confidentiality prohibiting any further discloser may protect this information. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication by mistake, please call the sender immediately by telephone and mail the original message to us at the above address. Thank you for your assistance.

REF #20042547

Lincoln Financial Group®

8828980

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Gundersen Health System IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

### Attending Physician's Statement

1. Patient's Name Robert Loper Date of Birth ___
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)
Cancer - Salivary gland carcinoma
3. a) Date of First Treatment 12-2-22
   b) Date of Most Recent Treatment 7-26-23
   c) Frequency of Treatments weekly to biweekly @ UW Health
   d) Type of Treatment Rendered Chemotherapy
   e) Is surgery scheduled? If so, when? N/A
4. The patient has been continuously Totally Disabled (unable to perform regular job) from 8/11/23 to 8/11/24
   The patient has been continuously Partially Disabled (some restrictions or light duty) from ___ to ___
   If the patient is still disabled, when should the patient be able to return to work? unknown 8/11/24 reevaluate
5. Remarks or Comments:
patient unable to work
6. List Restrictions and Limitations: patient unable to work
7. Physical Impairment:
   Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
   Class 2 – Medium manual activity (15 – 30%)
   Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
   Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
   (circled) Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)
8. Mental Impairments (if applicable)
   (circled) Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
   Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
   Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
   Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
   Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date 9-19-2023 (Month Day Year) Signed [signature] (Attending Physician, No Stamps, please) /Degree/Specialty MD oncology

Street Address 1900 South Avenue
City, State LaCrosse WI
Phone Number 608-775-1200
Fax Number 608-775-6627



PAGE 2/2 * RCVD AT 9/19/2023 10:00:29 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:8778433950 * CSID:608-775-6627 * ANI:6087759139 * DURATION (mm-ss):00-58

REF #20042547

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 23, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256800000
Claim Number: 1230064639
Claimant: Robert Loper

Dear Mr Loper:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 08/12/2023.

The policy issued to Gundersen Health System, has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 08/26/2023. Your first payment will be received separately within the next three business weeks. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your Basic Weekly Earnings, your benefit will equal $1,000.00. However, if you are receiving Other Income Benefits including any State specific leaves as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 10/07/2023. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on this date due to your disability, please provide the attached form to your doctor to complete and updated medical records. Please return to Lincoln Financial for consideration of additional disability benefits; or provide medical documentation that supports continued disability.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

physician without any supporting documentation may not be sufficient to approve further benefits.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions.

Sincerely,

Zach Pilus
1-800-423-2765
Claims Examiner II, STD 1
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
TRANSLATION SERVICES FORM

CC: Gundersen Health System
ATTN: Monica Wells
1900 South Ave
LA CROSSE, WI 54601

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Gundersen Health System IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM.
IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

### Attending Physician's Statement

1. Patient's Name Robert Loper ______ Date of Birth ______
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)

______

3. a) Date of First Treatment ______
   b) Date of Most Recent Treatment ______
   c) Frequency of Treatments ______
   d) Type of Treatment Rendered ______
   e) Is surgery scheduled? If so, when? ______
4. The patient has been continuously Totally Disabled (unable to perform regular job) from ______ to ______
   The patient has been continuously Partially Disabled (some restrictions or light duty) from ______ to ______
   If the patient is still disabled, when should the patient be able to return to work? ______
5. Remarks or Comments: ______
6. List Restrictions and Limitations: ______
7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
- ☐ Class 2 – Medium manual activity (15 – 30%)
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
- ☐ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date ______ Signed ______ /Degree/Specialty ______
(Month Day Year) (Attending Physician, No Stamps, please)

Street Address ______

City, State ______

Phone Number ______

Fax Number ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #20042547

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hóló. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Date: Wed Aug 23 11:50:40 CDT 2023
From: Zach Pilus <Zach.Pilus@lfg.com>
To: mwells@gundersenhealth.org
Message-ID: <1815952771.18.1692809440041.JavaMail.gman@ne1pldb201c.lnc.com>
Subject:Lincoln Financial Group Information for Claim 1230064639 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1230064639

Please review the attached letter and/or document(s) regarding the Claim #1230064639 for Robert Loper. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Zach Pilus**
**Claims Examiner II, STD 1**
8801 Indian Hills Drive
Omaha, Nebraska 68114
Toll Free Phone: 1-800-423-2765
Phone: 402-361-7293
Fax: 800-462-4660
Email: Zach.Pilus@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
Toll free Fax (877) 843-3950
www.LincolnFinancial.com

August 23, 2023

ROBERT LOPER

Re: Policyholder: Gundersen Health System
Policy Number: 00001008256800000
Claim Number: 1230064639
Claimant: Robert Loper

Dear Mr Loper:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 08/12/2023.

The policy issued to Gundersen Health System, has a 14 day elimination period during which no benefits are payable. Your benefits will begin on 08/26/2023. Your first payment will be received separately within the next three business weeks. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your Basic Weekly Earnings, your benefit will equal $1,000.00. However, if you are receiving Other Income Benefits including any State specific leaves as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 10/07/2023. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on this date due to your disability, please provide the attached form to your doctor to complete and updated medical records. Please return to Lincoln Financial for consideration of additional disability benefits; or provide medical documentation that supports continued disability.

Medical documentation may include, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your

©2023 Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

physician without any supporting documentation may not be sufficient to approve further benefits.

Please contact us at the number listed below or at nationalaccountclaims@lfg.com with any questions.

Sincerely,

Zach Pilus
1-800-423-2765
Claims Examiner II, STD 1
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS
TRANSLATION SERVICES FORM

CC: Gundersen Health System
ATTN: Monica Wells
1900 South Ave
LA CROSSE, WI 54601

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll free (800) 423-2765 Toll free Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
Gundersen Health System IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM.
IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

### Attending Physician's Statement

1. Patient's Name Robert Loper ______ Date of Birth ______
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)

______

______

3. a) Date of First Treatment ______
   b) Date of Most Recent Treatment ______
   c) Frequency of Treatments ______
   d) Type of Treatment Rendered ______
   e) Is surgery scheduled? If so, when? ______
4. The patient has been continuously Totally Disabled (unable to perform regular job) from ______ to ______
   The patient has been continuously Partially Disabled (some restrictions or light duty) from ______ to ______
   If the patient is still disabled, when should the patient be able to return to work? ______
5. Remarks or Comments: ______

______

6. List Restrictions and Limitations: ______

______

7. Physical Impairment:
- ☐ Class 1 – No limitation – capable of heavy work – No restrictions (1-10%)
- ☐ Class 2 – Medium manual activity (15 – 30%)
- ☐ Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
- ☐ Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
- ☐ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)

8. Mental Impairments (if applicable)
- ☐ Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
- ☐ Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
- ☐ Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
- ☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date ______ Signed ______ /Degree/Specialty ______
(Month Day Year) (Attending Physician, No Stamps, please)

Street Address ______

City, State ______

Phone Number ______

Fax Number ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Chinese (Simplified)

注意：如果您说普通话，可以选择免费语言支持服务。 请拨打 1-800-423-2765.

Chinese (Traditional)

注意：若您講國語，可使用我們的免費語言支援服務。 請致電 1-800-423-2765.

Tagalog

Pansinin: Kung nagsasalita ka ng Tagalog, mayroon kang magagamit na mga libreng serbisyo ng tulong sa wika. Tumawag sa 1-800-423-2765.

Spanish

Atención: si habla español, tenemos disponibles servicios de apoyo con el idioma sin costo para usted. Llame al 1-800-423-2765.

Navajo

DÍÍ BAA AKÓ NÍNÍZIN: Díí bee yáníłti'go Diné bizaad, saad bee áká'ánida'áwo'dę́ę́' t'áá jiik'eh, ná hólǫ́. Kojį' hódíílnih áǫįóóǫéąą́ǫąíę́ę.

Gundersen Health System
Dept. of Hematology/Oncology
1900 South Ave
La Crosse, WI 54601
Phone: 608-775-1200
Fax: 608-775-6627
Mail Stop: EB2-001
**Ext. 51200**

GUNDERSEN
HEALTH SYSTEM®

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lincoln Financial | **From:** | Amber CMA |
| **Fax:** | 877-843-3950 | **Pages:** | |
| **Phone:** | | **Date:** | 8-16-2023 |
| **Re:** | Robert Loper | **DOB:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments:** This facsimile correspondence is intended for the use of the individual or entity to which it was addressed and contains information that is confidential. Furthermore, Federal law relating to confidentiality prohibiting any further discloser may protect this information. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication by mistake, please call the sender immediately by telephone and mail the original message to us at the above address. Thank you for your assistance.

Lincoln Financial Group

8828980

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| Robert | J | Loper | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 6' | 230 | 120/72 | Gundersen Health |

**2. Diagnosis**

| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
|---|---|
| C08.9 | Salivary gland carcinoma |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

**Pregnancy** N/A

| First Treated | Estimated Delivery | Date of Delivery |
|---|---|---|
| / / | / / | / / |

☐ Vaginal ☐ C-Section

Symptoms: Swelling

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): biopsy on 11.17.2022

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 10/23/2022 | 8/12/2023 | 8/12/2023 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 12/14/2022 | 6/30/2023 | / / |

Dates hospital confined: N/A / / to / /

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Patient unable to work
Restrictions (what the patient SHOULD NOT do)

patient unable to work
Limitations (what the patient CANNOT do)

Indicate frequency per day the listed activities below can be used performed using:
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | | Standing | | Crouching | | Overhead | |
| 6-10 lbs. | | Walking | | Crawling | | Desk Level | |
| 11-25 lbs. | | Sitting | | Grasping | | Below Waist | |
| 26-50 lbs. | | Balancing | | Climbing | | | |
| 51-100 lbs. | | Stooping | | Pushing | | | |
| 100 + lbs. | | Kneeling | | Pulling | | | |
| | | Fingering | | Bending | | | |

NA
What job modifications would allow the patient to return to work?

## 5. Treatment

Currently on trial at UW Madison

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Measured in short years on average

Describe the patients prognosis for recovery

## 7. Physician's Information

Dr Lil Harmon
Name

1900 South Avenue
Street Address

LaCrosse | WI | 54601
City | State | Zip Code

### Activities of Daily Living

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ___/___/___

Dressing ___/___/___

Transferring ___/___/___

Bathing ___/___/___

Toileting ___/___/___

Eating ___/___/___

Date patient experienced loss of Cognitive Functioning: ___/ NA /___

at UW Madison
Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

8/12/23 to 8/12/24
If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

608-775-1200 | 608-775-6627
Phone Number | Fax Number

[signature] | 8/17/23
Signature | Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Patient Name: Robert Loper
Maiden/Former Name: ____________
Date of Birth: ____________
Address: ____________
____________
Phone Number: ____________
Clinic Number (if known): 239373

# GUNDERSEN
## HEALTH SYSTEM®

**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
**FAX: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm

1. **I Am Requesting My Records Be Sent To:**

Lincoln National Life Insurance Company
Name

PO Box 2609
Street Address

| City | State | Zip |
|---|---|---|
| Omaha | WI | 68103-2609 |

| Phone Number | Fax Number |
|---|---|
| 800-423-2765 | 877-843-3950 |

2. **Method of Delivery:**
   - ☐ Mail Records *(select format)*
     - ☐ Paper **OR** ☐ Electronic
   - ☒ Fax Records *(provide fax number above)*
   - ☐ MyCare *(if sent to patient only)*
   - ☐ Secure Email: ____________ (Please Print Email Address)
   - ☐ Pick Up Records **(La Crosse Campus ONLY)**

3. **Type of Records to Send:**

Information pertaining to the disability of the patient.

2-year history unless specified: ____________ (month/year) to ____________ (month/year)

**Signature of Patient:** [signature] **Date:** 08/15/2023

**Signature of Parent/Guardian:** ____________ **Date:** ____________
(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order establishing the person's authority.)

**Legal Authority:**
- ☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased
- ☐ Personal Representative/Domestic Partner of Deceased
- ☐ Health Care Agent ____________
- ☐ Other: ____________

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)

Lincoln Financial Group

8828980

# Short Term Disability Claim Form Physician's Statement

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Social Security Number |
|---|---|---|---|
| Robert | J | Loper | |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| 6' | 230 | 120/72 | Gundersen Health |

**2. Diagnosis**

| Primary ICD diagnostic Code (Required) | Primary ICD diagnosis Description |
|---|---|
| C08.9 | Salivary gland carcinoma |

| Secondary ICD Diagnosis Code | Secondary ICD Diagnosis Description |
|---|---|
| | |

Pregnancy N/A

| First Treated | Estimated Delivery | Date of Delivery |
|---|---|---|
| / / | / / | / / |

☐ Vaginal ☐ C-Section

Symptoms: Swelling

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings): biopsy on 11.17.2022

**3. Disability Circumstances** - *Check if applicable*

☒ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances:

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| 10/23/2022 | 8/12/2023 | 8/12/2023 |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| 12/14/2022 | 6/30/2023 | / / |

Dates hospital confined: N/A / / to / /

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Short Term Disability Claim Form Physician's Statement

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
Toll Free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com
disabilityclaims@lfg.com

## 4. Limitations and Restrictions

Patient unable to work
Restrictions (what the patient SHOULD NOT do)

patient unable to work
Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% - 100%

| Lifting/Carrying | | | | | | Reaching | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | ____ | Standing | X | Crouching | ____ | Overhead | ____ |
| 6-10 lbs. | ____ | Walking | X | Crawling | ____ | Desk Level | ____ |
| 11-25 lbs. | ____ | Sitting | X | Grasping | ____ | Below Waist | ____ |
| 26-50 lbs. | ____ | Balancing | X | Climbing | ____ | | |
| 51-100 lbs. | ____ | Stooping | ____ | Pushing | ____ | | |
| 100 + lbs. | ____ | Kneeling | ____ | Pulling | ____ | | |
| | | Fingering | ____ | Bending | ____ | | |

NA
What job modifications would allow the patient to return to work?

## 5. Treatment

Currently on trial at UW Madison

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Measured in short years on average

Describe the patients prognosis for recovery

## 7. Physician's Information

Dr Lil Harmon
Name

1900 South Avenue
Street Address

| LaCrosse | WI | 54601 |
|---|---|---|
| City | State | Zip Code |

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence ____/____/____

Dressing ____/____/____

Transferring ____/____/____

Bathing ____/____/____

Toileting ____/____/____

Eating ____/____/____

Date patient experienced loss of Cognitive Functioning: ____/ NA /____

at UW Madison
Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

8/12/23 to 8/12/24
If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

| 608-775-1200 | 608-775-6627 |
|---|---|
| Phone Number | Fax Number |

L. Harmon (signature) — Signature
8/17/23 — Date

The Lincoln National Life Insurance Company is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.
(Please see FRAUD NOTICES attached)

Patient Name: Robert Loper
Maiden/Former Name: ____________
Date of Birth: ____________
Address: ____________
____________
Phone Number: ____________
Clinic Number (if known): 239373

**GUNDERSEN**
**HEALTH SYSTEM®**
**La Crosse, WI 54601**
1900 South Avenue, AVS-001, La Crosse, WI 54601
PHONE: (800) 362-9567, Ext. 53199 or (608) 775-3199
**FAX: (608) 775-4706**
EMAIL: medicalrecords@gundersenhealth.org
HOURS: Monday - Friday, 8:00 am – 5:00 pm

1. **I Am Requesting My Records Be Sent To:**

Lincoln National Life Insurance Company
Name

PO Box 2609
Street Address

Omaha | WI | 68103-2609
City | State | Zip

800-423-2765 | 877-843-3950
Phone Number | Fax Number

2. **Method of Delivery:**
   - ☐ Mail Records *(select format)*
     - ☐ Paper **OR** ☐ Electronic
   - ☒ Fax Records *(provide fax number above)*
   - ☐ MyCare *(if sent to patient only)*
   - ☐ Secure Email: ____________ (Please Print Email Address)
   - ☐ Pick Up Records **(La Crosse Campus ONLY)**

3. **Type of Records to Send:**

Information pertaining to the disability of the patient.

2-year history unless specified: ____________ (month/year) to ____________ (month/year)

**Signature of Patient:** Robert J Loper **Date:** 08/15/2023

**Signature of Parent/Guardian:** ____________ **Date:** ____________
(If not signed by patient, identify relationship to patient. If Legal Guardian or other, provide a copy of the court order establishing the person's authority.)

**Legal Authority:**
- ☐ Parent of Minor ☐ Legal Guardian ☐ Spouse of Deceased
- ☐ Personal Representative/Domestic Partner of Deceased
- ☐ Health Care Agent ____________
- ☐ Other: ____________

**INTERNAL USE ONLY** (Document PHI disclosed, date of disclosure and by whom.)

## Keefer, Dawn

**From:** Disability Claims
**Sent:** Wednesday, August 16, 2023 10:33 AM
**To:** entrprserip
**Subject:** FW: (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial

---

**From:** Claims Receipt
**Sent:** Wednesday, August 16, 2023 10:32:58 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** bobllegman@yahoo.com
**Cc:** Disability Claims
**Subject:** (secure) Receipt of Your Short-Term Disability Claim - Lincoln Financial

E-communication from Lincoln Financial Group

Lincoln Financial Group
You're In Charge

GROUP BENEFITS

Dear Robert Loper:

You recently sent a short-term disability claim to Lincoln Financial Group—we've received it and entered your information into our system. Your claim number for this request is 1230064639.

Next, we'll assign a dedicated claims examiner to carefully and thoroughly review your information. **Your claims examiner will contact you about your claim status within one week.**

You can rely on us to provide all the information you need, including a full explanation of your claim decision. If we need additional details, the claims examiner will reach out to you—just fax your documentation to {877-843-3950} and include your claim number. Your prompt attention will help keep the review process on track.

If you have additional questions, call us at 1-800-423-2765 from 7:00 a.m.–7:00 p.m. CT, Monday through Thursday, and 7:00 a.m.–5:00 p.m. CT Friday, or email us at Claims@LFG.com. You can also register for our website at www.LincolnFinancial.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Lincoln Financial Group Claims team

The Lincoln National Life Insurance Company

Lincoln Life & Annuities Company of New York

Please do not reply to this message. Replies are routed to an unmonitored mailbox. If you have questions please email us at Claims@LFG.com.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-1742837-032317

©2017 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group
150 N. Radnor-Chester Road
Radnor, PA 19087
877-ASK-LINCOLN
877-275-5462

You're In Charge®