UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**ROBERT LOPER,**

Plaintiff, Case No. 25-cv-178-wmc

vs.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

Defendant.

---

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

---

Plaintiff, by and through his attorneys, and Defendant, by and through its attorneys, hereby notify the Court that the parties have reached an agreement in principle to settle the matter. Accordingly, the parties ask the Court to stay all upcoming deadlines currently scheduled in this matter. The parties are working on finalizing the settlement and anticipate filing a Stipulation of Dismissal within 45 days.

By: */s/ Brook E. Tylka*
Brook E. Tylka, WI Bar No. 1126886
Jessa L. Victor, WI Bar No. 1099144
Attorneys for Plaintiff, Robert Loper
Hawks Quindel, S.C.
409 E. Main Street
Post Office Box 2155
Madison, WI 53701-2155
Telephone: 608-257-0040
Email: btylka@hq-law.com, jvictor@hq-law.com

Dated: January 2, 2026

By: */s/ Iwana Rademaekers*
Iwana Rademaekers, TX Bar No. 16452560
Attorney for Defendant, The Lincoln National Life Insurance Company
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: 214-579-9319
Email: iwana@rademaekerslaw.com

Dated: January 2, 2026